AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| GREGORY ABBOTT, MARCIA ABBOTT, GAMAL ABDELAZIZ, DIANE BLAKE, TODD BLAKE, JANE BUCKINGHAM, GORDON CAPLAN, I-HSIN CHEN (see below for additional names) | ) ) ) ) ) | MJ No. 19-6087-MPK |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2011 to the present__ in the county of __Suffolk and elsewhere__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1349 | Conspiracy to commit mail fraud and honest services mail fraud |

This criminal complaint is based on these facts:

See Affidavit of FBI SA Laura Smith. Amy and Gregory Colburn, Robert Flaxman, Mossimo Giannulli, Elizabeth and Manuel Henriquez, Douglas Hodge, Felicity Huffman, Agustin Huneeus Jr., Bruce and Davina Isackson, Michelle Janavs, Elisabeth Kimmel, Marjorie Klapper, Lori Loughlin, Toby MacFarlane, William McGlashan Jr., Marci Palatella, Peter Jan Sartorio, Stephen Semprevivo, Devin Sloane, John Wilson, Homayoun Zadeh, Robert Zangrillo

☐ Continued on the attached sheet.

*Complainant's signature*

Laura Smith, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/11/2019__

City and state: __Boston, Massachusetts__    Hon. M. Page Kelley, USMJ
*Printed name and title*