AO 442 (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| GREGORY ABBOTT | ) | Case No.   19-MJ-6087-MPK |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   GREGORY ABBOTT                                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:      03/11/2019                                      _____
                                                                            *Issuing officer's signature*

City and state:    Boston, MA                          M. Page Kelley, U.S. Magistrate Judge
                                                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                          _____<br>                                                                  *Arresting officer's signature* |
| _____<br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   19-MJ-6087-MPK |
| MARCIA ABBOTT | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MARCIA ABBOTT                                                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:     03/11/2019

_____
*Issuing officer's signature*

City and state:     Boston, MA

M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                     _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| GAMAL ABDELAZIZ | ) | Case No.   19-MJ-6087-MPK |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   GAMAL ABDELAZIZ _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:     03/11/2019 _____          _____
                                                             *Issuing officer's signature*

City and state:     Boston, MA _____          M. Page Kelley, US Magistrate Judge
                                                             *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| Date: _____                                    _____ |
|                                                                              *Arresting officer's signature* |
|                                                                              _____ |
|                                                                              *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
**DIANE BLAKE**

)
)
)
)
)
)

Case No.   19-MJ-6087-MPK

_Defendant_

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   DIANE BLAKE                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:   03/11/2019          _____
_Issuing officer's signature_

City and state:   Boston, MA          M. Page Kelley, US Magistrate Judge
_Printed name and title_

| Return |
| --- |

This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____
at _(city and state)_ _____ .

Date: _____          _____
_Arresting officer's signature_

_____
_Printed name and title_

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   19-MJ-6087-MPK |
| TODD BLAKE | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   TODD BLAKE                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:     03/11/2019                                 _____
                                                              _Issuing officer's signature_

City and state:    Boston, MA                        M. Page Kelley, U.S. Magistrate Judge
                                                              _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____                          _____<br>_Arresting officer's signature_ |
|                                                     _____<br>_Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>JANE BUCKINGHAM | )<br>)<br>)<br>)<br>)<br>) | Case No.   19-MJ-6087-MPK |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    JANE BUCKINGHAM                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition       ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)


Date:     03/11/2019

City and state:    Boston, MA

M. Page Kelley, US Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____<br><br>                                        *Arresting officer's signature*<br><br>                                        *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  19-MJ-6087-MPK |
| GORDON CAPLAN | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   GORDON CAPLAN                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:      03/11/2019                                _Kelly_
                                                                _Issuing officer's signature_

City and state:      Boston, MA                       Hon. Paul Kelly US Magistrate Judge
                                                                _Printed name and title_

| Return | | |
|---|---|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . | | |
| Date: _____ | | _Arresting officer's signature_ |
| | | _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| I-HSIN "JOEY" CHEN | ) | Case No.  19-MJ-6087-MPK |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     I-HSIN "JOEY" CHEN                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:     03/11/2019

*Issuing officer's signature*

City and state:     Boston, MA

M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | | |
| Date: _____ | | *Arresting officer's signature* |
| | | *Printed name and title* |

AO 442 (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>AMY COLBURN | )<br>)<br>)<br>)<br>)<br>) | Case No.   19-MJ-6087-MPK |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   AMY COLBURN                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:     03/11/2019

City and state:     Boston, MA

_____
*Issuing officer's signature*

M. Page Kelley, US Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ <br> at *(city and state)* _____ . |
| Date: _____                      _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GREGORY COLBURN | ) | Case No.   19-MJ-6087-MPK |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   GREGORY COLBURN                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:   03/11/2019                                       _____
                                                        *Issuing officer's signature*

City and state:   Boston, MA                            M. Page Kelley, US Magistrate Judge
                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| Date: _____                    _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   19-MJ-6087-MPK |
| ROBERT FLAXMAN | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ROBERT FLAXMAN                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)


Date:      03/11/2019
                                                                          _____
                                                                                        *Issuing officer's signature*

City and state:      Boston, MA                              M. Page Kelley, US Magistrate Judge
                                                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| |
| Date: _____                    _____ |
| *Arresting officer's signature* |
| |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>MOSSIMO GIANNULLI | ) ) ) ) ) ) ) | Case No.  19-MJ-6087-MPK |
| _____<br>*Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MOSSIMO GIANNULLI                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment     ☐ Information      ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)


Date:      03/11/2019                                    _____
                                                                            *Issuing officer's signature*

City and state:      Boston, MA                          M. Page Kelley, U.S. Magistrate Judge
                                                                            *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                              _____<br>                                                                            *Arresting officer's signature*<br><br>                                                                            _____<br>                                                                            *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ELIZABETH HENRIQUEZ | ) | Case No.   19-MJ-6087-MPK |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     ELIZABETH HENRIQUEZ _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:     03/11/2019 _____          _____
                                                                        *Issuing officer's signature*

City and state:     Boston, MA _____          M. Page Kelley, US Magistrate Judge
                                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____ <br> *Arresting officer's signature* |
| _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 19-MJ-6087-MPK |
| MANUEL HENRIQUEZ | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   MANUEL HENRIQUEZ                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:       03/11/2019

_Issuing officer's signature_

City and state:     Boston, MA

M. Page Kelley, US Magistrate Judge

_Printed name and title_

| Return | | |
|---|---|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ | | |
| at _(city and state)_ _____ . | | |
| Date: _____ | | _Arresting officer's signature_ |
| | | _Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DOUGLAS HODGE | ) | Case No.   19-MJ-6087-MPK |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DOUGLAS HODGE                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:      03/11/2019                                             _____
                                                                                                  *Issuing officer's signature*

City and state:      Boston, MA                          M. Page Kelley, U.S. Magistrate Judge
                                                                                                  *Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   19-MJ-6087-MPK |
| FELICITY HUFFMAN | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   FELICITY HUFFMAN                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:      03/11/2019
                                                                            *Issuing officer's signature*

City and state:      Boston, MA
                                                      M. Page Kelley, US Magistrate Judge
                                                                            *Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ | | |
| at *(city and state)* _____ . | | |
| Date: _____ | | |
| | | *Arresting officer's signature* |
| | | |
| | | *Printed name and title* |

AO 442 (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America <br> v. <br> AGUSTIN HUNEEUS <br><br><br><br><br> Defendant | ) <br> ) <br> ) Case No.   19-MJ-6087-MPK <br> ) <br> ) <br> ) <br> ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   AGUSTIN HUNEEUS                                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:      03/11/2019

_____
*Issuing officer's signature*

City and state:     Boston, MA

M. Page Kelley, US Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ <br> at *(city and state)* _____ . |
| Date: _____                          _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   19-MJ-6087-MPK |
| BRUCE ISACKSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    BRUCE ISACKSON                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition      ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:      03/11/2019                                   _____
                                                              *Issuing officer's signature*

City and state:      Boston, MA                        M. Page Kelley, U.S. Magistrate Judge
                                                              *Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | | |
| Date: _____ | _____ *Arresting officer's signature* | |
| | _____ *Printed name and title* | |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>DAVINA ISACKSON<br><br>_____<br>*Defendant* | )<br>)  Case No.  19-MJ-6087-MPK<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    DAVINA ISACKSON                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:      03/11/2019                                      _____
                                                                              *Issuing officer's signature*

City and state:     Boston, MA                          M. Page Kelley, US Magistrate Judge
                                                                              *Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ <br>at *(city and state)* _____ . | | |
| Date: _____ | _____<br>*Arresting officer's signature* | |
| | _____<br>*Printed name and title* | |

AO 442 (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

|  |  |  |  |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No. | 19-MJ-6087-MPK |
| MICHELLE JANAVS | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MICHELLE JANAVS                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:      03/11/2019

City and state:      Boston, MA

M. Page Kelley, U.S. Magistrate Judge

*Issuing officer's signature*

*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ELISABETH KIMMEL | ) | Case No.   19-MJ-6087-MPK |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

 **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     ELISABETH KIMMEL                                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

  Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:      03/11/2019

*Issuing officer's signature*

City and state:     Boston, MA

M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                       _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| MARJORIE KLAPPER | ) | Case No.   19-MJ-6087-MPK |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MARJORIE KLAPPER                                                        ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

   Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:      03/11/2019

_Issuing officer's signature_

City and state:      Boston, MA

M. Page Kelley, US Magistrate Judge

_Printed name and title_

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____<br>_Arresting officer's signature_<br><br>_____<br>_Printed name and title_ |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| LORI LOUGHLIN | ) | Case No.   19-MJ-6087-MPK |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   LORI LOUGHLIN                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:     03/11/2019

City and state:     Boston, MA

_____
*Issuing officer's signature*

M. Page Kelley, US Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | | |
| Date: _____ | _____ *Arresting officer's signature* | |
| | _____ *Printed name and title* | |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| TOBY MACFARLANE | ) | Case No.   19-MJ-6087-MPK |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    TOBY MACFARLANE                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:     03/11/2019                              _____
                                                                          *Issuing officer's signature*

City and state:     Boston, MA                       M. Page Kelley, US Magistrate Judge
                                                                           *Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| WILLIAM MCGLASHAN | ) Case No.  19-MJ-6087-MPK |
| | ) |
| | ) |
| _____ | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   WILLIAM MCGLASHAN _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

   Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:      03/11/2019 _____          _____
                                                               *Issuing officer's signature*

City and state:      Boston, MA _____      M. Page Kelley, US Magistrate Judge
                                                               *Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ | |
| at *(city and state)* _____ . | |
| | |
| Date: _____ | _____ |
| | *Arresting officer's signature* |
| | |
| | _____ |
| | *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>MARCI PALATELLA | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   19-MJ-6087-MPK |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MARCI PALATELLA                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:      03/11/2019

_____
*Issuing officer's signature*

City and state:      Boston, MA

_____
M. Page Kelley, US Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____        _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| PETER JAN SARTORIO | ) | Case No.   19-MJ-6087-MPK |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   PETER JAN SARTORIO                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:     03/11/2019                                              _____
                                                                                    *Issuing officer's signature*

City and state:     Boston, MA                              M. Page Kelley, US Magistrate Judge
                                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                          _____ |
|                                                                           *Arresting officer's signature* |
|                                                                           _____ |
|                                                                           *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
STEPHEN SEMPREVIVO

)
)
)
)
)
)
)

Case No.   19-MJ-6087-MPK

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   STEPHEN SEMPREVIVO                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:     03/11/2019          _____
                                                      *Issuing officer's signature*

City and state:     Boston, MA          M. Page Kelley, U.S. Magistrate Judge
                                                      *Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   19-MJ-6087-MPK |
| **DEVIN SLOANE** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DEVIN SLOANE                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:     03/11/2019

_____
*Issuing officer's signature*

City and state:   Boston, MA

M. Page Kelley, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____                    _____<br>                                                                          *Arresting officer's signature*<br><br>                                                                          _____<br>                                                                          *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   19-MJ-6087-MPK |
| JOHN WILSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOHN WILSON                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:   03/11/2019                         _____
                                                          *Issuing officer's signature*

City and state:   Boston, MA            M. Page Kelley, US Magistrate Judge
                                                          *Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ | | |
| at *(city and state)* _____ . | | |
| Date: _____ | _____ | |
| | *Arresting officer's signature* | |
| | _____ | |
| | *Printed name and title* | |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| HOMAYOUN ZADEH | ) | Case No.   19-MJ-6087-MPK |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   HOMAYOUN ZADEH                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:     03/11/2019                          _____
                                                              *Issuing officer's signature*

City and state:     Boston, MA                          M. Page Kelley, US Magistrate Judge
                                                              *Printed name and title*

| Return |
|---|
| .This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                          _____ <br> *Arresting officer's signature* |
| _____ <br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>ROBERT ZANGRILLO | ) <br> ) <br> ) Case No.  19-MJ-6087-MPK <br> ) <br> ) <br> ) |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ROBERT ZANGRILLO                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment         ☐ Superseding Indictment         ☐ Information         ☐ Superseding Information         ☑ Complaint
☐ Probation Violation Petition         ☐ Supervised Release Violation Petition         ☐ Violation Notice         ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date:      03/11/2019

_____
*Issuing officer's signature*

City and state:   Boston, MA

M. Page Kelley, US Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ <br> at *(city and state)* _____ . |
| Date: _____            _____ <br> *Arresting officer's signature* |
|            _____ <br> *Printed name and title* |