UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )<br>)<br>) No. 1:19-mj-06087-MPK |
| GREGORY ABBOTT, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF APPEARANCE FOR THE GOVERNMENT

Please enter my appearance in the above-captioned case as counsel for the United States of America.

                                Respectfully submitted,

                                ANDREW E. LELLING
                                UNITED STATES ATTORNEY

Dated:  March 13, 2019           */s/ Kristen Kearney*
                                KRISTEN A. KEARNEY
                                Assistant United States Attorney
                                John Joseph Moakley Courthouse
                                One Courthouse Way, Suite 9200
                                Boston, Massachusetts 02210
                                Tel:  (617) 748-3100
                                Kristen.Kearney@usdoj.gov

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

Date:  March 13, 2019                          By:    */s/ Kristen A. Kearney*
                                                                                 Kristen A. Kearney
                                                                                  Assistant United States Attorney