UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) No. 19-MJ-6087-MPK |
|  | ) |
| GREGORY ABBOTT, *et al.*, | ) |
|  | ) |
| Defendants | ) |

**NOTICE OF APPEARANCE FOR THE GOVERNMENT**

To the Clerk of the Court and all parties of record, the undersigned counsel, Leslie A. Wright, Assistant United States Attorney, respectfully enters her notice of appearance on behalf of the United States of America.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

Dated:  March 13, 2019   By:   */s/ Leslie A. Wright*
LESLIE A. WRIGHT
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel:  (617) 748-3367
Leslie.Wright@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

Dated: March 13, 2019                  By:    */s/ Leslie A. Wright*
                                                                      LESLIE A. WRIGHT
                                                                      Assistant United States Attorney