AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED IN CLERKS OFFICE
2019 MAR 14 AM 9: 17
U.S. DISTRICT COURT
DISTRICT OF MASS.

SEALED

RECEIVED U.S. MARSHALS SERVICE BOSTON, MA
2019 MAR 11 P 1:23

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOHN WILSON | ) | Case No. 19-MJ-6087-MPK |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOHN WILSON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud and Honest Services Mail Fraud (18 U.S.C. § 1349)

Date: 03/11/2019

*Issuing officer's signature*

City and state: Boston, MA

M. Page Kelley, US Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 3/12/2019

*Arresting officer's signature*

*Printed name and title*