AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| USA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-mj-06087 |
| Abbott, et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Wilson                                                                                                    .

Date: 03/25/2019

/s/Michael Kendall
*Attorney's signature*

Michael Kendall #544866
*Printed name and bar number*

White & Case
75 State Street
Boston, MA  02109
*Address*

michael.kendall@whitecase.com
*E-mail address*

(617) 979-9310
*Telephone number*

(617) 979-9301
*FAX number*