AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| USA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:19-mj-06087 |
| Abbott, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Wilson                                                                                          .

Date:     03/25/2019

/s/Yakov Malkiel
*Attorney's signature*

Yakov Malkiel #689137
*Printed name and bar number*

White & Case
75 State Street
Boston, MA  02109

*Address*

yakov.malkiel@whitecase.com
*E-mail address*

(617) 979-9322
*Telephone number*

(617) 979-9301
*FAX number*