UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOHN WILSON,

Defendant.

No. 1:19-mj-06087

### DEFENDANT JOHN WILSON'S MOTION TO CONTINUE APPEARANCE IN THIS DISTRICT

Defendant John Wilson was arrested in the Southern District of Texas on March 12, 2019. He made an initial appearance before United States Magistrate Judge Nancy K. Johnson and was released on a variety of conditions. *See* ECF No. 71, at 211, 215-22. He is scheduled to appear before this Court on March 29, 2019.

Wilson recently retained counsel in Boston. His lead attorney, Michael Kendall, is currently representing a defendant before Judge Burroughs in *United States v. Babich et al.*, 16-cr-10343. The trial in that matter is ongoing and, based on the government's representations, is likely to continue into April.

In order to enable Wilson's counsel of choice to represent him at the hearing, and given that Wilson has already made an initial appearance, and is already subject to the bail conditions imposed then, Wilson hereby moves that his appearance in this District be continued, preferably to April 9, 2019 or April 10, 2019.

The government takes no position on this Motion.

Respectfully submitted,

John Wilson

By his counsel,

/s/ Michael Kendall
Michael Kendall (BBO # 544866)
Yakov Malkiel (BBO # 689137)
WHITE & CASE LLP
75 State Street
Boston, MA 02109
Telephone:  (617) 979-9310
michael.kendall@whitecase.com
yakov.malkiel@whitecase.com

## CERTIFICATE OF SERVICE

I hereby certify that the above document was filed on the date appearing in the header of this page through the ECF system, which will send true copies of the document to the attorneys of record for each party.

/s/ Michael Kendall
Michael Kendall