UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN WILSON,<br><br>Defendant. | No. 1:19-mj-06087 |

## APPLICATION FOR ADMISSION PRO HAC VICE
## OF ANDREW E. TOMBACK

The undersigned hereby moves the Court to grant attorney Andrew E. Tomback leave to appear and practice in this matter, pro hac vice, as counsel to John Wilson. The undersigned is a member of the bar of this court and has also filed an appearance for Wilson. Mr. Tomback is a member of the bars of several jurisdictions. His certification under L.R. 85.5.3(e)(3) is attached.

Respectfully submitted,

/s/ Michael Kendall
Michael Kendall (BBO # 544866)
WHITE & CASE LLP
75 State Street
Boston, MA 02109
Telephone: (617) 979-9310
michael.kendall@whitecase.com

*Counsel to John Wilson*

## CERTIFICATE OF SERVICE

I hereby certify that this document is being filed on the date appearing in the header through the ECF system, which will send true copies to the attorneys of record of each party.

/s/ Michael Kendall
Michael Kendall