UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOHN WILSON,

    Defendant.

No. 1:19-mj-06087

## CERTIFICATION OF ANDREW E. TOMBACK IN SUPPORT OF ADMISSION PRO HAC VICE

I, Andrew E. Tomback, certify as follows:

1. I am an attorney with the law firm White & Case LLP. My office is located at 1221 Avenue of the Americas, New York, NY 10020.

2. I make this certification in support of an application seeking leave for me to appear and practice in this matter, pro hac vice, as counsel to John Wilson.

3. I have been admitted to practice in the following jurisdictions: the State of New York, the District of Columbia, the United States District Court for the Southern District of New York, and the United States Court of Appeals for the Second Circuit.

4. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

5. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

6. I have not previously had a pro hac vice admission to this court (or admission for a limited purpose under L.R. 85.5.3) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Executed under the penalties of perjury.

This 25th day of March, 2019.

_____
Andrew E. Tomback