AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>__John Wilson_____<br>Defendant | )<br>)<br>)  Case No. 1:19-mj-6087-MPK<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: __April 3, 2019__

_____[signature]_____
Defendant's signature

_____[signature]_____
Signature of defendant's attorney

__Michael Kendall    544866__
Printed name and bar number of defendant's attorney

__75 State St  Boston Ma. 02109__
Address of defendant's attorney

__mkendall@whitecase.com__
E-mail address of defendant's attorney

__617-905-8206__
Telephone number of defendant's attorney

__617-979-9301__
FAX number of defendant's attorney