JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __FBI__

**City** __Boston__

**County** __Middlesex__

**Related Case Information:**

Superseding Ind./Inf. __X__    Case No. __19-10080-NMG__
Same Defendant __X__     New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __David Sidoo__     Juvenile: ☐ Yes  ☒ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☒ No

Alias Name _____

Address    (City & State) __Vancouver, CA__

Birth date (Yr only): __1959__   SSN (last4#): ____   Sex __M__    Race: __White__    Nationality: __CA__

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__     Bar Number if applicable __NY4412326__

**Interpreter:** ☐ Yes  ☒ No     List language and/or dialect: _____

**Victims:** ☒ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☒ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested     ☒ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __04/09/2019__     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ David Sidoo _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | and Honest Services Mail & Wire Fraud | |
| Set 3  18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4  18 USC 981(a)(1)(c) | Forfeiture | |
| Set 5  18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**       **Category No.** __II__        **Investigating Agency** __FBI__

**City**  __Boston__        **Related Case Information:**

**County**  __Middlesex__

Superseding Ind./ Inf.  __X__            Case No.  __19-10080-NMG__
Same Defendant  __X__          New Defendant _____
Magistrate Judge Case Number  __19-MJ-6087-MPK__
Search Warrant Case Number  __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __Gregory Colburn__            Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name  _____

Address       __(City & State)  Palo Alto, CA__

Birth date (Yr only): __1957__  SSN (last4#): __0184__   Sex __M__    Race: __White__    Nationality: __USA__

**Defense Counsel if known:**  _____    Address  _____

**Bar Number**  _____

**U.S. Attorney Information:**

**AUSA**  __Eric S. Rosen__           Bar Number if applicable  __NY4412326__

**Interpreter:**   ☐ Yes  ☑ No       List language and/or dialect:  _____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested        ☑ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**  _____

☐ Already in Federal Custody as of  _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by:  _____ on ____

**Charging Document:**   ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony  __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  __04/09/2019__        Signature of AUSA:  _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): ___19-10080-NMG_____

**Name of Defendant**   Gregory Colburn_____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK
18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK
19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK
18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __FBI__

**City** __Boston__

**County** __Middlesex__          **Related Case Information:**

Superseding Ind./ Inf. __X__          Case No. __19-10080-NMG__
Same Defendant __X__          New Defendant _____
Magistrate Judge Case Number __19-MJ-6087-MPK__
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Amy Colburn__          Juvenile:          ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes  ☑ No

Alias Name _____

Address     __(City & State)  Palo Alto, CA__

Birth date (Yr only): __1969__  SSN (last4#): __5371__  Sex __W__     Race: __White__     Nationality: __USA__

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__          Bar Number if applicable __NY4412326__

**Interpreter:**  ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**     ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:    04/09/2019          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ Amy Colburn _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                        **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** FBI

**City**   Boston          **Related Case Information:**

**County**   Middlesex          Superseding Ind./ Inf.   X          Case No.   19-10080-NMG
                                Same Defendant   X          New Defendant _____
                                Magistrate Judge Case Number   19-MJ-6087-MPK
                                Search Warrant Case Number   See additional information
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Gamal Abdelaziz          Juvenile:     ☐ Yes   ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name _____

Address   (City & State) Las Vegas, NV

Birth date (Yr only): 1956   SSN (last4#): 4560   Sex M   Race: White   Nationality: USA

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen          Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes   ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   04/09/2019          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant** Gamal Abdelaziz

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf 3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** __II__ | **Investigating Agency** | __FBI__ |

**City** __Boston__

**County** __Middlesex__

**Related Case Information:**

Superseding Ind./ Inf. __X__    Case No. __19-10080-NMG__
Same Defendant __X__    New Defendant _____
Magistrate Judge Case Number __19-MJ-6087-MPK__
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Diane Blake__    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State)__ San Francisco, CA

Birth date (Yr only): __1965__ SSN (last4#): __0175__ Sex __W__    Race: __White__    Nationality: __USA__

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__    Bar Number if applicable __NY4412326__

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ———— ☐ Misdemeanor ———— ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __04/09/2019__    Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): ___19-10080-NMG_____

**Name of Defendant**     Diane Blake _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

&JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No. __II__          **Investigating Agency**  __FBI__

**City**   __Boston__                **Related Case Information:**

**County**  __Middlesex__            Superseding Ind./ Inf. ___X___     Case No. __19-10080-NMG__
                                     Same Defendant ___X___    New Defendant _____
                                     Magistrate Judge Case Number __19-MJ-6087-MPK__
                                     Search Warrant Case Number  _See additional information_
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Todd Blake__                    Juvenile:   ☐ Yes  ☑ No

         Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address        _(City & State)_ San Francisco, CA

Birth date (Yr only): __1965__  SSN (last4#): __4272__  Sex __M__    Race: __White__    Nationality: __USA__

**Defense Counsel if known:**  _____  Address _____

**Bar Number** _____          _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__                Bar Number if applicable __NY4412326__

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

         ☐ Warrant Requested        ☑ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __04/09/2019__          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant** Todd Blake

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf 3/4/2013

JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __FBI__

**City**   __Boston__                    **Related Case Information:**

**County**   __Middlesex__               Superseding Ind./ Inf.   __X__        Case No.   __19-10080-NMG__
                                         Same Defendant   __X__        New Defendant _____
                                         Magistrate Judge Case Number   __19-MJ-6087-MPK__
                                         Search Warrant Case Number   __See additional information__
                                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __I-Hsin "Joey" Chen__                    Juvenile:      ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name   _____

Address          __(City & State)__  Newport Beach, CA

Birth date (Yr only): __1954__  SSN (last4#): __1777__   Sex __M__      Race: __Asian__        Nationality: __USA__

**Defense Counsel if known:**   _____      Address   _____

**Bar Number**   _____                    _____

**U.S. Attorney Information:**

**AUSA**   __Eric S. Rosen__                    Bar Number if applicable   __NY4412326__

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect:   _____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

       ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**   _____

☐ Already in Federal Custody as of   _____  in  _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:   _____  on  _____

**Charging Document:**   ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty ———  ☐ Misdemeanor ———  ☑ Felony  __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.**

Date:   04/09/2019          Signature of AUSA:   _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _19-10080-NMG_____

**Name of Defendant**    I-Hsin "Joey" Chen _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| | | Conspiracy to Commit Mail & Wire Fraud | |
| Set 1 | 18 U.S.C. 1349 | | 1 |
| | | and Honest Services Mail & Wire Fraud | |
| Set 2 | | | |
| | | Money Laundering Conspiracy | |
| Set 3 | 18 U.S.C. 1956(h) | | 1 |
| | | Forfeiture | |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | | |
| | | Money Laundering Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  FBI

**City**   Boston                    **Related Case Information:**

**County**  Middlesex              Superseding Ind./ Inf.   X          Case No.   19-10080-NMG
                                   Same Defendant   X          New Defendant _____
                                   Magistrate Judge Case Number   19-MJ-6087-MPK
                                   Search Warrant Case Number   See additional information
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Mossimo Giannulli                    Juvenile:        ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address        (City & State)  Los Angeles, CA

Birth date (Yr only): 1966   SSN (last4#): 8718   Sex  M      Race: White      Nationality: USA

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen                    Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

         ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**   ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:   04/09/2019          Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ Mossimo Giannulli _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Category No. **II**  Investigating Agency **FBI**

**City** Boston  **Related Case Information:**

**County** Middlesex  Superseding Ind./ Inf. **X**  Case No. 19-10080-NMG
Same Defendant **X**  New Defendant _____
Magistrate Judge Case Number 19-MJ-6087-MPK
Search Warrant Case Number See additional information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Elizabeth Henriquez  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name

Address  (City & State) Atherton, CA

Birth date (Yr only): 1962  SSN (last4#): 1740  Sex W  Race: White  Nationality: USA

**Defense Counsel if known:**  Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA** Eric S. Rosen  Bar Number if applicable NY4412326

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect:

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

Date: 04/09/2019  Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ Elizabeth Henriquez _____

**U.S.C. Citations**

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  __II__          **Investigating Agency**  __FBI__

**City**  __Boston__                    **Related Case Information:**

**County**  __Middlesex__             Superseding Ind./ Inf.  __X__          Case No.  __19-10080-NMG__
                                      Same Defendant  __X__          New Defendant _____
                                      Magistrate Judge Case Number  __19-MJ-6087-MPK__
                                      Search Warrant Case Number  __See additional information__
                                      R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __Manuel Henriquez__          Juvenile:          ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name  _____

Address  ____(City & State)__ Atherton, CA _____

Birth date (Yr only): __1963__  SSN (last4#): __3827__  Sex __M__   Race: __White__   Nationality: __USA__

**Defense Counsel if known:**  _____          Address  _____

**Bar Number**  _____                          _____

**U.S. Attorney Information:**

**AUSA**  __Eric S. Rosen__                    Bar Number if applicable  __NY4412326__

**Interpreter:**    ☐ Yes  ☑ No          List language and/or dialect:  _____

**Victims:**    ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**  _____

☐ Already in Federal Custody as of  _____  in  _____.
☐ Already in State Custody at _____  ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:  _____  on  _____

**Charging Document:**    ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.**

Date:  __04/09/2019__          Signature of AUSA:  _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ Manuel Henriquez _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf` 3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     **Category No.** <u>II</u>     **Investigating Agency** <u>FBI</u>

**City** <u>Boston</u>

**County** <u>Middlesex</u>

**Related Case Information:**

Superseding Ind./ Inf. <u>X</u>    Case No. <u>19-10080-NMG</u>
Same Defendant <u>X</u>    New Defendant _____
Magistrate Judge Case Number <u>19-MJ-6087-MPK</u>
Search Warrant Case Number <u>See additional information</u>
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name <u>Douglas Hodge</u>    Juvenile:   ☐ Yes ☑ No

    Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name _____

Address    <u>(City & State)</u> Laguna Beach, CA

Birth date (Yr only): <u>1957</u> SSN (last4#): <u>6554</u> Sex <u>M</u>    Race: <u>White</u>    Nationality: <u>USA</u>

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** <u>Eric S. Rosen</u>    Bar Number if applicable <u>NY4412326</u>

**Interpreter:**   ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes ☐ No

**Matter to be SEALED:**   ☐ Yes ☑ No

    ☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony <u>2</u>

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   <u>04/09/2019</u>    Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): ___19-10080-NMG_____

**Name of Defendant**  ___Douglas Hodge_____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

&JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    Category No.  **ll**_____    Investigating Agency  **FBI**_____

**City**  **Boston**_____          **Related Case Information:**

**County**  **Middlesex**_____     Superseding Ind./ Inf.  **X**_____  Case No.  **19-10080-NMG**
                                       Same Defendant  **X**_____  New Defendant _____
                                       Magistrate Judge Case Number  **19-MJ-6087-MPK**
                                       Search Warrant Case Number  See additional information
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Michelle Janavs_____          Juvenile:        ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address        (City & State)  Newport Coast, CA _____

Birth date (Yr only):  1970  SSN (last4#):  5558   Sex  W___   Race:  White___   Nationality:  USA___

**Defense Counsel if known:**  _____          Address  _____

**Bar Number**  _____          _____

**U.S. Attorney Information:**

**AUSA**  Eric S. Rosen_____          Bar Number if applicable  NY4412326___

**Interpreter:**  ☐ Yes  ☑ No          List language and/or dialect:  _____

**Victims:**  ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

        ☐ Warrant Requested        ☑ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**  _____

☐ Already in Federal Custody as of  _____  in  _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by:  _____  on  _____

**Charging Document:**  ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony  2 _____

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  04/09/2019          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): ___ 19-10080-NMG _____

**Name of Defendant** ___ Michelle Janavs _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ___ 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                               **U.S. District Court - District of Massachusetts**

| Place of Offense: | Category No. __II__ | Investigating Agency __FBI__ |
|---|---|---|

**City** __Boston__

**County** __Middlesex__

**Related Case Information:**

Superseding Ind./ Inf. __X__          Case No. __19-10080-NMG__
Same Defendant __X__          New Defendant _____
Magistrate Judge Case Number __19-MJ-6087-MPK__
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Elisabeth Kimmel__          Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address    (City & State) __Las Vegas, NV__

Birth date (Yr only): __1964__  SSN (last4#): __8114__  Sex __W__    Race: __White__    Nationality: __USA__

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__          Bar Number if applicable __NY4412326__

**Interpreter:**  ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**  ☐ Petty    ☐ Misdemeanor    ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __04/09/2019__          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):     19-10080-NMG

**Name of Defendant**     Elisabeth Kimmel

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.   **II**          Investigating Agency   **FBI**

City     **Boston**                    **Related Case Information:**

County   **Middlesex**          Superseding Ind./ Inf.   **X**          Case No.   **19-10080-NMG**
                              Same Defendant   **X**          New Defendant _____
                              Magistrate Judge Case Number   **19-MJ-6087-MPK**
                              Search Warrant Case Number   See additional information
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   **Lori Loughlin**                    Juvenile:          ☐ Yes   ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes   ☑ No

Alias Name _____

Address          (City & State) **Los Angeles, CA** _____

Birth date (Yr only): **1964**   SSN (last4#): **7715**   Sex **W**          Race: **White**          Nationality: **USA**

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____                    _____

**U.S. Attorney Information:**

AUSA   **Eric S. Rosen**                    Bar Number if applicable   **NY4412326**

**Interpreter:**   ☐ Yes   ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   **2**

Continue on Page 2 for Entry of U.S.C. Citations

☑     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date:   **04/09/2019**          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _19-10080-NMG_

**Name of Defendant** _Lori Loughlin_

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  Category No. __II__  Investigating Agency __FBI__

City __Boston__

County __Middlesex__

**Related Case Information:**

Superseding Ind./ Inf. __X__  Case No. __19-10080-NMG__
Same Defendant __X__  New Defendant _____
Magistrate Judge Case Number __19-MJ-6087-MPK__
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __William McGlashan__  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State)  Mill Valley, CA__

Birth date (Yr only): __1963__  SSN (last4#): __8399__  Sex __M__  Race: __White__  Nationality: __USA__

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA __Eric S. Rosen__  Bar Number if applicable __NY4412326__

Interpreter: ☐ Yes ☑ No  List language and/or dialect: _____

Victims: ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __04/09/2019__  Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):  19-10080-NMG

**Name of Defendant**      William McGlashan

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| | | and Honest Services Mail & Wire Fraud | |
| Set 2 | | | |
| | | Money Laundering Conspiracy | |
| Set 3 | 18 U.S.C. 1956(h) | | 1 |
| | | Forfeiture | |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | | |
| | | Money Laundering Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     Category No. __II__     **Investigating Agency** __FBI__

**City** __Boston__

**County** __Middlesex__

**Related Case Information:**

Superseding Ind./ Inf. __X__    Case No. __19-10080-NMG__
Same Defendant __X__    New Defendant _____
Magistrate Judge Case Number __19-MJ-6087-MPK__
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Marci Palatella__    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address   (City & State) __Hillsborough, CA__

Birth date (Yr only): __1955__   SSN (last4#): __5012__   Sex __W__   Race: __White__   Nationality: __USA__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__    Bar Number if applicable __NY4412326__

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __04/09/2019__    Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ Marci Palatella _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK
18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK
19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK
18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**          Category No. __II__          Investigating Agency __FBI__

**City**  __Boston__          **Related Case Information:**

**County**  __Middlesex__          Superseding Ind./ Inf.  __X__          Case No. __19-10080-NMG__
                                 Same Defendant __X__          New Defendant _____
                                 Magistrate Judge Case Number  __19-MJ-6087-MPK__
                                 Search Warrant Case Number  __See additional information__
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __John Wilson__          Juvenile:          ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes  ☑ No

Alias Name _____

Address          (City & State) __Hyannis Port, MA__

Birth date (Yr only): __1959__  SSN (last4#): __0685__  Sex __M__          Race: __White__          Nationality: __USA__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__          Bar Number if applicable __NY4412326__

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty ———          ☐ Misdemeanor ———          ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:  __04/09/2019__          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):     19-10080-NMG

**Name of Defendant**        John Wilson

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**          Category No.  **II**          Investigating Agency  **FBI**

**City**   **Boston**

**County**   **Middlesex**

**Related Case Information:**

Superseding Ind./ Inf.   **X**          Case No.   **19-10080-NMG**
Same Defendant   **X**          New Defendant _____
Magistrate Judge Case Number   **19-MJ-6087-MPK**
Search Warrant Case Number   See additional information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   **Homayoun Zadeh**          Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name

Address   (City & State)   **Calabasas, CA**

Birth date (Yr only): **1961**   SSN (last4#): **4306**   Sex **M**   Race: **White**   Nationality: **USA**

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen          Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes   ☑ No          List language and/or dialect:

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ———— ☐ Misdemeanor ———— ☑ Felony   **2**

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   04/09/2019          Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ Homayoun Zadeh _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __FBI__

**City** __Boston__     **Related Case Information:**

**County** __Middlesex__

Superseding Ind./ Inf. __X__     Case No. __19-10080-NMG__
Same Defendant __X__     New Defendant _____
Magistrate Judge Case Number __19-MJ-6087-MPK__
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Robert Zangrillo__     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State)__ Miami Beach, FL

Birth date (Yr only): __1966__  SSN (last4#): __8400__  Sex __M__  Race: __White__  Nationality: __USA__

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__     Bar Number if applicable __NY4412326__

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __04/09/2019__     Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ Robert Zangrillo _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud | 1 |
| Set 2 | | and Honest Services Mail & Wire Fraud | |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 1 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013