# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal Case No. 19-CR-10080-NMG |
| | ) | |
| | ) | |
| DAVID SIDOO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' PRELIMINARY OPPOSITION TO PROPOSED PROTECTIVE ORDER

Defendants Michelle Janavs, Gamal Abdelaziz, Diane Blake and Todd Blake, I-Hsin "Joey" Chen, Amy Colburn and Gregory Colburn, Mossimo Giannulli, Elizabeth Henriquez and Manuel Henriquez, Elisabeth Kimmel, Lori Loughlin, William McGlashan, Jr., John Wilson, Dr. Homayoun Zadeh, and Robert Zangrillo (collectively as "Defendants"), through their undersigned counsel, hereby give notice that they oppose the government's motion for a protective order (the "Motion"). Dkt. No. 317. Defendants object to the substance of the government's proposed protective order as well as the government's failure to meet and confer with the Defendants prior to filing the Motion in violation of Local Rules 37.1(a). *See also* Local Rules 7.1 and 26.2(c).

Defendants respectfully request that the Court defer ruling on the Motion until all defendants have had an opportunity to be heard in opposition pursuant to Local Rules 37.1(c) and 116.3(i). Defendants will attempt to meet and confer with the government in an effort to narrow the areas of disagreement. In the absence of an agreement, Defendants will file an opposition to the Motion no later than April 23, 2019.

1

Respectfully Submitted,

MICHELLE JANAVS

By her attorneys,

Dated:  April 16, 2019

*/s/ John L. Littrell*
Thomas H. Bienert, Jr. *(pro hac vice)*
John Littrell *(pro hac vice)*
Bienert | Katzman PC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Tel: (949) 369-3700
tbienert@bienertkatzman.com
jlittrell@bienertkatzman.com

Jonathan L. Kotlier (BBO #545491)
Nutter, McClennen & Fish, LLP
155 Seaport Boulevard
Boston, MA 02210-2604
Tel: 617-439-2000
jkotlier@nutter.com

GAMAL ABDELAZIZ

By his attorneys,

Dated: April 16, 2019

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO #549556)
Joshua C. Sharp (BBO #681439)
Nixon Peabody LLP
53 State Street
Boston, MA 02109
Tel: (617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com

2

I-HSIN "JOEY" CHEN

By his attorneys,

Dated:  April 16, 2019

/s/ Reuben Camper Cahn
Reuben Camper Cahn *(pro hac vice)*
Jennifer L. Keller *(pro hac vice)*
Chase A. Scolnick *(pro hac vice)*
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Tel: (949) 476-8700
rcahn@kelleranderle.com

AMY COLBURN AND GREGORY COLBURN

By their attorneys,

Dated: April 16, 2019

/s/ Jordan Kearney
Jordan Kearney (*Pro Hac Vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
575 Market Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 875-8500
jkearney@health-law.com

David S. Schumacher (BBO #647917)
HOOPER, LUNDY & BOOKMAN, P.C.
470 Atlantic Avenue, Suite 1201
Boston, MA 02210
Tel: (617) 532-2700
dschumacher@health-law.com

Patric Hooper (*Pro Hac Vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Tel: (310) 551-8111
phooper@health-law.com

ELIZABETH HENRIQUEZ

By her attorneys,

Dated: April 16, 2019

/s/ Aaron M. Katz
Aaron M. Katz (BBO #662457)
Ropes & Gray LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
Tel: (617) 951-7117
aaron.katz@ropesgray.com

Laura G. Hoey (pro hac vice)
Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1200
laura.hoey@ropesgray.com

Colleen A. Conry (pro hac vice)
Ropes & Gray LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
colleen.conry@ropesgray.com

MANUEL HENRIQUEZ

By his attorneys,

Dated: April 16, 2019

/s/ Walter Brown
Walter Brown (pro hac vice)
Orrick, Herrington & Sutcliffe, LLP
405 Howard Street
San Fransciso, CA 94105
Tel: (415) 773-5700
wbrown@orrick.com

4

ELISABETH KIMMEL

By her attorneys,

Dated: April 16, 2019          */s/ Eóin P. Beirne*
                              R. Robert Popeo (BBO #403360)
                              Mark E. Robinson (BBO #423080)
                              Eóin P. Beirne (BBO #660885)
                              Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
                              One Financial Center
                              Boston, MA 02111
                              Tel: (617) 348-02111
                              ebeirne@mintz.com


JOHN WILSON

By his attorneys,

Dated: April 16, 2019          */s/ Michael Kendall*
                              Michael Kendall (BBO #544866)
                              Yakov Malkiel (BBO #689137)
                              WHITE & CASE LLP
                              75 State Street
                              Boston, MA 02109-1814
                              Tel: (617) 979-9310
                              michael.kendall@whitecase.com

                              Andrew E. Tombak *(pro hac vice)*
                              WHITE & CASE LLP
                              1221 Avenue of the Americas
                              New York, NY 10020
                              Tel: (212) 819-8428
                              Andrew.tomback@whitecase.com


DR. HOMAYOUN ZADEH

By his attorneys,

Dated: April 16, 2019          */s/ Tracy A. Miner*
                              Tracy A. Miner (BBO #547137)
                              Megan A. Siddall (BBO #568979)
                              Seth B. Qrkand (BBO #669810)
                              Miner Qrkand Siddall LLP
                              470 Atlantic Ave, 4th Floor
                              Boston, MA 02110
                              Tel.: (617) 273-83 77
                              tminer@mosllp.com

5

msiddall@mosllp.com
sorkand@mosllp.com


ROBERT ZANGRILLO

By his attorneys,

Dated: April 16, 2019         */s/ Nicholas Theodorou*
                             Nicholas Theodorou (BBO #495730)
                             Foley Hoag LLP
                             155 Seaport Boulevard
                             Boston, MA 02210
                             Tel: (617) 832-1163
                             ntheodorou@foleyhoag.com

                             Martin G. Weinberg, Esq. (BBO #519480)
                             20 Park Plaza, Suite 1000
                             Boston, MA 02116
                             Tel: (617) 227-3700
                             owlmgw@att.net

                             Matthew L. Schwartz
                             Boies Schiller Flexner
                             55 Hudson Yards, 20th Floor
                             New York, NY 1001
                             Tel: (212) 303-3646
                             mlschwartz@bsfllp.com


LORI LOUGHLIN

By her attorneys,

Dated: April 16, 2019         */s/ William J. Trach*
                             William J. Trach (BBO #661401)
                             LATHAM & WATKINS LLP
                             200 Clarendon Street
                             Boston, MA  02116
                             Tel:  (617) 948-6000
                             william.trach@lw.com

                             Sean M. Berkowitz (*admitted pro hac vice*)
                             LATHAM & WATKINS LLP
                             330 North Wabash Avenue, Suite 2800
                             Chicago, IL 60611
                             Tel:  (312) 777-7016
                             sean.berkowitz@lw.com

Perry J. Viscounty (*admitted pro hac vice*)
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel:  (714) 540-1235
perry.viscounty@lw.com


MOSSIMO GIANNULLI

By his attorneys,

Dated: April 16, 2019      */s/ Sean M. Berkowitz*
Sean M. Berkowitz (*admitted pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 777-7016
sean.berkowitz@lw.com

William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA  02116
Telephone:  (617) 948-6000
william.trach@lw.com

Perry J. Viscounty (*admitted pro hac vice*)
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel:  (714) 540-1235
perry.viscounty@lw.com


WILLIAM MCGLASHAN, JR.

By his attorneys,

Dated: April 16, 2019      */s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO #564879)
jpirozzolo@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Tel: (617) 223-0304

7

Joan M. Loughnane (*pro hac vice*)
jloughnane@sidley.com
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY 10019
Tel: (212) 839-5567

*/s/ John C. Hueston*
John C. Hueston (*pro hac vice*)
Marshall Camp (*pro hac vice*)
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
Tel: (213) 788-4340
jhueston@hueston.com
mcamp@hueston.com


DIANE BLAKE AND TODD BLAKE

By their attorneys,

Dated: April 16, 2019          */s/ David E. Meier*
David E. Meier (BBO #341710)
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA 02110
Tel: (617) 624-4732
dmeier@toddweld.com

Stephen H. Sutro, Esq.
Duane Morris LLP
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Tel: (415) 957-3008
shsutro@duanemorris.com


**CERTIFICATE OF SERVICE**

I, John Littrell, hereby certify that on April 16, 2019, this document, filed through the CM/ECF system, will be sent electronically to all registered participants in this matter as identified on the Notice of Electronic Filing (NEF).

*/s/ John L. Littrell*
John L. Littrell