# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 19-10080-NMG |
| DAVID SIDOO, et al. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Alexia R. De Vincentis, Assistant United States Attorney, as counsel for the United States of America in the above-captioned matter.

        Respectfully submitted,

        ANDREW E. LELLING
        United States Attorney

By:  /s/ *Alexia R. De Vincentis*
      ALEXIA R. DE VINCENTIS
      Assistant U.S. Attorney
      John Joseph Moakley Courthouse
      One Courthouse Way, Suite 9200
      Boston, Massachusetts 02210
      Tel: (617) 748-3394
      Alexia.DeVincentis@usdoj.gov

Date: April 19, 2019

## CERTIFICATE OF SERVICE

I, Alexia R. De Vincentis, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Alexia R. De Vincentis*
ALEXIA R. DE VINCENTIS
Assistant United States Attorney

Date: April 19, 2019