UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) <br> ) |
| v. | ) <br> )    No. 19-CR-10080-NMG <br> ) <br> ) <br> ) |
| DAVID SIDOO, *et al.* | ) <br> ) |
| Defendants | ) <br> ) |

## JOINT STATUS REPORT AND REQUEST FOR ORAL ARGUMENT

Pursuant to the Court's Order of April 17, 2019 (ECF # 352), the Parties report that counsel for the defendants have conferred with the Government and have agreed to the Proposed Protective Order attached as Exhibit A.

Counsel for several of the defendants have requested that the Court include the provision below in the Protective Order. The Government has refused.

### Proposed Additional Provision

FURTHER ORDERED that after 60 days following production of Discovery Materials by the Government, the requirements of this Order shall no longer apply to Primary Materials for each defendant, defined, with respect to each individual defendant, as any Discovery Materials that specifically reference or relate to that defendant or any of the defendant's family members, or that relate to any action taken by an alleged co-conspirator with respect to the defendant or any of the defendant's family members. If the Government believes that any Primary Materials for a particular defendant should remain subject to this Order, it shall so designate such materials and the "good cause" for such designation within 60 days of production, after which that defendant may challenge such designation at any time in a motion to the Court to modify the application of this Order. This provision only applies to Primary Materials for each defendant. As to all other defendants, the requirements of this Order remain in place for materials that are not Primary Materials as to them.

The parties respectfully request that the Court hear argument on the Proposed Additional Provision following arraignments on April 29th and then enter an order in the form of the Proposed Protective Order at Exhibit A with any modifications the Court feels appropriate following argument.

Respectfully Submitted,

**GAMAL ABDELAZIZ**
By his attorneys,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO #549556)
Joshua C. Sharp (BBO #681439)
Nixon Peabody LLP
53 State Street
Boston, MA 02109
Tel: (617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com


**DIANE BLAKE AND TODD BLAKE**
By their attorneys,

*/s/ David E. Meier*
David E. Meier (BBO #341710)
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA 02110
Tel: (617) 624-4732
dmeier@toddweld.com

Stephen H. Sutro, Esq.
Duane Morris LLP
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Tel: (415) 957-3008
shsutro@duanemorris.com

**I-HSIN "JOEY" CHEN**
By his attorneys,

*/s/ Reuben Camper Cahn*
Reuben Camper Cahn *(pro hac vice)*
Jennifer L. Keller *(pro hac vice)*
Chase A. Scolnick *(pro hac vice)*
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Tel: (949) 476-8700
rcahn@kelleranderle.com


**AMY COLBURN AND GREGORY COLBURN**
By their attorneys,

*/s/ David S. Schumacher*
David S. Schumacher (BBO #647917)
HOOPER, LUNDY & BOOKMAN, P.C.
470 Atlantic Avenue, Suite 1201
Boston, MA 02210
(617) 532-2700
dschumacher@health-law.com

Patric Hooper (*Pro Hac Vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
(310) 551-8111
phooper@health-law.com

Jordan Kearney (*Pro Hac Vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
575 Market Street, Suite 2300
San Francisco, CA 94105
(415) 875-8500
jkearney@health-law.com

**MOSSIMO GIANNULLI**
By his attorneys,

*/s/ Sean M Berkowitz*
Sean M. Berkowitz *(admitted pro hac vice)*
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 777-7016
sean.berkowitz@lw.com

William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
william.trach@lw.com

Perry J. Viscounty *(admitted pro hac vice)*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: (714) 540-1235
perry.viscounty@lw.com


**ELIZABETH HENRIQUEZ**
By her attorneys,

*/s/ Aaron M. Katz*
Aaron M. Katz (BBO #662457)
Ropes & Gray LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
Tel: (617) 951-7117
aaron.katz@ropesgray.com

Laura G. Hoey *(pro hac vice)*
Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1200
laura.hoey@ropesgray.com

Colleen A. Conry *(pro hac vice)*
Ropes & Gray LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
colleen.conry@ropesgray.com


**MANUEL HENRIQUEZ**
By his attorneys,

*/s/ Walter Brown*
Walter Brown *(pro hac vice)*
Orrick, Herrington & Sutcliffe, LLP
405 Howard Street
San Fransciso, CA 94105
Tel: (415) 773-5700
wbrown@orrick.com


**MICHELLE JANAVS**
By her attorneys,

*/s/ John L. Littrell*
Thomas H. Bienert, Jr. *(pro hac vice)*
John Littrell *(pro hac vice)*
Bienert I. Katzman PC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Tel: (949) 369-3700
tbienert@bienertkatzman.com
jlittrell@bienertkatzman.com

Jonathan L. Kotlier (BBO #545491)
Nutter, McClennen & Fish, LLP
155 Seaport Boulevard
Boston, MA 02210-2604
Tel: 617-439-2000
jkotlier@nutter.com

**ELISABETH KIMMEL**
By her attorneys,

*/s/ Eóin P. Beirne*
R. Robert Popeo (BBO #403360)
Mark E. Robinson (BBO #423080)
Eóin P. Beirne (BBO #660885)
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
Tel: (617) 348-02111
ebeirne@mintz.com


**LORI LOUGHLIN**
By her attorneys,

*/s/ William J. Trach*
William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Tel: (617) 948-6000
william.trach@lw.com

Sean M. Berkowitz *(admitted pro hac vice)*
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 777-7016
sean.berkowitz@lw.com

Perry J. Viscounty *(admitted pro hac vice)*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: (714) 540-1235
perry.viscounty@lw.com

**WILLIAM McGLASHAN, JR.**
By his attorneys,

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO #564879)
jpirozzolo@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Tel: (617) 223-0304

Joan M. Loughnane *(pro hac vice)*
jloughnane@sidley.com
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY 10019
Tel: (212) 839-5567

*/s/ John C. Hueston*
John C. Hueston *(pro hac vice)*
Marshall Camp *(pro hac vice)*
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
Tel: (213) 788-4340
jhueston@hueston.com
mcamp@hueston.com


**JOHN WILSON**
By his attorneys,

*/s/ Michael Kendall*
Michael Kendall (BBO #544866)
Yakov Malkiel (BBO #689137)
WHITE *&* CASE LLP
75 State Street
Boston, MA 02109-1814
Tel: (617) 979-9310
michael.kendall@whitecase.com

Andrew E. Tombak *(pro hac vice)*
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 819-8428
Andrew.tomback@whitecase.com

**DR. HOMAYOUN ZADEH**
By his attorneys,

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO #547137)
Megan A. Siddall (BBO #568979)
Seth B. Orkand (BBO #669810)
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02110
Tel.: (617) 273-83 77
tminer@mosllp.com
msiddall@mosllp.com
sorkand@mosllp.com

**ROBERT ZANGRILLO**
By his attorneys,

*/s/ Nicholas Theodorou*
Nicholas Theodorou (BBO #495730)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1163
ntheodorou@foleyhoag.com

Martin G. Weinberg, Esq. (BBO #519480)
20 Park Plaza, Suite 1000
Boston, MA 02116
Tel: (617) 227-3700
owlmgw@att.net

>Matthew L. Schwartz
>Boies Schiller Flexner
>55 Hudson Yards, 20th Floor
>New York, NY 1001
>Tel: (212) 303-3646
>mlschwartz@bsfllp.com
>
>
>**ANDREW E. LELLING**
>United States Attorney
>
>
>By:    /s/Eric S. Rosen_____
>          ERIC S. ROSEN
>          Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Eóin P. Beirne, hereby certify that on April 25, 2019, this document, filed through the CM/ECF system, will be sent electronically to all registered participants in this matter as identified on the Notice of Electronic Filing (NEF).

>/s/*Eóin P. Beirne*