UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DAVID SIDOO, *et al.*,

     Defendants.

Case No. 1:19-CR-10080-NMG

## JOINT MOTION FOR ENTRY OF A FINAL PROPOSED PROTECTIVE ORDER

Pursuant to the Court's Order of April 29, 2019 (ECF No. 369), directing the parties to confer further regarding the entry of a protective order in this case and to file a final proposed order, the Government and the undersigned Defendants did further confer and as a result, all Defendants and the Government hereby jointly move for entry of a final proposed Protective Order, in the form attached hereto as Exhibit A.

Dated: May 1, 2019

Respectfully Submitted,

**ANDREW E. LELLING**
**UNITED STATES ATTORNEY**

/s/ *Eric S. Rosen*
Eric. S. Rosen
Justin D. O'Connell
Leslie A. Wright
Assistant United States Attorneys
John Joseph Moakley Courthouse

1

One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel: (617)-748-3100
Eric.Rosen@usdoj.gov
Justin.O'Connell@usdoj.gov
Leslie.Wright@usdoj.gov

**GAMAL ABDELAZIZ**

By his attorneys,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO # 549556)
Joshua C. Sharp (BBO # 681439)
Nixon Peabody LLP
53 State Street
Boston, MA 02109
Tel: (617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com

**DIANE BLAKE AND TODD BLAKE**

By their attorneys,

*/s/ David E. Meier*
David E. Meier (BBO #341710)
Todd & Weld LLP
One Federal Street, 27thFloor
Boston, MA 02110
Tel: (617) 624-4732
dmeier@toddweld.com

Stephen H. Sutro, Esq.
Duane Morris LLP
One Market Plaza, Suite 2200 San Francisco, CA
94105-1127 Tel: (415) 957-3008
shsutro@duanemorris.com

**I-HSIN "JOEY" CHEN**

By his attorneys,

*/s/ Reuben Camper Cahn*
Reuben Camper Cahn *(pro hac vice)*
Jennifer L. Keller *(pro hac vice)*

Chase A. Scolnick *(pro hac vice)*
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Tel: (949) 476-8700
rcahn@kelleranderle.com

**AMY COLBURN AND GREGORY COLBURN**

By their attorneys,

*/s/ David S. Schumacher*
David S. Schumacher (BBO # 647917)
HOOPER, LUNDY & BOOKMAN, P.C.
470 Atlantic Avenue, Suite 1201
Boston, MA 02210
(617) 532-2700
dschumacher@health-law.com

Patric Hooper (*Pro Hac Vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
(310) 551-8111
phooper@health-law.com

Jordan Kearney (*Pro Hac Vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
575 Market Street, Suite 2300
San Francisco, CA 94105
(415) 875-8500
jkearney@health-law.com

**ELIZABETH HENRIQUEZ**

By her attorneys,

*/s/ Aaron M. Katz*
Aaron M. Katz (BBO # 662457)
Ropes & Gray LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
Tel: (617) 951-7117
aaron.katz@ropesgray.com

3

Laura G. Hoey *(pro hac vice)*
Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1200
laura.hoey@ropesgray.com

Colleen A. Conry *(pro hac vice)*
Ropes & Gray LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807
Tel: (202) 508-4600
colleen.conry@ropesgray.com

**DOUGLAS HODGE**

By his attorneys,

/s/ Joan McPhee
Brien T. O'Connor (BBO # 546767)
Joan McPhee (BBO # 547869)
Ropes & Gray - MA
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
617-951-7385
boconnor@ropesgray.com
jmcphee@ropesgray.com

Miranda Hooker (BBO # 661569)
Pepper Hamilton LLP
125 High Street
19th Floor, High Street Tower
Boston, MA 02110
617-204-5160
hookerm@pepperlaw.com

**MANUEL HENRIQUEZ**

By his attorneys,

*/s/ Walter Brown*
Walter Brown *(pro hac vice)*
Orrick, Herrington & Sutcliffe, LLP
405 Howard Street
San Francisco, CA 94105

4

Tel: (415) 773-5700
wbrown@orrick.com

**MICHELLE JANAVS**

By her attorneys,

*/s/ John L. Littrell*
Thomas H. Bienert, Jr. *(pro hac vice)*
John Littrell *(pro hac vice)*
Bienert I. Katzman PC
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Tel: (949) 369-3700
tbienert@bienertkatzman.com
jlittrell@bienertkatzman.com

Jonathan L. Kotlier (BBO # 545491)
Nutter, McClennen & Fish, LLP
155 Seaport Boulevard
Boston, MA 02210-2604 Tel: 617-439-2000
jkotlier@nutter.com

**ELISABETH KIMMEL**

By her attorneys,

*/s/ Eóin P. Beirne*
R. Robert Popeo (BBO # 403360)
Mark E. Robinson (BBO # 423080)
Eóin P. Beirne (BBO # 660885)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1707 (telephone)
(617) 542-2241 (fax)
rpopeo@mintz.com
mrobinson@mintz.com
ebeirne@mintz.com

**WILLIAM McGLASHAN, JR.**

By his attorneys,

*/s/ Jack W. Pirozzolo*

5

Jack W. Pirozzolo (BBO #564879)
jpirozzolo@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
Tel: (617) 223-0304

Joan M. Loughnane *(pro hac vice)*
jloughnane@sidley.com
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY 10019
Tel: (212) 839-5567

*/s/ John C. Hueston*
John C. Hueston *(pro hac vice)*
Marshall Camp *(pro hac vice)*
 HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
Tel: (213) 788-4340
jhueston@hueston.com
mcamp@hueston.com

**MARCI PALATELLA**

By her attorneys,

/s/*Michael Loucks*
Michael K. Loucks (BBO # 305520)
Skadden, Arps, Slate, Meagher & Flom LLP
500 Boylston Street
Boston, MA 02116
617-573-4840
michael.loucks@skadden.com

Jack P. DiCanio *(pro hac vice)*
Allen J. Ruby *(pro hac vice)*
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue
Palo Alto, CA 94301
650-470-4500

allen.ruby@skadden.com
jack.dicanio@skadden.com

6

**JOHN WILSON**

By his attorneys,

*/s/ Michael Kendall*
Michael Kendall (BBO #544866)
Yakov Malkiel (BBO #689137)
WHITE *&* CASE LLP
75 State Street
Boston, MA 02109-1814
Tel: (617) 979-9310
michael.kendall@whitecase.com

Andrew E. Tombak *(pro hac vice)*
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 819-8428
Andrew.tomback@whitecase.com

**DR. HOMAYOUN ZADEH**

By his attorneys,

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO # 547137)
Megan A. Siddall (BBO # 568979)
Seth B. Orkand (BBO # 669810)
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor Boston, MA 02110
Tel.: (617) 273-83 77
tminer@mosllp.com
msiddall@mosllp.com
sorkand@mosllp.com

**ROBERT ZANGRILLO**

By his attorneys,

*/s/ Nicholas Theodorou*
Nicholas Theodorou (BBO # 495730)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

7

Tel: (617) 832-1163
ntheodorou@foleyhoag.com

Martin G. Weinberg, Esq. (BBO # 519480)
20 Park Plaza, Suite 1000
Boston, MA 02116
Tel: (617) 227-3700
owlmgw@att.net

Matthew L. Schwartz
Boies Schiller Flexner
55 Hudson Yards, 20th Floor
New York, NY 1001
Tel: (212) 303-3646
mlschwartz@bsfllp.com


## CERTIFICATE OF SERVICE

I, Eóin P. Beirne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 1, 2019.

/s/*Eóin P. Beirne*

87277803v.1

8