JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __FBI__

**City**   Boston

**County**   Middlesex

**Related Case Information:**

Superseding Ind./ Inf. __X__   Case No. __19-10080-NMG__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   _See additional information_
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   David Sidoo   Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State) Vancouver, CA

Birth date (Yr only): _1959_  SSN (last4#):_____  Sex _M_   Race: _White_   Nationality: _CA_

**Defense Counsel if known:**   _____   Address _____

**Bar Number**   _____

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen   Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date**   _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony _2_

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   10/22/2019   Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant**     David Sidoo

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 3 | 18 USC 981(a)(1)(c) | Forfeiture | |
| Set 4 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  Category No. __II__  Investigating Agency __FBI__

**City** __Boston__  **Related Case Information:**

**County** __Middlesex__   Superseding Ind./ Inf. __X__   Case No. __19-10080-NMG__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number __19-MJ-6087-MPK__
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Gregory Colburn__   Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address __(City & State) Palo Alto, CA__

Birth date (Yr only): __1957__  SSN (last4#): __0184__  Sex __M__   Race: __White__   Nationality: __USA__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__   Bar Number if applicable __NY4412326__

**Interpreter:**  ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:**  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____   on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __10/22/2019__   Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):  ___19-10080-NMG___

**Name of Defendant**  ___Gregory Colburn___

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 4 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     Category No.   II     **Investigating Agency**   FBI

**City**   Boston

**County**   Middlesex     **Related Case Information:**

Superseding Ind./ Inf.   X     Case No.   19-10080-NMG
Same Defendant   X     New Defendant
Magistrate Judge Case Number   19-MJ-6087-MPK
Search Warrant Case Number   See additional information
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Amy Colburn     Juvenile:    ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes   ☑ No

Alias Name

Address     (City & State) Palo Alto, CA

Birth date (Yr only): 1969   SSN (last4#): 5371   Sex W    Race: White     Nationality: USA

**Defense Counsel if known:**     Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen     Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes   ☑ No     List language and/or dialect:

**Victims:**   ☑ Yes   ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**    ☐ Yes   ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of     in     .
☐ Already in State Custody at     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:     on

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ———— ☐ Misdemeanor ———— ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/22/2019     Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):  19-10080-NMG

**Name of Defendant**     Amy Colburn

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 4 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     Category No.   __II__     Investigating Agency   FBI

**City**   Boston

**County**   Middlesex

**Related Case Information:**

Superseding Ind./ Inf.   __X__     Case No.   19-10080-NMG
Same Defendant   __X__     New Defendant _____
Magistrate Judge Case Number   19-MJ-6087-MPK
Search Warrant Case Number   See additional information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Gamal Abdelaziz     Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name

Address   (City & State) Las Vegas, NV

Birth date (Yr only): 1956   SSN (last4#): 4560   Sex M     Race: White     Nationality: USA

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen     Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes   ☑ No     List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   10/22/2019     Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):     19-10080-NMG

**Name of Defendant**     Gamal Abdelaziz

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 6 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**    18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II _____          **Investigating Agency**  FBI _____

**City**   Boston _____          **Related Case Information:**

**County**   Middlesex _____          Superseding Ind./ Inf. ___ X _____          Case No.   19-10080-NMG
                                                 Same Defendant ___ X ___          New Defendant _____
                                                 Magistrate Judge Case Number   19-MJ-6087-MPK
                                                 Search Warrant Case Number   See additional information
                                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Diane Blake _____          Juvenile:          ☐ Yes   ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes   ☑ No

Alias Name _____

Address          (City & State)  San Francisco, CA _____

Birth date (Yr only): 1965   SSN (last4#): 0175   Sex  W ___   Race:  White _____   Nationality:  USA _____

**Defense Counsel if known:**   _____          Address  _____

**Bar Number**   _____                         _____

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen _____          Bar Number if applicable   NY4412326 _____

**Interpreter:**   ☐ Yes   ☑ No          List language and/or dialect:   _____

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**          ☐ Yes   ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**   _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**          ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**          ☐ Petty _____          ☐ Misdemeanor _____          ☑ Felony   3 _____

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:   04/09/2019          Signature of AUSA:

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):     19-10080-NMG

**Name of Defendant**     Diane Blake

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 6 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**     18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.**   II     **Investigating Agency**   FBI

**City**   Boston

**County**   Middlesex

**Related Case Information:**

Superseding Ind./ Inf.   X     Case No.   19-10080-NMG
Same Defendant   X     New Defendant
Magistrate Judge Case Number   19-MJ-6087-MPK
Search Warrant Case Number   See additional information
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Todd Blake     Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name

Address   (City & State)   San Francisco, CA

Birth date (Yr only): 1965   SSN (last4#): 4272   Sex M   Race: White   Nationality: USA

**Defense Counsel if known:**     Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen     Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes   ☑ No     List language and/or dialect:

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of     in
☐ Already in State Custody at     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:     on

**Charging Document:**   ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   ☑ Felony   3

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/22/2019     Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ Todd Blake _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 6 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No.   **II**      Investigating Agency   **FBI**

**City**   Boston

**County**   Middlesex

**Related Case Information:**

Superseding Ind./ Inf.   X      Case No.   19-10080-NMG
Same Defendant   X      New Defendant
Magistrate Judge Case Number   19-MJ-6087-MPK
Search Warrant Case Number   See additional information
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   I-Hsin "Joey" Chen      Juvenile:   ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name

Address   (City & State) Newport Beach, CA

Birth date (Yr only): 1954   SSN (last4#): 1777   Sex M   Race: Asian   Nationality: USA

**Defense Counsel if known:**            Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen      Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes ☑ No      List language and/or dialect:

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes ☐ No

**Matter to be SEALED:**   ☐ Yes ☑ No

☐ Warrant Requested      ☑ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of            in            .
☐ Already in State Custody at            ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:            on

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony   3

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   04/09/2019      Signature of AUSA:

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): ___19-10080-NMG___

**Name of Defendant**   I-Hsin "Joey" Chen

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 3 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting | 5 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 6 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**        **Category No.** II_____        **Investigating Agency** FBI_____

**City**  Boston_____        **Related Case Information:**

**County**  Middlesex_____        Superseding Ind./ Inf. __X__          Case No. 19-10080-NMG
                                        Same Defendant __X__        New Defendant _____
                                        Magistrate Judge Case Number  19-MJ-6087-MPK
                                        Search Warrant Case Number  See additional information
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Mossimo Giannulli_____        Juvenile:        ☐ Yes  ☑ No

              Is this person an attorney and/or a member of any state/federal bar:        ☐ Yes  ☑ No

Alias Name _____

Address        (City & State)  Los Angeles, CA_____

Birth date (Yr only): 1966   SSN (last4#): 8718   Sex M   Race: White   Nationality: USA

**Defense Counsel if known:**   _____   Address _____

**Bar Number**   _____        _____

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen_____   Bar Number if applicable  NY4412326

**Interpreter:**   ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**        ☐ Yes  ☑ No

        ☐ Warrant Requested        ☑ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**   _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on

**Charging Document:**        ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**        ☐ Petty _____        ☐ Misdemeanor _____        ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:   10/22/2019        Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):  _19-10080-NMG_

**Name of Defendant**   Mossimo Giannulli

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Birbery | 2 |
| Set 3 | 18 U.S.C. § 1956(h) | Mondey Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 6 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**                Category No.  **II**                Investigating Agency  **FBI**

**City**  Boston

**Related Case Information:**

**County**  Middlesex

Superseding Ind./ Inf.   X            Case No.   19-10080-NMG
Same Defendant   X        New Defendant
Magistrate Judge Case Number   19-MJ-6087-MPK
Search Warrant Case Number   See additional information
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Elisabeth Kimmel                Juvenile:        ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:        ☐ Yes  ☑ No

Alias Name

Address         (City & State)  Las Vegas, NV

Birth date (Yr only): 1964   SSN (last4#): 8114   Sex W   Race: White        Nationality: USA

**Defense Counsel if known:**                         Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen                Bar Number if applicable   NY4412326

**Interpreter:**        ☐ Yes  ☑ No            List language and/or dialect:

**Victims:**        ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)        ☑ Yes  ☐ No

**Matter to be SEALED:**        ☐ Yes  ☑ No

        ☐ Warrant Requested        ☑ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of                in                           .
☐ Already in State Custody at                 ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                on

**Charging Document:**        ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**        ☐ Petty            ☐ Misdemeanor            ☑ Felony   3

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   10/22/2019                Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant**      Elisabeth Kimmel

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundrering Conspiracy | 3 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 6 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __FBI__

**City** __Boston__

**County** __Middlesex__          **Related Case Information:**

Superseding Ind./ Inf. __X__          Case No. __19-10080-NMG__
Same Defendant __X__          New Defendant _____
Magistrate Judge Case Number          __19-MJ-6087-MPK__
Search Warrant Case Number          __See additional information__
R 20/R 40 from District of          _____

**Defendant Information:**

Defendant Name  __Lori Loughlin__          Juvenile:     ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes  ☑ No

Alias Name _____

Address ____(City & State)  Los Angeles, CA_____

Birth date (Yr only): __1964__  SSN (last4#): __7715__  Sex __W__     Race: __White__     Nationality: __USA__

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____          _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__          Bar Number if applicable  __NY4412326__

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**     ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☑ Yes  ☐ No

**Matter to be SEALED:**     ☐ Yes  ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**          ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**          ☐ Petty _____          ☐ Misdemeanor _____          ☑ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __10/22/2019__          Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):   19-10080-NMG

**Name of Defendant**      Lori Loughlin

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 6 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**       Category No.    **II**          Investigating Agency    **FBI**

**City**    Boston

**County**    Middlesex           Superseding Ind./ Inf.    X          Case No.    19-10080-NMG

Same Defendant    X           New Defendant

Magistrate Judge Case Number    19-MJ-6087-MPK

Search Warrant Case Number    See additional information

R 20/R 40 from District of

**Defendant Information:**

Defendant Name    William McGlashan, Jr.          Juvenile:    ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes   ☑ No

Alias Name

Address    (City & State) Mill Valley, CA

Birth date (Yr only): 1963   SSN (last4#): 8399   Sex M      Race: White      Nationality: USA

**Defense Counsel if known:**          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**    Eric S. Rosen          Bar Number if applicable    NY4412326

**Interpreter:**    ☐ Yes   ☑ No      List language and/or dialect:

**Victims:**    ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**    ☐ Yes   ☑ No

☐ Warrant Requested      ☑ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of          in          .

☐ Already in State Custody at          ☐ Serving Sentence      ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by:          on

**Charging Document:**    ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**    ☐ Petty          ☐ Misdemeanor          ☑ Felony    4

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    10/22/2019          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant**   _____ William McGlashan _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting | 7 |
| Set 5 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 6 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 7 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. __II__   Investigating Agency __FBI__

**City** __Boston__

**County** __Middlesex__          **Related Case Information:**

Superseding Ind./ Inf.   __X__      Case No.   __19-10080-NMG__
Same Defendant   __X__      New Defendant _____
Magistrate Judge Case Number   __19-MJ-6087-MPK__
Search Warrant Case Number   See additional information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __Marci Palatella__      Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name _____

Address   __(City & State) Hillsborough, CA__

Birth date (Yr only): __1955__  SSN (last4#): __5012__  Sex __W__   Race: __White__   Nationality: __USA__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   __Eric S. Rosen__      Bar Number if applicable   __NY4412326__

**Interpreter:**   ☐ Yes   ☑ No      List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

☐ Warrant Requested      ☑ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony   __3__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   __10/22/2019__      Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____  19-10080-NMG _____

**Name of Defendant**     Marci Palatella _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 6 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  FBI

**City**  Boston          **Related Case Information:**

**County**  Middlesex

Superseding Ind./ Inf.  X          Case No.   19-10080-NMG
Same Defendant   X          New Defendant _____
Magistrate Judge Case Number      19-MJ-6087-MPK
Search Warrant Case Number      See additional information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   John Wilson          Juvenile:      ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:      ☐ Yes  ☑ No

Alias Name _____

Address    (City & State) Hyannis Port, MA _____

Birth date (Yr only): 1959   SSN (last4#): 0685   Sex  M          Race:  White          Nationality:  USA

**Defense Counsel if known:**  _____          Address _____

**Bar Number**  _____

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen          Bar Number if applicable   NY4412326

**Interpreter:**      ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**      ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)      ☑ Yes  ☐ No

**Matter to be SEALED:**      ☐ Yes  ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**  _____

☐ Already in Federal Custody as of  _____ in  _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by:  _____ on _____

**Charging Document:**      ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**      ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony   8

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   10/22/2019          Signature of AUSA:

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):   19-10080-NMG

**Name of Defendant**      John Wilson

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting | 6, 8, 9 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding & Abetting | 11, 12 |
| Set 6 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          Category No.   II          Investigating Agency   FBI

**City**   Boston                    **Related Case Information:**

**County**   Middlesex          Superseding Ind./ Inf.   X          Case No.   19-10080-NMG
Same Defendant   X          New Defendant _____
Magistrate Judge Case Number   19-MJ-6087-MPK
Search Warrant Case Number   See additional information
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   Homayoun Zadeh                    Juvenile:          ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name   _____

Address          (City & State)   Calabasas, CA

Birth date (Yr only):   1961   SSN (last4#):   4306   Sex  M          Race:  White          Nationality:  USA

**Defense Counsel if known:**          _____   Address   _____

**Bar Number**   _____                    _____

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen          Bar Number if applicable   NY4412326

**Interpreter:**          ☐ Yes   ☑ No          List language and/or dialect:   _____

**Victims:**          ☑ Yes   ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)          ☑ Yes   ☐ No

**Matter to be SEALED:**          ☐ Yes   ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**   _____

☐ Already in Federal Custody as of   _____   in   _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:   _____   on

**Charging Document:**          ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**          ☐ Petty ———          ☐ Misdemeanor ———          ☑ Felony   3

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/22/2019          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):    19-10080-NMG

**Name of Defendant**    Homayoun Zadeh

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Program Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 5 | 28 U.S.C. § 2461(c)) | Forfeiture | |
| Set 6 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**          **Category No.**   II          **Investigating Agency**   FBI

**City**   Boston                    **Related Case Information:**

**County**   Middlesex            Superseding Ind./ Inf.   X          Case No.   19-10080-NMG
                                   Same Defendant   X          New Defendant
                                   Magistrate Judge Case Number   19-MJ-6087-MPK
                                   Search Warrant Case Number   See additional information
                                   R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Robert Zangrillo                    Juvenile:          ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes  ☑ No

Alias Name

Address          (City & State)   Miami Beach, FL

Birth date (Yr only):   1966   SSN (last4#):   8400   Sex   M      Race:   White      Nationality:   USA

**Defense Counsel if known:**                    Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen                    Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes  ☑ No      List language and/or dialect:

**Victims:**   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of          in          .
☐ Already in State Custody at          ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:          on

**Charging Document:**   ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty          ☐ Misdemeanor          ☑ Felony   5

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   10/22/2019          Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): ___19-10080-NMG___

**Name of Defendant**  ___Robert Zangrillo___

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting | 4, 10 |
| Set 5 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 6 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 7 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK