UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DAVID SIDOO et al.,

Defendants.

No. 1:19-cr-10080-NMG

### DEFENDANT JOHN WILSON'S WAIVER OF APPEARANCE AT ARRAIGNMENT ON THE THIRD SUPERSEDING INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), defendant John Wilson hereby states the following:

1. I waive my right to be present at my arraignment on the third superseding indictment.

2. I affirm that I have received a copy of the indictment.

3. I affirm that my plea to all charges is not guilty.

Dated: October 30, 2019

_____
John Wilson

Dated: October 30, 2019

/s/ Michael Kendall
Michael Kendall (BBO # 544866)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com

Dated: October 30, 2019

/s/ Andrew E. Tomback
Andrew Tomback (pro hac vice)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8428
andrew.tomback@whitecase.com

Dated: October 30, 2019

/s/ Yakov Malkiel
Yakov Malkiel (BBO # 689137)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
yakov.malkiel@whitecase.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document is being filed on the date appearing in the header through the ECF system, which will send true copies to each party's attorneys of record.

/s/ Michael Kendall
Michael Kendall