# Exhibit 2

July 28, 2014

John & ▮▮▮ Wilson
▮▮▮▮▮▮

Dear John & ▮▮▮,

Thank you for your generous gift to USC Athletics in the amount of $100,000. Maintaining state-of-the-art facilities is an essential part of USC's commitment to excellence. Through your contribution, you are helping the University achieve this important goal.

On behalf of the young student-athletes that will benefit from your anonymous gift, thank you.

Fight On!


Ron Orr
Associate Athletic Director