# Exhibit 5



**ATHLETICS**

## USC ATHLETICS – DEVELOPMENT ORGANIZATIONAL STRUCTURE

**Ron Orr**
*Sr. Associate AD*

- Chief Development Officer
- Oversight of Trojan Athletic Fund & all Athletic fundraising activities
- Supervise Heritage Initiative Co-chair John Robinson
- Football



**TROJAN ATHLETIC FUND**

INVESTING IN TODAY'S CHAMPIONS & TOMORROW'S LEADERS

---

**Jen Noriega**
*Associate AD Development & Stewardship*

- Signature Events
- Stewardship
- Member/Gift Processing
- Scholarship Club Management
- Front Office Management

**Alexandra Bitterlin**
*Associate AD Development*

- Campaign Materials
- Coliseum Marketing & Communications
- Endowment
- Regional Development
- Capital Gifts
- Lacrosse

**Scott Wandzilak**
*Assistant AD of Development*

- Coliseum Fundraising
- Endowment
- Regional Development
- Capital Gifts
- W/M Track
- Heritage Association
- W/M Golf & Coaches Council

**Scott Jacobson**
*Associate AD Development*

- Annual Fund manager
- Major Gifts for Heritage Initiative
- Coliseum Planning/Fundraising
- Trojan Club Oversight
- W/M Tennis

**Julian Bonse**
*Assistant AD of Development*

- Trojan Club Orange County
- Social Media/Marketing
- Car Dealers (Stewardship)
- Young Alumni
- UAC Sports

**[Redacted]**
*Assistant AD of Development*

- TAPA
- Baseball & Diamond Club
- Touchdown Club
- Trojan Club LA and Desert

---

**Jordan Bradley**
*Receptionist/Admin. Assistant*

- Front Desk Receptionist
- Office Manager

**Suzanne Ebner**
*Assistant Director of Development*

- Membership Services and Development Administration
- TAF Stewardship
- TAF Marketing
- HA & Sport Reunions

**Becky Gramstrup**
*Director of Stewardship & Events*

- Assist Special Events
- Stewardship
- Endowment Reporting
- Sports Banquets
- Beach Volleyball

**Alina Arakelian**
*Director of Development*

- Advantage Oversight
- Gift Processing
- Capital Accounts
- Membership Accounts
- Events Assist
- Research
- F/S Trojan Club

**Tara Quarrie**
*Director of Development*

- Women's Athletics
- WOT Development Communications
- Annual Fund
- Heritage Association (former female SA)
- W BBall, Soccer, W VBall

**Brent Watson**
*Director of Development*

- TAPA
- TBOD
- Trojan Club San Diego, San Fernando and San Gabriel Valley
- Annual Fund Calendar
- M BBall, M VBall, Crew
- Annual Fund
- Car Program Assist

**Joseph Aguirre**
*Assistant Director of Development*

- Trojan Club Development
- Season Ticket Holder Development
- Annual Fund
- Trojan Club Beach Cities & NorCal