# Exhibit 7

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮▮▮▮▮ |
| **Sent:** | Wednesday, February 5, 2014 9:50 PM |
| **To:** | Rick Singer <rwsinger@gmail.com> |
| **Subject:** | Re: Hello Rick/college visits |

ok, but should we mention it to him?
On Feb 6, 2014, at 4:49 AM, Rick Singer <rwsinger@gmail.com> wrote:

> ==Ok side door is not improper nor is back door both are how all schools fund their special programs or needs.== Nevertheless we can apply to some of his top choices that are above his qualifications but the chances of getting in would be limited.
>
> Sent from my iPhone
>
> On Feb 5, 2014, at 5:44 PM, ▮▮▮▮▮▮▮▮▮▮ wrote:
>
>> Thanks. If a " backdoor" is a donation to the school or something like that I do not want to do anything improper and I am ambivalent whether we should tell ▮▮▮ or not. I do not want to ruin his motivation or make him feel he did not accomplish on his own merit. On the other hand I do not want it keep stuff from him. Any thoughts?
>> Sent from my iPhone
>>
>> On Feb 6, 2014, at 3:30 AM, Rick Singer <rwsinger@gmail.com> wrote:
>>
>>> Weekdays. I can set up whatever we decide.
>>>
>>> On Wed, Feb 5, 2014 at 5:25 PM, ▮▮▮▮▮▮▮▮▮▮ wrote:
>>>> Are college visits typically during the weekend or weekdays?
>>>>
>>>> Sent from my iPhone
>>>>
>>>> On Feb 6, 2014, at 12:55 AM, Rick Singer <rwsinger@gmail.com> wrote:
>>>>
>>>>> For Our discussion
>>>>>
>>>>> School choices -- ******* schools with that notation will need to be done through the side door as ▮▮▮ is not close with his grades and scores.
>>>>>
>>>>> Boston
>>>>>
>>>>> Northeastern
>>>>> Boston U
>>>>> Babson
>>>>>
>>>>> NY
>>>>>
>>>>> Fordham
>>>>> NYU*******

Philly

Drexel
Villanova

DC

Georgetown********
GW
American
U Maryland College Park

Miami

U Miami

New Orleans

Tulane

Chicago

Loyola U
DePaul

Colorado

Denver U
CU Boulder

Midwest

Indiana U
U Michigan*******
U Wisconsin

LA

USC*******
UCLA*****
UCSB

Bay Area

Santa Clara
Cal Poly
USF
UC Davis

On Wed, Feb 5, 2014 at 12:39 AM, ▇▇▇▇▇▇▇

> ▆▆▆▆▆▆▆ wrote:
> Hi Rick,
> greetings from south africa..i am here for a quick business trip, and will be back sunday. so i look forward seeing you on monday for our usual get together with ▆▆▆▆
> One thing i would like to resolve is the choice of which colleges to visit in the spring break for ▆▆▆
> 1. which colleges should we visit?
> 2. When? ▆▆▆ is on spring break from March 8 th the 23rd. I will be in brussell on wed12-thrusday13, so I could visit colleges on the east coast (or west coast) the weekend and monday (8-11), or when i am back sat15 all week until the 23. what do you suggest?
> Once we decide where and when, we can contact the colleges for logistics and also i can get going with airplane tickets and all that�.
> let me know what you think and thank you for all your help!
> ▆▆▆
>
>
> --
> Rick Singer
> (916) 384-8802

--
Rick Singer
(916) 384-8802

USAO-VB-00190226