# Exhibit 8

**From:** Donna Heinel <dheinel@usc.edu>
**To:** Ron Orr
**CC:** Pat Haden; Alexandra Bitterlin; STEVE LOPES
**Sent:** 1/31/2013 11:01:07 AM
**Subject:** Re: ███████

Let everyone know it has been approved by compliance. ███ can give a gift that ultimately is used for scholarship dollars for his daughter

Sent from my iPhone

On Jan 31, 2013, at 7:44 AM, Ron Orr <rorr@usc.edu> wrote:

Nice gift ! I too have some concerns on gift agreement

Sent from my iPhone

On Jan 30, 2013, at 11:15 PM, Pat Haden <adpat@usc.edu> wrote:

Not sure about all of this. Let's discuss tomorrow and get it right. Thx

Sent from my iPhone

On Jan 30, 2013, at 4:23 PM, Alexandra Bitterlin <a.bitterlin@usc.edu> wrote:

Right, but I'm not including that in writing in the gift agreement as it would appear we are giving scholarship in exchange for donation

*Alexandra Bitterlin, Director of Development*
*Heritage Hall, 203A | Los Angeles, CA 90089*
*p 213.740.4168 | f 213.740.1306*

---

**From:** Donna Heinel [mailto:dheinel@usc.edu]
**Sent:** Wednesday, January 30, 2013 3:51 PM
**To:** 'Alexandra Bitterlin'; adpat@usc.edu; slopes@usc.edu; rorr@usc.edu
**Subject:** RE: ███████

==We will also be awarding an athletic scholarship to his daughter for 2013 spring and 2013-2014 full year.==

Donna C. Heinel Ed.D
Senior Associate Athletic Director
University of Southern California

---

**From:** Alexandra Bitterlin [mailto:a.bitterlin@usc.edu]
**Sent:** Wednesday, January 30, 2013 3:30 PM
**To:** adpat@usc.edu; 'Donna Heinel'; slopes@usc.edu; rorr@usc.edu
**Subject:** ███████

All,
To be clear on the stipulations of ███████████ gift—
==$500,000 to be paid in $100k installments over 5 years; USC Athletics to match each payment==

USAO-VB-01485183

Monies to be put in Heritage Initiative account (Lopes, not sure how this works if we are paying ourselves into a capital account??)
Upon ▓▓▓▓'s graduation, we will name "▓▓▓▓'s Corner" in Sand VB Court
In return for gift, we will give Lifetime Committee membership to ▓▓▓▓▓▓▓▓▓▓, inclusive of 4 Committee seats (better location than he has now)

Whatever is to be worked out with giving her a scholarship for the next two years, I'll leave it to you and Coach Collier. I don't want to put that information into the gift agreement…

Thanks
Alexandra

*Alexandra Bitterlin, Director of Development*
*Heritage Hall, 203A | Los Angeles, CA 90089*
*p 213.740.4168  |  f 213.740.1306*

<image001.jpg>

**Stay Connected With USC Athletics**
<image002.png><image003.png><image004.png><image005.png>