Exhibit 11

1   **Call Date:**  2018-10-23

2   **Call Duration:**  4:04

3   **Call Begin** [      ] **Call End** [       ]

4   **Call Participants:**

5       ▓▓▓▓▓▓▓▓▓▓

6       Rick Singer

7   **File Name:**  9163848802 2018-10-23 19-58-30 10531-001.wav

8   **Bates No:**

9

10  ▓▓▓▓▓▓    [00:00] Hello?

11  SINGER:    ▓▓▓▓?

12  ▓▓▓▓▓▓    Hi, Rick!  How are you?

13  SINGER:    I'm fabulous.  How about yourself?

14  ▓▓▓▓▓▓    Good, good.  Thank you, so much.  We just walked in

15      -- I just walked into the hotel at Colgate.

16  SINGER:    Terrific.

17  ▓▓▓▓▓▓:   We were at Williams for 2 days --

18  SINGER:    OK.  Terrific.

19  ▓▓▓▓▓▓    -- and just arrived to Colgate!  Yeah!  How are you,

20      Rick?

21  SINGER:    I'm doin' great.  So I jus--

22  ▓▓▓▓▓▓    Good, good.

23  SINGER:    -- I just wanted to touch base with ya.  'Cause I

24      spoke to the Georgetown coach.

1   ▮▮▮▮▮:     Yes.

2   SINGER:    And he needs the down payment as soon as possible.

3   ▮▮▮▮▮:     OK.

4   SINGER:    Because he has some --

5   ▮▮▮▮▮      Don't worry.

6   SINGER:    -- he has some personal issues to take care of.

7   ▮▮▮▮▮:     OK.

8   SINGER:    ==So he wants me to wire him the $100,000 bribe==

9              ==essentially== --

10  ▮▮▮▮▮:     Uh...

11  SINGER:    -- as soo-soon as we can.

12  ▮▮▮▮▮      Yeah!  Well, are you -- will you be able to send me

13             the wiring instruction?  I can send it like quickly.

14  SINGER:    Yeah.  So what I'm gonna do is I'm goin' to give you

15             my broker's information now --

16  ▮▮▮▮▮:     Uh-huh.

17  SINGER:    -- but I need -- [01:00] but, uh -- via email.  But

18             I need you to text me your email address.  'Cause that's

19             one thing I don't have, is your email address.

20  ▮▮▮▮▮:     Sure.  Sure, sure.  And then you know what, Rick?  I

21             haven't decided whether I want to send securities.

22             Because I love my securities.  I'm emotionally attached

23             to it.  But I'll either send, uh, cash, uh, or -- or

24             securities --

1   SINGER:    Well, it doesn't make --

2   ▮▮▮▮▮      -- but mostly likely cash.

3   SINGER:    -- it makes no differe-- OK. So then what I'll do

4              is, when you send me your email, I will then, um, send

5              you the information to wire your money to our foundation.

6   ▮▮▮▮▮:     OK. OK. That would be great. Um, no-now, Rick, is

7              there a difference why we're sending it to you, as

8              opposed to the school itself?

9   SINGER:    Uh, this is how we normally do it, um --

10  ▮▮▮▮▮      OK.

11  SINGER:    -- and, uh, a couple reasons why.

12  ▮▮▮▮▮:     Mm-hmm.

13  SINGER:    Uh, it keeps the -- uh, so your son -- ▮▮▮ doesn't

14             know what's goin' on, that, uh --

15  ▮▮▮▮▮      Yeah. He already knows.

16  SINGER:    -- so ▮▮▮ --

17  ▮▮▮▮▮      But anyway. Yeah?

18  SINGER:    -- OK --

19  __:        Uh...

20  SINGER:    -- s-so kids just don't feel like, you know, [02:00]

21             th-they, uh, you know, bought their way into school.

22  ▮▮▮▮▮      Yeah.

23  SINGER:    So this is the way that we do things.

24  ▮▮▮▮▮:     Mm-hmm.

1   SINGER:    And, uh -- and then what I would do is I'll take the
2              -- send the payment, uh, directly to the coach.
3   ███████    OK.  OK.  Um, so, Rick, I just have 1 quick
4              question.  First of all, by the way, just because I'm a
5              financial advisor...  I'm sure you're fully aware of
6              this.  But in the future, if your clients do have
7              securities with low-cost basis, that's sort of an
8              attractive, uh, way for them to contribute to -- shares,
9              the, uh -- versus cash.  Because they don't have to pay
10             capital gain taxes --
11  SINGER:    Correct.
12  ███████    -- on the securities they -- they send over.  But,
13             uh -- but anyway.  So I have a very, very important
14             question, Rick.
15  SINGER:    OK.
16  ███████    I don't wanna...  Uh, uh, I mean, what's the
17             likelihood of -- once we get that "like-likely" letter,
18             what's the likelihood of getting the admitted letter on -
19             - on April 1st, going this [03:00] r--?
20  SINGER:    100%.  Uh...
21  ███████    Seriously?
22  SINGER:    Once you get your "likely" letter, it's 100%, unless
23             --
24  ███████    Mm-hmm.

1  SINGER:    -- your son drops classes or does --

2  ▮▮▮▮▮:    Where?

3  SINGER:    -- poorly in school.

4  ▮▮▮▮▮     Oh.  Drops classes where, at Campbell Hall?

5  SINGER:    Yeah.

6  ▮▮▮▮▮     I see.  No, no, no.  He's actually having a good

7          semester --

8  SINGER:    Right.

9  ▮▮▮▮▮:    -- having a good, uh...

10 SINGER:    So then no problem.  It's 100%.  You're good.

11 ▮▮▮▮▮     Really?  OK.  Rick, I don't want to put all my eggs

12         in 1 basket!  I'm so worried.  What if this doesn't work

13         out, even though --

14 SINGER:    It's gonna work, uh...

15 ▮▮▮▮▮     -- we send them the mon--?  Really?

16 SINGER:    Relax.

17 ▮▮▮▮▮     Really?

18 SINGER:    It's gonna work out.  It's done -- I've been doin'

19         this for years.

20 ▮▮▮▮▮     Really?  I know, I know.  I trust you with my entire

21         life.  I -- I know.  I'm just -- I just don't want to put

22         all my eggs in 1 basket, ya know?

23 SINGER:    Well, that's wh-- You're visiting some schools now.

24         But this is done deal.  This...

1   ▇▇▇▇▇    Really?

2   SINGER:  All I need you to do is...

3   ▇▇▇▇▇    OK.

4   SINGER:  I'm gonna...

5   ▇▇▇▇▇:   OK.

6   SINGER:  Send me your -- uh, text me your email address, so I

7            can --

8   ▇▇▇▇▇    I'll text the email address right now.

9   SINGER:  -- you can get this wire done.

10  ▇▇▇▇▇    Yeah.  I'll do it -- I'll do it like right away.

11  __:      Uh...

12  SINGER:  You got it.

13  ▇▇▇▇▇    OK.  Perfect.

14  SINGER:  OK.  Thank you.

15  ▇▇▇▇▇    Thank you, so much, Rick.  [04:00] I'll talk to you

16           later.  Uh...

17  SINGER:  OK.  Buh-bye.

18  ▇▇▇▇▇:   Thank you, so much.  B--  [04:04]

19

20                    END OF AUDIO FILE