# Exhibit 12

07/26/2018 12:38:20 Incoming call to Rick SINGER from RUDY MEREDITH
**[Session 3706]**

| RS | Rudy, commissioner. |
|---|---|
| RM | What's up man? |
| RS | I'm in London. Working. |
| RM | You in London. Can you stay in one spot? |
| RS | I can't because the posse will come after me. |
| RM | Who's the mafia? |
| RS | No the posse. |
| RM | Oh the posse. Who's the posse? |
| RS | I got people always chasing me, big boy. Everybody wants something from me. |
| RM | Cause they know you the man, that's why. |
| RS | I don't know about that, but I'm getting tired of being the man. Um, so, I'm waiting for an answer from this family. They're driving me freaking crazy. So um |
| RM | Ok. |
| RS | I'll i'll be back in the states, this weekend. On Sunday. |
| RM | Kk, Ok. |
| RS | So I'm hoping I'll get to meet with them on Monday. |
| RM | Ok. Do you have you have a name or something for me? Do you have a name? |
| RS | Well there's two families. So I've given them first first right of refusal. They both have good scores and grades. I just got I just I don't want to give you their name and then. Like I'm doing the same thing at Stanford, and I got..two people and...I....I don't want to present a name cause then if he goes to admissions with a name, then I'm....then the other person...the person, then I'm screwed. |
| RM | For who? For Stanford? |
| RS | Yeah. |
| RM | Or for me. |
| RS | For both of you. |
| RM | You (OV) |
| RS | So I have two at (OV) two at two at Stanford on- and two kids at Yale, two kids at Stanford. I'm trying to find out who's stepping up first. |
| RM | Ok. Alright. It don't matter cause maybe I might maybe I might have a name or a spot for both of them. |
| RS | I'm sorry? |
| RM | I said maybe I might have a spot for both of them. |
| RS | Really? |
| RM | Maybe. Yeah. Give me the...give me the names. I'm working on it... I got a new athletic director. That's what I'm trying to tell you, I'm trying to work it. |
| RS | Ok, alright. Well let me I'm..like I said (OV) |
| RM | Just give me both names.  Just give me both names, and I'm good. |

| RS | I'll get you them this weekend. I'm I'm I'm just finishing, um, just finishing my dinner with this...with a bunch of my employees here in London. |
|----|----|
| RM | Ok. |
| RS | We're doing training so, let me just finish up with these guys cause I know you called me and I wanted to get back to you. |
| RM | I got one more question for you. You hear this thing about Jason Allen? |
| RS | I'm sorry? |
| RM | J- Jerome Allen. Did you hear this thing about Jerome Allen? |
| RS | Jerome Allen. Yes, I....actually I know the family. |
| RM | Oh you know them. |
| RS | I know them. I here's the...so I'll give you the skivvy, ok? |
| RM | Ok. |
| RS | Hold on one second. I gotta figure out something, one thing. So, so, ▮ ▮ . Was um Orthodox Jewish guy that was making more money than god. Um... |
| RM | Umhm. |
| RS | None of us..none of us knew that he was stealing money. You know we (OV) |
| RM | Umhm. |
| RS | None of us. I mean he was involved with alot of people. So his oldest daughter was a client of mine and I |
| RM | Umhm. |
| RS | I got her into USC. She lasted a year, and then I had to get her into FIT cause she wanted to do something in, um, fashion merchandising. |
| RM | Umhm. |
| RS | But the fam- ▮ bought...had a house in Miami, and he bought the house next door to him and built a full court basketball court, and made the house into a gym for the kids. |
| RM | Umhm. |
| RS | And he used the..he hired Dwayne Wade. And he hired Kenny Anderson, and a bunch of folks to work with ▮ , and ▮ the youngest son, in basketball. |
| RM | Umhm. |
| RS | He used to...Dwayne use Dawanye used to come over and train, um, Moris. |
| RM | Ok. |
| RS | Paying him like you know for like 10 sessions, $50,000. |
| RM | Wow. |
| RS | So, it's ju- the the guy just had cash running out of his freaking ears. You know. |
| RM | Umhm. |
| RS | We all thought he had rehab centers and he was just doing great. |
| RM | Umhm. |
| RS | Nobod- Nobody knew until he went to jail. Wife is the |
| RM | Ok.. |
| RS | Sweetest, wife is the sweetest person in the world. She didn't know |

| | |
|---|---|
| | anything that was going on, nothing. |
| RM | Umhm. |
| RS | So, what happened was dad, ▇ asked me if I could help ▇ go to Penn. |
| RM | Umhm. |
| RS | And I said, |
| RM | Hmmm |
| RS | You know what? He can't play there. I mean you want him know on the team, actually playing. I can't do that. |
| RS | Because he can't play, |
| RM | Right. |
| RS | He's a little little short Jewish guy. |
| RM | (Laughs) |
| RS | Seriously. So, so, ▇ called up another guy named Martin Fox, and he called up Martin Fox, and Martin, who runs all these tournaments, like that all the college teams go to. Like you know, they go to Vegas in or the Maui Invitaitonal and all that. So he knows all the college coaches cause the you know they all play in these tournaments. |
| RM | Umhm. |
| RS | He called up Martin, and then Martin called up Jerome, and Jerome actually whatever money they say, Jerome actually got about a million dollars. |
| RM | Umhm. |
| RS | Under the, under the table. Cash payment. Booked many more flights. Uh ▇ took him |
| RM | So who |
| RS | To the Bahamas everything. |
| RM | So who gave Jerome the money? |
| RS | ▇ did. |
| RM | Ok. Ok. |
| RS | And what happened was, ▇ got indicted and ▇ went to jail. Hold on, I have to find one thing. Hold on one second let me just, I have to do I have no idea where I am here in London but it is way... |
| RM | Umhm. No problem. |
| [Buzzing noise] | |
| RS | Ok. OK. So um...so ▇ gets indicted. Um, and, ▇ the next son that's coming up and he's calling me to help ▇. And again, he wants ▇ to be, you know freaking at Duke, playing on the Duke team. |
| RM | Right. |
| RS | He he can't play. |
| RM | Right. |
| RS | So, of course I tell him that. He's like no, you gotta help us. I said, I'm not doing it ▇ because you first of all, the kid kid can't play, second of all, you don't want to follow the way I do things, which is the clean way. You want to do everything your way. And |
| RM | Umhm. |

3

| RS | And you already did that with Jerome, and I'm not getting involved. So, ▆ gets indicted and he doesn't say a word to anybody, cause that's the kind of guy he is. But what they did is... |
|---|---|
| RM | Umhm. |
| RS | They had to audit all the money he's given away. |
| RM | Umhm. |
| RS | And they and they audited him. And that's where they found out that he gave this money to Jerome. |
| RM | Ok. Ok. Alright. So none of this can come back to you and I? None of this stuff |
| RS | Oh no no no. I'm not no I'm not we're not involved at all. This is all ▆ |
| RM | Okay Good |
| RS | With this, whit this that's his gig. You know? ▆ wanted to see these people they think they can do it their way. |
| RM | Umhm. |
| RS | They can't. They can't |
| RM | Umhm |
| RS | They have no idea. And then ▆, ▆ gave Jerome a million dollars. |
| RM | Ok. Ok. |
| RS | All cash. |
| RM | So how you doing it, so how you doing it different than them so that so that we're all good? |
| RS | (OV) Cause I'm doing, Cause I'm doing, Cause I'm doing..I'm doing it through my business. I'm I'm doing it through my foundation. Right? And |
| RM | Umhm. |
| RS | You're, you're a program that we are funding in my foundation. Just like |
| RM | Ok.. |
| RS | 80 other programs. Right, we're paying Summertime Sports, essentially is, the way we've written it up, is to help kids. Um and utilizing sports to help kids in education. |
| RM | Gotcha. Ok. |
| RS | So, you look like a bunch of my businesses that we run through our foundation. Like, we have an aftercare recovery program, that we designed, like I told you a deal with LabCorp for $150 million. And all that is run through our foundation. What's great about that, is that, and people always can't believe I would do this, but all my programs..let's just say that we do really well on our after care program. Alright? |
| RM | Umhm. |
| RS | And, somebody, somebody comes to me and says 'Hey, we want to buy it.' Well, if we sell it, I don't, |
| Rick Singer, makes zero money. | |
| RM | Umhm. |
| RS | All the money goes all the money goes to the foundation. |

4

| RM | Right. |
| --- | --- |
| RS | So (UI) Rick Singer's not involved in the foundation that's making money. So |
| RM | Right. |
| RS | So, I am...I'm totally out of it. So nobody can ever say to me that I'm making money of off things and doing stuff. I'm not because Rick Singer makes zero money out of the foundation. |
| RM | Ok. |
| RS | We make money we make money |
| RM | Okay |
| RS | We make money to help programs like yours. Like we bought the facility in Oakland. |
| RM | Umhm. |
| RS | For the Oakland Soldiers and Nike.. |
| RM | Umhm. |
| RS | Cause we're funding that as well. |
| RM | Right So how do you explain it to the parents, How do you explain it to the parents when they when they come aboard? Like how do you get them aboard? |
| RS | I tell them listen you're gonna make a a donation to my foundation, and I'm going to, uh, help the folks who helped us. You the family are out of it. You have now made it...you're name is now public. You made a a donation to my foundation. |
| RM | Umhm. |
| RS | And that's what it looks like. You just made a a donation to an educational foundation. And they don't even know they don't know like if you ask any family, they have no idea where their money went, except for it went to me. Not to a university. |
| RM | Umhm. Ok. |
| RS | Because there's no attachment to the university. |
| RM | Oh okay. Alright. |
| RS | The family's name is not known to Yale, is it. No. |
| RM | Oo. Okay, alright. Well that makes me feel better. |
| RS | It's only my foundation. So like I get the thank you letters from Stanford, and USC and all these other places. All these thank you letters come to my foundation. Thank you for your donation. Thank you for this. That's how we do it. |
| RM | Makes sense. Alright that makes sense. |
| RS | That way, Rick Singer or anything like that is not involved at all. |
| RM | Ok. |
| RS | And then what we do is we hav-, we have a board meeting. Um.. |
| RM | Umhm. |
| RS | Our foundation. And.. |
| RM | Umhm |
| RS | Summertime sports is brought up as to we want to fund this program. It helps kids in education. |

| RM | Umhm. |
|----|-------|
| RS | And the board. |
| RM | Umhm. |
| RS | Approves. |
| RM | Gotcha. Ok. |
| RS | So, it's not Rick Singer approving. It's, the board approves. |
| RM | Oh, okay okay Alright. So, if. so if parents had a question about this, I could just tell him to talk to you and you could explain that to the parent? |
| RS | Absolutely. They totally know. Yeah just always come back to me. |
| RM | Ok. Ok. Wow. So how many how many you doing this year? |
| RS | Aw shit. Probably, I don't know, between 700 and 800. |
| RM | How do you do... you cant do that many...that''s too many. How can you do that many? |
| RS | No, it's not. |
| RM | How...how the heck can you keep track of all this (OV)? Dude, you must have a twin brother. |
| RS | NO (Laughs) I do have a brother, but I don't have, um, he's in the...he's in the credit card business so |
| RM | Ok. |
| RS | He's got he's got actually a great business cause he sits in his fucking house and he rings up money. |
| RM | (Laughs) (OV) So who's making more money your brother or you? |
| RS | Well, I am. But, he...he has all the offshore gambling, uh, credit cards. So anybody who gambles off shore um comes to him the problem he has... |
| RM | Umhm. |
| RS | Is he makes alot of money but he also makes alot of cash. And he can't really do much with his cash. |
| RM | Why not? |
| RS | Because you...the only way you can do it is if you were to buy houses and re-do them or, you know what I mean? |
| RM | Oh ok. |
| RS | Cash, you can't put the cash in the bank. |
| RM | Ohhh oh ok ok ok ok. I gotcha I gotcha I gotcha I gotcha I gotcha. |
| RS | Right so like he goes on vacation all the time... |
| RM | Umhm. |
| RS | And he just takes cash everywhere he goes. |
| RM | (Laughs) So he just has like a boatload of money in cash, he just walks around with all this cash money. |
| RS | That's what he has to do because he can't put it in the bank. |
| RM | Ok. Wow. That's crazy. You go on sports positions with him or...(UI)? |
| RS | No. no. no. no no no. Definitely not. He wants to a, he invests in alot of our stuff. And what he does is like when we're doing the Oakland Soldier gig.. |
| RM | Umhm. |
| RS | And we and we have to put four or five hundred thousand dollars into the facility to upgrade it? |
| RM | Umhm. |

6

| | |
|---|---|
| RS | We'll pay we'll pay that to the contractors cash. |
| RM | Ok. |
| RS | So, that's his investment in it. That's how he gets to utilize his money. |
| RM | Umhm. Ok. So, yeah what was your uh Ph.D. in at Stanford? |
| RS | Business organizational management. So I created a I created a coaching model for middle |
| RM | Mhmm |
| RS | Middle for the middle tier employee so so you look at the company you look at a company today 20% at the bottom their shit head they're not ever get any better |
| RM | Mhmm |
| RS | 20% are at the top |
| RM | Mhmm |
| RS | And these are great performers, then I created a coaching model. A corporate coaching model for the 60% in the middle that we never spend anytime with |
| RM | Hmm |
| RS | Because think about it it's like a high school kid who's a 3.4 3.5. Hey you know what |
| RM | Mhmm |
| RS | They're, they're really smart, they're really good but they don't bother us they don't cause any issues so we don't ever help make them great we just put them to be who they are |
| RM | Right |
| RS | But an incorporation if you took the middle and you focused on making them better and you prior the bottom in a working style |
| RM | Mhmm |
| RS | You'd be so much better off |
| RM | Gotcha I gotcha I'm gonna have to bring you out here for a guest speaker at Yale man |
| RS | I picked over the third largest bank in the US I became the president of the retail bank which I knew nothing about banking zero I took over a bank called First Union |
| RM | Wow |
| RS | Remember First Union and they were they they bought |
| RM | Yeah yeah |
| RS | We bought core states so we bought core states and we bought First Unions then we bought was- then Wahovia bought us and then they gave everybody a golden handshake |
| RM | Mhmm |
| RS | Inlcuding me |
| RM | Oh that's good |
| RS | It was great. Oh yeah |
| RM | That's good that's good |
| RS | I got nothing to complain about |
| RM | No, no you got in you get in your swim today? |

| RS | I'm waiting I'm going to the bank the bank's giving me a hard time. Already rowed today and I'm going that's why I'm trying to find this bank here because we have a bunch of money here in Europe an you know you deal with the pound and the Euro |
|---|---|
| RM | Euros? Yeah |
| RS | (UI) |
| RM | Okay don't worry you can get paid at the end so don't worry about it. You gonna get paid at the end don't worry about it. |
| RS | Oh you think so. |
| RM | Well you must why why would you be going over over to England? I know you ain't going over to England for nothing |
| RS | No I have like uh 120 employees there |
| RM | In England? |
| RS | Yeah we have a ton of families there |
| RM | Doing the same stuff? |
| RS | Yep they all wanna come to the US to go to school |
| RM | So you meet with them over there? In person? |
| RS | I don't my employee's do |
| RM | Ohhhhhhh okay okay okay okay okay I gotchu I gotchu and then they do the same things and then they come to you when the kid when the family talks to your employees and they come to you? |
| RS | The family needs a side door.. they call me if the family just going in the front door then they handle themselves if the family's going in the backdoor like today I had a conversation with Chris Christina Paxton do you know who Christina Paxton is? |
| RM | No who is she? |
| RS | She's the President of Brown so I called her this morning |
| RM | The President? The President at Brown |
| RS | Yeah |
| RM | Okay |
| RS | So I called her this morning to tell her that ▓▓▓▓ (PH) wants to meet with her um who is a client of mine who is ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ . And both their girls want to go there. And |
| RM | ▓▓▓▓▓▓▓▓▓ ? |
| RS | Yep |
| RM | ▓▓▓▓▓▓ ? |
| RS | Yeah she used to be ▓▓▓▓▓▓▓▓▓▓▓▓ |
| RM | Okay |
| RS | And she just picked a job at ▓▓▓▓ so ▓▓ called me to say hey can you set it up with Christina so we can meet her so that both my girls could potentially go there. And I said sure |
| RM | Mhmm |
| RS | And I said ▓▓ I gotta a better way for you to get in and it cost you less money is like I you know ▓▓ is of the CEO of a Publicly Traded Company and I just would rather she wants me to anti-up anti-up up I'll anti-up also give jobs to the Brown students and that's what I'll handle I said cool no problem |

8

| | |
|---|---|
| RM | Okay wow man |
| RS | Everybody handles it differently |
| RM | Right man you got your fingers in everything dude |
| RS | I am just wanna be I just wanna play pickleball that's all I wanna do |
| RM | (Lauhing) (UI) need you to buy me pickleball court stadium somewhere that's what you're gonna be doing me |
| RS | A stadium? I never that would be actually really interesting how do they when they have tournaments how do they how do they I mean like where do they if they has enough courts |
| RM | They build it just like they're doing at Indian Wells they're building they're turning that dance facility into a pickleball facility |
| RS | But what happens when they're not using the pickle ball facility? |
| RM | Um they are gonna have to use it all the time then they gotta figure they gotta be enough interest to do it or they wouldn't do it |
| RS | Can you do uh can well there isn't down there but maybe there is for the old can you do a uh can you can you create a portable facility where you put down a court you know that kind of stuff and then pull it back up like on tennis squares? |
| RM | I guess I guess you could I guess you figure out you must know somebody in like some engineering school somewhere you you could figure that out you figure everything else out |
| RS | Oh that's easy I just didn't know if that's what they did because I just don't know if I just don't know |
| RM | No |
| RS | If there's enough interest to have it year round. |
| RM | Yeah yeah alright in certain places they do have it year around so yeah just a question if the need if you have the interest so |
| RS | Right |
| RM | I think the key now is do it in a place where you can do indoor and out so when the weather's bad you can go inside and play |
| RS | Got it got it think I found where I'm going wouldn't you know |
| RM | That's good |
| RS | I am fricken, I don't like these one-way streets bull shit thing |
| RM | I know and you're on the left side of the road |
| RS | I know so okay |
| RM | So you gotta be careful |
| RS | Tell me about it okay now I'm on 2/3 where's 4/5? Fricken a where the fuck is it? Now I'm on the main street again (UI) you know what I'm glad I live in the US |
| RM | (Laughing) It wouldn't be that bad if you were in Sweeden you'd be okay |
| RS | Well I gotta find myself a good Sweedish girl woman then |
| RM | Alright well next time I go to Sweeden I'll look tell me what you're looking for and I'll see what I can do |
| RS | Well yeah you know here's what I you know what I thought about actually creating a business around when I was in college I dated just like you did I dated all the women athletes. |
| RM | Mhmm |

9

| RS | And they're amazing. And so what I found |
|---|---|
| RM | Mhmm |
| RS | Older in my age that the women I would like to date are the I would call the girly-guy right? |
| RM | Mhmm |
| RS | They can be you know but the problem is that their either mom and they're great moms or |
| RM | Mhmm |
| RS | They're gay or they're gay there's no in-between. |
| RM | Okay right |
| RS | So I was gonna start a dating site like you know match.com for those kinds of women to find those women because like it's impossible to find |
| RM | True true (OV) I know another one I know another one would help would do is you get them the women golfers to come over here cause there is more women golfers over there then here and bring them over here you have all the guys in the US that will be playing golf |
| RS | Okay |
| RM | You would make a killing |
| RS | Yeah well I will tell you this. Yeah so it's hard to find at my age it's it's hard to find the right people that's the hardest thing |
| RM | Yeah yeah that's true that's true |
| RS | Especially (UI) |
| RM | I I I would understand that I I Isee that |
| RS | Somebody's gotta be whoever I'm with gotta be really fit that's the biggest issue. |
| RM | Right exactly exactly |
| RS | (UI) That were FIT it's the most overused word on the planet everybody thinks their fit |
| RM | Right |
| RS | They go for a walk |
| RM | There's different degrees of fitness |
| RS | Absolutely they go for a walk they think their fit |
| RM | Right that is not fit |
| RS | No I dated I went out with a gal I was fixed up with a gal she runs they told me nobody wants to date this gal because their scared of her they think she makes too much money she runs a publicly traded company and this that doesn't matter to me I just wanna you know |
| RM | Mhmhm |
| RS | She runs this company called DSW it's Designer Shoe Warehouse the base is in Columbus she parts in um |
| RM | Mhmm |
| RS | She lives part time in California |
| RM | Mhmm |
| RS | She's making about 5 mil a year |
| RM | Mhmm |
| RS | And she told me yes she's great she's fit she's this she's that I'm like I |

10

|    |                                                                                                                                                                 |
|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    | showed up at her door and she's a good good 10-15 heavy                                                                                                         |
| RM | (Laughing) So that wasn't fit enough for you?                                                                                                                   |
| RS | Well and then we would go out for dinner right? Lagunna beach go out for dinner and she orders dinner and she's talking to me how she's been working out getting shape blah blah blah meanwhile she orders 2 glasses of wine that ain't helping the fitness level |
| RM | (Laughing)                                                                                                                                                      |
| RS | She orders dessert that ain't helping the fitness level                                                                                                         |
| RM | No                                                                                                                                                              |
| RS | I said I don't think she's a pretty gal if she would just lose the 10                                                                                           |
| RM | Right right                                                                                                                                                     |
| RS | Can't                                                                                                                                                           |
| RM | Maybe you can like train her with you and she can (OV)(UI)                                                                                                      |
| RS | I need I need you on day one to be all ready because if you're not you know what that means? Overtime you get comfortable and when you get comfortable you start gaining it back |
| RM | Okay so you need someone 10 pounds underweight and then when they then then they'll gain it to be when they grow with you it that'll be perfect in 10 years     |
| RS | Nah I just 10 I just need them to be in good shape from day one. They gotta be able to hang with me                                                             |
| RM | Okay okay alright  you're a tri- athlete man                                                                                                                    |
| RS | What's that?                                                                                                                                                    |
| RM | You're a tri-athlete man that's hard man that's kind of hard to find somebody who a tri-athelte man that's hard                                                 |
| RS | They don't need to I mean they just need to be able to go you know I don't need them to get up with me in the morning they can sleep till 7 I've already done two things no big deal |
| RM | Okay                                                                                                                                                            |
| RS | But that's hard that's hard to find those people                                                                                                                |
| RM | I'll keep my eyes out for you I'll keep my eyes and ears open for you                                                                                           |
| RS | Get me some I think my guess the Yale coaches the women's coaches are probably dikey (PH)                                                                       |
| RM | Well yeah one of them of them is yeah                                                                                                                           |
| RS | And you're AD's dikey(PH) so shit right?                                                                                                                        |
| RM | Well I got some I got some I got some formal players that graduated like 23 years ago that are close to my age that live out in California                      |
| RS | Are they married?                                                                                                                                               |
| RM | Uh a couple of them are not                                                                                                                                     |
| RS | Are they good looking? They in shape? They play sports? They competitive?                                                                                       |
| RM | Yes yeah come on man would I do you like that                                                                                                                   |
| RS | Okay well you know unless and I don't care if they're white green polka dot or blue                                                                             |
| RM | Okay                                                                                                                                                            |
| RS | They're gonna have a better life they're  not gonna be more educated then                                                                                       |

11

|     |                                                                                                      |
| --- | ---------------------------------------------------------------------------------------------------- |
|     | me                                                                                                   |
| RM  | Okay well they went to Yale though dude                                                              |
| RS  | That's okay so I I gotta Berkley MBA a Stanford PHD and I and I                                      |
| RM  | Oh that's true that's true                                                                           |
| RS  | And that part isn't happening                                                                        |
| RM  | Okay so you're good you're good then Rick how old are you Rick?                                      |
| RS  | Um 58 and I am looking like I'm 40                                                                   |
| RM  | You're 58?!                                                                                          |
| RS  | Yeah                                                                                                 |
| RM  | Oh yeah well one picture I've seen you don't look 58                                                 |
| RS  | Well I'm not I mean seriously nobody can even hang with me that's the key                            |
| RM  | Well you did not look I have seen one picture and you did not look 58 wow you do take good good care of yourself |
| RS  | I am in I am 41 um my (UI) calls not my blood pressure but my um heart rate 41                       |
| RM  | Oh yeah yep mhmm                                                                                     |
| RS  | I'm telling ya pickleball I'm telling ya all I need is an hour of just practicing that shits over    |
| RM  | You beat me at pickleball man listen you beat me at pickleball I will come to your house and clean your house and your car |
| RS  | Well you'll be doing that anyways                                                                    |
| RM  | If you beat me at pickleball                                                                         |
| RS  | I love it alright I'll I'll talk to you I'll talk to you early next week                             |
| RM  | Alright when you know his name as soon as you can                                                    |
| RS  | Okay okay okay okay                                                                                  |
| RM  | Alright cool                                                                                         |
| RS  | Alright bye-bye                                                                                      |
| RM  | Alright bye bye-bye                                                                                  |