# Exhibit 13

1    **Call Date:**  2018-10-10

2    **Call Duration:**  18:20

3    **Call Begin** [        ]  **Call End** [        ]

4    **Call Participants:**

5        ▮▮▮▮▮▮▮▮▮▮▮▮▮

6        Rick Singer

7    **File Name:**  9163848802 2018-10-10 17-48-54 09884-001.wav

8    **Bates No:**

9

10   __:      [00:00] -- was, uh...

11   ▮▮▮      Hey, Rick.

12   SINGER:  Uh...

13   ▮▮▮      Uh, uh...

14   __:      Uh...

15   ▮▮▮      Unfortunately, I'm driving too.  So I'm hoping you can

16            hear me.

17   SINGER:  I can h--

18   ▮▮▮      Um, uh...  You can or you cannot hear me?

19   SINGER:  I can.  Go ahead.

20   ▮▮▮      OK.

21   __:      Uh...

22   ▮▮▮      Great.  So a few things I have.  I'm -- I'm on the

23            road, so I don't have the detail -- the billing

24            questions.  But I do have overall questions on, uh,

1              payroll for, uh, your dad and Marlo.
2    SINGER: OK.
3    ▮▮▮     Uh, so here's the deal.  Uh, since I started, uh, the
4              deal has been that they're -- they are supposed to get
5              a certain amount of net -- net payroll, net of taxes.
6              So...  And then I saw another note recently that said
7              Marlo was supposed to make 45, [01:00] I think Nick
8              60.  Uh, they're gonna make...  Marlo's gonna make
9              well over that.  Uh, because, if it's a net paycheck,
10             she's grossed up.  And I needed to know, you know,
11             what the situation really is.
12   SINGER: So what...?  So I'm --fused.  Uh, they're supposed
13             to...  So she makes 4,000 a month.
14   ▮▮▮     Uh, say that a--?  $4,000 a month?  So 48 a year?
15   SINGER: Yeah.
16   ▮▮▮     Hey, Rick?
17   SINGER: Yeah.
18   ▮▮▮     OK.  Well, that's not what's been done.  She gets a
19             net amount, which -- she's gonna be -- uh, she's gonna
20             be making at least $60,000, uh, becau-- gross amount,
21             because of her payroll taxes.
22   SINGER: How long you --
23   ▮▮▮     Uh, mo--
24   SINGER: -- been doin' that?

| | | |
|---|---|---|
| 1 | ▇▇▇ | Since I started work, since I started here [02:00] |
| 2 | | with you.  Uh... |
| 3 | SINGER: | An-and, uh, wh-- um, why was that done?  Who h-- who |
| 4 | | said to do that? |
| 5 | ▇▇▇ | I don't know.  Uh, that was the instruction I got from |
| 6 | | Steve.  And I started -- you know, obv-- I mean, since |
| 7 | | I don't do the foundation work, I've been able to look |
| 8 | | more into things.  And I thought, "OK, that's a whole |
| 9 | | lotta money."  Uh... |
| 10 | SINGER: | Yeah. |
| 11 | ▇▇▇: | Uh... |
| 12 | SINGER: | They're supposed to get -- they're supposed to g-- |
| 13 | | they're supposed to make f-- uh, fou-- she's supposed |
| 14 | | to make 4 grand a month, and whatever taxes are taken |
| 15 | | outta that.  And he's supposed to make -- what is it, |
| 16 | | 5 grand a month or somethin' like that? |
| 17 | ▇▇▇ | That's be right, 48 and 60.  But as we've been paying |
| 18 | | them, they make a lot more.  And, uh, I wasn't sure |
| 19 | | what -- you know, because you're -- they're your |
| 20 | | family, if there sp-special circumstances or what. |
| 21 | | But now we're at the point that I do a lot more, uh, |
| 22 | | [03:00] deeper investigation into things.  And I |
| 23 | | thought, "Oh, gosh.  Marlo's gonna make at least 60, |
| 24 | | if not 70."  And same for Nick.  Uh, and the pro-- the |

```
 1              deal is, with Nick -- is that he's on 0, uh, federal
 2              withholding and state withholding, which is why last
 3              year -- I didn't get it last year.  I mean, uh, wasn't
 4              there for long.  But, uh... And he -- he had called
 5              me a few times and said his taxes w-- you know, they
 6              di-- he didn't have enough taxes, and, uh... Well,
 7              that's because he was getting a net paycheck of what
 8              he needed -- or whatever --
 9      __:     Uh...
10              -- whoever (inaudible).  And, uh, so he wasn't having
11              a whole lot of taxes.  Now I've tried, off and on this
12              year, to withhold taxes for him, so he wouldn't get
13              into a tax problem at the end o' the year.
14      SINGER: Well, he shou--
15              But I just need to know...
16      SINGER: -- he should only be makin' --
17              Go ahead.
18      SINGER: -- he should be makin' 5 grand... That's his check.
19              And whatever the taxes are outta the 5 grand.
20              [04:00] OK.  So then I need to check with Nick.
21              Because for some reason, his, um...  I'm sorry I don't
22              know the reason.  'Cause this was set up before I was
23              here.  But he's set up for 0 federal withholding and 0
24              -- I believe, 0 state.  Uh, so I put in a few, you
```

1               know, $500 payments here and there, just so he

2               wouldn't get into too much trouble, uh, n-- I don't

3               know that he has trouble. But, uh... Yeah. So I can

4               keep, uh --

5   SINGER:     Uh, the bottom li--

6   ▇▇▇:        -- I c--

7   SINGER:     -- the bottom line is I'm only payin' him 5 grand a

8               month and she's gettin' 4 grand a month. And th--

9               whatever the taxes are on that.

10  ▇▇▇:        OK. So we're gonna have an issue. And I would expect

11              that, as soon as I put that into... I just processed

12              payroll, yesterday morning. Uh, but as soon as I put

13              that into place, uh, there -- I would expect there

14              would be some backlash -- uh, and not because o' me.

15              I mea-- uh, I'm just doing what has been done

16              historically. Uh, [05:00] but, yeah. So if that's

17              what you want me to do, I can do it. And I also need

18              to reach out to Nick, and, uh, him, probably his tax

19              person, and say, "OK. Uh, what do you want your

20              withholding to be?" Because it's been 0, unless I put

21              in withholding, which only cost the company more. Uh,

22              so if it's 60 and 40, I can do that without a problem.

23              And I will reach out to Nick. Uh, uh, I just need

24              your blessing. So...

1   SINGER:  W-- uh, I thought that, the -- the whole time, they
2            were only bein' paid 5 and 4 and that's it.  I mean...
3   ▇▇▇▇▇    Uh, unfortunately not.  I mean, when I started
4            calculating it, it's --
5   SINGER:  I know.  But this, uh --
6   ▇▇▇▇▇    -- it's a lot more than tha--
7   SINGER:  -- this is like many, many months ago.
8   ▇▇▇▇▇    Yeah.
9   SINGER:  Why has it --
10  ▇▇▇▇▇    And I j--
11  SINGER:  -- taken this long?
12  ▇▇▇▇▇    Um, uh, it's taken this long because I figured that
13           that's how you wanted it.  Like I was told the net
14           paycheck.  So I net the paycheck to whatever they
15           need.  [06:00] Uh, yeah.  So it -- it's just
16           historically how it's been.  And the only reason I'm
17           reaching out to you now is because, to me, it seems
18           lopsided.  So I just wanted to make sure you're aware
19           of it -- and if that's what I should continue to do or
20           if they have an absolute, you know --
21  SINGER:  No.
22  ▇▇▇▇▇    -- paycheck, like the rest of us.
23  SINGER:  No.  It's 4 -- 4 grand, 5 grand.
24  ▇▇▇▇▇    OK.

1  SINGER: That's it.
2  ███     So I -- I will put that...  I mean, we just got our
3          payroll done this week, early this week.  And I'll put
4          that into play.  But, uh, there's gonna be some...  I
5          just want you to be prepared and I need to be
6          prepared, uh, for the phone calls and the text that --
7          you know, "Well, what's happening now?" and to say,
8          "Well, this has been done wrong from the beginning.
9          And I'm just doing what Rick told me to do."  So if I
10         have your blessing --
11 SINGER: Well, I'm -- I'm gonna c--
12 ███     -- that's wha--
13 SINGER: -- I'm gonna g-- uh, yeah -- I'm gonna call 'em right
14         now and tell 'em both.
15 ███     OK.  And then what we need to know for Marlo, [07:00]
16         it's -- it's easier.  Uh, but for Nick, it's not, uh,
17         because he has, for some reason, no withholding.  And
18         I don't know if that's on purpose.  Like I don't know
19         his, you know, personal financial position.  Uh, but
20         tha-- but, if he needs to withhold taxes, we need to
21         change that arrangement so his taxes are being
22         withhold.  An-and then have to recalculate, for the
23         year, to -- to Marlo at 48, Nick at 60, uh, what they
24         will be.  And they will -- it will be a lot less,

1          these next couple o' months -- 3 months.  So, uh, I'll
2          do whatever you'd like.  Uh, it's just gonna be, uh, I
3          think --
4    __:   Uh...
5    ▇▇▇  -- very, uh, shocking to them.  Uh...
6    SINGER: Well, it shou-- it shou-- first of all, it should have
7          already been taken care of.  And I'm shocked that, all
8          this time -- no question marks.  I mean, it's always
9          been...  Anyways, it is what it is.  And that's what
10         frickin' pisses me off all the time.
11   ▇▇▇   Uh, no, uh.
12   SINGER: 'Cause it's been months, though!  [08:00] But,
13         ▇▇▇▇, it's been months --
14   ▇▇▇:  Yes.  And I've --
15   SINGER: -- months and ask the question.
16   ▇▇▇   -- had this question...
17   SINGER: Well, why didn't you --
18   ▇▇▇   Rick...
19   SINGER: -- ask the question before?
20   ▇▇▇   Because that's what I was told.
21   SINGER: Well...
22   ▇▇▇   And it wasn't until...
23   SINGER: Anyways --
24   ▇▇▇   Rick, uh, uh --

```
 1   SINGER:  -- forget about it.
 2   ▇▇▇▇     -- I'm pretty good at what I d--  Yeah.  No, I don't
 3            want to --
 4   SINGER:  I know, I know.
 5   ▇▇▇▇     -- forget about it.  Uh...
 6   SINGER:  But ju-- it's been months.  It's been months, ▇▇▇▇
 7            It -- it shoulda been already -- raised the question.
 8            Because it wasn't supposed to be that way, the whole
 9            time.
10   ▇▇▇▇     But...
11   SINGER:  So here's the deal.
12   ▇▇▇▇     Uh...
13   SINGER:  You got 3 months left.  You just pay them f-- whatever
14            it is to be 4 grand.  It doesn't have to 48,000 and
15            60,000, for right now.  But going forward, it's
16            whatever you would pay them normally, 4 and 5 grand.
17            That's what they get paid for the next 3 mon--
18   ▇▇▇▇     Got it.  Will do.
19   SINGER:  So then they're cu-- they don't have to be cut as
20            much.  But they're gonna be cut.
21   ▇▇▇▇     OK.  I got it.  Uh, and I will have to ask Nick, you
22            know, of his...  Uh, I don't want to get too personal,
23            but [09:00] that's a...
24   SINGER:  Well, don't worry about it.  Just ask him the
```

1              question.  He'll give you the answer.  And that's it.
2              This is the way it's gonna be.
3    ▇         OK.
4    SINGER:   He's gettin' paid 5 grand.
5    ▇         OK.  Not a problem.
6    SINGER:   He gets 5 --
7    ▇         Uh...
8    SINGER:   -- he gets 5 grand a month -- whatever the taxes are
9              on the 5 grand.  That's it.  He's supposed to make 60
10             grand a year.  And if he's an employee, what's the
11             burden on the 60 grand?
12   ▇         Exactly.  I get that.  And this has been one o' things
13             that has, you know, nugged at me.  But, um, I just
14             figured you do special circumstances for them and,
15             uh...
16   SINGER:   No.  I didn't even know about it.
17   ▇         Uh, well, there ha-- there ha-- there was a -- uh,
18             there was a definite note about what they were
19             supposed to get.  And I will --
20   SINGER:   4,000 and 5,000.
21   ▇         -- have a look and, uh...  Uh, th-that wasn't the
22             note.  But I will see, uh...
23   SINGER:   Well, show me the note!
24   ▇ :       Uh, uh...

1   SINGER: Show me the note.
2   ███████ I will abso--
3   SINGER: Didn't say grossed up.
4   ███████ Not a problem.  Uh, not a p-- uh, not a problem, Rick.
5           I will show that to you.  Um, I -- I want you to kn--
6           I'm on your side.
7   SINGER: Uh...
8   ███████ I didn't get a re--
9   SINGER: I get it.
10  ███████ And now that, uh...
11  SINGER: But it's [10:00] been like months now.  It's like b--
12          Anyway.  So I'm tellin' 'em they're gettin' paid 5
13          grand, 4 grand.  Whatever their taxes are, the burden
14          is for the company.  We pay our taxes.  We pay their
15          t-- whatever we have to do.  And, uh, so, if they're
16          makin'...  S-- she's supposed to get paid 4 grand
17          times 12.  So she's gonna make 48.  What's that cost
18          the company?
19  ███████ Uh, it's at least a good -- a good 10%.
20  SINGER: OK.
21  ███████ So that's, uh --
22  SINGER: So --
23  ███████ -- going up to 50.  Yeah.
24  SINGER: -- so -- so that's fine.  But that's the number.

1       █████   OK.  So, fine.  I'll do that the rest of the year.
2               And I will do that, uh, here on out.  Uh, not a
3               problem.  Not a problem.  Uh, a--
4       SINGER: What other --
5       █████   Uh, s--
6       SINGER: -- what other surprises?
7       █████   Well, there's no-- it's...  Uh, the other thing is I'm
8               not sure what's gong on with the foundation, uh, at
9               all -- uh, which is fine.  I mean, we turned that
10              [11:00] over months ago.
11      SINGER: Right.
12      █████   Uh, but my -- m-- what we used to do is we used to
13              also bill back to the foundation Marlo's payroll.
14      SINGER: We're not doin' that.
15      █████   But at this point...
16      SINGER: We're not goin' that.
17      █████   So I can't do that at all.
18      SINGER: No.
19      █████   OK.  S-so that's not been...  I jus-- I mean, I
20              been...  OK.  So we're absorbing that.  And it's not
21              being charged out.  Thank you, Jesus.  Because, uh,
22              I've been hesitant about that.  I'm no--  L-- again...
23              And the -- I guess the other question is, Rick...  Uh,
24              you can be pretty straightforth with me.  Uh, but, uh,

1           a thing with the -- uh, having receivables for The
2           Key, uh, and not having rec--  We've always had
3           receivables.  Uh, Mikaela and I have talked about this
4           a couple times, since your email or text a couple
5           weeks ago.  And right now I've billed out 95 [12:00]
6           perce-- I mean, with a few questions I have.  And
7           unfortunately, I don't have them with me right now, in
8           the car.  But is y-- what is, uh -- can you tell me
9           what your purpose -- wha-wha-what the point is...?
10          Because we've always run it that way.  And it'd be --
11 SINGER:  Here's why.
12 ▓▓▓      -- very difficult now...
13 SINGER:  Here's why.
14 ▓▓▓      OK, go.
15 SINGER:  If, uh -- if we end up in any type of audit issue,
16          from the foundation and the company, and there becomes
17          a black mark upon us at some point, people could just
18          as well decide not to pay.
19 ▓▓▓      OK.  Gotcha.
20 SINGER:  So no-- so, if you're holdi-- so, if we have
21          receivables in January, February, March, of all these
22          fees and something were to happen, then I could see
23          people just say, "Well, I don't need to [13:00] pay,"
24          or "There's some issue," or whatever it is.

1   ▇▇▇     OK.  Now, are you referring to the tuition as well --

2   SINGER: N--

3   ▇▇▇     -- as the reimbursable expenses?

4   SINGER: -- no.  Uh, what do you mean?  No, n--  Wha-what

5           tuition?

6   ▇▇▇     Well, the $7,000 or $8,000 a year per student.

7   SINGER: No, no.  I'm...  Well, I want to get that paid, yes,

8           absolu--  What I really want to get paid is all these

9           application fees and these -- and the, um, scores.

10          Because it's all comin' out of our pocket.  I want to

11          have as much money...  I don't want to be ch-chasing

12          money...  If we have a problem, in -- with the

13          company, in January, February, March -- OK? --

14  ▇▇▇     Right.

15  SINGER: -- and something happens -- OK? -- with the foundation

16          or something happens publicly --

17  ▇▇▇     Uh...

18  __:     D--?

19  SINGER: -- I -- what I don't want is people to bail and then

20          [14:00] they don't pay us.  And we've already --

21  ▇▇▇     OK.

22  SINGER: -- we've already done all their applications, all

23          their essays, and they decide they're not gonna pay.

24  ▇▇▇     Gotcha.  I mean, we've been pretty good on

| | | |
|---|---|---|
| 1 | | collections, with that.  We had very few that have |
| 2 | | gone south, very few. |
| 3 | SINGER: | Right, bu-but how long did it take, after all the |
| 4 | | applications and essays were done and we paid all the |
| 5 | | fees, to get paid back? |
| 6 | ■ | Uh, well, uh, last year, because they weren't doi-- |
| 7 | | uh, they weren't done, uh, as quickly as they maybe |
| 8 | | could have been done...  I'm on it.  Uh, and I'm on it |
| 9 | | every, you know, week, uh, to collect that stuff.  So |
| 10 | | tha-that is very small number, compared to, you know, |
| 11 | | the $6,000, se-- $5,000, $7,000, and 8--you know-- |
| 12 | | thousand-dollar tuition that we bill out.  So what I |
| 13 | | need to know from you and what Mikaela and I have been |
| 14 | | working on is if, uh...  Just for [15:00] the |
| 15 | | reimbursable, what I would suggest is, OK, we say... |
| 16 | | And Mikaela's been great.  She sent me a list and |
| 17 | | whatever.  OK.  So we have $1,000, k-kind of like a |
| 18 | | retainer. |
| 19 | SINGER: | Yes. |
| 20 | ■ | Uh... |
| 21 | SINGER: | Yes. |
| 22 | ■ | And...  Yeah.  So that's what you need to do.  And |
| 23 | | give me a credit card.  And if you have -- uh, if it |
| 24 | | goes over that, I'll bill them right away.  If it goes |

1              under that, at the end of the year, we'd have to repay
2              them for whatever that wasn't used.
3    SINGER:   That's fine.  Uh, cool.
4    ▮▮▮▮      OK.
5    SINGER:   That's good.
6    ▮▮▮▮      Uh...
7    SINGER:   I like that.
8    ▮▮▮▮      Yeah.  So that's what I was thinking.  I talked to
9              Mikaela last night.  And I'm like, "OK, this is the
10             only way."  But as far as tuition, uh, we -- I don't
11             think...  At least when I wrapped it up last year, uh,
12             there was nobody that owed us tuition.  I mean...
13   SINGER:   OK.  Well --
14   ▮▮▮▮      And the othe-- uh...
15   SINGER:   -- h-how many people owe us tuition now?
16   ▮▮▮▮      Well, I'd have to look at the thing, which, I'm --
17             just need to get in the house, right now.  I'm waitin'
18             for you, in the car.  But, uh, there's a lotta people
19             that owe us.  But I've -- as you know, I've been
20             sending, you [16:00] know, reminder --
21   SINGER:   Right.
22   ▮▮▮▮      -- after reminder.
23   SINGER:   I've seen the...
24   ▮▮▮▮      And I know...  Yes.  And the people that have said,

1       oh, they didn't get the email... Like the one who

2       said... I sent 3 emails. And I was reticent to, you

3       know -- "OK. I'll -- I'll give you ever-- all 3 of

4       'em." Today I sent the 1, from the person who said

5       they didn't get it. I forget what the name was. But,

6       um, i-if it's -- if it's that... I mean, this is up

7       to you. Because I don't want to push anybody away

8       that, uh... It's up to you. Uh, yeah.

9  SINGER: Yeah, but we're...

10 ▇▇▇  Uh, I can...

11 SINGER: Here's the deal. We're already seeing 'em. Right?

12      So I'm already --

13 ▇▇▇  Uh, if, uh...

14 SINGER: -- in their home.

15 ▇▇▇  Yes!

16 SINGER: So --

17 ▇▇▇  Yeah.

18 SINGER: -- so there should no pushback by the family. 'Cause

19      I'll just stop seein' 'em.

20 ▇▇▇  That's exactly what I was gonna say. So with your

21      blessing -- uh, and, you know, I can send out an

22      email, you know, "Unless this is paid before your next

23      appointment, you won't have a next appointme--" I

24      mean, I'd try to soften it up some way, but something

1              like that.
2    SINGER: Well, just say that, uh --
3    ███    Uh...
4    SINGER: -- uh, uh, "We need to get this paid, um, because,
5              [17:00] uh, we have -- uh, there's a potential that
6              we'll have to change Rick's schedule --"
7    ███    OK.
8    SINGER: "-- to fill in. 'Cause we have other people waiting,
9              to fill into the schedule. And if we're n-- and, if
10             this isn't paid, then, uh, we need to move forward
11             with other -- other families."
12   ███    Gotcha. So I kind of was feeling that way but, again,
13             needed your OK. So I can do that.
14   SINGER: Yeah.
15   ███    And just be prepared, 'cause I will probably copy you
16             on every one.
17   SINGER: That's fine. You can. No problem.
18   ███    Uh...
19   __:    Uh...
20   ███    OK. Gotcha. Uh...
21   SINGER: I just want to --
22   ███    All right. 'Cause, uh...
23   SINGER: -- I jus-- I am fearful of -- of -- something goes
24             down, something goes wrong, that I want to have as

1              much money already in the company -- and not anybody
2              to make excesses for why they don't have to pay.
3     ▇▇▇▇    Yeah, absolutely, and especially if the deal is they
4              were supposed to pay, you know, when w-- when we start
5              billing, which, we started billing in July, heavy
6              August, uh, September. Um, yeah, absolutely. And I'm
7              just -- if I have your blessing, uh, [18:00] I'll say
8              it. But I don't want to be, uh, the hard-ass, when --
9              you know, they're like, "Well, ▇▇▇▇ said this."
10             'Cause I'll copy you on every one and just say, "Hey,
11             uh, we, uh..."
12   SINGER:  Yeah, you can, uh...
13   ▇▇▇▇    OK.
14   SINGER:  That's fine.
15   ▇▇▇▇    I will do that.
16   SINGER:  OK.
17   ▇▇▇▇    OK. Gotcha. All right, Rick.
18   SINGER:  Uh, thanks.
19   ▇▇▇▇    So, uh, we'll talk to you soon. Bye.
20   SINGER:  OK. [18:20]
21
22                          END OF AUDIO FILE