≋JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

<u>Criminal Case Cover Sheet</u>                           <u>U.S. District Court - District of Massachusetts</u>

**Place of Offense:**          Category No. __II__          **Investigating Agency** __FBI__

**City** __Boston__

**County** __Middlesex__          **Related Case Information:**

Superseding Ind./ Inf. __X__          Case No. __19-10080-NMG__
Same Defendant __X__          New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __David Sidoo__          Juvenile:          ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address          (City & State) __Vancouver, CA__

Birth date (Yr only): __1959__  SSN (last4#): _____  Sex __M__          Race: __White__          Nationality: __CA__

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__          Bar Number if applicable __NY4412326__

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   ☑ Felony __13__

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __01/14/2020__          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant** David Sidoo

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11, 12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK
18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK
19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK
18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf 3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                           **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.**  II _____    **Investigating Agency**  FBI _____

**City**   Boston _____                **Related Case Information:**

**County**   Middlesex _____         Superseding Ind./ Inf.  X _____   **Case No.**   19-10080-NMG
                                        Same Defendant   X _____   New Defendant _____
                                        Magistrate Judge Case Number   19-MJ-6087-MPK
                                        Search Warrant Case Number   See additional information
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Gregory Colburn _____        Juvenile:    ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address       (City & State)  Palo Alto, CA _____

Birth date (Yr only): 1957   SSN (last4#): 0184   Sex M   Race: White   Nationality: USA

**Defense Counsel if known:** _____        Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen _____        Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

        ☐ Warrant Requested        ☑ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   13 _____

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:   01/14/2020        Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):      19-10080-NMG

**Name of Defendant**      Gregory Colburn

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**    18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

℆JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**   Category No. __II__   **Investigating Agency**  __FBI__

**City**  __Boston__

**Related Case Information:**

**County**  __Middlesex__

Superseding Ind./ Inf. __X__   Case No. __19-10080-NMG__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number __19-MJ-6087-MPK__
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Amy Colburn__   Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address   __(City & State) Palo Alto, CA__

Birth date (Yr only): __1969__  SSN (last4#): __5371__  Sex __W__   Race: __White__   Nationality: __USA__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**  __Eric S. Rosen__   Bar Number if applicable  __NY4412326__

**Interpreter:**  ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony  __13__

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __01/14/2020__   Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant** _____ Amy Colburn _____

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____ 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**           Category No. __II__        **Investigating Agency**  __FBI__

**City**  __Boston__           **Related Case Information:**

**County**  __Middlesex__      Superseding Ind./ Inf.  __X__         Case No.  __19-10080-NMG__
                              Same Defendant  __X__            New Defendant _____
                              Magistrate Judge Case Number  __19-MJ-6087-MPK__
                              Search Warrant Case Number  __See additional information__
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __Gamal Abdelaziz__                    Juvenile:        ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No
Alias Name  _____

Address  ____(City & State)__ Las Vegas, NV _____

Birth date (Yr only): __1956__  SSN (last4#): __4560__  Sex __M__   Race: __White__   Nationality: __USA__

**Defense Counsel if known:**  _____   Address  _____

**Bar Number**  _____                _____

**U.S. Attorney Information:**

**AUSA**  __Eric S. Rosen__                    Bar Number if applicable  __NY4412326__

**Interpreter:**    ☐ Yes  ☑ No        List language and/or dialect:  _____

**Victims:**    ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

         ☐ Warrant Requested      ☑ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date**  _____

☐ Already in Federal Custody as of  _____  in  _____.

☐ Already in State Custody at  _____  ☐ Serving Sentence  .  ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by:  _____  on  _____

**Charging Document:**    ☐ Complaint      ☐ Information      ☑ Indictment

**Total # of Counts:**    ☐ Petty      ☐ Misdemeanor      ☑ Felony __13__

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  __01/14/2020__        Signature of AUSA:  _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant** Gamal Abdelaziz

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK 18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK 19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK 18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

&JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     Category No. __II__     Investigating Agency __FBI__

**City** __Boston__     **Related Case Information:**

**County** __Middlesex__     Superseding Ind./ Inf. __X__    Case No. __19-10080-NMG__
Same Defendant __X__    New Defendant _____
Magistrate Judge Case Number __19-MJ-6087-MPK__
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Diane Blake__     Juvenile: ☐ Yes ☑ No

    Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State)__ San Francisco, CA

Birth date (Yr only): __1965__ SSN (last4#): __0175__ Sex __W__    Race: __White__    Nationality: __USA__

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__     Bar Number if applicable __NY4412326__

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

    ☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty ———— ☐ Misdemeanor ———— ☑ Felony __13__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __01/14/2020__     Signature of AUSA: _____

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):     19-10080-NMG

**Name of Defendant**    Diane Blake

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**        **Category No.**  II_____     **Investigating Agency**  FBI_____

**City**  Boston_____                **Related Case Information:**

**County**  Middlesex_____     Superseding Ind./ Inf. __X_____  **Case No.**  19-10080-NMG_____
                                Same Defendant  __X_____     New Defendant _____
                                Magistrate Judge Case Number  19-MJ-6087-MPK_____
                                Search Warrant Case Number   See additional information_____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Todd Blake_____                  Juvenile:   ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address        (City & State)  San Francisco, CA_____

Birth date (Yr only): 1965   SSN (last4#): 4272   Sex M___   Race: White___   Nationality: USA_____

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**  Eric S. Rosen_____          Bar Number if applicable  NY4412326_____

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

        ☐ Warrant Requested     ☑ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint     ☐ Information      ☑ Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   ☑ Felony  13_____

Continue on Page 2 for Entry of U.S.C. Citations

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  01/14/2020          Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): 19-10080-NMG

**Name of Defendant**  Todd Blake

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11, 12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 19-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**        Category No. __II__        Investigating Agency __FBI__

City __Boston__        **Related Case Information:**

County __Middlesex__        Superseding Ind./ Inf. __X__        Case No. __19-10080-NMG__
                         Same Defendant __X__        New Defendant _____
                         Magistrate Judge Case Number __19-MJ-6087-MPK__
                         Search Warrant Case Number __See additional information__
                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __I-Hsin "Joey" Chen__        Juvenile:        ☐ Yes  ☑ No

                         Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address        __(City & State)__ Newport Beach, CA

Birth date (Yr only): __1954__  SSN (last4#): __1777__  Sex __M__        Race: __Asian__        Nationality: __USA__

**Defense Counsel if known:** _____        Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA __Eric S. Rosen__        Bar Number if applicable __NY4412326__

Interpreter:    ☐ Yes  ☑ No        List language and/or dialect: _____

Victims:    ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes  ☐ No

Matter to be SEALED:    ☐ Yes  ☑ No

        ☐ Warrant Requested        ☑ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**    ☐ Petty ——        ☐ Misdemeanor ——        ☑ Felony __13__

Continue on Page 2 for Entry of U.S.C. Citations

☑        **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.**

Date: __01/14/2020__        Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):   19-10080-NMG

**Name of Defendant**   I-Hsin "Joey" Chen

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 19-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

<u>Criminal Case Cover Sheet</u>                                     <u>U.S. District Court - District of Massachusetts</u>

**Place of Offense:**               **Category No.**  II _____        **Investigating Agency**  FBI _____

**City**  Boston _____              **Related Case Information:**

**County**  Middlesex _____       Superseding Ind./ Inf.  X _____    **Case No.**  19-10080-NMG
                                    Same Defendant  X _____           New Defendant _____
                                    Magistrate Judge Case Number  19-MJ-6087-MPK
                                    Search Warrant Case Number  See additional information
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Mossimo Giannulli _____              Juvenile:        ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address        (City & State)  Los Angeles, CA _____

Birth date (Yr only):  1966   SSN (last4#):  8718   Sex  M      Race:  White      Nationality:  USA

**Defense Counsel if known:** _____              Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**  Eric S. Rosen _____              Bar Number if applicable  NY4412326

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**         ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**     ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**     ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony  13 _____

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date:  01/14/2020              Signature of AUSA:

JS 45 (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):   19-10080-NMG

**Name of Defendant**   Mossimo Giannulli

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Birbery | 2 |
| Set 3 | 18 U.S.C. § 1956(h) | Mondey Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  FBI

**City**   Boston                    **Related Case Information:**

**County**   Middlesex          Superseding Ind./ Inf.   X          Case No.   19-10080-NMG
                                Same Defendant   X          New Defendant _____
                                Magistrate Judge Case Number   19-MJ-6087-MPK
                                Search Warrant Case Number   See additional information
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Lori Loughlin                    Juvenile:   ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State)  Los Angeles, CA

Birth date (Yr only): 1964   SSN (last4#): 7715   Sex W   Race: White   Nationality: USA

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____                    _____

**U.S. Attorney Information:**

**AUSA**   Eric S. Rosen                    Bar Number if applicable   NY4412326

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

          ☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   13

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:   01/14/2020          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _19-10080-NMG_____

**Name of Defendant** _Lori Loughlin_____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf 3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          Category No.  __II__          Investigating Agency  __FBI__

City  __Boston__

County  __Middlesex__          **Related Case Information:**

Superseding Ind./ Inf.  __X__          Case No.  __19-10080-NMG__
Same Defendant  __X__          New Defendant  _____
Magistrate Judge Case Number  __19-MJ-6087-MPK__
Search Warrant Case Number  __See additional information__
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __Elisabeth Kimmel__          Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name  _____

Address  __(City & State)__ Las Vegas, NV

Birth date (Yr only): __1964__  SSN (last4#): __8114__  Sex __W__          Race: __White__          Nationality: __USA__

**Defense Counsel if known:**  _____          Address  _____

**Bar Number**  _____

**U.S. Attorney Information:**

**AUSA**  __Eric S. Rosen__          Bar Number if applicable  __NY4412326__

**Interpreter:**  ☐ Yes  ☑ No          List language and/or dialect:  _____

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**  _____

☐ Already in Federal Custody as of  _____ in  _____.
☐ Already in State Custody at _____  ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by:  _____ on  _____

**Charging Document:**  ☐ Complaint          ☐ Information          ☑ Indictment

**Total # of Counts:**  ☐ Petty ———— ☐ Misdemeanor ———— ☑ Felony  __13__

Continue on Page 2 for Entry of U.S.C. Citations

☑          **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:  __01/14/2020__          Signature of AUSA:  _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): ___19-10080-NMG_____

**Name of Defendant**    Elisabeth Kimmel

## U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundrering Conspiracy | 3 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**    Category No. __II__    Investigating Agency __FBI__

**City**   __Boston__   **Related Case Information:**

**County**   __Middlesex__

Superseding Ind./ Inf. __X__   Case No. __19-10080-NMG__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number __19-MJ-6087-MPK__
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __William McGlashan, Jr.__    Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name   _____

Address   (City & State) __Mill Valley, CA__

Birth date (Yr only): __1963__  SSN (last4#): __8399__  Sex __M__   Race: __White__   Nationality: __USA__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   __Eric S. Rosen__    Bar Number if applicable __NY4412326__

**Interpreter:**   ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony __13__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   __01/14/2020__    Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant**      William McGlashan _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 19-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:**              **Category No.** <u>II</u>          **Investigating Agency** <u>FBI</u>

**City** <u>Boston</u>                   **Related Case Information:**

**County** <u>Middlesex</u>              Superseding Ind./ Inf. <u>X</u>          Case No. <u>19-10080-NMG</u>
                                         Same Defendant <u>X</u>              New Defendant _____
                                         Magistrate Judge Case Number <u>19-MJ-6087-MPK</u>
                                         Search Warrant Case Number <u>See additional information</u>
                                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name <u>Marci Palatella</u>                  Juvenile:   ☐ Yes  ☑ No

                     Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address    <u>(City & State) Hillsborough, CA</u>

Birth date (Yr only): <u>1955</u>  SSN (last4#): <u>5012</u>   Sex <u>W</u>      Race: <u>White</u>        Nationality: <u>USA</u>

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____               _____

**U.S. Attorney Information:**

**AUSA** <u>Eric S. Rosen</u>                    Bar Number if applicable <u>NY4412326</u>

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

        ☐ Warrant Requested      ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**   ☐ Petty    ☐ Misdemeanor    ☑ Felony  <u>13</u>

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  <u>01/14/2020</u>        Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____ 19-10080-NMG _____

**Name of Defendant**  _____ Marci Palatella _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11, 12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

§JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**    Category No. __II__    Investigating Agency __FBI__

**City**  __Boston__    **Related Case Information:**

**County**  __Middlesex__    Superseding Ind./ Inf. __X__    Case No. __19-10080-NMG__
Same Defendant __X__    New Defendant _____
Magistrate Judge Case Number __19-MJ-6087-MPK__
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __John Wilson__    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address    __(City & State)  Hyannis Port, MA__

Birth date (Yr only): __1959__ SSN (last4#): __0685__  Sex __M__    Race: __White__    Nationality: __USA__

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**  __Eric S. Rosen__    Bar Number if applicable __NY4412326__

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __13__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __01/14/2020__    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):  ___19-10080-NMG___

**Name of Defendant**  ___John Wilson___

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11, 12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**        Category No. __II__        Investigating Agency __FBI__

**City** __Boston__        **Related Case Information:**

**County** __Middlesex__        Superseding Ind./ Inf. __X__        Case No. __19-10080-NMG__
Same Defendant __X__        New Defendant _____
Magistrate Judge Case Number __19-MJ-6087-MPK__
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Homayoun Zadeh__        Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address        (City & State) __Calabasas, CA__

Birth date (Yr only): __1961__  SSN (last4#): __4306__  Sex __M__    Race: __White__   Nationality: __USA__

**Defense Counsel if known:** _____        Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__        Bar Number if applicable __NY4412326__

**Interpreter:**   ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

   ☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony __13__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: __01/14/2020__        Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):     19-10080-NMG

**Name of Defendant**     Homayoun Zadeh

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Program Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**    Category No. __II__    **Investigating Agency** __FBI__

**City** __Boston__     **Related Case Information:**

**County** __Middlesex__

Superseding Ind./ Inf. __X__   Case No. __19-10080-NMG__
Same Defendant __X__   New Defendant _____
Magistrate Judge Case Number __19-MJ-6087-MPK__
Search Warrant Case Number __See additional information__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Robert Zangrillo__    Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name _____

Address   (City & State) __Miami Beach, FL__

Birth date (Yr only): __1966__   SSN (last4#): __8400__   Sex __M__    Race: __White__    Nationality: __USA__

Defense Counsel if known: _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__     Bar Number if applicable __NY4412326__

**Interpreter:**   ☐ Yes   ☑ No    List language and/or dialect: _____

**Victims:**   ☑ Yes   ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**   ☐ Yes   ☑ No

   ☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**   ☐ Petty    ☐ Misdemeanor    ☑ Felony __13__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __01/14/2020__     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk):      19-10080-NMG

**Name of Defendant**      Robert Zangrillo

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail & Wire Fraud & Honest Services Mail & Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to Commit Federal Programs Bribery | 2 |
| Set 3 | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 3 |
| Set 4 | 18 U.S.C. §§ 1341 & 1346, 2 | Wire Fraud & Honest Services Wire Fraud; Aiding & Abetting. | 4-10 |
| Set 5 | 18 U.S.C. §§ 666(a)(2) and 2 | Federal Programs Bribery; Aiding and Abetting | 11,12 |
| Set 6 | 26 U.S.C. § 7206(1) | Filing a False Tax Return | 13 |
| Set 7 | 28 U.S.C. § 2461(c) | Forfeiture | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture | |
| Set 9 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**    18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf 3/4/2013