██████ 2018-10-05 14-54-46 09593-001                              Page 1

1  **Call Date:** 2018-10-05

2  **Call Duration:** 2:21

3  **Call Begin [ ] Call End [ ]**

4  **Call Participants:**

5      Rick Singer

6      Donna Heinel

7  **File Name:** ██████ 2018-10-05 14-54-46 09593-001

8  **Bates No.:**

9

10 HEINEL:   [00:00] USC, this is Donna.

11 SINGER:   Donna, it's Rick Singer, how are you?

12 HEINEL:   Good, how are you doing, Rick?

13 SINGER:   Good, I was just calling --

14 HEINEL:   Excellent.

15 SINGER:   Calling back about, uh, I'm in Boston today so I

16         just, uh, I wanted to catch you before I jump on a plane

17         coming back west.

18 HEINEL:   No problem, uh.

19 SINGER:   How did subco go?

20 HEINEL:   Good, very good, uh, ██████ (sp?) was fine and so is

21         ██████ (sp?).

22 SINGER:   Wow, both of them, OK.

23 HEINEL:   Yeah (inaudible).

1  SINGER:  That's awesome.  By your message I was like, "Whoa."
2           OK.
3  HEINEL:  Yeah.  Uh, ▇▇▇▇▇ was a little harder.
4  SINGER:  OK.
5  HEINEL:  You know, you know, we, uh (inaudible) 9 was tough
6           but, uh, her test scores, I -- we really did the thing
7           about the LD, uh.
8  SINGER:  OK.
9  HEINEL:  And the fact that [01:00] she, you know, had that
10          with the -- with the test scores.
11 SINGER:  Right.
12 HEINEL:  Uh, you know, she still needs to -- to finish
13          (inaudible).
14 SINGER:  Her (inaudible).
15 HEINEL:  She needs, uh, you know, basically Bs, nothing lower
16          than a 3 point, try to get Bs as (inaudible).
17 SINGER:  Got it, no problem.
18 HEINEL:  Now I just don't want to -- are you going to tell
19          the family?  Or, uh, I just want to make sure --
20 SINGER:  I can hold.
21 HEINEL:  Yeah, I just want to make sure that, uh, you know,
22          that doesn't get out (inaudible).
23 SINGER:  Got it.

1    HEINEL:   Uh, I'm always worried about those counselor, you
2              know, the (inaudible).
3    SINGER:   Uh, no, absolutely.  Totally (inaudible) we already
4              -- we already dealt with that, absolutely.
5    HEINEL:   Yeah, but, you know.
6    SINGER:   Absolutely.
7    HEINEL:   (inaudible) they're -- they're both recognized,
8              right, as indoor (inaudible).
9    SINGER:   Uh, uh, absolutely.  Yes.
10   HEINEL:   Yeah.
11   SINGER:   And ████ is -- ████ is -- wants to be on the
12             team and she's good enough --
13   HEINEL:   (inaudible).
14   SINGER:   Uh, she could pl-- she -- she'd be a good practice
15             player for the team no doubt about it.
16   HEINEL:   OK, uh, like I said I can't guarantee that.
17   SINGER:   No, I got it.
18   HEINEL:   (inaudible) so OK, cool (inaudible).
19   SINGER:   And what do you want w-- do you want -- are you
20             going to send me the letter and do you want me to then --
21             then I'll [02:00] get them to forward the 50K?  Or do you
22             -- tell me what you want me --
23   HEINEL:   (inaudible) yeah, just -- let's hold on that right
24             now.  I don't like to do it like so close.

1  SINGER:   Got it.

2  HEINEL:   You know.

3  SINGER:   No, no, I get it, I get you.

4  HEINEL:   So we can -- we can wait a little while on that but

5           I -- I'll (inaudible).

6  SINGER:   OK, uh, just let me know.

7  HEINEL:   All right, I appreciate it, thanks.

8  SINGER:   You're the best.  Have a great weekend.  Thanks.

9  HEINEL:   (inaudible).

10 SINGER:   OK.

11 HEINEL:   (inaudible).  [02:21]

12

13                      END OF AUDIO FILE