## STUDENT PROFILE

Date: __11/2/17__                Major: _____

Name: _____ Giannulli

SS#: _____        Birthdate: _____

Fresh: __X__   Trans _____ (Units) _____ (Semesters) _____

Sport: __WROW__                %Scholarship __W0__

High School: __████████__ High School _____

Junior College: _____

University: _____

Course Curriculum Factor: __████__   Institutional Factor: __████__

High School Core GPA: __████__

SAT: CR __████__ M __████__ WR _____ ACT: Composite _____ Written _____

NCAA Clearinghouse Approved Courses:

English_____ Math_____ Science_____ FLang_____ Social Science_____

| SUBCO Comment/Interview | Athletic Accomplishment |
|---|---|
| REG | |
| My 11-2-17 | |
| JUB 11/2/17 | |
| (UB 11-2-17 | Other Factors |
| | |

USC-00003693



**GIANNULLI**

COXSWAIN

Los Angeles, CA

**PERSONAL**

Graduation: 2018

High School



**ROWING INFO**

*MAC ROWING*

*Coxswain*

    *Skill Set*
- Awareness, organization, direction and steering

**COMPETITION**
- 2016/2017 Head of the Charles-Boston
  - 14th place-2017
  - 11th place-2016
- 2015-2017 Head of the American- Lake Natoma
  - 7th place 2016,2017
  - 8th place 2015
- 2015-2017 Head of the Lagoon-Foster City
  - 2017 4th place
  - 2016/2015 5
- 2016/2017 Women's Varsity 8 boat, Men's JV 4 boat
- 2016 Fault Line Faceoff, Bronze medal
- 2015-2017 Christmas Regatta, Silver medal
- USRowing Southwest Regional Junior Championships,
  - Bronze-2016
  - Silver- 2015
- Marin Crew Festival
  - Top 3 finish over the past 4 years
- San Diego Crew Classic
  - Gold Medal-2016
  - Silver Medal-2015
  - Gold Medal- 2014

**Sparks Rowing programs:**
- University of Washington, University of Florida, University of California, Los Angeles

USC has four boats which require 4 coxswains along with 2 back-ups. ▮▮▮ would be fill the position of our #3 boat. Her sister is currently on our roster and fills the position of our #4 boat. Division 1 rowing programs use scholarships for the oarsmen but rarely with scholarship a coxswain. Although ▮▮▮ is non-scholarship she is highly talented and has been successful in both men's and women's boats.

USC-00003694