# usbank

## CASHIER'S CHECK

No. [redacted]

90-3582
1222

DATE: JUNE 14, 2017

PAY   FIFTY THOUSAND DOLLARS AND 00 CENTS

$ 50,000.00

TO THE
ORDER OF:   USC WOMENS ATHLETICS

PURPOSE/REMITTER: THE KEY WORLDWIDE FOUNDATION

Galen Center Film Room

Location:   1985 Irvine

U.S. Bank National Association
Minneapolis, MN 55480

*[signature]* Lucinda Mihalyi

AUTHORIZED SIGNATURE

