Case 1:19-cr-10080-LTS   Document 834-4   Filed 02/07/20   Page 1 of 4

| | | | | | |
|---|---|---|---|---|---|
| McGlashan DOB: | | 053212 | 71640 1/10/18 | 0470, 0210, 0532, 1880 2968, 1614, 3800, 2838 | 81330 81330 |

# ACT® Internet Reporting Option

## The ACT Internet Reporting Option (AIRO)
## Schedule of 2018-2019 Cycles – UPDATED 08-10-18

All reporting cycles may include Additional Score Reports (ASRs) and reports from Universal testing (e.g., residual testing at your institution, and from other test locations, such as State and DANTES). The first reports from each of the seven ACT national test dates will be available in large volume in the reporting cycle noted in the comments section below. Test date score reporting continues as: additional answer documents are submitted for scoring, writing test results become available, and scores are released from "hold" status. Scores held for nonpayment of required fees are included in the next scheduled cycle after payment is received. All reporting cycles may include reports from previous national test dates. ACT records will be available by 8:00 AM Central Time the day after each cycle runs. If you have questions, please contact ACT Institutional Services at **319.337.1360** or **ACT-Report@act.org**.

| CYCLE # | DATE | DAY | COMMENTS |
|---|---|---|---|
| 81110 | 09-05-18 | WED | Sept. 3 – Labor Day |
| 81120 | 09-07-18 | FRI | Sept. 8 – National Test Date |
| 81130 | 09-10-18 | MON | |
| 81140 | 09-12-18 | WED | |
| 81150 | 09-14-18 | FRI | |
| 81160 | 09-15-18 | SAT | **SEPT. NATIONAL** |
| 81170 | 09-17-18 | MON | |
| 81180 | 09-19-18 | WED | |
| 81190 | 09-21-18 | FRI | |
| 81200 | 09-24-18 | MON | |
| 81210 | 09-26-18 | WED | |
| 81220 | 09-28-18 | FRI | |
| 81230 | 10-01-18 | MON | |
| 81240 | 10-03-18 | WED | |
| 81250 | 10-05-18 | FRI | |
| 81260 | 10-08-18 | MON | |
| 81270 | 10-10-18 | WED | |
| 81280 | 10-12-18 | FRI | |
| 81290 | 10-15-18 | MON | |
| 81300 | 10-17-18 | WED | |
| 81310 | 10-19-18 | FRI | |
| 81320 | 10-22-18 | MON | |

| CYCLE # | DATE | DAY | COMMENTS |
|---|---|---|---|
| 81330 | 10-24-18 | WED | |
| 81340 | 10-26-18 | FRI | Oct. 27 – National Test Date |
| 81350 | 10-29-18 | MON | |
| 81360 | 10-31-18 | WED | |
| 81370 | 11-02-18 | FRI | |
| 81380 | 11-05-18 | MON | |
| 81390 | 11-07-18 | WED | |
| 81400 | 11-09-18 | FRI | |
| 81410 | 11-10-18 | SAT | **OCT. NATIONAL** |
| 81420 | 11-12-18 | MON | |
| 81430 | 11-14-18 | WED | |
| 81440 | 11-16-18 | FRI | |
| 81450 | 11-19-18 | MON | |
| 81460 | 11-21-18 | WED | Nov. 22-23 - Thanksgiving |
| 81470 | 11-26-18 | MON | |
| 81480 | 11-28-18 | WED | |
| 81490 | 11-30-18 | FRI | |
| 81500 | 12-03-18 | MON | |
| 81510 | 12-05-18 | WED | |
| 81520 | 12-07-18 | FRI | Dec. 8 – National Test Date |
| 81530 | 12-10-18 | MON | |
| 81540 | 12-12-18 | WED | |
| 81550 | 12-14-18 | FRI | |
| 81560 | 12-15-18 | SAT | **DEC. NATIONAL** |
| 81570 | 12-17-18 | MON | |
| 81580 | 12-19-18 | WED | |
| 81590 | 12-21-18 | FRI | Dec. 24-25 – Christmas |
| 81600 | 12-26-18 | WED | |
| 81610 | 12-28-18 | FRI | Jan. 1 – New Year's Day |
| 81620 | 12-31-18 | MON | |
| 81630 | 01-02-19 | WED | |
| 81640 | 01-04-19 | FRI | |
| 81650 | 01-07-19 | MON | |
| 81660 | 01-09-19 | WED | |
| 81670 | 01-11-19 | FRI | |
| 81680 | 01-14-19 | MON | |
| 81690 | 01-16-19 | WED | |
| 81700 | 01-18-19 | FRI | Jan. 21 – MLK Jr. Day |
| 81710 | 01-23-19 | WED | |
| 81720 | 01-25-19 | FRI | |

| CYCLE # | DATE | DAY | COMMENTS |
|---|---|---|---|
| 81730 | 01-28-19 | MON | |
| 81740 | 01-30-19 | WED | |
| 81750 | 02-01-19 | FRI | |
| 81760 | 02-04-19 | MON | |
| 81770 | 02-06-19 | WED | |
| 81780 | 02-08-19 | FRI | Feb. 9 – National Test Date |
| 81790 | 02-11-19 | MON | |
| 81800 | 02-13-19 | WED | |
| 81810 | 02-15-19 | FRI | |
| 81820 | 02-16-19 | SAT | **FEB. NATIONAL** |
| 81830 | 02-18-19 | MON | |
| 81840 | 02-20-19 | WED | |
| 81850 | 02-22-19 | FRI | |
| 81860 | 02-25-19 | MON | |
| 81870 | 02-27-19 | WED | |
| 81880 | 03-01-19 | FRI | |
| 81890 | 03-04-19 | MON | |
| 81900 | 03-06-19 | WED | |
| 81910 | 03-08-19 | FRI | |
| 81920 | 03-11-19 | MON | |
| 81930 | 03-13-19 | WED | |
| 81940 | 03-15-19 | FRI | |
| 81950 | 03-18-19 | MON | |
| 81960 | 03-20-19 | WED | |
| 81970 | 03-22-19 | FRI | |
| 81980 | 03-25-19 | MON | |
| 81990 | 03-27-19 | WED | |
| 82000 | 03-29-19 | FRI | |
| 82010 | 04-01-19 | MON | |
| 82020 | 04-03-19 | WED | |
| 82030 | 04-05-19 | FRI | |
| 82040 | 04-08-19 | MON | |
| 82050 | 04-10-19 | WED | |
| 82060 | 04-12-19 | FRI | Apr. 13 – National Test Date |
| 82070 | 04-15-19 | MON | |
| 82080 | 04-17-19 | WED | |
| 82090 | 04-19-19 | FRI | |
| 82100 | 04-20-19 | SAT | **APRIL NATIONAL** |
| 82110 | 04-22-19 | MON | |
| 82120 | 04-24-19 | WED | |