UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 19-cr-10080-NMG |
| | ) | |
| DAVID SIDOO, ET AL. | ) | |
| Defendant. | ) | |

NOTICE OF ATTORNEY APPEARANCE

Please include the undersigned as counsel for the plaintiff, United States of America, for the purposes of notification of filings in the above-captioned matter.

Respectfully submitted,
UNITED STATES OF AMERICA
By its attorneys

ANDREW E. LELLING
United States Attorney

By:    */s/ Karin M. Bell*
KARIN M. BELL
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

DATE: March 2, 2020

CERTIFICATE OF SERVICE

I hereby certify that on this day, this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

*/s/ Karin M. Bell*
KARIN M. BELL
Assistant U.S. Attorney