UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SIDOO et al.,<br><br>Defendants | No. 1:19-CR-10080-NMG |

### ASSENTED TO MOTION TO EXTEND FILING DEADLINE BY ONE WEEK

At the hearing on February 27, 2020, the Court directed Defendants to file a submission relating to the government's recent disclosure of exculpatory material (i.e., Singer's "notes") by March 13, 2020. The government has since indicated that it will provide additional discovery that the defense believes may be relevant to the defense submission on or before the same day, March 13, 2020. Accordingly, Defendants respectfully request that the Court extend the deadline for filing the submission by approximately one week, from March 13, 2020 until March 20, 2020.[1] Defendants respectfully submit that extending the deadline will assist the Court in efficiently adjudicating this matter. The government has assented to this request.

Dated: March 5, 2020

Respectfully submitted,

GAMAL ABDELAZIZ

By his attorneys,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO No. 549566)
Joshua C. Sharp (BBO No. 681439)
Lauren Maynard (BBO No. 698742)
NIXON PEABODY LLP

---

[1] All Defendants join in this Motion.

53 State Street
Boston, MA 02109
617-345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Donald J. Campbell (*pro hac vice*)
CAMPBELL & WILLIAMS
700 S 7th Street
Las Vegas, NV 89101
702-382-5222
djc@cwlawlv.com

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with counsel for the government in an attempt to resolve or narrow the issues raised by this motion.  The government assents to this motion.

*/s/ Brian T. Kelly*
Brian T. Kelly

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was filed electronically on March 5, 2020, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Brian T. Kelly*
Brian T. Kelly