IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>SIDOO, et al.,<br><br>        Defendants. | Criminal No. 1:19-CR-10080 |

## **NOTICE OF APPEARANCE**

Please enter my appearance as counsel on behalf of the non-party University of Southern California in the above-captioned matter.

Respectfully submitted,

UNIVERSITY OF SOUTHERN
CALIFORNIA,

By its attorney,

*/s/ William H. Kettlewell*
William H. Kettlewell (BBO# 270320)
HOGAN LOVELLS US LLP
125 High Street, Suite 2010
Boston, MA  02110
617-371-1000
bill.kettlewell@hoganlovells.com

March 12, 2020

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on March 12, 2020.

                                                               */s/ William H. Kettlewell*

\\BOS - 061612/000047 - 1225620 v1