United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | |
| ) | Criminal Action No. |
| Sidoo et al., ) | 19-10080-NMG |
| ) | |
| Defendants. ) | |

ORDER

**GORTON, J.**

United States District Court for the District of Massachusetts General Order 20-4, entered March 16, 2020, states that all existing pretrial deadlines in criminal cases are extended 60 days, unless otherwise directed by the presiding judicial officer.

This judicial officer hereby determines that all established pre-trial deadlines in the above-captioned case continue to apply. Any motion for an extension of time will be considered on an individualized basis and granted only for good cause shown.

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated March 17, 2020

- 1 -