UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No.: 19-10080-NMG |
| ) | |
| DAVID SIDOO, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please enter and add the appearance of Assistant United States Attorney Stephen E. Frank as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   */s/ Stephen E. Frank*
Stephen E. Frank
Assistant U.S. Attorney
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3100

Certificate of Service

I certify that this document was filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

*/s/ Stephen E. Frank*
Stephen E. Frank

Dated: March 18, 2020