# EXHIBIT A

| | | | |
|---|---|---|---|
| 17 | Created:<br>10/6/2018<br>02:03(UTC+0) | [redacted] | |
| 18 | Created:<br>10/1/2018<br>16:27(UTC+0)<br>Modified:<br>10/11/2018<br>23:41(UTC+0) | [redacted]<br><br>Oct 2<br><br>Loud and abrasive call with agents. They continue to ask me to tell a fib and not restate what I told my clients as to where there money was going -to the program not the coach and that it was a donation and they want it to be a payment.<br>I asked for a script if they want me to ask questions and retrieve responses that are not accurate to the way I should be asking the ques ions. Essentially they are asking me to bend the truth which is what they asked me not to do when working with the agents and Eric Rosen.<br><br>Liz raised her voice to me like she did in the hotel room about agreeing with her that everyone Bribed the schools. This time about asking each person to agree to a lie I was telling them.<br><br>Spoke to [redacted] which is a referral from Gordon Caplon. They want to nail Gordon at all costs. [redacted] told me his daughter is a good runner 19 minute 3 mile good enough for recruited walk on or walk on to Wash U and Cornell. Explained the side door but very late and I probably could not do it at this stage.<br><br>The agents told me to get him to take another school I had a relationship just to entrap him despite him never asking for any other school.<br><br>When I told them Gordon texted me that [redacted] did not get extended time and the reasons why they s ill wanted me to ask him for a payment to take the SAT through WHCP even when he was not approved just to nail him. I said that is ludicrous as he will not entertain because she was not approved.<br><br>[redacted] | 5962 |



Oct 5



Bill McGlashan

Spoke about the SAT but want ▇▇▇ the son for side door which I explained is no longer as Bill's friends are helping not only to get ▇▇▇ into the Dr Dri program but now helping get into USC. So nothing her but SAT.

5964

SINGER-PHONE-000538