# EXHIBIT P

| # | Type | From/To | Date/Time | Duration | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 163 | Incoming | From: ▮ Direction: Incoming | 22:28(UTC-4) | | | | | | |
| 164 | Missed | From: ▮ Direction: Incoming | 9/28/2018 22:28(UTC-4) | 00:00:00 | us | | | | |
| 165 | Outgoing | To: ▮ Direction: Outgoing | 9/28/2018 20:52(UTC-4) | 00:01:30 | us | | | | |
| 166 | Outgoing | To: ▮ Direction: Outgoing | 9/28/2018 18:57(UTC-4) | 00:06:35 | us | | | | |
| 167 | Missed | From: ▮ Direction: Incoming | 9/28/2018 18:54(UTC-4) | 00:00:00 | us | | | | |
| 168 | Missed | From: ▮ Direction: Incoming | 9/28/2018 18:13(UTC-4) | 00:00:00 | us | | | | |
| 169 | Outgoing | To: ▮ Direction: Outgoing | 9/28/2018 17:41(UTC-4) | 00:00:05 | us | | | | |
| 170 | Missed | From: ▮ Direction: Incoming | 9/28/2018 17:31(UTC-4) | 00:00:00 | us | | | | |
| 171 | Outgoing | To: ▮ Direction: Outgoing | 9/28/2018 17:15(UTC-4) | 00:00:36 | us | | | | |
| 172 | Outgoing | To: ▮7615 Mamie Wilson* Direction: Outgoing | 9/28/2018 16:30(UTC-4) | 00:33:08 | us | | | Yes | FaceTime |
| 173 | Outgoing | To: ▮7615 Mamie Wilson* Direction: Outgoing | 9/28/2018 16:29(UTC-4) | 00:00:00 | us | | | | |
| 174 | Incoming | From: ▮ Direction: Incoming | 9/28/2018 16:24(UTC-4) | 00:00:55 | us | | | | |
| 175 | Outgoing | To: ▮ Direction: Outgoing | 9/28/2018 16:13(UTC-4) | 00:00:33 | us | | | | |
| 176 | Missed | From: ▮ Direction: Incoming | 9/28/2018 15:08(UTC-4) | 00:00:00 | us | | | | |
| 177 | Missed | From: ▮ Direction: Incoming | 9/28/2018 15:02(UTC-4) | 00:00:00 | us | | | | |
| 178 | Incoming | From: ▮ Direction: Incoming | 9/28/2018 14:38(UTC-4) | 00:00:28 | us | | | | |
| 179 | Missed | From: ▮ Direction: Incoming | 9/28/2018 14:32(UTC-4) | 00:00:00 | us | | | | |
| 180 | Missed | From: ▮ Direction: Incoming | 9/28/2018 14:12(UTC-4) | 00:00:00 | us | | | | |