# EXHIBIT R

███8802 2018-10-25 18-03-21 10712-001                                    Page 1

1   **Call Date:**       10/25/2018

2   **Call Duration:** 06:06

3   **Call Begin [] Call End []**

4   **Call Participants:**

5       Rick Singer

6       Gamal Abdelaziz

7   **File Name:**         ███8802 2018-10-25 18-03-21 10712-001

8   **Bates No.:**

9

10  ABDELAZIZ:    [00:00] Rick.

11  SINGER:   Gamal, tell me something good.

12  ABDELAZIZ:    Uh, (laughter) So ███ (sp?) is loving USC.

13      Thank you so much.  How are you doing?

14  SINGER:   I'm -- I'm living life like you, big guy.

15  ABDELAZIZ:    (laughter)  It's good to hear from you.

16  SINGER:   Going well.

17  ABDELAZIZ:    How can I be of help, my friend?

18  SINGER:   Well, I -- what I want to do is I want to just --

19      one, I wanted to find out -- I'm sure she's doing great

20      because everybody loves it.  Have you -- did you guys go

21      to parents weekend last weekend or 2 weekends ago?

22  ABDELAZIZ:    Yes, we did.  We loved it.  We absolutely loved

23      it.  Got to meet a lot of people.

24  SINGER:   And has ███ been on campus yet to see ███

1  ABDELAZIZ:     He has not.  He's got his own universe, uh,
2        Rick, as you know.
3  SINGER:   (laughter)  OK.  Are you still funding the universe?
4  ABDELAZIZ:     Uh, you know, I have not because ███ has been
5        in and out [01:00] of the school, um, because...  You
6        know, you're talking about Columbia?
7  SINGER:   Yeah.
8  ABDELAZIZ:     Yeah.  He's been out more than he's been in.
9        I've had, uh, uh, somewhat of a challenge with ███   He
10       came up with an idea and unfortunately I was too busy in
11       China and he didn't follow through on it and we ended up
12       -- he ended up, according to him, losing a $1,000,000,000
13       company.  So...
14 SINGER:   OK.  Wow.  We'll see.
15 ABDELAZIZ:     Uh, I know it's -- I know it's hard to digest
16       but he came up with an idea that Facebook has acquired
17       for -- about 3 or 4 years ago he came up with an idea.  I
18       had just landed in China.  We didn't have time to discuss
19       it.  And he claims, and I know he's not making up stuff,
20       that it's now worth a lot of money.  So we are --
21 SINGER:   OK.
22 ABDELAZIZ:     -- we've got a challenge with him.  I need to
23       get him to realize that life has [02:00] many, you know,
24       uh, setbacks and he needs to learn to just dust himself

1      off and start all over.  But, uh, he's stuck a little
2      bit.
3  SINGER:   OK.  Well, I'm sorry to hear that.
4  ABDELAZIZ:    Yeah, yeah.  He's -- he's in college.
5  SINGER:   So --
6  ABDELAZIZ:    I mean, he's -- he's taking his exams and he's
7      doing his thing.
8  SINGER:  OK, OK. Well, cool.  Well, I'm in Boston.  It's
9      freezing here.
10 ABDELAZIZ:    Oh, I'm sure.  Yeah.
11 SINGER:   I just -- I had to go out and buy a jacket today.
12 ABDELAZIZ:    Oh, my God.  Yeah.  My team was there and they
13     were watching the game last night and they were telling
14     me they were freezing their butt off.
15 SINGER:  Oh, absolutely.  Absolutely.  So the reason for my
16     call is I just wanted to make sure that you knew.  So my
17     foundation, which happens to all these foundations,
18     especially as we got -- we've gotten bigger.  So we're
19     getting audited right now.
20 ABDELAZIZ:    Yes.
21 SINGER:   So -- which is typical, right.  And so they're
22     looking at all my payments --
23 ABDELAZIZ:    Yes.

1   SINGER:   -- that have come into our foundation and so they
2           asked me, you know, about the $300,000 payment, um --
3   ABDELAZIZ:   Yes.
4   SINGER:   -- that was made.
5   ABDELAZIZ:   Yes.
6   SINGER:   And so I just want you to know from the IRS, you
7           know, I'm not going to tell the IRS anything about the
8           fact that your $300,000, um, was paid to Donna -- Donna
9           Heinel at USC to get ███ into school even though she
10          wasn't a legitimate basketball player at that level.  So
11          I'm not going to -- I'm not going to say that to the IRS
12          obviously.  Are you --
13  ABDELAZIZ:   OK.
14  SINGER:   You're OK with that, right?
15  ABDELAZIZ:   Of course.
16  SINGER:   OK.  I just -- I just want to make sure.  I never
17          know with families, right.  But here's the funny thing.
18  ABDELAZIZ:   No, I -- I mean, I -- you know, I mean, I -- I
19          -- my intention was to, uh, donate the money to the
20          foundation and, uh, what -- you know, and then from there
21          obviously, uh...  I don't think...  Uh, do they have the
22          intention of reaching out to the people that sent those
23          [04:00] payments?  Is that what you're saying?

1   SINGER:    Uh, I don't know.  You know, we have hundreds and

2           hundreds of them.

3   ABDELAZIZ:    Yeah.

4   SINGER:    And I'm just in the point where I just -- you know,

5           the way I am, I just want to make sure everybody's aware.

6           I wanted to make sure our stories are correct.

7   ABDELAZIZ:    But -- but Rick, you're -- you're a friend.

8           You've been a friend of my family for many years.  Is

9           there anything I can do to help?  Uh, I'm just --

10  SINGER:    Well, no.  No.  You -- I'm in great shape.  So what

11          --

12  ABDELAZIZ:    Good.

13  SINGER:    What I want -- but I just want to make sure -- our

14          books are great.  Everything's great.  But, you know,

15          when you deal with the IRS, you never know where they're

16          going to go.  But I'll tell you --

17  ABDELAZIZ:    Absolutely.

18  SINGER:    I'll tell you a funny story.  Is that Donna Heinel,

19          who is the senior women's administrator, she actually

20          called me and said -- sorry, I'm in a -- a hotel right

21          now and they're doing a fire alarm.

22  ABDELAZIZ:    Yeah.

23  SINGER:    Uh, they -- she called me and says, "Hey, Rick, that

24          profile that you did for ████ I loved it.  It was

```
1            really well done and going forward, anybody [05:00] who

2            isn't a real basketball player that's a female, I want

3            you to use that profile going forward."

4    ABDELAZIZ:    I love it.

5    SINGER:   But -- yeah, it was great.  Absolutely great.  So I

6            just want to make sure our stories are together.  I'm

7            going to essentially say that your $300,000 payment, um,

8            was made to our foundation to help underserved kids.

9    ABDELAZIZ:    OK.

10   SINGER:   And we should be in good shape.  I just want to make

11           sure you're OK with that, too.

12   ABDELAZIZ:    I am.

13   SINGER:   OK.  Terrific.  And if there's anything else I can

14           do for you, just let me know.

15   ABDELAZIZ:    Rick, I appreciate it, as always, and, uh, you

16           know, if you ever have the time for a quick call to ▇▇▇

17           I would really appreciate it.  He loves you and looks up

18           to you and, uh, I think this is a moment were you to

19           reach out to 5 minutes to the kid, uh, I think he would

20           appreciate it.

21   SINGER:   I -- I'll do that.  I'll do that this weekend.

22   ABDELAZIZ:    I -- I -- I'll text you his number in case you

23           have time this weekend.

24   SINGER:   OK, I appreciate that.  I'll do that.
```

```
1   ABDELAZIZ:    [06:00] Thank you, Rick.  Take care.
2   SINGER:    OK.  Take care of yourself.  All right, bye-bye.
3   ABDELAZIZ:    Bye.  Bye. [06:03]
4
5                       END OF AUDIO FILE
6
```