# EXHIBIT V

UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

## HEADER

| | |
|---|---|
| Source ID: | ▮▮▮▮▮▮ |
| Date: | 10/12/2018 |
| Case Agent Name: | CEDRONE, KAITLYN |
| Field Office/Division: | Boston |
| Squad: | C 10 |

## SOURCE REPORTING

**Date of Contact:** 09/26/2018

**List all present including yourself (do not include the CHS):**
SA Laura Smith
SA Katie Cedrone
SA Elizabeth Keating
AUSA Eric Rosen
AUSA Justin O'Connell
FoA Nicholas Savona
Don Heller, CHS' attorney

| | |
|---|---|
| Type of Contact: | In Person |
| Country: | UNITED STATES |
| City: | Santa Ana |
| State: | California |
| Date of Report: | 10/12/2018 |

**Substantive Case File Number**
▮▮▮▮▮▮

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
CHS was interviewed at the United States Attorney's Office in Santa Ana, California. Present during the interview were FBI Special Agents Laura Smith and Kaitlyn Cedrone, IRS Special Agent, Elizabeth Keating, FBI Forensic Accountant Nicholas Savona and Assistant United States Attorneys Eric Rosen and Justin O'Connell. Also present during the interview was CHS's attorney, Don Heller. After being advised of the identity of the interviewing Agents and the nature of the interview, CHS provided the following information:



| FD-1023 | Page 1 of 10 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD<br>Document participants have digitally signed. All signatures have been verified by a certified FBI information system. |

[Page content redacted]

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** <br> CHS REPORTING DOCUMENT | OFFICIAL RECORD |

[Page content fully redacted]

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | Official Record |
|---|---|---|

[Page content redacted]

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** CHS REPORTING DOCUMENT | OFFICIAL RECORD |
|---|---|---|

▮

▮

▮

▮: ▮ did not take any money personally for getting a student into NYU. Instead, ▮ wanted help with fundraisers she had for athletics or help paying bills related to NYU athletics. CHS helped ▮ pay bills related to athletes. ▮ did not get a dime from CHS. CHS and ▮ did not have a monetary agreement. ▮ cannot help athletes get into NYU. ▮ went to NYU as a regular student, not as an athlete even though she was a great volleyball player. ▮ did not get money for helping the ZANGRILLO kid get into NYU.

▮

▮

UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  |



UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  Official Record |



UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD |

[Page content redacted]

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** <br> CHS REPORTING DOCUMENT |  |



**Synopsis:**
CHS proffer- Day 1

| FD-1023 | Page 9 of 10 | FEDERAL BUREAU OF INVESTIGATION |

UNCLASSIFIED

SINGER-REPORTS-000015

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

### SIGNATURE

Submitted By    **LCSMITH (undefined undefined)**    Mon, 10 Dec 2018 15:07:08 -0500

First Level Approved By    **JPKEELAN (John Keelan)**    Wed, 12 Dec 2018 14:55:48 -0500