# EXHIBIT W

███████8802 2018-10-25 19-48-37 10726-001                               Page 1

1  **Call Date:** 2018-10-25

2  **Call Duration:** 3:09

3  **Call Begin [ ] Call End [ ]**

4  **Call Participants:**

5      Rick Singer

6      Robert Zangrillo

7  **File Name:** ███████8802 2018-10-25 19-48-37 10726-001

8  **Bates No.:**

9

10 SINGER:    [00:00] Bob, how are you?

11 ZANGRILLO:    Hey, Rick, how are you?

12 SINGER:    Good, I just wanted to touch base and see how things

13     are going.

14 ZANGRILLO:    Uh.

15 SINGER:    (inaudible) good?

16 ZANGRILLO:    Uh, you know, work in progress (inaudible).

17 SINGER:    Does it ever end for you?

18 ZANGRILLO:    No, it does not ever end.  As long as you

19     aren't calling me saying there's any drama.  Just make

20     sure that all of, uh, ███████ (sp?) work is getting done

21     (inaudible).

22 SINGER:    Absolutely.

23 ZANGRILLO:    OK, yeah (inaudible).

```
1    SINGER:   (inaudible) all of the -- all the work we're doing
2              for ▮▮▮ right now (inaudible) getting done absolutely
3              (inaudible).
4    ZANGRILLO:   OK, great, that's the only thing I was worried
5              about.   ▮▮▮ (sp?) is good, she -- she took a semester
6              off.  She's working here in Miami.  And as she's doing
7              great she's, you know, going to graduate close to ▮▮▮.
8              And (inaudible).
9    SINGER:   Good.
10   ZANGRILLO:   Looking for a place so that she's, uh, ready to
11             start in January.
12   SINGER:   OK, good, because I know that the classes that
13             ▮▮▮▮▮ took for her in, uh, uh, d-- at the beginning of
14             the year [01:00] when she left Santa Monica and now these
15             classes, uh, everything will be perfect.  So we'll have
16             no issues.
17   ZANGRILLO:   Awesome.  Awesome.  Is there anything else you
18             need?
19   SINGER:   Yeah.  The only other thing I just want you to know
20             is that so my foundation is being, uh, audited now.
21   ZANGRILLO:   OK.
22   SINGER:   Like every foundation.  And we got hundreds of
23             families that have been through our foundation.
24   ZANGRILLO:   Yeah.
```

```
1    SINGER:    So I just wanted to make sure that you know that I'm
2          not going to t--, uh, tell the IRS that essentially we
3          got ███ in and -- and essentially paid Donna Heinel
4          (sp?) at USC to help ███ get in.  We're not even going
5          to talk about that.  All I'm going to say to the IRS is
6          that, uh, essentially the moneys that you paid, uh, all
7          went to, uh, our foundation.
8    ZANGRILLO:    Yeah.
9    SINGER:    And because essentially they're also looking at -- I
10         think we have a total payments of over 500,000 --
11   ZANGRILLO:    Mm-hmm.
12   SINGER:    Which would have -- would have -- would have
13         included, uh, early on with, uh, ███ and NYU.
14   ZANGRILLO:    Yeah, yeah, yeah.
15   SINGER:    So I'm just going to say that, you know, [02:00] n--
16         nothing really happened, uh, from that perspective.
17         Essentially that she d-- that ███ didn't get in NYU and
18         no payment was made to my contact at NYU --
19   ZANGRILLO:    Mm-hmm.
20   SINGER:    Which we know it was.
21   ZANGRILLO:    Right.
22   SINGER:    Uh, and then we -- and then ███, I won't say
23         that the, uh, the moneys went to go pay Donna Heinel
```

1       (sp?) for USC to get her in.  And the other part is when
2       (inaudible) audit --
3   ZANGRILLO:    What -- what -- what -- what -- what will be
4       the thing -- what was the ██████ payment for?  Just so I
5       know so we have the story straight.
6   SINGER:   So the ██████ payment is all the same thing.  All
7       your moneys including the classes that██████ took for -
8       -
9   ZANGRILLO:    Yeah, yeah.
10  SINGER:   Uh, ██████, all will show they're f-- to our
11      foundation.
12  ZANGRILLO:    Yeah.
13  SINGER:   And will all show that she, uh, that they were given
14      to -- for, uh, our programs that handle underserved kids.
15  ZANGRILLO:    OK, great, perfect.
16  SINGER:  OK?
17  ZANGRILLO:    OK, I got it.
18  SINGER:  I just want to make sure that we're on the same
19      page.  Uh, they may never call but just so you know
20      (inaudible).
21  ZANGRILLO:    Yeah, OK, just in case they do.
22  SINGER:  Yeah, because I'm -- I'm in Boston now.
23  ZANGRILLO:    OK.

```
1   SINGER:   And I haven't been back to LA for a while so I just
2             want to make sure I [03:00] connected before it got too
3             late.
4   ZANGRILLO:   OK, perfect.  Thank you, Rick.
5   SINGER:   All right, take care.
6   ZANGRILLO:   OK, bye.
7   SINGER:   OK, bye-bye.  [03:09]
8
9                         END OF AUDIO FILE
```