# EXHIBIT Y

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

**HEADER**

| | |
|---|---|
| **Source ID:** | |
| **Date:** | 12/07/2018 |
| **Case Agent Name:** | CEDRONE, KAITLYN |
| **Field Office/Division:** | Boston |
| **Squad:** | C 10 |

**SOURCE REPORTING**

**Date of Contact:** 11/09/2018

**List all present including yourself (do not include the CHS):**
SA Keating
SA Smith
SA Cedrone
FoA Savona
Attorney Don Heller
AUSA Eris Rosen
AUSA Justin O'Connell

**Type of Contact:** Telephonic

**Date of Report:** 11/16/2018

**Substantive Case File Number**

**Check here if additional reporting is in Echo**
No

**Source Reporting:**

On November 9, 2018, IRS Special Agent Elizabeth Keating, FBI Special Agents Laura Smith and Kaitlyn Cedrone, FoA Nicholas Savona, and AUSA's Eric Rosen and Justin O'Connell had a conference with CHS and his attorney Don Heller. CHS provided the following information:

[REDACTED]

[REDACTED]

[REDACTED]

**McGlashan:** CHS met Bill McGlashan ("McGlashan") through [REDACTED] at TPG. CHS had [REDACTED] children and he told McGlashan about CHS' foundation and program. The conversation with McGlashan was first about the Ride Foundation and donations to the foundation. The conversation changed to discussing working with [REDACTED] McGlashan [REDACTED]. [REDACTED] [REDACTED] CHS met with McGlashan once or twice at his home. [REDACTED] mother, [REDACTED] was not involved. [REDACTED] has a brother named [REDACTED]. [REDACTED] scores were not good enough for the schools that [REDACTED] wanted to attend. He would have received approximately [REDACTED] if he took the test on his own.

CHS had a discussion with McGlashan about taking the test for [REDACTED] and getting a good score from CHS' people. Mark Riddell ("Riddell") took the test for [REDACTED]. [REDACTED] did not know that Mark was taking the test for him. McGlashan and [REDACTED] flew on a private plane to Los Angeles for the testing. CHS did not go into detail about the testing. CHS told McGlashan that he/she would get [REDACTED] a good score in one try and that [REDACTED] would not know which would increase his confidence. McGlashan knew that someone else was taking the test and getting a good score. McGlashan would shut down the conversation when CHS tried to be more specific about the testing. McGlashan controlled the conversations with CHS and they tended to be short and sweet.

[REDACTED] could have introduced McGlashan to CHS. [REDACTED] operates a private medical practice in San Francisco. [REDACTED] introduced other families to CHS. CHS paid [REDACTED] once for medical services. [REDACTED]n has a niece and nephew that CHS talked to on the phone. CHS did not do side doors or SAT testing for them. [REDACTED] could have introduced CHS to Agustin Huneeus.

[REDACTED]

[REDACTED]

UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD |

[Page content fully redacted]

FD-1023     **FEDERAL BUREAU OF INVESTIGATION** — CHS REPORTING DOCUMENT     OFFICIAL RECORD

[Page content fully redacted]

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

**Synopsis:**
CHS Day 6 Proffer Call 11/09/2018

**SIGNATURE**

| | | |
|---|---|---|
| Submitted By | EAKEATING (undefined undefined) | Fri, 14 Dec 2018 14:51:14 -0500 |
| First Level Approved By | JPKEELAN (John Keelan) | Mon, 17 Dec 2018 09:50:41 -0500 |