# EXHIBIT Z

## 07/30/2018 15:04:47 Incoming Call, Rick Singer and TPG Capital (Bill MCGLASHAN)

[Session 4146]

| SINGER | Bill. |
| --- | --- |
| MCGLASHAN | Hey Rick, how are you? |
| SINGER | Great, how about yourself? |
| MCGLASHAN | I'm good.  How go the wars? |
| SINGER | Uh, things are good.  We are all we got rid of a couple of the ideas and companies. |
| MCGLASHAN | [Laughter] |
| SINGER | And, we are, we made some amazing traction in some areas we never thought, um, of doing, and it impacts more people than anybody on the planet. |
| MCGLASHAN | Wow. |
| SINGER | Um, we're involved in this now.  We signed a deal with LabCorp and uh, we created a platform called the recovery platform. |
| MCGLASHAN | Mmmm. |
| SINGER | And now we're doing a whole, we create, I took, I hired six addicts, and we created seven month mobile app for addiction after they leave rehab. |
| MCGLASHAN | Wow. |
| SINGER | And then the state of North Carolina hired us, so they were the first state to do the opioid program. Every state has it, which is to take on all of the um, opioid abusers through the courts. |
| MCGLASHAN | That's awesome.  As a, as an attempt to keep them off opioids [OV] and, |
| SINGER | Yes, they're going to force them into doing... you know, they got to go get their testing, and then here's their seven month program.  It's online.  That we created a counseling program for them.  For a group of individuals [UI] on a daily basis and, then we're all the silver living homes all over.  We've already started in Sacramento and Orange County to test it.  It's pretty amazing because this issue is huge in not only opioids, but alcohol, drugs, everything. |
| MCGLASHAN | No, it's uh, it's uh, it's uh, a devastating problem for society.  I mean it's incredible. |

| SINGER | But yeah, and we got the, you know, we got the Lab Corp partnership, and we've got the first state partnerships [IA] ability.  Um, now we just got to get everybody enrolled and then get started. |
|---|---|
| MCGLASHAN | That is so cool, Rick.  That's a, that's a, that's a fairly dramatic pivot from what you've been doing. |
| SINGER | Well that's one of them, yeah.  And then the map4life, so that's map4life.  And then the job business is actually changed too, because that became a talent aggregation.  I bought a company called Versatile PhD.  Which they have all the PhDs coming out of the 80 top colleges in America, and none of those People can get academic jobs, so right away they've got to get a real job. |
| MCGLASHAN | Mmm. |
| SINGER | And they don't even know what the hell to do.  They have no idea.  So, we got a subscription with all these universities, and then we go after individually helping these people, and they pair, so now I just created a virtual grad school, because the masters population is three times as big as the PhD population. |
| MCGLASHAN | Mmm. |
| SINGER | So when I met with the Google people, I said, how about if I can give you a list of all the masters candidates from these schools and here's their stats.  Here's the behavior.  Here's your skill.  Here's the PhD candidates.  I got 'em all.  What do you say?  They're like, well shit, then we don't have to go find them? |
| MCGLASHAN | Gotta love that. |
| SINGER | Right, and I got all the... |
| MCGLASHAN | They'll pay them very big origination fee on that. |
| SINGER | Right, so I figured, that's the best way to get them.  Just own the talent. |
| MCGLASHAN | Mmhmm. |
| SINGER | So that business is going well.  And then Donna's business to getting into colleges, just about ready to launch the beta test, so we're ready to start there.  So you know, I learn a lot.  I get my ass kicked a lot. But that's okay. |
| MCGLASHAN | You keep entrepreneuring.  I love it. |
| SINGER | [Laughs] |
| MCGLASHAN | It's awesome.  Did you, have you followed all the education |

2

|  | | |
|---|---|
|  | stuff we've done at this point. |
| SINGER | No I haven't, no. |
| MCGLASHAN | So we're now the largest education investor in the world at Rise. |
| SINGER | Okay. |
| MCGLASHAN | From a zero start, as you know. |
| SINGER | Right. |
| MCGLASHAN | A year and a half ago.  Um, so it, it ranges from, you know K through 12 tools.  We just bought...  It'll be public as of, I think, I think the press is tomorrow, but um, Drain Box which is the company that, um math, math company run by this woman, Jesse that does um, uh, completely customized, uses algorithms to completely customize the math learning journey for students. |
| SINGER | Okay, that's cool. |
| MCGLASHAN | Amazing outcomes, you know data behind it.  Reed Hastings was the original investor in it. |
| SINGER | Okay. |
| MCGLASHAN | And it's become a big company, um, and by far the most, um, interesting on the spectrum of , of um, you know tools that allow you to deliver.  You know, it's a little like a Kahn [PH] Academy, except that... |
| SINGER | Right. |
| MCGLASHAN | Kahn doesn't actually give you a customized path, it just responds.  It just allows you to sort of create your own path. |
| SINGER | Right. |
| MCGLASHAN | Um, there, it's used in the schools instead of as an adjunct um, program.  We bought Renaissance. |
| SINGER | Okay. |
| MCGLASHAN | Um, um, with Francisco.  We and they partnered to buy the company.  We just closed that deal. |
| SINGER | Okay. |
| MCGLASHAN | Um, obviously you already knew about Alobar [PH], and what we're... |
| SINGER | Yup. |
| MCGLASHAN | Our sorry, if we ever find what we're doing there.  Um, we bought, funded Digital House, which is a, um, a company that's leading technical coding platform in Latin America. |
| SINGER | That's great. |
| MCGLASHAN | Um, which is really cool, because, it's, it, uh, it's sort of |

3

| | |
|---|---|
| | partnered with all the big, uh, employers, uh to get these folks trained up, 'cause they need 'em, in that, in that environment. Um, we did lead school with India, which is a, school in a box solution, focused on creating affordable private schools in India.  We're actually doing a platform in, in uh, Africa. Which buying eight schools to start with in Nigeria, but doing it with a blended finance model with philanthropy. |
| SINGER | That's great. |
| MCGLASHAN | [OV] to make economics work. |
| SINGER | That's great. |
| MCGLASHAN | And then, we're, we, finally got agreement from ASU.  I don't know if you know Crow [PH] over at ASU? |
| SINGER | Yeah, we, uh, uh, he's actually after me really hard, because we're opening 24 universities in China. |
| MCGLASHAN | Oh, interesting. |
| SINGER | And, so, uh, Paul LeBlanc called me from Southern New Hampshire.  He wants to be our partner there.  Because you can't put university [IA], a family that has the, um, that has the license. |
| MCGLASHAN | Mmm. |
| SINGER | So I need, I have to have an American partner that can give me... I don't need a degree, I need to create a certificate program. |
| MCGLASHAN | Mmmhmm. |
| SINGER | So that the Chinese can actually do it in hospitality, digital media, um, and then service oriented stuff, like nursing.  And there's between five and twenty million people in each part of the second and third tier cities in China, right? |
| MCGLASHAN | Mmhmm. |
| SINGER | And our partner in China is Iwan [PH].  And Iwan [PH] is one of the biggest companies in China, so they're going to be all the real estate stuff, and it's all online.  So, we may end up... |
| MCGLASHAN | I love it. |
| SINGER | Going, to, we may end up going to Krog [PH] with Mitch Daniels [UI] from Perdue.  Because you know, they won a public battle with the Global. |
| MCGLASHAN | Mmhmm. |
| SINGER | But, Michael's, Michael's quite a guy. He's got a [OV] |
| MCGLASHAN | Yeah, he is. |

| SINGER | He's got a, he's done an amazing job. |
|---|---|
| MCGLASHAN | Well, so what, so what he's done with us, is you know the program, the four year degree program, that he, that you know is the Starbucks program. |
| SINGER | Yup. |
| MCGLASHAN | That's, again this is just between you and me, for now, but that's, we're privatizing that, and we're the shareholder, alongside ASU.  Um, we've gotten his commitment that we bring four, three other universities in, so they're four to start with, um, King's College... |
| SINGER | Okay. |
| MCGLASHAN | ...is one.  Um, there's one in Australia.  Leading program in Australia, I forget the name of it.  But anyway, it's a platform of universities.  Um, we're way down the track with Disney and a few others now as well, to launch the same program, you know as an employee benefit offer [OV] as a four year degree. 15 |
| 13 | 07 to 15 |
| 13 | 11 [IA] |
| MCGLASHAN | Rick |
| 15: 13: 11 to 15:13:15 [IA] | |
| SINGER | Michael's program that you guys are doing.  There's 70,000 kids behind. |
| MCGLASHAN | Mmhmm. |
| SINGER | So he asked me if we could do this across the country for them, so that we could get to the number they want to get to.  So, I know they're not getting to the numbers, um... |
| MCGLASHAN | No, they're not. |
| SINGER | [UI] made of steel. And so they asked. |
| MCGLASHAN | That's right. |
| SINGER | They asked me to go, I help them with that.  So... |
| MCGLASHAN | All this, all this sort of says, we've got to get, you, me and Rogers together in a room.  And probably, you know, Dunlap, um, and just have a conversation together.  We should just air out, here's exactly where we are, and what we're doing. |
| SINGER | Yup. |
| MCGLASHAN | You should do the same, and just figure out how we get aligned here. |
| SINGER | I would love to do that.  That would be great, because all |

5

| | these things, we, like, maybe some of your colleges could be the ones we use in China. |
|---|---|
| MCGLASHAN | Yup, totally. |
| SINGER | Right, right, because. |
| MCGLASHAN | Totally. |
| SINGER | I got, I got to have this cheap way of approaching this certificate program which does not affect their cert... their accreditation, that's what makes it so great. |
| MCGLASHAN | Mmhmm. |
| SINGER | They can pretty much do whatever they want because I'm partnering with, the hospitality, I got is the certificates going to be called the intercontinental certificate.  So that in China, now you feel like you got...because the American university doesn't mean diddly to them. |
| MCGLASHAN | Yeah. |
| SINGER | And those right, and those places. |
| MCGLASHAN | That's right. |
| SINGER | Yeah, we should do that, absolutely. |
| MCGLASHAN | I love it.  I love it.  Um, jumping, so I'll have Jess coordinate for us to do the meeting. |
| SINGER | Okay, okay.  What's going with ▓▓▓▓▓? |
| MCGLASHAN | It's very timely, because the momentum couldn't be better. |
| SINGER | Absolutely. |
| MCGLASHAN | So just quick on ▓▓▓▓.  He feels really good. |
| SINGER | Good. |
| MCGLASHAN | I mean he's, he's, you've probably saw his grades have been sort of dramatically improving. |
| SINGER | Yeah, yes. |
| MCGLASHAN | I mean, he's actually working, which is sort of amazing how boys.  It just takes them a while I think to... |
| SINGER | Yup. |
| MCGLASHAN | Clue in. |
| SINGER | And he's got the confidence, he's got a score, he's got confidence. |
| MCGLASHAN | Yup, totally.  I mean it's sort of miraculous.  He's engaging.  His internships have been brilliant.  You know, he was at Stella McCartney's you know for the first two weeks. |
| SINGER | Right. |
| MCGLASHAN | And then attention went really well.  That was his second round at attention.  They love him.  Um, and then um, and |

|  | then he's now down at STX [PH], you know, working. Um I, I've set up through the, you know friends of mine who are involved there this lunch on Friday with... |
|---|---|
| SINGER | Yup. |
| MCGLASHAN | Um, the dean of the, of the Iovine and Young [PH] Academy. |
| SINGER | Right. |
| MCGLASHAN | Um, he's already met the, the number two dean, the vice dean, Lynn [PH]. |
| SINGER | Okay. |
| MCGLASHAN | This dean asked if, if, we could have lunch, uh, or a meeting. And I sort of thought, shit, I don't have the time, but I figured, you know, lunch is a better... |
| SINGER | Absolutely. |
| MCGLASHAN | ...engagement model, right. Uh [OV] you had said to me before, do a meal, get to know these people. |
| SINGER | Always. |
| MCGLASHAN | So, yeah, so we're, well we'll have lunch on Friday, and then she'll give us a tour, a couple hours with her. Um, what they ask, I went through a buddy of mine on the board there. I've got a number of friends, quite a few friends that are of the board. Um, and I, basically said the following, I wanted to run this by you and get your instinct on it. But I said, look, the issue is with early admission, with these schools like a Brown, the only way I can really lean on my friends there, et cetera, is if he applies early. |
| SINGER | Correct, and applies... |
| MCGLASHAN | Um, yeah, so it's bind... The problem is it's binding. And all else being equal, if he were to get into Iovine and Young, he would go to SC over Brown. |
| SINGER | Right. |
| MCGLASHAN | The clear sense I'm getting. You should have your own discussion with him. |
| SINGER | He, that's the way it felt last time I was with him. |
| MCGLASHAN | Yeah, so, what I said to Paul, and he's the guy that helped me. Paul Walker's on the board there. Is I said, and he's not had this explicit conversation with her, but he said, um, I would need, you know, he's basically the manage of we need to know that ▮▮▮ is going to get in. In other words, other wise he's better off applying to Brown. It's not that you need to contractually agree or anything, but basically, he's getting |

| | |
|---|---|
| | in. So, that's that's what I'm trying to angle for, is that after, she has his, his uh, [OV], self cores and, uh, and his grades. |
| SINGER | Right. |
| MCGLASHAN | Already. Paul get, sent them over to her. And so she wanted those, because she said I need to know if he's going to get into SC. I, I said to Paul, look, I really have a hard time imagining he can't get into SC, generically. |
| SINGER | Now his grades are not good enough to get into SC. |
| MCGLASHAN | Is that right? |
| SINGER | Oh yeah, oh yeah. |
| MCGLASHAN | That's amazing. Wow, okay. |
| SINGER | [OV] Because the issue is not [UI] that his grades aren't good enough. The number of kids applying from schools that are stronger than him. |
| MCGLASHAN | Yup. |
| SINGER | [IA] That [UI] the issue. So, she's, that's why she's, she's so, she's probably going to tell you, is, think about this. Here's some strategies. |
| MCGLASHAN | Yup. |
| SINGER | The department, each department has a VIP list. |
| MCGLASHAN | Mmhmm. |
| SINGER | And, essentially what they do, is they can walk a kid through admissions with Tim, and say we want this family. The problem occurs... |
| 15:18: 16 to 15:18:20 [IA] | |
| MCGLASHAN | Rick, you're breaking up. |
| SINGER | Oh, sorry. |
| MCGLASHAN | Yup... |
| SINGER | [IA] |
| MCGLASHAN | You said the problem occurs and I lost you. |
| SINGER | Yup, so let me... I'm going to go to a different place, one second. So what happens is they have a VIP list. Each department, each dean, has their own VIP list. And essentially at some point they get the opportunity to go to Tim, and say, here's my list. This is what I want. That's how they... that may not happen until January, February. |
| MCGLASHAN | Mmhmm. |
| SINGER | They may give us a nod, saying, hey, it looks good. It looks good. But, you haven't really, you haven't really sat in front of Tim and said, it's done. |

8

| | |
|---|---|
| MCGLASHAN | Yup. |
| SINGER | Okay. So, I was thinking about this for you. I don't know how you want to handle it. I would just give you some. Here's some approaches maybe. Okay. |
| MCGLASHAN | Yup. |
| SINGER | I don't know if this makes sense. So, one is to go just down that path, and my guess is you'll get accepted, and it'll happen, but you won't know, until you know, mid-spring, and/or right before they get the admissions letter right before March 25th. Which is not a good... |
| MCGLASHAN | Yup. Yup. |
| SINGER | Not a good, not a good feeling for you guys, not knowing. |
| MCGLASHAN | Yup. |
| SINGER | Right, 'cause they're going to say, it's looking good, it's looking good, well, how about like let's get it done. |
| MCGLASHAN | Yeah. |
| SINGER | Okay, so, another way some people have done it, is, I told you I have a side door there. There is a financial thing in there, but what happens is we get them accepted in the fall, earlier. Latest is first week of February, or January because they want to see first semester grades. But let's just say it happens in the fall, then what would have to happen, would make it much easier, is your department says, we'll take that kid, because, what will happen is, when we apply like that, they're going to say, yeah, we'll admit him, but we can't say he's getting into that program. But if the program already said we'll take him. |
| MCGLASHAN | That's great. |
| SINGER | Right. So you would go... |
| MCGLASHAN | That's great. |
| SINGER | You would go through athletics. |
| MCGLASHAN | The, the, the, the interesting thing is the side door at, that Paul is working at the Iovine and Young academy is, which doesn't apply to overall admissions to your point. But even here, I'm going to have to play games. They're saying, Paul said, look, you've got to be willing to join the board of Iveen and Young, you personally. [OV] And, you know, I told her you'll write, a one to three million dollar check. And, and uh, that's, you know, I said, wow, okay. The only awkward thing for me is I don't want... I said if I, even if I agree to do that, I |

9

| | would want to join the board a year after ▮▮▮▮ gets in or something, so I don't create a weird dynamic for him, you know. |
|---|---|
| SINGER | Sure, so, so, in this path, you'd pay 250, you'd get accepted. Uh, let me get his stuff and I'll take it to them. If they can accept him in the fall. |
| MCGLASHAN | Yup. |
| SINGER | He may be... It may be before he even applies. |
| MCGLASHAN | See that would be great. |
| SINGER | Right. |
| MCGLASHAN | I would do that in a heartbeat. |
| SINGER | Right, and then you get this unofficial, official letter. |
| MCGLASHAN | Now does he, here's the only question, does he know? Is there a way to do it in a way that he doesn't know that happened. |
| SINGER | Oh yeah. Oh he... |
| MCGLASHAN | Great. |
| SINGER | What he would know is, that I'm going to take his stuff, and I'm going to get him some help, okay. |
| MCGLASHAN | So that, that he would have no issue with. You lobbying for him. You helping use your network. No issue. |
| SINGER | That letter, that letter comes to you. |
| MCGLASHAN | Yup. |
| SINGER | So, my families want to know this is done. |
| MCGLASHAN | Yup. |
| SINGER | Right, so they want this letter to come to them, so I have them, I have admissions, and that's why I extend the letter to you, you hold it. |
| MCGLASHAN | Right. |
| SINGER | You don't have to tell him a thing. |
| MCGLASHAN | Yup. |
| SINGER | At that, at that point, that, as soon as you get that letter, then they expect just a $50,000 check, and it goes to Women's Athletics. |
| MCGLASHAN | Great. |
| SINGER | And then the other 200 comes in March after you get your official, official letter, but the letter you're actually getting is the same letter you're getting in March. |
| MCGLASHAN | I love it. |
| SINGER | Right, and they just do it that way. |

| MCGLASHAN | But again, he wouldn't, he wouldn't, have to see any of these letters. |
|---|---|
| SINGER | He wouldn't see any of them. |
| MCGLASHAN | Correct, what he would know... |
| SINGER | None of them. |
| MCGLASHAN | ...is Rick would say, hey, I had a great conversation, ▮, things are looking great. You know. |
| SINGER | Correct. |
| MCGLASHAN | Keep your grades up, work hard, but things are looking great. That kind of thing. |
| SINGER | Correct.  I have to keep, I have to do a profile for him in a sport, which is fine, I'll create it.  You know, I just need him... I'll pick a sport and we'll do a picture of him, or he can, we'll put his face on the picture whatever.  Just so that he plays whatever.  I've already done that a million times. So... |
| MCGLASHAN | Well we have images of him in Lacrosse.  I don't know if that matters. |
| SINGER | They don't have a lacrosse team. [OV] But as long as I can see him doing something, that would be fine. |
| MCGLASHAN | Yeah. |
| SINGER | And then what happens is then what you have to do, because this would be a specialty program, is that you have to then talk to the department and say, hey listen, can you take him in the department, we've gotten him accepted into the university. |
| MCGLASHAN | Yup. Well I can handle, I think I, I mean I'll know after this lunch.  I think I can handle them at Iovine and Young. |
| SINGER | Right. |
| MCGLASHAN | Yeah.  Which is where he really wants to go. |
| SINGER | Right.  So you're saying, hey listen, I think I can get him into this school. |
| MCGLASHAN | Yup. |
| SINGER | Now, now, can you, 'cause they're going to come to you and say, this is selective program, would you want this kid? And he's quote an athlete who's coming to you.  In fact, would you take him? And the department says yes. |
| MCGLASHAN | Now would she see that, 'cause, that, he's going to be fairly well seen at the school, because half the board knows me, and I'm going to be sort of calling in and asking people to help, you know Benioff [PH] and Dominic, and [UI] all those guys. |
| SINGER | But, so, so, what I would suggest is have you called them? |

11

|  | Any of them yet? |
|---|---|
| MCGLASHAN | No |
| SINGER | Good, don't. |
| MCGLASHAN | Okay. |
| SINGER | Because you don't need, because when this, the way this, the quieter it, the quieter this is, the better it's so, people don't say well, okay, this guy, why are all these people calling us. The kid's already been accepted.  He's coming here as an athlete.  He's already in.  What you just want, is the person you're meeting with on Friday to say, you know what we want this kid. |
| MCGLASHAN | So she doesn't have to know how he got in.  Is that the case? |
| SINGER | What I would say to her, if you want to have that discussion now with ▇▇▇ there, that we have friends in Athletics they are going to help us, because ▇▇▇ is an athlete, and they're going to help us.   From the... |
| MCGLASHAN | But I can't say that in front of ▇▇▇, 'cause he knows he's not. |
| SINGER | No, no, right. |
| MCGLASHAN | Yeah. |
| SINGER | And just say, you know what, we're going to get, we're going to get some, we're going to get people to help us. |
| MCGLASHAN | Why wouldn't, why wouldn't I say look, leave it to me to worry about getting him in, 'cause I have a lot of friends involved in the school. |
| SINGER | Perfect, perfect. |
| MCGLASHAN | And, I feel confident, I can figure out a way to get the school to help us.  Rick Caruso, the chairman of the board's a friend. |
| SINGER | Correct. |
| MCGLASHAN | And, uh. |
| SINGER | Correct. |
| MCGLASHAN | You know what I mean. |
| SINGER | Correct, right, so you could you, what is going to happen when they see his application, he'll be flagged as an athlete. |
| MCGLASHAN | Okay. |
| SINGER | But once he gets, once he gets here, he just goes, he doesn't go to the athletic orientation.  He goes to the regular orientation like all my other kids just did.  They all got home, and everything's fine.  The issue is the specialty program.  And he could do... |

12

| MCGLASHAN | So how does he... just as a, just as a, just as this plays out, my worry on this is, ▮▮▮▮ starts getting letters at home from the athletics program and... |
|---|---|
| SINGER | He won't. |
| MCGLASHAN | Okay. |
| SINGER | He won't. What he will get in the summer, is a letter saying come to the athletic orientation. Okay, but here's what I would... |
| MCGLASHAN | What, yeah, what do we do about that. |
| SINGER | Here's what I would do. I would just tell him. I would tell him, listen I got lots of friends in athletics. You're an athlete kind of guy, and my friends in athletics are going to help you. So I'm letting you know. They're going to help you get in. Because they have the easiest way in. And, [OV] all the coaches, I'm friends with all the coaches. So, they're going to help you get in. And, um, but maybe here's a better idea. Maybe this is a better idea. We go this path. You work with the dean, but, but, how, how would you feel about, if you already know that he's going to get into the program, but we apply to letters and sciences as a regular student. |
| MCGLASHAN | Yup. |
| SINGER | Once he's there, when he goes to orientation, you, they, you switch him. Because the department's already said it's okay, you can switch him. Then... |
| MCGLASHAN | So what am I... I'm switching him from what to what? |
| SINGER | From letters and sciences, undeclared, to the program. |
| MCGLASHAN | To the Iveen and Young? |
| SINGER | Yes. |
| MCGLASHAN | But what if he's able to get into the Iveen and Young program out of the gates? |
| SINGER | Well if he gets into the program out of the gate, [OV] |
| MCGLASHAN | I think you have to... Don't you have to get in anyway to one of the other... |
| SINGER | You do, but you are all have a relationship with these people, and they're already know that he's one of the spots. All I'm trying to do is cut away any other people looking in. |
| MCGLASHAN | Yeah, yeah. So I guess, what I'm wondering, I think normally the way it works is you have to apply to the school period. |
| SINGER | Correct, correct. |
| MCGLASHAN | And then you separately apply to Iovine and Young. So they |

13

| | |
|---|---|
| | expect you to get admitted to both places right. |
| SINGER | No, what happens is, when they see you, he's applying to Iveen and Young now, but you have to first be admitted to USC before Iovine and Young can take you. |
| MCGLASHAN | Right. |
| SINGER | But his application will actually say, and he'll write his essays to fit Iovine and Young. |
| MCGLASHAN | Okay. |
| SINGER | Does that make sense? |
| MCGLASHAN | Yeah, but they have a separate, what they have is a... |
| SINGER | A supplement. |
| MCGLASHAN | A, well it's a, it's his pitch he has to do.  To come down and present to Grey [PH] and [UI] and everybody for this idea that he has. |
| SINGER | Correct, it's a sup... it's their supplement.  It's that department's supplement. |
| MCGLASHAN | Yup. |
| SINGER | Yup, so let me do, my own, I'll do... Let me take some of this week and do my own research. |
| MCGLASHAN | Yup. |
| SINGER | As to what is the best way that it keeps him, nobody knows, he doesn't know anything, and it can flow much easier. |
| MCGLASHAN | Perfect. |
| SINGER | Let me do that, and then that way, hopefully by Friday I'll have some answers so that you can at least be poised to um, have a discussion after that, with them. |
| MCGLASHAN | Exactly, exactly, that's perfect.  That Friday, the focus of Friday'll be you know... |
| SINGER | Intro. |
| MCGLASHAN | You know, intro, tell us about the school, vision, |
| SINGER | Yes. |
| MCGLASHAN | You know, where you going with this.  Um... |
| SINGER | Yes. |
| MCGLASHAN | Yeah, perfect.  Um, that's great.  And then I guess the part that was new news to me is that in order to use the, the uh, athletic sort of, you know, department side door if you will, he has to actually apply to letters and arts, he can't be applying to Iovine and Young? |
| SINGER | No, that's not true.  I just was trying to figure out the easiest way. |

| | |
|---|---|
| MCGLASHAN | Got it. |
| SINGER | That, because it's a guarantees in letters and sciences. To get into Iovine and Young you need them to take him. |
| MCGLASHAN | What's, what's interesting, with the, friends of ours that went into the, that applied to film school, uh, that's friends with their [UI] daughter applied. She did not get in, but then she was pushed over to a generic, you know get into SC. So she got into SC, but she didn't get into the film school. |
| SINGER | [UI] |
| MCGLASHAN | What, where would she have gotten in? Was it, would it have been like letters and sciences or something? Where would they put her? |
| SINGER | Yeah, yeah, in letters and sciences. Absolutely. |
| MCGLASHAN | Got it. Got it. |
| SINGER | Because that's the big school. That's anthropology, the zoology, biology, economics, everything. The whole planet is in there. And that's where normally people start. |
| MCGLASHAN | Yup. |
| SINGER | Because they're not sure what they want to do. |
| MCGLASHAN | And then you go onto a new more, yup. |
| SINGER | Yes. |
| MCGLASHAN | Got it, yeah, because they have people transfer into Iovine and Young their sophomore year, but they make them start over and take the full... |
| SINGER | Sure. |
| MCGLASHAN | ...program, even including the freshman courses. |
| SINGER | Sure. |
| MCGLASHAN | That are required at Iveen and Young. They want them to have the full four year... |
| SINGER | Sure. |
| MCGLASHAN | ...program. Which is, which is, whatever it is, you know 60% of your course work, 'cause it covers so many different departments. |
| SINGER | Correct. |
| MCGLASHAN | In that, in that program. Okay, well, so you'll, you'll, you'll give me a heads up [OV] and then one other, just family question, with ▌ now entering his sophomore year, and sort of, the process is beginning, we have him on time and a half. I told ▌ yesterday, and ▌ by the way, who is the, who I think is the one who needs the most time, has no |

15

|  | |
|---|---|
|  | extra time currently.  And, ▮ talking to the doctor that assessed them, to get her to ask, to request time for ▮.  I told her she should be requesting double time for all of them. |
| SINGER | 100% multiple days.  No matter what, multiple days.  So, even if it's 50% time and a half, multiple days. |
| MCGLASHAN | So is that a different ask to get multiple days versus... |
| SINGER | Well the 100%. |
| MCGLASHAN | [OV] And if they get time and a half, can they use your facility to take the test? |
| SINGER | No, not unless it's multiple days. |
| MCGLASHAN | So as long as it's multiple days, we're in. |
| SINGER | Correct, correct.  Like it could be [OV] |
| MCGLASHAN | And they, that's a separate filing? |
| SINGER | Overall it's the same.  Well, so, you're saying ▮ got a, time and a half. |
| MCGLASHAN | Yeah. |
| SINGER | So, what has to happen, is there has to be an appeal to get the multiple days.  The doc's got to come up with stuff discrepancies to show why he needs multiple days.  That he can't sit six and a half hours taking one test. |
| MCGLASHAN | Perfect. |
| SINGER | And so if he gets multiple days, than I can control the center. |
| MCGLASHAN | Thank you. |
| SINGER | Yes. |
| MCGLASHAN | And then what about...  If you get a, if you get double time, you automatically get multiple days? |
| SINGER | Automatically, yes. |
| MCGLASHAN | Oh, so it's either multiple days with 1.5 or um, double, 2X time. |
| SINGER | Correct. |
| MCGLASHAN | Got it, okay, I'll make sure ▮ goes to work. |
| SINGER | And we don't care if it's SAT or ACT. |
| MCGLASHAN | Yup, yup. |
| SINGER | Because, we're just going to take it one time and be done anyway. |
| MCGLASHAN | Yup, exactly.  The ▮ is going through the stress of her SSATs, which is totally cute and sad to watch.  But it's like Jesus Christ.  This whole testing thing is such a nightmare for kids. |
| SINGER | It is. |

| MCGLASHAN | It's awful. It really is. |
| --- | --- |
| SINGER | Agreed. |
| MCGLASHAN | Awful. Yeah. Alright, my brother. |
| SINGER | [OV] Okay, I'll talk to you [UI] |
| MCGLASHAN | My follow ups are to get us together with the group. And then you're going to let me know what the right plan of action would be. And I'm totally open to that if that's the right, uh, what the right approach is. |
| SINGER | Exactly, yeah, let me find out. |
| MCGLASHAN | Awesome. |
| SINGER | You got it. |
| MCGLASHAN | Okay. |
| SINGER | Take care. |
| MCGLASHAN | Thanks a lot. |
| SINGER | Yup, take care, buh bye. |