# EXHIBIT BB

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

| HEADER | |
|---|---|
| **Source ID:** | ▉▉▉▉ |
| **Date:** | 10/10/2018 |
| **Case Agent Name:** | CEDRONE, KAITLYN |
| **Field Office/Division:** | Boston |
| **Squad:** | C 10 |

| SOURCE REPORTING | |
|---|---|
| **Date of Contact:** | 09/21/2018 |

**List all present including yourself (do not include the CHS):**
Kaitlyn Cedrone, Laura Smith, Elizabeth Keating, and John Keelan.

| **Type of Contact:** | In Person |
|---|---|
| **Country:** | UNITED STATES |
| **City:** | Boston |
| **State:** | Massachusetts |
| **Date of Report:** | 10/10/2018 |

**Substantive Case File Number**

▉▉▉▉▉▉

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
CHS was interviewed at the Longwarf Marriott Hotel, 296 State Street, Boston, MA. After being advised of the identity of the interviewing Agents and the nature of the interview, CHS provided the following information:

▉▉▉▉

▉▉▉

▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉▉

▉▉▉▉▉▉▉▉

▉▉▉

▉▉▉▉

| FD-1023 | Page 1 of 4 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

SINGER-REPORTS-000001

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD |
|---------|---------------------------------|-----------------|

**SIDE DOORS/FAKE PROFILES:**

SINGER-REPORTS-000002

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |



_USC:_

Initially all the payments to USC went to the programs. The side doors started with JOVAN VAVIC (VAVIC), USC's water polo head coach. Originally all students admitted through the side door were players; however, they were not top recruits. VAVIC was compensated approximately $60,000 - 80,000 that CHS funded through THE KEY WORLDWIDE FOUNDATION (KWF) to sponsor scholarship students at ▮▮▮▮▮▮▮▮▮▮. The scholarships were used to maintain a relationship with VAVIC for potential spots to get students into USC down the road.



| FD-1023 | | Page 3 of 4 | FEDERAL BUREAU OF INVESTIGATION |

UNCLASSIFIED

SINGER-REPORTS-000003

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD |
|---|---|---|

**Synopsis:**
CHS approach - 09/21/2018

| SIGNATURE | | |
|---|---|---|
| Submitted By | KCEDRONE (undefined undefined) | Mon, 10 Dec 2018 13:05:13 -0500 |
| First Level Approved By | JPKEELAN (John Keelan) | Wed, 12 Dec 2018 14:58:36 -0500 |

| FD-1023 | Page 4 of 4 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

SINGER-REPORTS-000004