# EXHIBIT CC

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION** <br> CHS REPORTING DOCUMENT |  OFFICIAL RECORD |
|---|---|---|

## HEADER

| | |
|---|---|
| **Source ID:** | ██████ |
| **Date:** | 11/09/2018 |
| **Case Agent Name:** | CEDRONE, KAITLYN |
| **Field Office/Division:** | Boston |
| **Squad:** | C 10 |

## SOURCE REPORTING

**Date of Contact:** 09/27/2018

**List all present including yourself (do not include the CHS):**
SA Laura Smith
SA Katie Cedrone
SA Elizabeth Keating
AUSA Eric Rosen
AUSA Justin O'Connell
FoA Nicholas Savona
Don Heller, CHS' attorney

| | |
|---|---|
| **Type of Contact:** | In Person |
| **Country:** | UNITED STATES |
| **City:** | Sacramento |
| **State:** | California |
| **Date of Report:** | 10/10/2018 |

**Substantive Case File Number**

██████████

**Check here if additional reporting is in Echo**
No

**Source Reporting:**

CHS was interviewed at the United States Attorney's Office in Sacramento, California. Present during the interview were FBI Special Agents Laura Smith and Kaitlyn Cedrone, IRS Special Agent Elizabeth Keating, FBI Forensic Accountant Nicholas Savona and Assistant United States Attorneys Eric Rosen and Justin O'Connell. Also present during the interview was CHS's attorney, DON HELLER. After being advised of the identity of the interviewing Agents and the nature of the interview, CHS provided the following information:

[redacted]

[redacted]

[redacted]

| FD-1023 | Page 1 of 5 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  Official Record |



| FD-1023 | Page 2 of 5 | FEDERAL BUREAU OF INVESTIGATION |

[redacted] was not getting money for helping [redacted]) get into [redacted]. All the money will be going to CHS. The parents think they are going through CHS's relationships but they do not know exactly where the money is going. CHS told [redacted] parents that [redacted] could study data analysis with basketball.



UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD |
|---|---|---|

[redacted]

**Synopsis:**
Proffer Day 2 - 09/22/2018

| SIGNATURE | | |
|---|---|---|
| Submitted By | EAKEATING (undefined undefined) | Thu, 6 Dec 2018 09:24:41 -0500 |
| First Level Approved By | JPKEELAN (John Keelan) | Thu, 6 Dec 2018 11:50:07 -0500 |