# EXHIBIT DD

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

**HEADER**

**Source ID:**

**Date:** 01/09/2019

**Case Agent Name:** CEDRONE, KAITLYN

**Field Office/Division:** Boston

**Squad:** C 10

**SOURCE REPORTING**

**Date of Contact:** 11/01/2018

**List all present including yourself (do not include the CHS):**
SA Keating
SA Cedrone
SA Smith
FoA Savona
AUSA Rosen
AUSA O'Connell
Intern Adele Zhang
Intern Sophia Harris-Dyer
Don Heller

**Type of Contact:** In Person

**Country:** UNITED STATES

**City:** Boston

**State:** Massachusetts

**Date of Report:** 01/09/2019

**Substantive Case File Number**

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
CHS was interviewed at the United States Attorney's Office in Boston, Massachusetts. Present during the interview were FBI Special Agents Laura Smith and Kaitlyn Cedrone, IRS Special Agent Elizabeth Keating, FBI Forensic Accountant Nicholas Savona, Assistant United States Attorneys Eric Rosen and Justin O'Connell, and Interns Adele Zhang and Sophia Harris-Dyer. Also present during the interview was CHS's attorney, Don Heller. CHS provided the following information:

[Page content redacted]

UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD |

[Content redacted]

[redacted]

[redacted]-

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**Janavs:**

Michelle Janavs ("Janavs") worked with CHS on the side door. Her husband Paul did not know about the side door. Janavs' son [redacted] visited Ernst at Georgetown [redacted] is a good tennis player. The family thought they were making a donation to the Georgetown tennis program through the KWF.

Janavs' daughter [redacted] plays volleyball and is the manager of the team because she is injured. [redacted] was admitted to USC through volleyball and Janavas knew that [redacted] was not a recruitable athlete. The first payment that the family made was for $50,000 to USC Women's Athletics. CHS did the SAT scheme for [redacted] [redacted] knew about the testing. CHS told Janavs that his/her proctor will be at his school getting [redacted] a good score.

Janavs, [redacted], and a Fidelity employee had a conference call to discuss how they could to make payments through their foundation. They determined that it would be an issue for their foundation.

Official Record

They suggested going an installment plan for all their children.

CHS met [redacted] through [redacted]. [redacted] son [redacted] was a good student and baseball player. He was good enough to be a recruited walk-on. [redacted] wanted to make sure that [redacted] was admitted to USC. CHS called Dan Hubbs to get [redacted] on the USC baseball team. The payment for admissions went to the KWF. CHS told [redacted] that the money was going to USC. [redacted] paid $200,000 to the KWF and $50,000 to Heinel. There were no inaccuracies with the

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

application. [REDACTED] mother did not know about the side door.

[REDACTED] -

[REDACTED]

[REDACTED] -

[REDACTED]

**Synopsis:**
CHS Day 5 Proffer 11/01/2018

**SIGNATURE**

| | | |
|---|---|---|
| Submitted By | EAKEATING (undefined undefined) | Wed, 9 Jan 2019 15:29:19 -0500 |
| First Level Approved By | JPKEELAN (John Keelan) | Thu, 10 Jan 2019 09:39:29 -0500 |