# EXHIBIT FF

**Status:** Unread

10/13/2018 13:22(UTC-4)



356

**Start Time:** 10/11/2018 13:52(UTC-4)
**Last Activity:** 10/11/2018 13:52(UTC-4)
**Number of attachments:** 0
**Source:** iMessage: █████ 8802
**Body file:** chat-787.txt

Participants:

8802
Rick Singer* (owner)

Felicity Huffman*

Yes

█████ Felicity Huffman

**Status:** Unread

10/11/2018 13:52(UTC-4)



357

**Start Time:** 10/11/2018 13:52(UTC-4)
**Last Activity:** 10/11/2018 13:52(UTC-4)
**Number of attachments:** 0
**Source:** iMessage: █████ 8802
**Body file:** chat-788.txt

Participants:

8802
Rick Singer* (owner)

Felicity Huffman*

Yes

█████ Felicity Huffman

**Status:** Unread

10/11/2018 13:52(UTC-4)



358

**Start Time:** 10/7/2018 20:06(UTC-4)
**Last Activity:** 10/7/2018 20:06(UTC-4)
**Number of attachments:** 0
**Source:** iMessage: █████ 8802
**Body file:** chat-789.txt

Participants:

8802
Rick Singer* (owner)

Yes