# EXHIBIT II

███ 8802 2018-10-01 20-00-13 09350-001.wav

**TRANSCRIPT**

| | |
|---|---|
| 1 | AUTOMATED VOICE:  Welcome to the conference calling center.  At any time |
| 2 | during this message, please enter your passcode followed by the pound sign.  [9 long beats] |
| 3 | Your passcode has been confirmed.  If you need technical assistance during your call, press *0 |
| 4 | [star zero].  After the tone, please state your name followed by the # [pound] sign. |
| 5 | RICK SINGER:  Rick Singer. |
| 6 | AUTOMATED VOICE:  There are four parties in the conference, including you.  Rick |
| 7 | Singer is now joining. |
| 8 | RICK SINGER:  Helloo. |
| 9 | MULTIPLE SPEAKERS:  Hey Rick. |
| 10 | FEMALE SPEAKER:  Hello. Hi. |
| 11 | AUTOMATED VOICE:  Is now joining. |
| 12 | UNKNOWN SPEAKER:  Who's that? |
| 13 | AUTOMATED VOICE:  Don Heller is now joining. |
| 14 | DON HELLER:  Don Heller. |
| 15 | ERIC ROSEN:  Hey Don. |
| 16 | DON HELLER:  Hey, how are you, Eric? |
| 17 | ERIC ROSEN:  Good.  I think everybody's on.  Justin are you there?  No.., but we can |
| 18 | start, so-- start.  I got to speak a little quietly.  So Rick, we went through a couple, bunch of |
| 19 | calls to- today.  The one with Donna, John Wilson, Michelle, and ███ . |
| 20 | RICK SINGER:  Yes. |
| 21 | ERIC ROSEN:  Umm.  It was good.  Some of them are good.  Some I just want to give |
| 22 | you a little bit more sort of pointers on and um that we can talk about it going forward.  The |
| 23 | best one was the um session with Donna that you had uhm in the -- |
| 24 | AUTOMATED VOICE:  Is now joining. |
| 25 | ERIC ROSEN:  So, the one with Donna is great.  The one thing that I think we'll do |
| 26 | another call at some point fairly soon is uhm… you know, you and Donna talk about a couple |

1   things. You talk about sports. You're saying like "she's good at sports" or "he's good at
2   sports." I think if we can you know, obviously like, tone that down a little bit uhm and uh tone
3   that down a little bit. And, you know, you don't have to hype up their sporting abilities. I
4   think generally, I mean all of these people aren't getting recruited by USC. You know, I think
5   that's the message that we sort of want to get across. In the call with Donna you talk about
6   extended time referring to the SAT, talking about [redacted] Janavs. Does she know about the
7   extended time, for like the stuff with Mark Riddell and all that?

8   RICK SINGER: No, she doesn't know anything about it. But she asked a question of
9   why her GPA is so low and her test scores are high. She said [redacted]
10  [redacted] and I said "Yes, she has a [redacted] and she gets extended time." So that
11  she can put that in her notes, because Admissions is going to ask her that question, why is there
12  such a difference?

13  ERIC ROSEN: And Rick, you're calling in on your uh, the burn-, uhh, on the flip
14  phone, right?

15  RICK SINGER: No, I'm calling them on the phone you told me call on, I thought.

16  ERIC ROSEN AND ANOTHER SPEAKER: No, right now-- currently.

17  RICK SINGER: So like today when I made the phone calls, I called them on my normal
18  phone, my normal cell phone.

19  ERIC ROSEN: No, no, we're talking about right now. Are you call-

20  RICK SINGER: Oh, no, I can't use that phone. It doesn't dial. It takes me ten minutes
21  to even get to dial Don. The most impractical, impossible phone. Seriously, I tried to get Don
22  - ten minutes it took me this morning to call him because I couldn't get to the numbers and, I
23  tried to, it's a nightmare. I'm calling you right now from my regular phone because I would
24  never be able to get on.

25  DON HELLER: Ohh, I think that's going to end this call right now. Rick.

26  RICK SINGER: Wh-

27  ERIC ROSEN: Rick, you need to umm…

28  RICK SINGER: You guys need to give me another phone. This is ridiculous.

| | |
|---|---|
| 1 | ERIC ROSEN:  We will give you another phone on Friday, but for right now I, I, you |
| 2 | need to… Don, can you call him and conference him in? |
| 3 | DON HELLER:  I can.  Let me try.  I'll call- I'll try calling your... |
| 4 | RICK SINGER:  Yeah, I can answer the cell phone but I can't… |
| 5 | DON HELLER:  Let me um- let me hang up.  Oh actually, I don't have to hang up. |
| 6 | ERIC ROSEN:  Rick, you hang up right now your phone. |
| 7 | RICK SINGER:  My phone?  This phone?  Okay got it. |