# EXHIBIT MM

FD-941 (2-26-01)

# CONSENT TO SEARCH COMPUTER(S)

I, Fin _____, have been asked by Special Agents of the

Federal Bureau of Investigation (FBI) to permit a complete search by the FBI or its designees of any and all computers,

any electronic and/or optical data storage and/or retrieval system or medium, and any related computer peripherals,

described below:

Iphone 7+ serial# ▉▉▉▉ HFYK
CPU Make, Model & Serial Number (if available)

IMEI ▉▉▉▉8088
Storage or Retrieval Media, Computer Peripherals

_____

_____

and located at _____, which I own, possess,

control, and/or have access to, for any evidence of a crime or other violation of the law.  The required passwords, logins,

and/or specific directions for computer entry are as follows: _____.

    I have been advised of my right to refuse to consent to this search, and I give permission for this search, freely

and voluntarily, and not as the result of threats or promises of any kind.

    I authorize those Agents to take any evidence discovered during this search, together with the medium in/on which

it is stored, and any associated data, hardware, software and computer peripherals.

01/03/2019
Date

01/03/2019
Date

*Fin*
Signature

*Kaitlyn Cedrone*
Signature of Witness

Kaitlyn Cedrone
Printed Full Name of Witness

Boston, MA
Location

SINGER-VOL002-000346

This is to certify that on _01/03/2019_ at _Residence Inn, Chelsea, MA_

Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice, conducted a complete search of any

and all computers, any electronic and/or optical data storage and/or retrieval system, and any related computer peripherals.

I certify that ~~nothing~~ was removed from my custody by those Agents.

_only iphone
7+_

(Signed) _Jen_

_Laura Scully_

Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

_Kaitlyn Cadrone_

Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

Witnessed: ¨

SINGER-VOL002-000347

G.P.O U.S.GOVERNMENT PRINTING OFFICE: 2015-391-063

FD-597 (Rev. 4-13-2015)

Page __1__ of __1__

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ▮▮▮▮▮▮▮▮▮▮

On (date) __01/03/2019__          item (s) listed below were:
- ☐ Collected/Seized
- ☑ Received From
- ☐ Returned To
- ☐ Released To

(Name) __Fin__

(Street Address) _____

(City) _____

Description of Item (s):  __Iphone 7 +__

__serial #__ ▮▮▮▮▮ __HFYK__

__IMEI__ ▮▮▮▮▮ __8088__

01/03/19
KC

Received By: _Kaitlyn Cedrone_
(Signature)

Received From: _Fin_
(Signature)

Printed Name/Title: _Kaitlyn Cedrone_

Printed Name/Title: _Fin_

G;O US.GOVERNMENT PRINTING OFFICE: 2015-391-063

FD-597 (Rev. 4-13-2015)                                                                    Page  1  of  1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ████████████████████

On (date)  01/03/2019

item (s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☑ Returned To
- ☐ Released To

(Name)  FirT

(Street Address)

(City)

Description of Item (s):   iPhone 7+
       serial # ████████ HFYK
       IMEI ████████ 8088

01/03/2019
KC

Received By:  _Fin_____
(Signature)

Printed Name/Title:  FiN

Received From:  _Kaitlyn Cedrone_
(Signature)

Printed Name/Title:  Kaitlyn Cedrone
Special Agent

FD-941 (2-26-01)

# CONSENT TO SEARCH COMPUTER(S)

I, _Fin_____, have been asked by Special Agents of the

Federal Bureau of Investigation (FBI) to permit a complete search by the FBI or its designees of any and all computers,

any electronic and/or optical data storage and/or retrieval system or medium, and any related computer peripherals,

described below:

_Iphone 7+ imei_ ████████████ _8088_
CPU Make, Model & Serial Number (if available)

_serial #_ ████████████ _HFYK_
Storage or Retrieval Media, Computer Peripherals

_____

_____

and located at _Residence Inn, Chelsea, MA_____, which I own, possess,

control, and/or have access to, for any evidence of a crime or other violation of the law.  The required passwords, logins,

and/or specific directions for computer entry are as follows: _0918_____.

I have been advised of my right to refuse to consent to this search, and I give permission for this search, freely

and voluntarily, and not as the result of threats or promises of any kind.

I authorize those Agents to take any evidence discovered during this search, together with the medium in/on which

it is stored, and any associated data, hardware, software and computer peripherals.

_2/15/19_____
Date

_02/15/2019_____
Date

_Fin_____
Signature

_Kaitlyn Cedrone_____
Signature of Witness

_Kaitlyn Cedrone_____
Printed Full Name of Witness

_Chelsea, MA_____
Location

This is to certify that on 02/15/2019 _____ at Residence Inn Chelsea, MA

Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice, conducted a complete search of any

and all computers, any electronic and/or optical data storage and/or retrieval system, and any related computer peripherals.

I certify that ~~nothing~~ was removed from my custody by those Agents.

only iphone 7+

(Signed) _Jen_ _____

_Kaitlyn Cedrone_ _____
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

Witnessed: ⁻

_Laura_ _____
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

G2O OF U.S.GOVERNMENT PRINTING OFFICE:2015-391-063

FD-597 (Rev. 4-13-2015)                                                                 Page  1  of  1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ██████████████████

On (date)  02/15/2019

item (s) listed below were:
- ☐ Collected/Seized
- ☑ Received From
- ☐ Returned To
- ☐ Released To

(Name)  Fin

(Street Address)

(City)

Description of Item (s):  Iphone 7+
Imei ██████████ 88088
Serial # ██████████ HFYK

KC
02/15/2019

Received By:  _Kaitlyn Cedrone_
(Signature)

Received From:  _Fin_
(Signature)

Printed Name/Title:  Kaitlyn Cedrone
Special Agent

Printed Name/Title:  Fin

SINGER-VOL002-000352

G P O U.S.GOVERNMENT PRINTING OFFICE:2015-391-063

FD-597 (Rev. 4-13-2015)                                                                    Page ___1___ of ___1___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ██████████████

On (date) _02/15/2019_

item (s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☑ Returned To
- ☐ Released To

(Name) _Fin_

(Street Address) _____

(City) _____

Description of Item (s): _Iphone 7ᵗ_
_Imei_ ██████████ _8088_
_serial #_ ██████████ _HFYK_

_KC 02/15/2019_

Received By: _Fin_
(Signature)

Printed Name/Title: _Fin_

Received From: _Kaitlyn Cedrone_
(Signature)

Printed Name/Title: _Kaitlyn Cedrone_
_Special Agent_

SINGER-VOL002-000353

FD-941 (2-26-01)

# CONSENT TO SEARCH COMPUTER(S)

I, ___Fin___ , have been asked by Special Agents of the

Federal Bureau of Investigation (FBI) to permit a complete search by the FBI or its designees of any and all computers,

any electronic and/or optical data storage and/or retrieval system or medium, and any related computer peripherals,

described below:

___Iphone 7+ , Imei___ ███████ ___8088___
CPU Make, Model & Serial Number (if available)

___Serial #___ ███████ ___HFYK___
Storage or Retrieval Media, Computer Peripherals

and located at ___Residence Inn, Chelsea, MA___ , which I own, possess,

control, and/or have access to, for any evidence of a crime or other violation of the law. The required passwords, logins,

and/or specific directions for computer entry are as follows: _____ .

   I have been advised of my right to refuse to consent to this search, and I give permission for this search, freely

and voluntarily, and not as the result of threats or promises of any kind.

   I authorize those Agents to take any evidence discovered during this search, together with the medium in/on which

it is stored, and any associated data, hardware, software and computer peripherals.

___2/28/2019___
Date

___02/28/2019___
Date

___Jim___
Signature

___Kaitlyn Cedrone___
Signature of Witness

___Kaitlyn Cedrone___
Printed Full Name of Witness

___Chelsea, MA___
Location

SINGER-VOL002-000354

This is to certify that on ___02/28/2019_____ at ___9:30 am___

Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice, conducted a complete search of any

and all computers, any electronic and/or optical data storage and/or retrieval system, and any related computer peripherals.

I certify that ~~nothing~~ was removed from my custody by those Agents.

Iphone 7+

(Signed) ___Jim_____

Witnessed: ___

_Kaitlyn Cedrone_
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

_Laura Smith_
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

SINGER-VOL002-000355

G∙PO U.S.GOVERNMENT PRINTING OFFICE:2015-391-063

FD-597 (Rev. 4-13-2015)                                                                Page ___1___ of ___1___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ▮▮▮▮▮▮▮▮▮▮

On (date) __02/28/2019__              item (s) listed below were:
                                      ☐ Collected/Seized
                                      ☑ Received From
                                      ☐ Returned To
                                      ☐ Released To

(Name) Fin _____

(Street Address) _____

(City) _____

Description of Item (s): __Iphone 7+__
__Imei ▮▮▮▮▮▮▮▮ 8088__
__Serial # ▮▮▮▮▮▮ HFYK__

KC
02/28/2019

Received By: _Kaitlyn Cedrone_       Received From: _Jim_
              (Signature)                            (Signature)
Printed Name/Title: _Kaitlyn Cedrone_  Printed Name/Title: _Fin_
              _Special Agent_

SINGER-VOL002-000356

Page __1__ of __1__

FD-597 (Rev. 4-13-2015)

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

On (date) 02/28/2019

item (s) listed below were:
☐ Collected/Seized
☐ Received From
☑ Returned To
☐ Released To

(Name) _Fin_

(Street Address) _____

(City) _____

Description of Item (s): _Iphone 7+_
_Imei_ ▮▮▮▮▮▮ 8088
_serial #_ ▮▮▮▮▮▮ HFYK

KC
02/28/2019

Received By: _Fin_ (Signature)

Printed Name/Title: _Fin_

Received From: _Kaitlyn Cedrone_ (Signature)

Printed Name/Title: _Kaitlyn Cedrone_
_Special Agent_

SINGER-VOL002-000357

FD-941 (2-26-01)

# CONSENT TO SEARCH COMPUTER(S)

I, ___Fin_____, have been asked by Special Agents of the

Federal Bureau of Investigation (FBI) to permit a complete search by the FBI or its designees of any and all computers,

any electronic and/or optical data storage and/or retrieval system or medium, and any related computer peripherals,

described below:

___Iphone 7+ ; imei_____████████___3088_____
CPU Make, Model & Serial Number (if available)

___serial #____████████___+FYK_____
Storage or Retrieval Media, Computer Peripherals

_____

_____

and located at ___Residence Inn, chelsea, MA_____, which I own, possess,

control, and/or have access to, for any evidence of a crime or other violation of the law.  The required passwords, logins,

and/or specific directions for computer entry are as follows: _____.

I have been advised of my right to refuse to consent to this search, and I give permission for this search, freely

and voluntarily, and not as the result of threats or promises of any kind.

I authorize those Agents to take any evidence discovered during this search, together with the medium in/on which

it is stored, and any associated data, hardware, software and computer peripherals.

_____
Date

___03/11/2019___
Date

*Fin* [signature]
Signature

*Kaitlyn Cedrone* [signature]
Signature of Witness

___Kaitlyn Cedrone___
Printed Full Name of Witness

___Chelsea, MA___
Location

SINGER-VOL002-000358

This is to certify that on ___03/11/2019___ at ___8:40 am___

Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice, conducted a complete search of any

and all computers, any electronic and/or optical data storage and/or retrieval system, and any related computer peripherals.

I certify that nothing was removed from my custody by those Agents.

Iphone 7+

(Signed) _____

Witnessed:

Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

Special Agent  IRS - CI
Federal Bureau of Investigation
U.S. Department of Justice

FD-597 (Rev. 4-13-2015)                                                   Page ___1___ of ___1___

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ███████████████████████

On (date) ___03/11/2019___                item (s) listed below were:
                                           ☐ Collected/Seized
                                           ☑ Received From
                                           ☐ Returned To
                                           ☐ Released To

(Name) ___Fin_____

(Street Address) _____

(City) _____

Description of Item (s): ___Iphone 7+, imei____████████____88088___
_____serial #____█████████____HFYK_____

KC
03/11/2019

**Received By:** _Kaitlyn Cedrone_          **Received From:** _____
                 (Signature)                                   (Signature)

**Printed Name/Title:** _Kaitlyn Cedrone_   **Printed Name/Title:** _FM___
                        Special Agent

SINGER-VOL002-000360

FD-597 (Rev. 4-13-2015)                                                          Page ___1___ of ___1___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ███████████████████

On (date)   03/11/2019

item (s) listed below were:
☐ Collected/Seized
☐ Received From
☑ Returned To
☐ Released To

(Name)   Fin

(Street Address) _____

(City) _____

Description of Item (s):   iphone 7+, imei ████████ 8088

serial # ████████ HFYK

KC
03/11/2019

Received By: ____Fin____          Received From: ____Kaitlyn Cedrone____
                (Signature)                              (Signature)

Printed Name/Title: ____Fin____   Printed Name/Title: ____Kaitlyn Cedrone____
                                                       Special Agent

SINGER-VOL002-000361

FD-26 (Rev. 7-20-94)

DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

**CONSENT TO SEARCH**

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of:

(Describe the person(s), place(s), or thing(s) to be searched.)



Iphone 7 plus
serial number ███████ HFYK
IMEI ███████ 808 8

KC
10/05/2018

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

Oct 5 2018
_____
Date

_____
Signature

Witness

_____

This is to certify that on _____ at _____
Special Agents of the Federal Bureau of Investigation, U. S. Department of Justice, conducted a
search of _____ .
I certify that nothing was removed from my custody by Special Agents of the Federal Bureau of
Investigation, U. S. Department of Justice.

(Signed) _____

**Witnessed:**

_____
Special Agent
Federal Bureau of Investigation
U. S. Department of Justice

_____
Special Agent
Federal Bureau of Investigation
U. S. Department of Justice

SINGER-VOL002-000363

FD-597 (Rev. 4-13-2015)                                                    Page __1__ of __1__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: ███████████████

On (date) **10/5/2018**                    item (s) listed below were:
                                           ☐ Collected/Seized
                                           ☑ Received From
                                           ☐ Returned To
                                           ☐ Released To

(Name) **Rick Singer**

(Street Address) _____

(City) _____

Description of Item (s):   **I phone 7 plus**
                           **serial number** ████████ **HFYK**
                           **I MEI** ████████ **808  8**

KC
10/5/2018

**Received By:** *Kaitlyn Cedrone*                **Received From:** *(signature)*
                 (Signature)                                        (Signature)

**Printed Name/Title:** Kaitlyn Cedrone            **Printed Name/Title:** RICK SINGER
                        Special Agent

SINGER-VOL002-000364

SINGER-VOL002-000365

FD-597 (Rev. 4-13-2015)

Page __1__ of __1__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: ████████████████████

On (date) _10/5/2018_

item (s) listed below were:
- ☐ Collected/Seized
- ☐ Received From
- ☑ Returned To
- ☐ Released To

(Name) _Rick Singer_

(Street Address) _____

(City) _____

Description of Item (s):   I phone 7 plus
serial number ████████   HFYK
IMEI ████████████   808 8

KC
10/5/2018

Received By: _Rick Singer_
(Signature)

Received From: _Kaitlyn Cedrone_
(Signature)

Printed Name/Title: _RICK SINGER_

Printed Name/Title: _Kaitlyn Cedrone_
Special Agent

SINGER-VOL002-000367

FD-941 (2-26-01)

# CONSENT TO SEARCH COMPUTER(S)

I, _Fin_ , have been asked by Special Agents of the

Federal Bureau of Investigation (FBI) to permit a complete search by the FBI or its designees of any and all computers,

any electronic and/or optical data storage and/or retrieval system or medium, and any related computer peripherals,

described below:

_iphone 7 plus serial #_ ███████ _HFYK_

CPU Make, Model & Serial Number (if available)

_IMEI_ ███████ _3088_

Storage or Retrieval Media, Computer Peripherals

and located at _Marriott Residence Inn Chelsea_ , which I own, possess,

control, and/or have access to, for any evidence of a crime or other violation of the law. The required passwords, logins,

and/or specific directions for computer entry are as follows: _0918_ .

I have been advised of my right to refuse to consent to this search, and I give permission for this search, freely

and voluntarily, and not as the result of threats or promises of any kind.

I authorize those Agents to take any evidence discovered during this search, together with the medium in/on which

it is stored, and any associated data, hardware, software and computer peripherals.

_11/1/2018_

Date

_11/1/2018_
Date

Signature

Date

Signature of Witness

Printed Full Name of Witness

Location

SINGER-VOL002-000368

This is to certify that on _November 1, 2018_ at _8:17am_

Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice, conducted a complete search of any

and all computers, any electronic and/or optical data storage and/or retrieval system, and any related computer peripherals.

my iphone 7 Plus
I certify that ~~nothing~~ was removed from my custody by those Agents.

(Signed) _____

_____
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

Witnessed: _____

_____
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

SINGER-VOL002-000369

GPO U.S. GPO: 2016-395-373

FD-597 (Rev. 4-13-2015)

Page 1 of 1

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ▮▮▮▮▮▮▮▮▮▮▮▮

On (date) 17 | 1 | 2018        item (s) listed below were:
- [ ] Collected/Seized
- [✓] Received From
- [ ] Returned To
- [ ] Released To

(Name) _Fin_

(Street Address) _Marriott Residence Inn_

(City) _Chelsea, MA_

Description of Item (s):  iPhone 7 plus
Charger for phone
serial # ▮▮▮▮▮▮▮ 7HFYK
IMEI ▮▮▮▮▮▮▮ 8088

_Nothing Further_
_Laura Smith_

Received By: _Laura Smith_ (Signature)          Received From: _Fin_ (Signature)

Printed Name/Title: _Laura Smith, SA/HI_    Printed Name/Title: _Fin_

SINGER-VOL002-000370

G⋅P⋅O U.S. GPO: 2016-395-373

FD-597 (Rev. 4-13-2015)                                                    Page __1__ of __1__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ▮▮▮▮▮▮▮▮▮▮▮

On (date) __11/1/2018__                    item (s) listed below were:
- [ ] Collected/Seized
- [ ] Received From
- [✓] Returned To
- [ ] Released To

(Name) Fin

(Street Address) Marriott Residence Inn

(City) Chelsea, MA

Description of Item (s): iphone 7 plus
Charger for iphone
Serial # ▮▮▮▮▮▮7HFYK
IMEI ▮▮▮▮▮▮▮8088

Nothing Further
Laura Smith

Received By: ___Fin___ (Signature)

Printed Name/Title: Fin

Received From: ___Laura Smith___ (Signature)

Printed Name/Title: Laura Smith

SINGER-VOL002-000371

FD-941 (2-26-01)



# CONSENT TO SEARCH COMPUTER(S)

I, _Fin_ _____, have been asked by Special Agents of the

Federal Bureau of Investigation (FBI) to permit a complete search by the FBI or its designees of any and all computers,

any electronic and/or optical data storage and/or retrieval system or medium, and any related computer peripherals,

described below:

_Iphone 7 plus, serial_ ▮▮▮▮▮ _HFYK_
CPU Make, Model & Serial Number (if available)

_IMEI_ ▮▮▮▮▮▮ _8088_
Storage or Retrieval Media, Computer Peripherals

and located at _Residence Inn, Chelsea, MA_ _____, which I own, possess,

control, and/or have access to, for any evidence of a crime or other violation of the law. The required passwords, logins,

and/or specific directions for computer entry are as follows: _____.

I have been advised of my right to refuse to consent to this search, and I give permission for this search, freely

and voluntarily, and not as the result of threats or promises of any kind.

I authorize those Agents to take any evidence discovered during this search, together with the medium in/on which

it is stored, and any associated data, hardware, software and computer peripherals.

_11/29/18_
Date

_11/29/2018_
Date

_Din_
Signature

_Kaitlyn Cedrone_
Signature of Witness

_Kaitlyn Cedrone_
Printed Full Name of Witness

_Residence Inn, Chelsea, MA_
Location

SINGER-VOL002-000372

This is to certify that on ___11/29/2018___ at Residence Inn, Chelsea, MA

Special Agents of the Federal Bureau of Investigations, U.S. Department of Justice, conducted a complete search of any

and all computers, any electronic and/or optical data storage and/or retrieval system, and any related computer peripherals.

I certify that ~~nothing~~ was removed from my custody by those Agents.
Iphone 7 plus

(Signed) _____

_____
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

Witnessed: _

_____
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

SINGER-VOL002-000373

G2O* U.S. GPO: 2016-395-373

FD-597 (Rev. 4-13-2015)                                                                    Page __1__ of __1__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: _____

On (date) __11/29/18_____ item (s) listed below were:
- ☐ Collected/Seized
- ☑ Received From
- ☐ Returned To
- ☐ Released To

(Name) _____

(Street Address) _____

(City) _____

Description of Item (s):  Iphone 7 plus
                          serial [REDACTED] HFYK
                          IMEI [REDACTED] 8088

KC
11/29/18

Received By: _Kaitlyn Cedrone_     Received From: _Dan_
              (Signature)                          (Signature)

Printed Name/Title: Kaitlyn Cedrone    Printed Name/Title: Fin

SINGER-VOL002-000374

G:O  U.S. GPO: 2016-395-373

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ███████████████

On (date) 11/29/18

item (s) listed below were:
- [ ] Collected/Seized
- [ ] Received From
- [✓] Returned To
- [ ] Released To

(Name) _____

(Street Address) _____

(City) _____

Description of Item (s): Iphone 7 plus
Serial ████████ HFYK
IMEI ████████ 8088

KC
11/29/18

Received By: Fin ____ (Signature)

Received From: Kaitlyn Cedrone (Signature)
Kaitlyn Cedrone

SINGER-VOL002-000375

G2O U.S. GPO: 2016-395-373

FD-597 (Rev. 4-13-2015)                                                  Page _1_ of _1_

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: _____

On (date) __10/31/2018__          item (s) listed below were:
                                  ☑ Collected/Seized
                                  ☐ Received From
                                  ☐ Returned To
                                  ☐ Released To

(Name) _____

(Street Address) _____

(City) _____

Description of Item (s): __LG Black cell phone__
                          __IMEI _____ 6533__
                          __Model # LG-M150__




                                  KC
                              11/27/2018




Received By: _Kaitlyn Cedrone_          Received From: _Jim_
            (Signature)                               (Signature)

Printed Name/Title: Kaitlyn Cedrone      Printed Name/Title: Jim

SINGER-VOL002-000376

September 20, 2018

Re:    Consensual Monitoring of Wireless Phone by Law Enforcement

Dear:

Kindly accept this correspondence as confirmation of representations made by the Department
of Justice (DOJ) and the **Federal Bureau of Investigation (FBI)** regarding the consensual
monitoring of mobile phones for law enforcement purposes pursuant to 18 U.S.C.§ 2511 (2)(c).
The specific phone referenced in this letter for AT&T's assistance in conducting consensual
monitoring is an AT&T cellular telephone assigned telephone number▮▮▮▮8802          .

Pursuant to 18 U.S.C. § 2501 *et seq.,* the law enforcement agencies of the Department of Justice
sometimes consensually monitor the wire and electronic communications of confidential
informants and other parties in order to gather information for their criminal investigations. As
you know, consent of one of the parties to a communication is sufficient under the law to
permit monitoring without court order. Even though consensual monitoring does not require a
judge's authorization, given the portability of cellular phones and possibility of civil liability
arising from someone other than the consenting party using the phone, AT&T has been
requiring prosecutors to obtain a court order before permitting consensual monitoring.

Since we are aware of your concerns regarding the portability, and correspondingly the
common transfer of mobile phones to non-consenting third parties, the **DOJ/FBI** propose that
with consensual monitoring under 18 U.S. C. § 2511, consenting parties will be required to
sign a consent and acknowledgment form pledging that the target phone will not be used by
anyone else, including the uses of cell phone photography and text messaging. A sample copy
of this form is attached.

After a thorough review of current applicable law, it is the position of the **DOJ/FBI** that an
order is not required when a party to a communication consents to the monitoring, even when
that phone used is inherently mobile; however, since the **DOJ/FBI** also recognizes the rights
of third parties should be protected, the consenting party will be required to read and sign a
statement pledging that the phone shall not be used by any other party.

We hope that this information assuages AT&T's concerns. Should you have any additional
questions, please do not hesitate to contact us. Thank you for your anticipated cooperation in this
matter.

Sincerely yours,

**AUSA Signature**

*ERIC S. ROSEN*

**AUSA Printed Name**

SINGER-VOL002-000377

## CONSENT AND ACKNOWLEDGEMENT

I, _RICK SINGER_____, hereby state that:

1.      I consent to the interception and recording of any and all communications made by me over all telephones, cellular or otherwise, provided to or made available to me by law enforcement agents in connection with actions taken by me in connection with law enforcement agents.  My consent extends to all communications over any such phone, whether or not that communication relates to a criminal investigation, to any and all messages left on any voicemail feature of any such phone, photographs taken using the phone, and text messaging.  I further consent to the disclosure of any information or records regarding such communications to law enforcement agents.

2.      I acknowledge that I have been instructed that any cellular telephones provided to me in the course of my activities are to be used only by me, and that I am not authorized to allow any other person to make, receive or participate in telephone calls involving those telephones as defined above in which I am not a participant.

Date:  _9/27/18_____

_____
Signature

_____
Printed Name

_____
Witness/Interpreter Signature

_____
Witness/Interpreter Printed Name

SINGER-VOL002-000378

December 17, 2018

Re:    Consensual Monitoring of Wireless Phone by Law Enforcement

Dear AT&T:

Kindly accept this correspondence as confirmation of representations made by the Department of Justice (DOJ) and the **Federal Bureau of Investigation (FBI)** regarding the consensual monitoring of mobile phones for law enforcement purposes pursuant to 18 U.S.C.§ 2511 (2)(c). The specific phone referenced in this letter for AT&T's assistance in conducting consensual monitoring is an AT&T cellular telephone assigned telephone number ▮▮▮ 8802

Pursuant to 18 U.S.C. § 2501 *et seq.*, the law enforcement agencies of the Department of Justice sometimes consensually monitor the wire and electronic communications of confidential informants and other parties in order to gather information for their criminal investigations. As you know, consent of one of the parties to a communication is sufficient under the law to permit monitoring without court order. Even though consensual monitoring does not require a judge's authorization, given the portability of cellular phones and possibility of civil liability arising from someone other than the consenting party using the phone, AT&T has been requiring prosecutors to obtain a court order before permitting consensual monitoring.

Since we are aware of your concerns regarding the portability, and correspondingly the common transfer of mobile phones to non-consenting third parties, the **DOJ/FBI** propose that with consensual monitoring under 18 U.S. C. § 2511, consenting parties will be required to sign a consent and acknowledgment form pledging that the target phone will not be used by anyone else, including the uses of cell phone photography and text messaging. A sample copy of this form is attached.

After a thorough review of current applicable law, it is the position of the **DOJ/FBI** that an order is not required when a party to a communication consents to the monitoring, even when that phone used is inherently mobile; however, since the **DOJ/FBI** also recognizes the rights of third parties should be protected, the consenting party will be required to read and sign a statement pledging that the phone shall not be used by any other party.

We hope that this information assuages AT&T's concerns. Should you have any additional questions, please do not hesitate to contact us. Thank you for your anticipated cooperation in this matter.

Sincerely Yours

*Eric S. Rosen*

**AUSA Signature**          **Eric S. Rosen**

**AUSA Printed Name**

## CONSENT AND ACKNOWLEDGEMENT

I, _Rick Singer_ hereby state that:

1.  I consent to the interception and recording of any and all communications made by me over all telephones, cellular or otherwise, provided to or made available to me by law enforcement agents in connection with actions taken by me in connection with law enforcement agents. My consent extends to all communications over any such phone, whether or not that communication relates to a criminal investigation, to any and all messages left on any voicemail feature of any such phone, photographs taken using the phone, and text messaging. I further consent to the disclosure of any information or records regarding such communications to law enforcement agents.

2.  I acknowledge that I have been instructed that any cellular telephones provided to me in the course of my activities are to be used only by me, and that I am not authorized to allow any other person to make, receive or participate in telephone calls involving those telephones as defined above in which I am not a participant.

Date: _12/29/2018_

Signature

Rick Singer
Printed Name

Witness

Witness/Interpreter

SINGER-VOL002-000380