# EXHIBIT NN

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |

## HEADER

| | |
|---|---|
| **Source ID:** | ███████ |
| **Date:** | 12/13/2018 |
| **Case Agent Name:** | CEDRONE, KAITLYN |
| **Field Office/Division:** | Boston |
| **Squad:** | C 10 |

## SOURCE REPORTING

**Date of Contact:**     12/12/2018

**List all present including yourself (do not include the CHS):**
SA Laura Smith
SA Elizabeth Keating
SA Kaitlyn Cedrone
FoA Nicholas Savona
AUSAs Eric Rosen, Justin O'Connell, Kristen Kearney, Leslie Wright

**Type of Contact:**     Telephonic

**Date of Report:**     12/13/2018

**Substantive Case File Number**
███████

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
CHS was asked to clarify various points regarding individuals s/he worked with through his/her business.

[REDACTED]

BIZZAK- JEFF BIZZAK believed the money paid was going to the program or to USC in exchange for his son, ███, to be recruited as a volleyball player.

| FD-1023 | Page 1 of 3 | FEDERAL BUREAU OF INVESTIGATION |

UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD |
|---|---|---|

**Synopsis:**
12/12/18 Call with CHS to clarify some points regarding families.

| FD-1023 | Page 2 of 3 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

Case 1:19-cr-10080-LTS   Document 972-40   Filed 03/25/20   Page 4 of 4

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

### SIGNATURE

| | | |
|---|---|---|
| Submitted By | LCSMITH (undefined undefined) | Tue, 18 Dec 2018 09:05:02 -0500 |
| First Level Approved By | JPKEELAN (John Keelan) | Wed, 19 Dec 2018 17:56:03 -0500 |