# EXHIBIT OO



U.S. Department of Justice

*Andrew E. Lelling*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*          John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

March 19, 2020

VIA EMAIL

George Vien
Donnelly, Conroy & Gelhaar, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110

Re:   United States v. David Sidoo, et al
      19-cr-10090-NMG

Dear George:

On March 9, 2020, the government provided counsel for the defendants with a detailed chronology concerning the government's production of the Singer Notes. On March 13, 2020, counsel responded with nearly three dozen follow-up questions and several document requests. The government believes it has provided sufficient information regarding the production of the Notes. If you believe there is a legal basis for us to provide the requested information, please let us know, so that we may review it and respond accordingly.

                                    Sincerely,

                                    ANDREW E. LELLING
                                    United States Attorney

                        By:         */s/ Karin M. Bell*
                                    Eric S. Rosen
                                    Justin D. O'Connell
                                    Kristen A. Kearney
                                    Leslie A. Wright
                                    Karin M. Bell
                                    Stephen E. Frank
                                    Assistant U.S. Attorneys