# EXHIBIT UU

FD-340c (4-11-03)

File Number **S-00091023**

Field Office Acquiring Evidence **BS**

Serial # of Originating Document **S-00091023-A-31**

Date Received **10/31/2018**

From _____
(Name of Contributor/Interviewee)

_____
(Address)

_____
(City and State)

By **SA Laura Smith**

To Be Returned ☐ Yes  ☒ No
Receipt Given ☐ Yes  ☒ No
Grand Jury Material - Disseminate Only Pursuant to Rule 6 (e)
Federal Rules of Criminal Procedure
☐ Yes  ☒ No
Federal Taxpayer Information (FTI)
☐ Yes  ☒ No

Title: **CHS proffer - Day 4**

Reference: **CHS proffer - Day 4**
(Communication Enclosing Material)

Description: ☐ Original notes re interview of
**318A - BS - 2885343**

IA-19



Rick does not have anyone on the inside of SAT or ACT.

Abdelazis ÷ RS unsure how they met. Dad called RS for ▮. RS flew to house, ▮ phenominal student but didn't get ▮ Played Bask. B. at ▮ in Nevada. RS worked w/ ▮ (legit) got into Colombia. At same time sister, ▮, was appyling to schools. Dad had connections at USC. ▮ denied from USC, went to GW. Dad called b/c should have done side door w/ ▮ Dad knew it would have been $250k for SD to USC. ▮ got into Columbia  Dad played on students for 1 week. Dad works for Steve Wynn + then tfr to China to open hotel. ▮ did poorly at school ▮ in China. Dad called saying ▮ was doing summer at USC. Dad promised ▮ he'd get USC done for her b/c sacrifice to go to China. RS made her a better bask ball player, was not a D1 bask-ball player

Donna knows players aren't recruited to USC. RS has not told Donna they are not strong players. Donna knows RS is ~~profiles created to~~ ~~look like~~ producing proxies. Implicit understanding they are not strong enough to play for USC

RS told dad $300K → RS knew he had to give Donna more b/c this would be difficult (less strong student). Donna/prog. received ± $200K. US Person from China was in subco meeting. Donna had to explain [redacted] profile. USC China contact said [redacted] went to tough school in China. Gamal knew kid was not strong enough to be ~~being~~ recruited. Gamal knew there was an exchange ~~exchange~~ of money to someone/USC to get [redacted] in. Donna directed some of the money. Gamal didn't know about Donna; he knew someone at USC pulling strings. $ → foundation → USC program which was directed by someone to a specific area. ~~~~ Mom never talked to RS. Parents knew $ going to school, not the foundation.