# EXHIBIT WW

| # | Created / Modified | Content | Flag |
|---|---|---|---|
| 14 | Created: 1/30/2019 22:26(UTC-5) Modified: 1/30/2019 22:39(UTC-5) | **Title:** Peter Sartorio In 2014total 15k did not work with them in 2014 - shows… **Summary:** up twice **Source:** Notes **Body:** Peter Sartorio In 2014total 15k did not work with them in 2014 - shows up twice<br><br>Manuel Henriquez 15k twice why<br><br>████ paid for help guidance off waitlist<br><br>████ just help with younger daughter pulling out of regular school ████<br><br>Sidoo investment 99,990 twice<br><br>████ 75 in and 72,350 taken out??<br><br>John Wilson 20k nothing to do with USC plus dona ion to USC program for real polo player Joey chen twice on list<br><br>████ - 50k never went or got into Gtown - why 50 should be 300k<br><br>████ 50k no testing or college bribe<br><br>Pelstring water polo player to USC polo<br><br>████ 250k Gtown manager great grades scores 2.5 years manageraaaw | |
| 15 | Created: 1/30/2019 18:30(UTC-5) Modified: 1/30/2019 18:30(UTC-5) | **Title:** New Note **Source:** Notes **Body:** | Yes |
| 16 | Created: 1/30/2019 10:58(UTC-5) Modified: 1/30/2019 18:31(UTC-5) | [redacted] | |
| 17 | Created: 1/30/2019 10:19(UTC-5) Modified: 1/30/2019 10:20(UTC-5) | [redacted] | |
| 18 | Created: 1/29/2019 14:47(UTC-5) Modified: 1/29/2019 14:49(UTC-5) | **Title:** Clearwater **Summary:** St Petersburg **Source:** Notes **Body:** Clearwater<br><br>St Petersburg<br><br>Eckerd-close to downtown | |
| 19 | Created: 1/29/2019 14:45(UTC-5) Modified: 1/29/2019 15:01(UTC-5) | **Title:** Grafton hotel **Summary:** Delta in at 9:15am from Tampa **Source:** Notes **Body:** Grafton hotel Delta in at 9:15am from Tampa Monday 10:30yuy | |
| 20 | Created: 1/27/2019 23:44(UTC-5) Modified: 1/27/2019 23:59(UTC-5) | [redacted] | |
| 21 | Created: 1/23/2019 01:06(UTC-5) Modified: 1/23/2019 01:07(UTC-5) | **Title:** Bio Tech Pro **Source:** Notes **Body:** Bio Tech Pro | |
| 22 | Created: 1/22/2019 00:17(UTC-5) Modified: 1/22/2019 00:17(UTC-5) | **Title:** Netflix Same Kind of Difference **Source:** Notes **Body:** Netflix Same Kind of Difference | |
| 23 | Created: 1/16/2019 23:45(UTC-5) Modified: 1/16/2019 23:52(UTC-5) | **Title:** You found the light in me I could not find **Body:** You found the light in me I could not find<br><br>It is buried in my soul | |

