# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SIDOO et al.,<br><br>Defendants. | No. 1:19-cr-10080-NMG |

## DEFENDANT JOHN WILSON'S MOTION TO STRIKE

Pursuant to Federal Rule of Criminal Procedure 7(d), defendant John Wilson hereby moves the Court to strike from the Fourth Superseding Indictment the paragraphs numbered 238-44. The grounds for this Motion are presented in Wilson's Consolidated Memorandum of Law in Support of His Motions to Sever, to Dismiss, and to Strike, and in the exhibits attached to that memorandum. In essence, the paragraphs in question are surplusage because they present allegations that, as a matter of law, cannot support the conspiracy charge against Wilson (or any other charge).

Respectfully submitted,

John Wilson,

By his Counsel,

/s/ Michael Kendall
Michael Kendall (BBO # 544866)
Yakov Malkiel (BBO # 689137)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
yakov.malkiel@whitecase.com

Andrew E. Tomback (pro hac vice)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8428
andrew.tomback@whitecase.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1 AND 112.1

I hereby certify that, before filing this motion, defense counsel attempted in good faith to confer with the government to resolve or narrow the issues.

                                            /s/ Michael Kendall
                                            Michael Kendall

## CERTIFICATE OF SERVICE

I hereby certify that the above document is being filed on the date appearing in the header through the ECF system, which will send true copies to the attorneys of record.

                                            /s/ Michael Kendall
                                            Michael Kendall