# EXHIBIT 2

| | |
|---|---|
| From: | @menloschool.org> |
| To: | ; Wilson ; |
| Sent: | 12/4/2013 10:36:06 AM |
| Subject: | CCS Senior All-Star Game! |

Dear ▮, ▮, & ▮,

At last night's CCS Coaches meeting, you three were selected for the CCS All Star Game on the Division II Team.

The game is at Gunn High School at 11:30 and you should arrive by 10:30.  ▮, I know you're likely still out this week so no pressure: I wanted to let you know, regardless.

Congrats, you three: it was fun listening to coaches talk about you last night.  I hope you have a little fun at this game.

Looking forward, there is a CCS/NCS All Star Game on the 14th at SHP at 10:00--the CCS team will be selected from this Saturday's game and announced then.

See you Saturday.

Best,
▮

USAO-VB-01597383