# EXHIBIT 4

| | |
|---|---|
| From: | Pat Haden </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4DF3787A33B14662B16CB977D37D9C9E-SCDV6DW2> |
| To: | Donna Heinel |
| Sent: | 7/4/2015 1:49:28 PM |
| Subject: | Re: College information follow-up |

He funds an AAU team. I am being careful with him but he already helps some kids we are working with but didn't know he was involved. Due some homework.
Happy 4th!!

Sent from my iPhone

On Jul 4, 2015, at 10:34 AM, Donna Heinel <dheinel@usc.edu> wrote:

I think Rick was a guy that counseled a person to approach Jovan for admissions as walk-on. Told jovan he would give him 150,000. Not sure though. Who is the basketball player?

Sent from my iPhone

On Jul 4, 2015, at 10:23 AM, Pat Haden <pchad@usc.edu> wrote:

I have no idea. Do you know him? Have one red flag up but that is for basketball.

**From:** Donna Heinel
**Sent:** Saturday, July 04, 2015 8:50 AM
**To:** Pat Haden
**Subject:** Re: College information follow-up

Just a question..... Is Rick Singer is good graces with Max and Al Checcio? Is Rick seen as an asset to the University?

Sent from my iPhone

On Jul 4, 2015, at 6:55 AM, Pat Haden <pchad@usc.edu> wrote:

Happy 4th!
This woman was denied and she may have lost an appeal. Any ideas?

**From:** Rick Singer [mailto:rickwsinger@gmail.com]
**Sent:** Friday, July 03, 2015 9:53 AM
**To:** Pat Haden
**Subject:** Fwd: College information follow-up

Pat see attached for ▓▓▓▓▓▓▓. Trying to get her final transcript. Thank you.
---------- Forwarded message ----------
From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Date: Fri, Jul 3, 2015 at 9:50 AM
Subject: RE: College information follow-up
To: Rick Singer <rickwsinger@gmail.com>
Cc:

Attached, thank you again,

This email contains proprietary and confidential material for the sole use of the intended recipient. Any review, use, distribution or disclosure by others without the permission of the sender is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message

**From:** Rick Singer [mailto:rickwsinger@gmail.com]
**Sent:** Friday, July 3, 2015 11:24 AM

**To:**
**Subject:** Re: College information follow-up

Can you send me a pdf of the transcript and test scores asap for USC

On Thu, Jun 18, 2015 at 10:18 PM, Rick Singer <rickwsinger@gmail.com> wrote:
Decision coming soon from USC

Sent from my iPhone

On Jun 18, 2015, at 10:07 PM, ____ wrote:

Checking in to see if there is any update? Thanks again so much,

This email contains proprietary and confidential material for the sole use of the intended recipient. Any review, use, distribution or disclosure by others without the permission of the sender is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message

**From:** Rick Singer [mailto:rickwsinger@gmail.com]
**Sent:** Friday, June 12, 2015 12:50 AM
**To:**
**Subject:** Re: College information follow-up

Met with USC folks- we may get help. Still interested?

On Mon, Jun 8, 2015 at 6:23 PM, ____ wrote:
Ok understood, what would I be looking at min per year to contribute $? Thanks again for the support,

This email contains proprietary and confidential material for the sole use of the intended recipient. Any review, use, distribution or disclosure by others without the permission of the sender is strictly prohibited. If you are not the intended

recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message

**From:** Rick Singer [mailto:rickwsinger@gmail.com]
**Sent:** Sunday, June 7, 2015 2:04 PM
**To:**
**Subject:** Re: College information follow-up

Since it is so late the powers to be would only like financial contributions. To get folks engaged by what you could provide outside money needs to be done 6-12 months before applying.

On Sun, Jun 7, 2015 at 8:45 AM,                                                                                                   > wrote:
Got it – what kind of anti are you talking though???  Any value in supporting them in the interns, medical and wellness center we operate sharing practices with them on this, speaking, healthy eating???  Thx

This email contains proprietary and confidential material for the sole use of the intended recipient.  Any review, use, distribution or disclosure by others without the permission of the sender is strictly prohibited.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message

**From:** Rick Singer [mailto:rickwsinger@gmail.com]
**Sent:** Saturday, June 6, 2015 11:15 AM
**To:**
**Subject:** Re: College information follow-up

Anti up

Sent from my iPhone

On Jun 6, 2015, at 7:36 AM,                                                                                         > wrote:

Any ideas to move her to the top there at Vandy?  Thx again

This email contains proprietary and confidential material for the sole use of the intended recipient.  Any review, use, distribution or disclosure by others without the permission of the sender is strictly prohibited.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message

**From:** Rick Singer [mailto:rickwsinger@gmail.com]
**Sent:** Wednesday, June 3, 2015 7:48 PM
**To:**
**Subject:** Re: College information follow-up

waitlist has been purged already for 4 kids. Waiting to see if there fall out. She is in top 15 left out of 141 left. She was 102.

On Wed, Jun 3, 2015 at 5:42 PM,                                                                                           > wrote:
Thanks anything with Vanderbilt that is one of her absolute tops?  Thx again

This email contains proprietary and confidential material for the sole use of the intended recipient. Any review, use, distribution or disclosure by others without the permission of the sender is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message

**From:** Rick Singer [mailto:rickwsinger@gmail.com]
**Sent:** Tuesday, June 2, 2015 5:16 PM
**To:** ▮
**Subject:** Re: College information follow-up

I am meeting with the President and staff June 11th for breakfast.

On Tue, Jun 2, 2015 at 2:34 PM, ▮ wrote:
Dear Rick – haven't heard anything back from you so just wanted to reach out and touch base to see if you have what you need and any updates? Many thanks, ▮

This email contains proprietary and confidential material for the sole use of the intended recipient. Any review, use, distribution or disclosure by others without the permission of the sender is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message

**From:** ▮
**Sent:** Monday, May 25, 2015 11:11 AM
**To:** Rick Singer (rickwsinger@gmail.com)
**Cc:** ▮
**Subject:** College information follow-up

Dear Rick, here is the information you asked for.

▮

We discussed the option to enter USC in the Spring and prefer focusing on a fall entrance.

Please let me know if I can provide anything additional. Thank you again very much and look forward to what you learn.

All the best, ▮

This email contains proprietary and confidential material for the sole use of the intended recipient. Any review, use, distribution or disclosure by others without the permission of the sender is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message

<████████ 2015 final SAS transcript.pdf>
<████████████ 2014 Oct ACT Score Report.pdf>

USAO-VB-01217374