# EXHIBIT 5

Message

| | |
|---|---|
| **From**: | rick.singer@comcast.net [rick.singer@comcast.net] |
| **Sent**: | 12/10/2007 2:06:02 PM |
| **To**: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Subject**: | Re: USC |

If you provide a check I could deliver directly to Jovan on Weds if that is possible?
Sent via BlackBerry by AT&T

-----Original Message-----
From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Date: Mon, 10 Dec 2007 13:35:22
To:"Rick Singer" <rick.singer@comcast.net>
Subject: RE: USC


I can give you a check or mail it to him, your call
-----Original Message-----
From: Rick Singer [mailto:rick.singer@comcast.net]
Sent: Monday, December 10, 2007 11:00 AM
To: ▓▓▓▓▓▓▓▓▓
Subject: RE: USC


I am now confused which I probably did to myself. Bottom line is ▓▓▓▓ is in. Some folks want another letter prior to the final acceptance coming because they were not offered a letter of intent. Sorry for the confusion. I will have a gift letter provided to you with the appropriate information i.e. tax id etc … How would you like me to deliver the donation to Jovan.


Rick W. Singer
The Singer Group
(916) 489-8802 (o)
(916) 384-8802 (c)
www.thesingergrp.com
-----Original Message-----
From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Sent: Monday, December 10, 2007 10:52 AM
To: Rick Singer
Subject: RE: USC


I thought the conditional acceptance was conditional on a check which is not a letter I want
-----Original Message-----
From: Rick Singer [mailto:rick.singer@comcast.net]
Sent: Monday, December 10, 2007 10:36 AM
To: ▓▓▓▓▓▓▓▓▓
Subject: RE: USC
▓▓▓▓ has been admitted conditionally then both are bound by the Letter of Intent. Admissions has not sent any official notifications to any athlete or student. Everyone who has been conditionally admitted must still finish their classes in good standing and graduate from HS. I will have a letter provided to you for the gift and the conditional admittance if needed.

Your thoughts?


Rick W. Singer
The Singer Group
(916) 489-8802 (o)
(916) 384-8802 (c)
www.thesingergrp.com
-----Original Message-----
From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Sent: Monday, December 10, 2007 10:32 AM
To: Rick Singer
Subject: RE: USC

Am ok proceeding and getting the year end tax break.

My sense is ▮ is done, so do we need a conditional acceptance?
-----Original Message-----
From: Rick Singer [mailto:rick.singer@comcast.net]
Sent: Monday, December 10, 2007 10:31 AM
To: ▮
Subject: USC

▮ I will be meeting with Jovan (USC Water Polo) on Wednesday morning to provide him a check from another family. He will be providing me a letter of the gift for tax purposes and a confirmation of conditional admission. Are we going to do the same for your gift on behalf of ▮'s admission or do you want to wait?

Rick W. Singer
The Singer Group
(916) 489-8802 (o)
(916) 384-8802 (c)
www.thesingergrp.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute, alter or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmissions cannot be guaranteed to be secure or without error as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender, therefore, does not accept liability for any errors or omissions in the contents of this message which arise during or as a result of e-mail transmission. If verification is required, please request a hard-copy version. This message is provided for information purposes and should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments in any jurisdiction.This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute, alter or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmissions cannot be guaranteed to be secure or without error as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender, therefore, does not accept liability for any errors or omissions in the contents of this message which arise during or as a result of e-mail transmission. If verification is required, please request a hard-copy version. This message is provided for information purposes and should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments in any jurisdiction.This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute, alter or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmissions cannot be guaranteed to be secure or without error as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender, therefore, does not accept liability for any errors or omissions in the contents of this message which arise during or as a result of e-mail transmission. If verification is required, please request a hard-copy version. This message is provided for information purposes and should not be construed as a solicitation or offer to buy or sell any securities or related financial instruments in any jurisdiction.