# EXHIBIT 7

**TROJAN ATHLETIC FUND**

USC Department of Athletics
3501 Watt Way, HER 203A
Los Angeles, CA 90089-0602
213-740-4155
Fax 213-740-1306
trojanathleticfund.com

July 28, 2014

John ▮ Wilson
▮
▮

Dear John ▮,

Thank you for your generous gift to USC Athletics Men's Water Polo in the amount of $100,000. Maintaining state-of-the-art facilities is an essential part of USC's commitment to excellence. Through your contribution, you are helping the University achieve this important goal.

On behalf of the young student-athletes that will benefit from your anonymous gift, thank you.

Fight On!

*[signature]*

Ron Orr
Associate Athletic Director

cc:   Jovan Vavic