# EXHIBIT 8

 **USC University of Southern California**

C. L. MAX NIKIAS
*President*

*Robert C. Packard President's Chair*

*Malcolm R. Currie Chair in Technology and the Humanities*

August 26, 2014

Dear ▮ John,

You stand among the university's most loyal and close followers, and today I would like to invite you to join a special community of supporters, which we refer to as the **USC Ambassadors**. Over the course of the academic year, I communicate regularly with this important group regarding issues and events on the USC campuses. In return, I welcome your feedback and insights, which will help my senior leadership team and me as we make decisions regarding USC's future.

Being an Ambassador doesn't require meetings or any other time commitment on your part. It's simply a way for me to keep you informed about the exciting developments taking place at USC.

I want to thank you warmly for serving as a USC Ambassador. You have a special role at the university, and everyone here truly appreciates your continued support.

Yours truly,

Max

C. L. Max Nikias
President

Mr. and Mrs. John Wilson
▮
▮

University of Southern California
Los Angeles, California 90089-0012 · Tel: 213 740 2111 · Fax: 213 821 1342