# EXHIBIT 9

| | |
|---|---|
| **Message** | |
| From: | Steve Lopes [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=94B8259188E44B9784A4483DE5E63B88-SCKN5TX6] |
| Sent: | 7/21/2014 06:17:32 PM |
| To: | Becky Gramstrup [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a7f84d2c9054420bb01378352f2eac78-scmb2zh9] |
| CC: | Christopher Rael [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5abe9aa6cc6e45f08cdd1c52421734cd-scdg8gr3] |
| Subject: | Re: [redacted] / waterpolo player |

Thanks

It will remain anonymous from our end.

Sent from my iPhone

On Jul 21, 2014, at 10:22 AM, "Becky Gramstrup" <gramstru@usc.edu> wrote:

> FYI
>
> PS — please note that (per Vavic) the family was very concerned it was going to be made public and they really wanted to keep it anonymous.
>
> Thanks so much.
>
> Fight On!
> Becky Gramstrup, Development Asst.
> gramstru@usc.edu
> 213-740-6563 P  213-740-1306 F
> UNIVERSITY OF SOUTHERN CALIFORNIA
> Athletic Development
> 3501 Watt Way 203B
> Los Angeles, CA 90089-0602
> <image001.jpg>
>
> Stay Connected With USC Athletics
> <image002.png><image003.png><image004.png><image005.png>
>
> ---
>
> **From:** Alex Garfio
> **Sent:** Monday, July 21, 2014 9:12 AM
> **To:** Becky Gramstrup
> **Cc:** Ron Orr
> **Subject:** RE: [redacted] / waterpolo player
>
> Hi Becky,
>
> Sorry for the delay as I just got back in the office.
>
> His parents' names are John and [redacted] Wilson.  Address is [redacted], [redacted] and John's number is [redacted].
>
> Let me know if you need more info.
>
> Alex

FOIA Confidential Treatment Requested

USC-00008464

VB-RECORDS-00124795

**From:** Becky Gramstrup
**Sent:** Thursday, July 17, 2014 2:28 PM
**To:** Alex Garfio
**Cc:** Ron Orr
**Subject:** ▅▅▅▅▅▅ / waterpolo player

Good afternoon Alex,

I hope you had a great vacation!

Ron is trying to locate the information on an incoming freshman from Menlo Park – ▅▅▅ Wilson is going to play on water polo team. Jovan suggested I contact you to get his information (parents name and address).

▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅ is his email.

When you could, we would greatly appreciate a reply asap. Thanks so much.

Fight On!
Becky Gramstrup, Development Asst.
gramstru@usc.edu
213-740-6563 P  213-740-1306 F
UNIVERSITY OF SOUTHERN CALIFORNIA
Athletic Development
3501 Watt Way 203B
Los Angeles, CA 90089-0602
<image001.jpg>

**Stay Connected With USC Athletics**
<image002.png><image003.png><image004.png><image005.png>