# EXHIBIT 10

Message

**From:**
**Sent:** 5/26/2015 03:21:09 PM
**To:** Pat Haden [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4df3787a33b14662b16cb977d37d9c9e-scdv6dw2]
**CC:** John Mckay [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=307bcbe9f2d243db8f9d6be8ed871754-sckw9mg2]; Heather Dunn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1d1ac550754e48f692a3e5e4e1226392-scfs9kt9];
**Subject:** Re: Lunch w-  and Rick Singer --- LACC

Thx Pat!

Heather -- look forward to hearing from you.

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Pat Haden
**Sent:** Monday, May 25, 2015 8:15 PM
**To:**
**Cc:** John Mckay; Heather Dunn
**Subject:** Re: Lunch w- and Rick Singer --- LACC

Heather, please arrange. Thx !

Sent from my iPhone

On May 25, 2015, at 7:56 PM, wrote:

> Greetings Pat + JK!
>
> I would like to introduce you to my friend Rick Singer. He has asked to meet you both.
>
> I am thinking a lunch at LACC in June -- if that works for you both (?)
>
> Rick is one of the top college counselors and a great guy. I have know Rick for about 5 yrs and he gave me great advice when was applying to colleges.
>
> Just for example -- Rick has worked closely with the following families :
>
> 
> John Wilson (staples)

FOIA Confidential Treatment Requested

USC-00009136
VB-RECORDS-00329207

Am aware you know many of these families ---
And for many yrs to come, Rick will continue to counsel and direct many high school kids to USC.

I think there is a real opportunity here (for USC and your athletic dept) which can best be described by Rick and me during our June lunch.

Toss out some dates that work for you both and I will coordinate / confirm w- Rick.

Looking forward to seeing you both.

Best,



Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

CONFIDENTIALITY NOTICE
This e-mail message and any attachments are only for the use of the intended recipient and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If you are not the intended recipient, any disclosure, distribution or other use of this e-mail message or attachments is prohibited. If you have received this e-mail message in error, please delete and notify the sender immediately. Thank you.