# EXHIBIT 11

| MEN'S WATER POLO | MEN'S WATER POLO | MEN'S WATER POLO | Hide Calendar |
|---|---|---|---|
| Sun., Nov 24 \| **FINAL** | Thu., Dec 5 \| **LIVE** | Sat., Dec 7 **5:00 PM PT** | All Sports |
| UCLA | Bucknell | NCAA Semifinals | |

| MEN'S WATER POLO | Roster | Schedule | News | More + |

- TICKETS
- SPORTS
- SCHEDULES
- ROSTERS
- ATHLETICS
- DONATE
- SHOP

## 2014 Men's Water Polo Roster

Wilson, Johnny

### WILSON

**HEIGHT:** 6-0
**CLASS:** Freshman
**HOMETOWN:** Atherton, Calif.
**HIGH SCHOOL:** Menlo School

**BIO**   **RELATED**   **STATS**

**THIS SEASON:** Wilson enters his first season at USC. **HIGH SCHOOL:** WIlson was an all-league first team selection as a senior out of Menlo School in Atherton, Calif.... Also named to the 2013 All-Central Coast Section Division II second team... As a junior, earned All-Daily News and All-CCS honorable mention... A member of Menlo[apos]s CCS championship team as a freshman... Played club for SoPen and Stanford WPC.
**PERSONAL:** Wilson has not decided on a major but hopes to pursue a career in international business... Parents are John and ■■■■ .. Has two sisters, ■■■■■■■■■■■■.. His father John played football at RPI... Enjoys hanging out with friends, playing video games, going to the beach and sailing in his free time... Lists David Ortiz as his biggest sports hero... Has always wanted to try heliskiing... Hopes to travel to Australia, Thailand and the Maldives... Born ■■■■■■■.



### TROJAN TICKER

Search USCTrojans.com

- Rakocevic Named To Oscar Robertson Trophy Watch List
- Trojans Travel to Utah for Diving Invitational
- USC To Face TCU Friday In Dickies Arena Opener