# EXHIBIT 12

Message

**From:** ▮
**Sent:** 1/12/2015 10:25:56 PM
**To:** Jovan Vavic [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=db49746271f843f4a74aba6ff5ed2529-scxk5qh3]

Hello Jovan,

I hope that you had a great break and wonderful holiday season. I wanted to thank you and illustrate how profoundly appreciative I am for the incredible opportunity you have given me here at USC as an individual member on the team as well as a student at this school. Unfortunately this was a much bigger commitment than I had planned on making and despite my best efforts, my grades reflected my inability to balance my academic and athletic life. Along with my academic struggles, I am also still very conscientious about my situation regarding my head. While water polo has gotten me very far in my life and always played a major role, I must start considering being more careful with my head. I already have 3 diagnosed concussions and with a very likely fourth concussion looming in the near future I must start considering my future. Because my body is already starting to burn out from water polo, I need to make sure the same doesn't happen with my head. I will need to use my brain for the next 70 years and for this reason I need to be focusing more on my academic life and my future over water polo. For these reasons, I will not be playing water polo this semester and will be focusing on my academic life and my future career in the business world.

Thank you,

▮