# EXHIBIT 14

## Notes (185)

| # | Time | Note | Deleted |
|---|------|------|---------|
| 1 | **Created:** 10/4/2018 23:56(UTC-4) <br> **Modified:** 10/4/2018 23:56(UTC-4) | **Title:** New Note <br> **Source:** Notes <br> **Body:** | Yes |
| 2 | **Created:** 10/1/2018 12:27(UTC-4) <br> **Modified:** 10/4/2018 22:29(UTC-4) | **Title:** Sept 29 <br> **Summary:** Call with John Wilson about the side door plus intro to his friend about helping at Brown for 2019 <br> **Source:** Notes <br> **Body:** Sept 29 <br><br> Call with John Wilson about the side door plus intro to his friend about helping at Brown for 2019 <br><br> Oct 1 <br><br> Called Laura - update on weekend text and call with John Wilson on side door <br><br> Called Michelle Janavs confirmed Isabel going through subco and 50k payment made once she gets her initial letter of acceptance and the rest of the process <br><br> Requested expenses from Oct 1 till Oct 4 for Eric Rosen and went to get a copy of cashier check to Niki Williams <br><br> Called ▮▮▮▮▮▮ - explained USC acceptance and 50k payment once conditional Letter sent <br><br> Oct 2 <br><br> ==Loud and abrasive call with agents. They continue to ask me to tell a fib and not restate what I told my clients as to where their money was going -to the program not the coach and that it was a donation and they want it to be a payment.== <br> ==I asked for a script if they want me to ask questions and retrieve responses that are not accurate to the way I should be asking the questions. Essentially they are asking me to bend the truth which is what they asked me not to do when working with the agents and Eric Rosen.== <br><br> ==Liz raised her voice to me like she did in the hotel room about agreeing with her that everyone Bribed the schools. This time about asking each person to agree to a lie I was telling them.== <br><br> Spoke to ▮▮▮▮▮ which is a referral from Gordon Caplon. They want to nail Gordon at all costs. ▮▮▮ told me his daughter is a good runner 19 minute 3 mile good enough for recruited walk on or walk on to Wash U and Cornell. Explained the side door but very late and I probably could not do it at this stage. <br><br> The agents told me to get him to take another school I had a relationship just to entrap him despite him never asking for any other school. <br><br> When I told them Gordon texted me that ▮▮▮ did not get extended time and the reasons why they still wanted me to ask him for a payment to take the SAT through WHCP even when he was not approved just to nail him. I said that is ludicrous as he will not entertain because she was not approved. <br><br> Spoke with John Vandemoor Stanford Sailing- explained ▮▮▮'s out but I would provide 100-200k to him as requested by the agents instead of the program as I would say normally and reiterated that I have him 500k for ▮▮. <br><br> Spoke to Igor and confirmed receipt of Subject Tests and followed agents request to confirm Mark's time to show up- where he finishes the test- where Igor would be and the 10k payment to Igor and addressed to WHCP <br><br> Spoke to Agustin- he wanted to know I was backing ▮▮▮▮ as hard as anyone else. I confirmed I spoke to Donna Heinel and ▮▮▮▮ will be admitted ▮▮▮ 2nd week of Nov- spoke about the fake photo I put on her profile. <br><br> Spoke to Donna Heinel about ▮▮▮ and ▮▮▮ going through Subco on Thursday which is now tomorrow- asked about ▮▮▮ and she said by 2nd week of Nov. also as requested by agents asked her to put detail on her 20k invoices being sent to the foundation <br><br> Oct 3 <br><br> Call with ▮▮ and ▮ - told not to call Donna Heinel till Friday. Asked to wire 300k to Bank America in Boston so I can pay John Vandemoor 100k on Friday and Igor and WHCP 10k based on my calls from Oct 2. <br><br> They want me to call Gordon again but I rebuffed that since he and his daughter ▮▮▮ is out of the testing scam. <br><br> Told ▮▮▮ and ▮ - ▮▮▮▮▮▮ would call me at 3:10. FBI wants me to offer other schools if he asks despite there not being a chance at this time <br><br> Spoke to ▮▮▮▮▮▮ - either Cornell or Wash U are top choices- I explained what I can do at this point including side door and maybe other schools <br><br> Oct 4 <br><br> Call with the agents. Discussed my in person wire with ▮▮▮▮▮'s. <br><br> Went to the bank to wire 300k - routing number wrong but called agents to get the right one. <br><br> Recorded ▮▮▮▮'s or I hope it recorded - dad ▮▮▮ and I spoke after volatile session with ▮▮▮▮. Went back over process with SC and paying 50k to Donna and Women's Athletic sand other 200 for the Program after final letter. <br><br> He balked and is going to go forward with schools ▮▮▮▮ can start at or play for right now- TCU, SMU, Santa Clara LMU USD etc... dad ▮▮▮ thinks ▮▮▮▮ may get in on his own to USC since parents legacy and new test score if he gets 33+ <br><br> Asked for start time of 9:30-10 since I am flying overnight to work out since I am taking the last flight to SFO. But. O they balked | |

5361

| | | | |
|---|---|---|---|
| 11 | Created:<br>1/30/2019<br>22:26(UTC-5)<br>Modified:<br>1/30/2019<br>22:39(UTC-5) | **Title:** Peter Sartorio In 2014total 15k did not work with them in 2014 - shows…<br>**Summary:** up twice<br>**Source:** Notes<br>**Body:** Peter Sartorio In 2014total 15k did not work with them in 2014 - shows up twice<br><br>Manuel Henriquez 15k twice why<br><br>▮▮▮▮▮ paid for help guidance off waitlist<br><br>▮▮▮▮▮ just help with younger daughter pulling out of regular school Laurel Springs<br><br>Sidoo investment 99,990 twice<br><br>▮▮▮ 75 in and 72,350 taken out??<br><br>==John Wilson 20k nothing to do with USC plus donation to USC program for real polo player==<br>Joey chen twice on list<br><br>▮▮▮▮ 50k never went or got into Gtown - why 50 should be 300k<br><br>▮▮▮▮ 50k no testing or college bribe<br><br>▮▮▮ water polo player to USC polo<br><br>▮▮▮ 250k Gtown manager great grades scores 2.5 years manageraaaw | |
| 12 | Created:<br>1/30/2019<br>18:30(UTC-5)<br>Modified:<br>1/30/2019<br>18:30(UTC-5) | **Title:** New Note<br>**Source:** Notes<br>**Body:** | Yes |
| 13 | Created:<br>1/30/2019<br>10:58(UTC-5)<br>Modified:<br>1/30/2019<br>18:31(UTC-5) | **Title:** North Shore Aquatic 901 north shore dr NE St Petersburg 727-893-7727…<br>**Summary:** M—F 9-4pm Sat 10-4 Sun 1-4<br>**Source:** Notes<br>**Body:** North Shore Aquatic 901 north shore dr NE St Petersburg 727-893-7727 M—F 9-4pm Sat 10-4 Sun 1-4<br><br>Palm Harbor - sawgrass trails at Lowe's city | |
| 14 | Created:<br>1/30/2019<br>10:19(UTC-5)<br>Modified:<br>1/30/2019<br>10:20(UTC-5) | **Title:** ▮▮▮▮▮<br>**Summary:** ▮▮▮▮▮<br>**Source:** Notes<br>**Body:** ▮▮▮▮▮ | |
| 15 | Created:<br>1/29/2019<br>14:47(UTC-5)<br>Modified:<br>1/29/2019<br>14:49(UTC-5) | **Title:** Clearwater<br>**Summary:** St Petersburg<br>**Source:** Notes<br>**Body:** Clearwater<br><br>St Petersburg<br><br>▮▮▮ -close to downtown | |
| 16 | Created:<br>1/29/2019<br>14:45(UTC-5)<br>Modified:<br>1/29/2019<br>15:01(UTC-5) | **Title:** Grafton hotel<br>**Summary:** Delta in at 9:15am from Tampa<br>**Source:** Notes<br>**Body:** Grafton hotel<br>Delta in at 9:15am from Tampa<br>Monday 10:30yuu | |
| 17 | Created:<br>1/27/2019<br>23:44(UTC-5)<br>Modified:<br>1/27/2019<br>23:59(UTC-5) | **Title:** Episcopal Amber Jax - 27 min 202 west to 95<br>**Summary:** Jacksonville Country Day 22 minutes 202 west to 295 south<br>**Source:** Notes<br>**Body:** Episcopal Amber Jax - 27 min 202 west to 95<br><br>Jacksonville Country Day 22 minutes 202 west to 295 south<br><br>Cecil Field Aquatic Center- 13611 Normandy blvd 904-255-4272<br><br>Episcopal School Jacksonville - Semmes Aquatic Center | |
| 18 | Created:<br>1/23/2019<br>01:06(UTC-5)<br>Modified:<br>1/23/2019<br>01:07(UTC-5) | **Title:** Bio Tech Pro<br>**Source:** Notes<br>**Body:** Bio Tech Pro | |
| 19 | Created:<br>1/22/2019<br>00:17(UTC-5)<br>Modified:<br>1/22/2019<br>00:17(UTC-5) | **Title:** Netflix Same Kind of Difference<br>**Source:** Notes<br>**Body:** Netflix Same Kind of Difference | |
| 20 | Created:<br>1/17/2019<br>12:39(UTC-5)<br>Modified:<br>1/17/2019<br>12:41(UTC-5) | **Title:** 1400 east 6th street<br>**Body:** 1400 east 6th street | |
| 21 | Created:<br>1/16/2019<br>23:45(UTC-5)<br>Modified:<br>1/16/2019<br>23:52(UTC-5) | **Title:** You found the light in me I could not find<br>**Body:** You found the light in me I could not find<br><br>It is buried in my soul | |