# EXHIBIT 15

1  **Call Date:**  2018-09-29

2  **Call Duration:**  13:40

3  **Call Begin [    ] Call End [    ]**

4  **Call Participants:**

5      Rick Singer

6      John Wilson

7  **File Name:**  9163848802 2018-09-29 15-24-23 09249-001

8  **Bates No.:**

9

10 [00:00:00]

11 WILSON:    Hey, Rick.  How ya doin'?

12 SINGER:    Hey, John.  How are ya?

13 WILSON:    Good.  You feelin' better?

14 SINGER:    Lot better.

15 WILSON:    Oh, (overlapping dialogue; inaudible).

16 SINGER:    You good?  You been out of town?

17 WILSON:    Yeah, I've been out of town.  Been traveling.  I'm

18         goin' to Europe next week, so it'll be easier to connect

19         this week, so...

20 SINGER:    OK, cool.  So the girls --

21 WILSON:    So, yeah --

22 SINGER:    -- were great.

23 WILSON:    Cool.  I, I still didn't get a c-- a f-- a full

24         debrief from 'em, but talked to ▮▮▮▮▮▮▮▮  They, um,

```
 1         level you are, but she can con-- you know, you're gonna

 2         get a benefit, [00:04:00] and the family's gonna get

 3         benefit.  So are you will-- are you interested in doing

 4         that?"

 5   WILSON:   Yeah. OK. And just -- but -- and what's the other

 6         side?  If it's not a sport, what is it?  Is there any

 7         other side doors in --

 8   SINGER:   Then I have to go to -- then I have to go to

 9         department chairs, and, and, and get... Some schools

10         have a VIP list at the department chair level, so we

11         could go that route, and then you can help their

12         (inaudible) -- their, their program.  It just depends on

13         which school you want to go to.

14   WILSON:   OK, you know, I have this friend -- you know, one of

15         the things I wanted to talk to you about, too, is I -- I

16         don't know how -- I remember last time I did this, you

17         didn't really make any money on this, on the side, this

18         stuff.  You just charge, and then you make a donation to

19         the school, and that's it?

20   SINGER:   Well, uh, so it depends in different ways.  So

21         what's happened in the grown-up world of my world now,

22         compared to when, you know, we did [redacted], was that

23         essentially now the money goes into my foundation, as a

24         donation, (overlapping dialogue; inaudible) --
```

1   WILSON:    Oh, to your foundation, not to the schools.

2   SINGER:    Yeah, then that way the kids don't know it happens,

3              right?

4   WILSON:    Yeah.

5   SINGER:    So -- and then the other part [00:05:00] of that is

6              they don't chase you all the time for money.  'Cause once

7              you -- you know, once you're -- they know you gave money,

8              that's a different story.  And then what I can -- what

9              I'll do is I'll split the money potentially to the coach

10             or other pl-- parties that are out that school that need

11             the money, right?

12  WILSON:    Mm-hmm.

13  SINGER:    So...  Or it may go right to the coach, um, that's

14             helping us.  It ju-- it just depends on the school.

15  WILSON:    Right.  OK, so you don't actually get credit for a

16             donation to the school, or get hounded for that.  You

17             get, uh --

18  SINGER:    (overlapping dialogue; inaudible)

19  WILSON:    -- your donation to you, or your foundation, the Key

20             or whatever --

21  SINGER:    Right, and you get --

22  WILSON:    -- that, uh -- and --

23  SINGER:    -- your write-off, and then you do your thing.

24  WILSON:    OK.

```
1   WILSON:    Yeah.  Not so easy on liquidity, but yeah,
2              (laughter) (inaudible).  You got the installment plan?
3              (inaudible).
4   SINGER:    (inaudible).  Listen, I gotta go to an a-- another
5              appointment.  I just wanted to make sure I got back to
6              you.  I'm gonna be spending some time in Boston, because
7              I'm gonna be reading in Harvard this year, so I'll be
8              able to get together with you.
9   WILSON:    Oh, I'd love that.  That'd be great.  And I'm gonna
10             connect you -- I'll just (inaudible) -- I'll send an
11             email to you, and the guy's name is ███████, and --
12  SINGER:    OK.
13  WILSON:    -- he could become a client and do whatever, and
14             I'll let the 2 of you kinda email back and forth and
15             stuff.  He'd love to do something not known to his
16             daughter at Brown.
17  SINGER:    Got it.
18  WILSON:    (laughs) And he's got money.
19  SINGER:    I gotcha.  I gotcha.
20  WILSON:    OK.
21  SINGER:    All right.  Take care.
22  WILSON:    All right, take care.  Bye.
23  SINGER:    OK, bye-bye.
24  [00:13:40]
```