# EXHIBIT 16

1   **Call Date:**     2018-10-15

2   **Call Duration:** 11:18

3   **Call Begin [] Call End []**

4   **Call Participants:**

5       Rick Singer

6       John Wilson

7   **File Name:**    9163848802 2018-10-15 17-45-46 10126-001

8   **Bates No.:**

9

10  SINGER: [00:00] John.  How are ya?

11  WILSON: Hey, Rick.  Doin' well.  And yourself?

12  SINGER: It's ki-- you're goin' in and out.  Sorry.

13  WILSON: I got a -- I got a bad, uh, (inaudible).  It's just a

14          --

15  SINGER: Where is tha--?

16  WILSON: -- (inaudible) they got a big thunderstorm goin'

17          through.  Can you hear me better here?

18  SINGER: Yeah, I can hear you better.

19  WILSON: Uh...

20  SINGER: That's much better.

21  WILSON: Uh, you're pr-- busy these days, huh?

22  SINGER: Yeah.  We got early decision comin' up.

23  WILSON: Sh--

1   WILSON: It makes it better -- you're saying better with the
2           schools, everything, it's much better to get it --
3   SINGER: We-- uh, th-the --
4   WILSON: -- as a guarantee.
5   SINGER: -- the amount, uh, that doesn't ma-matter right now.
6           It matters you're committed.  And you putting down
7           some money, th-that I know...  John, I kn-- known you
8           for years.  So I know, when, uh, we get the girls in,
9           it's a done deal and you're gonna take care of your
10          part of it, you're gonna make the payments to the
11          schools and the -- to the coaches.  And that's what I
12          need -- that's -- tha-- so I'm not worried about that.
13  WILSON: Uh, uh, help me understand the logistics?  I thought I
14          make the payment to you and you make the payment to
15          the school.
16  SINGER: Correct.  That's correct.
17  WILSON: Oh, you said *I* make the payment to the schools.
18  SINGER: Well, no, no.
19  WILSON: You're (inaudible)...
20  SINGER: Uh, essentially, uh, it's gonna come to my
21          foundation...  That's correct.
22  WILSON: And you pay.  Uh, r-- OK.
23  SINGER: That's correct.

```
 1   WILSON: Now, um, uh, how does that actually wor--?  What if
 2           they don't actually get in?  Uh, it's not a b-- uh...
 3   SINGER: Oh, no, no, no.  Y-you don't have to [07:00] worry
 4           about it.  They're -- it's g-- it's a done deal.  And
 5           I'll know beforehand if it's gonna be done or not.
 6   WILSON: Uh...
 7   SINGER: But, uh --
 8   WILSON: When will you know --
 9   SINGER: -- see, uh --
10   WILSON: -- in the summer of next year?
11   SINGER: -- I need a score.  See?  That's why I need their
12           grades and scores.  And that's wh--
13   WILSON: Yeah.  They get PSATs.  And they just took the PSATs.
14   SINGER: Correct.  And then I need the real scores.  That would
15           be -- that's gonna -- that's gonna be able to tell me
16           how easy it is to -- to flow it through or no-- and
17           I'm hopefu-- both girls get the same or something
18           similar to each other.
19   WILSON: They've gotten pretty similar scores all along, plus
20           and minus math and English, that kinda stuff.
21   SINGER: Right.
22   WILSON: Yeah.
23   SINGER: Right.
```

1   WILSON: As long as, you know, like you can -- 1300 or so, is
2           that OK --
3   SINGER: Correct.
4   WILSON: -- is it --
5   SINGER: Yes.  Yeah.
6   WILSON: -- 1300 plus?  OK.
7   SINGER: Yeah.
8   WILSON: Now, do you ha-- when you say you need to know, we
9           have to actually have picked a school by when too,
10          that it's -- OK, it's 2 to Stanford, 2 at Harvard, or
11          1 in each --
12  SINGER: Well, uh, late --
13  WILSON: -- 1 in USC, or...?
14  SINGER: -- so I need that late spring.
15  WILSON: So late spring only.  OK.
16  SINGER: Right.  And you guys are gonna visit the schools by
17          then.  You'll have so much fun, uh.
18  WILSON: Yeah, yeah.  They're g-- they haven't gone to these
19          place-- they've been to some of them.
20  SINGER: Correct.
21  WILSON: But they didn't go to them, look at 'em.  Uh, does it
22          matter if they go to them and look at the -- an-and
23          have this whole tour, with the [08:00] school knowing,
24          or just go and look at themselves?