# EXHIBIT 17

1  **Call Date:**     11/05/2018

2  **Call Duration:** 09:12

3  **Call Begin [] Call End []**

4  **Call Participants:**

5       Rick Singer

6       John

7  **File Name:**     9163848802 2018-11-05 21-33-16 11187-001

8  **Bates No.:**

9

10 JOHN:     [00:00] Hey, Rick, how are you?

11 SINGER:   John, where are you at?

12 JOHN:     I'm in Texas.  I'm in Dallas heading back to Houston

13           tonight.  Had a big dinner meeting here with another

14           client.

15 SINGER:   OK.

16 JOHN:     Flying back.  I'm back in the US.  I came in from,

17           uh, Saudi Arabia was last week.

18 SINGER:   And how was it?

19 JOHN:     Uh, interesting.  It's -- a lots different.  You

20           know, things are, you know...  Have you been to Saudi

21           Arabia before?  It's -- it's pretty dry and stiff.  You

22           know, both no liquor and not a lot of fun.  But it's even

23           a bit more somber these days with the whole Khashoggi

1   SINGER:    Yeah, because the UCs are due November 30th.  USC is
2              due November 30th, all that.  So -- but let me give you an
3              update.
4   JOHN:      OK.
5   SINGER:    So, um, we got the Stanford spot.  They want to know
6              if you want it because I have to pay the coach, um, right
7              away.  Harvard I'm working through to try to get us 1 or
8              2 spots.  It will not happen for several months before I
9              even know anything because --
10  JOHN:      Mm-hmm.
11  SINGER:    -- they are still working...  You know, the kids
12             from this year haven't even been admitted.  And then I'm
13             working on a second spot at Stanford.  So the sailing
14             spot that we have, [02:00] that we'll pay the coach, um,
15             he doesn't care if it's a sailor or not.
16  JOHN:      OK.
17  SINGER:    He doesn't care one bit.  One bit.  So it could be
18             whatever we want.  Um, but again, I got to let him know
19             if we want that.
20  JOHN:      OK. How soon is that?  What's his -- his deadline
21             because I thought we'd wait until -- not wait but we'd
22             have until like the fall or something.  Or until like the
23             spring (inaudible).
24  SINGER:    Well, not until the fall because --

```
 1           coach less and give you the million.  Because I'd like to
 2           stay around 1,500,000 to 1,700,000 overall at Stanford.
 3   JOHN:   For 2 slots you're saying?
 4   SINGER: Correct, [05:00] correct.
 5   JOHN:   Is it some other coach?  How does that work for him?
 6           Does he -- is he screwing his colleague?  Or (laughter) I
 7           don't know how that works.  He gets the lion's share and
 8           someone else gets less?
 9   SINGER: No, so what happens is -- it's like...  I'll give
10           you an example.  Like women's lacrosse is always looking
11           for help.  Women's fencing, looking for help.  This --
12           immediately they give us a spot, guaranteed spot, you --
13           we pay the coach, we get it done, and the other spot so I
14           can get 2.  That's my goal.
15   JOHN:   OK.
16   SINGER: But I'm going to -- but he wants to know where he
17           stands.  That's why I'm going to have that conversation
18           with him in the next day or so.
19   JOHN:   Right.
20   SINGER: At the same time --
21   JOHN:   (inaudible) helping (inaudible) --
22   SINGER: -- I'm working on how --
23   JOHN:   -- three-quarters of a million this year,
24           (inaudible) this year.  Period.  And that's it.  And
```

1        then, you know, the rest you have to just, you know --
2        that's it for --
3   SINGER:   Well --
4   JOHN:     -- 2 years (inaudible).
5   SINGER:   Well, that could be.  I -- I will try to get him to
6        do that.
7   JOHN:     Does he -- does he have time sensitivity on this
8        stuff or no, he doesn't really care?
9   SINGER:   He does because he wants to figure out his
10       recruiting plan.  So --
11  JOHN:     Well, they (inaudible) money.  I know (inaudible)
12       because he got slots.  [06:00] So there's 2 dimensions.
13       You've got the slot dimension, which he wants to make
14       sure he fills out and gets real competitive people for
15       the other slots.
16  SINGER:   Correct.
17  JOHN:     So then there's the -- the -- the value of money.
18       Does he care about budget this year versus next year?
19  SINGER:   No.
20  JOHN:     You mentioned --
21  SINGER:   No.  Because we've already taken care of him for
22       this year.
23  JOHN:     He had the little small immediate need of 125, not a
24       big deal.