# EXHIBIT 18

9163848802 2018-10-23 19-58-30 10531-001                    Page 1

 1  **Call Date:**  2018-10-23

 2  **Call Duration:**  4:04

 3  **Call Begin** [      ] **Call End** [      ]

 4  **Call Participants:**

 5          ██████████████

 6          Rick Singer

 7  **File Name:**  9163848802 2018-10-23 19-58-30 10531-001.wav

 8  **Bates No:**

 9

10  ████████    [00:00] Hello?

11  SINGER:      █████?

12  ████████    Hi, Rick!  How are you?

13  SINGER:   I'm fabulous.  How about yourself?

14  ████████    Good, good.  Thank you, so much.  We just walked in

15       -- I just walked into the hotel at Colgate.

16  SINGER:   Terrific.

17  ████████:  We were at Williams for 2 days --

18  SINGER:   OK.  Terrific.

19  ████████    -- and just arrived to Colgate!  Yeah!  How are you,

20       Rick?

21  SINGER:   I'm doin' great.  So I jus--

22  ████████    Good, good.

23  SINGER:   -- I just wanted to touch base with ya.  'Cause I

24       spoke to the Georgetown coach.

1    ███████ :   Yes.

2    SINGER:   And he needs the down payment as soon as possible.

3    ███████ :   OK.

4    SINGER:   Because he has some --

5    ███████    Don't worry.

6    SINGER:   -- he has some personal issues to take care of.

7    ███████ :   OK.

8    SINGER:   So he wants me to wire him the $100,000 bribe

9         essentially --

10   ███████ :   Uh...

11   SINGER:   -- as soo-soon as we can.

12   ███████    Yeah!  Well, are you -- will you be able to send me

13        the wiring instruction?  I can send it like quickly.

14   SINGER:   Yeah.  So what I'm gonna do is I'm goin' to give you

15        my broker's information now --

16   ███████ :   Uh-huh.

17   SINGER:   -- but I need -- [01:00] but, uh -- via email.  But

18        I need you to text me your email address.  'Cause that's

19        one thing I don't have, is your email address.

20   ███████ :   Sure.  Sure, sure.  And then you know what, Rick?  I

21        haven't decided whether I want to send securities.

22        Because I love my securities.  I'm emotionally attached

23        to it.  But I'll either send, uh, cash, uh, or -- or

24        securities --