UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| -against- | Criminal No. 1:19-cr-10080-NMG |
| DAVID SIDOO, ET AL, | |
| Defendant. | |

---

**NON-PARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S ASSENTED-TO MOTION TO SEAL EXHIBIT TO OPPOSITION TO DEFENDANT WILSON'S MOTION FOR LEAVE TO FILE EXHIBIT IN THE PUBLIC RECORD**

Non-Party University of Southern California ("USC") hereby respectfully moves this Honorable Court to file a two-page exhibit ("the Exhibit") to its Opposition to Defendant Wilson's Motion for Leave to File the Exhibit in the Public Record under seal. As grounds therefor, USC states that it produced the Exhibit to Defendant Wilson pursuant to the Agreed Upon Order of Confidentiality Concerning Materials Produced to Defendant Wilson (Dkt. No. 809), adopted by the Magistrate Judge (Dkt. No. 814), which requires that the Exhibit be filed under seal. Counsel for Defendant Wilson assents to this Motion.

WHEREFORE, USC respectfully requests permission to file the Exhibit under seal.

        Respectfully submitted,
        UNIVERSITY OF SOUTHERN CALIFORNIA,
        By its attorneys,


        */s/ Debra Wong Yang*
        Debra Wong Yang (Admitted *Pro Hac Vice*)
        Douglas M. Fuchs (Admitted *Pro Hac Vice*)
        GIBSON DUNN & CRUTCHER LLP
        333 South Grand Avenue
        Los Angeles, CA 90071-3197
        (213)229-7000
        dwongyang@gibsondunn.com
        dfuchs@gibsondunn.com

        */s/ Anthony E. Fuller*
        Anthony E. Fuller (BBO #633246)
        William H. Kettlewell (BBO# 270320)
        Elizabeth C. Pignatelli (BBO #677923)
        HOGAN LOVELLS US LLP
        125 High St., Suite 2010
        Boston, MA  02110
        (617) 371-1000
        anthony.fuller@hoganlovells.com
        bill.kettlewell@hoganlovells.com
        elizabeth.pignatelli@hoganlovells.com

Dated: March 31, 2020

## **COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

      Counsel conferred with counsel for Defendant Wilson who assents to USC's request to file the Exhibit under seal.


## **CERTIFICATE OF SERVICE**

      I, hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent those indicated as nonregistered participants on March 31, 2020.

        */s/ Anthony E. Fuller*
        Anthony E. Fuller