UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SIDOO et al.,<br><br>Defendants. | No. 1:19-cr-10080-NMG |

**ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANT JOHN WILSON'S MOTION FOR LEAVE TO FILE EXHIBIT TEMPORARILY UNDER SEAL, AND THEREAFTER IN THE PUBLIC RECORD (ECF NO. 989)**

Defendant John Wilson filed a short Motion seeking the Court's guidance on whether Wilson may file an Exhibit obtained from the University of Southern California (USC) in the public docket (ECF No. 989). USC responded with a six-page Opposition and three exhibits (ECF No. 998). The Opposition features misleading statements, demands unsupported by law, and false accusations. Wilson therefore seeks leave to file a short reply brief, a proposed version of which is attached. USC assents to this request.

Respectfully submitted,

John Wilson,

By his Counsel,

/s/ Michael Kendall
Michael Kendall (BBO # 544866)
Yakov Malkiel (BBO # 689137)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
yakov.malkiel@whitecase.com

Andrew E. Tomback (pro hac vice)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8428
andrew.tomback@whitecase.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above document is being filed on the date appearing in the header through the ECF system, which will send true copies to the attorneys of record.

                                          /s/ Michael Kendall
                                          Michael Kendall