# EXHIBIT 1

| | |
|---|---|
| **From:** | Donna Heinel </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2BF62813E2894234A74A0DFD90C81487-SCHV8RH5> |
| **To:** | Steve Lopes |
| **Sent:** | 9/17/2015 1:28:41 AM |
| **Subject:** | Re: Daily Contributions Report for 09/15/2015 |

We need to talk about this guy.

Sent from my iPhone

On Sep 16, 2015, at 8:07 PM, Steve Lopes <slopes@usc.edu> wrote:

Donna,

Do you know the purpose of this gift and why it was designated to Women's Volleyball?

Thanks,

Steve

**From:** Ron Orr
**Sent:** Wednesday, September 16, 2015 11:34 AM
**To:** Steve Lopes
**Subject:** FW: Daily Contributions Report for 09/15/2015

What do you know about the Rick Singer and his foundation giving $50K to Womens Volleyball?

**From:** Kristin McCormick [mailto:kristilm@usc.edu]
**Sent:** Wednesday, September 16, 2015 11:27 AM
**To:** Daily Contributions
**Subject:** Daily Contributions Report for 09/15/2015

Colleagues,

Attached, Daily Contributions report listing contributions posted into CRS on Tuesday, September 15, 2015.

Let us know of any concerns.

Thanks.

Kristin McCormick
Director of Gift Services
University Advancement
University of Southern California
1150 S. Olive Street, USC 25th Floor
Los Angeles, CA 90015
Office: (213) 740-1218
Fax: (213) 740-3078
kristilm@usc.edu



USAO-VB-01434890