UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SIDOO, *et al.*,<br><br>        Defendants. | Case No. 19-CR-10080-NMG<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' MOTION TO DISMISS COUNT ONE
INSOFAR AS IT ALLEGES CONSPIRACY TO DEFRAUD TESTING COMPANIES
OF PROPERTY AND HONEST SERVICES**

    Defendants William McGlashan, Elizabeth Kimmel, Mossimo Giannulli, Lori Loughlin, Diane Blake, Todd Blake, Gamal Abdelaziz, I-Hsin "Joey" Chen, Amy Colburn, Gregory Colburn, Marci Palatella, Robert Zangrillo, Homayoun Zadeh, and John Wilson (collectively, the "Defendants") hereby move to dismiss Count One of the Fourth Superseding Indictment ("FSI") insofar as it alleges a conspiracy to defraud college admissions testing companies of property and honest services.

    As grounds for this motion, the Defendants state that the FSI fails to allege a conspiracy to defraud testing companies, ACT, Inc. and the College Board, of any cognizable property or honest services under federal law. Test scores, as a matter of law, cannot constitute "money or property" for purposes of the mail and wire fraud statutes and the FSI fails to allege a conspiracy to defraud testing companies of any item that could constitute "money or property" under those statutes. Further, the FSI fails to allege any facts establishing that any individual allegedly bribed by the Defendants owed a fiduciary duty to the testing companies, which is an essential element of the theft of honest services. The reasons for this motion are set forth more fully in the Defendants' memorandum in support of this motion which is filed simultaneously herewith and incorporated

fully herein.

WHEREFORE, for the reasons stated in this motion and in its accompanying memorandum in support, the Defendants respectfully request that this Court dismiss Count One of the FSI insofar as it alleges conspiracy to defraud testing companies of property and honest services.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), the Defendants hereby respectfully request that the Court hear oral argument on this motion, as they believe it will assist the Court in its consideration of this motion.

Dated: April 1, 2020

Respectfully submitted,

John C. Hueston (*pro hac vice*)
jhueston@hueston.com
Marshall Camp (*pro hac vice*)
mcamp@hueston.com
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
(213) 788-4340

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO # 564879)
jpirozzolo@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304

Joan M. Loughnane (*pro hac vice*)
jloughnane@sidley.com
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY 10019
(212) 839-5567

*Attorneys for Defendant
William McGlashan, Jr.*

|  |  |
|---|---|
|  | */s/ R. Robert Popeo*<br>R. Robert Popeo (BBO # 403360)<br>Mark E. Robinson (BBO # 423080)<br>Eóin P. Beirne (BBO # 660885)<br>Cory S. Flashner (BBO # 629205)<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>(617) 348-1605 (telephone)<br>(617) 542-2241 (fax)<br>rpopeo@mintz.com<br>mrobinson@mintz.com<br>ebeirne@mintz.com<br>csflashner@mintz.com<br><br>*Attorneys for Defendant*<br>*Elisabeth Kimmel* |
| Sean M. Berkowitz (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago, IL 60611<br>Phone: 312.777.7700<br>Fax: 312.993.9767<br>sean.berkowitz@lw.com | */s/ William J. Trach*<br>William J. Trach (BBO #661401)<br>LATHAM & WATKINS LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>Phone: 617.948.6000<br>Fax: 312.993.9767<br>william.trach@lw.com |
| Perry J. Viscounty (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>650 Town Center Drive<br>20th Floor<br>Costa Mesa, CA 92626<br>Phone: 714.540.1235<br>perry.viscounty@lw.com | Roman Martinez (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004<br>Phone: 202.637.2200<br>roman.martinez@lw.com<br><br>*Attorneys for Defendants*<br>*Mossimo Giannulli and Lori Loughlin*<br><br>David C. Scheper (*pro hac vice*)<br>SCHEPER KIM & HARRIS LLP<br>601 West Fifth Street, 12th Floor<br>Los Angeles, CA 90071<br>Phone: 213.613.4655<br>Fax: 213.613.4656<br>dscheper@scheperkim.com |

*Attorney for Defendant*
*Lori Loughlin*

| | |
|---|---|
| Mark E. Beck (*pro hac vice*) | George W. Vien (BBO #547411) |
| Mark Beck Law, A Professional Corporation | Joshua N. Ruby (BBO #679113) |
| 350 West Colorado Boulevard | DONNELLY, CONROY & GELHAAR, LLP |
| Suite 200 | 260 Franklin Street, Suite 1600 |
| Pasadena, CA 91105 | Boston, MA 02110 |
| Phone: 213.596.7828 | Phone: 617.720.2880 |
| mbeck@markbecklaw.com | Fax: 617.720.3554 |
| | gwv@dcglaw.com |
| | jnr@dcglaw.com |

*Attorneys for Defendant*
*Mossimo Giannulli*

*/s/ David E. Meier*
David E. Meier (BBO #341710)
Todd & Weld LLP
One Federal Street, 27th Floor
Boston, MA  02110
(617) 720-2626
dmeier@toddweld.com

*/s/ Stephen H. Sutro*
Stephen H. Sutro, Esq.
Duane Morris, LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
(415) 957-3008
SHSutro@duanemorris.com

*Attorneys for Defendants*
*Diane Blake and Todd Blake*

| | |
|---|---|
| | */s/ Brian T. Kelly* |
| Robert Sheketoff (BBO No. 457340) | Brian T. Kelly (BBO No. 549566) |
| One McKinley Square | Joshua C. Sharp (BBO No. 681439) |
| Boston, MA 02109 | Lauren M. Maynard (BBO No. 698742) |
| 617-367-3449 | NIXON PEABODY LLP |
| | 53 State Street |
| | Boston, MA 02109 |
| | 617-345-1000 |

bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

*Attorneys for Defendant*
*Gamal Abdelaziz*

*/s/ Reuben Camper Cahn*
Reuben Camper Cahn (*pro hac vice*)
Jennifer L. Keller (*pro hac vice*)
Chase A. Scolnick (*pro hac vice*)
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Tel: (949) 476-8700
rcahn@kelleranderle.com

*Attorneys for Defendant*
*I-Hsin "Joey" Chen*

| | |
|---|---|
| | */s/ David S. Schumacher* |
| Jordan Kearney (*pro hac vice*) | David S. Schumacher (BBO #647917) |
| HOOPER, LUNDY & BOOKMAN, P.C. | HOOPER, LUNDY & BOOKMAN, P.C. |
| 575 Market Street, Suite 2300 | 470 Atlantic Avenue, Suite 1201 |
| San Francisco, CA 94105 | Boston, MA 02210 |
| (415) 875-8500 | (617) 532-2700 |
| (415) 875-8519 (fax) | (617) 345-3927 (fax) |
| jkearney@health-law.com | dschumacher@health-law.com |

Patric Hooper (*pro hac vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
(310) 551-8111
(310) 551-8181 (fax)
phooper@health-law.com

*Attorneys for Defendants*
*Amy and Gregory Colburn*

| | |
|---|---|
| | */s/ Michael K. Loucks* |
| Jack P. DiCanio (*pro hac vice*) | Michael K. Loucks (BBO #305520) |
| Allen J. Ruby (*pro hac vice*) | SKADDEN, ARPS, SLATE, MEAGHER & |
| SKADDEN, ARPS, SLATE, MEAGHER & | FLOM LLP |
| FLOM LLP | 500 Boylston Street |
| 525 University Avenue | Boston, MA 02116 |

- 5 -

Palo Alto, CA 94301
(650) 470-4500
jack.dicanio@skadden.com
allen.ruby@skadden.com

Matthew L. Schwartz (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Tel.: (212) 446-2300
Fax: (212) 446-2350
E-mail:  mlschwartz@bsfllp.com

Andrew E. Tomback (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8428
andrew.tomback@whitecase.com

(617) 573-4800
michael.loucks@skadden.com

*Attorneys for Defendant*
*Marci Palatella*

*/s/ Martin G. Weinberg*
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

*Attorneys for Defendant*
*Robert Zangrillo*

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO No. 547137)
Megan A. Siddall (BBO No. 568979)
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02110
Tel.: (617) 273-8377
Fax: (617) 273-8004
tminer@mosllp.com
msiddall@mosllp.com

*Attorneys for Defendant*
*Homayoun Zadeh*

*/s/ Michael Kendall*
Michael Kendall (BBO # 544866)
Yakov Malkiel (BBO # 689137)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
yakov.malkiel@whitecase.com

*Attorneys for Defendant*
*John Wilson*

## RULE 7.1 AND 116.3(f) CERTIFICATION

I hereby certify that I conferred with Eric Rosen, counsel for the Government, on March 30, 2020 regarding this motion, and Rosen, on behalf of the government, stated that he opposes the motion.

/s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo

## CERTIFICATE OF SERVICE

      I hereby certify that on April 1, 2020, I filed this document through the CM/ECF system and a copy will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ *Jack W. Pirozzolo*
      Jack W. Pirozzolo