UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DAVID SIDOO, *et al.*,

Defendants.

Case No. 1:19-CR-10080-NMG

**DEFENDANTS' MOTION TO SEVER PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE 12(B)(3)(D) AND 14**

The defendants hereby move to sever the claims against each of them in the Fourth Superseding Indictment (the "Indictment") from those of the other defendants pursuant to Federal Rules of Criminal Procedure 12(b)(3)(D) and 14.[1] As grounds for this motion, the defendants state that severance is necessary to mitigate unfair, substantial prejudice should any of the defendants be tried together with any of the others. Although the Court has already split the defendants into two groups for purposes of trial, the defendants submit that further severance is necessary to prevent unduly prejudicial spillover of evidence inadmissible as to all but one defendant or married couple. The defendants submit this motion consistent with the Court's directive at the February 27, 2020 status conference, but reserve the right to file further severance motions after they have completed their review of the government's ongoing, voluminous productions, and further developed their individual defenses, when they may articulate with greater clarity the additional specific trial rights that would be compromised by joint trials.

---

[1] All the defendants join in this motion.

1

Accordingly, for the reasons stated in this motion and in the accompanying memorandum in support, the defendants respectfully request that this Court sever the claims in the Indictment against each defendant and provide each defendant with an individual trial.

### **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rules 7.1(d) and 112.1, the defendants respectfully request oral argument on this motion.

DATED: April 1, 2020

Respectfully submitted,

*/s/ Eóin P. Beirne*
R. Robert Popeo (BBO # 403360)
Mark E. Robinson (BBO # 423080)
Eóin P. Beirne (BBO # 660885)
Cory S. Flashner (BBO # 629205)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1605 (telephone)
(617) 542-2241 (fax)
rpopeo@mintz.com
mrobinson@mintz.com
ebeirne@mintz.com
csflashner@mintz.com

*Counsel for Elisabeth Kimmel*

Sean M. Berkowitz (*admitted pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Phone: 312.777.7700
Fax: 312.993.9767
sean.berkowitz@lw.com

Perry J. Viscounty (*admitted pro hac vice*)
LATHAM & WATKINS LLP
650 Town Center Drive

*/s/ William J. Trach*
William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Phone: 617.948.6000
Fax: 312.993.9767
william.trach@lw.com

Roman Martinez (*admitted pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000

2

20th Floor  
Costa Mesa, CA 92626  
Phone: 714.540.1235  
perry.viscounty@lw.com  

Washington, DC 20004  
Phone: 202.637.2200  
roman.martinez@lw.com  

*Counsel for Mossimo Giannulli and Lori Loughlin*

George W. Vien (BBO #547411)  
Joshua N. Ruby (BBO #679113)  
DONNELLY, CONROY & GELHAAR, LLP  
260 Franklin Street, Suite 1600  
Boston, MA 02110  
Phone: 617.720.2880  
Fax: 617.720.3554  
gwv@dcglaw.com  
jnr@dcglaw.com  

Mark E. Beck (*admitted pro hac vice*)  
Mark Beck Law, A Professional Corporation  
350 West Colorado Boulevard  
Suite 200  
Pasadena, CA 91105  
Phone: 213.596.7828  
mbeck@markbecklaw.com  

*Counsel for Mossimo Giannulli*

/s/ Brian T. Kelly  
Brian T. Kelly (BBO No. 549566)  
Joshua C. Sharp (BBO No. 681439)  
Lauren M. Maynard (BBO No. 698742)  
NIXON PEABODY LLP  
53 State Street  
Boston, MA 02109  
617-345-1000  
bkelly@nixonpeabody.com  
jsharp@nixonpeabody.com  
lmaynard@nixonpeabody.com  

Robert Sheketoff (BBO No. 457340)  
One McKinley Square  
Boston, MA 02109  
617-367-3449  

*Counsel for Gamal Abdelaziz*

David C. Scheper (*admitted pro hac vice*)  
SCHEPER KIM & HARRIS LLP  
601 West Fifth Street, 12th Floor  
Los Angeles, CA 90071  
Phone: 213.613.4655  
Fax: 213.613.4656  
dscheper@scheperkim.com  

*Counsel for Lori Loughlin*

/s/ David E. Meier  
David E. Meier (BBO #341710)  
Todd & Weld LLP  
One Federal Street, 27th Floor  
Boston, MA  02110  
(617) 720-2626  
dmeier@toddweld.com  

/s/ Stephen H. Sutro  
Stephen H. Sutro, Esq.  
Duane Morris, LLP  
Spear Tower  
One Market Plaza, Suite 2200  
San Francisco, CA  94105-1127  
(415) 957-3008  
SHSutro@duanemorris.com  

*Counsel for Diane Blake and Todd Blake*

/s/ Reuben Camper Cahn  
Reuben Camper Cahn *(pro hac vice)*  
Jennifer L. Keller *(pro hac vice)*  
Chase A. Scolnick *(pro hac vice)*  
KELLER/ANDERLE LLP  
18300 Von Karman Avenue, Suite 930  
Irvine, CA 92612  
Tel: (949) 476-8700  
rcahn@kelleranderle.com  

*Counsel for I-Hsen "Joey" Chen*

3

*/s/ David S. Schumacher*
David S. Schumacher (BBO #647917)
HOOPER, LUNDY & BOOKMAN, P.C.
470 Atlantic Avenue, Suite 1201
Boston, MA 02210
(617) 532-2700
(617) 345-3927 (fax)
dschumacher@health-law.com

Patric Hooper (*pro hac vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
(310) 551-8111
(310) 551-8181 (fax)
phooper@health-law.com

Jordan Kearney (*pro hac vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
575 Market Street, Suite 2300
San Francisco, CA 94105
(415) 875-8500
(415) 875-8519 (fax)
jkearney@health-law.com

*Counsel for Amy and Gregory Colburn*

*/s/ Jack W. Pirozzolo*
Jack W. Pirozzolo (BBO # 564879)
jpirozzolo@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304

John C. Hueston (*pro hac vice*)
jhueston@hueston.com
Marshall Camp (*pro hac vice*)
mcamp@hueston.com
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
(213) 788-4340

*Counsel for William McGlashan, Jr.*

*/s/ Michael K. Loucks*
Michael K. Loucks (BBO #305520)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116
(617) 573-4800
michael.loucks@skadden.com

Jack P. DiCanio (*pro hac vice*)
Allen J. Ruby (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
(650) 470-4500
jack.dicanio@skadden.com
allen.ruby@skadden.com

*Counsel for Defendant Marci Palatella*

*/s/ Martin G. Weinberg*
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Matthew L. Schwartz (*admitted pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Tel.: (212) 446-2300
Fax: (212) 446-2350
E-mail:  mlschwartz@bsfllp.com

*Counsel for Robert Zangrillo*

*/s/ Michael Kendall*
Michael Kendall (BBO # 544866)
Yakov Malkiel (BBO # 689137)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310

4

| | |
|---|---|
| */s/ Tracy A. Miner* <br> Tracy A. Miner (BBO No. 547137) <br> Megan A. Siddall (BBO No. 568979) <br> Miner Orkand Siddall LLP <br> 470 Atlantic Ave, 4th Floor <br> Boston, MA 02110 <br> Tel.: (617) 273-8377 <br> Fax: (617) 273-8004 <br> tminer@mosllp.com <br> msiddall@mosllp.com <br><br> *Counsel for Homayoun Zadeh* | michael.kendall@whitecase.com <br> yakov.malkiel@whitecase.com <br><br> Andrew E. Tomback (*pro hac vice*) <br> WHITE & CASE LLP <br> 1221 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: (212) 819-8428 <br> andrew.tomback@whitecase.com <br><br> *Counsel for John Wilson* |

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that I conferred with counsel for the government in an attempt to resolve or narrow the issues raised by this motion. The government opposes this motion.

*/s/ Eóin P. Beirne*
Eóin P. Beirne (BBO # 660885)

## **CERTIFICATE OF SERVICE**

I, Eóin P. Beirne, hereby certify that on April 1, 2020, this document, filed through the CM/ECF system, will be sent electronically to all registered participants in this matter as identified on the Notice of Electronic Filing (NEF).

*/s/ Eóin P. Beirne*
Eóin P. Beirne (BBO # 660885)