# A

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

### HEADER

| | |
|---|---|
| **Source ID:** | ▮▮▮▮▮▮▮ |
| **Date:** | 01/09/2019 |
| **Case Agent Name:** | CEDRONE, KAITLYN |
| **Field Office/Division:** | Boston |
| **Squad:** | C 10 |

### SOURCE REPORTING

**Date of Contact:**     12/13/2018

**List all present including yourself (do not include the CHS):**
SA Laura Smith
SA Elizabeth Keating
SA Kaitlyn Cedrone
FoA Nicholas Savona
AUSAs Eric Rosen, Justin O'Connell, Kristen Kearney, Leslie Wright

**Type of Contact:**     Telephonic

**Date of Report:**     01/09/2019

**Substantive Case File Number**

▮▮▮▮▮▮▮▮

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
CHS was asked to clarify various points regarding individuals s/he worked with through his/her business.

DONNA HEINEL (HEINEL)- Of the $400,000 owed to HEINEL, $200,000 was related to HEINEL helping the ABDELAZIZ family; $50,000 from the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮); $100,000 for the ▮▮▮▮▮▮ family (because ▮▮▮▮▮▮ was hard to get in) and $50,000 from the ISACKSON family (for ▮▮▮▮▮▮).

[remainder of source reporting redacted]

| FD-1023 | Page 1 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

SINGER-REPORTS-000067

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|



**Synopsis:**
12/12/18 Call with CHS to clarify some points regarding families

| SIGNATURE | | |
|---|---|---|
| Submitted By | LCSMITH (undefined undefined) | Wed, 9 Jan 2019 11:46:00 -0500 |
| First Level Approved By | JPKEELAN (John Keelan) | Thu, 10 Jan 2019 09:42:17 -0500 |

| FD-1023 | Page 2 of 2 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

UNCLASSIFIED

SINGER-REPORTS-000068