# B

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD Document participants have digitally signed. All signatures have been verified by a certified FBI information system. |
|---|---|---|

**HEADER**

**Source ID:** [redacted]
**Date:** 11/09/2018
**Case Agent Name:** CEDRONE, KAITLYN
**Field Office/Division:** Boston
**Squad:** C 10

**SOURCE REPORTING**

**Date of Contact:** 09/27/2018

**List all present including yourself (do not include the CHS):**
SA Laura Smith
SA Katie Cedrone
SA Elizabeth Keating
AUSA Eric Rosen
AUSA Justin O'Connell
FoA Nicholas Savona
Don Heller, CHS' attorney

**Type of Contact:** In Person

**Country:** UNITED STATES
**City:** Sacramento
**State:** California

**Date of Report:** 10/10/2018

**Substantive Case File Number**
[redacted]

**Check here if additional reporting is in Echo**
No

**Source Reporting:**

CHS was interviewed at the United States Attorney's Office in Sacramento,California. Present during the interview were FBI Special Agents Laura Smith and Kaitlyn Cedrone, IRS Special Agent Elizabeth Keating, FBI Forensic Accountant Nicholas Savona and Assistant United States Attorneys Eric Rosen and Justin O'Connell. Also present during the interview was CHS's attorney, DON HELLER. After being advised of the identity of the interviewing Agents and the nature of the interview, CHS provided the following information:

[redacted]

[redacted]

[redacted]

[redacted]

**UNCLASSIFIED**

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

At the beginning, HEINEL was not personally taking her share of the money. In CHS's mind he/she was holding $400,000 for HEINEL for her share for getting students into USC. HEINEL knew that she was owed money from CHS because they had a conversation about it. In the late fall or spring 2017, CHS had a conversation with HEINEL about her money. HEINEL wanted to take $100,000 to $200,000 out all at once but CHS told her it was not smart to do so. CHS offered HEINEL a consulting job at Counting Stars. HEINEL did not perform any consulting services but received $20,000 a month. Last year, HEINEL was worried that she would lose her job because a new athletic director was hired.



UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD |
|---|---|---|

[Page content redacted]

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | Official Record |
|---|---|---|

[page content redacted]

UNCLASSIFIED

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT | OFFICIAL RECORD |
|---|---|---|

[Redacted content]

**Synopsis:**
Proffer Day 2 - 09/22/2018

| SIGNATURE | | |
|---|---|---|
| Submitted By | EAKEATING (undefined undefined) | Thu, 6 Dec 2018 09:24:41 -0500 |
| First Level Approved By | JPKEELAN (John Keelan) | Thu, 6 Dec 2018 11:50:07 -0500 |