United States District Court
District of Massachusetts

|  |  |  |
|---|---|---|
| **United States of America,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 19-10080-NMG |
| **Sidoo et al,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

**GORTON, J.**

On March 30, 2020, defendant John Wilson filed a Motion for Leave to File Exhibit Temporarily Under Seal and Thereafter in the Public Record. In that motion he sought permission to make public a document he received from non-party University of Southern California ("USC") and which he planned to attach in support of a forthcoming motion.

In the publicly filed motion, Wilson gratuitously included his summation of the sealed material. USC vehemently opposed that motion and Wilson's description of the subject document and both parties filed supplemental, acrimonious replies. This captious discovery dispute, the likes of which have previously been referred to the Magistrate Judge assigned to this case, will now be resolved by this session of the Court. Wilson's motion (Docket No. 989) is **ALLOWED** in part, and **DENIED**, in part.

-1-

The subject document may be filed under seal but it will remain under seal until trial or until the defendant, Wilson, can demonstrate a good faith reason to unseal.

In January, 2020, defendant Wilson and non-party USC entered into an "agreed upon order of confidentiality" (Docket No. 809) which specifies that any party wishing to file protected USC material (material voluntarily provided to the defendant by USC)

> must either 1) obtain written permission from USC to file such material in the public record, or 2) move the Court for leave to file the Protected USC Material under seal pursuant to Local Rule 7.2.

Notwithstanding the text of the protective order or the substance of Local Rule 7.2, Wilson needlessly described the exhibit in a public filing.  The matter escalated from there.

The Court notes that USC is a non-party to this criminal action and is entitled to the protection enumerated in the agreed upon protective order and pursuant to the Local Rules. Although sanctions will not be imposed on this occasion, this kind of discovery dispute is unnecessary, petty and time-consuming and, if repeated, will result in the imposition of monetary sanctions imposed against counsel (not the party or parties) deemed responsible.

**So ordered.**

                                                <u>/s/ Nathaniel M. Gorton</u>
                                                Nathaniel M. Gorton
                                                United States District Judge

Dated April 2, 2020