UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>DAVID SIDOO, *et al.*,     )<br>)<br>Defendants.    ) | Criminal No.: 19-10080-NMG |

**GOVERNMENT'S ASSENTED-TO MOTION FOR LEAVE TO FILE EXCESS PAGES FOR MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

The government respectfully moves for leave to file an oversized brief of not more than 35 pages in opposition to the defendants' motion to dismiss the indictment or, in the alternative, for suppression of evidence and for discovery and an evidentiary hearing. Dkt. 972. As grounds for this motion, the government notes that the defendants' opening brief was 35 pages long, and that the government requires the additional pages to fully set forth the relevant factual history and respond to the defendants' various arguments.

The defendants, through counsel, assent to the government's motion for excess pages.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   */s/ Stephen E. Frank*
Karin M. Bell
Stephen E. Frank
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Stephen E. Frank*
Stephen E. Frank