UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 19-10080-NMG |
| | ) | |
| DAVID SIDOO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO REPLY**

The government respectfully files this response to the defendants' motion for leave to file a reply brief in further support of their motion to dismiss.   Dkt. 1074.   The defendants assert that the reply will raise, for the first time, an additional instance of purported government misconduct. The defendants did not inform the government of their intention to raise new factual allegations in their reply brief, which would potentially deprive the government of an opportunity to respond to those allegations.   *See* Local Rule 7.1(a)(2).   The government takes no position on whether a reply is necessary to address the arguments in the government's opposition to the defendants' motion.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:     */s/ Stephen E. Frank*
         Karin M. Bell
         Stephen E. Frank
         Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Stephen E. Frank*
Stephen E. Frank