FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    04/23/2020

    WILLIAM RICK SINGER was interviewed by telephone. Present for the interview were Assistant United States Attorneys Karin Bell and Stephen Frank, and SINGER's attorney, Donald Heller. After being advised of the identity of the interviewing team and the nature of the interview, SINGER provided the following information.

    SINGER stated that he understood that the purpose of the interview was to address notes that he made on 10/02/2018 (10/02). SINGER stated that he understood that he had to be totally truthful, and that he could stop the interview if he was unclear on any questions.

    SINGER stated that he had a chance today to review the notes that he took on 10/02. The notes start with, loud and abrasive call with agents. He acknowledged that he was first approached by the FBI on 09/21, and the notes are dated 10/02. SINGER remembers writing the notes, and stated that the notes refer to calls on 10/01 and the weekend. He stated that the calls reflected on the notes have nothing to do with the calls when he talks about the IRS audit. SINGER acknowledged that the IRS audit calls started on 10/23. SINGER stated that the 10/02 notes refer to calls that he made to people up to that point, including calls on 10/02, 10/01 and the weekend. SINGER explained that he usually spoke with the FBI in the mornings about what happened the prior day. SINGER stated that the 10/02 notes refer to calls that happened before that time, such as 10/01 and 10/02.

    SINGER described what caused him to write the 10/02 notes. SINGER stated that he already made calls after the 09/21 approach by the FBI, to Gordon Ernst, John Wilson, and others. SINGER pushed back on the agents wanting him to say that payments were bribes. SINGER didn't want to use the word bribe, that is not how he talks and he hadn't said it before. At the time he never considered what he was doing was a bribe and he had several arguments with the agents over the word bribe. He was frustrated at the process and part of

| | | |
|---|---|---|
| Investigation on   04/22/2020   at | Chelsea, Massachusetts, United States (Phone) | |
| File # ▮▮▮▮▮▮▮▮▮▮▮▮ | | Date drafted   04/22/2020 |
| by   John P. Keelan III | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

it was his own fault, because until he was able to meet with his attorney, he didn't understand the meaning of quid pro quo. SINGER stated that his attorney explained to him that quid pro quo and bribe were the same. He stated that when Liz and the other agents told him that quid pro quo was bribery, he didn't understand that they were the same until his attorney explained it to him. SINGER stated that he understood that what he was doing was wrong, but he didn't think it was a crime. He stated that the mechanics of what he was doing were wrong, but he didn't think it was bribery. He thought he was doing something wrong but legal, but didn't know for sure until his attorney explained that it was illegal. SINGER stated that he always knew he was doing a quid pro quo, and now he understands that is the same as bribery.

SINGER stated that he understood that parents making donations to college programs and coaches, when kids didn't play the sport, to be recruited with fake credentials was wrong. SINGER understood that Donna Heinel or who-else was on the other end getting paid was wrong. He stated that if parents hadn't made the payment, Heinel was not going to put the kid in subco committee at college for admissions. SINGER stated that he now knows that is illegal. SINGER acknowledged that, without the payment, the school would not recruit a fake athlete with fake credentials. SINGER stated that he knows all of the things he was doing were wrong, but he didn't know it was a federal crime. He believed there was nothing wrong with making a donation, but there is something wrong - without a doubt, about lying about credentials. He knew parents wouldn't tell the admissions office what they were doing, and he knows that it's not the right thing to do. At the time he didn't know it was a federal crime. SINGER acknowledged that he pleaded guilty because he now knows it was a crime.

SINGER stated that the notes about Liz raising her voice refers to the hotel meeting. He explained that the exchange was boisterous on both sides, including SINGER. Everyone was coming from different places. SINGER stated that he didn't like being told to say bribe and payment going to coaches, and not a donation. SINGER pushed back on that and said to the agents that is not what he said to parents.

SINGER stated that he remembers saying on the call with Gordon Kaplan that money was going to the coach. SINGER stated that it was ok because Kaplan didn't know any differently - SINGER hadn't said anything different

to Kaplan up to that point. SINGER stated that he was concerned about people like Janavs because he already had described the program. SINGER wanted to adjust the script. ███████ was a new referral from Kaplan.

SINGER explained that his basis for writing - wanted to get Kaplan at all costs - was based on his observations of the efforts the government took to get his daughter extended time for the SAT. SINGER stated that he had many calls with Kaplan, and they couldn't get ███████ extended time. They were able to get extra time, but not 100 percent extra time, which was needed for SINGER to control the test center - and they appealed. SINGER stated that Eric kept having him call Kaplan again and again. SINGER stated that Eric made a call to SAT, and ███████ received 100 percent extra time. SINGER stated that is what formed his impression.

SINGER stated that the 10/02 notes have nothing to do with calls he made several weeks later.

SINGER noted that the agents didn't do anything wrong. He explained that he just didn't understand at the time. SINGER stated that he and the agents had disagreements, but both needed to have a better understanding of where everyone was coming from.