UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.: 19-10080-NMG |
| ) | |
| DAVID SIDOO, *et. al.*, ) | |
| ) | |
| ) | |
| Defendants ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO FILE A CONSOLIDATED
RESPONSE PARTLY UNDER SEAL TO DEFENDANTS' MOTIONS TO SUPPRESS
THE WIRETAP AND TO FILE AN OVERSIZED BRIEF**

On April 1, 2020, Defendants Zangrillo, Colburn, Wilson, Kimmel, Palatella, Chen and McGlashan filed two motions to suppress the Court-authorized wiretap. *See* Dkts. 1015 and 1024. The defendants' briefs totaled approximately 44 pages. The government intends to file a consolidated response addressing both motions. Due to the number of arguments raised in the two motions, the government seeks permission to file a single brief of not more than 35 pages.

In addition, the government moves for leave to file its response partially under seal. As grounds for the motion, the government notes that certain portions of the motion require redaction under the Protective Order in this case. The government will file a redacted copy of the response on the docket and provide the Court with an unredacted copy under seal. The defendants assent to both of the government's requests.

          Respectfully submitted,

          ANDREW E. LELLING
          United States Attorney

By:   */s/ Eric S. Rosen*
      Eric S. Rosen
      Justin D. O'Connell
      Leslie A. Wright
      Kristen A. Kearney
      Karin M. Bell
      Stephen E. Frank

Dated: April 29, 2020

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                                              */s/ Eric S. Rosen*
                                                              Eric S. Rosen
                                                              Assistant United States Attorney

Dated: April 29, 2020