FD-1087 (Rev. 5-8-10)

UNCLASSIFIED



# FEDERAL BUREAU OF INVESTIGATION
## Collected Item Log

**Event Title:**  (U) 318A-BS-2885343                    **Date:**  10/02/2018

**Approved By:**  Crisasha Harry

**Drafted By:**  Crisasha Harry

**Case ID #:**  ▇▇▇▇▇▇▇▇▇   (U) "Varsity Blues"; ▇▇▇▇▇▇▇▇▇



**Collected From:**   Title III Interception over Target Number
916-384-8802
Chelsea, Massachusetts

**Receipt Given?:**   No

**Holding Office:**   BOSTON

**Details:**

Title III Interception over Target Number 916-384-8802

| Item Type | Description |
|---|---|
| 1D | (U) Title III: 09/01/2018- 09/29/2018: One (1) original DVD containing Title III interceptions of wire communications over cellular telephone 916-384-8802 during the aforementioned date range.<br>Collected On:  10/02/2018 11:15 AM EDT<br>Collected By:  Crisasha Harry<br>ELSUR Evidence Type:  Title III<br>Media Type:  Computer Disk<br>Original Type:  Original<br>Surveillance Start:  09/01/2018<br>Surveillance End:  09/29/2018 |

UNCLASSIFIED

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.