FD-1057 (Rev. 5-8-10)

UNCLASSIFIED//FOUO



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Help Desk Request to Sequester Data in Insight  **Date:** 10/03/2018

**From:** OPERATIONAL TECHNOLOGY
   DP-EPAU
   **Contact:** HERRMANN CHARLES C, 703-985-▇▇▇▇

**Approved By:** TRACY J. MINNICH

**Drafted By:** HERRMANN CHARLES C

**Case ID #:** ▇▇▇▇▇▇▇▇▇▇ (U)
       ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (U)

**Synopsis:** (U) Request that collected data be removed from the ELSUR Presentation and Analysis Unit due to an over collection.

**Enclosure(s):** Enclosed are the following items:
1. (U//FOUO) List of packages to be removed from Insight

**Details:**

The ELSUR Presentation and Analysis Unit is requested to remove the following data collection from the EPAU processing system. Due to an error in the order entry of this Docket in the OTD Management System, the following data packages processed through legal validation and were sent to EPAU.

Case: ▇▇▇▇▇▇▇▇

Docket: ▇▇▇▇▇▇▇▇▇

Data Range: 9/29/2018 – 9/30/2019 (package names attached in spreadsheet)

Facility: Rickwsinger@gmail.com

UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**
FD-894c (Rev 5-1-1?)

**Evidence Type:** ☐ Consensual Monitoring (CM) ☐ Computer Trespasser ☐ Other Electronic Surveillance ☐ Volunteered/Subpoenaed ☐ Recorded Interview ☑ Title III ☐ FISA

**Enclosure:** ☑ Original ☐ Enhanced Original ☐ Other   RICKWSINGER@GMAIL.COM

**Media Type:** ☐ Magnetic Media ☐ CD/DVD ☐ SD Card ☑ Other   Blu-ray Disc

**Case File #:** [redacted]   **ID #:** 17   **CM/Doc #:** 18-CRIM-2?2??

**Case Agent:** Keating, Elizabeth; Cedrone, Kaitlyn; Smith, Laura

**Supervising Agent Title III/FISA:** _____

**Intercept Date(s):** 08/30/2018 – 09/29/2018 (UTC)   **Location:** Boston

**Download Date:** 10/02/2018   **Time:** 07:00 AM (EST)

**Volunteered media to be returned:** ☐ No ☐ Yes — Name/Agency: _____

**Address:** _____   **Phone #:** _____

**Title III/CM Interceptees** — ☐ Attached   or   ☐ Listed Below:

| **Accepted Custody** | **Released Custody** |
|---|---|
| Print Name: sandy.vanvalkenburg | Print Name: sandy.vanvalkenburg |
| Signature: Sandra VanValkenburg | Signature: Sandra VanValkenburg |
| Date: 10/02/2018  Time: 07:00 AM | Date: 10/2/2018  Time: 1:00pm |
| Reason: MRE | Reason: RETURN TO: Boston |
| Print Name: C/SASHA HARRY | Print Name: C/SASHA HARRY |
| Signature: [signature] | Signature: [signature] |
| Date: 10/8/18  Time: 11:45am | Date: 10/3/18  Time: 11:55 |
| Reason: REC'D VIA FedEx 7133 8127 2937 | Reason: RELEASED TO CA FOR SEALING |
| Print Name: Kaitlyn Cedrone | Print Name: Kaitlyn Cedrone |
| Signature: Kaitlyn Cedrone | Signature: Kaitlyn Cedrone |
| Date: 10/03/2018  Time: 11:55am | Date: 10/03/2018  Time: 1:06pm |
| Reason: To seal | Reason: To give to SA Smith to seal |

E6190637