

Hogan Lovells US LLP
125 High Street - 20th Floor
Boston, MA 02110
T  +1 617 371 1000
F  +1 617 371 1037
www.hoganlovells.com

May 1, 2020

**<u>VIA HAND DELIVERY</u>**

The Honorable M. Page Kelley
Attn: Kellyann Belmont, Deputy Clerk
John Joseph Moakley U.S. Courthouse
United States District Court
1 Courthouse Way
Boston, MA  02110

**Re:**  *United States v. David Sidoo, et al.*, No. 19-cr-10080-NMG

Dear Judge Kelley:

As local counsel to the University of Southern California ("USC") I ask that you please accept this letter as a correction to the Local Rule 7.1(a)(2) certification submitted in connection with USC's Motion for Leave to File Reply Brief Under Seal [Dkt #1134] filed on April 30, 2020 at 4:57 PM EST, noting that counsel for the Defendants had not responded to USC's requests to confer over the motion.

In fact, counsel for the Defendants did respond by email on April 30, 2020 at 4:47 PM EST that the Defendants would assent to the Motion if filed on or before Monday, May 4, 2020 and would take no position if filed after Monday.  The undersigned was not aware of Defense counsel's email assenting to the Motion until after USC's Motion was filed.

Please let me know if you require any further action to correct the certification.  Thank you for your attention to this matter.

Very truly yours,

Anthony E. Fuller

Partner
anthony.fuller@hoganlovells.com
D:  617-371-1032

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante   Amsterdam   Baltimore   Beijing   Birmingham   Boston   Brussels   Caracas   Colorado Springs   Denver   Dubai   Dusseldorf   Frankfurt   Hamburg   Hanoi   Ho Chi Minh City   Hong Kong   Houston   Johannesburg   London   Los Angeles   Luxembourg   Madrid   Mexico City   Miami   Milan   Minneapolis   Monterrey   Moscow   Munich   New York   Northern Virginia   Paris   Perth   Philadelphia   Rio de Janeiro   Rome   San Francisco   São Paulo   Shanghai   Silicon Valley   Singapore   Sydney   Tokyo   Ulaanbaatar   Warsaw   Washington DC   Associated offices: Budapest   Jakarta   Shanghai FTZ   Zagreb.  Business Service Centers:  Johannesburg   Louisville.  For more information see www.hoganlovells.com

\\BOS - 061612/000047 - 1236778 v1