```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

                                       )
   UNITED STATES OF AMERICA,           )
                                       )
           Plaintiff,                  )
                                       )
   v.                                  )
                                       )
   GREGORY COLBURN, AMY COLBURN,       )
   GAMAL ABDELAZIZ, DIANE BLAKE,       ) Criminal Action
   TODD BLAKE, I-HSIN CHEN,            ) Nos. 1:19-cr-10080-NMG
   MOSSIMO GIANNULLI, ELISABETH        )
   KIMMEL, LORI LOUGHLIN, WILLIAM      )
   MCGLASHAN, JR., MARCI PALATELLA,    )
   JOHN WILSON, HOMAYOUN ZADEH,        )
   ROBERT ZANGRILLO,                   )
                                       )
           Defendants.                 )
                                       )
```

BEFORE THE HONORABLE M. PAGE KELLEY
UNITED STATES MAGISTRATE JUDGE

STATUS CONFERENCE
VIA TELEPHONE

May 5, 2020
11:06 a.m.

John J. Moakley United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Linda Walsh, RPR, CRR
Official Court Reporter
John J. Moakley United States Courthouse
One Courthouse Way, Room 5205
Boston, Massachusetts 02210
lwalshsteno@gmail.com

```
 1   APPEARANCES:

 2   On Behalf of the Government:

 3        UNITED STATES ATTORNEY'S OFFICE
          By: AUSA Eric S. Rosen
 4        One Courthouse Way
          Boston, Massachusetts 02210
 5        617-748-3412
          eric.rosen@usdoj.gov
 6
     On Behalf of the Defendants Gregory Colburn and Amy Colburn:
 7
          HOOPER, LUNDY & BOOKMAN, P.C.
 8        By: David S. Schumacher, Esq.
          470 Atlantic Avenue, Suite 1201
 9        Boston, Massachusetts 02210
          617-532-2704
10        dschumacher@health-law.com

11        HOOPER, LUNDY & BOOKMAN, PC
          Patric Hooper, Esq.
12        1875 Century Park East, Suite 1600
          Los Angeles, California 90067
13        310-551-8165
          phooper@health-law.com
14
     On Behalf of the Defendant Gamal Abdelaziz:
15
          NIXON PEABODY LLP
16        By: Brian T. Kelly, Esq.
              Joshua C.H. Sharp, Esq.
17        100 Summer Street
          Boston, Massachusetts 02110
18        617-345-1000
          bkelly@nixonpeabody.com
19        617-345-1135
          jsharp@nixonpeabody.com
20

21

22

23   (Appearances continued on the next page.)

24

25
```

```
 1   APPEARANCES (Continued):

 2       On Behalf of the Defendants Diane Blake and Todd Blake:

 3       TODD & WELD
         By: David E. Meier, Esq.
 4       One Federal Street, 27th Floor
         Boston, Massachusetts 02110
 5       617-720-2626
         dmeier@toddweld.com
 6
         DUANE MORRIS LLP
 7       By: Stephen H. Sutro, Esq.
         Spear Tower
 8       One Market Plaza, Suite 2200
         San Francisco, California 94105-1127
 9       415-957-3000
         shsutro@duanemorris.com
10
     On Behalf of the Defendant I-Hsin Chen:
11
         KELLER/ANDERLE LLP
12       By: Reuben Camper Cahn, Esq.
         18300 Von Karman Avenue, Suite 930
13       Irvine, California 92612
         949-476-8700
14       rcahn@kelleranderle.com

15   On Behalf of the Defendant Mossimo Giannulli and Lori Loughlin:

16       DONNELLY, CONROY & GELHAAR, LLP
         By: George W. Vien, Esq.
17       260 Franklin Street
         Boston, Massachusetts 02110
18       617-720-2880
         gwv@dcglaw.com
19
         LATHAM & WATKINS LLP
20       By: William J. Trach, Esq.
         John Hancock Tower, 27th Floor
21       200 Clarendon Street
         Boston, Massachusetts 02116
22       617-880-4514
         william.trach@lw.com
23

24   (Appearances continued on the next page.)

25
```

APPEARANCES (Continued):

On Behalf of the Defendant Mossimo Giannulli and Lori Loughlin (Continued):

LATHAM & WATKINS LLP
By: Sean M. Berkowitz, Esq.
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
312-777-7016
sean.berkowitz@lw.com

On Behalf of the Defendant Elisabeth Kimmel:

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, PC
By: Eoin P. Beirne, Esq.
Cory S. Flashner, Esq.
One Financial Center, 42nd Floor
Boston, Massachusetts 02111
617-348-1707
ebeirne@mintz.com
csflashner@mintz.com

On Behalf of the Defendant William McGlashan, Jr.:

HUESTON HENNIGAN
By: John C. Hueston, Esq.
620 Newport Center Drive, Suite 1300
Newport Beach, California 90014
949-226-6740
jhueston@hueston.com

SIDLEY AUSTIN LLP
By: Jack W. Pirozzolo, Esq.
60 State Street, 34th Floor
Boston, Massachusetts 02109
617-223-0304
jpirozzolo@sidley.com

On Behalf of the Defendant Marci Palatella:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
By: Michael K. Loucks, Esq.
500 Boylston Street
Boston, Massachusetts 02116
617-573-4840
michael.loucks@skadden.com

(Appearances continued on the next page.)

```
 1   APPEARANCES (Continued):

 2   On Behalf of the Defendant John Wilson:

 3       WHITE & CASE, LLP
         By: Michael Kendall, Esq.
 4           Yakov Malkiel, Esq.
         75 State Street
 5       Boston, Massachusetts 02109
         617-939-9310
 6       michael.kendall@whitecase.com
         617-407-0117
 7       yakov.malkiel@whitecase.com

 8       WHITE & CASE LLP
         By: Andrew E. Tomback, Esq.
 9       1221 Avenue of the Americas
         New York, New York 10020
10       212-819-8428
         andrew.tomback@whitecase.com
11
     On Behalf of the Defendant Homayoun Zadeh:
12
         MINER ORKAND SIDDALL LLP
13       By: Tracy A. Miner, Esq.
         470 Atlantic Avenue, 4th Floor
14       Boston, Massachusetts 02210
         617-273-8421
15       tminer@mosllp.com

16   On Behalf of the Defendant Robert Zangrillo:

17       MARTIN G. WEINBERG, PC
         By: Martin G. Weinberg, Esq.
18       20 Park Plaza, Suite 1000
         Boston, Massachusetts 02116
19       617-227-3700
         owlmcb@att.net
20

21

22              Proceedings reported and produced
                 by computer-aided stenography.
23

24

25
```

```
 1                    P R O C E E D I N G S
 2             THE CLERK:  Okay.  It looks like we have everyone
 3   here.
 4             So I am going to just read a warning that I need to
 5   read for having this by telephone.
 6             So persons granted remote access to proceedings are
 7   reminded of the general prohibition against photographing,
 8   recording, and rebroadcasting the court proceedings.
 9   Violations of these prohibitions may result in sanctions,
10   including removal of court-issued media credentials, restricted
11   entry to future hearings, or denial of entry to future
12   hearings, and such other sanctions, including contempt of
13   court, as may deemed appropriate or necessary by the Court.
14             So we are going to have this recorded by a court
15   reporter.  So if you are going to address the Court, I just ask
16   if you could state your name for the record before you speak,
17   just so we have a clear record of who is speaking each time.
18   And if at all possible, if everyone could just mute themselves
19   just so we don't have the background noise.
20             And, like I said, when I call the case, I'm just going
21   to go through each defendant to have everyone state their name
22   on the record, just to make it easier that way.  So we'll get
23   started momentarily.
24             Thank you all for being able to appear by phone.  I
25   appreciate it.
```

```
 1                  (Court enters.)
 2              THE COURT:  Hi.  This is Judge Kelley.
 3              THE CLERK:  Hi, Judge Kelley.
 4              So it's Kellyann.  I'm going to call the case and
 5       we'll get started.  Okay?
 6              THE COURT:  Okay.  Thank you very much.
 7              THE CLERK:  Of course.
 8              Today is Tuesday, May 5th, 2020, and we are on the
 9       record in Criminal Case Number 19-10080, the United States
10       versus David Sidoo, et al.
11              Would counsel for the government please identify
12       themselves for the record.
13              MR. ROSEN:  Good morning, Your Honor.  Eric Rosen for
14       the government.
15              THE CLERK:  And would counsel for Gregory Colburn and
16       Amy Colburn please identify themselves for the record.
17              MR. SCHUMACHER:  Hi.  David Schumacher, along with Pat
18       Hooper, for the Colburns.
19              THE CLERK:  And would counsel for Gamal Abdelaziz
20       please identify themselves for the record.
21              MR. KELLY:  Yes.  Good morning.  Brian Kelly and Josh
22       Sharp for Mr. Abdelaziz.
23              THE CLERK:  Counsel for Diane Blake and Todd Blake.
24              MR. MEIER:  Good morning.  David Meier and Stephen
25       Sutro for Diane and Todd Blake.
```

```
 1              THE CLERK:  And counsel for I-Hsin Chen.
 2              MR. CAHN:  Good morning.  Reuben Cahn on behalf of
 3   Mr. Chen.
 4              THE CLERK:  And counsel for Mossimo Giannulli and Lori
 5   Loughlin.
 6              MR. TRACH:  Hi, Your Honor.  BJ Trach from Latham &
 7   Watkins, along with Sean Berkowitz and George Vien.
 8              THE CLERK:  And counsel for Elisabeth Kimmel.
 9              MR. FLASHNER:  Good morning, Your Honor.  Cory
10   Flashner and Eoin Beirne from Mintz Levin on behalf of
11   Elisabeth Kimmel.
12              THE CLERK:  Counsel for William McGlashan, Jr.
13              MR. HUESTON:  Good morning, Your Honor.  John Hueston
14   and Jack Pirozzolo for William McGlashan.
15              THE CLERK:  And counsel for Marci Palatella.
16              MR. LOUCKS:  Good morning.  Mike Loucks here for Marci
17   Palatella.
18              THE CLERK:  And counsel for John Wilson.
19              MR. KENDALL:  Good morning, Your Honor.  I'm Mike
20   Kendall, and along with me is Yakov Malkiel and Andy Tomback.
21              THE CLERK:  And counsel for Homayoun Zadeh.
22              MS. MINER:  Tracy Miner for Dr. Zadeh.
23              THE CLERK:  And counsel for Robert Zangrillo.
24              MR. WEINBERG:  Martin Weinberg for Mr. Zangrillo.
25   Good morning, Judge.
```

1     THE COURT:  Okay.  So good morning, everyone.
2     And I'd just ask you if you're not speaking to mute
3  your phone, if you're able to do that.
4     I've got the parties' final status report, which is
5  Document 1140 on the docket.  Thank you very much.  That is
6  very helpful.
7     And, as you know, this is the final status conference.
8  The case, per Judge Gorton's order, will now go up to the
9  District Court.  I'll just inform counsel that if you file
10 motions for discovery or other motions that would typically be
11 handled by a magistrate judge, Judge Gorton may well refer them
12 back to me, but that will be obviously at his prerogative.
13     So with regard to the final status report, I'm going
14 to just ask the government, did the May 5th production that you
15 talk about in Part A there happen?  Has that been completed?
16     MR. ROSEN:  Your Honor, this is Eric Rosen.  It's
17 going out today.  They should -- part of it will be uploaded to
18 USA effective today, and the rest will be FedExed out so
19 they'll have it, I guess, first thing in the morning.
20     THE COURT:  Okay.  And I understand that the parties,
21 once they get that, according to the joint final status report
22 and also according to common sense, may have some additional
23 discovery requests.  And I'll just ask the parties to confer
24 with the government and make a good effort to resolve those
25 before you file further discovery motions.

1              And per Judge Gorton's order, defendants are to file
2    any remaining discovery motions by May 22nd, and the government
3    will have until June 5th to respond.
4              Okay.  So any comments from anyone about the status of
5    the discovery?
6              (No response.)
7              THE COURT:  No comments.  Okay.
8              And I noticed that the defendants have agreed to
9    provide reciprocal discovery on or before July 17th.  So I'm
10   going to put that in my order.
11             So I think Mr. Abdelaziz's motion on the docket, the
12   latest motion to compel so-called privileged materials
13   pertaining to Mr. Singer is moot.
14             And is that correct?  I'll just ask Mr. Abdelaziz's
15   counsel.
16             MR. KELLY:  Yes, Your Honor.  They've indicated they
17   would provide those materials.  And assuming they do, it would
18   be moot.  And if they don't, we'll comply with the 5/22
19   deadline as well.
20             THE COURT:  All right.  Just for the record, that's
21   Brian Kelly.
22             MR. KELLY:  Yes.  I'm sorry.  Brian Kelly, yes.
23             THE COURT:  So I don't really see any other particular
24   matters in the joint status report.  Anything else from anyone?
25   I'm happy to hear from you.

1                MR. WEINBERG:  Judge, Martin Weinberg.  When I drafted
2    this report with Mr. Rosen, I mistakenly put May 25 as a date
3    for filing responses to the government's opposition to the
4    omnibus motions to dismiss.  That's a Sunday.  So I would ask
5    the Court in its discretion to change that to May 26th.
6                THE COURT:  Sure.  No problem.  Okay.  I'll do that.
7            And what else?
8            (No response.)
9                THE COURT:  Okay.  Well, if there's nothing else, I'm
10   going to exclude the time until the July pretrial conference
11   before Judge Gorton.
12               I will just tell the parties, you know, the Court --
13   if you're not on mute, could you put yourself on mute, please.
14               But I will just tell the parties, the Court is working
15   on reopening, and we're obviously not there yet.  I mean, we've
16   never actually really closed, but we're not having trials now,
17   as you know.  But I think at this time, the hope is that by the
18   trial date in this case, we would be having trials.  So
19   obviously we'll try to keep you and everyone else informed
20   about that as the summer goes on.
21               Okay.  Anything else from anyone?
22           (No response.)
23               THE COURT:  All right.  So I think that's it for
24   today.  And thank you very much, everyone.
25           (Adjourned at 11:16 a.m.)

```
 1                  CERTIFICATE OF OFFICIAL REPORTER

 2

 3          I, Linda Walsh, Registered Professional Reporter

 4   and Certified Realtime Reporter, in and for the United States

 5   District Court for the District of Massachusetts, do hereby

 6   certify that the foregoing transcript is a true and correct

 7   transcript of the stenographically reported proceedings held in

 8   the above-entitled matter, to the best of my skill and ability.

 9            Dated this 5th day of May, 2020.

10

11

12            /s/ Linda Walsh_____

13            Linda Walsh, RPR, CRR

14            Official Court Reporter
```