UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SIDOO, *et al.*,<br><br>      Defendants. | Case No. 19-CR-10080-NMG |

**DEFENDANT WILLIAM MCGLASHAN, JR.'S ASSENTED-TO MOTION FOR LEAVE TO FILE PARTIALLY SEALED REPLY TO THE GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO SUPPRESS EVIDENCE DERIVED FROM THE GOVERNMENT'S FOUR WIRETAPS**

      Defendant William E. McGlashan, Jr. ("McGlashan"), by and through undersigned counsel, hereby moves for leave to file partially under seal Defendants' Reply to the Government's Response in Opposition (Dkt. 1138) to Defendants' Motion to Suppress Evidence Derived from the Government's Four Wiretaps (Dkt. 1024). As grounds and reasons therefor, McGlashan states that certain portions of the Reply and accompanying exhibits require redaction under the operative Protective Order in this case. *See* Dkt. 377. McGlashan intends to file a redacted copy of the Reply in the public record and deliver a full, unredacted copy of the materials to the Court for filing under seal.

      WHEREFORE, McGlashan respectfully requests that the Court permit him to file Defendants' Reply to the Government's Response in Opposition to the Defendants' Motion to Suppress Evidence Derived from the Government's Four Wiretaps partially under seal.

- 2 -

Respectfully submitted,

/s/ Jack W. Pirozzolo
Jack W. Pirozzolo (BBO # 564879)
jpirozzolo@sidley.com
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0304

John C. Hueston (*pro hac vice*)
jhueston@hueston.com
Marshall Camp (*pro hac vice*)
mcamp@hueston.com
HUESTON HENNIGAN LLP
523 W. 6th Street, Suite 400
Los Angeles, CA 90014
(213) 788-4340

Joan M. Loughnane (*pro hac vice*)
jloughnane@sidley.com
SIDLEY AUSTIN LLP
787 7th Avenue
New York, NY 10019
(212) 839-5567

*Attorneys for Defendant
William McGlashan, Jr.*

Dated: May 12, 2020

## RULE 7.1 CERTIFICATION

Undersigned counsel certifies that, on May 12, 2020, he conferred with Eric Rosen, counsel for the Government, who stated that the Government does not oppose this Motion.

/s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, I filed this document through the CM/ECF system and a copy will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Jack W. Pirozzolo*
Jack W. Pirozzolo
