| From: | Rick Singer ▮▮▮▮▮▮▮▮▮▮ |
|---|---|
| Sent: | Monday, August 28, 2017 4:09 PM |
| To: | Donna Heinel ▮▮▮▮▮▮▮▮▮▮ |
| Subject: | Re: These are the athletes I have from you |

▮▮▮ Zangrillo- transfer

Sent from my iPhone

On Aug 28, 2017, at 12:47 PM, Donna Heinel ▮▮▮▮▮▮▮▮▮▮ wrote:

| | | | |
|---|---|---|---|
| ▮▮▮▮▮ | Donna Heinel | Rowing | FR |
| ▮▮▮▮▮ | Donna Heinel | Baseball | FR |
| ▮▮▮▮▮ | Donna Heinel | MVB | FR |
| ▮▮ Zangrillo | Donna Heinel | ___ | TR |
| ▮▮▮▮▮ | Donna Heinel | WVB | FR |
| ▮▮▮▮▮ | Donna Heinel | Baseball | FR |
| ▮▮▮▮▮ | Donna Heinel | MTEN | FR |
| ▮▮▮▮▮ | Donna Heinel | MWP | FR |
| ▮▮▮▮▮ | Donna Heinel | MFB | FR |
| ▮▮▮▮▮ | Donna Heinel | WBSK | FR |
| ▮▮▮▮▮ | Donna Heinel | MTK | FR |

**Donna C. Heinel Ed.D**
*Senior Associate Athletic Director/SWA*
*Associate Professor-Rossier School of Education*
*University of Southern California*

CONFIDENTIALITY NOTICE: This communication and any documents, files, or previous e-mail messages attached to it, constitute an electronic communication within the scope of the Electronic Communication Privacy Act, 18 USCA 2510. This communication may contain non-public, confidential, or legally privileged information intended for the sole use of the designated recipient(s). The unlawful interception, use, or disclosure of such information is strictly prohibited under 18 USCA 2511 and any applicable laws.