**From:** Rick Singer
**To:** Donna Heinel
**Sent:** 6/26/2018 12:57:41 PM
**Subject:** Re: USC!!!

Thx

Sent from my iPhone

On Jun 26, 2018, at 12:14 PM, Donna Heinel wrote:

No I didn't get her through subculture I got her through the transfer process. She was not presented as an athlete we just advocated for her with Tim and Kirk as a transfer. She went over on our VIP list for transfers

Sent from my iPhone

On Jun 26, 2018, at 9:09 AM, Rick Singer wrote:

Thank you

Sent from my iPhone

On Jun 26, 2018, at 11:57 AM, Donna Heinel wrote:

I couldn't get her in for the fall term because of her movement to different colleges but I was able to get her into the spring

Sent from my iPhone

On Jun 26, 2018, at 7:39 AM, Rick Singer wrote:

Was ▮ accepted through athletics

Sent from my iPhone

Begin forwarded message:

**From:** Bob Zangrillo
**Date:** June 26, 2018 at 9:09:19 AM EDT
**To:** Rick Singer
**Subject: Fwd: USC!!!**

FYI

**DRAGON | GLOBAL**
**Robert Zangrillo**
*Chairman & CEO*

Mobile:
Fax:
Email:

NOTICE TO RECIPIENT: This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation

Begin forwarded message:

**From:** Zangrillo
**Date:** June 17, 2018 at 2:53:49 PM EDT
**To:** Bob Zangrillo
**Subject: USC!!!**

USAO-VB-00665425