# EXHIBIT 1

1   LNU: Right.

2   SINGER:   If you said -- and you know that -- that if you said

3       you wanted to go somewhere like Stanford or Harvard or

4       Yale and go through a different door, you can do that.

5       But to go in directly you've got to be -- just to play

6       you've got to be 35, 36 plus essentially perfect grades

7       and then you've got to have subject test scores in the

8       mid-700s.

9   LNU: Right.  OK.  Well, that's good, uh, good general

10      direction.  And then on the, um -- the other doors, you

11      have certainly things like crew.  Can they try that?  Is

12      that still your -- your number one differentiator?  If

13      they had a really good time, they could work on that and

14      get a time of X, that might be a second door.  Or you

15      have the other door, where, you know, you can, you know,

16      make a contribution kind of thing.

17  SINGER:   Yeah.  So we -- we're -- that's why I'm going to

18      Harvard next Friday, because the president wants to do a

19      deal with me [07:00] because he found out that I've

20      already got 4 already in without his help.  So he's like,

21      "How about -- why would you go to somebody else if you

22      could come to me?"  I said, "Well, I didn't know I could

23      come to you."  Huh.

1   LNU: That's funny, yeah.  I knew ▆▆▆.  ▆▆▆ used to be on our
2       board but she's gone now.  I don't know this new guy.
3       But, uh...
4   SINGER:   Yeah.
5   LNU: So what kind of deals is it there?  Is it like, you know,
6       (inaudible) water polo, and a donation?  Or what is it
7       like, you know, to get into that?
8   SINGER:   So where was -- so pick a place you want to go.
9   LNU: So if you said, uh, HP -- uh, Harvard (inaudible).  But
10      if you said Harvard or Princeton or Georgetown, you know,
11      what are those things?
12  SINGER:   So Harvard -- Harvard is, uh...  It's usually about
13      1.2.
14  LNU: Jesus.
15  SINGER:   Stanford is 1.2.  Um, but, you know, the backdoor is
16      -- Harvard's asking for 45 million.
17  LNU: [laughter]  God.
18  SINGER:   Stanford's asking for 50 million.  [08:00]
19  LNU: Wow.
20  SINGER:   And they're getting it.  That's the crazy thing.
21      They're getting it from the Bay Area and from New York.
22      Crazy.
23  LNU: Wow.
24  SINGER:   Crazy.  Absolutely crazy.  (inaudible).

1   LNU: What about -- what about like Georgetown or, uh, those
2        other ones or, yeah?
3   SINGER:   Yeah.  So Georgetown's like 500.  BC's the same
4        thing.  Um, so -- you know, those are your -- kind of
5        your numbers across the board at different places.  You
6        know, USC hasn't changed.  Um, UCLA can be done for about
7        3.  Um, you know, public schools are really hard in
8        California because everybody's watching them.
9   LNU: Mm-hmm, mm-hmm.
10  SINGER:   But...
11  LNU: So (inaudible) the sports angle and, you know, 3 and UCLA
12       or something?
13  SINGER:   Yes, yes.  Yes.  Yes.  So I'm doing -- now we're
14       doing -- John, this is how crazy it's gotten.  We're
15       doing -- I'm going to do over 730 of these [09:00] side
16       doors this year.
17  LNU: Wow.  And how many schools are you doing those at now?
18       It's like just the top 20 or 50 or is it more than that?
19  SINGER:   Uh, it's, you know, 50 to 60 different schools.
20  LNU: So 50 or 60.  OK.
21  SINGER:   Yes.
22  LNU: And in terms of engineering schools, uh, what are the
23       best ones these days?  MIT, do they have a side door?