# Exhibit 2



# FEDERAL BUREAU OF INVESTIGATION

Date of entry  10/04/2018

    On September 23, 2018, SAs Elizabeth Keating, Kaitlyn Cedrone and Laura Smith met with RICK SINGER at the Double Tree Hotel located in Chelsea, Massachusetts.

During the meeting, SA Smith explained to SINGER that there was a change of plans and SINGER would not be working with case agents during the day as previously planned. In addition, SINGER would not travel with case agents to meet with the WILSON family at the Hilton Boston Logan Airport either. At that time, SINGER asked if he could place a call to Mr. WILSON to explain that he was not able to meet the family. On the phone call with Mr. WILSON, SINGER explained he was ill and would not be able to meet the Wilson family as planned.



SA Smith also instructed SINGER to not pick up any phone calls he may receive from individuals case agents instructed SINGER to call while case agents were present on 9/22/2018 and instead let the calls go to voicemail. SINGER had placed calls with ▮▮▮▮▮▮▮▮▮▮▮▮ WILSON, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ SA Smith advised SINGER that if SINGER continued to receive calls from any of these individuals looking to make contact with SINGER that he should contact SA Smith, Cedrone or Keating to discuss the matter. SINGER acknowledged he understood this request.

| | | | |
|---|---|---|---|
| Investigation on | 09/23/2018 | at | Chelsea, Massachusetts, United States (In Person) |
| File # | 318A-BS-2885343 | | Date drafted  09/23/2018 |
| by | Smith Laura, Kaitlyn Cedrone, KEATING ELIZABETH ANNE | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.