# Exhibit 3

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |

### HEADER

| | |
|---|---|
| Source ID: | S-00091023 |
| Date: | 10/11/2018 |
| Case Agent Name: | CEDRONE, KAITLYN |
| Field Office/Division: | Boston |
| Squad: | C 10 |

### SOURCE REPORTING

**Date of Contact:** 09/28/2018

**List all present including yourself (do not include the CHS):**
Kaitlyn Cedrone, Laura Smith, Elizabeth Keating, Nick Savona, Eric Rosen, Justin O'Connell, and Donald Heller.

| | |
|---|---|
| **Type of Contact:** | In Person |
| Country: | UNITED STATES |
| City: | Sacramento |
| State: | California |
| **Date of Report:** | 10/11/2018 |

| Substantive Case File Number |
|---|
| 318A-BS-2885343 |

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
CHS was interviewed at the United States Attorney's Office in Sacramento, California. Present during the interview were FBI Special Agents Kaitlyn Cedrone and Laura Smith, IRS Special Agent, Elizabeth Keating, FBI Forensic Accountant Nicholas Savona and Assistant United States Attorneys Eric Rosen and Justin O'Connell. Also present during the interview was CHS's attorney, DON HELLER. After being advised of the identity of the interviewing Agents and the nature of the interview, CHS provided the following information:



| FD-1023 | Page 1 of 4 | FEDERAL BUREAU OF INVESTIGATION |



[Agent note: A break was taken at approximately 13:15 pst.]