# Exhibit 4



# Extraction Report
Apple iPhone Logical

## Call Log (3)

⚠ * These details are cross-referenced from this device's contacts

| # | Type | Parties | Timestamp | Duration | Country code | Network | Video call | Source | Deleted |
|---|------|---------|-----------|----------|--------------|---------|------------|--------|---------|
| 1 | Outgoing | **To:** ▇▇▇ John Wilson cell* **Direction:** Outgoing | 9/29/2018 3:24:26 PM(UTC-4) | 00:13:36 | us | | | | |
| 2 | Outgoing | **To:** ▇▇▇ Wilson* **Direction:** Outgoing | 9/28/2018 4:30:26 PM(UTC-4) | 00:33:08 | us | | Yes | FaceTime | |
| 3 | Outgoing | **To:** ▇▇▇ Wilson* **Direction:** Outgoing | 9/28/2018 4:29:46 PM(UTC-4) | 00:00:00 | us | | | | |

1