# Exhibit 5

| | |
|---|---|
| **From:** | Kendall, Michael |
| **Sent:** | Saturday, April 4, 2020 12:19 PM |
| **To:** | Rosen, Eric (USAMA) |
| **Cc:** | Frank, Stephen (USAMA) 1; Bell, Karin (USAMA)3; Wright, Leslie (USAMA); O'Connell, Justin (USAMA); Kearney, Kristen (USAMA); Tomback, Andrew; Malkiel, Yakov |
| **Subject:** | College Case Brady and Discovery Materials |

Eric,

We are writing to follow-up on various discovery issues.

1. You wrote to us that Rick Singer informed the USAO and agents on September 27, 2018 that he planned to talk with the Wilson family on September 28, 2018, and the government did not monitor the conversation nor even acknowledge it in the agents' reports. We request that the government provide the reasons for
    a. not monitoring or recording the call, and
    b. not debriefing Singer about the call and including the debriefing in an agent's report.

2. There are notes referencing the agents' intention to accompany Mr. Singer to a September 23, 2018 meeting with the Wilson family at the Logan Hilton and then a sudden cancellation of the meeting. Can you disclose what were the circumstances of the agents planning to go and then cancelling? What did they plan to do with or say to the Wilson family?

3. We thank you for the interview reports written by the agents. Our understanding is that the Government intends to disclose interview reports "relevant" to the defendants.
    a. We did not receive any reports for interviews of ████████████████████████████ or client; and
    b. We received one report for ████████████, but assume there was more than one contact with him. Will you provide us with all reports for the above, and anyone else who was contacted with respect to any aspect of the case against Mr. Wilson?

4. Will you provide us with a copy of the grand jury transcript of ████████████████?

5. Did any other witnesses testify before the grand jury with respect to any aspect of the case against Mr. Wilson? If so, will you please identify them and produce their transcripts?

6. When will you produce the information Mr. Singer has provided about his assets, and what actions the Government will take with respect to his assets?

7. Can we get copies of the FD-71A "tip" reports?

**Michael Kendall**  |  Partner
**T**  +1 617 979 9310     **M**  +1 617 905 8206     **E**  michael.kendall@whitecase.com
White & Case LLP  |  75 State Street | Boston, MA 02109-1814
**WHITE & CASE**