# Exhibit 7

9/27/2018  Don Heller       Justin O'Connell   Elizabeth Keating
@1:00pm   Rick Singer      Eric Rosen         Laura Smith
①                          Nick Savona        Katie Cedrone

USAO Sacramento

⑤

Jovan Vavic

Jovan got 150K water Polo
100K to USC
50K to Rick

Got Johnny Wilson in - was a real player and play[s]
Vavic trying to get around Donna + have Rick
go through him. He has done 1 kid. Helped
Rick get someone in but he never got $.
The Kid was "ater Polo player                USC