# Exhibit 8



| 11 | Created:<br>1/30/2019<br>22:26(UTC-5)<br>Modified:<br>1/30/2019<br>22:39(UTC-5) | Title: █████████ In 2014total 15k did not work with them in 2014 - shows…<br>Summary: up twice<br>Source: Notes<br>Body: █████████ In 2014total 15k did not work with them in 2014 - shows up twice<br><br>█████ 15k twice why<br><br>█████ paid for help guidance off waitlist<br><br>█████ just help with younger daughter pulling out of regular school Laurel Springs<br><br>█████ investment 99,990 twice<br><br>█████ 75 in and 72,350 taken out??<br><br>John Wilson 20k nothing to do with USC plus donation to USC program for real polo player █████ twice on list<br><br>█████ - 50k never went or got into Gtown - why 50 should be 300k<br><br>█████ 50k no testing or college bribe<br><br>█████ water polo player to USC polo<br><br>█████ 250k Gtown manager great grades scores 2.5 years manageraaaw | |

SINGER-PHONE-000664