Exhibit 10

| | |
|---|---|
| **From:** | ▮▮▮ wilson ▮▮▮▮▮▮▮ |
| **To:** | Rick Singer ▮▮▮▮▮▮▮▮▮▮ |
| **CC:** | John Wilson ▮▮▮▮▮▮▮▮▮▮▮ |
| **Sent:** | 9/19/2018 4:23:46 PM |
| **Subject:** | Re: Meeting date |

Rick,

Yes, Monday is great at 4:30 EST.
Please keep me posted if you are coming to Boston, we'd love to have you meet ▮▮▮▮▮▮▮▮▮ in person.

Thank you,
▮▮▮▮

On Sep 19, 2018, at 11:55 AM, Rick Singer ▮▮▮▮▮▮▮▮▮▮ wrote:

▮▮▮▮ Friday in Boston for me has been moved to NYC. So let's plan on me speaking with the girls at 4:30pm EST on Monday? Please confirm

Sent from my iPhone

On Sep 19, 2018, at 7:01 AM, ▮▮▮ wilson ▮▮▮▮▮▮▮▮▮▮▮ wrote:

Rick,
Is there a day this week or next that ▮▮▮▮▮▮▮▮ can skype with you anytime after 4:00 EST?

Any chance you're back in Boston over the next few months?

Thanks,
▮▮▮▮

On Sep 18, 2018, at 10:49 PM, Rick Singer ▮▮▮▮▮▮▮▮▮▮ wrote:

▮▮▮▮ I am coming in on the red-eye so no to Thursday night. I am on the 2pm going home.

On Tue, Sep 18, 2018 at 4:48 PM ▮▮▮ wilson ▮▮▮▮▮▮▮▮▮▮ wrote:
Hi Rick,

Wishing you a a happy birthday - hope you are having a great day!

John mentioned us meeting with you this Friday with ▮▮▮▮▮▮▮▮.
But, this Friday the girls can't miss school.

John and I will still meet you in Boston.

Any chance you're in MA this Thursday night so they can meet you?

Or can we schedule a day to Skype with them after school, 4:00 EST?

USAO-VB-01097048

We're looking forward to seeing you on Friday.

Thank you,

--

Rick Singer

-VB-01097049