# EXHIBIT A

1  **Call Date:**      10/27/2018

2  **Call Duration:** 05:23

3  **Call Begin [ ] Call End [ ]**

4  **Call Participants:**

5       John Wilson

6       Rick Singer

7  **File Name:**       ████████   2018-10-27 17-13-18 10823-001

8  **Bates No.:**

9

10  SINGER:   [00:00] John, how are you?

11  WILSON:   Hey, Rick, I'm OK.  I'm here in a big rainstorm in

12       Saudi Arabia.  [laughter]

13  SINGER:   In Saudi Arabia.

14  WILSON:   Unusual.  Yeah, I'm in Dubai.

15  SINGER:   I didn't -- I didn't know that they, uh, had storms

16       like that in the desert.

17  WILSON:   I know.  It's very unusual.  Very strange, yeah.

18       (inaudible) all this lightning.  It was crazy.  Anyway,

19       now I'm in the car.  We're heading out so I had a little

20       free time.

21  SINGER:   OK.

22  WILSON:   What's happening?

23  SINGER:   So I had a conversation with the Stanford sailing

24       coach and, um, so I just gave the Stanford sailing coach

1       160,000 for his program and while we were having that

2       conversation I said, "Hey, I'm hoping that this 160 that

3       I'm helping you with helps secure, um, a spot for next

4       year.  Can I be guaranteed a spot for next year?"

5       [01:00] And he said, um, "Yes."

6   WILSON:    (inaudible) all it takes?

7   SINGER:    So...  Uh, no, no, no, no.  That's not all it takes.

8   WILSON:    OK.  [laughter]

9   SINGER:    This is not TJ Maxx or Marshall's or something like

10      that.  So, um...

11  WILSON:    Right.

12  SINGER:    So essentially if you're -- um, I want you to have

13      first dibs, like I told you.  So if you want I can

14      provide John Vandemoer, um, -- which I'm going to

15      essentially send John directly the check, to the coach.

16      I can send him your 500,000 that you hired into my

17      account to secure the spot for one of your girls.  Um, I

18      asked him for a second spot in sailing and he said he

19      can't do that because he has to actually recruit some

20      real sailors so that Stanford doesn't --

21  WILSON:    [laughter]

22  SINGER:    -- [02:00] catch on.

23  WILSON:    Right.

24  SINGER:    OK.  So --

```
1   WILSON:    Yeah, no.  He's got to --

2   SINGER:    -- Stanford --

3   WILSON:    -- actually have some sailors. Yeah.

4   SINGER:    Yeah.  So that Stanford doesn't catch on to what

5              he's doing.

6   WILSON:    Right.

7   SINGER:    So...  Um, and I -- that doesn't mean I'm not going

8              to pursue other Stanford coaches, um, and to be frank

9              with you, it doesn't matter if, um, it's one of the girls

10             who's not a sailor.  I can still put her as a sailor.

11             Or, obviously, the one that is, I can -- I'll mark that

12             she's a sailor because she is, but not at the level in

13             which she can sail at Stanford.

14  WILSON:    Right, right.

15  SINGER:    I just need to know if you want me to go forward and

16             secure that spot.

17  WILSON:    Yeah, that's what I need to think.  I know the girls

18             were looking at, you know, Harvard and Stanford, are

19             their two -- you know, two tops.  Anything on Harvard?

20             So if we did that, we're then precluded -- you know,

21             you've gone (inaudible) already.

22  SINGER:    So we're not --

23  WILSON:    You're saying once you do this you're (inaudible)

24             down that path?
```

1    SINGER:   Well, that's what I'm trying [03:00] to get.   I'm

2          trying to get -- that you got one and then I'm going to

3          go after the other one, others at Stanford.   I don't --

4          you know, obviously I just started here because I already

5          have that relationship with the sailing coach and I've

6          already --

7    WILSON:   Yeah.

8    SINGER:   -- given him 160,000.   That doesn't mean I'm not

9          going to go after Harvard, as well, and I probably am

10          going to go after Harvard for one spot or two spots but I

11          just haven't been there yet because it's too early.

12   WILSON:   Right.   So what -- uh, (inaudible) so is it, uh,

13          you're committed once you make this call, you're saying?

14   SINGER:   Excuse me?

15   WILSON:   Would we be committed?   Because I don't even -- you

16          know, the girls haven't been out there yet to look at it

17          yet.   How does that work?

18   SINGER:   No, so...   No.   So let -- I'll -- let -- you know,

19          let me have a discussion with the coach to say when I

20          have to have the commitment from you guys.

21   WILSON:   OK.

22   SINGER:   Because that would tell you if you guys needed to be

23          out there to visit or are you just going to [04:00] take

24          the spot now or do we have time.   I'll get back to you on

```
 1          that.  I just want to make sure, you know, I'm working on
 2          it for you and that I got the spot.  I just need to know
 3          if that's what you want me to do and I'll -- and I'll
 4          work on the rest of it over the next day or two to figure
 5          out what the next parameters are.  And then I'll text you
 6          and you can call me from, you know, the Nile with Moses
 7          and Cleopatra and whatever you want.
 8   WILSON:   [laughter]  OK.  I'll be here, then I'll be in Abu
 9          Dhabi and Dubai later in the week and then (inaudible)
10          after that.  All right.  Um -- you know, what about the
11          timing?  Anything -- any news on the Harvard side?
12   SINGER:   I'm just working on the Harvard side now.
13   WILSON:   Is that likely to be in the next few weeks, too.
14          Because I thought we had until spring on some of that.
15   SINGER:   We do, we do.  But I -- but I -- you know, I first
16          got to worry about my kids for this year.  But because
17          you --
18   WILSON:   Yeah.
19   SINGER:   -- provided me the money and I already was on the
20          phone with them, I'm thinking about you guys first.
21   WILSON:   Oh, OK, great.  [05:00]  That's always nice of you.
22          I appreciate that.
23   SINGER:   OK.  So I will --
24   WILSON:   All right.
```

```
 1   SINGER:    -- get back to you on the questions you had but I

 2        just wanted to pose this to you now.

 3   WILSON:    Right.  Oh, it sounds great.  Appreciate it.

 4   SINGER:    OK.  So I'll get back to you --

 5   WILSON:    All right.

 6   SINGER:    -- or I'll text you.

 7   WILSON:    OK, super.

 8   SINGER:    OK, John.

 9   WILSON:    Thank you.

10   SINGER:    Take care.

11   WILSON:    Take care.

12   SINGER:    OK, bye-bye. [05:23]

13

14                          END OF AUDIO FILE
```

# EXHIBIT B

1   **Call Date:**        2018-10-15

2   **Call Duration:** 11:18

3   **Call Begin [] Call End []**

4   **Call Participants:**

5        Rick Singer

6        John Wilson

7   **File Name:**        ████████████   2018-10-15 17-45-46 10126-001

8   **Bates No.:**

9

10  SINGER: [00:00] John.  How are ya?

11  WILSON: Hey, Rick.  Doin' well.  And yourself?

12  SINGER: It's ki-- you're goin' in and out.  Sorry.

13  WILSON: I got a -- I got a bad, uh, (inaudible).  It's just a

14          --

15  SINGER: Where is tha--?

16  WILSON: -- (inaudible) they got a big thunderstorm goin'

17          through.  Can you hear me better here?

18  SINGER: Yeah, I can hear you better.

19  WILSON: Uh...

20  SINGER: That's much better.

21  WILSON: Uh, you're pr-- busy these days, huh?

22  SINGER: Yeah.  We got early decision comin' up.

23  WILSON: Sh--

```
 1   SINGER: Uh, you're gonna be goin' through the same thing,

 2           so...

 3   WILSON: Oh, I know, next year, exactly.  So, hey, uh, there

 4           were a couple topics.  One was, ya kno-- my

 5           daughter's, and, uh, making some donations now,

 6           whatever -- how that can work.  And then, second, I do

 7           want to give some time, uh, to, uh, talk a bit about

 8           your overall, uh, pricing strategy and your economic

 9           model, if you want.

10   __:     Uh...

11   WILSON: I don't want to force it on you.  But I just think --

12   SINGER: No, no.  Uh, yeah.  So le--

13   WILSON: -- could be helpful.

14   SINGER: -- well, let's -- let's start with number one.  So

15           what would be great is...  You know, w-- I have a

16           bunch of schools that we work with directly.  And, you

17           know, it's kind of a first serve-- firs-first come,

18           first [01:00] served.  Right?  So like I have

19           opportunity with Stanford in sailing.  And I can do

20           other Stanford sports potentially too.  And we have

21           Yale and we have Harvard.  And then I can go after all

22           these other schools too.  But, of course, I don't know

23           what the girls want.
```

```
 1   WILSON: Right.  Well, help me understand where you have first

 2           come, first serve and, uh...  So, uh, you have, as you

 3           said, Stanford, sailing.

 4   SINGER: Stanford, sailing.  Got Yale, soccer, um, Harvard...

 5   WILSON: They probably wouldn't want Yale.  Harvard?  What, uh

 6           -- what do you have at Harvard?

 7   SINGER: Harvard, we could do multiple sports.  I just need to

 8           go to them.  I could actually even go to Y-- uh, you

 9           don't want Yale, because you thought that they were

10           too what?  Too conservative or they were too liberal?

11   WILSON: Too liberal.

12   SINGER: OK.  I don't know which -- I don't know which side of

13           the room, uh, you know, you -- you come from.  So.

14           Uh, you know, we could do Stanford.  We can do,

15           obviousl-- USC with anything.  Right?  So that's an

16           easy one.

17   WILSON: How about UCLA?

18   SINGER: UCLA, I could do the same thing.

19   WILSON: And [02:00] what about, uh...?  Got, uh, multiple

20           there.  And what about the, um -- uh, Georgetown?

21   SINGER: Uh, for where?

22   WILSON: Georgetown?

23   SINGER: Georgetown, we could do the same thing.  Yeah.

24   WILSON: Lots of mul--ple options.
```

1   SINGER: Yeah.

2   WILSON: So Stanford only has 1 or 2.  Just sailing?  Is that

3           about it?

4   SINGER: Um, so, uh, usually I can go t-- sailing, I can go to

5           the crew coach, 'cause I'm friendly with her, um, and

6           we can, you know, d-- always do women's lacrosse.  And

7           again, ya know, they don't have to play.  They just --

8           I j-- that's the path I'm gonna get 'em in on.

9   WILSON: Gotcha.  And what about Harvard?  Crew, sailing.

10          Anything else?

11  SINGER: Um, sailing, crew, sometimes tennis.  The key to here

12          is that, if I were to get a deposit, l-- you know,

13          like, uh, uh, half a million dollars in the bank, then

14          it's --

15  WILSON: Uh...

16  SINGER: -- ya know, we can figure out where they wanna go.  So

17          what I'd like to do is...  I'm gonna be in town on

18          November 1st and 2nd.  If you can start probin' with

19          the girls as [03:00] to potentially their -- what

20          they're thinking, then we -- you and I could -- if

21          you're -- if you can be in town one of those days -- I

22          think it's a Thursday, Friday -- and we could talk

23          face-to-face, then we could figure out, OK, what are

24          we gonna go after.  So if anybody asks me for like a

```
 1             Stanford spot and we're not sure yet, then I can call

 2             you and say, "Hey, somebody wants that spot and I only

 3             have 1," or "I'm gonna get a second one," or whatever.

 4             But having the money already, in advance, makes it

 5             much easier.  Because I gotta go with whoever's gonna

 6             ante up.

 7   WILSON: Yeah.  And who do we make these, uh, checks out to?

 8             And, uh, what's, uh -- uh, what's your foundation?  Do

 9             you have a whole wiring -- send me an email with all

10             your wiring and all, uh...?

11   SINGER: Yeah.  I can send ya a email with all the wiring

12             instructions.  And then g-- uh, uh, your check will be

13             -- to into our foundation's account.

14   WILSON: Ri-- goes to your foundation, right.

15   SINGER: Yeah.

16   WILSON: Uh, uh, do you have mul--?  So you have multiples, uh,

17             at Harvard and Stanford and, uh...

18   SINGER: Correct.

19   WILSON: You have mul--ples everywhere, it sounds like.

20   SINGER: Correct.

21   WILSON: And they don't actually have to do that sport, you're

22             saying.  They could just go in and --

23   SINGER: Correct.

24   WILSON: -- be like the, uh -- the [04:00] scorekeeper or --
```

```
1   SINGER: Corre--

2   WILSON: -- water boy, water girl.

3   SINGER: Manager or whatever you want to call 'em.  Yeah.

4   WILSON: Uh, manager, those things.  OK.  And you can do 2 at 1

5           school, as well.  You could do 2 at, uh...?

6   SINGER: It's more difficult to do.

7   WILSON: Uh...

8   SINGER: That's why it depends on where it is.  And the earlier

9           I know, then that gives me a chance to go after it.

10          'Cause I'll have to solicit, uh...

11  WILSON: Uh, let's say it's 2 at either Stanford or Harvard.

12  SINGER: So then, uh...

13  WILSON: Are those impossible or...?

14  SINGER: No, it's not impossible, absolutely not.  It's just a

15          matter of I just need to know that I go-- I gotta

16          start doin' my work now on that.  So by you makin' the

17          deposit, it makes it easier for me, because I know I

18          g-- uh, because what they're gonna first say to me...

19          If I go to them...  And let's say we're doin' 2 girls

20          in 1 place.  Then they're gonna say to me, uh, "We're

21          gonna give up a spot for you.  Are you --"

22  WILSON: Uh...

23  SINGER: "-- are you guaranteeing me that's she's comin'?  And

24          is the family guaranteeing me that they're gonna ante
```

```
 1              up and they're gonna make a payment?"  Because they

 2              don't want to give up a spot.  And the earlier I do

 3              it, the better.

 4   WILSON: Gotcha.  So, uh, what about Princeton?  They have

 5              multiples [05:00] too?

 6   SINGER: 1.  Usually, I could try to get a second, but it's

 7              more difficul--

 8   WILSON: Only 1 at Princeton.  OK.

 9   SINGER: Yeah.

10   WILSON: And same kinda deal, any spor--?  You don't have to

11              really play the sport?

12   SINGER: That's correct.

13   WILSON: And you can do that -- you can also get some kinda

14              chair things too, if you don't do the sport?

15   SINGER: Uh...

16   WILSON: Or, uh, sport mostly is your...?

17   SINGER: Um, yeah, the...  It jus-- well, like it depends on

18              the school.  To go after a dean is a little more

19              difficult.  With your girls, because they're athletic

20              and they're big and all of that, I can sell to anybody

21              that they're athletic enough to be able to take 'em

22              and there'll be no question.

23   WILSON: Yeah.  Their size and, uh...  So they...  Yeah.

24   SINGER: Correct.
```

```
 1   WILSON: Even though they wouldn't play.   OK.

 2   SINGER: R--

 3   WILSON: And Brown?  Is, uh, Brown also 2?  Or wh--?

 4   SINGER: Brown's an option too.  Yeah, sure.

 5   WILSON: A couple of 'em.  OK.

 6   SINGER: Yeah.

 7   WILSON: Uh, and those are all -- except for like UCLA and

 8           USC...?  Those are like the 350 and the other ones are

 9           gonna be like 1,000,000, whatever?

10   SINGER: Yeah.  The -- the big boys are gonna cost you over

11           1,000,000.  And, uh, probably -- if I know early

12           enough, I could probably get it done at 1.5 for both

13           girls.  Uh, I just need to -- [06:00] I need to push

14           now.

15   WILSON: OK.  So, yeah, I can get ya more now, if that helps

16           you and makes everything certain.  Uh, yeah.  So I'll

17           give you at least half.  Maybe I can get ya ¾ of a

18           million now, if that makes it like, you know, more

19           certain and you're gonna say --

20   SINGER: OK.

21   WILSON: -- (inaudible) done, that's a better way to do it, for

22           you.

23   SINGER: Uh...
```

```
 1   WILSON: It makes it better -- you're saying better with the

 2           schools, everything, it's much better to get it --

 3   SINGER: We-- uh, th-the --

 4   WILSON: -- as a guarantee.

 5   SINGER: -- the amount, uh, that doesn't ma-matter right now.

 6           It matters you're committed.  And you putting down

 7           some money, th-that I know...  John, I kn-- known you

 8           for years.  So I know, when, uh, we get the girls in,

 9           it's a done deal and you're gonna take care of your

10           part of it, you're gonna make the payments to the

11           schools and the -- to the coaches.  And that's what I

12           need -- that's -- tha-- so I'm not worried about that.

13   WILSON: Uh, uh, help me understand the logistics?  I thought I

14           make the payment to you and you make the payment to

15           the school.

16   SINGER: Correct.  That's correct.

17   WILSON: Oh, you said I make the payment to the schools.

18   SINGER: Well, no, no.

19   WILSON: You're (inaudible)...

20   SINGER: Uh, essentially, uh, it's gonna come to my

21           foundation...  That's correct.

22   WILSON: And you pay.  Uh, r-- OK.

23   SINGER: That's correct.
```

 1   WILSON: Now, um, uh, how does that actually wor--?  What if
 2           they don't actually get in?  Uh, it's not a b-- uh...
 3   SINGER: Oh, no, no, no.  Y-you don't have to [07:00] worry
 4           about it.  They're -- it's g-- it's a done deal.  And
 5           I'll know beforehand if it's gonna be done or not.
 6   WILSON: Uh...
 7   SINGER: But, uh --
 8   WILSON: When will you know --
 9   SINGER: -- see, uh --
10   WILSON: -- in the summer of next year?
11   SINGER: -- I need a score.  See?  That's why I need their
12           grades and scores.  And that's wh--
13   WILSON: Yeah.  They get PSATs.  And they just took the PSATs.
14   SINGER: Correct.  And then I need the real scores.  That would
15           be -- that's gonna -- that's gonna be able to tell me
16           how easy it is to -- to flow it through or no-- and
17           I'm hopefu-- both girls get the same or something
18           similar to each other.
19   WILSON: They've gotten pretty similar scores all along, plus
20           and minus math and English, that kinda stuff.
21   SINGER: Right.
22   WILSON: Yeah.
23   SINGER: Right.

```
 1   WILSON: As long as, you know, like you can -- 1300 or so, is

 2           that OK --

 3   SINGER: Correct.

 4   WILSON: -- is it --

 5   SINGER: Yes.  Yeah.

 6   WILSON: -- 1300 plus?  OK.

 7   SINGER: Yeah.

 8   WILSON: Now, do you ha-- when you say you need to know, we

 9           have to actually have picked a school by when too,

10           that it's -- OK, it's 2 to Stanford, 2 at Harvard, or

11           1 in each --

12   SINGER: Well, uh, late --

13   WILSON: -- 1 in USC, or...?

14   SINGER: -- so I need that late spring.

15   WILSON: So late spring only.  OK.

16   SINGER: Right.  And you guys are gonna visit the schools by

17           then.  You'll have so much fun, uh.

18   WILSON: Yeah, yeah.  They're g-- they haven't gone to these

19           place-- they've been to some of them.

20   SINGER: Correct.

21   WILSON: But they didn't go to them, look at 'em.  Uh, does it

22           matter if they go to them and look at the -- an-and

23           have this whole tour, with the [08:00] school knowing,

24           or just go and look at themselves?
```

```
 1  SINGER: No, uh.  It's a --

 2  WILSON: Want to suck up to the dean?

 3  SINGER: -- uh, a regular tour -- regular -- regular tour.

 4  WILSON: OK.  Do those have to be done durin' the week too?

 5          They can't do 'em --

 6  SINGER: Yeah.

 7  WILSON: -- on a weekend really?

 8  SINGER: Yeah.  The weekends -- you know, because they don't

 9          have the same energy.

10  WILSON: No, no.  I understand that.  But I meant for the

11          school, to meet with the whatever, faculty -- or not

12          the facu-- but the...

13  SINGER: Well, they d-- they're just gonna go on a regular

14          tour.  They're not gonna meet, uh, faculty anyways.

15  WILSON: I mean, see the class, I mean-- not meet the faculty

16          but see the classrooms.

17  SINGER: Well, if we have kids that go there.  We can set it up

18          with 'em.  If I don't kids that go, they don't go see

19          classes.  People do--

20  WILSON: Oh, they do not.  They just go on a tour --

21  SINGER: No.  People are worried --

22  WILSON: -- of campus by --

23  SINGER: -- about all that.  Yes.
```

```
 1   WILSON: -- admissions?  OK.  So it's admissions tour, not like

 2           a classroom tour.

 3   SINGER: Correct.

 4   WILSON: OK.  Uh...

 5   SINGER: Correct.  Unless I have kids there.

 6   WILSON: Uh, gotcha.  OK.  So if I do it early on, you might

 7           even get, you said, 2 -- uh, 2 (inaudible) the top

 8           ones (inaudible) 1 (inaudible).

 9   SINGER: Correct.

10   WILSON: And does it really matter, though, if it's 2 at 1 or,

11           uh, not?

12   SINGER: It d--

13   WILSON: Ho-how much did you...?

14   SINGER: It makes it ea-- it makes it easier, if it isn't, but

15           it can be done.

16   WILSON: It could be done.  OK.  And you're pretty confident

17           right now, a-and all those top schools, you could get

18           something done, as long as they get --

19   SINGER: Yeah.

20   WILSON: -- a test score of [09:00] 1300.

21   SINGER: Because I'm -- I'm usin' up my spot now.  And then you

22           have the ne-- you're early.

23   WILSON: OK.  Great.  And then, uh...  You only have like 1 or

24           2 spots in each of these place, though, you're saying.
```

```
 1   SINGER: Correct.

 2   WILSON: Or, y-- uh, you have several, depending on the sport,

 3           you were s-- uh, 'cause like --

 4   SINGER: Well, it depends.

 5   WILSON: -- Harvard, you can a couple --

 6   SINGER: Uh, uh...

 7   WILSON: -- both crew and saili--

 8   SINGER: Well, John, it, uh -- it depends on boy or girl, all

 9           of that, right?  Because --

10   WILSON: But I'm saying 2 girls.

11   SINGER: -- (inaudible).  Yeah, usually 2 girls.

12   WILSON: So my t-- you can get a couple girls in each year, to

13           these places.  And they may --

14   SINGER: Correct.

15   WILSON: -- take both of those spots.

16   SINGER: Correct.

17   WILSON: OK.  Sound like you got 20 spots.  You may only have

18           2.

19   SINGER: No.  Uh, right.  You're crazy.

20   WILSON: No.  It's why you need to charge a bigger premium, my

21           friend.

22   SINGER: I got it.  Well, we'll have that discussion in --

23   WILSON: Uh...

24   SINGER: -- in, uh, November.  How's that?
```

```
 1   WILSON: OK.  And that sounds great.  So I w-- I will get

 2           you...  Send me an email with where you need to send

 3           these funds.  And so you don't care.  Half a million,

 4           whatever, is good, ¾ of a million, doesn't really

 5           matter, you're saying, just send something to you.

 6   SINGER: Correct.

 7   WILSON: And then, uh -- uh, then you know we're locked in for

 8           2.  We don't know where yet.

 9   SINGER: R--

10   WILSON: We'll determine that a little bit later in the year,

11           maybe November.  [10:00] So you have your dates?  Is

12           it 1 and 2, for sure?  What is your schedule?

13   SINGER: Excuse me?

14   WILSON: The dates (inaudible) --

15   SINGER: Yeah.  November --

16   WILSON: -- come back to Boston, uh.

17   SINGER: -- 1st and 2nd.  Yeah.  November 1st and 2nd -- it's a

18           Thursday, Friday -- I'll be...

19   WILSON: OK.  Yeah.  Right now we were plannin' on being out of

20           town, damn it.  We're gonna be in Europe.  Uh, when's

21           the next time you're in, uh, Boston, uh?

22   SINGER: Uh, I'll have to figure that out.  I'll let you know,

23           though.
```

```
1   WILSON: OK.  My girls'll be in town.  But w-- ██████ and I

2           will be out, yeah.

3   SINGER: OK.  Gotcha.

4   WILSON: All right.  Oh, by the way, you should mark your

5           calendar for next Ju-July, if you want, in, uh, Paris.

6           Got a big birthday, July, uh, 19.

7   SINGER: OK.

8   WILSON: I rented out Versailles.

9   SINGER: Oh, my God.  You're crazy.

10  WILSON: I know.  A black-tie party there.  So you'll have to

11          come.

12  SINGER: Uh...

13  WILSON: Anyway.  Uh, I will -- I'll get you -- uh, I'll parti-

14          -

15  SINGER: I'll send you the -- I'll send you the w-- uh,

16          information about the bank and the wiring stuff, uh,

17          probably in the next day or so.

18  WILSON: OK.  That's great.  It's good to hear that earlier is

19          better.

20  SINGER: Yeah.

21  WILSON: I'm glad we had this conversation.  And then I'll have

22          the girls run a filter, over the next few weeks.  Uh,

23          they could meet with you in November without us.  Is

24          that [11:00] OK?  Or would you --
```

1    SINGER: Sure.

2    WILSON: -- want (inaudible) with us?

3    SINGER: Absolutely.

4    WILSON: OK.

5    SINGER: Absol--

6    WILSON: So I'll have the girls plan on meeting you sometime

7            November 1 and 2.  Let me know the next time you're on

8            (inaudible).

9    SINGER: Will do.

10   WILSON: Yeah.  I'd be happy to help you with your business

11           model.  So I think you're leaving a lotta money on the

12           table.

13   SINGER: I know y-- I know that.  We'll have that discussion.

14   WILSON: OK.  So the g--

15   SINGER: All right, John.

16   WILSON: Uh...

17   SINGER: Thanks.

18   WILSON: Take, uh...

19   SINGER: OK.  Buh-bye.  [11:18]

20

21                       END OF AUDIO FILE

# EXHIBIT C

1  **Call Date:**      11/05/2018

2  **Call Duration:** 09:12

3  **Call Begin [] Call End []**

4  **Call Participants:**

5      Rick Singer

6      John

7  **File Name:**      ████████  2018-11-05 21-33-16 11187-001

8  **Bates No.:**

9

10  JOHN:      [00:00] Hey, Rick, how are you?

11  SINGER:    John, where are you at?

12  JOHN:      I'm in Texas.  I'm in Dallas heading back to Houston

13          tonight.  Had a big dinner meeting here with another

14          client.

15  SINGER:    OK.

16  JOHN:      Flying back.  I'm back in the US.  I came in from,

17          uh, Saudi Arabia was last week.

18  SINGER:    And how was it?

19  JOHN:      Uh, interesting.  It's -- a lots different.  You

20          know, things are, you know...  Have you been to Saudi

21          Arabia before?  It's -- it's pretty dry and stiff.  You

22          know, both no liquor and not a lot of fun.  But it's even

23          a bit more somber these days with the whole Khashoggi

```
 1        thing.  No one makes any jokes, who's listening where,

 2        you know.

 3   SINGER:   Right.  Did you -- did you guys enjoy yourself at

 4        least on the whole trip?

 5   JOHN:     Oh, it was all business.  That was business.  I met

 6        ██████  in Paris after.  That was all business stuff.

 7   SINGER:   Oh, OK.  I got you.

 8   JOHN:     Yeah, so I was in Saudi and Dubai and Abu Dhabi and

 9        Kuwait and then back over here.  Oil client.  Yeah.

10   SINGER:   OK.

11   JOHN:     Yeah.

12   SINGER:   So here's -- so here's where we are.

13   JOHN:     How you doing?

14   SINGER:   I'm good.  So (inaudible).

15   JOHN:     When was your call -- when does your application

16        thing get done?  What's the deadline on all that stuff?

17   SINGER:   [01:00] Well, we just finished November 1st, which is

18        the huge deadline.  Uh, because, remember, that's early

19        action, early decision.

20   JOHN:     OK.

21   SINGER:   Now we have a November 15th and a November 30th and

22        then pretty much life is, uh, much easier.

23   JOHN:     Oh, after November 30th.  OK.
```

```
 1   SINGER:    Yeah, because the UCs are due November 30th.  USC is

 2              due November 30th, all that.  So -- but let me give you an

 3              update.

 4   JOHN:      OK.

 5   SINGER:    So, um, we got the Stanford spot.  They want to know

 6              if you want it because I have to pay the coach, um, right

 7              away.  Harvard I'm working through to try to get us 1 or

 8              2 spots.  It will not happen for several months before I

 9              even know anything because --

10   JOHN:      Mm-hmm.

11   SINGER:    -- they are still working...  You know, the kids

12              from this year haven't even been admitted.  And then I'm

13              working on a second spot at Stanford.  So the sailing

14              spot that we have, [02:00] that we'll pay the coach, um,

15              he doesn't care if it's a sailor or not.

16   JOHN:      OK.

17   SINGER:    He doesn't care one bit.  One bit.  So it could be

18              whatever we want.  Um, but again, I got to let him know

19              if we want that.

20   JOHN:      OK.  How soon is that?  What's his -- his deadline

21              because I thought we'd wait until -- not wait but we'd

22              have until like the fall or something.  Or until like the

23              spring (inaudible).

24   SINGER:    Well, not until the fall because --
```

```
1   JOHN:      The spring I thought.  This coming spring.

2   SINGER:  Yeah.  So it'll be -- it prob-- let me -- I'll have

3           to go and talk to him, try to talk to him tomorrow.  But

4           it --

5   JOHN:      OK.

6   SINGER:  He just wants to make sure that he -- before he goes

7           out and recruits a ton of kids, he wants to make sure

8           that he's know he's got somebody for next year.

9   JOHN:      Right.  And what does he need short-term?  Does --

10          he needs the 175 grand right away?

11  SINGER:  No, no.  He's (inaudible) in good shape.  I mean we

12          already gave him some money for his coaches.

13  JOHN:      Yeah.

14  SINGER:  He just wants to solidify the spot as a guarantee

15          for sure because he need-- he needs to recruit.  See,

16          this year was his girl year [03:00] and next year he's

17          going to split it between boys and girls because the team

18          is co-ed, of what he's going to get.  So he doesn't want

19          to overload too much on girls but not enough in all that.

20          So that's why he needs to know right away.  But I will

21          have that conversation with him in the next day or two to

22          find out when our --

23  JOHN:      OK.

24  SINGER:  -- drop dead date is.
```

1   JOHN:      All right.  So you're telling me he's going to want

2          something this -- before like Christmas kind of thing.

3          Is that true or is that...?

4   SINGER:   It sounds like it, yes.

5   JOHN:     Ugh.  OK.

6   SINGER:   Sounds like it.

7   JOHN:      Because (inaudible) seen the school.  They seen the

8          school when they were doing like water polo camp there.

9   SINGER:   No, no.  I know that.  I know that.  So let me --

10  JOHN:     I mean, what am I committing myself? I don't want to

11         be a jerk here but, you know, what am I committing myself

12         to?  Because that's the other thing I need to understand

13         because, you know, budget wise and everything and I'm not

14         --

15  SINGER:   Yeah, I don't think --

16  JOHN:     I'm not like a super-gazillionaire here where I can

17         just throw away millions.  Yeah.

18  SINGER:   No, I know that.  Um...

19  JOHN:     Liquidity wise.  What -- when I do -- if I pull the

20         trigger, say I pull the trigger, what does that really

21         mean?  This (inaudible)?

22  SINGER:   I think that you're not -- I think that you're not -

23         -

24  JOHN:     (inaudible).

1    SINGER:    -- pull -- you're not -- it'll be no more than

2           (inaudible) million and my hope is it's 1,500,000 total

3           [04:00] for both.

4    JOHN:      OK.  So it's between 1 -- 1,500,000 and 2,000,000?

5    SINGER:    Correct.

6    JOHN:      If they go -- if they go to these schools?  If they

7           go to a lesser school it's 300 grand --

8    SINGER:    Then it's a lot less.

9    JOHN:      -- (inaudible).

10   SINGER:    Yes, absolutely.

11   JOHN:      Yeah.  And if I pull the trigger, that means I have

12          to commit to him and pay (inaudible) Stanford?  What's he

13          saying he wants?  If I said yes, what does that mean?

14          I'm also (inaudible) to him?

15   SINGER:    Well -- well, right now...  Essentially what I've

16          told him...  He wants a $1,000,000.  But I said to him we

17          can get him 500 now --

18   JOHN:      Mm-hmm.

19   SINGER:    -- and I -- if we get another spot at Stanford I'm

20          going to push you -- I'm going to try to push you down to

21          750.  OK.  Just so he --

22   JOHN:      OK.

23   SINGER:    Because if -- here's my point to him.  Help me get

24          another spot at Stanford and then I can give the second

```
1          coach less and give you the million.  Because I'd like to

2          stay around 1,500,000 to 1,700,000 overall at Stanford.

3   JOHN:     For 2 slots you're saying?

4   SINGER:   Correct, [05:00] correct.

5   JOHN:     Is it some other coach?  How does that work for him?

6          Does he -- is he screwing his colleague?  Or (laughter) I

7          don't know how that works.  He gets the lion's share and

8          someone else gets less?

9   SINGER:   No, so what happens is -- it's like...  I'll give

10          you an example.  Like women's lacrosse is always looking

11          for help.  Women's fencing, looking for help.  This --

12          immediately they give us a spot, guaranteed spot, you --

13          we pay the coach, we get it done, and the other spot so I

14          can get 2.  That's my goal.

15   JOHN:     OK.

16   SINGER:   But I'm going to -- but he wants to know where he

17          stands.  That's why I'm going to have that conversation

18          with him in the next day or so.

19   JOHN:     Right.

20   SINGER:   At the same time --

21   JOHN:     (inaudible) helping (inaudible) --

22   SINGER:   -- I'm working on how --

23   JOHN:     -- three-quarters of a million this year,

24          (inaudible) this year.  Period.  And that's it.  And
```

```
 1        then, you know, the rest you have to just, you know --

 2        that's it for --

 3   SINGER:    Well --

 4   JOHN:      -- 2 years (inaudible).

 5   SINGER:    Well, that could be.  I -- I will try to get him to

 6        do that.

 7   JOHN:      Does he -- does he have time sensitivity on this

 8        stuff or no, he doesn't really care?

 9   SINGER:    He does because he wants to figure out his

10        recruiting plan.  So --

11   JOHN:      Well, they (inaudible) money.  I know (inaudible)

12        because he got slots.  [06:00] So there's 2 dimensions.

13        You've got the slot dimension, which he wants to make

14        sure he fills out and gets real competitive people for

15        the other slots.

16   SINGER:    Correct.

17   JOHN:      So then there's the -- the -- the value of money.

18        Does he care about budget this year versus next year?

19   SINGER:    No.

20   JOHN:      You mentioned --

21   SINGER:    No.  Because we've already taken care of him for

22        this year.

23   JOHN:      He had the little small immediate need of 125, not a

24        big deal.
```

1   SINGER:   Right.

2   JOHN:     And now he's looking for the other, whatever,

3         million or million and a quarter?

4   SINGER:   Right.

5   JOHN:     Or 750 or whatever, 500.

6   SINGER:   Correct.

7   JOHN:     What'd we give him?  500?  No, I only gave -- I gave

8         you (inaudible).

9   SINGER:   You gave -- gave me -- yeah.  You gave us 500.

10  JOHN:     150-- 175 or -- OK.

11  SINGER:   Yeah.  Yeah.

12  JOHN:     So we could give him 5, we could give him 750 and

13        call it a day.  Not what happens if we go down that path?

14        Let's start (inaudible) understand.  We say, "Yeah, I'll

15        give 750," but then they choose not to.  Someone else

16        could backfill or we could redeploy or how does that work

17        (inaudible)?

18  SINGER:   Well, that would be -- that -- I --

19  JOHN:     How -- how pregnant am I once I make this

20        (inaudible)?

21  SINGER:   Well, we're -- we're -- we're pretty pregnant but

22        there's always people who want the spot.

23  JOHN:     Mm-hmm.

1    SINGER:    So I just -- I -- I can't guarantee you that I can

2               find another party.  It depends on when that hits.

3               [07:00]  So if it hits early then, yes, I can -- I can

4               probably find somebody.  If it doesn't hit early then it

5               becomes more difficult.

6    JOHN:      Right.  But isn't that kind of unreasonable of him

7               to -- I don't know how this works (inaudible) because

8               when -- when we talked about it last year, (inaudible) go

9               to the schools, see them, and (inaudible) to make this

10              call.

11   SINGER:    Sure.  But -- but here's the difference, John.

12   JOHN:      It's really hard.

13   SINGER:    If you want a guarantee and you want the first spot,

14              you got to -- you got to decide early.

15   JOHN:      Right.  I didn't have that impression when we talked

16              originally but that was -- I thought the timing would be

17              like spring.  I had no problem.  But now they haven't

18              even seen any schools yet.  Like ugh, I can't make the

19              call.

20   SINGER:    Well, I --

21   JOHN:      But --

22   SINGER:    No, I -- so -- so give me a day or two and I'll get

23              back to you.  At the same time, I'm working on the

1        Harvard stuff and trying to get a second spot at

2        Stanford.

3   JOHN:      All right, cool.  And what is the Harvard timing?

4        When you going to have a (inaudible)?

5   SINGER:    I'm -- I'm hoping to have something around the first

6        of the year or before -- before.

7   JOHN:      OK.  So we won't have anything there before we have

8        this call to make.

9   SINGER:    Correct.  Depends -- correct.  Correct.

10  JOHN:      [08:00] All right.  (inaudible) right.

11  SINGER:    And I'll get back to you -- I'll get back to you in

12        a day or two.  Let me just, um, get some more definition

13        around this.

14  JOHN:      All right.  And that'd be great.  So just a little

15        (inaudible) saying we got to make a blind choice.  You

16        know, it's hard to go wrong with something like that,

17        right?  (laughter)

18  SINGER:    That's true.  And you already know what it's like to

19        live out there.  I get it.  Yeah.

20  JOHN:      I know.  But if they say, "Oh, I really want to go

21        to Harvard," then oh, shit.  You know, I paid all this

22        money to Stanford.  (laughter)

23  SINGER:    I get you.  I got you.

24  JOHN:      That would be my luck, right.

1   SINGER:   I got you.

2   JOHN:     All right.  But still a high class problem, right.

3       (inaudible).

4   SINGER:   Absolutely.

5   JOHN:     -- get into Harvard, right.  They wouldn't get in

6       and so then (inaudible).

7   SINGER:   And did I tell (inaudible).

8   JOHN:     (inaudible) they don't get into Harvard so it was

9       (inaudible) but you didn't get in but you're going to

10      Stanford so, you know, count your blessings.

11  SINGER:   I mean, you weren't going to get into either one,

12      let's just say, based on the numbers that it takes to get

13      in.

14  JOHN:     Yeah, (inaudible).

15  SINGER:   (inaudible) and they don't even play the sports,

16      right.

17  JOHN:     Yeah.  (inaudible) they had a 2% shot or whatever

18      taking the test or whatever it comes out at.

19  SINGER:   Right, right.  So -- so I'll get back to you in a

20      day or two, all right.

21  JOHN:     OK.  Well, I [09:00] appreciate the update.

22  SINGER:   OK.  I'll let you know soon.

```
 1    JOHN:      (inaudible).  All right.  And then in December

 2         (inaudible) how you manage your overall operation because

 3         I do think I could help you there.

 4    SINGER:   I got you.  I know that.

 5    JOHN:      All right.

 6    SINGER:   All right, thank --

 7    JOHN:      (inaudible).

 8    SINGER:   OK, John.  OK, bye-bye. [09:12]

 9

10                        END OF AUDIO FILE
```