UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> David Sidoo, et al., John Wilson (No.17) ) <br> ) <br> Defendants. ) | CASE NO. 1:19-cr-10080-NMG |

**NOTICE OF APPEARANCE AS ATTORNEY FOR NON-PARTY WILLIAM RICK SINGER AND WILLIAMS & OLDS, CPAs**

Please enter the appearance of A. Neil Hartzell as attorney for William Rick Singer and Williams & Olds, CPAs in this matter.



Respectfully submitted,

William Rick Singer
Williams & Olds, CPAs
By their attorneys:

__/s/ A. Neil Hartzell_____
A. Neil Hartzell, MA No. 544752
FREEMAN MATHIS AND GARY, LLP,
60 State Street
Suite 600
Boston, MA 02109-1800
617-963-5966
nhartzell@fmglaw.com

Dated: May 29, 2020

### Certificate of Service

I, A. Neil Hartzell, hereby certify that on May 29, 2020, I served a copy of the foregoing document(s) via first-class mail, postage-prepaid on all counsel of record. Additionally, I served copies of the foregoing document(s) via electronic mail on Attorney Michael Kendall and Assistant U.S. Attorney Eric Rosen.

s/ A. Neil Hartzell_____