# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
UNITED STATES OF AMERICA,                   )
              Plaintiff                   )
v.                                          )    CASE NO. 1:19-cr-10080-NMG
                                            )
David Sidoo, et.al. John Wilson (No.17)     )
                                            )
              Defendant.                  )
_____ )

## NOTICE OF APPEARANCE OF DONALD H. HELLER, AS ATTORNEY FOR NON-PARTIES WILLIAM RICK SINGER AND WILLIAMS & OLDS, CPAs

Please enter the appearance of Donald H. Heller for Non-Parties (Interested Parties) William Rick Singer And Williams & Olds, CPAa, in this matter.

Mr. Heller was admitted pro hoc vice in the pending case of United States v. William Rick Singer, by the Honorable Rya Zobel, United States District Judge (United States v. William Rick Singer, Case 19-cr-10078-RWZ). Mr. Heller is a member in good standing of the California State Bar (1973) and New York Bar (1969). A motion has been or will be filed in this matter by Neil Hartzel, Esq., Freeman Mathis and Gary, LLP.

                                                     */s/ Donald H. Heller*

                                        Donald H. Heller (Cal. State Bar No. 55717)
                                        Donald H. Heller
                                        3638 American River Drive
                                        Sacramento, CA 95864

                                        916-974-2077 Dir.
                                        916-974-3500 Main
                                        916-520-3497 Fax

                                        dheller@donaldhellerlaw.com

1

2

**Certificate of Service**

    I, Donald H. Heller, hereby certify that I served that on June 5, 2020, I served a copy of the forgoing document on all counsel of record in this matter using the ECF system in this district.

                                                                         */s/ Donald H. Heller*