## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                 ) | |
|                       Plaintiff ) | |
|                                 ) | CASE NO. 1:19-cr-10080-NMG |
| v.                              ) | |
|                                 ) | |
| David Sidoo, et al., John Wilson (No.17) ) | |
|                                 ) | |
|                      Defendants. ) | |

### NOTICE OF APPEARANCE AS ATTORNEY FOR NON-PARTY WILLIAM RICK SINGER AND WILLIAMS & OLDS, CPAs

Please enter the appearance of A. Neil Hartzell as attorney for William Rick Singer and Williams & Olds, CPAs in this matter.

Respectfully submitted,

William Rick Singer
Williams & Olds, CPAs
By their attorneys:

/s/ A. Neil Hartzell
A. Neil Hartzell, MA No. 544752
FREEMAN MATHIS AND GARY, LLP,
60 State Street
Suite 600
Boston, MA 02109-1800
617-963-5966
nhartzell@fmglaw.com

Dated: June 5, 2020

### Certificate Of Service

I hereby certify that the foregoing Motion For Admission Pro Hac Vice Of Donald H Heller, Esquire and Local Rule 7.1(A)(2) Certificate were filed through the Electronic Case Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

s/ A. Neil Hartzell