# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SIDOO et al.,<br><br>Defendants. | No. 1:19-cr-10080-NMG |

## DEFENDANT JOHN WILSON'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF HIS RENEWED MOTION TO COMPEL THE PRODUCTION OF EXCULPATORY EVIDENCE

Defendant John Wilson hereby moves for leave to file a four-page reply brief in support of his Renewed Motion to Compel the Production of Exculpatory Evidence (ECF No. 1227). Wilson submits that the concise brief he seeks to file, a copy of which is attached, is necessary for him to address the arguments in the government's Opposition (ECF No. 1270) and to present the issues adequately for the Court's consideration. The government has informed Wilson's counsel that it takes no position on this request.

Respectfully submitted,

John Wilson,

By his Counsel,

/s/ Michael Kendall
Michael Kendall (BBO # 544866)
Yakov Malkiel (BBO # 689137)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
yakov.malkiel@whitecase.com

Andrew E. Tomback (pro hac vice)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8428
andrew.tomback@whitecase.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1 AND 112.1

I hereby certify that, before filing this motion, defense counsel attempted in good faith to confer with the government to resolve or narrow the issues.

/s/ Michael Kendall
Michael Kendall

## CERTIFICATE OF SERVICE

I hereby certify that the above document is being filed on the date appearing in the header through the ECF system, which will send true copies to the attorneys of record.

/s/ Michael Kendall
Michael Kendall