UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SIDOO et al.,<br><br>Defendants. | No. 1:19-cr-10080-NMG |

### DEFENDANT JOHN WILSON'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF HIS RENEWED MOTION TO COMPEL THE PRODUCTION OF EXCULPATORY EVIDENCE

Defendant John Wilson hereby moves for leave to file a four-page reply brief in support of his Renewed Motion to Compel the Production of Exculpatory Evidence (ECF No. 1227). Wilson submits that the concise brief he seeks to file, a copy of which is attached, is necessary for him to address the arguments in the government's Opposition (ECF No. 1270) and to present the issues adequately for the Court's consideration. The government has informed Wilson's counsel that it takes no position on this request.

Respectfully submitted,

John Wilson,

By his Counsel,

/s/ Michael Kendall
Michael Kendall (BBO # 544866)
Yakov Malkiel (BBO # 689137)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
yakov.malkiel@whitecase.com

Andrew E. Tomback (pro hac vice)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8428
andrew.tomback@whitecase.com

6/9/2020 15:56
AMERICAS 102989599 v1

*Motion allowed.* /s/ NMGorton, USDJ 6/11/20