UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff<br>v.<br><br>David Sidoo, et.al. John Wilson (No.17)<br><br>     Defendant. | CASE NO. 1:19-cr-10080-NMG |

**INTERESTED PARTIES WILLIAM RICK SINGER'S
AND WILLIAMS & OLDS'S MOTION FOR LEAVE TO FILE
REPLY BRIEF TO DEFENDANT JOHN WILSON'S OPPOSITION**

  Interested parties William Rick Singer and William & Olds, CPAs (Interested Parties) move for leave to file a 6 page reply brief including certifications to Defendant John Wilson's Opposition to Interested Parties Motion to Quash. (ECF No. 1295). Interested Parties submit that the reply brief, a copy of which is attached as Exhibit A, is necessary for them to present the issues precisely and adequately for the Court's consideration, in that the procedure used by Defendant Wilson and as espoused by Defendant in his Opposition (ECF No. 1295), circumvents the very language of Federal Rules of Criminal Procedure, Rule 17(c)(1), and long established Supreme Court precedent. Counsel for Defendant Wilson does not oppose the filing of a reply brief.

            Respectfully submitted,

            William Rick Singer and Williams & Olds, CPAs

            By their attorneys:

**[Nothing further on this page]**

/s/ A. Neil Hartzell
A.Neil Hartzell, MA No. 544752
FREEMAN MATHIS AND GARY, LLP.
60 State Street
Suite 600
Boston, MA  02109-1800

/s/ Donald H. Heller
Donald H. Heller CA SBN No. 55717
Admitted Pro Hoc Vice
DONALD H. HELLER, A LAW CORPORATION
3638 American River Drive
Sacramento, CA 95864

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1 AND 112.1**

I, hereby certify that, before filing this motion, undersigned counsel attempted in good faith to confer with Defendant Wilson's counsel, Michael Kendall, Esquire to resolve the issues raised in multiple email communications.

/s/ Donald H. Heller
Donald H. Heller

**Certificate of Service**

I hereby certify that the above document is being filed on the date appearing in the header through the ECF system, which will send true copies to the attorneys of record.

/s/ Donald H. Heller
Donald H. Heller