UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No.: 19-10080-NMG |
| | ) |
| DAVID SIDOO, *et. al.*, | ) |
| | ) |
| | ) |
| Defendants | ) |

**GOVERNMENT'S ASSENTED TO MOTION FOR LEAVE TO FILE
REPLY IN SUPPORT OF MOTION TO COMPEL THE PRODUCTION OF
DOCUMENTS BY THE UNIVERSITY OF SOUTHERN CALIFORNIA**

Pursuant to Local Rule 7.1(b)(3), the government respectfully requests leave of Court to file a reply brief, not to exceed five pages, in support of its motion to compel the production of documents by the University of Southern California. The proposed reply is attached hereto as Exhibit A. Counsel for the defendants who filed an opposition to the government's motion to compel have informed the undersigned Assistant United States Attorneys that they assent to the government filing a reply.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Leslie A. Wright*
ERIC S. ROSEN
JUSTIN D. O'CONNELL
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
KARIN M. BELL
STEPHEN E. FRANK
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: July 17, 2020                          */s/ Leslie A. Wright*
                                                            Leslie A. Wright