UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SIDOO et al.,<br><br>Defendants. | No. 1:19-cr-10080-NMG |

**DEFENDANT JOHN WILSON'S ASSENTED-TO MOTION FOR LEAVE
TO FILE SEALED SUR-REPLY (TO USC'S MOTION TO QUASH)**

The University of Southern California is moving to quash two pretrial subpoenas that defendant John Wilson sought and obtained in ex parte proceedings. ECF No. 1357. In its reply brief, USC has included numerous misstatements that distort the facts and muddy the issues. Wilson therefore moves for leave to file a short sur-reply correcting a small number of those misstatements.

The Court has permitted prior filings connected to the Motion to be filed under seal, in order to continue to preserve the confidentiality of Wilson's defense strategy and work product. *See United States v. Diamont*, No. 05-cr-10154 (D. Mass. Nov. 22, 2005). Wilson therefore seeks leave to file his sur-reply brief under seal as well, with a copy served on USC by email.

USC assents to these requests.

2

Respectfully submitted:

*Counsel to John Wilson:*

<u>/s/ Michael Kendall</u>
Michael Kendall (BBO # 544866)
Yakov Malkiel (BBO # 689137)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
(617) 979-9310
michael.kendall@whitecase.com
yakov.malkiel@whitecase.com

Andrew E. Tomback (pro hac vice)
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
(212) 448-1100
atomback@mclaughlinstern.com

## CERTIFICATE OF SERVICE

This document is being filed on the date appearing in the header through the ECF system, which will provide electronic copies to counsel of record.

/s/ Michael Kendall
Michael Kendall