| | |
|---|---|
| **From:** | O"Connell, Justin (USAMA) |
| **To:** | O"Connell, Justin (USAMA) |
| **Cc:** | Rosen, Eric (USAMA); Wright, Leslie (USAMA); Kearney, Kristen (USAMA) |
| **Subject:** | Search Warrant Materials |
| **Date:** | Wednesday, July 31, 2019 9:07:57 PM |
| **Attachments:** | Signed Warrant(2).pdf |

All,

Please find attached materials related to a search warrant recently executed on an account in the name of your client. We intend to formally produce these materials in the next batch of discovery (*i.e.*, with bates numbers), but wanted to provide copies in advance of that production. The attached materials are governed by the terms of the protective order entered by the court.

Please note that we have limited the time frame to avoid picking up any communications related your representation of your client in this matter. That said, if you are concerned about other potentially privileged information outside of your representation, please send us a list of the names and e-mail addresses of counsel so that we can remove potentially privileged materials from our review.

Best,

Justin