# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047
TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

FILED
IN CLERKS OFFICE

2020 AUG -6  AM 8: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

DIRECT NUMBER: (212) 326-3808
JLOONAM@JONESDAY.COM

July 9, 2020

VIA UPS

Clerk of the Court
John Joseph Moakley U.S. Courthouse
Courtroom 24, 7th Floor
1 Courthouse Way
Boston, MA 022107

Re: *United States of America v. David Sidoo*, et. al., Case No. 1:19-cr-10080-NMG

Dear Clerk of the Court:

Enclosed please find Educational Testing Service's responses and objections to the Subpoena to Produce Documents, Information, or Objects in a Criminal Case in the above-captioned matter, dated May 15, 2020, which is attached hereto. The enclosed encrypted file is Bates stamped DS_0000001 through DS_0000634. The password for the encryption will be provided to requesting counsel via email.

Very truly yours,

/s/ *James P. Loonam*

James P. Loonam

Enclosures

cc: Michael Loucks, Esq. (via email)
Jack DiCanio, Esq. (via email)
Emily Reitmeier, Esq. (via email)