United States District Court
District of Massachusetts

|  |  |
|---|---|
| United States of America,<br><br>v.<br><br>Gregory Colburn, et al.,<br><br>Defendants. | Criminal Action No.<br>19-10080-NMG |

**ORDER**

GORTON, J.

The motion of defendant, John Wilson, for leave to file under seal and ex parte certain pleadings in this case (which is part but not all of Docket No. 1437) is **ALLOWED**.

Defendant shall file forthwith his memorandum in support of his motion for relief (also Docket No. 1437) under seal with a copy to the government, subject to review by the Court which may determine, upon consideration, that the memorandum should be unsealed.

Defendant may also, in the first instance, file the proposed "declarations" (affidavits in Massachusetts) ex parte and under seal, with only a redacted copy of counsel's declaration to the government, subject to a determination by the

Court whether the ex parte material should be provided to the government.

**So ordered.**

                                                /s/ Nathaniel M. Gorton
                                                Nathaniel M. Gorton
                                                United States District Judge

Dated September 16, 2020