# Exhibit A

| | |
|---|---|
| **From:** | Rick Singer <rwsinger@gmail.com> |
| **Sent:** | Thursday, June 8, 2017 8:11 PM |
| **To:** | ████████████████████████████ |
| **Subject:** | Re: Thx and TPG Re: Confidential Re: Confirming 1:15pm Meeting Today |

---

Thx

Sent from my iPhone

> On Jun 8, 2017, at 5:08 PM, ██████████████████████████████:
>
> Ok and great to hear regarding Bill and Bono!
>
>
> Sent from my iPhone
>
>> On Jun 8, 2017, at 5:07 PM, Rick Singer <rwsinger@gmail.com> wrote:
>>
>> Thank you. Btw we had a great meeting with Bill McGlashan today- cleared things up - thx
>>
>> Sent from my iPhone
>>
>>> On Jun 8, 2017, at 4:54 PM, ████████████████████████:
>>>
>>> We want this summer but will be discussing this weekend more of the specifics so let me get back to you early next week.
>>> Thx!
>>> Sent from my iPhone
>>>
>>>> On Jun 8, 2017, at 8:54 AM, Rick Singer <rwsinger@gmail.com> wrote:
>>>>
>>>> When do you want us to get started with ████?
>>>>
>>>> Sent from my iPhone
>>>>
>>>>> On Jun 8, 2017, at 7:54 AM, ██████████████████████████ wrote:
>>>>>
>>>>> I am happy to help - you are on my most important team of my family!
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>> On Jun 7, 2017, at 3:49 PM, Rick Singer <rwsinger@gmail.com<mailto:rwsinger@gmail.com>> wrote:
>>>>>
>>>>> Thank you for your nice comments and willingness to help me professionally. Let me spend more time with Bill and his RISE team and I will let you know if I could use your expertise.
>>>>>
>>>>> It is very much appreciated to know you are on my side.
>>>>>
>>>>> On Wed, Jun 7, 2017 at 2:41 PM, ████████████████
>>>>> ████████████████████████████ wrote:
>>>>> Rick - 3 quick things:
>>>>> 1. Thank you very very much. ████ really liked you and what you said (so did ████.
>>>>>
>>>>> 2. I loved watching and listening to you do what you do!  I could visualize you doing it through the years with thousands of students, athletes and your team!!
>>>>>
>>>>> 3. Regarding TPG and other prospective investors you have, I would be happy to have a call to learn more about what you are doing and brainstorm on potential alternatives. Bill McG is s real pro, but $200 mm of equity capital sounds potentially like a square peg in a round hole for you at this stage. However, I really don't know what you are trying to do, so I could be very wrong.
>>>>> Let me know if you want to squeeze in a call on your business alternatives.
>>>>>
>>>>> Otherwise, I will reach back next week about this summer and ████

>>>>>
>>>>> Many thanks!
>>>>> ██████
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>>> On Jun 7, 2017, at 1:11 PM, ████████████████████████████████████
wrote:
>>>>>>
>>>>>> Understood Rick and yes it could be.
>>>>>> Thankfully it is her ninth grade year.
>>>>>> My main goal for he attending Sacred Heart Prep is to be in a smaller environment that has a supportive counseling environment and proactively pushing community services.
>>>>>> I just want her to be happy while getting a good high schooling educations  and have appropriate college choices.
>>>>>>
>>>>>> Sent from my iPhone
>>>>>>
>>>>>>> On Jun 7, 2017, at 11:34 AM, Rick Singer <rwsinger@gmail.com<mailto:rwsinger@gmail.com>> wrote:
>>>>>>>
>>>>>>> ██████ <mark>there is a side door in most schools as I did 490 of them last year- which means you support the school at a lot lesser cost than through institutional advancement.</mark> Is this an option because the Brown's of the world are not achievable with any B's
>>>>>>>
>>>>>>> Sent from my iPhone
>>>>>>>
>>>>>>>> On Jun 7, 2017, at 10:58 AM, ████████████
████████████████████████████ wrote:
>>>>>>>>
>>>>>>>> Rick -
>>>>>>>> Heading into our meeting, I want you to know that ████ is emotionally struggling at times from the divorce and that she is feeling she is going to get more Bs than As this semester, as she completes her finals today and tomorrow.
>>>>>>>> In addition, she has been doing only the minimum required for soccer and eating unhealthily, so she has gained some weight (she is relatively big and strong by nature).
>>>>>>>> Consequently, I think a focus today on getting into schools like Brown or Santa Clara is more appropriate than her BHAG schools academically.
>>>>>>>> ████ also appears to be going through a difficult time, as evidenced by not wanting to meet at my house - lots of unneeded drama in my family two daughters and an Ex-wife.
>>>>>>>> I hope you find this email constructive.
>>>>>>>> Thanks,
>>>>>>>> ██████
>>>>>>>>
>>>>>>>> Sent from my iPhone
>>>>>>>>
>>>>>>>>> On Jun 7, 2017, at 10:38 AM, Rick Singer <rwsinger@gmail.com<mailto:rwsinger@gmail.com>> wrote:
>>>>>>>>>
>>>>>>>>> Thx
>>>>>>>>>
>>>>>>>>> Sent from my iPhone
>>>>>>>>>
>>>>>>>>>> On Jun 7, 2017, at 10:35 AM, ████████████████
████████████████████ <mailto:████████████████████████████████████
>>>>>>>>>> Okay. Thanks for heads up I will get there at 1 pm ish to save get a table
>>>>>>>>>>
>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>
>>>>>>>>>> On Jun 7, 2017, at 10:34 AM, Rick Singer <rwsinger@gmail.com<mailto:rwsinger@gmail.com>> wrote:
>>>>>>>>>>
>>>>>>>>>> Confirmed but ████ sent an email that she did not want to meet at your house so we were meeting at Peet's?
>>>>>>>>>>
>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>
>>>>>>>>>>> On Jun 7, 2017, at 8:58 AM, ████████████████████
████████████████ <mailto:████████████████████████
>>>>>>>>>>> Hi Rick -

USAO-VB-00038904

>>>>>>>>>>>> I know you are juggling a busy schedule so I am writing to confirm that you will still be meeting with ███████ and me at 1:15pm today at my house in ███████.
>>>>>>>>>>>> The address for ease of reference is:
>>>>>>>>>>>> ████████████████
>>>>>>>>>>>> Please confirm and thank you again for offering to work with Grace
>>>>>>>>>>>> ████
>>>>>>>>>>>>
>>>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>>>
>>>>>>>>>>>> _____
>>>>>>>>>>>>
>>>>>>>>>>>> This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying to this message and delete this e-mail immediately.
>>>>>>>>>>
>>>>>>>>>> _____
>>>>>>>>>>
>>>>>>>>>> This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying to this message and delete this e-mail immediately.
>>>>>>>>
>>>>>>>> _____
>>>>>>>>
>>>>>>>> This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying to this message and delete this e-mail immediately.
>>>>>
>>>>> _____
>>>>>
>>>>> This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying to this message and delete this e-mail immediately.
>>>>>
>>>>>
>>>>>
>>>>> --
>>>>> Rick Singer
>>>>> (916) 384-8802
>>>>>
>>>>> _____
>>>>>
>>>>> This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying to this message and delete this e-mail immediately.
>>>
>>> _____
>>>
>>> This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying to this message and delete this e-mail immediately.
>
> _____
>
> This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying to this message and delete this e-mail immediately.

# Exhibit B

| | |
|---|---|
| **From:** | ███████████████████ |
| **Sent:** | Wednesday, February 5, 2014 9:50 PM |
| **To:** | Rick Singer <rwsinger@gmail.com> |
| **Subject:** | Re: Hello Rick/college visits |

ok, but should we mention it to him?

On Feb 6, 2014, at 4:49 AM, Rick Singer <rwsinger@gmail.com> wrote:

> <mark>Ok side door is not improper nor is back door both are how all schools fund their special programs or needs.</mark> Nevertheless we can apply to some of his top choices that are above his qualifications but the chances of getting in would be limited.
>
> Sent from my iPhone
>
> On Feb 5, 2014, at 5:44 PM, ███████████████████████████ wrote:
>
>> Thanks. If a " backdoor" is a donation to the school or something like that I do not want to do anything improper and I am ambivalent whether we should tell █████ or not. I do not want to ruin his motivation or make him feel he did not accomplish on his own merit. On the other hand I do not want it keep stuff from him. Any thoughts?
>> Sent from my iPhone
>>
>> On Feb 6, 2014, at 3:30 AM, Rick Singer <rwsinger@gmail.com> wrote:
>>
>>> Weekdays. I can set up whatever we decide.
>>>
>>> On Wed, Feb 5, 2014 at 5:25 PM, ███████████     ████████████ wrote:
>>>> Are college visits typically during the weekend or weekdays?
>>>>
>>>> Sent from my iPhone
>>>>
>>>> On Feb 6, 2014, at 12:55 AM, Rick Singer <rwsinger@gmail.com> wrote:
>>>>
>>>>> For Our discussion
>>>>>
>>>>> School choices -- ******* schools with that notation will need to be done through the side door as █████ is not close with his grades and scores.
>>>>>
>>>>> Boston
>>>>>
>>>>> Northeastern
>>>>> Boston U
>>>>> Babson
>>>>>
>>>>> NY
>>>>>
>>>>> Fordham
>>>>> NYU*******

USAO-VB-00190224

Philly

Drexel
Villanova

DC

Georgetown********
GW
American
U Maryland College Park

Miami

U Miami

New Orleans

Tulane

Chicago

Loyola U
DePaul

Colorado

Denver U
CU Boulder

Midwest

Indiana U
U Michigan*******
U Wisconsin

LA

USC*******
UCLA*****
UCSB

Bay Area

Santa Clara
Cal Poly
USF
UC Davis

On Wed, Feb 5, 2014 at 12:39 AM, ██████████

██████████ wrote:

Hi Rick,

greetings from south africa..i am here for a quick business trip, and will be back sunday. so i look forward seeing you on monday for our usual get together with ████

One thing i would like to resolve is the choice of which colleges to visit in the spring break for ████

1. which colleges should we visit?

2. When? ████ is on spring break from March 8 th the 23rd. I will be in brussell on wed12-thrusday13, so I could visit colleges on the east coast (or west coast) the weekend and monday (8-11), or when i am back sat15 all week until the 23. what do you suggest?

Once we decide where and when, we can contact the colleges for logistics and also i can get going with airplane tickets and all that�.

let me know what you think and thank you for all your help!

████

--
Rick Singer
(916) 384-8802

--
Rick Singer
(916) 384-8802

Exhibit C

CTRL_GOV-01264870

**[01:14:10]**



**RICK SINGER:**

CTRL_GOV-01264870

[01:18:11]



The back door is through institutional advancement is all the people writing major big checks, and the side door is figuring out how I can do that for one tenth of the money to get in the same school that is there, and you're fighting that.

# Exhibit D

1  **Call date:**     9/15/18

2  **Duration:** 18:00

3  **Call Begin: [ ] Call End [ ]**

4  **Call Participants:**

5       Rick Singer

6       John LNU

7  **File Name:**     9163848802 2018-09-15 13-04-26 08137-001

8  **Bates No.:**

9

10  _:  [00:00] Good morning.

11  SINGER:   Good morning (inaudible).

12  LNU: Hello, Rick.

13  SINGER:   Hey, John.

14  _:  (inaudible) how you doing?

15  LNU: How you doing?

16  SINGER:   Good.  How you doing?

17  LNU: Hey, you at a game?

18  SINGER:   No, no.  I'm just leaving somewhere.

19  LNU: OK.  [laughter]  Hey, what's the best way for us to put

20       together a structured relationship for the girls and, uh,

21       you know, get some -- you know, let's say regular advice

22       or at least some periodic advice for them as they go

23       through the search process and they're trying to identify

24       majors --

1   LNU: Right.

2   SINGER:   If you said -- and you know that -- that if you said

3        you wanted to go somewhere like Stanford or Harvard or

4        Yale and go through a different door, you can do that.

5        But to go in directly you've got to be -- just to play

6        you've got to be 35, 36 plus essentially perfect grades

7        and then you've got to have subject test scores in the

8        mid-700s.

9   LNU: Right.  OK.  Well, that's good, uh, good general

10       direction.  And then on the, um -- the other doors, you

11       have certainly things like crew.  Can they try that?  Is

12       that still your -- your number one differentiator?  If

13       they had a really good time, they could work on that and

14       get a time of X, that might be a second door.  Or you

15       have the other door, where, you know, you can, you know,

16       make a contribution kind of thing.

17   SINGER:   Yeah.  So we -- we're -- that's why I'm going to

18       Harvard next Friday, because the president wants to do a

19       deal with me [07:00] because he found out that I've

20       already got 4 already in without his help.  So he's like,

21       "How about -- why would you go to somebody else if you

22       could come to me?"  I said, "Well, I didn't know I could

23       come to you."  Huh.

Exhibit E

**From:** ▮▮▮▮▮▮▮▮▮▮
**To:** John Wilson ▮▮▮▮▮▮▮▮▮▮
**Sent:** 2/10/2013 3:07:59 AM
**Subject:** Re: Winter snow on the canal

```
HB
Looks beautiful there w/the snow!
Can't wait to see you on Thursday!
Love U!

Sent from my iPhone

On Feb 9, 2013, at 11:02 PM, "John Wilson" ▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

> Miss u all
>
> <photo.JPG>
>
>
>
> Sent from my iPhone
```

USAO-VB-01710289

Exhibit F

**From:** ████████████████
**To:** John Wilson ███████████████
**Sent:** 8/13/2015 12:30:14 PM
**Subject:** Re: No wind! Ugh

Great photo!
Bummer no wind - it's been so windy all summer!

Sent from my iPhone

> On Aug 13, 2015, at 6:26 PM, John Wilson ████████████████████ wrote:
>
>
>
> <IMG_6695.JPG>
>
>
>
> John

USAO-VB-01712994

Exhibit G

**From:**      John Wilson <█████████████████>
**To:**        █████████████████
**Sent:**      10/28/2013 5:25:13 AM
**Subject:**   Fwd: Candy drop off Reminder


Sent from my iPhone

Begin forwarded message:

**From:** ██████████████████████
**Date:** October 28, 2013 at 10:23:04 AM GMT+1
**Cc:** ████████████████████████████ < ████████████
█████████████████████████ @ ██████████████████████
██████████████████████████ >

**Subject: Candy drop off Reminder**



Those interested in participating in trick or treating in Amstelveen on Halloween please be advised today is the last day we are accepting candy donations!  Candy can be dropped off in the PTA room.  We are looking forward to a spooky Halloween!

***If you have volunteered as a house or trunk your candy can be picked up on Wednesday after school from 3:30-4:30 in the PTA room or at ██████████ house on Halloween night from 4:30-5:30!  Please reply if in need of the ████████ address.

USAO-VB-01713645

Exhibit H

**From:** ███████████████
**To:** John Wilson ████████████
**Sent:** 6/6/2015 1:41:07 PM
**Subject:** Re: Looking good

Great photo!

> On Jun 6, 2015, at 5:26 PM, "John Wilson" ████████████████████████ wrote:
>
>
>
> <FullSizeRender.jpg>
>
>
>
>
> John

Exhibit I

| | |
|---|---|
| **From:** | John Wilson ██████████ |
| **To:** | ████████████████ |
| **Sent:** | 1/19/2018 5:05:13 PM |
| **Subject:** | Fwd: It's true! Almost everything's 25% OFF (furniture included!) – in stores & online |

Pottery barn 25% off beds etc

John B Wilson

President , Hyannis Port Capital

████████████████

████████████████
████████████

Begin forwarded message:

**From:** Pottery Barn Kids <PotteryBarnKids@mail.potterybarnkids.com>
**Date:** January 19, 2018 at 15:06:58 CST
**To:** ████ @ ████████████  ████████████
**Subject: It's true! Almost everything's 25% OFF (furniture included!) – in stores & online**

**You get 25% OFF your entire in-store purchase (beds and cribs, rugs and decor – and more)!**

Shop Now      Shop In Stores      Free Design Services      Click Here to See Images

Exhibit J

**From:** John Wilson █████████████████████
**To:** ████████████████████
**Sent:** 7/21/2013 5:43:37 PM
**Subject:** Cute couple!
**Attachments:** ATT09240.txt; photo.JPG

USAO-VB-01713455

Exhibit K

**Affidavit of Deborah Rogers**

1.      My name is Deborah Rogers.  I am a resident of Las Vegas, Nevada.

2.      I work as an assistant to John Wilson.  I have been John's assistant for sixteen years, since 2004.  My responsibilities include book-keeping, logistics, paperwork, and other miscellaneous duties.

3.      When I began working for John, he told me that, as part of my job, I would have the ability to access many of his personal records and emails, and many of the personal records and emails of the Wilson family.  My ability to access John's records and emails has been particularly important when John travels, which is often, and during the period of several years when John and his family lived in the Netherlands.

4.      John told me, and I understood, that I should respect the confidentiality of his and his family's records and emails.  I am expected as part of my job to use my access to John's and the Wilsons' records only for specified purposes, such as scheduling appointments and paying bills.  I am expected not to look around among the family's documents, not to access them except for purposes John and his wife specified, and not to share information from the Wilsons' private records with anyone outside the family (except as requested by John or his wife).

5.      Over the years, these instructions and expectations have remained unchanged.  I have continually respected the Wilsons' privacy and the confidentiality of their records.  When I have accessed John's emails and other records, I have done so to follow instructions from John.  It has been my regular practice not to read or rummage through John's emails for personal or other purposes, nor have I had any interest in doing so.

I affirm the foregoing statements under the penalties of perjury.

This ___15___ day of October, 2020.

Deborah Rogers