United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America,<br><br>v.<br><br>John Wilson,<br><br>      Defendant. | Criminal Action No.<br>19-10080-NMG-17 |

**NOTICE**

**GORTON, J.**

Having reviewed the ex parte declaration of defense counsel and the ex parte declaration of defendant's wife (both part, but not all, of Docket No. 1500-1) and the substantially redacted version of the declaration of defense counsel that was provided to the government (Docket No. 1510-2, Exhibit CC), the Court has determined that, pursuant to its Order entered on September 16, 2020 (Docket No. 1497), it will not consider the material filed ex parte with respect to the pending motion (part, but not all, of Docket No. 1437) unless the declarations are submitted to the government, unredacted, for response.

Accordingly, defense counsel shall, on or before October 23, 2020,

- 1 -

1) submit the ex parte material to government's counsel, under seal, for government's response (to be filed on or before October 30, 2020) **OR**

2) to the extent defendant remains concerned that the declaration of defense counsel exposes his defense strategy, submit a revised declaration of defense counsel, under seal, with a copy to government's counsel for its response (to be filed on or before October 30, 2020).

In any event, the Court will consider, with respect to the pending motion (Docket No. 1437), only the declaration (or revised declaration) of defense counsel and the declaration of defendant's wife as they are submitted for docketing and will disregard any pleadings or attachments to the extent they have been filed ex parte.

Just before the entry of this Notice, defendant filed a motion for leave to file a reply brief in support of the subject motion (Docket No. 1533). That motion will be held in abeyance pending receipt of pleadings to be filed in accordance with this Notice.

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated October 16, 2020