## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                             :
UNITED STATES OF AMERICA,                    :
                                             :
                Plaintiff,                   :
                                             :
           -against-                         :
                                             :   Criminal No. 1:19-cr-10080-NMG
                                             :
GREGORY COLBURN, ET AL,                      :
                                             :
                Defendants.                  :
                                             :
                                             :
-----------------------------------------------------------x
```

### NONPARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S ASSENTED TO MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANT JOHN WILSON'S SEALED SUR-REPLY

Nonparty University of Southern California ("USC") hereby moves the Court for leave to file a Response to Defendant John Wilson's Sealed Sur-Reply in Opposition to USC's Motion to Quash [ECF No. 1357].   As grounds for this Motion, USC states as follows:

1. Wilson's Sur-Reply references new documents and includes various factual inaccuracies, which USC seeks to correct; and

2. USC seeks to file on or before November 5, 2020 to allow it sufficient time to prepare the Response while it prepares responses to two other motions to compel from various defendants.

**WHEREFORE**, USC respectfully requests that this Court allow it leave to file its Response under seal.

### COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel conferred with counsel for Defendant John Wilson who assents to USC filing its Response under seal.

Respectfully submitted,
UNIVERSITY OF SOUTHERN CALIFORNIA,
By its attorneys,


*/s/ Debra Wong Yang*
Debra Wong Yang (Admitted *Pro Hac Vice*)
Douglas M. Fuchs (Admitted *Pro Hac Vice*)
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213)229-7000
dwongyang@gibsondunn.com
dfuchs@gibsondunn.com


*/s/ Anthony E. Fuller*
Anthony E. Fuller (BBO #633246)
William H. Kettlewell (BBO# 270320)
Elizabeth C. Pignatelli (BBO #677923)
HOGAN LOVELLS US LLP
125 High St., Suite 2010
Boston, MA  02110
(617) 371-1000
anthony.fuller@hoganlovells.com
bill.kettlewell@hoganlovells.com
elizabeth.pignatelli@hoganlovells.com

Dated: October 27, 2020

## CERTIFICATE OF SERVICE

I, hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent those indicated as nonregistered participants on October 27, 2020.

*/s/ Anthony E. Fuller*
Anthony E. Fuller

2