UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
:
UNITED STATES OF AMERICA,                               :
:
　　　　　　　Plaintiff,                                  :
:
　　-against-                                            :   Criminal No. 1:19-cr-10080-NMG
:
GREGORY COLBURN, ET AL,                                 :
:
　　　　　　　Defendants.                                 :
:
:
---------------------------------------------------------x

### NONPARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S ASSENTED-TO MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS' MOTION TO COMPEL UNDER SEAL

　　Nonparty University of Southern California ("USC"), by and through undersigned counsel, hereby respectfully moves this Honorable Court for leave to file under seal its Opposition to Defendants Gamal Abdelaziz, Elisabeth Kimmel and John Wilson Motion to Compel USC's Response to February 7, 2020 Subpoena (ECF #716).

　　Because the defendants sought and were granted leave to file the Motion to Compel *ex parte* and under seal, USC also seeks leave to file its Opposition and any further pleadings regarding the Motion to Compel under seal as well.

　　**WHEREFORE**, USC respectfully requests that this Court allow it leave to file its Opposition under seal.

### COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

　　Undersigned counsel conferred with counsel for Defendants Gamal Abdelaziz, Elisabeth Kimmel and John Wilson who assent to USC filing its Opposition under seal.

        Respectfully submitted,
        UNIVERSITY OF SOUTHERN CALIFORNIA,
        By its attorneys,


        */s/ Debra Wong Yang*
        Debra Wong Yang (Admitted *Pro Hac Vice*)
        Douglas M. Fuchs (Admitted *Pro Hac Vice*)
        GIBSON DUNN & CRUTCHER LLP
        333 South Grand Avenue
        Los Angeles, CA 90071-3197
        (213)229-7000
        dwongyang@gibsondunn.com
        dfuchs@gibsondunn.com

        */s/ Anthony E. Fuller*
        Anthony E. Fuller (BBO #633246)
        William H. Kettlewell (BBO# 270320)
        Elizabeth C. Pignatelli (BBO #677923)
        HOGAN LOVELLS US LLP
        125 High St., Suite 2010
        Boston, MA  02110
        (617) 371-1000
        anthony.fuller@hoganlovells.com
        bill.kettlewell@hoganlovells.com
        elizabeth.pignatelli@hoganlovells.com

Dated: October 29, 2020

## CERTIFICATE OF SERVICE

I, hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent those indicated as nonregistered participants on October 29, 2020.

        */s/ Anthony E. Fuller*
        Anthony E. Fuller