UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DAVID SIDOO et al.,

Defendants.

No. 1:19-cr-10080-NMG

### DEFENDANT JOHN WILSON'S MOTION FOR LEAVE TO FILE REVISED REPLY IN SUPPORT OF HIS MOTION FOR RELIEF BASED ON THE GOVERNMENT'S IMPROPER SEARCH AND SEIZURE OF EMAILS

Defendant John Wilson has moved for suppression and other relief based on severe improprieties in the government's application for, and execution of, a warrant to search Wilson's email mailbox (the "Motion for Relief"). In support of the Motion for Relief, on October 15, 2020, Wilson moved for leave to file a reply (the "Motion to Reply"), attaching a proposed reply brief (the "Original Reply").

The Court entered a Notice holding the Motion to Reply in abeyance, instructing Wilson to serve the government with versions of his previously-ex-parte supporting declarations, and permitting the government to respond to those declarations. Wilson served and filed the revised affidavits; the government responded on October 30, 2020 with a brief, an affidavit, and exhibits.

To streamline the briefing on the Motion for relief, Wilson hereby renews his Motion to Reply, but seeks the Court's leave to replace the Original Reply with a revised brief (the "Revised Reply"), which will include Wilson's rejoinder to the government's October 30, 2020 submissions. Wilson proposes to file the Revised Reply by November 6, 2020, and to limit its length to the length of the Original Reply, namely 16 pages.

*Motion allowed.* /s/ NMGorton, USDJ 11/3/20

11/2/2020 11:45
AMERICAS 104649212 v1