Exhibit A

| From: | Rick Singer <rwsinger@gmail.com> |
|---|---|
| Sent: | Thursday, June 8, 2017 8:11 PM |
| To: | ████████████████████████████ |
| Subject: | Re: Thx and TPG Re: Confidential Re: Confirming 1:15pm Meeting Today |

Thx

Sent from my iPhone

> On Jun 8, 2017, at 5:08 PM, ████████████████████████████:
>
> Ok and great to hear regarding Bill and Bono!
>
>
> Sent from my iPhone
>
>> On Jun 8, 2017, at 5:07 PM, Rick Singer <rwsinger@gmail.com> wrote:
>>
>> Thank you. Btw we had a great meeting with Bill McGlashan today- cleared things up - thx
>>
>> Sent from my iPhone
>>
>>> On Jun 8, 2017, at 4:54 PM, ████████████████████████:
>>>
>>> We want this summer but will be discussing this weekend more of the specifics so let me get back to you early next week.
>>> Thx!
>>> Sent from my iPhone
>>>
>>>> On Jun 8, 2017, at 8:54 AM, Rick Singer <rwsinger@gmail.com> wrote:
>>>>
>>>> When do you want us to get started with████?
>>>>
>>>> Sent from my iPhone
>>>>
>>>>> On Jun 8, 2017, at 7:54 AM, ████████████████████████ wrote:
>>>>>
>>>>> I am happy to help - you are on my most important team of my family!
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>> On Jun 7, 2017, at 3:49 PM, Rick Singer <rwsinger@gmail.com<mailto:rwsinger@gmail.com>> wrote:
>>>>>
>>>>> Thank you for your nice comments and willingness to help me professionally. Let me spend more time with Bill and his RISE team and I will let you know if I could use your expertise.
>>>>>
>>>>> It is very much appreciated to know you are on my side.
>>>>>
>>>>> On Wed, Jun 7, 2017 at 2:41 PM, ████████████████████████████████████ wrote:
>>>>> Rick - 3 quick things:
>>>>> 1. Thank you very very much. ████ really liked you and what you said (so did ████.
>>>>>
>>>>> 2. I loved watching and listening to you do what you do!  I could visualize you doing it through the years with thousands of students, athletes and your team!!
>>>>>
>>>>> 3. Regarding TPG and other prospective investors you have, I would be happy to have a call to learn more about what you are doing and brainstorm on potential alternatives. Bill McG is s real pro, but $200 mm of equity capital sounds potentially like a square peg in a round hole for you at this stage. However, I really don't know what you are trying to do, so I could be very wrong.
>>>>> Let me know if you want to squeeze in a call on your business alternatives.
>>>>>
>>>>> Otherwise, I will reach back next week about this summer and ████

>>>>>
>>>>> Many thanks!
>>>>> █████
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>>> On Jun 7, 2017, at 1:11 PM, ████████████████████████████████
wrote:
>>>>>>
>>>>>> Understood Rick and yes it could be.
>>>>>> Thankfully it is her ninth grade year.
>>>>>> My main goal for he attending Sacred Heart Prep is to be in a smaller environment that has a supportive counseling environment and proactively pushing community services.
>>>>>> I just want her to be happy while getting a good high schooling educations  and have appropriate college choices.
>>>>>>
>>>>>> Sent from my iPhone
>>>>>>
>>>>>>> On Jun 7, 2017, at 11:34 AM, Rick Singer <rwsinger@gmail.com<mailto:rwsinger@gmail.com>> wrote:
>>>>>>> ████  <mark>there is a side door in most schools as I did 490 of them last year- which means you support the school at a lot lesser cost than through institutional advancement.</mark> Is this an option because the Brown's of the world are not achievable with any B's
>>>>>>>
>>>>>>> Sent from my iPhone
>>>>>>>
>>>>>>>> On Jun 7, 2017, at 10:58 AM, ████████████
██████████████████████████ wrote:
>>>>>>>>
>>>>>>>> Rick -
>>>>>>>> Heading into our meeting, I want you to know that ████ is emotionally struggling at times from the divorce and that she is feeling she is going to get more Bs than As this semester, as she completes her finals today and tomorrow.
>>>>>>>> In addition, she has been doing only the minimum required for soccer and eating unhealthily, so she has gained some weight (she is relatively big and strong by nature).
>>>>>>>> Consequently, I think a focus today on getting into schools like Brown or Santa Clara is more appropriate than her BHAG schools academically.
>>>>>>>> ████ also appears to be going through a difficult time, as evidenced by not wanting to meet at my house - lots of unneeded drama in my family two daughters and an Ex-wife.
>>>>>>>> I hope you find this email constructive.
>>>>>>>> Thanks,
>>>>>>>> ████
>>>>>>>>
>>>>>>>> Sent from my iPhone
>>>>>>>>
>>>>>>>>> On Jun 7, 2017, at 10:38 AM, Rick Singer <rwsinger@gmail.com<mailto:rwsinger@gmail.com>> wrote:
>>>>>>>>>
>>>>>>>>> Thx
>>>>>>>>>
>>>>>>>>> Sent from my iPhone
>>>>>>>>>
>>>>>>>>>> On Jun 7, 2017, at 10:35 AM, █████████████
██████████████████ <mailto:█████████████████████████████
>>>>>>>>>> Okay. Thanks for heads up I will get there at 1 pm ish to save get a table
>>>>>>>>>>
>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>
>>>>>>>>>>> On Jun 7, 2017, at 10:34 AM, Rick Singer <rwsinger@gmail.com<mailto:rwsinger@gmail.com>> wrote:
>>>>>>>>>>>
>>>>>>>>>>> Confirmed but ███ sent an email that she did not want to meet at your house so we were meeting at Peet's?
>>>>>>>>>>>
>>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>>
>>>>>>>>>>>> On Jun 7, 2017, at 8:58 AM, ████████████
██████████████████<mailto:██████████████████
>>>>>>>>>>>>
>>>>>>>>>>>> Hi Rick -

>>>>>>>>>>> I know you are juggling a busy schedule so I am writing to confirm that you will still be meeting with ████ and me at 1:15pm today at my house in ████.

>>>>>>>>>>> The address for ease of reference is:

>>>>>>>>>>> ████████████

>>>>>>>>>>> Please confirm and thank you again for offering to work with Grace

>>>>>>>>>>> ████

>>>>>>>>>>>

>>>>>>>>>>> Sent from my iPhone

>>>>>>>>>>>

>>>>>>>>>>> _____

>>>>>>>>>>>

>>>>>>>>>>> This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying to this message and delete this e-mail immediately.

>>>>>>>>>

>>>>>>>>> _____

>>>>>>>>>

>>>>>>>>> This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying to this message and delete this e-mail immediately.

>>>>>>>>

>>>>>>>> _____

>>>>>>>>

>>>>>>>> This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying to this message and delete this e-mail immediately.

>>>>>

>>>>> _____

>>>>>

>>>>> This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying to this message and delete this e-mail immediately.

>>>>>

>>>>>

>>>>>

>>>>> --

>>>>> Rick Singer

>>>>> (916) 384-8802

>>>>>

>>>>> _____

>>>>>

>>>>> This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying to this message and delete this e-mail immediately.

>>>

>>> _____

>>>

>>> This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying to this message and delete this e-mail immediately.

>

> _____

>

> This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by replying to this message and delete this e-mail immediately.