# Exhibit C

CTRL_GOV-01264870

[01:14:10]

**RICK SINGER:**

CTRL_GOV-01264870

[01:18:11]



The back door is through institutional advancement is all the people writing major big checks, and the side door is figuring out how I can do that for one tenth of the money to get in the same school that is there, and you're fighting that.

2