# Exhibit D

1   **Call date:**     9/15/18

2   **Duration:** 18:00

3   **Call Begin: [ ] Call End [ ]**

4   **Call Participants:**

5       Rick Singer

6       John LNU

7   **File Name:**    9163848802 2018-09-15 13-04-26 08137-001

8   **Bates No.:**

9

10  _:   [00:00] Good morning.

11  SINGER:   Good morning (inaudible).

12  LNU: Hello, Rick.

13  SINGER:   Hey, John.

14  _:   (inaudible) how you doing?

15  LNU: How you doing?

16  SINGER:   Good.  How you doing?

17  LNU: Hey, you at a game?

18  SINGER:   No, no.  I'm just leaving somewhere.

19  LNU: OK.  [laughter]  Hey, what's the best way for us to put

20      together a structured relationship for the girls and, uh,

21      you know, get some -- you know, let's say regular advice

22      or at least some periodic advice for them as they go

23      through the search process and they're trying to identify

24      majors --

1   LNU: Right.

2   SINGER:   If you said -- and you know that -- that if you said
3          you wanted to go somewhere like Stanford or Harvard or
4          Yale and go through a different door, you can do that.
5          But to go in directly you've got to be -- just to play
6          you've got to be 35, 36 plus essentially perfect grades
7          and then you've got to have subject test scores in the
8          mid-700s.

9   LNU: Right.  OK.  Well, that's good, uh, good general
10          direction.  And then on the, um -- the other doors, you
11          have certainly things like crew.  Can they try that?  Is
12          that still your -- your number one differentiator?  If
13          they had a really good time, they could work on that and
14          get a time of X, that might be a second door.  Or you
15          have the other door, where, you know, you can, you know,
16          make a contribution kind of thing.

17   SINGER:   Yeah.   So we -- we're -- that's why I'm going to
18          Harvard next Friday, because the president wants to do a
19          deal with me [07:00] because he found out that I've
20          already got 4 already in without his help.  So he's like,
21          "How about -- why would you go to somebody else if you
22          could come to me?"  I said, "Well, I didn't know I could
23          come to you."  Huh.