# Exhibit E

## Affidavit of Deborah Rogers

1. My name is Deborah Rogers. I am a resident of Las Vegas, Nevada.

2. I work as an assistant to John Wilson. I have been John's assistant for sixteen years, since 2004. My responsibilities include book-keeping, logistics, paperwork, and other miscellaneous duties.

3. When I began working for John, he told me that, as part of my job, I would have the ability to access many of his personal records and emails, and many of the personal records and emails of the Wilson family. My ability to access John's records and emails has been particularly important when John travels, which is often, and during the period of several years when John and his family lived in the Netherlands.

4. John told me, and I understood, that I should respect the confidentiality of his and his family's records and emails. I am expected as part of my job to use my access to John's and the Wilsons' records only for specified purposes, such as scheduling appointments and paying bills. I am expected not to look around among the family's documents, not to access them except for purposes John and his wife specified, and not to share information from the Wilsons' private records with anyone outside the family (except as requested by John or his wife).

5. Over the years, these instructions and expectations have remained unchanged. I have continually respected the Wilsons' privacy and the confidentiality of their records. When I have accessed John's emails and other records, I have done so to follow instructions from John. It has been my regular practice not to read or rummage through John's emails for personal or other purposes, nor have I had any interest in doing so.

I affirm the foregoing statements under the penalties of perjury.

This 15th day of October, 2020.

_____
Deborah Rogers

2