UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | Criminal No.: 19-10080-NMG |
| (14)   JOHN WILSON | ) ) ) | |
| Defendant | ) | |

**ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THE GOVERNMENT'S SUR-REPLY IN OPPOSITION TO DEFENDANT JOHN WILSON'S AMENDED REPLY**

Pursuant to Local Rule 7.2(a), the government respectfully seeks leave to file under seal portions of its sur-reply in opposition to defendant John Wilson's motion for relief based on the search of his email.

On November 6, 2020, the defendant filed on the public docket an amended reply in support of his motion. *See* Dkt. 1571. At that time, the defendant also filed under seal 153 exhibits in support of his reply. The Court has already granted the government leave to file a sur-reply to defendant's reply and the exhibits. *See* Dkt. 1595. The government now seeks leave to file under seal those portions of its sur-reply that discuss the exhibits filed under seal by the defendant.

Defendant's counsel assents to the relief sought by this motion.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Justin D. O'Connell*
JUSTIN D. O'CONNELL
Assistant United States Attorneys

Date: November 16, 2020

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on November 16, 2020.

                                      By:    */s/ Justin D. O'Connell*
                                                      JUSTIN D. O'CONNELL
                                                      Assistant United States Attorney