UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY COLBURN, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:19-cr-10080-NMG |

**DEFENDANTS' MOTION FOR LEAVE
TO FILE DOCUMENT *EX PARTE* AND UNDER SEAL**

Defendants Elisabeth Kimmel, Gamal Abdelaziz, and John Wilson ("Defendants") respectfully move this Court for leave to file a document *ex parte* and under seal ("Submission").

As grounds for the motion, Defendants state that they request to file the Submission *ex parte* and under seal because it relates to an *ex parte* and under seal Rule 17(c) subpoena, the subject matter of which would reveal confidential trial strategy to the government. *See United States v. Diamont,* Case No. 1:05-cr-10154, ECF No. 33, slip op. at 5 (D. Mass. Nov. 22, 2005) (Dien, M.J.) ("[E]x parte proceedings are available under Rule 17(c) both based on the language of the Rule and for policy reasons.").

**WHEREFORE**, Defendants respectfully request that their motion to file the Submission *ex parte* and under seal be GRANTED.

Respectfully submitted,

/s/ Cory S. Flashner
R. Robert Popeo (BBO No. 403360)
Mark E. Robinson (BBO No. 423080)
Eóin P. Beirne (BBO No. 660885)
Cory S. Flashner (BBO No. 629205)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1605 (telephone)
(617) 542-2241 (fax)
rrpopeo@mintz.com
merobinson@mintz.com
epbeirne@mintz.com
csflashner@mintz.com

*Counsel for Elisabeth Kimmel*


/s/ Robert L. Sheketoff
Robert L. Sheketoff (BBO No. 457340)
One McKinley Square
Boston, MA 02109
(617) 367-3449
sheketoffr@aol.com

*Counsel for Gamal Abdelaziz*


/s/ Michael Kendall
Michael Kendall (BBO No. 544866)
White & Case LLP
75 State Street
Boston, MA 02109
617-979-9310
michael.kendall@whitecase.com

*Counsel for John Wilson*

Date: November 19, 2020

2

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Cory S. Flashner, hereby certify that counsel for Defendants did not confer with counsel for the government regarding this motion as the underlying Submission would be made *ex parte* and under seal.

/s/ Cory S. Flashner
Cory S. Flashner

## CERTIFICATE OF SERVICE

I, Cory S. Flashner, hereby certify that on November 19, 2020, I filed the foregoing with the United States District Court for the District of Massachusetts using the CM/ECF system and caused it to be served on all registered participants via the notice of electronic filing.

/s/ Cory S. Flashner
Cory S. Flashner