UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN, *et al.*,<br><br>Defendants. | No. 1:19-cr-10080-NMG |

## DEFENDANT JOHN WILSON'S MOTION FOR LEAVE TO OBTAIN COPY OF SEALED NOVEMBER 20, 2020 HEARING TRANSCRIPT

Defendant John Wilson hereby moves this Court for leave to order and obtain a copy of the transcript of a sealed, *ex parte* hearing that occurred on November 20, 2020.

As grounds for the motion, Wilson states that his counsel participated in the November 20, 2020 hearing, which pertained in part to sealed, ex parte subpoenas served by Wilson's counsel under Federal Rule of Criminal Procedure 17(c).

Respectfully submitted:

*Counsel to John Wilson:*

/s/ Michael Kendall
Michael Kendall (BBO # 544866)
Yakov Malkiel (BBO # 689137)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
(617) 979-9310
michael.kendall@whitecase.com
yakov.malkiel@whitecase.com

Andrew E. Tomback (pro hac vice)
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
(212) 448-1100
atomback@mclaughlinstern.com