UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

GREGORY COLBURN et al.,

Defendants

No. 1:19-CR-10080-NMG

### ASSENTED-TO MOTION FOR LEAVE TO FILE
### *EX PARTE* SEALED DECLARATIONS

Defendants Gamal Abdelaziz, John Wilson, Homayoun Zadeh, and Robert Zangrillo (the "Moving Defendants") respectfully request leave of court to individually file *ex parte*, sealed declarations in support of their response to the Court's November 25, 2020 Notice (Dkt. 1648). As grounds thereof, Moving Defendants state they wish to share confidential personal health information with the Court that is relevant to their response to the Court's Notice. The government assents to this motion.

Dated: December 1, 2020

Respectfully submitted,

/s/ Brian T. Kelly
Brian T. Kelly (BBO No. 549566)
Joshua C. Sharp (BBO No. 681439)
Lauren M. Maynard (BBO No. 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
617-345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO No. 457340)
One McKinley Square
Boston, MA 02109

*Motion allowed.* /s/ NMGorton, USDJ 12/2/20