UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

GREGORY COLBURN et al.,

Defendants.

Cr. No. 19-10080-NMG

## MOTION TO WITHDRAW

Pursuant to Local Rule 83.5.2, the undersigned attorney hereby moves to withdraw his appearance as counsel to defendant John Wilson. Good cause exists for this request. The undersigned is scheduled to begin working in the public sector, and Mr. Wilson will continue to be represented by attorneys at White & Case LLP and McLaughlin & Stern LLP.

Respectfully submitted,

/s/ Yakov Malkiel
Yakov Malkiel (BBO # 689137)
WHITE & CASE LLP
75 State Street
Boston, MA 02109
Telephone: (617) 979-9310
yakov.malkiel@whitecase.com

## CERTIFICATE OF SERVICE

I hereby certify that the above document was filed on the date appearing in the header of this page through the ECF system, which will send true copies of the document to the attorneys of record for each party.

/s/ Yakov Malkiel
Yakov Malkiel

*Motion allowed. s/NMGorton, USDJ 04/14/2021*