UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No.: 19-10080-NMG |
| ) | |
| AMY COLBURN, *et al.*,   ) | |
| ) | |
| Defendants   ) | |
| ) | |

## NOTICE OF APPEARANCE

Please enter and add the appearance of Assistant United States Attorney Ian Stearns as counsel for the United States of America in the above-captioned action.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:  */s/ Ian Stearns*
Ian Stearns
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3208
Ian.Stearns@usdoj.gov

Date: June 10, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Ian Stearns*
Ian Stearns
Assistant United States Attorney

Date: June 10, 2021