UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | No. 1:19-CR-10080-NMG |

**DEFENDANTS' RESPONSE TO GOVERNMENT'S STATUS REPORT
<u>REGARDING SEPTEMBER 2021 TRIAL</u>**

Defendants respectfully submit this response to the government's June 10, 2021 Status Report Regarding September 2021 Trial (ECF 1894).

Defendants agree with the government that having certainty about the trial date is critically important.  However, before Defendants can make an informed assessment regarding trial dates and groups, Defendants need more information about how many defendants can realistically be tried at one time in September 2021 given the lingering COVID-related restrictions.  To date, the Defendants have not been able to obtain any clear guidance as to how many defendants can be tried together in the Moakley Courthouse this fall.  Once that information is obtained, Defendants will be able to properly respond to the government's submission.

Dated: June 11, 2021                             Respectfully submitted,

                                                 */s/ Brian T. Kelly*
                                                 Brian T. Kelly (BBO No. 549566)
                                                 Joshua C. Sharp (BBO No. 681439)
                                                 Lauren A. Maynard (BBO No. 698742)

NIXON PEABODY LLP
53 State Street
Boston, MA 02109
617-345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO No. 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

*Counsel for Gamal Abdelaziz*

*/s/ Michael Kendall*
Michael Kendall (BBO # 544866)
Yakov Malkiel (BBO # 689137)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
yakov.malkiel@whitecase.com

Andrew E. Tomback (*pro hac vice*)
McLAUGHLIN & STERN LLP
260 Madison Ave.
New York, NY 10016
Telephone: (212) 455-0438
atomback@mcloughlinstern.com

*Counsel for John Wilson*

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO No. 547137)
Megan A. Siddall (BBO No. 568979)
MINER ORKAND SIDDALL LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02110
Tel.: (617) 273-8377
Fax: (617) 273-8004
tminer@mosllp.com
msiddall@mosllp.com

*Counsel for Homayoun Zadeh*

/s/ Cory S. Flashner
R. Robert Popeo (BBO No. 403360)
Mark E. Robinson (BBO No. 423080)
Eóin P. Beirne (BBO No. 660885)
Cory S. Flashner (BBO No. 629205)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1605 (telephone)
(617) 542-2241 (fax)
rrpopeo@mintz.com
merobinson@mintz.com
epbeirne@mintz.com
csflashner@mintz.com

*Counsel for Elisabeth Kimmel*

/s/ Reuben Camper Cahn
Reuben Camper Cahn *(pro hac vice)*
Jennifer L. Keller *(pro hac vice)*
Chase A. Scolnick *(pro hac vice)*
KELLER/ANDERLE LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Tel: (949) 476-8700
rcahn@kelleranderle.com

*Counsel for I-Hsen "Joey" Chen*

/s/ David S. Schumacher
David S. Schumacher (BBO #647917)
HOOPER, LUNDY & BOOKMAN, P.C.
470 Atlantic Avenue, Suite 1201
Boston, MA 02210
(617) 532-2700
(617) 345-3927 (fax)
dschumacher@health-law.com

Patric Hooper (*pro hac vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600

3

        Los Angeles, California 90067-2517
        (310) 551-8111
        (310) 551-8181 (fax)
        phooper@health-law.com

        Jordan Kearney (*pro hac vice*)
        HOOPER, LUNDY & BOOKMAN, P.C.
        575 Market Street, Suite 2300
        San Francisco, CA 94105
        (415) 875-8500
        (415) 875-8519 (fax)
        jkearney@health-law.com

        *Counsel for Amy and Gregory Colburn*

        */s/ Michael K. Loucks*
        Michael K. Loucks (BBO #305520)
        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
        500 Boylston Street
        Boston, MA 02116
        (617) 573-4800
        michael.loucks@skadden.com

        Jack P. DiCanio (*pro hac vice*)
        Allen J. Ruby (*pro hac vice*)
        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
        525 University Avenue
        Palo Alto, CA 94301
        (650) 470-4500
        jack.dicanio@skadden.com
        allen.ruby@skadden.com

        *Counsel for Marci Palatella*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was filed electronically on June 11, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

        */s/ Lauren A. Maynard*
        Lauren A. Maynard