UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN, *et al.*,<br><br>Defendants. | Crim. No. 19-cr-10080-NMG |

## GOVERNMENT'S WITNESS LIST

The government respectfully submits the following list of potential witnesses for the September 2021 trial against defendants Abdelaziz, Kimmel, Palatella, Wilson, and Zadeh. The government reserves the right to supplement this list with reasonable notice to the defendants, and to call additional rebuttal witnesses not identified here.[1]

| Name | Entity/Location |
|---|---|
| Brennan, Kirk | University of Southern California<br>Los Angeles, CA |
| Brunold, Timothy | University of Southern California<br>Los Angeles, CA |
| Burke, Jonathan | Stevenson School<br>Pebble Beach, CA |
| Chassin, Rebecca | University of Southern California<br>Los Angeles, CA |
| Checcio, Al | University of Southern California<br>Los Angeles, CA |
| Dapkus, Jane or<br>other College Board Representative | College Board<br>New York, NY |
| Deckett, Mark | Department of Education<br>Boston, MA |
| Degnan, Mark | Internal Revenue Service<br>Boston, MA |
| DeMaio, Jeffrey | The Ayco Company, L.P.<br>Irvine, CA |

---

[1] In particular, the government reserves the right to call Keeper of the Records witnesses to the extent necessary absent stipulations.

| | |
|---|---|
| Dennerline, Julie | Hillsborough, CA |
| Dvorskiy, Igor | Sherman Oaks, CA |
| Frederick, Sue | Educational Testing Service<br>Princeton, NJ |
| Garfio, Alex | University of Southern California<br>Los Angeles, CA |
| Google LLC Corporate Representative | Google LLC<br>Mountain View, CA |
| Hernandez, Roman | Internal Revenue Service<br>Boston, MA |
| Hughes, Aaricka | Loyola Marymount University<br>Los Angeles, CA |
| Isackson, Bruce | Hillsborough, CA |
| Isackson, Davina | Hillsborough, CA |
| Janke, Laura | North Hollywood, CA |
| Jezierski, Andrew | The Bishop's School<br>La Jolla, CA |
| Keating, Elizabeth | Internal Revenue Service<br>Boston, MA |
| Khosroshahin, Ali | Fountain Valley, CA |
| Lysy, Margaret | Dartmouth University<br>Dartmouth, NH |
| Masera, Steven | Folsom, CA |
| Moon, Casey | University of Southern California<br>Los Angeles, CA |
| Munday, Lindsey | University of Southern California<br>Los Angeles, CA |
| Murray, Gregg | The Hun School of Princeton<br>Princeton, NJ |
| Nahmens, James | Healsburg, CA |
| Riddell, Mark | Palmetto, FL |
| Sanford, Mikaela | Locust Grove, GA |
| Singer, William | St. Petersburg, FL |
| Smith Gilbert, Caryl | University of Georgia<br>Athens, GA |
| Summary Witness/Forensic Accountant | Federal Bureau of Investigation<br>Boston, MA |
| Tinsley, Suzi | Menlo Park, CA |
| Velakacharla, Nitya | Providence, RI |
| Whittam, Lauren | University of Southern California<br>Los Angeles, CA |
| Wood, Joseph | University of Southern California<br>Los Angeles, CA |
| Woodbridge, Jessica | Bank of America, N.A.<br>Newark, DE |

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ Justin D. O'Connell*
JUSTIN D. O'CONNELL
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
STEPHEN E. FRANK
IAN J. STEARNS
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Justin D. O'Connell*
Justin D. O'Connell
Assistant United States Attorney