## Government's Initial Exhibit List

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 001 | 8/11/1993 | | VB-RECORDS-00123618 | VB-RECORDS-00123745 |
| 002 | 9/30/2003 | | VB-RECORDS-00328723 | VB-RECORDS-00328982 |
| 003 | 9/30/2003 | | VB-RECORDS-00328982 | VB-RECORDS-00329140 |
| 004 | 2/1/2007 | | VB-RECORDS-00123918 | VB-RECORDS-00123996 |
| 005 | 2/14/2007 | | USAO-VB-01461474 | USAO-VB-01461475 |
| 006 | 1/27/2011 | | VB-RECORDS-00226695 | VB-RECORDS-00226695 |
| 007 | 12/6/2011 | | VB-RECORDS-00227057 | VB-RECORDS-00227059 |
| 008 | 12/6/2011 | | VB-RECORDS-00227060 | VB-RECORDS-00227061 |
| 009 | 12/12/2011 | | VB-RECORDS-00295847 | VB-RECORDS-00295849 |
| 010 | 1/17/2012 | | VB-RECORDS-00226612 | VB-RECORDS-00226614 |
| 011 | 1/18/2012 | | VB-RECORDS-00224289 | VB-RECORDS-00224293 |
| 012 | 2/4/2012 | | VB-RECORDS-00227158 | VB-RECORDS-00227159 |
| 013 | 2/21/2012 to 10/4/2018 | | SINGER-PHONE-000495 | SINGER-PHONE-000803 |
| 014 | 2/22/2012 | | VB-RECORDS-00226823 | VB-RECORDS-00226824 |
| 015 | 3/12/2012 | | VB-RECORDS-00223211 | VB-RECORDS-00223212 |

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 016 | 5/2/2012 | | VB-RECORDS-00227217 | VB-RECORDS-00227217 |
| 017 | 8/30/2012 | | VB-FINANCIALS-01076123 | VB-FINANCIALS-01076123 |
| 018 | 9/7/2012 | | VB-RECORDS-00225728 | VB-RECORDS-00225730 |
| 019 | 9/7/2012 | | VB-RECORDS-00225734 | VB-RECORDS-00225736 |
| 020 | 9/13/2012 | | VB-RECORDS-00224473 | VB-RECORDS-00224501 |
| 021 | 9/13/2012 | | VB-RECORDS-00225742 | VB-RECORDS-00225743 |
| 022 | 9/15/2012 | | VB-RECORDS-00225745 | VB-RECORDS-00225745 |
| 023 | 9/18/2012 | | VB-RECORDS-00225753 | VB-RECORDS-00225753 |
| 024 | 9/20/2012 | | VB-RECORDS-00424239 | VB-RECORDS-00424239 |
| 025 | 9/25/2012 | | VB-RECORDS-00048255 | VB-RECORDS-00048255 |
| 026 | 9/28/2012 | | VB-FINANCIALS-01076229 | VB-FINANCIALS-01076229 |
| 027 | 10/4/2012 | | VB-RECORDS-00225755 | VB-RECORDS-00225755 |
| 028 | 10/20/2012 | | USAO-VB-00819287 | USAO-VB-00819289 |
| 029 | 10/29/2012 | | VB-FINANCIALS-01076336 | VB-FINANCIALS-01076336 |
| 030 | 10/30/2012 | | VB-RECORDS-00048192 | VB-RECORDS-00048203 |
| 031 | 11/26/2012 | | VB-RECORDS-00048237 | VB-RECORDS-00048238 |

Filed Under Seal

## Government's Initial Exhibit List

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 032 | 11/26/2012 | | VB-RECORDS-00225493 | VB-RECORDS-00225494 |
| 033 | 11/27/2012 | | VB-RECORDS-00225791 | VB-RECORDS-00225791 |
| 034 | 11/29/2012 | | VB-FINANCIALS-01076437 | VB-FINANCIALS-01076437 |
| 035 | 12/13/2012 | | VB-RECORDS-00225495 | VB-RECORDS-00225496 |
| 036 | 12/20/2012 | | VB-RECORDS-00047283 | VB-RECORDS-00047283 |
| 037 | 12/25/2012 | | VB-RECORDS-00225498 | VB-RECORDS-00225499 |
| 038 | 12/27/2012 | | VB-RECORDS-00225792 | VB-RECORDS-00225792 |
| 039 | 12/31/2012 | | VB-RECORDS-00295435 | VB-RECORDS-00295462 |
| 040 | 1/1/2013 | | VB-RECORDS-00729226 | VB-RECORDS-00729226 |
| 041 | 1/17/2013 | | VB-FINANCIALS-01076608 | VB-FINANCIALS-01076608 |
| 042 | 1/17/2013 | | VB-RECORDS-00225796 | VB-RECORDS-00225797 |
| 043 | 1/17/2013 | | VB-RECORDS-00225798 | VB-RECORDS-00225799 |
| 044 | 1/29/2013 | | VB-FINANCIALS-01076610 | VB-FINANCIALS-01076610 |
| 045 | 1/31/2013 to 3/22/2019 | | SINGER-VOL016-018191 | SINGER-VOL016-018191 |
| 046 | 2/26/2013 | | VB-FINANCIALS-01076677 | VB-FINANCIALS-01076677 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 047 | 3/1/2013 |  | VB-RECORDS-00403923 | VB-RECORDS-00403964 |
| 048 | 3/2/2013 |  | USAO-VB-01708115 | USAO-VB-01708117 |
| 049 | 3/27/2013 |  | USAO-VB-00224091 | USAO-VB-00224093 |
| 050 | 3/28/2013 |  | VB-FINANCIALS-01076738 | VB-FINANCIALS-01076738 |
| 051 | 3/28/2013 |  | VB-RECORDS-00225822 | VB-RECORDS-00225824 |
| 052 | 4/1/2013 |  | VB-RECORDS-00226359 | VB-RECORDS-00226360 |
| 053 | 4/1/2013 |  | VB-RECORDS-00369248 | VB-RECORDS-00369249 |
| 054 | 4/2/2013 |  | USAO-VB-00224929 | USAO-VB-00224929 |
| 055 | 4/3/2013 |  | USAO-VB-00225009 | USAO-VB-00225009 |
| 056 | 4/3/2013 |  | VB-RECORDS-00227185 | VB-RECORDS-00227186 |
| 057 | 4/4/2013 |  | USAO-VB-00225137 | USAO-VB-00225138 |
| 058 | 4/4/2013 |  | VB-FINANCIALS-01078542 | VB-FINANCIALS-01078542 |
| 059 | 4/5/2013 |  | USAO-VB-00225187 | USAO-VB-00225187 |
| 060 | 4/15/2013 |  | VB-RECORDS-00370029 | VB-RECORDS-00370031 |
| 061 | 4/17/2013 |  | USAO-VB-00226733 | USAO-VB-00226733 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 062 | 5/15/2013 | | VB-RECORDS-00224538 | VB-RECORDS-00224539 |
| 063 | 6/3/2013 | | USAO-VB-01605089 | USAO-VB-01605090 |
| 064 | 6/4/2013 | | USAO-VB-00232954 | USAO-VB-00232954 |
| 065 | 6/11/2013 | | USAO-VB-01598619 | USAO-VB-01598624 |
| 066 | 6/11/2013 | | USAO-VB-01599541 | USAO-VB-01599542 |
| 067 | 6/12/2013 | | USAO-VB-01605093 | USAO-VB-01605093 |
| 068 | 6/18/2013 | | VB-RECORDS-00227184 | VB-RECORDS-00227184 |
| 069 | 6/19/2013 | | VB-FINANCIALS-01078554 | VB-FINANCIALS-01078554 |
| 070 | 6/27/2013 | | VB-RECORDS-00370753 | VB-RECORDS-00370754 |
| 071 | 7/1/2013 | | VB-RECORDS-00227188 | VB-RECORDS-00227188 |
| 072 | 7/2/2013 | | VB-FINANCIALS-01078557 | VB-FINANCIALS-01078557 |
| 073 | 8/5/2013 | | VB-RECORDS-00404799 | VB-RECORDS-00404799 |
| 074 | 8/11/2013 | | USAO-VB-01600526 | USAO-VB-01600526 |
| 075 | 8/24/2013 | | USAO-VB-00202937 | USAO-VB-00202938 |
| 076 | 8/28/2013 | | USAO-VB-01597491 | USAO-VB-01597491 |
| 077 | 9/6/2013 | | USAO-VB-01713892 | USAO-VB-01713911 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 078 | 9/19/2013 | | VB-RECORDS-00626902 | VB-RECORDS-00626902 |
| 079 | 9/21/2013 | | USAO-VB-00207525 | USAO-VB-00207526 |
| 080 | 9/30/2013 | | USAO-VB-00209320 | USAO-VB-00209382 |
| 081 | 10/4/2013 | | VB-RECORDS-00123445 | VB-RECORDS-00123445 |
| 082 | 10/13/2013 | | USAO-VB-01602188 | USAO-VB-01602189 |
| 083 | 10/13/2013 | | USAO-VB-01602192 | USAO-VB-01602195 |
| 084 | 10/14/2013 | | USAO-VB-00212218 | USAO-VB-00212218 |
| 085 | 10/14/2013 | | USAO-VB-00212240 | USAO-VB-00212240 |
| 086 | 10/14/2013 | | USAO-VB-01602249 | USAO-VB-01602249 |
| 087 | 10/18/2013 | | USAO-VB-00213106 | USAO-VB-00213108 |
| 088 | 10/19/2013 | | USAO-VB-00213295 | USAO-VB-00213296 |
| 089 | 10/23/2013 | | USAO-VB-00173222 | USAO-VB-00173223 |
| 090 | 10/30/2013 | | USAO-VB-01602672 | USAO-VB-01602673 |
| 091 | 10/31/2013 | | USAO-VB-01599664 | USAO-VB-01599666 |
| 092 | 11/14/2013 | | USAO-VB-01599519 | USAO-VB-01599520 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 093 | 11/14/2013 | | USAO-VB-01604793 | USAO-VB-01604794 |
| 094 | 11/14/2013 | | USAO-VB-01604836 | USAO-VB-01604839 |
| 095 | 11/19/2013 | | USAO-VB-01606517 | USAO-VB-01606517 |
| 096 | 11/27/2013 | | USAO-VB-00179457 | USAO-VB-00179457 |
| 097 | 11/30/2013 | | VB-RECORDS-00115690 | VB-RECORDS-00115747 |
| 098 | 12/12/2013 | | USAO-VB-00183251 | USAO-VB-00183251 |
| 099 | 1/6/2014 | | VB-RECORDS-00123746 | VB-RECORDS-00123793 |
| 100 | 1/8/2014 | | USAO-VB-01597562 | USAO-VB-01597562 |
| 101 | 1/21/2014 | | USAO-VB-00188061 | USAO-VB-00188061 |
| 102 | 1/21/2014 | | USAO-VB-01596039 | USAO-VB-01596039 |
| 103 | 1/29/2014 | | USAO-VB-01602508 | USAO-VB-01602510 |
| 104 | 2/26/2014 | | VB-RECORDS-00123277 | VB-RECORDS-00123277 |
| 105 | 2/26/2014 | | VB-RECORDS-00123440 | VB-RECORDS-00123442 |
| 106 | 2/26/2014 | | VB-RECORDS-00123443 | VB-RECORDS-00123444 |
| 107 | 2/28/2014 | | VB-RECORDS-00119799 | VB-RECORDS-00119806 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 108 | 3/1/2014 | | USAO-VB-00192900 | USAO-VB-00192901 |
| 109 | 3/29/2014 | | USAO-VB-01602769 | USAO-VB-01602769 |
| 110 | 3/30/2014 | | USAO-VB-01602770 | USAO-VB-01602770 |
| 111 | 3/31/2014 | | USAO-VB-00154095 | USAO-VB-00154100 |
| 112 | 3/31/2014 | | USAO-VB-01602606 | USAO-VB-01602607 |
| 113 | 3/31/2014 | | VB-RECORDS-00374927 | VB-RECORDS-00374928 |
| 114 | 4/1/2014 | | VB-RECORDS-00374929 | VB-RECORDS-00374937 |
| 115 | 4/1/2014 | | VB-RECORDS-00389888 | VB-RECORDS-00389889 |
| 116 | 4/2/2014 | | VB-RECORDS-00374960 | VB-RECORDS-00374963 |
| 117 | 4/7/2014 | | VB-FINANCIALS-01035262 | VB-FINANCIALS-01035325 |
| 118 | 4/10/2014 | | USAO-VB-00156498 | USAO-VB-00156498 |
| 119 | 4/14/2014 to 1/3/2019 | | VB-RECORDS-00334066 | VB-RECORDS-00334162 |
| 120 | 4/15/2014 | | USAO-VB-00157027 | USAO-VB-00157027 |
| 121 | 4/16/2014 | | VB-FINANCIALS-01071118 | VB-FINANCIALS-01071120 |
| 122 | 7/14/2014 | | USAO-VB-01602821 | USAO-VB-01602821 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 123 | 7/15/2014 | | USAO-VB-01718797 | USAO-VB-01718798 |
| 124 | 7/22/2014 | | USAO-VB-01712808 | USAO-VB-01712808 |
| 125 | 7/22/2014 | | VB-RECORDS-00163003 | VB-RECORDS-00163012 |
| 126 | 7/31/2014 | | USAO-VB-01601371 | USAO-VB-01601372 |
| 127 | 8/25/2014 | | USAO-VB-01597942 | USAO-VB-01597943 |
| 128 | 9/10/2014 | | USAO-VB-01598786 | USAO-VB-01598786 |
| 129 | 9/10/2014 | | VB-RECORDS-00123275 | VB-RECORDS-00123276 |
| 130 | 9/22/2014 | | USAO-VB-01601872 | USAO-VB-01601872 |
| 131 | 11/6/2014 | | USAO-VB-01708584 | USAO-VB-01708609 |
| 132 | 11/10/2014 | | VB-RECORDS-00609175 | VB-RECORDS-00609177 |
| 133 | 11/21/2014 | | USAO-VB-01597867 | USAO-VB-01597876 |
| 134 | 12/31/2014 | | VB-RECORDS-00493311 | VB-RECORDS-00493445 |
| 135 | 1/1/2015 | | USAO-VB-00875195 | USAO-VB-00875222 |
| 136 | 1/1/2015 | | USAO-VB-01303065 | USAO-VB-01303114 |
| 137 | 1/12/2015 | | VB-RECORDS-00123271 | VB-RECORDS-00123271 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 138 | 1/13/2015 | | VB-RECORDS-00729247 | VB-RECORDS-00729247 |
| 139 | 1/28/2015 | | USAO-VB-01221063 | USAO-VB-01221064 |
| 140 | 3/11/2015 | | VB-RECORDS-00447319 | VB-RECORDS-00447320 |
| 141 | 3/18/2015 | | VB-RECORDS-00365648 | VB-RECORDS-00365660 |
| 142 | 4/18/2015 | | USAO-VB-00125005 | USAO-VB-00125006 |
| 143 | 7/6/2015 | | USAO-VB-01217013 | USAO-VB-0121713 |
| 144 | 7/15/2015 | | USAO-VB-00437058 | USAO-VB-00437061 |
| 145 | 7/16/2015 | | USAO-VB-00871664 | USAO-VB-008716682 |
| 146 | 8/1/2015 | | USAO-VB-00876061 | USAO-VB-00876094 |
| 147 | 8/14/2015 | | USAO-VB-00100555 | USAO-VB-00100555 |
| 148 | 8/14/2015 | | VB-RECORDS-00119497 | VB-RECORDS-00119509 |
| 149 | 8/17/2015 | | USAO-VB-00100824 | USAO-VB-00100825 |
| 150 | 8/19/2015 | | USAO-VB-00101275 | USAO-VB-00101275 |
| 151 | 8/19/2015 | | VB-RECORDS-00333979 | VB-RECORDS-00333980 |
| 152 | 8/19/2015 | | VB-RECORDS-00494898 | VB-RECORDS-00494899 |
| 153 | 8/26/2015 | | USAO-VB-00439411 | USAO-VB-00439411 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 154 | 8/27/2015 | | USAO-VB-00102098 | USAO-VB-00102099 |
| 155 | 8/27/2015 | | USAO-VB-00102100 | USAO-VB-00102100 |
| 156 | 8/28/2015 | | VB-FINANCIALS-01078703 | VB-FINANCIALS-01078703 |
| 157 | 9/2/2015 | | WILSON-000131 | WILSON-000169 |
| 158 | 9/3/2015 | | VB-RECORDS-00493276 | VB-RECORDS-00493297 |
| 159 | 9/3/2015 | | VB-RECORDS-00495179 | VB-RECORDS-00495188 |
| 160 | 9/7/2015 | | USAO-VB-00440467 | USAO-VB-00440467 |
| 161 | 9/7/2015 | | USAO-VB-00440468 | USAO-VB-00440469 |
| 162 | 9/8/2015 | | VB-RECORDS-00331240 | VB-RECORDS-00331244 |
| 163 | 9/17/2015 | | USAO-VB-01210243 | USAO-VB-01210244 |
| 164 | 9/21/2015 | | VB-RECORDS-00493448 | VB-RECORDS-00493448 |
| 165 | 9/23/2015 | | VB-RECORDS-00223512 | VB-RECORDS-00223512 |
| 166 | 10/1/2015 | | VB-RECORDS-00063888 | VB-RECORDS-00063902 |
| 167 | 10/1/2015 | | USAO-VB-00105955 | USAO-VB-00105955 |
| 168 | 11/7/2015 | | VB-RECORDS-00173669 | VB-RECORDS-00173673 |

Filed Under Seal

### Government's Initial Exhibit List

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 169 | 11/20/2015 | | VB-RECORDS-00167196 | VB-RECORDS-00167196 |
| 170 | 11/25/2015 | | VB-RECORDS-00363475 | VB-RECORDS-00363651 |
| 171 | 12/1/2015 | | VB-RECORDS-00116798 | VB-RECORDS-00116865 |
| 172 | 12/4/2015 | | VB-RECORDS-00363652 | VB-RECORDS-00363661 |
| 173 | 12/17/2015 to 5/10/2019 | | VB-RECORDS-00365893 | VB-RECORDS-00366060 |
| 174 | 12/29/2015 | | WILSON-000001 | WILSON-000094 |
| 175 | 1/8/2016 | | VB-RECORDS-00168852 | VB-RECORDS-00168854 |
| 176 | 1/28/2016 | | USAO-VB-01352821 | USAO-VB-01352823 |
| 177 | 2/1/2016 | | USAO-VB-01351041 | USAO-VB-01351043 |
| 178 | 2/1/2016 | | USAO-VB-01431120 | USAO-VB-01431122 |
| 179 | 2/3/2016 | | VB-RECORDS-00168932 | VB-RECORDS-00168936 |
| 180 | 3/1/2016 | | USAO-VB-00454630 | USAO-VB-00454643 |
| 181 | 3/3/2016 | | USAO-VB-00454834 | USAO-VB-00454837 |
| 182 | 3/3/2016 | | USAO-VB-00454848 | USAO-VB-00454849 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 183 | 3/3/2016 | | USAO-VB-00454850 | USAO-VB-00454853 |
| 184 | 3/4/2016 | | USAO-VB-00090521 | USAO-VB-00090523 |
| 185 | 3/4/2016 | | VB-RECORDS-00169003 | VB-RECORDS-00169003 |
| 186 | 3/9/2016 | | VB-RECORDS-00498871 | VB-RECORDS-00498871 |
| 187 | 3/14/2016 | | USAO-VB-00091548 | USAO-VB-00091548 |
| 188 | 3/14/2016 | | VB-RECORDS-00169020 | VB-RECORDS-00169022 |
| 189 | 3/14/2016 | | VB-RECORDS-00169036 | VB-RECORDS-00169038 |
| 190 | 4/6/2016 | | VB-RECORDS-00499746 | VB-RECORDS-00499746 |
| 191 | 4/14/2016 | | USAO-VB-00094301 | USAO-VB-00094302 |
| 192 | 4/23/2016 | | USAO-VB-00095179 | USAO-VB-00095181 |
| 193 | 4/25/2016 | | VB-RECORDS-00174212 | VB-RECORDS-00174213 |
| 194 | 4/28/2016 | | USAO-VB-00413599 | USAO-VB-00413599 |
| 195 | 4/29/2016 | | VB-RECORDS-00174265 | VB-RECORDS-00174267 |
| 196 | 4/30/2016 | | USAO-VB-00095857 | USAO-VB-00095860 |
| 197 | 5/17/2016 | | VB-RECORDS-00169137 | VB-RECORDS-00169138 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 198 | 5/23/2016 | | USAO-VB-01342288 | USAO-VB-01342469 |
| 199 | 6/25/2016 | | VB-RECORDS-00174450 | VB-RECORDS-00174453 |
| 200 | 6/29/2016 | | USAO-VB-00067566 | USAO-VB-00067567 |
| 201 | 6/30/2016 | | VB-RECORDS-00162623 | VB-RECORDS-00162628 |
| 202 | 7/11/2016 | | USAO-VB-00068844 | USAO-VB-00068846 |
| 203 | 7/11/2016 | | USAO-VB-00068852 | USAO-VB-00068855 |
| 204 | 7/11/2016 | | USAO-VB-00068856 | USAO-VB-00068857 |
| 205 | 7/11/2016 | | USAO-VB-00068859 | USAO-VB-00068860 |
| 206 | 7/14/2016 | | VB-RECORDS-00174503 | VB-RECORDS-00174505 |
| 207 | 7/21/2016 | | VB-RECORDS-00174561 | VB-RECORDS-00174562 |
| 208 | 7/21/2016 | | VB-RECORDS-00223164 | VB-RECORDS-00223165 |
| 209 | 7/26/2016 | | VB-RECORDS-00174650 | VB-RECORDS-00174651 |
| 210 | 7/26/2016 | | VB-RECORDS-00174655 | VB-RECORDS-00174655 |
| 211 | 7/27/2016 | | VB-RECORDS-00169338 | VB-RECORDS-00169339 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 212 | 8/4/2016 | | USAO-VB-00070914 | USAO-VB-00070914 |
| 213 | 8/4/2016 | | VB-FINANCIALS-01078845 | VB-FINANCIALS-01078845 |
| 214 | 8/14/2016 | | USAO-VB-00751054 | USAO-VB-00751054 |
| 215 | 8/14/2016 | | USAO-VB-01594904 | USAO-VB-01594905 |
| 216 | 8/16/2016 | | USAO-VB-01594919 | USAO-VB-01594920 |
| 217 | 8/19/2016 | | VB-RECORDS-00247524 | VB-RECORDS-00247524 |
| 218 | 8/25/2016 | | VB-RECORDS-00331242 | VB-RECORDS-00331244 |
| 219 | 9/6/2016 | | USAO-VB-01595022 | USAO-VB-01595023 |
| 220 | 9/7/2016 | | USAO-VB-00074014 | USAO-VB-00074016 |
| 221 | 9/7/2016 | | VB-RECORDS-00169531 | VB-RECORDS-00169532 |
| 222 | 9/20/2016 | | USAO-VB-00429382 | USAO-VB-00429384 |
| 223 | 9/26/2016 | | VB-RECORDS-00175256 | VB-RECORDS-00175260 |
| 224 | 9/27/2016 | | VB-RECORDS-00167266 | VB-RECORDS-00167267 |
| 225 | 10/3/2016 | | USAO-VB-00079435 | USAO-VB-00079438 |
| 226 | 10/15/2016 | | VB-RECORDS-00167285 | VB-RECORDS-00167287 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 227 | 10/15/2016 | | VB-RECORDS-00169939 | VB-RECORDS-00169940 |
| 228 | 10/19/2016 | | VB-RECORDS-00170030 | VB-RECORDS-00170031 |
| 229 | 10/27/2016 | | VB-RECORDS-00119829 | VB-RECORDS-00119834 |
| 230 | 11/9/2016 | | VB-RECORDS-00170142 | VB-RECORDS-00170146 |
| 231 | 11/9/2016 | | VB-RECORDS-00170160 | VB-RECORDS-00170164 |
| 232 | 11/9/2016 | | VB-RECORDS-00576080 | VB-RECORDS-00576080 |
| 233 | 11/14/2016 | | VB-RECORDS-00330413 | VB-RECORDS-00330415 |
| 234 | 11/29/2016 | | VB-RECORDS-00123480 | VB-RECORDS-00123546 |
| 235 | 12/5/2016 | | VB-RECORDS-00363806 | VB-RECORDS-00363846 |
| 236 | 12/8/2016 | | USAO-VB-01594253 | USAO-VB-01594253 |
| 237 | 12/8/2016 | | USAO-VB-01594254 | USAO-VB-01594259 |
| 238 | 12/9/2016 | | USAO-VB-00051057 | USAO-VB-00051057 |
| 239 | 12/13/2016 | | VB-RECORDS-00162673 | VB-RECORDS-00162673 |
| 240 | 12/16/2016 | | USAO-VB-00394734 | USAO-VB-00394734 |
| 241 | 12/16/2016 | | USAO-VB-00573986 | USAO-VB-00573987 |

Filed Under Seal

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 242 | 12/16/2016 | | USAO-VB-01594316 | USAO-VB-01594317 |
| 243 | 12/19/2016 | | VB-RECORDS-00463994 | VB-RECORDS-00464053 |
| 244 | 12/20/2016 | | USAO-VB-00395065 | USAO-VB-00395066 |
| 245 | 12/20/2016 | | USAO-VB-00395067 | USAO-VB-00395069 |
| 246 | 12/21/2016 | | USAO-VB-00395394 | USAO-VB-00395394 |
| 247 | 12/23/2016 | | USAO-VB-00395612 | USAO-VB-00395613 |
| 248 | 12/23/2016 | | USAO-VB-01121897 | USAO-VB-01121903 |
| 249 | 12/24/2016 | | USAO-VB-01121294 | USAO-VB-01121294 |
| 250 | 1/1/2017 | | VB-RECORDS-00064446 | VB-RECORDS-00064557 |
| 251 | 1/1/2017 | | VB-RECORDS-00114755 | VB-RECORDS-00114756 |
| 252 | 1/8/2017 | | USAO-VB-00054172 | USAO-VB-00054174 |
| 253 | 1/17/2017 | | USAO-VB-01124821 | USAO-VB-01124827 |
| 254 | 1/17/2017 | | USAO-VB-01513315 | USAO-VB-01513316 |
| 255 | 1/19/2017 | | USAO-VB-00398824 | USAO-VB-00398826 |
| 256 | 1/19/2017 | | USAO-VB-00398832 | USAO-VB-00398834 |
| 257 | 1/19/2017 | | USAO-VB-01594468 | USAO-VB-01594469 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 258 | 1/19/2017 | | WILSON-000111 | WILSON-000126 |
| 259 | 1/23/2017 | | VB-RECORDS-00063571 | VB-RECORDS-00063571 |
| 260 | 1/28/2017 | | USAO-VB-00056250 | USAO-VB-00056256 |
| 261 | 1/28/2017 | | USAO-VB-00056280 | USAO-VB-00056281 |
| 262 | 2/2/2017 | | USAO-VB-00400872 | USAO-VB-00400872 |
| 263 | 2/2/2017 | | VB-RECORDS-00170281 | VB-RECORDS-00170283 |
| 264 | 2/2/2017 | | VB-RECORDS-00170284 | VB-RECORDS-00170287 |
| 265 | 2/2/2017 | | VB-RECORDS-00170305 | VB-RECORDS-00170305 |
| 266 | 2/2/2017 | | VB-RECORDS-00176106 | VB-RECORDS-00176106 |
| 267 | 2/2/2017 | | VB-RECORDS-00728021 | VB-RECORDS-00728021 |
| 268 | 2/4/2017 | | USAO-VB-00401110 | USAO-VB-00401110 |
| 269 | 2/17/2017 | | VB-RECORDS-00330404 | VB-RECORDS-00330404 |
| 270 | 2/24/2017 | | VB-RECORDS-00728041 | VB-RECORDS-00728044 |
| 271 | 2/27/2017 | | VB-RECORDS-00170425 | VB-RECORDS-00170426 |
| 272 | 2/28/2017 | | USAO-VB-01590357 | USAO-VB-01590357 |

Filed Under Seal

## Government's Initial Exhibit List

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 273 | 2/28/2017 | | USAO-VB-01701302 | USAO-VB-01701303 |
| 274 | 2/28/2017 | | VB-RECORDS-00170433 | VB-RECORDS-00170435 |
| 275 | 3/2/2017 | | USAO-VB-00059364 | USAO-VB-00059364 |
| 276 | 3/3/2017 | | USAO-VB-00735659 | USAO-VB-00735663 |
| 277 | 3/3/2017 | | VB-RECORDS-00327990 | VB-RECORDS-00327990 |
| 278 | 3/4/2017 | | VB-RECORDS-00226640 | VB-RECORDS-00226644 |
| 279 | 3/5/2017 | | VB-RECORDS-00170524 | VB-RECORDS-00170524 |
| 280 | 3/7/2017 | | VB-FINANCIALS-01021129 | VB-FINANCIALS-01021130 |
| 281 | 3/7/2017 | | VB-FINANCIALS-01079596 | VB-FINANCIALS-01079621 |
| 282 | 3/7/2017 | | VB-RECORDS-00170574 | VB-RECORDS-00170575 |
| 283 | 3/10/2017 | | USAO-VB-00405244 | USAO-VB-00405244 |
| 284 | 3/10/2017 | | USAO-VB-00405276 | USAO-VB-00405276 |
| 285 | 3/11/2017 | | VB-FINANCIALS-01077779 | VB-FINANCIALS-01077779 |
| 286 | 3/11/2017 | | VB-RECORDS-00063686 | VB-RECORDS-00063686 |
| 287 | 3/11/2017 | | VB-RECORDS-00463980 | VB-RECORDS-00463981 |

19

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 288 | 3/13/2017 | | VB-FINANCIALS-01077777 | VB-FINANCIALS-01077777 |
| 289 | 3/15/2017 | | USAO-VB-00029679 | USAO-VB-00029681 |
| 290 | 3/15/2017 | | VB-RECORDS-00124015 | VB-RECORDS-00124020 |
| 291 | 3/16/2017 | | VB-RECORDS-00170645 | VB-RECORDS-00170645 |
| 292 | 3/17/2017 | | VB-FINANCIALS-01077780 | VB-FINANCIALS-01077780 |
| 293 | 3/17/2017 | | VB-RECORDS-00162991 | VB-RECORDS-00162993 |
| 294 | 3/19/2017 | | USAO-VB-01594862 | USAO-VB-01594862 |
| 295 | 3/20/2017 | | SINGER-VOL016-039488 | SINGER-VOL016-039489 |
| 296 | 3/22/2017 | | USAO-VB-00407155 | USAO-VB-00407158 |
| 297 | 3/24/2017 | | VB-FINANCIALS-00001738 | VB-FINANCIALS-00001759 |
| 298 | 3/29/2017 | | VB-RECORDS-00170669 | VB-RECORDS-00170669 |
| 299 | 3/30/2017 | | USAO-VB-00408592 | USAO-VB-00408593 |
| 300 | 4/3/2017 | | VB-RECORDS-00170751 | VB-RECORDS-00170669 |
| 301 | 4/3/2017 | | VB-RECORDS-00170754 | VB-RECORDS-00170754 |
| 302 | 4/4/2017 | | USAO-VB-01593309 | USAO-VB-01593311 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 303 | 4/5/2017 | | USAO-VB-01593333 | USAO-VB-01593334 |
| 304 | 4/5/2017 | | VB-RECORDS-00227020 | VB-RECORDS-00227021 |
| 305 | 4/10/2017 | | VB-RECORDS-00364935 | VB-RECORDS-00364944 |
| 306 | 4/18/2017 | | VB-RECORDS-00728926 | VB-RECORDS-00728928 |
| 307 | 4/19/2017 | | VB-RECORDS-00170785 | VB-RECORDS-00170786 |
| 308 | 4/20/2017 | | VB-RECORDS-00444598 | VB-RECORDS-00444601 |
| 309 | 5/1/2017 | | VB-RECORDS-00170860 | VB-RECORDS-00170862 |
| 310 | 5/8/2017 | | USAO-VB-00348651 | USAO-VB-00348653 |
| 311 | 5/11/2017 | | VB-RECORDS-00170895 | VB-RECORDS-00170896 |
| 312 | 5/15/2017 | | USAO-VB-01593637 | USAO-VB-01593637 |
| 313 | 5/18/2017 | | VB-RECORDS-00170922 | VB-RECORDS-00170923 |
| 314 | 5/31/2017 | | USAO-VB-00352226 | USAO-VB-00352228 |
| 315 | 5/31/2017 | | USAO-VB-01699521 | USAO-VB-01699522 |
| 316 | 6/13/2017 | | USAO-VB-01588380 | USAO-VB-01588381 |
| 317 | 6/15/2017 | | USAO-VB-00039606 | USAO-VB-00039606 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 318 | 6/15/2017 | | VB-RECORDS-00171061 | VB-RECORDS-00171063 |
| 319 | 6/16/2017 | | VB-RECORDS-00671106 | VB-RECORDS-00671109 |
| 320 | 6/27/2017 | | USAO-VB-00371882 | USAO-VB-00371883 |
| 321 | 6/28/2017 | | USAO-VB-00372185 | USAO-VB-00372185 |
| 322 | 7/1/2017 | | VB-RECORDS-00171079 | VB-RECORDS-00171079 |
| 323 | 7/2/2017 | | USAO-VB-00372736 | USAO-VB-00372736 |
| 324 | 7/11/2017 | | USAO-VB-00041892 | USAO-VB-00041893 |
| 325 | 7/11/2017 | | USAO-VB-01123404 | USAO-VB-01123404 |
| 326 | 7/11/2017 | | USAO-VB-01123510 | USAO-VB-01123511 |
| 327 | 7/14/2017 | | VB-RECORDS-00171081 | VB-RECORDS-00171082 |
| 328 | 7/16/2017 | | SINGER-LAPTOP-00044663 | SINGER-LAPTOP-00044663 |
| 329 | 7/16/2017 | | USAO-VB-00374376 | USAO-VB-00374376 |
| 330 | 7/17/2017 | | USAO-VB-01699610 | USAO-VB-01699610 |
| 331 | 7/27/2017 | | USAO-VB-00043524 | USAO-VB-00043524 |
| 332 | 7/27/2017 | | USAO-VB-00043540 | USAO-VB-00043542 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 333 | 7/27/2017 | | USAO-VB-00043568 | USAO-VB-00043570 |
| 334 | 7/27/2017 | | USAO-VB-00376109 | USAO-VB-00376109 |
| 335 | 7/27/2017 | | USAO-VB-00376121 | USAO-VB-00376123 |
| 336 | 7/27/2017 | | USAO-VB-00376151 | USAO-VB-00376151 |
| 337 | 7/27/2017 | | USAO-VB-00376152 | USAO-VB-00376152 |
| 338 | 7/27/2017 | | USAO-VB-00376164 | USAO-VB-00376166 |
| 339 | 7/27/2017 | | USAO-VB-00376167 | USAO-VB-00376169 |
| 340 | 7/27/2017 | | USAO-VB-00376170 | USAO-VB-00376172 |
| 341 | 7/27/2017 | | USAO-VB-00376173 | USAO-VB-00376175 |
| 342 | 7/27/2017 | | USAO-VB-00376176 | USAO-VB-00376178 |
| 343 | 7/27/2017 | | USAO-VB-00376179 | USAO-VB-00376179 |
| 344 | 7/27/2017 | | USAO-VB-00376180 | USAO-VB-00376180 |
| 345 | 7/27/2017 | | USAO-VB-00376181 | USAO-VB-00376181 |
| 346 | 7/27/2017 | | USAO-VB-00576431 | USAO-VB-00576433 |
| 347 | 7/27/2017 | | VB-RECORDS-00171117 | VB-RECORDS-00171117 |
| 348 | 8/1/2017 | | VB-RECORDS-00226465 | VB-RECORDS-00226466 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 349 | 8/6/2017 | | USAO-VB-00013850 | USAO-VB-00013852 |
| 350 | 8/7/2017 | | VB-FINANCIALS-01077861 | VB-FINANCIALS-01077861 |
| 351 | 8/8/2017 | | USAO-VB-00014034 | USAO-VB-00014035 |
| 352 | 8/8/2017 | | USAO-VB-01588434 | USAO-VB-01588435 |
| 353 | 8/9/2017 | | USAO-VB-00014147 | USAO-VB-00014149 |
| 354 | 8/9/2017 | | USAO-VB-00378106 | USAO-VB-00378106 |
| 355 | 8/10/2017 | | VB-RECORDS-00226974 | VB-RECORDS-00226975 |
| 356 | 8/11/2017 | | USAO-VB-00014410 | USAO-VB-00014413 |
| 357 | 8/11/2017 | | USAO-VB-00014412 | USAO-VB-00014413 |
| 358 | 8/11/2017 | | VB-RECORDS-00171156 | VB-RECORDS-00171157 |
| 359 | 8/14/2017 | | VB-RECORDS-00331233 | VB-RECORDS-00331233 |
| 360 | 8/15/2017 | | USAO-VB-00014838 | USAO-VB-00014838 |
| 361 | 8/15/2017 | | USAO-VB-00379493 | USAO-VB-00379494 |
| 362 | 8/15/2017 | | USAO-VB-01122639 | USAO-VB-01122639 |
| 363 | 8/15/2017 | | USAO-VB-01122730 | USAO-VB-01122731 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 364 | 8/15/2017 | | USAO-VB-01122970 | USAO-VB-01122971 |
| 365 | 8/15/2017 | | VB-RECORDS-00171165 | VB-RECORDS-00171167 |
| 366 | 8/16/2017 | | USAO-VB-00014983 | USAO-VB-00014984 |
| 367 | 8/16/2017 | | USAO-VB-00014996 | USAO-VB-00014996 |
| 368 | 8/16/2017 | | USAO-VB-00577075 | USAO-VB-00577076 |
| 369 | 8/17/2017 | | USAO-VB-00379829 | USAO-VB-00379829 |
| 370 | 8/18/2017 | | USAO-VB-00015323 | USAO-VB-00015327 |
| 371 | 8/18/2017 | | USAO-VB-01122876 | USAO-VB-01122876 |
| 372 | 8/28/2017 | | USAO-VB-00016222 | USAO-VB-00016222 |
| 373 | 8/28/2017 | | USAO-VB-00016406 | USAO-VB-00016407 |
| 374 | 8/28/2017 | | VB-RECORDS-00124765 | VB-RECORDS-00124766 |
| 375 | 8/29/2017 | | USAO-VB-01480141 | USAO-VB-01480141 |
| 376 | 8/31/2017 | | USAO-VB-00382510 | USAO-VB-00382510 |
| 377 | 9/22/2017 | | USAO-VB-00019126 | USAO-VB-00019126 |

Filed Under Seal

## Government's Initial Exhibit List

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 378 | 9/25/2017 | | VB-FINANCIALS-01079716 | VB-FINANCIALS-01079717 |
| 379 | 10/2/2017 | | 421.amr | 421.amr |
| 380 | 10/3/2017 | | USAO-VB-01412753 | USAO-VB-01412754 |
| 381 | 10/3/2017 | | USAO-VB-01479420 | USAO-VB-01479421 |
| 382 | 10/5/2017 | | USAO-VB-01592633 | USAO-VB-01592634 |
| 383 | 10/5/2017 | | VB-RECORDS-00119845 | VB-RECORDS-00119850 |
| 384 | 10/5/2017 | | VB-RECORDS-00119851 | VB-RECORDS-00119855 |
| 385 | 10/5/2017 | | VB-RECORDS-00336160 | VB-RECORDS-00336161 |
| 386 | 10/6/2017 | | VB-RECORDS-00171325 | VB-RECORDS-00171330 |
| 387 | 10/9/2017 | | USAO-VB-00021452 | USAO-VB-00021453 |
| 388 | 10/10/2017 | | USAO-VB-00021465 | USAO-VB-00021466 |
| 389 | 10/10/2017 | | USAO-VB-01122002 | USAO-VB-01122003 |
| 390 | 10/10/2017 | | USAO-VB-01588916 | USAO-VB-01588917 |
| 391 | 10/10/2017 | | VB-RECORDS-00224711 | VB-RECORDS-00224712 |
| 392 | 10/16/2017 | | VB-RECORDS-00171351 | VB-RECORDS-00171351 |
| 393 | 10/17/2017 | | USAO-VB-01127489 | USAO-VB-01127489 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 394 | 10/18/2017 | | 527.amr | 527.amr |
| 395 | 10/19/2017 | | 534.amr | 534.amr |
| 396 | 10/19/2017 | | 536.amr | 536.amr |
| 397 | 10/19/2017 | | USAO-VB-00321188 | USAO-VB-00321188 |
| 398 | 10/19/2017 | | USAO-VB-01122618 | USAO-VB-01122620 |
| 399 | 10/19/2017 | | VB-RECORDS-00121909 | VB-RECORDS-00121909 |
| 400 | 10/20/2017 | | SINGER-VOL016-020718 | SINGER-VOL016-020844 |
| 401 | 10/20/2017 | | VB-RECORDS-00226530 | VB-RECORDS-00226531 |
| 402 | 10/23/2017 | | VB-FINANCIALS-01079733 | VB-FINANCIALS-01079741 |
| 403 | 10/23/2017 | | VB-RECORDS-00163061 | VB-RECORDS-00163063 |
| 404 | 10/24/2017 | | USAO-VB-00322555 | USAO-VB-00322559 |
| 405 | 10/24/2017 | | USAO-VB-00322591 | USAO-VB-00322593 |
| 406 | 10/25/2017 | | VB-RECORDS-00226541 | VB-RECORDS-00226542 |
| 407 | 10/26/2017 | | USAO-VB-00024101 | USAO-VB-00024102 |
| 408 | 10/26/2017 | | USAO-VB-01121753 | USAO-VB-01121756 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 409 | 10/27/2017 | | VB-RECORDS-00171542 | VB-RECORDS-00171543 |
| 410 | 10/27/2017 | | VB-RECORDS-00171549 | VB-RECORDS-00171551 |
| 411 | 11/1/2017 | | USAO-VB-00025038 | USAO-VB-00025041 |
| 412 | 11/1/2017 | | USAO-VB-01589188 | USAO-VB-01589192 |
| 413 | 11/2/2017 | | VB-RECORDS-00119884 | VB-RECORDS-00119889 |
| 414 | 11/2/2017 | | VB-RECORDS-00119890 | VB-RECORDS-00119894 |
| 415 | 11/3/2017 | | USAO-VB-01589193 | USAO-VB-01589194 |
| 416 | 11/10/2017 | | VB-RECORDS-00547723 | VB-RECORDS-00547725 |
| 417 | 11/12/2017 | | USAO-VB-01589228 | USAO-VB-01589229 |
| 418 | 11/12/2017 | | USAO-VB-01589230 | USAO-VB-01589230 |
| 419 | 11/14/2017 | | USAO-VB-01478329 | USAO-VB-01478330 |
| 420 | 11/16/2017 | | VB-RECORDS-00119903 | VB-RECORDS-00119908 |
| 421 | 11/20/2017 | | USAO-VB-01589250 | USAO-VB-01589253 |
| 422 | 11/21/2017 | | USAO-VB-01589275 | USAO-VB-01589276 |
| 423 | 11/28/2017 | | USAO-VB-00334583 | USAO-VB-00334586 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 424 | 11/28/2017 | | USAO-VB-00334585 | USAO-VB-00334586 |
| 425 | 11/29/2017 | | USAO-VB-00028557 | USAO-VB-00028557 |
| 426 | 11/29/2017 | | USAO-VB-01294486 | USAO-VB-01294489 |
| 427 | 11/29/2017 | | USAO-VB-01589291 | USAO-VB-01589292 |
| 428 | 11/29/2017 | | VB-RECORDS-00226507 | VB-RECORDS-00226508 |
| 429 | 11/29/2017 | | VB-RECORDS-00226511 | VB-RECORDS-00226513 |
| 430 | 11/30/2017 | | USAO-VB-01294559 | USAO-VB-01294562 |
| 431 | 11/30/2017 | | VB-RECORDS-00171613 | VB-RECORDS-00171614 |
| 432 | 11/30/2017 | | VB-RECORDS-00659389 | VB-RECORDS-00659391 |
| 433 | 12/1/2017 | | USAO-VB-00028834 | USAO-VB-00028835 |
| 434 | 12/1/2017 | | VB-FINANCIALS-00606868 | VB-FINANCIALS-00606869 |
| 435 | 12/1/2017 | | VB-RECORDS-00116167 | VB-RECORDS-00116243 |
| 436 | 12/1/2017 | | VB-RECORDS-00116630 | VB-RECORDS-00116695 |
| 437 | 12/2/2017 | | VB-RECORDS-00226519 | VB-RECORDS-00226522 |
| 438 | 12/3/2017 | | VB-RECORDS-00171648 | VB-RECORDS-00171648 |
| 439 | 12/4/2017 | | 726.amr | 726.amr |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 440 | 12/7/2017 | | USAO-VB-01589331 | USAO-VB-01589332 |
| 441 | 12/7/2017 | | USAO-VB-01589334 | USAO-VB-01589334 |
| 442 | 12/7/2017 | | USAO-VB-01589337 | USAO-VB-01589338 |
| 443 | 12/11/2017 | | USAO-VB-01407435 | USAO-VB-01407436 |
| 444 | 12/13/2017 | | USAO-VB-01121233 | USAO-VB-01121235 |
| 445 | 12/14/2017 | | USAO-VB-01122597 | USAO-VB-01122598 |
| 446 | 12/14/2017 | | USAO-VB-01407837 | USAO-VB-01407837 |
| 447 | 12/15/2017 | | USAO-VB-00338344 | USAO-VB-00338346 |
| 448 | 12/15/2017 | | USAO-VB-00338399 | USAO-VB-00338399 |
| 449 | 12/15/2017 | | USAO-VB-00338401 | USAO-VB-00338401 |
| 450 | 12/16/2017 | | USAO-VB-00338509 | USAO-VB-00338509 |
| 451 | 12/16/2017 | | USAO-VB-00338519 | USAO-VB-00338519 |
| 452 | 12/16/2017 | | VB-RECORDS-00222960 | VB-RECORDS-00222961 |
| 453 | 12/16/2017 | | VB-RECORDS-00223088 | VB-RECORDS-00223089 |
| 454 | 12/18/2017 | | VB-RECORDS-00124137 | VB-RECORDS-00124137 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 455 | 12/27/2017 | | USAO-VB-00340803 | USAO-VB-00340804 |
| 456 | 12/27/2017 | | VB-FINANCIALS-01098171 | VB-FINANCIALS-01098171 |
| 457 | 1/5/2018 | | USAO-VB-01589410 | USAO-VB-01589410 |
| 458 | 1/5/2018 | | USAO-VB-01589417 | USAO-VB-01589418 |
| 459 | 1/5/2018 | | USAO-VB-01589420 | USAO-VB-01589421 |
| 460 | 1/5/2018 | | VB-RECORDS-00541077 | VB-RECORDS-00541079 |
| 461 | 1/5/2018 | | VB-RECORDS-00541128 | VB-RECORDS-00541130 |
| 462 | 1/6/2018 | | USAO-VB-01589431 | USAO-VB-01589431 |
| 463 | 1/6/2018 | | VB-RECORDS-00115386 | VB-RECORDS-00115460 |
| 464 | 1/6/2018 | | VB-RECORDS-00116866 | VB-RECORDS-00116910 |
| 465 | 1/17/2018 | | USAO-VB-01406511 | USAO-VB-01406512 |
| 466 | 1/22/2018 | | USAO-VB-00004790 | USAO-VB-00004792 |
| 467 | 1/26/2018 | | USAO-VB-00287327 | USAO-VB-00287328 |
| 468 | 1/29/2018 | | VB-RECORDS-00167396 | VB-RECORDS-00167397 |
| 469 | 1/29/2018 | | VB-RECORDS-00227193 | VB-RECORDS-00227193 |

31

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 470 | 2/1/2018 | | VB-FINANCIALS-01081292 | VB-FINANCIALS-01081292 |
| 471 | 2/8/2018 | | VB-RECORDS-00497608 | VB-RECORDS-00497608 |
| 472 | 2/15/2018 | | USAO-VB-00291835 | USAO-VB-00291836 |
| 473 | 2/15/2018 | | USAO-VB-00292379 | USAO-VB-00292379 |
| 474 | 2/15/2018 | | VB-FINANCIALS-01098174 | VB-FINANCIALS-01098175 |
| 475 | 2/22/2018 | | USAO-VB-00293772 | USAO-VB-00293776 |
| 476 | 2/26/2018 | | USAO-VB-01585790 | USAO-VB-01585793 |
| 477 | 2/26/2018 | | USAO-VB-01585794 | USAO-VB-01585799 |
| 478 | 3/16/2018 | | USAO-VB-01718795 | USAO-VB-01718796 |
| 479 | 3/19/2018 | | USAO-VB-01296915 | USAO-VB-01296917 |
| 480 | 3/20/2018 | | USAO-VB-01585993 | USAO-VB-01585994 |
| 481 | 3/20/2018 | | VB-RECORDS-00227017 | VB-RECORDS-00227018 |
| 482 | 3/21/2018 | | VB-RECORDS-00363847 | VB-RECORDS-00363944 |
| 483 | 3/22/2018 | | VB-RECORDS-00124873 | VB-RECORDS-00124873 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 484 | 3/24/2018 | | USAO-VB-00301060 | USAO-VB-00301060 |
| 485 | 3/24/2018 | | USAO-VB-01586047 | USAO-VB-01586047 |
| 486 | 3/24/2018 | | USAO-VB-01586049 | USAO-VB-01586049 |
| 487 | 3/24/2018 | | USAO-VB-01586050 | USAO-VB-01586050 |
| 488 | 3/25/2018 | | VB-RECORDS-00167433 | VB-RECORDS-00167433 |
| 489 | 3/26/2018 | | USAO-VB-00301346 | USAO-VB-00301347 |
| 490 | 3/26/2018 | | USAO-VB-01586073 | USAO-VB-01586074 |
| 491 | 3/26/2018 | | USAO-VB-01586075 | USAO-VB-01586076 |
| 492 | 3/26/2018 | | USAO-VB-01586077 | USAO-VB-01586077 |
| 493 | 3/26/2018 | | USAO-VB-01586078 | USAO-VB-01586078 |
| 494 | 3/26/2018 | | USAO-VB-01586082 | USAO-VB-01586083 |
| 495 | 3/26/2018 | | USAO-VB-01586084 | USAO-VB-01586084 |
| 496 | 3/26/2018 | | USAO-VB-01586085 | USAO-VB-01586086 |
| 497 | 3/26/2018 | | USAO-VB-01586088 | USAO-VB-01586089 |
| 498 | 3/26/2018 | | USAO-VB-01705440 | USAO-VB-01705442 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 499 | 3/26/2018 | | VB-FINANCIALS-01098179 | VB-FINANCIALS-01098180 |
| 500 | 3/26/2018 | | VB-FINANCIALS-01098180 | VB-FINANCIALS-01098180 |
| 501 | 3/26/2018 | | WILSON-000095 | WILSON-000110 |
| 502 | 3/28/2018 | | USAO-VB-00302205 | USAO-VB-00302205 |
| 503 | 3/28/2018 | | USAO-VB-01273464 | USAO-VB-01273465 |
| 504 | 3/29/2018 | | USAO-VB-01472720 | USAO-VB-01472721 |
| 505 | 4/6/2018 | | USAO-VB-01589716 | USAO-VB-01589718 |
| 506 | 4/9/2018 | | VB-RECORDS-00223080 | VB-RECORDS-00223081 |
| 507 | 4/11/2018 | | USAO-VB-01471927 | USAO-VB-01471927 |
| 508 | 4/12/2018 | | 1626.amr | 1626.amr |
| 509 | 4/12/2018 | | USAO-VB-00012824 | USAO-VB-00012825 |
| 510 | 4/12/2018 | | USAO-VB-00306333 | USAO-VB-00306334 |
| 511 | 4/12/2018 | | VB-RECORDS-00124760 | VB-RECORDS-00124762 |
| 512 | 4/13/2018 | | VB-RECORDS-00124743 | VB-RECORDS-00124745 |
| 513 | 4/13/2018 | | VB-RECORDS-00124758 | VB-RECORDS-00124759 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 514 | 4/16/2018 | | VB-RECORDS-00533791 | VB-RECORDS-00533791 |
| 515 | 4/16/2018 | | SINGER-VOL016-019585 | SINGER-VOL016-019585 |
| 516 | 4/27/2018 | | VB-FINANCIALS-01098183 | VB-FINANCIALS-01098183 |
| 517 | 4/27/2018 | | VB-RECORDS-00167488 | VB-RECORDS-00167489 |
| 518 | 4/29/2018 | | USAO-VB-01589773 | USAO-VB-01589785 |
| 519 | 5/1/2018 | | VB-FINANCIALS-01098195 | VB-FINANCIALS-01098195 |
| 520 | 5/1/2018 | | VB-RECORDS-00177553 | VB-RECORDS-00177554 |
| 521 | 5/15/2018 | | VB-RECORDS-00167517 | VB-RECORDS-00167517 |
| 522 | 5/28/2018 | | VB-RECORDS-00167533 | VB-RECORDS-00167535 |
| 523 | 5/28/2018 | | VB-RECORDS-00532196 | VB-RECORDS-00532197 |
| 524 | 6/12/2018 | | USAO-VB-01586675 | USAO-VB-01586677 |
| 525 | 6/15/2018 | | Session 782 | Session 782 |
| 526 | 6/15/2018 | | Session 801 | Session 801 |
| 527 | 6/18/2018 | | VB-FINANCIALS-01058661 | VB-FINANCIALS-01058762 |
| 528 | 6/19/2018 | | USAO-VB-00503495 | USAO-VB-00503496 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 529 | 6/22/2018 | | USAO-VB-00748537 | USAO-VB-00748538 |
| 530 | 7/2/2018 | | USAO-VB-01049360 | USAO-VB-01049361 |
| 531 | 7/2/2018 | | USAO-VB-01117864 | USAO-VB-01117865 |
| 532 | 7/3/2018 | | VB-FINANCIALS-01012994 | VB-FINANCIALS-01012994 |
| 533 | 7/3/2018 | | VB-FINANCIALS-01096118 | VB-FINANCIALS-01096118 |
| 534 | 7/3/2018 | | VB-FINANCIALS-01096126 | VB-FINANCIALS-01096126 |
| 535 | 7/5/2018 | | Session 1994 | Session 1994 |
| 536 | 7/10/2018 | | VB-RECORDS-00331235 | VB-RECORDS-00331237 |
| 537 | 7/19/2018 | | VB-RECORDS-00331293 | VB-RECORDS-00331293 |
| 538 | 7/26/2018 | | Session 3804 | Session 3804 |
| 539 | 7/28/2018 | | Session 3928 | Session 3928 |
| 540 | 7/30/2018 | | Session 4146 | Session 4146 |
| 541 | 8/3/2018 | | DOJ-SINGER-TIII-00007148 | DOJ-SINGER-TIII-00007149 |
| 542 | 8/3/2018 | | DOJ-SINGER-TIII-00007186 | DOJ-SINGER-TIII-00007187 |
| 543 | 8/3/2018 | | Session 4676 | Session 4676 |
| 544 | 8/3/2018 | | Session 4809 | Session 4809 |
| 545 | 8/3/2018 | | USAO-VB-01587013 | USAO-VB-01587013 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 546 | 8/3/2018 | | USAO-VB-01587019 | USAO-VB-01587020 |
| 547 | 8/7/2018 | | VB-FINANCIALS-01013004 | VB-FINANCIALS-01013004 |
| 548 | 8/7/2018 | | VB-FINANCIALS-01081727 | VB-FINANCIALS-01081727 |
| 549 | 8/18/2018 | | USAO-VB-00379937 | USAO-VB-00379968 |
| 550 | 8/19/2018 | | USAO-VB-01088079 | USAO-VB-01088085 |
| 551 | 8/19/2018 | | USAO-VB-01088098 | USAO-VB-01088102 |
| 552 | 8/22/2018 | | Session 6575 | Session 6575 |
| 553 | 8/22/2018 | | Session 6577 | Session 6577 |
| 554 | 8/23/2018 | | Session 6671 | Session 6671 |
| 555 | 8/30/2018 | | Session 7089 | Session 7089 |
| 556 | 9/4/2018 | | Session 7337 | Session 7337 |
| 557 | 9/7/2018 | | VB-FINANCIALS-01098204 | VB-FINANCIALS-01098205 |
| 558 | 9/7/2018 | | VB-RECORDS-00167739 | VB-RECORDS-00167740 |
| 559 | 9/7/2018 | | VB-RECORDS-00167743 | VB-RECORDS-00167744 |
| 560 | 9/10/2018 | | VB-FINANCIALS-00007286 | VB-FINANCIALS-00007293 |
| 561 | 9/15/2018 | | Session 8137 | Session 8137 |
| 562 | 9/15/2018 | | Session 8138 | Session 8138 |
| 563 | 9/15/2018 | | Session 8171 | Session 8171 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 564 | 9/17/2018 | | VB-FINANCIALS-01081987 | VB-FINANCIALS-01081987 |
| 565 | 9/19/2018 | | Session 8344 | Session 8344 |
| 566 | 9/19/2018 | | Session 8374 | Session 8374 |
| 567 | 9/19/2018 | | Session 8379 | Session 8379 |
| 568 | 9/24/2018 to 4/30/2019 | | VB-FINANCIALS-01103584 | VB-FINANCIALS-01103771 |
| 569 | 9/28/2018 | | Session 9211 | Session 9211 |
| 570 | 9/28/2018 | | SINGER-PHONE-000009 | SINGER-PHONE-000010 |
| 571 | 9/29/2018 | | Session 9249 | Session 9249 |
| 572 | 10/2/2018 | | Session 9394 | Session 9394 |
| 573 | 10/2/2018 | | VB-FINANCIALS-01082019 | VB-FINANCIALS-01082019 |
| 574 | 10/5/2018 | | Session 9593 | Session 9593 |
| 575 | 10/6/2018 | | VB-RECORDS-00136583 | VB-RECORDS-00136611 |
| 576 | 10/6/2018 | | VB-RECORDS-00728008 | VB-RECORDS-00728013 |
| 577 | 10/9/2018 | | Session 9804 | Session 9804 |
| 578 | 10/15/2018 | | Session 10126 | Session 10126 |
| 579 | 10/16/2018 | | VB-FINANCIALS-01098539 | VB-FINANCIALS-01098539 |
| 580 | 10/17/2018 to 10/22/2018 | | SINGER-PHONE-000471 | SINGER-PHONE-000494 |
| 581 | 10/17/2018 | | USAO-VB-01602613 | USAO-VB-01602613 |
| 582 | 10/17/2018 | | USAO-VB-01602759 | USAO-VB-01602759 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 583 | 10/17/2018 | | VB-FINANCIALS-00007260 | VB-FINANCIALS-00007260 |
| 584 | 10/22/2018 | | USAO-VB-01598107 | USAO-VB-01598108 |
| 585 | 10/22/2018 | | USAO-VB-01602542 | USAO-VB-01602543 |
| 586 | 10/24/2018 | | Session 10587 | Session 10587 |
| 587 | 10/25/2018 | | Session 10712 | Session 10712 |
| 588 | 10/25/2018 | | Session 10721 | Session 10721 |
| 589 | 10/25/2018 | | SINGER-PHONE-000194 | SINGER-PHONE-000194 |
| 590 | 10/26/2018 | | Session 10741 | Session 10741 |
| 591 | 10/27/2018 | | Session 10823 | Session 10823 |
| 592 | 11/1/2018 | | VB-RECORDS-00124003 | VB-RECORDS-00124009 |
| 593 | 11/5/2018 | | DOJ-SINGER-TIII-00034574 | DOJ-SINGER-TIII-00034582 |
| 594 | 11/5/2018 | | Session 11187 | Session 11187 |
| 595 | 11/5/2018 | | USAO-VB-01041479 | USAO-VB-01041487 |
| 596 | 11/5/2018 | | USAO-VB-01472519 | USAO-VB-01472520 |
| 597 | 11/6/2018 to 1/10/2019 | | VB-RECORDS-00296027 | VB-RECORDS-00296031 |
| 598 | 11/6/2018 | | VB-FINANCIALS-01098638 | VB-FINANCIALS-01098638 |
| 599 | 11/15/2018 | | USAO-VB-01045969 | USAO-VB-01045971 |

Filed Under Seal

## Government's Initial Exhibit List

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 600 | 11/15/2018 | | VB-FINANCIALS-01101406 | VB-FINANCIALS-01101406 |
| 601 | 11/15/2018 | | VB-RECORDS-00119525 | VB-RECORDS-00119533 |
| 602 | 11/29/2018 | | Session 12347 | Session 12347 |
| 603 | 11/29/2018 | | SINGER-PHONE-000469 | SINGER-PHONE-000470 |
| 604 | 12/3/2018 | | 0860.004.wav | 0860.004.wav |
| 605 | 12/3/2018 | | 0860.008.wav | 0860.008.wav |
| 606 | 12/3/2018 | | 0860.009.wav | 0860.009.wav |
| 607 | 12/3/2018 | | 0860.010.wav | 0860.010.wav |
| 608 | 12/3/2018 | | Session 12606 | Session 12606 |
| 609 | 12/3/2018 | | Session 12658 | Session 12658 |
| 610 | 12/3/2018 | | Session 12670 | Session 12670 |
| 611 | 12/6/2018 | | VB-FINANCIALS-01103682 | VB-FINANCIALS-01103686 |
| 612 | 12/10/2018 | | VB-FINANCIALS-01082973 | VB-FINANCIALS-01082973 |
| 613 | 12/11/2018 | | USAO-VB-01600594 | USAO-VB-01600595 |
| 614 | 12/11/2018 | | USAO-VB-01718787 | USAO-VB-01718789 |
| 615 | 12/11/2018 | | VB-FINANCIALS-00007214 | VB-FINANCIALS-00007219 |
| 616 | 12/20/2018 | | Session 13473 | Session 13473 |
| 617 | 12/26/2018 | | USAO-VB-01590834 | USAO-VB-01590834 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 618 | 12/28/2018 | | DOJ-SINGER-TIII-00048174 | DOJ-SINGER-TIII-00048175 |
| 619 | 12/31/2018 | | Session 13753 | Session 13753 |
| 620 | 1/2/2019 | | Session 13889 | Session 13889 |
| 621 | 1/3/2019 | | Session 13905 | Session 13905 |
| 622 | 1/3/2019 | | Session 13909 | Session 13909 |
| 623 | 1/3/2019 | | Session 13940 | Session 13940 |
| 624 | 1/3/2019 | | VB-FINANCIALS-01103688 | VB-FINANCIALS-01103692 |
| 625 | 1/10/2019 | | Session 14325 | Session 14325 |
| 626 | 1/10/2019 | | Session 14341 | Session 14341 |
| 627 | 1/10/2019 | | Session 14342 | Session 14342 |
| 628 | 2/1/2019 | | VB-FINANCIALS-01103694 | VB-FINANCIALS-01103696 |
| 629 | 2/15/2019 | | VB-RECORDS-00497610 | VB-RECORDS-00497610 |
| 630 | 2/25/2019 | | Session 16050 | Session 16050 |
| 631 | 3/4/2019 | | VB-RECORDS-00365671 | VB-RECORDS-00365671 |
| 632 | 3/7/2019 | | VB-RECORDS-00365702 | VB-RECORDS-00365702 |
| 633 | 3/8/2019 | | VB-RECORDS-00710003 | VB-RECORDS-00710005 |
| 634 | 3/9/2019 | | SINGER-VOL006-005644 | SINGER-VOL006-005644 |
| 635 | 3/28/2019 | | WILSON-000127 | WILSON-000128 |
| 636 | 3/28/2019 | | WILSON-000129 | WILSON-000130 |

Filed Under Seal

**Government's Initial Exhibit List**

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 637 | 11/20/2019 | | WILSON-000170 | WILSON-000180 |
| 638 | TBD | | EK0014574 | EK0014575 |
| 639 | TBD | | VB-RECORDS-00226636 | VB-RECORDS-00226638 |
| 640 | TBD | | VB-RECORDS-00294783 | VB-RECORDS-00295383 |
| 641 | TBD | | VB-RECORDS-00294783 | VB-RECORDS-00295383 |
| 642 | TBD | | VB-RECORDS-00294783 | VB-RECORDS-00295383 |
| 643 | TBD | | VB-RECORDS-00294803 | VB-RECORDS-00294804 |

Filed Under Seal