UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>AMY COLBURN, *et al.*,  )<br>)<br>Defendants  )<br>) | Criminal No.: 19-10080-NMG |

**<u>GOVERNMENT'S STATUS REPORT AND MOTION FOR RE-CONSOLIDATION</u>**

The government respectfully submits this status report and moves to re-consolidate the case for trial in September.

At the June 15, 2021 status conference, the Court noted that, in the event the total number of defendants remaining for trial were reduced to 6, the Court would try the remaining defendants together in September, but that it would otherwise try the 5 "side door" defendants in September, and the test cheating defendants in January 2022.  *See* Dkt. 1908.  The Court thereafter issued a severance order on June 21, 2022.  *See* Dkt. 1916.

Today, the government has filed a plea agreement and superseding information for defendant Homayoun Zadeh.  *See* Dkts. 1929, 1930.  Accordingly, there remain four defendants set for trial in September, and three defendants set for trial in January.  However, two of the January defendants – Gregory and Amy Colburn – are a married couple.  They are represented by the same counsel and will presumably sit together at trial.  Accordingly, for logistical purposes, they effectively count as a single defendant.

For these reasons, and the reasons previously set forth in its briefing on the subject, the government respectfully moves to re-consolidate the proceedings for trial in September.

2

        Respectfully submitted,

        NATHANIEL R. MENDELL
        Acting United States Attorney

By:   */s/ Stephen E. Frank*
        JUSTIN D. O'CONNELL
        KRISTEN A. KEARNEY
        LESLIE A. WRIGHT
        STEPHEN E. FRANK
        IAN STEARNS
        Assistant United States Attorneys

Date: July 1, 2021

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

        */s/ Stephen E. Frank*
        Stephen E. Frank
        Assistant United States Attorney

Date: July 1, 2021