UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | Case No. 1:19-cr-10080-NMG |

### DEFENDANT JOHN WILSON'S EXHIBIT LIST

Defendant John Wilson respectfully submits the attached list of potential exhibits to be used in Mr. Wilson's case-in-chief for the September 2021 trial.  In addition to the exhibits identified in Exhibit A, Mr. Wilson reserves the right to use exhibits in the exhibit lists of the government and Defendants Gamal Abdelaziz, Marci Palatella, and Elizabeth Kimmel. Mr. Wilson further reserves the right to supplement this list with notice to the government, including if the government fails to call a witness on its witness list.

Respectfully submitted,

*Counsel to John Wilson,*

/s/ Michael Kendall
Michael Kendall (BBO # 544866)
Lauren M. Papenhausen (BBO # 655527)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
(617) 979-9310
michael.kendall@whitecase.com
lauren.papenhausen@whitecase.com

Andrew E. Tomback (pro hac vice)
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
(212) 448-0066
atomback@mclaughlinstern.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the forgoing was filed electronically on July 16, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

/s/ Michael Kendall
Michael Kendall (BBO # 544866)
