EXHIBIT A

Defendant John Wilson Exhibit List

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7000 | AB-001229 | AB-001229 |
| 7001 | AB-001206 | AB-001206 |
| 7002 | AB-000415 | AB-000416 |
| 7003 | AB-000402 | AB-000403 |
| 7004 | AB-000446 | AB-000447 |
| 7005 | AB-000319 | AB-000321 |
| 7006 | AB-000357 | AB-000360 |
| 7007 | AB-000098 | AB-000098 |
| 7008 | AB-000559 | AB-000562 |
| 7009 | AB-000608 | AB-000609 |
| 7010 | AB-000067 | AB-000083 |
| 7011 | AB-000181 | AB-000214 |
| 7012 | AB-000417 | AB-000429 |
| 7013 | AB-000143 | AB-000143 |
| 7014 | AB-001228 | AB-001228 |
| 7015 | AB-000885 | AB-000898 |
| 7016 | AB-000368 | AB-000372 |
| 7017 | AB-001235 | AB-001239 |
| 7018 | AB-000342 | AB-000348 |
| 7019 | AB-001144 | AB-001147 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7020 | AB-000777 | AB-000779 |
| 7021 | AB-001244 | AB-001245 |
| 7022 | AB-000840 | AB-000843 |
| 7023 | AB-000626 | AB-000627 |
| 7024 | AB-000762 | AB-000763 |
| 7025 | AB-000502 | AB-000514 |
| 7026 | AB-000004 | AB-000004 |
| 7027 | AB-001096 | AB-001097 |
| 7028 | AB-001078 | AB-001087 |
| 7029 | AB-000575 | AB-000578 |
| 7030 | AB-000279 | AB-000282 |
| 7031 | AB-000373 | AB-000377 |
| 7032 | AB-000385 | AB-000390 |
| 7033 | AB-001046 | AB-001049 |
| 7034 | AB-000433 | AB-000435 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7035 | AB-000442 | AB-000445 |
| 7036 | AB-001196 | AB-001200 |
| 7037 | AB-000719 | AB-000720 |
| 7038 | AB-000235 | AB-000239 |
| 7039 | AB-000552 | AB-000555 |
| 7040 | AB-000414 | AB-000414 |
| 7041 | AB-000486 | AB-000487 |
| 7042 | AB-000975 | AB-000976 |
| 7043 | AB-000478 | AB-000481 |
| 7044 | AB-000391 | AB-000394 |
| 7045 | AB-000458 | AB-000460 |
| 7046 | AB-000156 | AB-000159 |
| 7047 | AB-000549 | AB-000551 |
| 7048 | AB-000220 | AB-000223 |
| 7049 | AB-000670 | AB-000697 |

| Exhibit #: | Start Bates: | End Bates: |
|------------|--------------|------------|
| 7050 | AB-001098 | AB-001100 |
| 7051 | AB-000001 | AB-000003 |
| 7052 | AB-000334 | AB-000337 |
| 7053 | AB-000036 | AB-000040 |
| 7054 | AB-000317 | AB-000318 |
| 7055 | AB-000271 | AB-000275 |
| 7056 | AB-001066 | AB-001069 |
| 7057 | AB-001261 | AB-001261 |
| 7058 | AB-000384 | AB-000384 |
| 7059 | AB-001027 | AB-001027 |
| 7060 | AB-001213 | AB-001216 |
| 7061 | AB-000977 | AB-000990 |
| 7062 | AB-000285 | AB-000298 |
| 7063 | AB-000733 | AB-000746 |
| 7064 | AB-000179 | AB-000180 |
| 7065 | AB-001266 | AB-001269 |
| 7066 | AB-001270 | AB-001270 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7067 | AB-001271 | AB-001272 |
| 7068 | AB-000045 | AB-000049 |
| 7069 | AB-000628 | AB-000631 |
| 7070 | AB-000765 | AB-000772 |
| 7071 | AB-000030 | AB-000030 |
| 7072 | AB-001210 | AB-001212 |
| 7073 | AB-000717 | AB-000718 |
| 7074 | AB-000482 | AB-000485 |
| 7075 | AB-000590 | AB-000591 |
| 7076 | AB-000314 | AB-000314 |
| 7077 | AB-000515 | AB-000515 |
| 7078 | AB-000430 | AB-000430 |
| 7079 | AB-000438 | AB-000441 |
| 7080 | AB-001240 | AB-001241 |
| 7081 | AB-000361 | AB-000367 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7082 | AB-000031 | AB-000035 |
| 7083 | AB-001052 | AB-001052 |
| 7084 | AB-000992 | AB-000996 |
| 7085 | AB-000469 | AB-000477 |
| 7086 | AB-001230 | AB-001234 |
| 7087 | AB-000754 | AB-000758 |
| 7088 | AB-000456 | AB-000457 |
| 7089 | AB-000868 | AB-000874 |
| 7090 | AB-000606 | AB-000607 |
| 7091 | AB-000409 | AB-000413 |
| 7092 | AB-000041 | AB-000044 |
| 7093 | AB-000599 | AB-000600 |
| 7094 | AB-000587 | AB-000589 |
| 7095 | AB-000096 | AB-000096 |
| 7096 | AB-000662 | AB-000663 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7097 | AB-000699 | AB-000706 |
| 7098 | AB-000215 | AB-000217 |
| 7099 | AB-001053 | AB-001060 |
| 7100 | AB-000247 | AB-000248 |
| 7101 | AB-000851 | AB-000853 |
| 7102 | AB-000780 | AB-000784 |
| 7103 | AB-000164 | AB-000165 |
| 7104 | AB-001221 | AB-001223 |
| 7105 | AB-001041 | AB-001045 |
| 7106 | AB-001092 | AB-001095 |
| 7107 | AB-000340 | AB-000341 |
| 7108 | AB-000166 | AB-000168 |
| 7109 | AB-000276 | AB-000278 |
| 7110 | AB-000610 | AB-000617 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7111 | AB-000404 | AB-000408 |
| 7112 | AB-000750 | AB-000753 |
| 7113 | AB-000494 | AB-000500 |
| 7114 | AB-001252 | AB-001260 |
| 7115 | AB-000556 | AB-000558 |
| 7116 | AB-000171 | AB-000175 |
| 7117 | AB-001207 | AB-001209 |
| 7118 | AB-000395 | AB-000397 |
| 7119 | AB-000773 | AB-000776 |
| 7120 | AB-001178 | AB-001182 |
| 7121 | AB-000452 | AB-000455 |
| 7122 | AB-000090 | AB-000093 |
| 7123 | AB-000854 | AB-000867 |
| 7124 | AB-000839 | AB-000839 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7125 | AB-000566 | AB-000568 |
| 7126 | AB-000641 | AB-000644 |
| 7127 | AB-000249 | AB-000250 |
| 7128 | AB-001010 | AB-001014 |
| 7129 | AB-000666 | AB-000669 |
| 7130 | AB-000528 | AB-000529 |
| 7131 | AB-000517 | AB-000518 |
| 7132 | AB-001015 | AB-001026 |
| 7133 | AB-000177 | AB-000178 |
| 7134 | AB-001262 | AB-001265 |
| 7135 | AB-000332 | AB-000333 |
| 7136 | AB-000707 | AB-000716 |
| 7137 | AB-001075 | AB-001077 |
| 7138 | AB-000160 | AB-000160 |
| 7139 | AB-000066 | AB-000066 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7140 | AB-000799 | AB-000804 |
| 7141 | AB-000142 | AB-000142 |
| 7142 | AB-001152 | AB-001161 |
| 7143 | AB-000638 | AB-000640 |
| 7144 | AB-001165 | AB-001168 |
| 7145 | AB-000882 | AB-000884 |
| 7146 | AB-000875 | AB-000879 |
| 7147 | AB-000601 | AB-000603 |
| 7148 | AB-000299 | AB-000305 |
| 7149 | AB-000328 | AB-000331 |
| 7150 | AB-000053 | AB-000059 |
| 7151 | AB-000230 | AB-000234 |
| 7152 | AB-000436 | AB-000437 |
| 7153 | AB-000516 | AB-000516 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7154 | AB-001205 | AB-001205 |
| 7155 | AB-000835 | AB-000836 |
| 7156 | AB-001219 | AB-001220 |
| 7157 | AB-000322 | AB-000325 |
| 7158 | AB-000378 | AB-000383 |
| 7159 | AB-001201 | AB-001204 |
| 7160 | AB-000730 | AB-000732 |
| 7161 | AB-000400 | AB-000401 |
| 7162 | AB-000645 | AB-000649 |
| 7163 | AB-000256 | AB-000262 |
| 7164 | AB-001039 | AB-001040 |
| 7165 | AB-000623 | AB-000625 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7166 | AB-000721 | AB-000729 |
| 7167 | AB-001028 | AB-001029 |
| 7168 | AB-001061 | AB-001065 |
| 7169 | AB-000849 | AB-000850 |
| 7170 | AB-001224 | AB-001224 |
| 7171 | AB-000263 | AB-000264 |
| 7172 | AB-000538 | AB-000542 |
| 7173 | AB-001162 | AB-001164 |
| 7174 | AB-001173 | AB-001177 |
| 7175 | AB-000501 | AB-000501 |
| 7176 | AB-000592 | AB-000598 |
| 7177 | AB-000519 | AB-000527 |
| 7178 | AB-000094 | AB-000095 |
| 7179 | AB-000326 | AB-000327 |
| 7180 | AB-000563 | AB-000565 |
| 7181 | AB-000349 | AB-000350 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7182 | AB-000545 | AB-000548 |
| 7183 | AB-001242 | AB-001243 |
| 7184 | AB-000785 | AB-000787 |
| 7185 | AB-000254 | AB-000255 |
| 7186 | AB-001148 | AB-001149 |
| 7187 | AB-000569 | AB-000574 |
| 7188 | AB-001183 | AB-001186 |
| 7189 | AB-000991 | AB-000991 |
| 7190 | AB-000844 | AB-000844 |
| 7191 | AB-000543 | AB-000544 |
| 7192 | AB-000604 | AB-000605 |
| 7193 | AB-001226 | AB-001227 |
| 7194 | AB-000100 | AB-000108 |
| 7195 | AB-001030 | AB-001038 |
| 7196 | AB-000747 | AB-000749 |

| Exhibit #: | Start Bates: | End Bates: |
|:---:|:---:|:---:|
| 7197 | AB-000837 | AB-000838 |
| 7198 | AB-000656 | AB-000659 |
| 7199 | AB-000242 | AB-000246 |
| 7200 | AB-000315 | AB-000316 |
| 7201 | AB-000283 | AB-000284 |
| 7202 | AB-001088 | AB-001091 |
| 7203 | AB-000488 | AB-000493 |
| 7204 | AB-000821 | AB-000834 |
| 7205 | AB-001246 | AB-001251 |
| 7206 | AB-000137 | AB-000141 |
| 7207 | AB-000618 | AB-000622 |
| 7208 | AB-000461 | AB-000468 |
| 7209 | AB-000224 | AB-000229 |
| 7210 | AB-001192 | AB-001195 |
| 7211 | AB-000084 | AB-000089 |
| 7212 | AB-000650 | AB-000655 |
| 7213 | AB-000005 | AB-000008 |
| 7214 | AB-000306 | AB-000313 |
| 7215 | AB-000998 | AB-001001 |
| 7216 | AB-001002 | AB-001009 |
| 7217 | AB-000448 | AB-000451 |
| 7218 | AB-001169 | AB-001172 |
| 7219 | AB-000698 | AB-000698 |
| 7220 | AB-000788 | AB-000798 |
| 7221 | AB-001070 | AB-001071 |
| 7222 | AB-000759 | AB-000761 |
| 7223 | AB-000265 | AB-000270 |
| 7224 | AB-001072 | AB-001074 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7225 | AB-000240 | AB-000241 |
| 7226 | AB-000997 | AB-000997 |
| 7227 | AB-000060 | AB-000063 |
| 7228 | AB-000144 | AB-000145 |
| 7229 | AB-000338 | AB-000339 |
| 7230 | AB-001225 | AB-001225 |
| 7231 | AB-000579 | AB-000586 |
| 7232 | AB-000398 | AB-000399 |
| 7233 | AB-000764 | AB-000764 |
| 7234 | AB-000807 | AB-000812 |
| 7235 | AB-000027 | AB-000028 |
| 7236 | AB-001050 | AB-001051 |
| 7237 | AB-000161 | AB-000163 |
| 7238 | AB-000009 | AB-0000026 |
| 7239 | AB-000146 | AB-000155 |
| 7240 | AB-000880 | AB-000881 |
| 7241 | AB-000351 | AB-000356 |
| 7242 | AB-000176 | AB-000176 |
| 7243 | AB-000530 | AB-000537 |
| 7244 | AB-000632 | AB-000637 |
| 7245 | AB-000050 | AB-000052 |
| 7246 | AB-000169 | AB-000170 |
| 7247 | AB-000805 | AB-000805 |
| 7248 | AB-000097 | AB-000097 |
| 7249 | AB-000813 | AB-000813 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7250 | AB-000252 | AB-000253 |
| 7251 | AB-000064 | AB-000065 |
| 7252 | AB-000806 | AB-000806 |
| 7253 | AB-000029 | AB-000029 |
| 7254 | AB-001150 | AB-001151 |
| 7255 | AB-000817 | AB-000820 |
| 7256 | AB-000664 | AB-000665 |
| 7257 | AB-000431 | AB-000432 |
| 7258 | AB-000660 | AB-000661 |
| 7259 | USAO-VB-00379436 | USAO-VB-00379436 |
| 7260 | USAO-VB-01124320 | USAO-VB-01124321 |
| 7261 | USAO-VB-01124951 | USAO-VB-01124951 |
| 7262 | USAO-VB-01136120 | USAO-VB-01136122 |
| 7263 | USAO-VB-01136890 | USAO-VB-01136891 |
| 7264 | USAO-VB-01140208 | USAO-VB-01140209 |
| 7265 | USAO-VB-01147816 | USAO-VB-01147817 |
| 7266 | USAO-VB-01149284 | USAO-VB-01149286 |
| 7267 | USAO-VB-01182107 | USAO-VB-01182110 |
| 7268 | USAO-VB-01183654 | USAO-VB-01183655 |
| 7269 | USAO-VB-01183738 | USAO-VB-01183739 |
| 7270 | USAO-VB-01188613 | USAO-VB-01188614 |
| 7271 | USAO-VB-01197871 | USAO-VB-01197873 |
| 7272 | USAO-VB-01197976 | USAO-VB-01197978 |
| 7273 | USAO-VB-01210808 | USAO-VB-01210808 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7274 | USAO-VB-01217920 | USAO-VB-01217922 |
| 7275 | USAO-VB-01218224 | USAO-VB-01218224 |
| 7276 | USAO-VB-01221063 | USAO-VB-01221064 |
| 7277 | USAO-VB-01221631 | USAO-VB-01221632 |
| 7278 | USAO-VB-01226348 | USAO-VB-01226349 |
| 7279 | USAO-VB-01228493 | USAO-VB-01228494 |
| 7280 | USAO-VB-01229930 | USAO-VB-01229930 |
| 7281 | USAO-VB-01239576 | USAO-VB-01239577 |
| 7282 | USAO-VB-01242975 | USAO-VB-01242981 |
| 7283 | USAO-VB-01252714 | USAO-VB-01252715 |
| 7284 | USAO-VB-01252827 | USAO-VB-01252828 |
| 7285 | USAO-VB-01253324 | USAO-VB-01253326 |
| 7286 | USAO-VB-01262297 | USAO-VB-01262297 |
| 7287 | USAO-VB-01262360 | USAO-VB-01262360 |
| 7288 | USAO-VB-01298199 | USAO-VB-01298199 |
| 7289 | USAO-VB-01298461 | USAO-VB-01298463 |
| 7290 | USAO-VB-01299488 | USAO-VB-01299488 |
| 7291 | USAO-VB-01302556 | USAO-VB-01302556 |
| 7292 | USAO-VB-01303533 | USAO-VB-01303533 |
| 7293 | USAO-VB-01304438 | USAO-VB-01304439 |
| 7294 | USAO-VB-01305594 | USAO-VB-01305594 |
| 7295 | USAO-VB-01314793 | USAO-VB-01314794 |
| 7296 | USAO-VB-01318275 | USAO-VB-01318275 |
| 7297 | USAO-VB-01319143 | USAO-VB-01319143 |
| 7298 | USAO-VB-01321140 | USAO-VB-01321140 |
| 7299 | USAO-VB-01321868 | USAO-VB-01321868 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7300 | USAO-VB-01322030 | USAO-VB-01322032 |
| 7301 | USAO-VB-01322532 | USAO-VB-01322533 |
| 7302 | USAO-VB-01323053 | USAO-VB-01323053 |
| 7303 | USAO-VB-01324583 | USAO-VB-01324583 |
| 7304 | USAO-VB-01325018 | USAO-VB-01325020 |
| 7305 | USAO-VB-01326669 | USAO-VB-01326671 |
| 7306 | USAO-VB-01335966 | USAO-VB-01335969 |
| 7307 | USAO-VB-01337425 | USAO-VB-01337428 |
| 7308 | USAO-VB-01342275 | USAO-VB-01342276 |
| 7309 | USAO-VB-01349626 | USAO-VB-01349626 |
| 7310 | USAO-VB-01358195 | USAO-VB-01358195 |
| 7311 | USAO-VB-01363936 | USAO-VB-01363937 |
| 7312 | USAO-VB-01363997 | USAO-VB-01363998 |
| 7313 | USAO-VB-01364097 | USAO-VB-01364097 |
| 7314 | USAO-VB-01364935 | USAO-VB-01364935 |
| 7315 | USAO-VB-01366258 | USAO-VB-01366258 |
| 7316 | USAO-VB-01370614 | USAO-VB-01370614 |
| 7317 | USAO-VB-01372537 | USAO-VB-01372539 |
| 7318 | USAO-VB-01374493 | USAO-VB-01374493 |
| 7319 | USAO-VB-01385887 | USAO-VB-01385890 |
| 7320 | USAO-VB-01390621 | USAO-VB-01390621 |
| 7321 | USAO-VB-01391070 | USAO-VB-01391070 |
| 7322 | USAO-VB-01394897 | USAO-VB-01394897 |
| 7323 | USAO-VB-01399844 | USAO-VB-01399845 |
| 7324 | USAO-VB-01403904 | USAO-VB-01403904 |
| 7325 | USAO-VB-01404792 | USAO-VB-01404792 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7326 | USAO-VB-01405580 | USAO-VB-01405580 |
| 7327 | USAO-VB-01420800 | USAO-VB-01420801 |
| 7328 | USAO-VB-01429069 | USAO-VB-01429069 |
| 7329 | USAO-VB-01430024 | USAO-VB-01430024 |
| 7330 | USAO-VB-01435505 | USAO-VB-01435505 |
| 7331 | USAO-VB-01435577 | USAO-VB-01435577 |
| 7332 | USAO-VB-01435578 | USAO-VB-01435578 |
| 7333 | USAO-VB-01435579 | USAO-VB-01435579 |
| 7334 | USAO-VB-01435769 | USAO-VB-01435769 |
| 7335 | USAO-VB-01437580 | USAO-VB-01437581 |
| 7336 | USAO-VB-01441983 | USAO-VB-01441983 |
| 7337 | USAO-VB-01443416 | USAO-VB-01443417 |
| 7338 | USAO-VB-01443744 | USAO-VB-01443745 |
| 7339 | USAO-VB-01443945 | USAO-VB-01443946 |
| 7340 | USAO-VB-01444835 | USAO-VB-01444835 |
| 7341 | USAO-VB-01452032 | USAO-VB-01452034 |
| 7342 | USAO-VB-01453162 | USAO-VB-01453162 |
| 7343 | USAO-VB-01454200 | USAO-VB-01454200 |
| 7344 | USAO-VB-01459121 | USAO-VB-01459123 |
| 7345 | USAO-VB-01462288 | USAO-VB-01462288 |
| 7346 | USAO-VB-01470117 | USAO-VB-01470117 |
| 7347 | USAO-VB-01472551 | USAO-VB-01472551 |
| 7348 | USAO-VB-01473274 | USAO-VB-01473274 |
| 7349 | USAO-VB-01474065 | USAO-VB-01474066 |
| 7350 | USAO-VB-01475585 | USAO-VB-01475585 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7351 | USAO-VB-01483137 | USAO-VB-01483138 |
| 7352 | USAO-VB-01485183 | USAO-VB-01485184 |
| 7353 | USAO-VB-01496470 | USAO-VB-01496472 |
| 7354 | USAO-VB-01520983 | USAO-VB-01520983 |
| 7355 | VB-RECORDS-00119763 | VB-RECORDS-00119917 |
| 7356 | VB-RECORDS-00121190 | VB-RECORDS-00121193 |
| 7357 | VB-RECORDS-00124024 | VB-RECORDS-00124024 |
| 7358 | VB-RECORDS-00124754 | VB-RECORDS-00124754 |
| 7359 | VB-RECORDS-00124755 | VB-RECORDS-00124756 |
| 7360 | VB-RECORDS-00329518 | VB-RECORDS-00329520 |
| 7361 | USAO-VB-01468446 | USAO-VB-01468451 |
| 7362 | USAO-VB-01297630 | USAO-VB-01297631 |
| 7363 | USAO-VB-01297950 | USAO-VB-01297950 |
| 7364 | USAO-VB-01311702 | USAO-VB-01311703 |
| 7365 | USAO-VB-01316194 | USAO-VB-01316194 |
| 7366 | USAO-VB-01483178 | USAO-VB-01483179 |
| 7367 | USAO-VB-01498761 | USAO-VB-01498763 |
| 7368 | VB-RECORDS-00124348 | VB-RECORDS-00124348 |
| 7369 | USAO-VB-01408738 | USAO-VB-01408738 |
| 7370 | USAO-VB-01192759 | USAO-VB-01192759 |
| 7371 | USAO-VB-01457406 | USAO-VB-01457407 |
| 7372 | USAO-VB-01184617 | USAO-VB-01184617 |
| 7373 | USAO-VB-01129948 | USAO-VB-01129948 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7374 | USAO-VB-01357583 | USAO-VB-01357583 |
| 7375 | USAO-VB-01231297 | USAO-VB-01231297 |
| 7376 | USAO-VB-01231299 | USAO-VB-01231299 |
| 7377 | USAO-VB-01163804 | USAO-VB-01163804 |
| 7378 | USAO-VB-01207703 | USAO-VB-01207704 |
| 7379 | USAO-VB-01299328 | USAO-VB-01299330 |
| 7380 | USAO-VB-01302459 | USAO-VB-01302459 |
| 7381 | USAO-VB-01305574 | USAO-VB-01305574 |
| 7382 | USAO-VB-01322274 | USAO-VB-01322274 |
| 7383 | USAO-VB-01326190 | USAO-VB-01326191 |
| 7384 | USAO-VB-01208471 | USAO-VB-01208471 |
| 7385 | USAO-VB-01405538 | USAO-VB-01405557 |
| 7386 | USAO-VB-01456273 | USAO-VB-01456273 |
| 7387 | USAO-VB-01229610 | USAO-VB-01229611 |
| 7388 | USAO-VB-01315833 | USAO-VB-01315833 |
| 7389 | USAO-VB-01323985 | USAO-VB-01323985 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7390 | USAO-VB-01322416 | USAO-VB-01322416 |
| 7391 | USAO-VB-01484551 | USAO-VB-01484551 |
| 7392 | USAO-VB-01298490 | USAO-VB-01298491 |
| 7393 | USAO-VB-01309774 | USAO-VB-01309775 |
| 7394 | USAO-VB-01310867 | USAO-VB-01310867 |
| 7395 | USAO-VB-01312029 | USAO-VB-01312030 |
| 7396 | USAO-VB-01317638 | USAO-VB-01317638 |
| 7397 | USAO-VB-01298731 | USAO-VB-01298732 |
| 7398 | USAO-VB-01303211 | USAO-VB-01303212 |
| 7399 | USAO-VB-01418711 | USAO-VB-01418712 |
| 7400 | USAO-VB-01299371 | USAO-VB-01299372 |
| 7401 | USAO-VB-01418732 | USAO-VB-01418732 |
| 7402 | USAO-VB-01221275 | USAO-VB-01221278 |
| 7403 | USAO-VB-01432525 | USAO-VB-01432529 |
| 7404 | USAO-VB-01196932 | USAO-VB-01196934 |
| 7405 | USAO-VB-01351541 | USAO-VB-01351541 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7406 | USAO-VB-01198178 | USAO-VB-01198178 |
| 7407 | USAO-VB-01353007 | USAO-VB-01353007 |
| 7408 | USAO-VB-01354440 | USAO-VB-01354440 |
| 7409 | USAO-VB-01191774 | USAO-VB-01191774 |
| 7410 | USAO-VB-01450829 | USAO-VB-01450830 |
| 7411 | USAO-VB-01454629 | USAO-VB-01454629 |
| 7412 | USAO-VB-01327804 | USAO-VB-01327806 |
| 7413 | USAO-VB-01224248 | USAO-VB-01224249 |
| 7414 | USAO-VB-01311267 | USAO-VB-01311267 |
| 7415 | USAO-VB-01327831 | USAO-VB-01327832 |
| 7416 | USAO-VB-01529587 | USAO-VB-01529588 |
| 7417 | USAO-VB-01179155 | USAO-VB-01179156 |
| 7418 | USAO-VB-01122518 | USAO-VB-01122519 |
| 7419 | USAO-VB-01408739 | USAO-VB-01408739 |
| 7420 | USAO-VB-01399328 | USAO-VB-01399331 |
| 7421 | USAO-VB-01130165 | USAO-VB-01130166 |
| 7422 | USAO-VB-01408951 | USAO-VB-01408951 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7423 | USAO-VB-01176640 | USAO-VB-01176642 |
| 7424 | USAO-VB-01463917 | USAO-VB-01463917 |
| 7425 | VB-RECORDS-00124691 | VB-RECORDS-00124692 |
| 7426 | USAO-VB-01406513 | USAO-VB-01406514 |
| 7427 | USAO-VB-01175059 | USAO-VB-01175059 |
| 7428 | USAO-VB-01175109 | USAO-VB-01175110 |
| 7429 | USAO-VB-01296254 | USAO-VB-01296256 |
| 7430 | USAO-VB-01192808 | USAO-VB-01192809 |
| 7431 | USAO-VB-01297416 | USAO-VB-01297417 |
| 7432 | USAO-VB-01315528 | USAO-VB-01315528 |
| 7433 | USAO-VB-01304009 | USAO-VB-01304010 |
| 7434 | USAO-VB-01354469 | USAO-VB-01354469 |
| 7435 | USAO-VB-01360652 | USAO-VB-01360652 |
| 7436 | USAO-VB-01357327 | USAO-VB-01357327 |
| 7437 | USAO-VB-01313232 | USAO-VB-01313232 |
| 7438 | USAO-VB-01309069 | USAO-VB-01309069 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7439 | USAO-VB-01452683 | USAO-VB-01452683 |
| 7440 | USAO-VB-01313412 | USAO-VB-01313413 |
| 7441 | USAO-VB-01429403 | USAO-VB-01429405 |
| 7442 | USAO-VB-01356826 | USAO-VB-01356829 |
| 7443 | USAO-VB-01182990 | USAO-VB-01182991 |
| 7444 | USAO-VB-01130287 | USAO-VB-01130287 |
| 7445 | USAO-VB-01161152 | USAO-VB-01161152 |
| 7446 | USAO-VB-01515060 | USAO-VB-01515060 |
| 7447 | USAO-VB-01415676 | USAO-VB-01415676 |
| 7448 | USAO-VB-01126420 | USAO-VB-01126420 |
| 7449 | USAO-VB-01138353 | USAO-VB-01138354 |
| 7450 | USAO-VB-01415989 | USAO-VB-01415989 |
| 7451 | USAO-VB-01458317 | USAO-VB-01458317 |
| 7452 | USAO-VB-01143396 | USAO-VB-01143397 |
| 7453 | USAO-VB-01499756 | USAO-VB-01499756 |
| 7454 | USAO-VB-01312859 | USAO-VB-01312859 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7455 | USAO-VB-01324897 | USAO-VB-01324897 |
| 7456 | USAO-VB-01325094 | USAO-VB-01325095 |
| 7457 | USAO-VB-01328362 | USAO-VB-01328362 |
| 7458 | USAO-VB-01453092 | USAO-VB-01453092 |
| 7459 | USAO-VB-01119843 | USAO-VB-01119844 |
| 7460 | USAO-VB-01403138 | USAO-VB-01403138 |
| 7461 | USAO-VB-01290405 | USAO-VB-01290492 |
| 7462 | USAO-VB-01476021 | USAO-VB-01476022 |
| 7463 | VB-RECORDS-00124214 | VB-RECORDS-00124214 |
| 7464 | USAO-VB-01220497 | USAO-VB-01220497 |
| 7465 | RCTRL0000395036 | RCTRL0000395036 |
| 7466 | RCTRL0000183491 | RCTRL0000183491 |
| 7467 | USAO-VB-01261823 | USAO-VB-01261823 |
| 7468 | USAO-VB-01323807 | USAO-VB-01323809 |
| 7469 | USAO-VB-01330319 | USAO-VB-01330319 |
| 7470 | USAO-VB-01370134 | USAO-VB-01370134 |
| 7471 | USAO-VB-01370809 | USAO-VB-01370809 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7472 | USAO-VB-01368879 | USAO-VB-01368884 |
| 7473 | USAO-VB-01485876 | USAO-VB-01485876 |
| 7474 | USAO-VB-01301662 | USAO-VB-01301663 |
| 7475 | RCTRL0000306531 | RCTRL0000306531 |
| 7476 | RCTRL0000300210 | RCTRL0000300210 |
| 7477 | RCTRL0000291506 | RCTRL0000291506 |
| 7478 | USAO-VB-01239086 | USAO-VB-01239086 |
| 7479 | USAO-VB-01198905 | USAO-VB-01198905 |
| 7480 | USAO-VB-01485160 | USAO-VB-01485160 |
| 7481 | USAO-VB-01156969 | USAO-VB-01156971 |
| 7482 | USAO-VB-01512915 | USAO-VB-01512915 |
| 7483 | USAO-VB-01320233 | USAO-VB-01320234 |
| 7484 | USAO-VB-01319117 | USAO-VB-01319117 |
| 7485 | USAO-VB-01323081 | USAO-VB-01323081 |
| 7486 | USAO-VB-01317111 | USAO-VB-01317112 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7487 | USAO-VB-01323095 | USAO-VB-01323095 |
| 7488 | USAO-VB-01317109 | USAO-VB-01317109 |
| 7489 | USAO-VB-01445048 | USAO-VB-01445048 |
| 7490 | USAO-VB-01216124 | USAO-VB-01216124 |
| 7491 | USAO-VB-01225448 | USAO-VB-01225448 |
| 7492 | USAO-VB-01224830 | USAO-VB-01224830 |
| 7493 | USAO-VB-01158033 | USAO-VB-01158037 |
| 7494 | USAO-VB-01465946 | USAO-VB-01465946 |
| 7495 | USAO-VB-01158375 | USAO-VB-01158375 |
| 7496 | USAO-VB-01519949 | USAO-VB-01519953 |
| 7497 | USAO-VB-01161956 | USAO-VB-01161956 |
| 7498 | USAO-VB-01153793 | USAO-VB-01153793 |
| 7499 | USAO-VB-01464890 | USAO-VB-01464891 |
| 7500 | USAO-VB-01152667 | USAO-VB-01152667 |
| 7501 | USAO-VB-01231625 | USAO-VB-01231625 |
| 7502 | USAO-VB-01246524 | USAO-VB-01246526 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7503 | USAO-VB-01232721 | USAO-VB-01232721 |
| 7504 | USAO-VB-01442749 | USAO-VB-01442749 |
| 7505 | USAO-VB-01363395 | USAO-VB-01363406 |
| 7506 | USAO-VB-01198331 | USAO-VB-01198331 |
| 7507 | VB-RECORDS-00123294 | VB-RECORDS-00123296 |
| 7508 | USAO-VB-01185564 | USAO-VB-01185565 |
| 7509 | USAO-VB-01185547 | USAO-VB-01185547 |
| 7510 | USAO-VB-01185793 | USAO-VB-01185793 |
| 7511 | USAO-VB-01185609 | USAO-VB-01185610 |
| 7512 | USAO-VB-01228343 | USAO-VB-01228343 |
| 7513 | USAO-VB-01325487 | USAO-VB-01325487 |
| 7514 | USAO-VB-01297209 | USAO-VB-01297209 |
| 7515 | USAO-VB-01172280 | USAO-VB-01172281 |
| 7516 | USAO-VB-01358357 | USAO-VB-01358358 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7517 | USAO-VB-01356283 | USAO-VB-01356284 |
| 7518 | USAO-VB-01358906 | USAO-VB-01358906 |
| 7519 | USAO-VB-01342826 | USAO-VB-01342827 |
| 7520 | USAO-VB-01313276 | USAO-VB-01313277 |
| 7521 | USAO-VB-01485162 | USAO-VB-01485162 |
| 7522 | USAO-VB-01297462 | USAO-VB-01297462 |
| 7523 | USAO-VB-01299902 | USAO-VB-01299902 |
| 7524 | USAO-VB-01352148 | USAO-VB-01352149 |
| 7525 | USAO-VB-01205973 | USAO-VB-01205973 |
| 7526 | USAO-VB-01431982 | USAO-VB-01431982 |
| 7527 | USAO-VB-01354074 | USAO-VB-01354074 |
| 7528 | USAO-VB-01208041 | USAO-VB-01208041 |
| 7529 | USAO-VB-01192963 | USAO-VB-01192963 |
| 7530 | VB-RECORDS-00124717 | VB-RECORDS-00124717 |
| 7531 | VB-RECORDS-00124729 | VB-RECORDS-00124729 |
| 7532 | VB-RECORDS-00124270 | VB-RECORDS-00124271 |
| 7533 | VB-RECORDS-00120978 | VB-RECORDS-00120978 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7534 | USAO-VB-01211435 | USAO-VB-01211437 |
| 7535 | USAO-VB-01372163 | USAO-VB-01372163 |
| 7536 | USAO-VB-01461168 | USAO-VB-01461169 |
| 7537 | USAO-VB-01296191 | USAO-VB-01296196 |
| 7538 | USAO-VB-01155538 | USAO-VB-01155538 |
| 7539 | USAO-VB-01349069 | USAO-VB-01349069 |
| 7540 | USAO-VB-01522052 | USAO-VB-01522053 |
| 7541 | USAO-VB-01431170 | USAO-VB-01431171 |
| 7542 | USAO-VB-01359963 | USAO-VB-01359964 |
| 7543 | USAO-VB-01155562 | USAO-VB-01155562 |
| 7544 | USAO-VB-01354529 | USAO-VB-01354529 |
| 7545 | USAO-VB-01135249 | USAO-VB-01135252 |
| 7546 | USAO-VB-01382429 | USAO-VB-01382430 |
| 7547 | USAO-VB-01208670 | USAO-VB-01208671 |
| 7548 | USAO-VB-01302392 | USAO-VB-01302392 |
| 7549 | USAO-VB-01302393 | USAO-VB-01302393 |

| Exhibit #: | Start Bates: | End Bates: |
| --- | --- | --- |
| 7550 | USAO-VB-01215536 | USAO-VB-01215536 |
| 7551 | USAO-VB-01148051 | USAO-VB-01148052 |
| 7552 | USAO-VB-01219373 | USAO-VB-01219373 |
| 7553 | USAO-VB-01221799 | USAO-VB-01221799 |
| 7554 | USAO-VB-01221800 | USAO-VB-01221800 |
| 7555 | USAO-VB-01359101 | USAO-VB-01359101 |
| 7556 | USAO-VB-01189740 | USAO-VB-01189740 |
| 7557 | USAO-VB-01195674 | USAO-VB-01195675 |
| 7558 | USAO-VB-01475253 | USAO-VB-01475253 |
| 7559 | USAO-VB-01517852 | USAO-VB-01517853 |
| 7560 | USAO-VB-01146861 | USAO-VB-01146861 |
| 7561 | USAO-VB-01347551 | USAO-VB-01347553 |
| 7562 | USAO-VB-01222417 | USAO-VB-01222417 |
| 7563 | USAO-VB-01222123 | USAO-VB-01222124 |
| 7564 | USAO-VB-01418736 | USAO-VB-01418736 |
| 7565 | USAO-VB-01348296 | USAO-VB-01348297 |
| 7566 | USAO-VB-01301731 | USAO-VB-01301732 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7567 | USAO-VB-01201782 | USAO-VB-01201782 |
| 7568 | USAO-VB-01352566 | USAO-VB-01352566 |
| 7569 | USAO-VB-01449032 | USAO-VB-01449033 |
| 7570 | USAO-VB-01219087 | USAO-VB-01219088 |
| 7571 | USAO-VB-01218237 | USAO-VB-01218237 |
| 7572 | USAO-VB-01485306 | USAO-VB-01485307 |
| 7573 | USAO-VB-01230744 | USAO-VB-01230745 |
| 7574 | USAO-VB-01485459 | USAO-VB-01485459 |
| 7575 | USAO-VB-01222228 | USAO-VB-01222228 |
| 7576 | USAO-VB-01356382 | USAO-VB-01356383 |
| 7577 | USAO-VB-01428735 | USAO-VB-01428735 |
| 7578 | USAO-VB-01429575 | USAO-VB-01429576 |
| 7579 | USAO-VB-01297784 | USAO-VB-01297785 |
| 7580 | USAO-VB-01359125 | USAO-VB-01359125 |
| 7581 | USAO-VB-01222325 | USAO-VB-01222326 |
| 7582 | USAO-VB-01296260 | USAO-VB-01296261 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7583 | USAO-VB-01231178 | USAO-VB-01231179 |
| 7584 | USAO-VB-01252748 | USAO-VB-01252749 |
| 7585 | USAO-VB-01231871 | USAO-VB-01231871 |
| 7586 | USAO-VB-01132650 | USAO-VB-01132651 |
| 7587 | USAO-VB-00408093 | USAO-VB-00408097 |
| 7588 | USAO-VB-00408135 | USAO-VB-00408135 |
| 7589 | USAO-VB-00408150 | USAO-VB-00408150 |
| 7590 | VB-RECORDS-00122667 | VB-RECORDS-00122667 |
| 7591 | USAO-VB-01211510 | USAO-VB-01211511 |
| 7592 | USAO-VB-01206011 | USAO-VB-01206012 |
| 7593 | USAO-VB-01351153 | USAO-VB-01351153 |
| 7594 | USAO-VB-01462680 | USAO-VB-01462681 |
| 7595 | USAO-VB-01232217 | USAO-VB-01232219 |
| 7596 | USAO-VB-01435850 | USAO-VB-01435851 |
| 7597 | USAO-VB-01435886 | USAO-VB-01435886 |
| 7598 | USAO-VB-01208921 | USAO-VB-01208921 |
| 7599 | USAO-VB-01300494 | USAO-VB-01300494 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7600 | USAO-VB-01231181 | USAO-VB-01231182 |
| 7601 | USAO-VB-01227419 | USAO-VB-01227420 |
| 7602 | USAO-VB-01215313 | USAO-VB-01215315 |
| 7603 | USAO-VB-01452222 | USAO-VB-01452223 |
| 7604 | USAO-VB-01329528 | USAO-VB-01329529 |
| 7605 | USAO-VB-01154864 | USAO-VB-01154864 |
| 7606 | USAO-VB-01528922 | USAO-VB-01528923 |
| 7607 | USAO-VB-01444554 | USAO-VB-01444554 |
| 7608 | USAO-VB-01225966 | USAO-VB-01225967 |
| 7609 | USAO-VB-01409189 | USAO-VB-01409196 |
| 7610 | USAO-VB-01326815 | USAO-VB-01326815 |
| 7611 | USAO-VB-01224534 | USAO-VB-01224534 |
| 7612 | RCTRL0000086508 | RCTRL0000086508 |
| 7613 | RCTRL0000225373 | RCTRL0000225373 |
| 7614 | RCTRL0000225825 | RCTRL0000225825 |
| 7615 | RCTRL0000292521 | RCTRL0000292521 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7616 | RCTRL0000333112 | RCTRL0000333112 |
| 7617 | RCTRL0000480784 | RCTRL0000480784 |
| 7618 | RCTRL0000501917 | RCTRL0000501917 |
| 7619 | RCTRL0000574202 | RCTRL0000574202 |
| 7620 | RCTRL0000601745 | RCTRL0000601745 |
| 7621 | RCTRL0000621828 | RCTRL0000621828 |
| 7622 | USAO-VB-01231912 | USAO-VB-01231919 |
| 7623 | USAO-VB-01221248 | USAO-VB-01221248 |
| 7624 | USAO-VB-01341008 | USAO-VB-01341008 |
| 7625 | USAO-VB-01185882 | USAO-VB-01185883 |
| 7626 | USAO-VB-01184322 | USAO-VB-01184323 |
| 7627 | USAO-VB-01300093 | USAO-VB-01300094 |
| 7628 | RCTRL0000133588 | RCTRL0000133588 |
| 7629 | RCTRL0000292946 | RCTRL0000292946 |
| 7630 | USAO-VB-01359001 | USAO-VB-01359002 |
| 7631 | USAO-VB-01142883 | USAO-VB-01142883 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7632 | USAO-VB-01125123 | USAO-VB-01125124 |
| 7633 | VB-RECORDS-00122075 | VB-RECORDS-00122076 |
| 7634 | USAO-VB-01300502 | USAO-VB-01300502 |
| 7635 | USAO-VB-01228418 | USAO-VB-01228419 |
| 7636 | USAO-VB-01442298 | USAO-VB-01442298 |
| 7637 | USAO-VB-01172679 | USAO-VB-01172681 |
| 7638 | RCTRL0000163837 | RCTRL0000163837 |
| 7639 | RCTRL0000324575 | RCTRL0000324575 |
| 7640 | USAO-VB-01483410 | USAO-VB-01483410 |
| 7641 | USAO-VB-01494854 | USAO-VB-01494854 |
| 7642 | USAO-VB-01403530 | USAO-VB-01403531 |
| 7643 | USAO-VB-01414785 | USAO-VB-01414786 |
| 7644 | USAO-VB-01480341 | USAO-VB-01480342 |
| 7645 | USAO-VB-01395827 | USAO-VB-01395827 |
| 7646 | USAO-VB-01373487 | USAO-VB-01373487 |
| 7647 | USAO-VB-01466013 | USAO-VB-01466014 |
| 7648 | USAO-VB-01263377 | USAO-VB-01263377 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7649 | USAO-VB-01444271 | USAO-VB-01444271 |
| 7650 | USAO-VB-01219086 | USAO-VB-01219086 |
| 7651 | USAO-VB-01443060 | USAO-VB-01443061 |
| 7652 | USAO-VB-01316441 | USAO-VB-01316441 |
| 7653 | USAO-VB-01333615 | USAO-VB-01333617 |
| 7654 | USAO-VB-01444848 | USAO-VB-01444849 |
| 7655 | USAO-VB-01436181 | USAO-VB-01436181 |
| 7656 | USAO-VB-01225970 | USAO-VB-01225971 |
| 7657 | USAO-VB-01444750 | USAO-VB-01444750 |
| 7658 | USAO-VB-01403983 | USAO-VB-01403984 |
| 7659 | USAO-VB-01400878 | USAO-VB-01400878 |
| 7660 | USAO-VB-01355631 | USAO-VB-01355631 |
| 7661 | USAO-VB-01199939 | USAO-VB-01199940 |
| 7662 | USAO-VB-01315489 | USAO-VB-01315490 |
| 7663 | USAO-VB-01327093 | USAO-VB-01327093 |
| 7664 | VB-RECORDS-00121159 | VB-RECORDS-00121160 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7665 | USAO-VB-01407477 | USAO-VB-01407477 |
| 7666 | USAO-VB-01268446 | USAO-VB-01268447 |
| 7667 | USAO-VB-01476264 | USAO-VB-01476266 |
| 7668 | USAO-VB-01209545 | USAO-VB-01209545 |
| 7669 | USAO-VB-01354112 | USAO-VB-01354112 |
| 7670 | USAO-VB-01158356 | USAO-VB-01158360 |
| 7671 | USAO-VB-01517461 | USAO-VB-01517463 |
| 7672 | USAO-VB-01253988 | USAO-VB-01253989 |
| 7673 | USAO-VB-01460316 | USAO-VB-01460316 |
| 7674 | USAO-VB-01517508 | USAO-VB-01517509 |
| 7675 | USAO-VB-01521854 | USAO-VB-01521855 |
| 7676 | USAO-VB-01417222 | USAO-VB-01417225 |
| 7677 | USAO-VB-01310834 | USAO-VB-01310836 |
| 7678 | USAO-VB-01315644 | USAO-VB-01315647 |
| 7679 | USAO-VB-01532362 | USAO-VB-01532362 |
| 7680 | USAO-VB-01389714 | USAO-VB-01389714 |
| 7681 | USAO-VB-01417760 | USAO-VB-01417761 |

| Exhibit #: | Start Bates: | End Bates: |
|:---:|:---:|:---:|
| 7682 | USAO-VB-01321167 | USAO-VB-01321167 |
| 7683 | USAO-VB-01369824 | USAO-VB-01369825 |
| 7684 | USAO-VB-01411986 | USAO-VB-01411986 |
| 7685 | USAO-VB-01130824 | USAO-VB-01130827 |
| 7686 | USAO-VB-01123952 | USAO-VB-01123952 |
| 7687 | USAO-VB-01329678 | USAO-VB-01329679 |
| 7688 | USAO-VB-01318945 | USAO-VB-01318945 |
| 7689 | USAO-VB-01221815 | USAO-VB-01221816 |
| 7690 | USAO-VB-01290207 | USAO-VB-01290208 |
| 7691 | USAO-VB-01290701 | USAO-VB-01290701 |
| 7692 | USAO-VB-01297552 | USAO-VB-01297552 |
| 7693 | USAO-VB-01461248 | USAO-VB-01461248 |
| 7694 | USAO-VB-01324902 | USAO-VB-01324902 |
| 7695 | USAO-VB-01484145 | USAO-VB-01484145 |
| 7696 | USAO-VB-01456553 | USAO-VB-01456553 |
| 7697 | USAO-VB-01304832 | USAO-VB-01304834 |
| 7698 | USAO-VB-01214127 | USAO-VB-01214127 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7699 | USAO-VB-01217829 | USAO-VB-01217829 |
| 7700 | USAO-VB-01123557 | USAO-VB-01123557 |
| 7701 | USAO-VB-01296915 | USAO-VB-01296916 |
| 7702 | USAO-VB-01229964 | USAO-VB-01229964 |
| 7703 | USAO-VB-01319854 | USAO-VB-01319855 |
| 7704 | USAO-VB-01515232 | USAO-VB-01515232 |
| 7705 | USAO-VB-01312850 | USAO-VB-01312851 |
| 7706 | USAO-VB-01121041 | USAO-VB-01121042 |
| 7707 | USAO-VB-01432224 | USAO-VB-01432225 |
| 7708 | USAO-VB-01435098 | USAO-VB-01435098 |
| 7709 | USAO-VB-01461818 | USAO-VB-01461819 |
| 7710 | USAO-VB-01430049 | USAO-VB-01430049 |
| 7711 | USAO-VB-01179888 | USAO-VB-01179888 |
| 7712 | USAO-VB-01297577 | USAO-VB-01297578 |
| 7713 | USAO-VB-01469854 | USAO-VB-01469854 |
| 7714 | USAO-VB-01325927 | USAO-VB-01325927 |

| Exhibit #: | Start Bates: | End Bates: |
|:---:|:---:|:---:|
| 7715 | USAO-VB-01301976 | USAO-VB-01301976 |
| 7716 | USAO-VB-01372164 | USAO-VB-01372164 |
| 7717 | USAO-VB-01208128 | USAO-VB-01208128 |
| 7718 | USAO-VB-01241943 | USAO-VB-01241943 |
| 7719 | USAO-VB-01205365 | USAO-VB-01205365 |
| 7720 | USAO-VB-01207365 | USAO-VB-01207365 |
| 7721 | USAO-VB-01434849 | USAO-VB-01434849 |
| 7722 | USAO-VB-01426933 | USAO-VB-01426934 |
| 7723 | USAO-VB-01407665 | USAO-VB-01407667 |
| 7724 | USAO-VB-01120494 | USAO-VB-01120495 |
| 7725 | USAO-VB-01185421 | USAO-VB-01185422 |
| 7726 | USAO-VB-01222916 | USAO-VB-01222916 |
| 7727 | USAO-VB-01314322 | USAO-VB-01314329 |
| 7728 | USAO-VB-01349469 | USAO-VB-01349469 |
| 7729 | USAO-VB-01185794 | USAO-VB-01185797 |
| 7730 | USAO-VB-01185792 | USAO-VB-01185792 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7731 | USAO-VB-01450531 | USAO-VB-01450531 |
| 7732 | USAO-VB-01323291 | USAO-VB-01323291 |
| 7733 | USAO-VB-01357373 | USAO-VB-01357373 |
| 7734 | USAO-VB-01227744 | USAO-VB-01227745 |
| 7735 | USAO-VB-01229627 | USAO-VB-01229627 |
| 7736 | USAO-VB-01425511 | USAO-VB-01425511 |
| 7737 | USAO-VB-01442152 | USAO-VB-01442152 |
| 7738 | USAO-VB-01363999 | USAO-VB-01363999 |
| 7739 | USAO-VB-01222813 | USAO-VB-01222813 |
| 7740 | USAO-VB-01451945 | USAO-VB-01451946 |
| 7741 | USAO-VB-01352608 | USAO-VB-01352608 |
| 7742 | USAO-VB-01475599 | USAO-VB-01475599 |
| 7743 | USAO-VB-01210268 | USAO-VB-01210268 |
| 7744 | USAO-VB-01231211 | USAO-VB-01231211 |
| 7745 | USAO-VB-01208808 | USAO-VB-01208808 |
| 7746 | USAO-VB-01358502 | USAO-VB-01358504 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 7747 | USAO-VB-01239340 | USAO-VB-01239341 |
| 7748 | USAO-VB-01358585 | USAO-VB-01358585 |
| 7749 | USAO-VB-01199416 | USAO-VB-01199416 |
| 7750 | USAO-VB-01209608 | USAO-VB-01209610 |
| 7751 | USAO-VB-01199812 | USAO-VB-01199813 |
| 7752 | USAO-VB-01166866 | USAO-VB-01166867 |
| 7753 | USAO-VB-01533906 | USAO-VB-01533906 |
| 7754 | USAO-VB-01325098 | USAO-VB-01325098 |
| 7755 | VB-RECORDS-00710758 | VB-RECORDS-00710959 |