UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 1:19-CR-10080-NMG |
| GREGORY COLBURN et al., | |
| Defendants | |

## DEFENDANTS' WITNESS LIST

Defendants Gamal Abdelaziz, Elisabeth Kimmel, Marci Palatella, and John Wilson submit the following list of potential witnesses for the September 2021 trial. Defendants state that, in addition to the below witnesses, they may call any of the witnesses listed on the government's witness list (Dkt. 1924 and any supplemental disclosures) and may call additional custodians of record not listed. Defendants reserve the right to supplement this list with reasonable notice to the government and to call additional rebuttal witnesses not identified herein.[1]

| Name | Entity / Location |
|---|---|
| Anthony, Edward | USC |
| Beaulaurier, Joe | Contact via Attorney Tom Hoopes, 99 Boylston Street Boston, MA 02116 |
| Bowen, Jack | Contact via Attorney Tom Hoopes |

---

[1] Defendants relied upon the government's witness and exhibits list produced on June 25, 2021 in preparing their witness and exhibit lists, and anticipate that the government will call all of the witnesses on its witness list. Should the government fail to call one of the witnesses on its list, Defendants specifically reserve the right to call that individual and supplement their witness and exhibit lists accordingly.

1

| | |
|---|---|
| Bowman, Karen | San Diego, CA |
| Brennan, Kirk | USC |
| Brunold, Timothy | USC |
| Cedrone, Kaitlyn | FBI |
| Chabotar, Kent | Portland, Maine area |
| Chasin, Rebecca | USC |
| Checcio, Albert | Los Angeles area |
| Coleman, James | Georgetown University |
| Crawford, Ron | Seattle area |
| Ctvrtlik, Jake | Contact via Attorney Tom Hoopes |
| Custodian of Records | The Bishops School |
| Custodian of Records | Chapman University |
| Custodian of Records and/or Corporate Representative | The College Board |
| Custodian of Records and/or Corporate Representative | Educational Testing Service |
| Custodian of Records | USC |
| Custodian of Records | Columbia University |
| Custodian of Records | Georgetown University |
| Deacon, Charles | Georgetown University |
| Dennerline, Julie | Hillsborough, CA |
| Dioli, Rich | Sacred Heart Cathedral Preparatory |
| Dukeman, Van | Urbana, IL area |
| Ernst, Gordon | Providence area |

| | |
|---|---|
| Garcia, Jon | Contact via Attorneys Alan Strasser and Ariel Lavinbuk<br>2000 K Street, NW<br>4th Floor<br>Washington, DC 20006 |
| Garfio, Alejandro | Los Angeles area |
| Gonzales, Ray | USC |
| Greenbaum, Todd | Agoura Hills, CA |
| Grubaugh, Lorri | USC |
| Haden, Patrick C. | Los Angeles area |
| Hardan, Antonio | Stanford Hospital and Clinics; Lucille Packard Children's Hospital |
| Heinel, Donna | Los Angeles area |
| Hubbs, Daniel | Detroit, MI |
| Jacobson, Scott | Los Angeles area |
| Janke, Laura | Los Angeles area |
| Keating, Elizabeth | IRS |
| Kiehl, Kent | Albuquerque, NM area |
| Loftus, Brendan | USC |
| Lopes, Steven | Los Angeles area |
| Lysy, Meg | Hanover, NH area |
| Mandel, Mark | Contact via Attorney Tom Hoopes |
| McKay, John Jr. | Los Angeles area |
| Mericle, Andrew | Contact via Attorney Tom Hoopes |
| Morris, Daniel | Morris + D'Angelo |
| Orr, Ronald | Los Angeles area |

| | |
|---|---|
| Pintaric, Marko | Contact via Attorney Paul A. Rigali<br>555 South Flower Street, Suite 4400<br>Los Angeles, CA  90071 |
| Probst, Nancy | Hillsborough, CA |
| Purves, Brooke | Sacramento area |
| Reed, Lee | Georgetown University |
| Reisman, Alexandra (Bitterlin) | USC |
| Resnick, Peter | Boston area |
| Rogers, Debbie | Contact via Attorney Tom Hoopes |
| Rojas, Monica | Sacramento area |
| San Juan, Ryan | Marin, CA |
| Schuette, Kurt | Marina del Rey, CA |
| Sencabaugh, Alison | Contact via Attorney Tom Hoopes |
| Simon, Scott | USC |
| Smith, Brenda | Georgetown University |
| Smith, Laura | FBI |
| Speier, Rick | Contact via White & Case |
| Summary Witnesses | Contact Counsel for Defendants |
| Tierney, William | Santa Fe, NM area |
| Tiss, David | The Common Application |
| Trump, Daniel | Georgetown University |
| Tuck, Tahlia | Georgetown University |
| Verronneau, Steven | New Bedford, MA |
| Wandzilak, Scott | USC |

| | |
|---|---|
| White, Paul | Contact via White & Case |
| Whittam, Lauren | USC |
| Wishnatzky, Tamar | Sacramento, CA |
| Zambri, Christopher | Malibu, CA |

Dated: July 16, 2021

Respectfully submitted,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)
Lauren M. Maynard (BBO # 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO # 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

*Counsel for Gamal Abdelaziz*


*/s/ Cory S. Flashner*
R. Robert Popeo (BBO # 403360)
Mark E. Robinson (BBO # 423080)
Eóin P. Beirne (BBO # 660885)
Cory S. Flashner (BBO # 629205)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1605
rpopeo@mintz.com
mrobinson@mintz.com
ebeirne@mintz.com

5

csflashner@mintz.com

*Counsel for Elisabeth Kimmel*

/s/ Michael K. Loucks
Michael K. Loucks (BBO # 305520)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116
(617) 573-4800
michael.loucks@skadden.com

Jack P. DiCanio (*pro hac vice*)
Allen J. Ruby (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
(650) 470-4500
jack.dicanio@skadden.com
allen.ruby@skadden.com

*Counsel for Marci Palatella*

/s/ Michael Kendall
Michael Kendall (BBO # 544866)
Lauren M. Papenhausen (BBO # 655527)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
(617) 979-9300
michael.kendall@whitecase.com
lauren.papenhausen@whitecase.com

Andrew E. Tomback (pro hac vice)
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
(212) 448-1100
atomback@mclaughlinstern.com

*Counsel for John Wilson*

6

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically on July 16, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Joshua C. Sharp*
Joshua C. Sharp
