UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.: 19-10080-NMG |
| ) | |
| ELISABETH KIMMEL, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**GOVERNMENT'S ASSENTED-TO MOTION
FOR LEAVE TO FILE MOTIONS *IN LIMINE* UNDER SEAL**

The government respectfully moves, with the assent of the defendants, for leave to file under seal two of its motions *in limine*: (1) to introduce marital communications that the government contends are not subject to the marital communications privilege; and (2) to preclude the defendants from introducing evidence about uncharged third parties. The government previously moved for leave to file the exhibits in support of those motions under seal, which the Court granted. *See* Dkt. 1976. Because the government's motions discuss the substance of the exhibits, including the marital communications and information from which it may be possible to identify uncharged third parties, the government seeks leave to file the motions under seal in accordance with the May 2, 2019 Protective Order and Local Rule 7.2. *See* Dkt. 377 at 4.

    Respectfully submitted,

    NATHANIEL R. MENDELL
    Acting United States Attorney

By: */s/ Ian J. Stearns*
    JUSTIN D. O'CONNELL
    KRISTEN A. KEARNEY
    LESLIE A. WRIGHT
    STEPHEN E. FRANK
    IAN J. STEARNS
    Assistant United States Attorneys

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                       */s/ Ian J. Stearns*
                                       IAN J. STEARNS
                                       Assistant United States Attorney