UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | Case No. 1:19-cr-10080-NMG<br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANT JOHN WILSON'S MOTION IN LIMINE TO EXCLUDE MARITAL PRIVILEGED COMMUNICATIONS AND THE FRUITS OF MARITAL COMMUNICATIONS THAT THE GOVERNMENT IMPROPERLY SEIZED.

Defendant John Wilson moves to exclude all evidence and argument concerning or derived from marital privileged communications between John and Leslie Wilson.[1] Wilson moved to suppress these precise, privileged communications (and their fruits) given the government's improper search and seizure of Wilson's email server. ECF No. 1437 (motion under seal); ECF No. 1571 (reply brief). Wilson seeks the exclusion of all marital communications and the fruits of the illegal seizure of his marital communications, including:

1. Portions of Government Exhibit 48,[2] which includes his marital communications;

2. Any undisclosed Exhibits that the Government intends to use in cross examination or rebuttal that include Wilson's marital communications; and

3. Any questions or argument by a government attorney that is a fruit of a marital communication.

The grounds for this Motion are set forth in the accompanying memorandum of law.

---

[1] This Motion is joined by defendants Elisabeth Kimmel and Gamal Abdelaziz, and the same reasoning set forth in this Motion and its accompanying memorandum of law applies to defendants' improperly seized marital communications.

[2] Wilson asks that the Court order the redaction of the email at the top of USAO-VB-01708115 from Leslie Wilson to John Wilson on March 2, 2013, at 9:40 a.m.

1

Respectfully submitted,

John Wilson,

By his Counsel,
/s/ Michael Kendall
Michael Kendall (BBO #544866)
Lauren Papenhausen (BBO# 655527)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
lauren.papenhause@whitecase.com

Andrew Tomback (pro hac vice)
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
Telephone: (212) 448-1100
ATomback@mclaughlinstern.com
*Counsel for John Wilson*

/s/ Cory S. Flashner
R. Robert Popeo (BBO # 403360)
Mark E. Robinson (BBO # 423080)
Eóin P. Beirne (BBO # 660885)
Cory S. Flashner (BBO # 629205)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1605
rpopeo@mintz.com
mrobinson@mintz.com
ebeirne@mintz.com
csflashner@mintz.com
*Counsel for Elisabeth Kimmel*

/s/ Brian T. Kelly
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)
Lauren M. Maynard (BBO # 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO # 457340)
One McKinley Square
Boston, MA 02109
(617)-367-3449
*Counsel for Gamal Abdelaziz*


Date: July 30, 2021


### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants respectfully request oral argument on this motion.

/s/ Michael Kendall
Michael Kendall

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1 AND 112.1

I hereby certify that, before filing this motion, defense counsel attempted in good faith to confer with the government to resolve or narrow the issues.

/s/ Michael Kendall
Michael Kendall

### CERTIFICATE OF SERVICE

I hereby certify that the above document is being filed on the date appearing in the header through the ECF system, which will send true copies to the attorneys of record.

/s/ Michael Kendall
Michael Kendall