# EXHIBIT 1



**CASHIER'S CHECK**   No. 5280505170

93-9101-6984

DATE: APRIL 16, 2014

PAY ONE HUNDRED THOUSAND DOLLARS AND 00 CENTS

$ 100,000.00

TO THE ORDER OF: USC MENS WATER POLO

PURPOSE/REMITTER: WILSON FAMILY

Location: 5280 Westlake Village

U.S. Bank National Association

AUTHORIZED SIGNATURE

⑈5280505170⑈ ⑆122235821⑆ 153410023953⑈

APR 22 2014

FOIA Confidential Treatment Requested

USC-00008565

VB-RECORDS-00163011