**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

GREGORY COLBURN et al.,

Defendants

Criminal Action
No. 19-10080-NMG

**ORAL ARGUMENT REQUESTED**

**DEFENDANT JOHN WILSON'S MOTION IN LIMINE TO EXCLUDE**
**EVIDENCE CONCERNING INTERNAL REVENUE AGENT'S BELIEFS**
**OR OPINIONS AS TO WILSON'S STATE OF MIND**
**OR QUESTIONS OF TAX LAW**

Pursuant to Federal Rules of Evidence 401, 402, and 403, Defendant John Wilson [Def. No. 17] respectfully move the Court for an order *in limine* excluding any testimony of an Internal Revenue Agent or any other federal agent offering any evidence that: (a) relates to Wilson's mental state or intent connected to any crime, which is inadmissible under Federal Rule of Evidence 704(b), or (b) purports to explain or opine on tax law. Such testimony would be inadmissible, would mislead or confuse the jury, and has little probative value clearly outweighed by its prejudice. Fed. R. Evid. 403.

The grounds for this Motion are set forth in the accompanying memorandum of law.

2

Respectfully submitted,

John Wilson,

By his Counsel,
/s/ Michael Kendall
Michael Kendall (BBO #544866)
Lauren Papenhausen (BBO# 655527)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
lauren.papenhause@whitecase.com

Andrew Tomback (pro hac vice)
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
Telephone: (212) 448-1100
ATomback@mclaughlinstern.com
*Counsel for John Wilson*

/s/ Brian T. Kelly
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)
Lauren M. Maynard (BBO # 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com


Robert Sheketoff (BBO # 457340)
One McKinley Square
Boston, MA 02109
(617)-367-3449
*Counsel for Gamal Abdelaziz*

Date: July 30, 2021

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants respectfully request oral argument on this motion.

/s/ Michael Kendall
Michael Kendall

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1 AND 112.1

I hereby certify that, before filing this motion, defense counsel attempted in good faith to confer with the government to resolve or narrow the issues.

/s/ Michael Kendall
Michael Kendall

## CERTIFICATE OF SERVICE

I hereby certify that the above document is being filed on the date appearing in the header through the ECF system, which will send true copies to the attorneys of record.

/s/ Michael Kendall
Michael Kendall