# Exhibit A

| | |
|---|---|
| **From:** | Mossimo Giannulli ▮▮▮▮▮▮ |
| **Sent:** | Friday, August 19, 2016 1:42 AM |
| **To:** | Rick Singer |
| **Cc:** | Lori Giannulli |
| **Subject:** | Re: USC |

Fantastic. Will get all.

Sent from cup and string

> On Aug 18, 2016, at 4:23 PM, Rick Singer <rwsinger@gmail.com> wrote:
>
> Lori and Moss, I met with USC today about ▮▮▮▮. I need a PDF of her transcript and test scores very soon while I create a coxswain portfolio for her. It would probably help to get a picture with her on an ERG in workout clothes like a real athlete too.
>
> Sent from my iPhone

1

CONFIDENTIAL: Produced Pursuant to GJ Subpoena                                    PM-00001020
Fed. R. Crim. P.6(e) Material
FOIA Confidential Treatment Requested

VB-RECORDS-00247524