# Exhibit B

| | |
|---|---|
| **From:** | Mossimo Giannulli ███████████ |
| **Sent:** | Wednesday, September 7, 2016 11:14 PM |
| **To:** | Rick Singer ███████████ |
| **Cc:** | ███████████ ███████████ |
| **Subject:** | ███ rowing |
| **Attach:** | IMG_4534.JPG; Untitled attachment 73432.txt |

USAO-VB-00074014



USAO-VB-00074015

Sent from cup and string

USAO-VB-00074016