Exhibit C

**From:**     Rick Singer <rickwsinger@gmail.com>
**Sent:**     Tuesday, September 20, 2016 3:55 PM
**To:**       laura janke <jankewiley@gmail.com>
**Subject:**  Fwd:
**Attach:**   ███████████ (Marlborough School).pdf; Marymount.pdf

For ████ █████ - to be a coxswain at USC going through Donna. A profile needs to be completed. Picture
coming
---------- Forwarded message ----------
From: ███████████████
Date: Sat, Sep 3, 2016 at 9:53 AM
Subject:
To: Rick Singer <███████████████>

USAO-VB-00429382



**Marlborough School**
250 South Rossmore Avenue
Los Angeles, California 90004
(323) 935-1147
Fax (323) 933-0542
CEEB-ACT CODE: 051710

| Address: ███████ | Birth date: ████ |
| --- | --- |
| | Class of:   2017 |

| Year | Course | SEM1 | SEM2 | Standardized Testing |
| --- | --- | --- | --- | --- |
| 2013-2014 | English I<br>Spanish II<br>Ancient Civilization<br>Geometry<br>9th Grade Biology<br>Beginning Photography<br>Intermediate Photography<br>Health<br>Yoga (Hatha) | ██ | ██ | Marlborough School does not list test scores. Each student requests an official score report be sent from the College Board. Please contact the College Counseling Office with questions. |
| 2014-2015 | English II<br>Spanish III<br>US History<br>Algebra II w/Trig<br>Chemistry<br>Advanced Photography<br>Senior Thesis Photography<br>Self-Defense for Women<br>FA/CPR - Summer | ██ | ██ | |

| Signature: | Title: | Date: |
| --- | --- | --- |
| Laura Mann | Upper School Office Asst | 7.10.15 |

USAO-VB-00429383

**Marymount High School**
10643 Sunset Blvd.
Los Angeles, CA 90077
(310) 472-1205



Graduation date:
Birth date: 
Unweighted Cum GPA:
Weighted Cum GPA:

| Marymount Transcript | | | |
|---|---|---|---|
| **Year** **Course** | **Fall Term** | **Spring Term** | **Summer Term** |
| 15-16  English III | | | |
| Mod Hist & Geography | | | |
| Precalculus | | | |
| Intro to Calculus | | | |
| Physics | | | |
| Spanish IV Lang | | | |
| Theology III | | | |

*This course was taken through the Online School for Girls (http://www.onlineschoolforgirls.org)

| Signature,Title: | Official with signature and school seal | Print Date: 6/13/2016 |
|---|---|---|

USAO-VB-00429384