**Cory S. Flashner**
617 348 1605
csflashner@mintz.com



**MINTZ**

One Financial Center
Boston, MA  02111
617 542 6000
mintz.com

July 2, 2021

Via Email

Stephen Frank
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

>      Re:   *United States v. Colburn, et al.*, Case No. 1:19-cr-10080-NMG

AUSA Frank:

        Pursuant to Federal Rule of Criminal Procedure 16(c) and the operative scheduling order, Defendant Elisabeth Kimmel hereby provides notice of expert testimony she may present at trial in the above-referenced action.  Defendants Abdelaziz, Palatella, and Wilson join this disclosure in full and provide notice that they may join in presenting the testimony disclosed herein at trial.

        Although some of the testimony described in this letter may not constitute expert testimony, we nonetheless disclose it in an abundance of caution.  Mrs. Kimmel reserves all rights to present fact and/or summary testimony from these witnesses.  In addition, each of the disclosed experts may testify in rebuttal to any government rebuttal experts on subject matters that are within their expertise.

### Kent John Chabotar, Ph.D.

        Mrs. Kimmel expects to call Kent John Chabotar, a Founding Partner of MPK&D Partners, a higher education consulting firm.  President Chabotar is President Emeritus and Professor of Political Science of Guilford College in Greensboro, North Carolina.  President Chabotar has been on the faculty of the Harvard Institutes for Higher Education since 1983, and previously has been on the faculties of the Harvard Graduate School of Education, the University of Massachusetts, and Michigan State University.  Prior to becoming President of Guilford, President Chabotar was vice president for finance and administration and treasurer at Bowdoin College, and a member of the faculty.  Professor Chabotar has published extensively on a variety of topics relating to higher education strategy and finance.  His curriculum vitae is attached.

        President Chabotar is expected to testify regarding the finances and economics of higher education institutions and the ways in which those economics drive other aspects of higher education decision-making, including on the following topics: the available revenue sources for

**MINTZ**

July 2, 2021
Page 2



private colleges and universities; the expenses of a university; the operating budgets and balance sheets of a university, including those of the University of Southern California ("USC") and Georgetown University; the role that development plays in institutional decision-making and governance, including with respect to athletics and undergraduate admissions; why and how private institutions conduct capital campaigns to fundraise; the role of endowments; the economics of college athletics; the role of "plus factors" in college admissions; and how and why universities compete for applicants. President Chabotar is further expected to testify regarding the change in reputation and priorities of USC over time.

The bases and reasons for President Chabotar's opinions are his education and professional background, and the knowledge, training, skill, and experience he has developed over decades working in, studying, and advising on higher education administration. In addition, President Chabotar may base his opinions on materials that have been produced in this case. Finally, President Chabotar may base his opinions on publicly available materials. To the extent those materials have not already been produced in this case, we will provide a supplemental disclosure identifying such materials.

## Kent A. Kiehl, Ph.D.

Mrs. Kimmel expects to call Kent A. Kiehl, Professor in the Departments of Psychology, Neurosciences and Law at the University of New Mexico. Dr. Kiehl is also the Executive Science Officer of the Mind Research Network, and is a former Lecturer and Associate Clinical Professor in the Department of Psychiatry at Yale University. He received his M.A. and Ph.D. in Psychology and Neuroscience from the University of British Columbia. He has published extensively on psychopathy and other personality disorders. His curriculum vitae is attached.

Dr. Kiehl is expected to testify regarding the purpose, structure, and application of the Hare Psychopathy Checklist Revised ("PCL-R"); the meaning of the score assigned for each of the items in the two groupings or "factors" of items in the checklist, in terms of the subject's traits or behavior; how those scores are distributed across the population; the scores that Dr. Kiehl would assign to William "Rick" Singer based on Dr. Kiehl's evaluation of the documentary record; where Mr. Singer's score falls in the scoring distribution of control populations; Mr. Singer's scores compared to control populations on checklist items relating to compulsive lying and manipulativeness, among other items.

The bases and reasons for Dr. Kiehl's opinions are his education, professional background, and the knowledge, training, skill, and experience he has developed over decades studying and applying the PCL-R in various contexts. In addition, Dr. Kiehl may base his opinions on materials that have been produced in this case. Finally, Dr. Kiehl may base his opinions on publicly available materials, including scientific literature. To the extent those materials have not already been produced in this case, we will provide a supplemental disclosure identifying such materials.

**MINTZ**

July 2, 2021
Page 3



**MINTZ**

<u>**William Tierney, Ph.D.**</u>

Mrs. Kimmel expects to call William Tierney, University Professor Emeritus and Founding Director of the Pullias Center for Higher Education at the University of Southern California ("USC").  Dr. Tierney is a former Associate Dean for Research and Faculty Affairs at USC and a past-President of the Association for the Study of Higher Education and the American Educational Research Association.  He has authored more than eighty books and monographs on a wide range of topics concerning higher education, including on how to improve the performance of colleges and universities.  During his time at USC, Dr. Tierney personally participated in numerous conversations and made first-hand observations about USC's governance, priorities, culture, and operations.  Dr. Tierney's curriculum vitae is attached.

Dr. Tierney is expected to present a mix of expert and fact testimony.  Specifically, he is expected to testify regarding university governance and best practices in general, and regarding certain aspects of USC governance, institutional priorities, and institutional decision-making, including on the following topics: the responsibilities of the board of trustees, the president, and the faculty, respectively; the relationship between university governance and development; why large research universities like USC prioritize development; USC's philosophy of revenue-centered management; and the impact that a focus on development has on the university's culture and priorities.  Dr. Tierney is further expected to testify regarding the change in reputation, culture, and priorities of USC over time.

The bases and reasons for Dr. Tierney's opinions are his education and professional background, and the knowledge, training, skill, and experience he has developed over decades working in, studying, and advising on higher education governance.  In addition, Dr. Tierney may base his opinions on materials that have been produced in this case.  Finally, Dr. Tierney may base his opinions on publicly available materials.  To the extent those materials have not already been produced in this case, we will provide a supplemental disclosure identifying such materials.  As noted, Dr. Tierney may testify regarding his personal knowledge with respect to USC.

Very truly yours,

Cory S. Flashner

Enclosures

**MINTZ**

July 2, 2021
Page 4



CC:     Karin M. Bell
        Justin O'Connell
        Leslie Wright
        Kristen Kearney
        Eóin P. Beirne
        Peter C. Mulcahy
        Mathilda S. McGee-Tubb

# KENT JOHN CHABOTAR
78 Governors Point Road
Harpswell, ME 04079
*Cell (336) 908-1155*
chabotar@guilford.edu

## EDUCATION AND DEGREES

**Syracuse University, Maxwell School of Citizenship**        **Syracuse, NY 13210**
  Ph.D., Public Administration, 1973
  M.P.A., Public Administration, *with distinction*, 1969

**Saint Francis University**                                  **Loretto, PA 15940**
  B.A., Political Science, *magna cum laude*, 1968

**Heidelberg University**                                     **Tiffin, OH 44883**
  D.H.L. *honoris causa*, 2015

## PROFESSIONAL EXPERIENCE

**MPK&D Experience**

**MPK&D Partners**                                            **Hyde, MD 21082**
*Founding Partner*                                            *2015-present*
MPK&D's experienced team of higher education leaders delivers practical and creative solutions to some of the most complex challenges facing institutions today.  From the onboarding and start-up of new presidents to ensure successful institutional transitions—to executive coaching, programs for student retention and success, strategic finance guidance, media training and more, MPK&D provides comprehensive support to our clients. My projects included:

- Assisting institutions and bondholders in default or near-default situations.
- Strategic planning for combination K-12 and college.
- Assessment of revenue and expenses to restore financial equilibrium including enrollment and financial aid.
- Financial budgeting, organization and staffing.
- Executive coaching for presidents and chief financial officers.
- Twice serving as virtual interim CFO.

**College and University Experience**

**Guilford College**                                         **Greensboro, NC 27410**
*President Emeritus*                                          *2015-present*
  During his sabbatical year before returning as a professor of political science, consulted with AGB Consulting, Diversified Search, Higher Learning Commission, Aspen Institute, and North Yarmouth Academy.  Taught political science courses and assists in fund-raising and alumni relations.

**KENT JOHN CHABOTAR (Summer 2021)**                                              2

*President*                                                                    *2002-2014*

Founded by the Society of Friends (Quakers) in 1837, Guilford College is the third oldest co-educational college in the nation.  Enrollment comprised about 1200 traditional aged undergraduates, 800 continuing education students, and 100 gifted high school students in an innovative Early College program.  Operating budget was $75 million. Endowment was $75 million.

- First non-Quaker head of school in its history.
- With advancement team, set all-time fund-raising record in FY 2008-09 during *Advancing Excellence* capital campaign that completed Phase 1 at $60 million seven months early.
- Working with inclusive committees and participatory processes, led successful efforts to increase enrollment to record levels (2,833) and faculty size, restore balanced budgets from $3-$4 million deficits and 14% endowment draw, reduce debt, improve the appearance and functionality of buildings and grounds with $36 million of strategic investments, and improve standards for tenure and promotion.
- Championed a very difficult process to evaluate and prioritize academic programs that was completed in January 2011.  A comparable assessment of administrative programs and services was completed in January 2014.
- Principal author of two strategic plans for Guilford College:  *Creative Leadership for the 21st Century 2005-2010* that focused on the academic program, diversity, strengthening spirituality and Quaker heritage, and stewardship; and *Outcomes of a Guilford Education 2011-2016* that centers on educational outcomes, international education, assessment, and marketing.
- Although already having an unusually diverse student body, faculty, and staff for an undergraduate liberal arts college, the College adopted a formal *Diversity Plan* in 2009.
- In 2007, the Southern Association of Colleges and Schools (SACS), a regional accreditor with 900 member colleges, reaffirmed the College's accreditation with no recommendations for improvement.  In 2012, SACS accepted the College's 5-year interim report, again with no recommendations for improvement.
- SACS Board of Trustees and Executive Council.  Frequently of visiting committees to assess compliance with financial core requirements.  Previously did similar site visits on finance for the New England Association of Schools and Colleges.
- Led budget balancing efforts in 2008-09 during the Great Recession and 2011-12 when the State of North Carolina cut $2.5 million in state funded financial aid.  Continuing enrollment declines, after he announced his retirement, were met with new marketing and admissions approaches despite the re-emergence of deficits

*Professor of Political Science*                                               *2002-2020*

Regularly taught undergraduate courses on public policy and administration.

**Bowdoin College**                                                **Brunswick, ME 04011**
*Vice President for Finance and Administration and Treasurer*                  *1991-02*

Very selective, national liberal arts college founded in 1794 with 1550 students, 10:1 student to faculty ratio, $104 million operating budget, and $450 million endowment.  Responsible for accounting and budgeting, cash and risk management, bookstore, children's center, dining services, human resources, physical plant and construction, printing and mail services, security, computing and information services, and telecommunications.

- Led, 3-year, widely participative effort to close $4 million budget deficit, including cutting 70

**KENT JOHN CHABOTAR (Summer 2021)**                                              3

non-faculty positions, limiting tuition increases near inflation, and reducing endowment use by 40%. Reduced administrative overhead from 21% to 15% of operating budget. Closed last fiscal year with ninth consecutive balanced budget.

- American Productivity & Quality Center Award for *Recognition of Innovative Performance in Institutional Budgeting* (1996).
- Improved financial planning, accounting and control systems, staff compensation, and communications with trustees, campus community, and external constituencies.
- President of Polar Bear Investments, L.L.C., a College subsidiary to manage selected investments.
- On departure, voted Vice President for Finance and Administration and Treasurer *Emeritus* by the Board of Trustees and *Honorary Alumnus* by the Alumni Board. Former students and friends endowed the *Kent John Chabotar Scholarship Fund* now valued over $150,000.

### *Senior Lecturer on Government and Legal Studies*                     *1991-02*

Annually taught undergraduate course on public policy and administration.

- Awarded *Official Commendation from Maine State Legislature* on 25th anniversary of college teaching, 1998.

### **Harvard University**                                 **Cambridge, MA 02138**
### *Lecturer, Graduate School of Education*                         *1982-91*

Taught financial management, accounting, and human resources graduate courses in Graduate School of Education and joint-listed at John F. Kennedy School of Government. Advised doctoral students through dissertation. Chaired Ed.M. admissions committee for two years. Also courses in Summer School of Arts and Sciences (1985-present) and University Extension (1985-91)

- *Fussa Distinguished Teaching Award* at 1988 Commencement.

### *Faculty, Harvard Institutes for Higher Education*                 *1983-present*

Teach in Harvard Seminar for New Presidents and other summer executive programs. Also faculty in *Programa de Dirigentes de Instituciones de Educacion Superior*—a joint program with the University of Monterrey, Mexico for higher education leaders in Latin America (1990-97).

- Educational Chair, *Management Development Program* (1990-95).
- Received *Academic Leadership Award* from Council of Independent Colleges (2003).

### **University of Massachusetts**                         **Boston, MA 02125**
### *Associate Professor of Management*                               *1975-82*

Taught courses in accounting, personnel, management, and program evaluation.

- Member of charter faculty that established College of Management.
- Twice elected chair of Faculty Senate.

### **Michigan State University**                         **East Lansing, MI 48823**
### *Assistant Professor of Political Science*                         *1972-75*

Taught graduate and undergraduate courses in program evaluation, public policy analysis, and introduction to public administration. Advised doctoral students through dissertation.

- Voted *Distinguished Educator Award* for teaching excellence by Class of 1973.

**KENT JOHN CHABOTAR (Summer 2021)** 4

***Coordinator of Public Administration Programs*** *1973-75*
>As first coordinator, developed curriculum and department procedures, managed faculty and staff, and admitted students to M.P.A. degree program.
>
>- Awarded Michigan State Legislature Resolution #275: *Tribute to Department of Political Science at Michigan State University for its Public Administration Program,* 1973.

**Business Experience**

**Education Development Center Inc. (EDC)** **Newton, MA 02168**
***Vice President and Treasurer*** *1986-89*
>Worldwide nonprofit educational research firm with annual billings over $17 million and 170 employees. Supervised 20 professional staff in accounting, legal affairs, contract and indirect cost negotiations, facilities and equipment, investment management, and data processing. Responsible for systems to cope with increases of 300% in revenue and staff over three years.
>
>- Improved corporate and project budgeting procedures and controls on hiring, promotions, salary actions, and purchasing.
>- Supervised purchase and installation of new telephone system and $400,000 in computer hardware and software for research and administration.

**The Williamson Group Inc. (TWG)** **Cambridge, MA 02138**
***Chief Financial Officer*** *1984-86*
>TWG was a start-up computer services company for schools, museums, hospitals, and other nonprofits with annual sales of $2.5 million and 30 employees. Merged with larger company.
>
>- Installed cash and budgeting systems to control rapid growth in entrepreneurial firm.
>- Improved procedures for system installations, purchasing, disbursements, product and service cost accounting, and personnel time reporting.

**Abt Associates, Inc.** **Cambridge, MA 02138**
***Project Director*** *1976-84*
>Cost accounting and program evaluation in education and criminal justice. Responsible for 2-12 staff on research and training contracts for government and business clients, including:
>
>- $900,000 project for the National Institute of Justice to identify needs for operational and management improvements in police, courts, and other criminal justice agencies.
>- $1.8 million study of costs and outcomes of National Institute of Education's *Research and Development Utilization (RDU)* program that was designed to help K-12 schools use federally funded innovative products to solve locally defined instructional problems.

**Commonwealth of Pennsylvania, Governor's Office** **Harrisburg, PA**
***Program Budget Analyst*** *1968*
>Participated in installation of Planning-Programming-Budgeting System (PPBS). Activities included development of government wide program structure and multi-year program and financial plans for education department and state police, and reorganization of budget bureau.

**KENT JOHN CHABOTAR (Summer 2021)** 5

## PUBLICATIONS

### Books

*Strategic Finance.*  Washington, DC: Association of Governing Boards of Colleges and Universities, 2006.

*Analyzing Costs in the Courts*.  Washington, DC: National Institute of Justice, 1987.

*Measuring the Costs of Police Services.*  Washington, DC: National Institute of Justice, 1982.
*Perspectives on School Improvement: A Casebook for Administrators.*  Washington, DC: National Institute of Education, 1981 (with Karen Seashore Louis).

*Evaluation Guidelines for Training Programs*.  Lansing, Michigan: U.S. Civil Service Commission, 1974 (with Lawrence J. Lad).
- Re-printed four times, this book was selected as a *National Exemplary Project* by the International Conference on Public Personnel Administration.

### Monographs

*Between Collaboration and Merger: Expanding Alliance Strategies in Higher Education.*  New York: TIAA-CREF Institute, 2016, (authored by Michael K. Thomas with commentary by Kent John Chabotar).

*Financial Responsibilities of Governing Boards*.  Washington, DC: Association of Governing Boards of Colleges and Universities, 2009 (with Tracy J. Burlock).

*Strategic Budgeting*.  Washington, DC: Association of Governing Boards of Colleges and Universities, 2008.

*New Yardsticks to Measure Financial Distress*.  Washington, DC: American Association for Higher Education, 1996 (with James P. Honan).

*The Privatization of Corrections.*  Washington, DC: National Institute of Justice, 1985 (with Joan Mullen and Deborah Carrow).

*Assessing Needs in General Management*.  Madison, Wisconsin: U.S. Office of Personnel Management, 1981 (with Joseph Pellitteri).

*Target: Employment Opportunities for the Handicapped.*  Washington, DC: U.S. Department of Labor, 1978 (with Peter Desmond).

*Implementing Educational Accountability: The Michigan Experience.*  East Lansing, Michigan: Center for Rural Management and Public Affairs/Michigan State University, 1973 (with William A. Sederburg and Lawrence J. Lad).

### Articles

"Financing Change: Priorities, Resource, and Community Involvement," in Donald W. Harward (ed.),

**KENT JOHN CHABOTAR (Summer 2021)**                                                              6

*Transforming Undergraduate Education.*  New York: Rowman & Littlefield, 2012, pp. 209-222.

"Orchestrating Change," *Business Officer* (July/August 2012), pp. 72-86.

"Common Errors During Financial Emergencies," *Business Officer Plus* (July/August 2012).

"Valuing Diversity of Ideas," *Inside Higher Ed* (July 5, 2012).

"The Old Work of the New Board," *The Chronicle of Higher Education* (October 3, 2011).
"Will Your Institution Pass the Financial Responsibility Test?"  *Trusteeship* (July/August 2011), pp. 30-33.

"Leading in a Changing Environment," in David W. Breneman and Paul Yakoboski (eds.), *Smart Leadership for Higher Education in Difficult Times.*  Cheltenham, UK: Edward Elgar, 2011, pp. 128-134.

"What About the Rest of Us?  Small Colleges in Financial Crisis," *Change* (July/August 2010), pp. 7-12.

"Crisis Fatigue in a Difficult Economy: 5 Mistakes to Avoid," *The Chronicle of Higher Education* (November 29, 2009).

"IT and the Economy: A Focus on Priorities," *EDUCAUSE Review,* 44:4 (July/August 2009), pp. 4-5.

"The Mistakes to Avoid," *Inside Higher Ed* (June 5, 2009).

"How to Communicate in a Difficult Economy," *The Chronicle of Higher Education* (February 13, 2009).

"Using Quaker Principles to Budget in Tough Times," *Inside Higher Ed* (February 10, 2009).

"Blue Sky Thinking," *CASE Currents* (April 2007), pp. 62-63.

"Coping with Financial Distress," *Trusteeship* (January/February 2007), pp. 27-32.

"How to Develop an Effective Budget Process," in Lucie Lapovsky and Mary McKeown-Moak eds.), *Roles and Responsibilities of the Chief Financial Officer*.  San Francisco: Jossey-Bass, 1999, pp. 17-28.

"Ten Commandments of System Conversions," *Business Officer* (May 1998), pp. 29-35.

"Reengineering: A View from the Frontlines," *Planning for Higher Education*, 25 (Winter 1996-97), pp. 11-17 (with Phillip G. Knutel).

"Managing Participative Budgeting in Higher Education," *Change* (September/October 1995), pp. 21-29.
"Fixing a Budget in Trouble," *Executive Officer* (March/April 1991), pp. 1-3.

"Coping with Retrenchment: Strategy and Tactics," *Change* (November/December 1990), pp. 28-34 (with James P. Honan).

"Business Managers and Academic Officers: Making the Relationship Work," *Business Officer* (September 1989), pp. 38-40.

KENT JOHN CHABOTAR (Summer 2021)                                                            7

"Cost Analysis in Schools and Other Nonprofits: A Management Perspective," *Urban Education* (July 1989), pp. 140-152.

"Measuring the Costs of Magnet Schools," *Economics of Education Review*, 8:2 (1989), pp. 169-183.

"Financial Ratio Analysis Comes to Nonprofits," *Journal of Higher Education* (March/April 1989), pp. 188-208.

"Problems and Opportunities in School Financial Management: A Consultant's Perspective," *Urban Education* (April 1987), pp. 3-18.

"Case Studies in Cost Analysis," *Court Review* (Spring 1987), pp. 14-17, 24.

"Use of Financial Forecasting in Educational Retrenchment," *Journal of Education Finance* (Winter 1987), pp. 351-368.

"Cutback Management: Planning Assistance for Local School Systems," *Planning and Changing* (Winter 1985), pp. 223-239 (with Robert A. Dentler).

"Financing Alternatives for Prison and Jail Construction," *Government Finance Review* (August 1985), pp. 7-13.

"Designing a Training Evaluation System," *Journal of Library Administration* (Summer 1980), pp. 25-37.

"Sampling Techniques for State and Local Trainers," *Trainer's Resource Service News* (February 1980), pp. 1, 6-7.

"Training Evaluation," in C.D. Chmura (ed.), *Training of Trainers*.  Washington, DC, National Training and Development Service Press (1980), pp. 4/1-4/40.

"Using a Game in Public Administration Education," *Teaching Political Science* (January 1979), pp. 200-212.

"The Logic of Training Evaluation," *Personnel* (July/August 1977), pp. 23-27.

"Using Informal Feedback," *In Service Training* (December 1976), pp. 18-19, 33.

"Organizational Documents as Indicators of Effectiveness of Educational Planning," *Journal of Experimental Education* (Summer 1975), pp. 53-66 (with Stephen H. Montgomery).

"Conceptual Roadblocks to Educational Evaluation," *CEDR Quarterly* (Spring 1975), pp. 20-24.

"Conflict over Educational Accountability: The Case of Michigan," *Planning and Changing* (February 1975), pp. 74-76, 95 (with William A. Sederburg and Lawrence J. Lad).

"Michigan Pursues Accountability," *Kappa Delta Pi Record* (Summer 1974), pp. 103-113 (with William A. Sederburg and Lawrence J. Lad).

KENT JOHN CHABOTAR (Summer 2021)                                            8

"Management Development: A Training Model," *Training* (July 1974), pp. 42-50.

## Harvard University Cases

*Sussex Country Club*, 1985.
*Melissa Warren for U.S. Senate*, 1985.
*Budgeting at Beacon College* (with James P. Honan), 1988, 2009.
*Financial Management at Ashmont Museum*, 1989, 2009.
*Financial Management at Kingwood School*, 1989.
*Strategic Planning & Ghost of Mrs. Jack*, 1990, 2009.
*Tuition Pricing at Windsor College* (with James P. Honan), 1990.
*Matthews College* (with Thomas Davidson), 1993, 2009.
*Edgecomb College* (with Andrew Wheeler), 1993.
*Computing at Cameron College* (with Andrew Wheeler), 1994.
*Reengineering at Macmillan State College* (with Holt Hunter), 1996.
*Parkview College,* (with Peter E. Sims), 1998.
*Peterson Museum of Art* (with Thomas Davidson) for Harvard/The Getty Trust, 1994, 2009.
*Center City University,* 2010.
*Seymour University* (with Michael Bunch), 2011.

## WORKSHOPS

### Trustees and Directors
Seminar for New Trustees for the Association of Governing Boards (AGB), Allegheny College, Bennett College, Bentley University, Bowdoin College, Davidson College, Dominican University, Dowling College, Edgewood College, Gwynedd-Mercy College, Heidelberg University, Lehigh University, Malone University, Spelman College, and West Virginia University.

### Higher Education Strategy and Finance
American Council on Education, College Board, Council of Independent Colleges, National Association of Independent Colleges and Universities, NACUBO, AGB, TIAA-CREF, and others.

## OTHER ACTIVITIES

### Boards of Directors and Trustees
Suffolk University (2019-present).
National Association of Independent Colleges and Universities (2011-14).
North Carolina Independent Colleges and Universities (2010-13).
Community Foundation of Greater Greensboro and Treasurer (2009-13).
Southeastern Center for Contemporary Art Foundation (2011-13).
Greensboro Rotary (2008-10).
Council of Independent Colleges and Treasurer (2005-08).
American Student Assistance Corporation (2004-06).
Cundy's Harbor Volunteer Fire Department and Treasurer (1993-01).
Vernay Laboratories, Inc. (1987-89).
Saint Francis College Alumni Association (1979-82).

**KENT JOHN CHABOTAR (Summer 2021)** 9

**National Commissions**
Chair, NAICU Task Force on the Department of Education's Financial Responsibility Test (2011-12).
Member, AGB National Commission on Governance (2013-14).
Member, AGB/NACUBO Task Force on Financial Aid.  (2012-14).

**Other Consultancies** *(before MPK&D)*
Allegheny College, Butler University, Carroll College, Chatham College, College of St. Benedict/St. John's University, College of Wooster, Emmanuel College, Mercyhurst University, Pacific Lutheran University, Pennsylvania State University, Philadelphia University, Saint Francis University, Sarah Lawrence College, Sierra Nevada College, Stetson University, Sweet Briar College, University of Georgia System, University of Maine at Orono, and Wabash College.

## College and Graduate School
Residence Hall Director and Area Coordinator, Residential Life, Syracuse University (1970-72).
*National Aeronautics and Space Administration Fellowship (full tuition)*, Syracuse University (1968-72).
*Mr. Frankie Award* for outstanding male graduate, Saint Francis College (1968).
President, Student Government Association, Saint Francis College (1966-68).
*Bishop Egan Scholarship (full tuition)*, Saint Francis College (1964-68).

## Memberships
Delta Sigma Phi Fraternity

**CURRICULUM VITAE**

**Kent A. Kiehl, Ph.D.**

Executive Science Officer &                                    Professor
Director of Mobile Imaging                                     Departments of Psychology (prime),
The nonprofit Mind Research Network                            Neurosciences & Law
Pete and Nancy Domenici Hall                                   University of New Mexico
1101 Yale Blvd. NE                                             MSC03 2220
Albuquerque, New Mexico, 87106                                 Albuquerque, NM 87131-1161
Office (505) 925-4516                                          Office (505) 277-2384
Fax (505) 272-8002                                             Fax (505) 277-1394
kkiehl@mrn.org                                                 www.kentkiehl.com

## EDUCATION

| | |
|---|---|
| 1993 | B.Sc., Psychology, Biology emphasis, University of California, Davis |
| 1996 | M.A., Psychology & Neuroscience, University of British Columbia |
| 2000 | Ph.D., Psychology & Neuroscience, University of British Columbia |

## ACADEMIC POSITIONS

| | |
|---|---|
| 2000-01 | Assistant Research Professor, Department of Psychiatry, University of British Columbia, Vancouver, British Columbia |
| 2001-07 | Director, Clinical Cognitive Neuroscience Laboratory, Olin Neuropsychiatry Research Center, The Institute of Living at Hartford Hospital, Hartford, Connecticut |
| 2001-05 | Assistant Clinical Professor, Department of Psychiatry, Yale University School of Medicine, New Haven, Connecticut |
| 2005-07 | Associate Clinical Professor, Department of Psychiatry, Yale University School of Medicine, New Haven, Connecticut |
| 2002-07 | Lecturer, Department of Psychology, Yale University |
| 2007-09 | Associate Professor, Department of Psychology, University of New Mexico, Albuquerque, New Mexico |
| 2010-13 | Associate Professor (with tenure), Department of Psychology, University of New Mexico, Albuquerque, New Mexico |
| 2007-13 | Associate Professor, Department of Neuroscience, University of New Mexico School of Medicine, Albuquerque, New Mexico |
| 2007- | Director of Mobile Imaging and Clinical Cognitive Neuroscience, the nonprofit Mind Research Network, an affiliate of Lovelace Biomedical and Environmental Research Institute, Albuquerque, New Mexico |
| 2011- | Executive Science Officer, Mind Research Network (a nonprofit organization), an affiliate of Lovelace Biomedical and Environmental Research Institute, Albuquerque, New Mexico |
| 2013- | Professor with tenure (primary appointment), Department of Psychology, University of New Mexico, Albuquerque, New Mexico |
| 2013- | Professor (secondary appointment), Department of Neurosciences, University of New Mexico, Albuquerque, NM |
| 2013- | Professor of Law (secondary appointment), University of New Mexico School of Law, Albuquerque, New Mexico |

## HONORS AND AWARDS

| | |
|---|---|
| 1991-93 | Dean's Honor List, University of California, Davis |
| 1993 | President's Undergraduate Fellowship for honors thesis research, University of California Davis |
| 1996-00 | Nobel Laureate Michael Smith Graduate Scholarship, Medical Research Council of Canada, University of British Columbia |
| 1999 | McGeer Award for best scientific paper presentation, Department of Psychiatry, University of British Columbia |
| 2000 | Category 1 (highest attainable) ranking of doctoral dissertation. University of British Columbia |
| 2000 | Necia Elvin Award for early career contributions to schizophrenia research, inaugural recipient. University of British Columbia |
| 2000 | Best clinical poster presentation, Neuroscience Graduate student forum, University of British Columbia |
| 2001-03 | NARSAD Young Investigator Award |
| 2004-06 | NIH Student Loan Repayment Award |
| 2004 | Early Career Award - EEG & Clinical Neuroscience Society |
| 2005 | Society for Psychophysiological Research (SPR) Award for Distinguished Early Career Contributions to Psychophysiology |
| 2006-08 | NIH Student Loan Repayment Award – Competitive Renewal |

## PROFESSIONAL ACTIVITIES

### *SOCIETY MEMBERSHIPS AND SERVICE*

| | |
|---|---|
| 1993 - | Society for Psychophysiological Research |
| 1993 - | Cognitive Neuroscience Society |
| 1994 - | International Organization of Human Brain Mapping |
| 1995 - | International Society for Magnetic Resonance in Medicine |
| 2005 - | Society for the Scientific Study of Psychopathy (SSSP), Charter Member |
| 2005-07 | Web developer for Society for the Scientific Study of Psychopathy (SSSP) |
| 2007-11 | Elected to the Board of Directors, Society for the Scientific Study of Psychopathy (SSSP) |
| 2007 - | Neuroethics Society |
| 2008 - | Society for Neuroscience |
| 2009 - | American Psychological Association |
| 2011 - | Elected to the Board of Directors, the nonprofit Mind Research Network |
| 2012 | Nominations Committee, SSSP |
| 2013-17 | Awards Committee, SSSP |
| 2013-17 | Elected to Board of Directors, Society for the Scientific Study of Psychopathy (SSSP) |
| 2013-2021 | Scientific Advisory Board Member, The Avielle Foundation (http://aviellefoundation.org).  Avielle Rose Richman was one of twenty-six children and educators killed at Sandy Hook Elementary School in Newtown, CT on December 14th, 2012. The Avielle Foundation has been created to bring about change in the hope of honoring Avielle and all the others that have fallen to such senseless violence. The goal of the Foundation is to prevent violence through brain health research and fostering community. |
| 2015- | National Advisory Panel Member, Rutgers-Newark Center on Youth Violence and Juvenile Justice |

| 2015-18 | Steering Committee Board Member, Duke University Summer Seminars in Neuroscience and Philosophy (SSNAP). http://www.neuroscienceandphilosophy.com |

## FEDERAL GOVERNMENT AND OTHER ADVISORY PANELS

| 1999-00 | Canada Foundation for Innovation (CFI) grant program |
| 2001 | General Electric (GE) Medical Advisory Board Committee Member on functional magnetic resonance imaging (fMRI) |
| 2003 | NIH Study Section, Exploratory/Developmental grants in Social Neuroscience |
| 2004 | NIH Study Section, Ad hoc member, Language and Communication Disorders (LCOM) |
| 2004 | NIDA Special Emphasis Panel, Developing Efficacious Behavioral Therapies for Criminal Justice-Involved Populations. |
| | 2005 NIH Study Section, Ad hoc member, Cognitive Neuroscience (COG) |
| 2005 | NIH Study Section, Ad hoc member, Adult Psychopathology and    Disorders of Aging (APDA). |
| 2005 | NIH Study Section, Ad hoc member, Mood Disorders. |
| 2005 | NIDA Grant Reviewer for the Imaging - Science Track Award for Research Transition Program (I-START). |
| 2006 | NIH Study Section for the Extramural Student Loan Repayment Program |
| 2006 | NIH Study Section for the NIH Blueprint initiative: Training in Neuroimaging: Integrating First Principles and Applications (T90) |
| 2007-09 | National Science Foundation (NSF) Cognitive Neuroscience Study Section – standing member for 2007-2009. |
| 2007-10 | Chair, Psychopathy Working Group and Panel Member of the John T. and Catherine D. MacArthur Foundation 'Law and Neuroscience Project' (PI: Michael Gazzaniga) www.lawandneuroscienceproject.org |
| 2008 | NIMH Study Section for Conte Centers |
| 2009 | NIDA Study Section 'Physical Activity and Drug Abuse' |
| 2010 -14 | NIH Adult Psychopathology and Disorders of Aging (APDA) Study Section, Charter Member |
| 2010 | NICHD Special Emphasis Panel on Cognition, Brain Function, and Learning in Incarcerated Youth |
| 2010 | Google Sci Foo Conference.  An invited gathering of 200 scientists to discuss science and policy at the Google campus in California. http://www.nature.com/natureconferences/scifoo/index.html |
| 2010 | John T. and Catherine D. MacArthur Foundation Advisory Board for Phase II project on Law and Neuroscience |
| 2011 | Google Sci Foo Conference.  An invited gathering of 200 scientists to discuss science and policy at the Google campus in California. http://www.nature.com/natureconferences/scifoo/index.html |
| 2012 | NIDA Study Section for RFA DA11-006 Training in Neuroimaging (T90/R90) Applications |
| 2012 | Google Sci Foo Conference. An invited gathering of 200 scientists to discuss science and policy at the Google campus in California. http://www.nature.com/natureconferences/scifoo/index.html |
| 2013 | National Institute on Drug Abuse (NIDA)'s Cutting-Edge Basic Research Awards (CEBRA) program<http://grants.nih.gov/grants/guide/pa-files/PAR-12-086.html> review panel. |

| 2013-14 | National Science Foundation(NSF)-Department of Defense (DOD)-National Institutes of Health (NIH) Worldwide survey of the state-of-the-art neuroimaging centers. |
| 2014-17 | Texas Tech University Neuroimaging Institute (TTNI) External Advisory Board Member. |
| 2014-15 | Special Advisor, Chief of Naval Operations Strategic Studies Group, Naval War College, Newport, RI. |
| 2015 | NIH study section on Human Disease Connectomes Project |
| 2015-17 | Danish Research Council, Neuroscience, Ethics and the Law Panel; Director, Thomas Søbirk Petersen |
| 2016 | NIH study section on Cutting-Edge Basic Research Awards (CERBRA) |
| 2016 | NIH study section on Small Business: Clinical Neurophysiology, Devices, Neuroprosthetics, and Biosensors |
| 2016 | National Institute of Justice study section, Graduate Research Fellowship in Science, Technology, Engineering, and Mathematics Peer Review |
| 2016 | NIH study section, Adult Psychopathology and Disorders of Aging, ad hoc. |
| 2017 | NIH study section experiment on reviewing anonymized neuroscience grant submissions. |
| 2018 | NIH study section experiment on reviewing anonymized neuroscience grant submissions. |
| 2018 | National Institute of Justice STEM reviewer of graduate student applications |
| 2018 | European Research Council (ERC) peer reviewer. |
| 2018 | NIH study section experiment on reviewing anonymized bioethics grant submissions. |
| 2019 | Marsden Fund (New Zeeland) grant reviewer, Royal Society Te Apārangi |
| 2021 | NIH study section on student loan repayment program |
| 2021 | NIH study section on Firearm Injury and Mortality Prevention Research |

### EDITORIAL POSITIONS

| 2006-07 | Associate Editor, *Psychophysiology* |
| 2017- | Guest Editor, Proceedings of the National Academy of Sciences |

### AD HOC REVIEWER

American Journal of Neuroradiology, Assessment, Archives of General Psychiatry, Biological Psychiatry, Biological Psychology, Brain, Cognitive Brain Research, Emotion, Frontiers in Human Neuroscience, Human Brain Mapping, International Journal of Psychophysiology, Journal of Abnormal Psychology, Journal of Cognitive Neuroscience, Molecular Psychiatry, Nature Neuroscience, Nature Reviews Neuroscience, NeuroImage, Neuropsychology, NeuroReport, PLOS One, Psychological Assessment, Psychological Bulletin, Psychological Science, Psychophysiology, Psychopharmacology, Neuropsychopharmacology, Neuropsychology, Science, Trends in Cognitive Sciences

### UNIVERSITY SERVICE (UNM)

| 2007-11 | Colloquium Committee, Department of Psychology |
| 2008-11 | Graduate Admissions Committee, Department of Psychology |
| 2008-15 | Grant writing workshop for graduate students, Department of Psychology |
| 2009-11 | Web Site Committee, Department of Psychology |

| 2009-11 | Psychology Department (Logan Hall) Renovation project (Primary Investigator and Director of Neuroimaging) |
| 2010-11 | Human Subjects Review Committee, Department of Psychology |
| 2011-15 | Chair, Human Subjects Review Committee, Department of Psychology |
| 2011-13 | Chair, Grice Awards Committee, Department of Psychology |
| 2012-13 | ECE faculty search committee member |
| 2013-14 | Co-chair Behavioral Neuroscience Faculty Search Committee, Department of Psychology |
| 2013-17 | Colloquium Committee, Department of Psychology |
| 2015-17 | Awards Committee, Department of Psychology |
| 2015-17 | Honors Committee, Department of Psychology |
| 2015- | Grant Mentoring Committee, Department of Psychology |
| 2017 | Admission Committee, Department of Psychology |
| 2017 | Faculty Search Committee, Department of Psychology |
| 2017 | Grice Awards Committee, Department of Psychology |
| 2018 | Admissions Committee, Department of Psychology |
| 2018 | Elected to Salary Committee, Department of Psychology |
| 2019- | Grice Awards Committee, Department of Psychology |
| 2020- | Admissions Committee, Department of Psychology |

### *NONPROFIT MIND RESEARCH NETWORK SERVICE*

| 2009-11 | Space Committee Member |
| 2009- | Research Safety Committee Member |
| 2009- | Director of Development for MRN Mobile MRI Research Network |
| 2011- | NIH Grant Writing Workshop Panel Member |

## TEACHING EXPERIENCE AND EDUCATIONAL WORKSHOPS

| 1993 | Research Methods Tutor, Department of Psychology, University of California, Davis |
| 1993 | Laboratory Teaching Assistant for Physiological Psychology, Department of Psychology, University of California, Davis |
| 1994 - 00 | Teaching Assistant for Abnormal Psychology, Introductory Psychology, Personality Psychology, and Biological Psychology, Department of Psychology, University of British Columbia |
| 2002 | Statistical Parametric Mapping for Functional Brain Imaging, Department of Psychology, Yale University (Psychology 755). |
| 2002 | Clinical Cognitive Neuroscience, Department of Psychology, Yale University (Psychology 673a/473a). |
| 2003, 2005 | Neuroimaging Analysis Course, Department of Psychology, Yale University (Psychology 412a/612a). |
| 2005 | Statistical Parametric Mapping (SPM) Short Course Faculty and local host, Yale University, New Haven, CT. |
| 2005-07 | fMRI Image Acquisition and Analyses Course, Co-sponsored by the Olin Neuropsychiatry Research Center and Yale University. Faculty lecturer and primary coordinator. With Vince Calhoun, Tom Nichols, and Rik Henson; Three-day course held three times a year. |
| 2007 - | fMRI Image Acquisition and Analyses Course, Co-sponsored by the Mind Research Network and University of New Mexico. Faculty lecturer and |

| | |
|---|---|
| | primary coordinator. With Vince Calhoun and Tor Wager.  Three-day course held three times a year. |
| 2007 - | Three-day training workshop on research and assessment of psychopathy. The Mind Research Network and the University of New Mexico. Primary lecturer and coordinator. Offered annually or by request. |
| 2007 | Clinical Cognitive Neuroscience Undergraduate/Graduate Seminar, Department of Psychology, University of New Mexico (450/650). |
| 2008 | Diagnostic Interview Training Workshop on Schedule for Affective Disorders and Schizophrenia for School-Aged Children-Present and Lifetime Version (K-SADS-PL).  Primary coordinator and lecturer. With Katie Herzig as primary lecturer. |
| 2008-12 | Lecturer - Judicial Education Outreach Seminars on Psychopathy (Assessment, Risk Assessment, Treatment, & Neuroscience); Sponsored by the Gruter Institute for Law and Behavioral Research (http://www.gruterinstitute.org) and the John T. and Catherine D. MacArthur Foundation 'Law and Neuroscience Project' http://lawandneuroscienceproject.org |
| 2009 - | Introduction to Neuroimaging Analysis, Department of Psychology, University of New Mexico (Psychology 450/650). |
| 2009-11 | Lecturer - Judicial Education Outreach Seminars on Psychopathy (Assessment, Risk Assessment, Treatment, & Neuroscience) and Functional and Structural Brain Imaging in Forensic and Legal System, Sponsored by The Advanced Science and Technology Adjudication Resource Center (ASTAR), Inc. |
| 2011 - | Psychology, Neuroscience and Law Laboratory, Department of Psychology, University of New Mexico (Psychology 335L) |
| 2013 - | Psychology, Neuroscience and Law Seminar (Psychology 450/650 and UNM law), University of New Mexico |

## RESEARCH EXPERIENCE & CONSULTING

| | |
|---|---|
| 1988-93 | Research Laboratory Technician (Work Study position), Department of Anesthesiology, School of Medicine, University of California, Davis |
| 1992-94 | Post Graduate Researcher to Michael R. Levenson, Ph.D., Human Development & Family Studies, Applied Behavioral Sciences, University of California, Davis |
| 1992-94 | Research Assistant to Rosemarie Kraft, Ph.D., Applied Behavioral Sciences, University of California, Davis |
| 1992-94 | Assistant Cetacean Researcher, Marine World Africa USA, Vallejo, CA |
| 1993-94 | Post-Graduate Researcher to George R. Mangun, Ph.D., Center for Neuroscience, University of California, Davis |
| 1995 | Graduate Research Assistant to James T. Enns, Ph.D., Department of Psychology, University of British Columbia |
| 1996 | Psychology Internship, Assistant to Johann Brink, M.D., Regional Health Centre (Pacific), A division of Correctional Services of Canada, Abbotsford, B.C., Canada |
| 1994-97 | Graduate Research Assistant to Robert D. Hare, Ph.D. Department of Psychology, University of British Columbia |
| 1996-00 | Graduate Research Assistant to Peter F. Liddle, Ph.D., M.D. Department of Psychiatry, University of British Columbia |
| 1997 | Clinical Psychology Internship, Assistant to Carson Smiley, Ph.D. |

|         |                                                                                                                          |
|---------|--------------------------------------------------------------------------------------------------------------------------|
|         | Regional Health Centre (Pacific), A division of Correctional Services of Canada, Abbotsford, B.C., Canada                 |
| 1997-01 | Clinical Functional Magnetic Resonance Imaging Technician, Department of Radiology, University Hospital, University of British Columbia |
| 1998    | Clinical Psychology Internship, Assistant to Carson Smiley, Ph.D. Regional Health Centre (Pacific), A division of Correctional Services of Canada, Abbotsford, B.C., Canada |
| 1999-01 | Consultant to Lakshmi Yatham, M.D., Department of Psychiatry, University of British Columbia |
| 2001-02 | Consultant to Karen Bolla, Ph.D., Department of Neurology, Psychiatry and Behavioral Services, and Environmental Health Services, Johns Hopkins Bayview Medical Center |
| 2001-02 | Consultant to Vince Clark, Ph.D., Functional Brain Imaging Program, University of Connecticut Health Science Center |
| 2002-04 | Consultant to Anna Rose Childress, Ph.D., Department of Psychiatry, University of Pennsylvania. |
| 2004-05 | Consultant to Lynn Hasher, Ph.D., Chair, Department of Psychology, University of Toronto on purchase of MRI for main campus. |
| 2004-05 | Consultant to Robert A. Veselis, M.D., Director, Neuroanesthesiology Research Laboratory, Associate Attending Anesthesiologist, Memorial Sloan-Kettering Cancer Center, Cornell Medical School. |
| 2001-07 | Senior Research Scientist, Departments of Psychiatry, Neurosurgery, and Neurology, Institute of Living, Hartford Hospital. |
| 2002-07 | Consultant to Vince Clark, Ph.D., Functional Brain Imaging Program, University of New Mexico |
| 2006-08 | Consultant to Uma Rao, M.D., Department of Psychiatry, University of Texas, Southwestern. |
| 2006    | Consultant to William Burdon, Ph.D., UCLA Integrated Substance Abuse Programs, Criminal Justice Research Group. |
| 2009-10 | Consultant to The Ohio State University, Department of Psychology on purchasing MRI for main campus (Chair Richard Petty, Ph.D.). With Vince Calhoun. |
| 2012-13 | Consultant on serial murderers to the Federal Bureau of Investigation (FBI) and Albuquerque Police Department Cold Case Division. |
| 2007-   | Forensic legal consultant on civil and criminal cases; approximately 10 cases per year. |
| 2020    | Consultant to University of Binghamton, Department of Psychology, on the purchase of MRI for main campus.  Designed facility and MRI room. |

## LEGAL EDUCATION

|         |                                                                                  |
|---------|----------------------------------------------------------------------------------|
| 2007-15 | Federal Judicial Center, Neuroscience Education for Federal Judges               |
| 2007-10 | State of Illinois Public Defender's Office, Public Defender's Office of DuPage County, Illinois |
| 2007-10 | Private Defense Attorney Steve Greenberg, Chicago, Illinois                       |
| 2008-09 | Private Defense Attorney John Houlihan, Chicago, Illinois                         |
| 2008-09 | Private Defense Attorney Jeremy Karlin, Galesburg, Illinois                       |
| 2011-12 | 2nd Federal Circuit Judicial Education                                            |
| 2012-14 | State of Missouri Public Defender's Office                                        |
| 2013    | Alaska Bar Association & Federal Judicial Center                                  |

| | |
|---|---|
| 2013 | State of Nevada Judicial Education |
| 2013-14 | State of New Mexico Judicial Education |
| 2013 | State of New Mexico Prosecutor's Office |
| 2013 | State of Georgia Public Defender's Office |
| 2015 | Bar Association of Texas, Juvenile Division |
| 2018 | Federal Judicial Center, Neuroscience Education for Federal Judges |

## STUDENTS/ POSTDOCS/ SCIENTISTS SUPERVISED

Current:

Shannon Crichlow, MA (2021-current).  Doctoral student at Fielding Graduate University.  Role:  External examiner for proposal and dissertation.

Christopher Pirrung (2020-current). Faculty member on master thesis committee.

Michael Maurer (2020-current).  Post-doctoral fellow. Received B.A. Psychology 2012, University of California-Davis. Ph.D. University of New Mexico. NRSA Graduate Fellowship Recipient (1st percentile). Role: Primary graduate mentor and NRSA mentor.   Current Role: Primary postdoctoral mentor.

Samantha Rodriguez (2020-current). Received B.A., University of Delaware, 2019. Graduate student at UNM.  Role:  Primary mentor.

Palmer Tirrell (2020-current).  Received B.A., University of Florida, 2019; Graduate student at UNM.  Role:  Primary mentor.

Sandra Wiley de Navarro (2019-current). Undergraduate student researcher at UNM. Role: Primary mentor.

Bethany Edwards (2017-current).  Received B.A. Purdue University, 2007, MA Psychology, University of South Florida 2017; Role: Primary graduate Ph.D. mentor. NRSA Graduate Fellowship score 20; awaiting funding.

Devin Jones Ulrich (2016-current).  Received B.A. Duke University, 2016.  Role: Primary graduate mentor.

Nathaniel Anderson (2011-current), Ph.D., Psychology, Baylor College. Role: Primary postdoctoral mentor. NRSA post-doctoral application scored 1st percentile (11/11/12).

Carla Harenski, Ph.D., (2006-current). Ph.D., Psychology, Emory University. NRSA Post-Doctoral Fellowship 2007-2010.  Role: NRSA mentor and primary post-doctoral supervisor.  Dr. Harenski is currently research faculty in Dr. Kiehl's laboratory.

Past: (sample)

Ashly Sajous-Turner (2017-2020). A PREP Scholar. Role: Primary mentor on her post bac research project.

Michael Maurer (2014-2019).  Received B.A. Psychology 2012, University of California-Davis. NRSA Graduate Fellowship Recipient (1st percentile). Role: Primary graduate mentor and NRSA mentor.

Darin Russel Brown (2016-2019).  Ph.D. student in cognitive neuroscience at UNM. Role:  Comps committee and Dissertation committee member.

Dana Crooks (2016-2018). Received B.A. University of New Mexico, 2017. Role: Primary mentor of undergraduate honors thesis. Winner of Outstanding Honors Thesis Award in 2017, Department of Psychology, UNM.

Samantha Fede (2012-2017). Received B.A. in Psychology and Philosophy 2011, Virginia Polytechnic University.  Role: Primary graduate mentor.  Currently NIAAA post doctoral fellow.

Eyal Aharoni, Ph.D., (2012-2015).  Ph.D. in Psychology, UCSB, NRSA Fellow 2012-
        2015. Role: Primary postdoctoral supervisor.  Currently assistant professor,
        Georgia State University.
Vaughn Steele (2011-2015). Ph.D., Psychology, University of Minnesota.  Role: Primary
        postdoctoral mentor. Currently post doctoral fellow, NIAAA.
Julia Lushing (2013-2015).  Received B.A. in Psychology 2006, Haverford College;
        received JD Yeshiva University School of Law 2012.  Role:  Primary graduate
        mentor (masters degree).
Simone Viljoen (2014-2015).  Ph.D., Forensic Psychology, Simon Frazer University.
        Role: Primary post-doctoral mentor.
Edward Bernat (2011-2014).  Ph.D., Psychology, University of Michigan, NIDA K01
        awardee.  Role: Primary mentor on K-award.
Dustin Pardini (2011-2014).  Ph.D., Clinical Psychology, University of Alabama.
        Currently Assistant Professor of Psychiatry at the University of Pittsburgh. Role:
        Consultant on K-award.
Gina Vincent (2010-2014). Ph.D., Forensic Psychology, Simon Fraser University, NIDA
        K01 awardee.  Role:  Co-mentor on K-award.
Lora Cope (2007- 1013). Received B.S., 2004, The Ohio State University. Graduate
        student in Cognitive Science, Department of Psychology, University of New
        Mexico. Role: Primary graduate school advisor.
Elsa Ermer, Ph.D. (2008-2012). Received B.A., 2000, Franklin and Marshall College;
        M.A., 2002 and Ph.D., 2007, University of California, Santa Barbara. NRSA Post-
        Doctoral Fellowship 2010-2012.  Role: NRSA mentor and primary post-doctoral
        supervisor.  Dr. Ermer accepted a faculty position as an assistant professor of
        psychology at Adelphi University in 2012.
Brandi Fink, Ph.D. (2009-10). Received Ph.D., 2010, University of New Mexico.  Role:
        Primary post-doctoral supervisor.
Mathew Shane, Ph.D. (2006-2009).  Received Ph.D., 2004, University of Toronto.  Role:
        Primary post-doctoral supervisor; NIDA I/START Mentor.
Gillian Munro, Ph.D. (2008-2009). Received B.A. 2002, University College of the
        Cariboo, M.A. 2004 and Ph.D. 2008, University of Waterloo. Role: Primary post-
        doctoral supervisor.
Deidre Reis (2006-2009), doctoral student in cognitive psychology, NRSA recipient,
        Department of Psychology, Yale University, Role: Imaging advisor, dissertation
        committee.
Michael Stevens, Ph.D., (2002-2009). Received Ph.D. 1999, Department of Psychology,
        University of Connecticut-Storrs. Appointed junior faculty in the Olin
        Neuropsychiatry Research Center, 2002-2004. K-awardee 'Neuroimaging
        Cognition in Adolescent Behavior Disorders' (2004-2009). Role: Primary Advisor;
        co-mentor on K-Award
Jana Schaich Borg (2005-2007).  Received B.A. Dartmouth College, 2003; Currently
        NRSA recipient and doctoral student in neuroscience, Stanford University. Role:
        Primary NRSA mentor and post-graduate mentor 2005-2007.
Elizabeth Stevens (2004-2006). Received B.A., University of California, Los Angeles
        2001. Received Ph.D. in Clinical Psychology in 2006, Dissertation Title
        "Cognitive Style and Adolescent Psychopathy:  An Exploratory Investigation",
        Department of Psychology, Yale University. Role: Primary Graduate School
        Advisor
Derek Mitchell, Ph.D. (1996-1998), University of British Columbia; Post doc, NIMH Mood
        Disorders Program, currently faculty University of Western Ontario. Received

Ph.D., 2005, Department of Psychology, Institute of Cognitive Neuroscience, University College London. Role: Co-advisor of Undergraduate Honors Thesis.

Sara Johnson, M.D. (1996-1998), University of British Columbia  Currently in private practice. Received MD, 2002, University of British Columbia. Role:  Primary Advisor of Undergraduate Honors Thesis.

Adrien Desjardins, Ph.D., (1998-2001), University of British Columbia, Ph.D., MIT-Harvard College Biophysics. Role: Advisor of Undergraduate Honors Thesis.

Kristin Laurens, Ph.D. (2000-2001). Received Ph.D. 2003, Neuroscience, University of British Columbia; Post-doctoral Fellow, University of Nottingham 2004-5; Role: Co-mentor on dissertation.

Athena Vouloumanos, Ph.D. (1999-2000). Received Ph.D., 2003, Department of Psychology, University of British Columbia.  Currently Assistant Professor McGill University, Montreal, CA.  Role: Primary mentor on fMRI training

Alan Bates, Ph.D. (1998-2000).  Received Ph.D., University of Nottingham, 2004; Currently medical student, University of British Columbia.  Role:  Primary mentor on undergraduate training in fMRI and ERPs.

Adrianna Mendrek, Ph.D. (2000-2001).  Received Ph.D., 2002, Department of Psychology, University of British Columbia.  Currently, Research Professor, University of Montreal, Montreal, CA.  Role: Co-mentor on doctoral dissertation.

Timothy O'Keefe, B.S. (2002-2004).  Currently research trainee, Brown University.  Role: Primary supervisor of post-graduate training period.

Kim Celone, B.S. (2002-2004). Currently doctoral candidate Clinical Psychology, Boston University, 2005. Role: Primary supervisor of post-graduate training period.

Matthew Johnson, B.A. (2003-2005).  Currently doctoral candidate Neuroscience, Yale University. Role: Co-supervisor of post-graduate training period.

Joseph Bates (2004-2005), Masters student in cognitive science, Department of Psychology, Yale University.  Role: Primary Advisor

Valentina Gumenyuk, Ph.D. (2004-2005). Received Ph.D., 2004, Cognitive Brain Research Unit, Department of Psychology, University of Helsinki (Supervisor, Risto Naatanen). Post-doctoral fellow (part-time), Olin Neuropsychiatry Research Center, Institute of Living, Hartford, CT.  Role: Primary Post-doctoral supervisor.

Heather Gordon, Ph.D. (2004-2005). Received Ph.D., Cognitive Psychology, Department of Psychology and Brain Sciences, Dartmouth College. Postdoctoral fellow (part time), Olin Neuropsychiatry Research Center, Institute of Living, Hartford, CT.  Role: Adjunct Advisor of Doctoral Dissertation.   Dr. Gordon is currently an agent for the FBI.

## GRANT HISTORY

|  | Total Direct Costs | Total Indirect Costs | Total Grant Dollars |
|---|---|---|---|
| NIH/NSF Funding as Primary Investigator * | $23,507,535 | $17,234,352 | $40,741,887 |
| Non-NIH funding* | $5,312,900 | $3,620,128 | $8,933,028 |
| Total** | $28,806,435 | $20,843,280 | $49,649,715 |
| Current backlog FY2021-FY2025 | $7,900,000 | $6,320,000 | $14,220,000 |

*Since 2004, includes grants awarded as Primary Investigator or Primary Investigator on sub-award; Does not include grants awarded as co-investigator or collaborator.
**Does not include confidential contract work.

## FEDERAL GRANTS – ACTIVE                                                    Effort level

NSF: (MPIs: Aharoni/**Kiehl**)                                          09/01/18-08/31/20      *10% or 1.2*
*Neurobiologically-informed risk assessment: An empirical examination*      $316,167/yr
Develop algorithms to predict antisocial outcomes.
Role: MPI; Subcontract PI

NIAAA: 1R01AA026290-01A1 (MPI: **Kiehl**/Koenigs)             07/01/18-06/31/22      15% or 2.4
*Mindfulness for Alcohol Abusing Offenders: Mechanisms and Outcomes*      $435,000/yr direct costs
Randomized treatment study examining efficacy and neural changes          $3,706,215 total costs
associated with mindfulness vs relapse prevention in female offenders.
Role: MPI on award

NIMH: 5R01MH109329-02 (MPI: Decety/**Kiehl**)                06/01/16-05/31/21      15% or 2.4
*Socioemotional processing in female offenders*                  $375,000/yr direct costs
Examine empathic processing in female offenders with severe              $4,049,076 total costs
personality problems.
Role: MPI on award; PI on subaward

NICHD: 1R01HD082257-01 (MPI: **Kiehl**/Caldwell)             07/01/15-06/30/20      15% or 2.6
*Brain changes and outcomes associated with evidence-based treatment*     $410,000/yr direct costs
*in high-risk youth*                                              $4,072,441 total costs
Examine brain changes in incarcerated high-risk youth undergoing intensive cognitive behavioral/contingency
management treatment
Role: Primary Investigator

NICHD: 1R01HD092331-01 (PI: **Kiehl**)                       08/01/17-07/30/22      15% or 2.6
*Externalizing outcomes in high risk youth*                      $450,000/yr direct costs
Conduct longitudinal outcomes study of n>300 high risk youth.            $3,526,787 total costs
Role: Primary Investigator

NIMH:  1R01MH114028 (PI:  Harenski)                          12/1/17 – 11/30/22     15% or 2.4
*Socioemotional Processing and Aggression*                       $400,000/yr direct costs
Examines highly aggressive inmates with mental illnesses to               $3,459,820 total costs
differentiate among etiological trajectories promoting these behaviors
Role:  Co-Investigator

DARPA: (PI: Vogelstein)                                          3/01/18-2/28/21    *10% or 1.2*
*Lifelong Learning Machines (L2M)*                                    $165,000/yr direct costs
Teaching machines to learn without supervision to predict outcomes.        $594,000 total costs
Role: Subcontract PI

---

**NON FEDERAL AWARDS – ACTIVE**

Bently Foundation                                                6/1/19-5/30/23  1 summer month
Using Deep Learning to Predict Risk Outcomes and Treatment Efficiency in High-Risk Youth   $438,000 total
Role:  Primary Investigator

---

**FEDERAL GRANTS – PENDING**

NIH: P20GM134997 (PI: **Kiehl**)                                 12/01/20-11/30/25    *40% or 4.8*
*Forensic, Imaging, Risk and Ethics (FIRE) COBRE*                         $13,575,000 total
A center grant application to examine neuroprediction in forensic populations.
Role: Primary Investigator

---

NIH: 1R01NS115852-01A1 (MPI: **Kiehl/Koenigs**)                  9/01/20-8/31/25    *20% or 2.4*
*Traumatic brain injury in male and female prison inmates*               $4,434,500 total
Assess epidemiology of traumatic brain injury in 3000 inmates and use advanced neuroimaging techniques to
detect injury.
Role: Primary Investigator (multiple PI award)

---

NIH: 1R01MH124843-01 (PI: **Kiehl**)                             9/01/20-8/31/25    *20% or 2.4*
*Multimodal prediction of risk outcomes in female offenders*             $4,454,500 total
Develop and examine models of risk prediction in female offenders using behavioral and neural variables.
Role: Primary Investigator

---

NIH: 2R01DA026505-06 (PI: **Kiehl**)                             10/01/20-11/31/25    *20% or 2.4*
*Socio-moral processing in female stimulant abuse and psychopathy*       $4,021,533 total
Test hypotheses regarding brain changes associated with substance abuse in women and the modulating
role of psychopathic traits in an incarcerated sample.
Role: Primary Investigator
R56 one year award accepted; renewal application resubmitted

---

NIH: R01MH112575-01 (PI: **Kiehl**)                              07/01/20-06/30/25    *20% or 2.4*
*Static and dynamic functional connectivity supporting social-emotional*   $4,213,131 total
*processes among incarcerated adults*
Examine how different developmental trajectories in emotion-related brain circuits contribute to behavioral
and mental health outcomes, and how external environmental influences, such as exposure to childhood
trauma, may impact long-range emotional functioning and adverse behavioral consequences.
Role: Primary Investigator

---

NIH: R01MH115009 (PI: **Kiehl**)                                 *04/01/20-03/31/25    20% or 2.4*

*A multi-cohort longitudinal study of affect and cognitive control in a large*                    $4,200,000 total
*forensic population*
Examine age related changes in emotional functioning in a large sample of incarcerated youth and adults.
Role: Primary Investigator

---

NIH: R01NS118075 (MPI: **Kiehl/Koenigs**)                    07/01/20-06/30/25    *20% or 2.4*
*A longitudinal study of traumatic brain injury in a high-risk population*                    $4,373,924 total
Track and study a large cohort of aging men and women with a history of traumatic brain injury in forensic populations.
Role: Primary Investigator (multiple PI award)

---

NIH: R21DA047622 (PI: Anderson/Liu)                    09/01/21-08/31/22    *5% or 0.6*
*A multivariate examination of genetic and environmental contributions to*                    $ 486,750 total
*neural networks supporting substance use disorders*
Applies novel multivariate analytic approaches examining genetic and environmental influences on neural networks supporting the initiation, maintenance, and desistance of substance use disorders among a sample of young offenders followed longitudinally through adulthood.
Role: Co-Investigator

---

NIH: R01 (PI: Gaudet)                    09/01/18-08/31/20    *10% or 1.2*
*Ethics of Neuroprediction:  Addressing challenges in translational*                    $2,500,000 total
*applications of technology from the BRAIN initiative*
Examining ethical issues with using neuroimaging to predict future outcomes
Role: Co-Investigator

---

**FEDERAL GRANTS – PAST**

---

NIDA: 1R56DA026505 (**PI: Kiehl**)                    09/01/17-08/30/18    10% or 1.2
*Socio-moral processing in female stimulant abuse and psychopathy*                    $175,000/yr direct costs
One year award to develop predictive algorithms in high risk female                    $300,000 total costs
offenders
Role: Primary Investigator

---

NIDA: 1R01DA026964-01A1  (**PI: Kiehl**)                    07/01/10 - 06/30/17    20% or 2.4
*Action monitoring, action observation and dopamine genes as predictors*                    $3,065,259 total
*of substance abuse*
To utilize multimodal imaging techniques (ERP/fMRI) to characterize the integrity of neural circuits engaged in action-monitoring in incarcerated drug-abusers.
Role: Primary Investigator

---

NIMH: R01 MH090169-01 (PI: Kosson)                    06/01/11 - 05/30/16    10% or 1.2
*Neural Substrate of Cognitive and Emotional Deficits in Psychopathy*                    $3,753,930 total
Comparison of three models of psychopathy, left hemisphere dysfunction, response modulation, and paralimbic dysfunction.
Role: Subcontract PI ($1,500,000 direct costs)

---

NIMH: R01 MH087525-01 (PI: Decety)                    06/01/11 - 05/30/16    10% or 1.2

Kiehl, Kent A.   14

*Neurological mechanisms of empathetic and emotional processes in*      $2,514,850 total
*individuals who vary in psychopathic traits*
Develop an integrative understanding of the functional neuroanatomy of empathy dysfunctions in
psychopathic individuals.
Role: Subcontract PI (~$1,000,000 direct costs)

---

NIDA; 1R01DA026505-01A1 (**PI: Kiehl**)      09/01/09-05/31/15      20% or 2.4
*Socio-moral processing in psychopathy and substance abuse*      $424,868/yr direct costs;
     $3,436,621 total costs

To use functional imaging to elucidate and characterize the functional neuroanatomy of processing of moral
stimuli for linguistic and picture stimuli in psychopathy and substance abuse
Role: Primary Investigator

---

NIMH; 1R01MH085010-01A1 (**PI: Kiehl**)      07/17/09–04/30/15      20% or 2.4
*The cognitive neuroscience of female psychopathy*      $396,653/yr direct costs;
     $3,360,119 total costs

To test the paralimbic dysfunction hypothesis of psychopathy in female offenders using event-related
potentials and functional magnetic resonance imaging
Role: Primary Investigator

---

NIMH; 1 R01 MH071896-01 (**PI: Kiehl**)      02/01/06-12/30/11      14% or 1.68
*Neurocognitive assessment of 'Callous' Conduct Disordered youth*      $212,500/yr direct costs;
     $1,815,000 total costs

To use ERP and fMRI measures to test the hypothesis that youth with Callous Conduct Disorder show
abnormalities in the paralimbic system
Role: Primary Investigator

---

NIDA; 1 R01 DA020870-01 (**PI: Kiehl**)      10/01/05-09/30/11      10% or 1.2
*Neurocognitive changes associated with behavioral treatment in cocaine*      $388,096/yr direct costs;
*abusers*      $2,942,529 total costs
To examine functional and structural changes associated with three cognitive behavioral treatment protocols
in cocaine abusers.
Role: Primary Investigator

---

NIMH; 1 R01 MH072681-01 (**PI: Kiehl**)      07/01/05-06/30/11      10% or 1.2
*Abnormal functional connectivity in psychosis*      $212,500/yr direct costs;
     $1,542,750 total costs

To use functional imaging measures to differentially diagnose schizophrenia from psychotic bipolar illness.
Role: Primary Investigator

---

NIDA/NIH 1R21DA027149-01 (MPIs: Shane, Posse, **Kiehl**)      08/15/09 - 07/31/11      5% or 0.6
*Using rt-fMRI to modulate neural responses to drug and nondrug*      $469,334 total
*rewards in cocaine abusers*
To test the feasibility of real-time functional magnetic resonance imaging (rt-fMRI) aided neurofeedback for
facilitating voluntary modulation of reward-related neural activity in incarcerated adolescent cocaine abusers.

Role: Multiple Primary Investigator Award

---

NIDA: 1 R21DA029464-01 (MPIs: Shane, Posse, **Kiehl**)      10/01/09 – 9/30/12      10% or 1.2
Using Real-Time MRI to facilitate neuromodulation to drug-cues in      $671,560 total

adolescent substance abuse
To characterize the extent to which real time-fMRI neurofeedback can facilitate adolescent cocaine abusers' ability to modulate their neural response to drug- and nondrug-related reward in select brain areas.
Role: Multiple Primary Investigator Award

---

NIMH 2 R01 R3743775-14 (PI: Pearlson)                         6/1/09-05/31/13          5% or .6
*Quantitative neuroimaging in psychosis*
Investigates circuit-wide abnormalities in schizophrenia using functional          $360,000/yr
and structural brain MRI in schizophrenia and healthy controls.
Role: Co-Investigator

---

NIH/NCRR 1P20 RR021938-01A1 (Calhoun)                        9/8/08-6/30/13          5% or .6
*COBRE: Neural mechanisms of schizophrenia: Use of multiple tools to*                $1,725,415/yr
*examine dysfunctions in neural integration*
Examines functional and anatomical connectivity in schizophrenia using multimodal
neuroimaging analyses

Role: Co-Investigator

---

NIMH: RO1 MH077945-01 (PI: Pearlson)                      12/01/07-11/30/12      2.5% or 0.3
*Bipolar & schizophrenia consortium for parsing endophenotypes*      $670,295/yr; $3,936,632 total
To examine elecrophysiologic, oculomotor, cognitive and structural brain changes and genotypes associated with psychotic bipolar illness and schizophrenia in patients and unaffected first-degree relatives. This is a 5-site collaborative linked investigation.
Role: Co-Investigator

---

NIBIB/NIMH; 1R01EB006841 (PI: Calhoun)                     04/01/07-03/31/11         10% or 1.2
*Multivariate methods for identifying multi-task/multimodal brain imaging*           $220,000/yr
*biomarkers*
To develop methods, based upon independent component analysis, for joint-statistical analysis of multi-task and multimodal brain data (functional MRI, DTI, structural MRI) in order to make inferences about brain connectivity, to apply these methods to patients with schizophrenia and healthy controls, and to develop, and make publicly available, an online web-enable database implementing our joint ICA approach.
Role: Co-Investigator

---

NIAAA; 1 R01 AA017390-01  (PI: Bryan)                       10/01/07-09/30/12          5% or .6
*HIV prevention with adolescents: Neurocognitive deficits and treatment*             $395,531/yr
*response*
This research is designed to understand the genetic and neurocognitive predispositions that contribute to sexual risk behaviors that place criminally-involved adolescents at high risk of unintended pregnancy and STDs including HIV/AIDS. The findings will help us to design better interventions to decrease alcohol-related sexual risk behavior in this population of highly vulnerable young people.
Role: Co-Investigator

---

NIMH: 1 R01 MH074934-01 (PI: Tolin)                         05/01/06-04/30/10      5% or .6
*Neural mechanisms of compulsive hoarding*                                           $200,000
To use functional brain imaging to assess error processing dysfunction in compulsive hoarding syndrome, obsessive-compulsive disorder, and anxious control groups.
Role: Co-Investigator

NSF; 1R01EB005846-01 (PI: Calhoun)                                        08/01/05-07/31/08        6% or 0.72
*Collaborative Research: Spatiotemporal fusion of fMRI, EEG, and*                                   $210,000
*genetic data using Independent Component Analysis*
To develop data fusion approaches for fMRI, EEG, and gene SNP array data with application to healthy
controls and patients with schizophrenia
Role: Co-Investigator

NIBIB; 1 R01 EB 000840-01 (PI: Calhoun)                                   04/01/03-04/01/08        8% or 0.96
*Multi-group semi-blind ICA of fMRI*                                                                $250,000
To develop, evaluate the performance of, and optimize semi-blind independent component analysis for the
analysis of multi-group functional magnetic resonance imaging data and to use study data previously
collected from patients with schizophrenia and healthy controls performing an auditory oddball task.
Role: Co-Investigator

NIDA: 1 R03 (PI: Shane)                                                   1/01/08-12/31/08          5% or .6
*Error detection and error awareness in incarcerated cocaine dependent*                             $237,990
*individuals*
To investigate integrity of error monitoring systems in incarcerated cocaine dependent individuals, with
specific consideration of conscious awareness of committed errors.
Role: Co-Investigator

K23 MH070036-01 Stevens (PI)                                              08/01/04 -07/01/09        No salary
*Neuroimaging cognition in adolescent behavior disorders*                                           $142,250
A 5-year Career Development Award to provide the PI skills for an independent clinical neuroscience
research career investigating how brain function relates to diagnoses associated with disruptive behavior.
Role: Co-Mentor

NIMH; 1 R01 MH070539-01 **(PI: Kiehl)**                                   12/01/04-11/30/08        10% or 1.2
*ERP and fMRI of emotion and cognition in psychopathy*                            $202,000/yr direct costs;
                                                                                  $1,192,320 total costs
To test the paralimbic dysfunction hypothesis of adult psychopathy using event-related potentials and
functional magnetic resonance imaging.
Role: Primary Investigator

NIDA; RO1 DA 11426 (PI: Bolla).                                           10/01/98-09/30/02        Consultant
*Cocaine abuse and limbic prefrontal function*                                                      $738,423
Examination of prefrontal function in cocaine abusers using positron emission tomography.
Role: Consultant

## ADDITIONAL NON-FEDERAL FUNDING – ACTIVE
None

## ADDITIONAL NON-FEDERAL FUNDING - PAST

MacArthur Foundation Law and Neuroscience Project (Part 2)               1/1/2009-6/31/2011

| | | |
|---|---|---|
| *Analysis of Moral Judgment in Psychopaths, Punishment Decisions by Psychopaths, Brain Structure in Psychopaths and Addicts (sMRI), and Dehumanization in Psychopaths via fMRI imaging and clinical assessment.*<br>Role: Primary Investigator | | $534,900 |

| | | |
|---|---|---|
| MacArthur Foundation Law and Neuroscience Project (Part 1)<br>*Mapping of brain activity to chart connections among brain region and activities to fully understand brain functions and disorders.*<br>Role: Primary Investigator | 7/1/2008-6/30/09 | $150,000 |

| | | |
|---|---|---|
| National Alliance on Research in Schizophrenia and Depression (NARSAD) **(PI: Kiehl)**<br>*Hemodynamic assesment of neurocognitive remediation in schizophrenia.*<br>Young Investigator Award to assess changes in attention and working memory in schizophrenia as assessed with fMRI following cognitive remediation.<br>Role: Primary Investigator<br>Mentors: Drs. John Krystal and Bruce Wexler, Yale University | 08/01/01-07/31/03 | No salary<br><br>$60,000 |

| | | |
|---|---|---|
| Institute of Living Open Grant Competition Award (PI: Stevens)<br>*Response inhibition in Attention-Deficit/Hyperactivity Disorder*<br>Double-blind placebo study of the effects of stimulant medication on response inhibition processes in ADHD.<br>Role: Co-Investigator | 07/01/04-06/30/06 | No salary<br>$65,000 |

| | | |
|---|---|---|
| Institute of Living Open Grant Competition Award (PI: Stevens)<br>*Neuropsychology and DTI of Traumatic Brain Injury*<br>*Test-retest study examining functional and structural (gray and white matter) changes associated with acute traumatic brain injury* | 07/01/04-06/30/06 | No salary<br>$75,000 |

| | | |
|---|---|---|
| Institute of Living Open Grant Competition Award **(PI: Kiehl)**<br>*Electrophysiological assessment of error monitoring in psychotic Ilnesses*<br>To examine brain potential correlates of error-monitoring in patients with schizophrenia<br>Role: Primary Investigator | 8/01/02-7/31/03 | No salary<br>$50,000 |

| | | |
|---|---|---|
| Institute of Living Open Grant Competition Award **(PI: Kiehl)**<br>*Differentiating the neural systems involved in psychosis: Affective disorder versus schizophrenia*<br>Pilot study to collect ERP and fMRI data in patients with bipolar illness and schizophrenia to develop algorithms to discriminate them.<br>Role:  Primary Investigator | 01/15/03-01/14/04 | No salary<br>$50,000 |

| | | |
|---|---|---|
| Institute of Living Open Grant Competition Award  (PI: Tolin)<br>*A pilot study of conflict monitoring in obsessive-compulsive disorder: Relationship to symptoms and treatment response*<br>A pilot study examining changes in conflict monitoring in OCD associated with cognitive behavioral treatment<br>Role: Co-Investigator | 08/01/02-07/31/03 | No salary<br>$50,000 |

| | | |
|---|---|---|
| Institute of Living Open Grant Competition Award  (PI: Maltby) | 01/15/03-01/14/04 | No salary |

*Dismantling the neural systems of obsessive-compulsive disorder: A*                                    $50,000
*symptom provocation study of compulsive hoarding.*
A pilot fMRI study of a symptom provocation paradigm in individuals with compulsive hoarding disorder.
Role: Co-Investigator

Institute of Living Open Grant Competition Award (PI: Calhoun)          01/15/03-01/14/04          No salary
*Functional mapping of the neocortical network in schizophrenia:*                                    $50,000
*Executive-function impairments and spontaneous fluctuations in fMRI.*
A pilot study employing Independent Component Analyses to examine functional connectivity in patients with
schizophrenia during working memory and 'resting' state paradigms.
Role: Co-Investigator

## SOFTWARE AND HARWARE DEVELOPMENT

| | |
|---|---|
| 1994–99 | LumiTouch reply system. Fiber-optic response device for collection of behavioral data in magnetoencephalography and functional magnetic resonance imaging experiments. In collaboration with John Kidder, CEO, and Doug Broadfoot, Lightwave Medical Inc. Vancouver, B.C., Canada. http://www.photonixco.com Patent Pending. |
| 1995 | Conversion programs for creating ANALYZE format images from GE structural and functional data sets. In collaboration with Scott Morrison. Software available upon request. |
| 1995 | MRI off-line reconstruction software for EPI data on the Silicon Graphics Workstations. In collaboration with Bryan Mock, University of Wisconsin – Madison; General Electric Medical Systems, Milwaukee, WI.  Software available upon request. |
| 1998-04 | CIRC – computer program designed to monitor and analyze behavioral performance online during behavioral, event-related potential, magnetoencephalography, and functional magnetic resonance imaging experiments. In collaboration with Arthur Jones. |
| 1998-04 | Digitize – Solaris based high-resolution EEG acquisition system. Designed for collection of up to 128 channels of EEG for brain mapping and source localization.  In collaboration with Arthur Jones. http://sourceforge.net/projects/digitize |
| 1999 | Talairach atlas labeling system.  Software designed to automatically search the results of functional imaging data and label with brain structures from the Talairach atlas. In collaboration with Adrien Desjardins and Peter Liddle.  Software available upon request. |
| 1994-08 | Visual and Auditory Presentation Package (VAPP).  Software designed for presenting visual and auditory stimuli for behavioral, event-related potential, magnetoencephalography, and functional magnetic resonance imaging experiments. In collaboration with Tony Gray, Peter Liddle, Ron Mangun, Steve Hillyard, Steve Luck and Marty Woldorff |
| 2002- | Group Independent Component Analyses Software (GIFT and EEGIFT). Software designed to permit end-users to use Independent Component Analyses to analyses multimodal neuroimaging data.  Effort directed by Dr. Vince Calhoun – see http://mialab.mrn.org/software/ |

**PRINT AND FILM MEDIA**
**FEATURING KIEHL LABORATORY**
**(List not exhaustive)**

1. "Suffering Souls" by John Seabrook, New Yorker, November 10, 2008, pages 64-73. http://www.newyorker.com/reporting/2008/11/10/081110fa_fact_seabrook

2. "Investigating the Psychopathic Mind" by Greg Miller, Science, September 5, 2008, 321, 1284-1286. http://www.sciencemag.org/content/321/5894/1284.full

3. "fMRI Evidence Used in Murder Sentencing" by Greg Miller, ScienceInsider, November 23, 2009. http://news.sciencemag.org/scienceinsider/2009/11/fmri-evidence-u.html

4. "Can a cure be found for criminal psychopaths?" by Vancouver Province, November 9, 2008, http://www.canada.com/theprovince/news/story.html?id=ae435865-342e-4371-8cdd-999555eded4b

5. "A Mind of Crime" (Lead cover article) by Michael Haederle, Miller-McCune, February 23, 2010, http://www.miller-mccune.com/legal-affairs/a-mind-of-crime-8440/

6. "Science labors to understand `biology of violence'" by University of New Mexico for the Albuquerque Tribune, May 16, 2007. http://www.abqtrib.com/news/2007/may/16/kent-kiehl-science-labors-understand-biology-viole/

7. "Study: Brain scans can help identify schizophrenia", by William Hathaway, Hartford Currant, April 6, 2004. http://articles.courant.com/2004-04-06/news/0404060731_1_scans-brain-activity-schizophrenics

8. "The Mind of the Psychopath: Contours of Evil", by William Hathaway, Hartford Currant, December 18, 2005.  Front page cover article. http://articles.courant.com/2005-12-18/news/0512180075_1_psychopaths-brain-scans-kiehl

9. "New Mexico scientist studies psychopaths using brain scans", by Sue Vorenberg, Albuquerque Tribune, September 26, 2007. http://www.abqtrib.com/news/2007/sep/26/new-mexico-scientist-studies-psychopaths-using-bra/

10. "Psychopaths Keep Their Eyes on the Prize" by Michael Torrice, Science Now. http://news.sciencemag.org/sciencenow/2010/03/psychopaths-keep-their-eyes-on-t.html, March 26, 2010.

11. "Science in court:  Head Case", by Virginia Hughes. Nature. http://www.nature.com/news/2010/100317/full/464340a.htmlm, March 18, 2010. See also http://www.nature.com/nature/podcast/index-2010-03-18.html

12. "Psycho Killers, Qu'est-ce que C'est?" by Jeannette Cooperman in St. Louis Magazine http://www.stlmag.com/media/St-Louis-Magazine/February-2010/Psycho-Killers-Qu-rsquoest-ce-que-C-rsquoest/

13. "Inside A Psychopath's Brain: The Sentencing Debate", by Barbara Bradley Hagerty, National Public Radio (NPR).   June 30, 2010. http://www.npr.org/templates/story/story.php?storyId=128116806

14. "Can Genes and Brain Abnormalities Create Killers?"  Talk of the Nation, National Public Radio (NPR).  July 6, 2010. http://www.npr.org/templates/story/story.php?storyId=12833930

15.  "The Mind of a killer. How a psychopath is made", by Anne McIlroy and Erin Anderssen. Globe and Mail, Canada.  October 22, 2010. http://www.theglobeandmail.com/news/national/russell-williams/how-a-psychopath-is-made/article1769674/singlepage/#articlecontent

16. "Why You Shouldn't Make a Contract With a Psychopath", by Jeffrey Kluger, Time Magazine.  November 8, 2010.  http://healthland.time.com/2010/11/04/why-you-shouldnt-make-a-contract-with-a-psychopath/

17. "Psychopaths' Decisions Studied" by James Monteleone. November 8, 2010, Albuquerque Journal. http://www.abqjournal.com/news/metro/08222451metro11-08-10.htm

18. "Examining How Lack of Impulse Control Afflicts Juvenile Offenders" by Karen Wentworth, August 19, 2011, UNM Today http://news.unm.edu/2011/08/examining-how-lack-of-impulse-control-afflicts-juvenile-offenders/

19. "Psychopaths: Born evil or with a diseased brain?" by Matthew Taylor, BBC News and Health Report. November 14, 2011 http://www.bbc.co.uk/news/health-15386740

20. "The biology of evil: Could psychopaths be victims of bad wiring?" by Douglass Quan, Postmedia News (National News Wire of Canada), December 3, 2011. http://www.canada.com/biology+evil+Could+psychopaths+victims+wiring/5804344/story.html

21. "Are psychopaths "Brain Damaged"? by Gary Stix.  Scientific American.  December, 6, 2011. http://blogs.scientificamerican.com/observations/2011/12/06/are-psychopaths-like-hannibal-lecter-brain-damaged

22. In Mock Case, Biological Evidence Reduces Sentences, by Greg Miller, Science. http://www.sciencemag.org/content/337/6096/788.full?sid=a7e46eab-eac2-4a50-a0ac-ddc2e3503b36 ; August 17, 2012, volume 337, page 788.

23. "Future Tense Event Recap: Will Neurolaw Change the Judicial System-and Does Free Will Exist?" by Torie Bosch, October 22, 2012. The New America Foundation/Slate Magazine Neuroscience and Law Symposium in Washington DC. October 23, 2012: http://www.slate.com/blogs/future_tense/2012/10/22/neurolaw_a_future_tense_event_on_neuroscience_the_judicial_system_free_will.html

24. "Brain scans predict which criminals are more likely to reoffend. Neuroimaging 'biomarker' linked to rearrest after incarceration."  By Regina Nuzzo. March, 25, 2013

http://www.nature.com/news/brain-scans-predict-which-criminals-are-more-likely-to-reoffend-1.12672,

25. "Brain scans predict which criminals are most likely to reoffend." By Greg Miller, Wired Magazine. http://www.wired.com/wiredscience/2013/03/brain-scans-predict-which-criminals-will-reoffend/

26. http://drudgegae.iavian.net/r?hop=http%3A%2F%2Fwww.dailymail.co.uk%2Fsciencetech%2Farticle-2299423%2FBrain-scans-predict-criminal-likely-reoffend.html

27. http://www.the-scientist.com/?articles.view/articleNo/34858/title/Brain-Activity-Predicts-Re-arrest/

28. http://www.scpr.org/programs/take-two/2013/03/27/31063/study-brain-scans-can-predict-which-criminals-will/

29. http://veja.abril.com.br/noticia/ciencia/pesquisa-usa-imagens-cerebrais-para-prever-comportamento-criminoso

30. http://www.alzforum.org/new/detail.asp?id=3484

31. New Thinking on Brains and Crime.   Cover article by Leslie Linthicum, Albuquerque Journal. Sunday, June 9, 2013.  http://www.abqjournal.com/main/208521/opinion/new-thinking-on-brains-and-crime.html

32. "Brain scans predict who's likely to be a repeat offender."  NPR Morning Edition with host David Greene. http://www.npr.org/2013/04/05/176303914/brain-scans-can-predict-whos-likely-to-be-a-repeat-offender

33. "Brain scans of inmates turn up possible link to risks of re-offending."  By Michael Haederle, Los Angeles Times.  http://www.latimes.com/news/nationworld/nation/la-na-prisoner-brains-20130715,0,5130358.story

34. Jay Leno show monolog jokes about Kiehl lab research on neuroprediction http://writingshares.com/nbc-tv-entertainment-video-jay-leno-monologue-for-july-19-2013/

35. Brazil media coverage of Dr. Kiehl's laboratory, by Demétrio Rocha Pereira: http://zerohora.clicrbs.com.br/rs/geral/planeta-ciencia/noticia/2013/08/sob-o-imperio-do-cerebro-4235395.html & http://zerohora.clicrbs.com.br/rs/geral/planeta-ciencia/noticia/2013/08/neurocientistas-negam-capacidade-de-prever-futuro-com-mapeamento-cerebral-conhecimento-e-probabilistico-4235389.html

36. Brain Safe Project (http://brainsafeproject.com).  Press release. http://news.unm.edu/news/mind-research-network-and-unm-introduce-brain-safe-project-to-understand-and-minimize-concussions-on-ncaa-athletes

37. Brain Safe Project (www.brainsafeproject.com) press release picked up by over 300 news/media outlets.

38. http://www.newscastic.com/news/10-things-you-probably-dont-know-about-abq-1217881/

39. http://www.wired.com/2014/04/psychopath-brains-kiehl/

40. http://www.biographile.com/qa-psychopath-whisperer-dr-kent-a-kiehl-on-the-brains-of-maniacs/30934/

41. http://www.nbcnews.com/science/science-news/mapping-criminal-mind-n246031

42. http://www.slate.com/articles/health_and_science/science/2015/03/is_robert_durst_a_psychopath_hbo_s_the_jinx_subject_is_suspected_of_murder.html

43. http://www.unipi.it/index.php/unipieventi/event/2040-the-science-of-psychopaths

44. http://www.chicagotribune.com/news/local/breaking/ct-morgan-freeman-brian-dugan-met-20151223-story.html

45. http://www.popsci.com/can-your-genes-make-you-kill

46. https://www.sciencedaily.com/releases/2016/07/160713114945.htm

47. http://www.ilfattoquotidiano.it/2016/08/05/psicopatici-e-serial-killer-ecco-cosa-succede-nel-loro-cervello-un-archivio-per-studiare-e-prevenire-i-loro-crimini/2932651

48. Radio New Zealand Interview:
http://www.radionz.co.nz/audio/player?audio_id=201813430

49. National Geographic feature article on Kiehl lab.
http://www.nationalgeographic.com/magazine/2017/08/science-good-evil-charlottesville/

50. Dana Foundation website:
http://dana.org/News/Seeking_Clues_to_Criminality_in_the_Brain/

51. Megyn Kelly Show on NBC.  Dr. Kiehl featured with parents of kids with conduct disorder.  https://www.today.com/parents/what-conduct-disorder-kids-t125279

52. *All Sides with Ann Fisher,* National Public Radio (NPR) feature on psychopathy.   March 28, 2018.

53. A&E Real Crime Story.  https://www.aetv.com/real-crime/worst-serial-killer-experts-ted-bundy-green-river-killed-gary-ridgway-harold-shipman

54. https://www.themarshallproject.org/2018/08/14/a-dangerous-brain

55. https://thecrimereport.org/2018/08/15/can-neuroscience-play-a-role-in-criminal-justice-reform/

56. https://www.psypost.org/2018/08/new-neuroimaging-research-helps-explain-why-psychopaths-lie-effortlessly-51909

57. https://www.news.com.au/lifestyle/parenting/kids/how-to-tell-if-your-child-is-a-future-psychopath/news-story/7ce419a7ef282182217104a6e9a85920

58. https://www.today.com/parents/what-conduct-disorder-kids-t125279

59. https://www.psypost.org/2018/07/neuroimaging-study-suggests-psychopathy-linked-fundamentally-impaired-mechanisms-attention-51663

60. https://www.nzherald.co.nz/lifestyle/news/article.cfm?c_id=6&objectid=12009431

61. https://www.psychologytoday.com/us/articles/201906/what-makes-female-psychopaths-different

62. https://www.ow9.rassegnestampa.it/SistemaUniversitarioPisanoRassegnaStampa/PDF/2019/2019-07-22/2019072242754586.pdf

63. https://www.knowablemagazine.org/article/mind/2019/neuroscience-criminal-justice

64. https://www.scientificamerican.com/article/is-neurolaw-coming-soon-to-a-courtroom-near-you/

65.  https://www.searchlightnm.org/life-behind-bars

66. https://www.thefix.com/brain-criminal-and-courts

**PEER-REVIEWED PUBLICATIONS**

| Google Scholar Results (as of 07/01/2021): >200 Peer-reviewed publications | | | Web of Science ID: AAK-3290-2020 (as of 07/01/2021): 273 publications - includes abstracts |
|---|---|---|---|
| | **All** | **Since 2016** | **All** |
| **Citations** | 28,162 | 13,017 | 15,556 |
| **h-index** | 85 | 59 | 68 |
| **i10-index** | 208 | 198 | |

- **Student or trainee authors are listed in bold font.**

1. Levenson, M.R., Kiehl, K.A., & Fitzpatrick, C. (1995). Assessing psychopathic attributes in a noninstitutionalized population. *Journal of Personality and Social Psychology*, *68*, 151-158. PMID: 7861311

2. Kiehl, K. A., Smith, A. M., Forster, B.B., & Hare, R.D. (1995). Protocol for a functional MRI study of semantic and affective processing in psychopaths. *Issues in Criminological & Legal Psychology*, *24*, 84.

3. Forster, B.B., MacKay, A., Whittall, K. P., Kiehl, K.A., Smith, A.M., Liddle, P.F. & Hare, R.D. (1998). Functional MRI: The basics of the BOLD (blood oxygen level dependent) technique. *Canadian Journal of Radiology*, *49*, 320-329. PMID: 9803232

4. Kiehl, K.A., Hare, R.D., McDonald, J. J., & Brink, J. (1999). Semantic and affective processing in psychopaths: An event-related potential (ERP) study. *Psychophysiology*, *36*, 765-774. PMID: 10554590

5. Kiehl, K.A., Hare, R.D., Liddle, P.F. & McDonald, J.J. (1999). Reduced P300 responses in criminal psychopaths during a visual oddball task. *Biological Psychiatry*, *45*, 1498-1507. PMID: 10356633

6. Kiehl, K.A., Liddle, P.F., Smith, A.M., Mendrek, A. Forster, B.B., & Hare, R.D. (1999). Neural pathways involved in processing concrete and abstract words. *Human Brain Mapping*, *7*, 225-233. PMID: 10408766

7. Szymanski, M.D., Bain, D., Kiehl, K.A., Henry, K., Pennington, S., & Wong, S. (1999). Killer whale (Orcinas orcas) hearing: Auditory brainstem response (ABR) and behavioral audiograms. *Journal of the Acoustic Society of America*, *106*, 1134-1141. PMID: 10462816

8. McDonald, J.J., Ward, L.M., & Kiehl, K.A. (1999). An event-related brain potential analysis of inhibition of return. *Perception and Psychophysics*, *61*, 1411-1423.

9. Kiehl, K.A., Liddle, P.F., & Hopfinger, J.B. (2000). Error processing and the rostral anterior cingulate: An event-related fMRI study. *Psychophysiology*, *37*, 216-223**.** PMID: 10731771

10. Kiehl, K.A. **Smith, A.M.,** Liddle, P.F., & Hare, R.D. (2000).  An event-related potential investigation of response inhibition in schizophrenia and psychopathy. *Biological Psychiatry*, *48*, 210-221. PMID: 10924664

11. Liddle, P.F., Kiehl, K.A., & **Smith, A.M.** (2001). An event-related fMRI study of response inhibition. *Human Brain Mapping*, *12*, 100-109.

12. Kiehl, K.A., **Laurens, K.R., Duty, T.L.,** Forster, B.B., & Liddle, P.F. (2001). Neural sources involved in auditory target detection and novelty processing: An event-related fMRI study. *Psychophysiology*, *38*, 133-142. PMID: 11321614

13. Kiehl, K.A. & Liddle, P.F. (2001).  An event-related functional magnetic resonance imaging study of an auditory oddball task in schizophrenia. *Schizophrenia Research*, *48*, 159-171. PMID: 11295369

14. Kiehl, K.A., **Smith, A.M.,** Hare, R.D., Forster, B.B., & Liddle, P.F. (2001). Limbic abnormalities in affective processing in criminal psychopaths as revealed by functional magnetic resonance imaging. *Biological Psychiatry*, *50*, 677-684. PMID: 11704074

15. Kiehl, K.A., **Laurens, K.R., Duty, T.L.,** Forster, B.B., & Liddle, P.F. (2001). An event-related fMRI study of visual and auditory oddball tasks. *Journal of Psychophysiology*, *21*, 221-240.

16. **Desjardins, A**., Kiehl, K.A., & Liddle, P.F. (2001). Removal of confounding effects of global signal in functional MRI analyses. *NeuroImage*, *13*, 751-758.  PMID: 11305902

17. **Vouloumanos, A**., Kiehl, K.A., Werker, J. F., & Liddle, P.F. (2001). Detection of sounds in the auditory stream: fMRI evidence for differential activation to speech vs. non-speech.  *Journal of Cognitive Neuroscience*, *13*, 994-1005. PMID: 11595101

18. **Bates, A.T.,** Kiehl, K.A., **Laurens, K.R**., & Liddle, P.F. (2002). Error-related negativity and correct response negativity in schizophrenia.  *Clinical Neurophysiology*, *113*, 1454-63. PMID: 12169328

19. Ngan, E.T.C., **Bates, A.T.,** Power, Y**., Laurens, K.R.,** Kiehl, K.A., & Liddle, P.F. (2002). Decreased BOLD activation in right heteromodal association cortex in patients with schizophrenia during error detection*. Schizophrenia Research (Supplement), 52,* 212.

20. Ngan, E.T.C., Stip, E., **Whitman, J.,** Kiehl, K.A., & Liddle, P.F. (2002).  No changes in P300 amplitude or latency following acute administration to the alpha-1 agonist modafinil. *Schizophrenia Research (Supplement), 52,* 212.

21. **Bates, A.T.,** Liddle, P.F., Kiehl, K.A., & Ngan, E.T.C. (2002).  Increased amplitude of caudal error related negativity and positivity potentials during the performance of an error detection task in acutely ill patients following 6 weeks' treatment with neuroleptics. *Schizophrenia Research (Supplement), 52,* 219.

22. Kiehl, K.A., **Laurens, K.R.** & Liddle, P.F. (2002). Reading anomalous sentences: An event-related fMRI study of semantic processing. *NeuroImage*, *17*, 842-850. PMID: 12377158

23. Kiehl, K.A. & Liddle, P.F. (2003). Reproducibility of the hemodynamic response to auditory oddball stimuli: A six week test-retest study. *Human Brain Mapping*, *18*, 42-52. PMID: 12454911

24. **Laurens, K.R.,** Ngan, E.T.C., **Bates, A.T.,** Kiehl, K.A., & Liddle, P.F. (2003). Rostral anterior cingulate cortex dysfunction during error processing in schizophrenia. *Brain*, *126*, 610-622. PMID: 12566282

25. Bolla, K.I., Eldreth, D.A., London, E.D., Kiehl, K.A., Mouratidis, M., Contoreggi, C., Kurian, V., Cadet, J-L., Kimes, A.S., Funderburk, F.R., & Ernst, M. (2003). Orbitofrontal cortex dysfunction in abstinent cocaine abusers performing a decision-making task. *Neuroimage*, *19*, 1085-94. PMID: 12880834 PMCID: PMC2767245

26. Kiehl, K.A., Smith, A.M., Mendrek, A., Forster, B.B., Hare, R.D., & Liddle, P.F. (2004). Temporal lobe abnormalities in semantic processing by criminal psychopaths as revealed by functional magnetic resonance imaging. *Psychiatry Research: Neuroimaging*, *130*, 27-42. PMID: 15209063 PMID: 14972366 (republished)

27. Calhoun, V.D., Kiehl, K. A., Liddle, P. F. & Pearlson, G. D. (2004). Aberrant localization of synchronous hemodynamic activity in auditory cortex reliably characterizes schizophrenia. *Biological Psychiatry*, *55*, 842-849. PMID: 15050866  PMCID: PMC2771440

28. Calhoun, V. D., **Stevens, M. C.,** Pearlson, G. D., & **Kiehl, K.A.** (2004). fMRI analysis with the General Linear Model: Removal of latency-bias by incorporation of hemodynamic derivative terms.  *NeuroImage*, *22*, 252-257.  PMID: 15110015

29. Mendrek, A., Laurens, K.R., Kiehl, K.A., Ngan, E.T.C., Stip, E., and Liddle, P.F. (2004). Changes in distributed neural circuitry function patients with first episode schizophrenia during test-retest of a working memory task. *British Journal of Psychiatry*, *185*, 205-214. PMID: 15339824

30. Bolla, K.I., Ernst, M., Kiehl, K.A., Mouratidis, M., Eldreth, D.A., Contereggi, C., Matochik, J., Kurian, M.S., Cadet, J.L., Kimes, A.S., Funderburk, F. & London, E.D. (2004). Prefrontal cortical dysfunction in abstinent cocaine abusers. *Journal of Neuropsychiatry and Clinical Neuroscience*, *16*, 456-464. PMID: 15616172  PMCID: PMC2771441

31. **Bates, A.T**., Liddle, P.F., Kiehl, K.A., & Ngan, E.T.C. (2004). State dependent changes in error monitoring in schizophrenia. *Journal of Psychiatry Research*, *38*, 347-56.  PMID: 15003441

32. Laurens, K. R., Kiehl, K. A., & Liddle, P. F. (2005). A supramodal limbic-paralimbic-neocortical network supports goal-directed stimulus processing.  *Human Brain Mapping*, *24*, 35-49. PMID: 15593271

33. **Maltby, N.,** Tolin, D.F., **Worhunsky, P., O'Keefe, T. M.,** & Kiehl, K. A. (2005). Dysfunctional action monitoring hyper-activates frontal-striatal circuits in obsessive-compulsive disorder: An event-related fMRI study.  *NeuroImage*, *24*, 495-503. PMID: 15627591

34. Mendrek, A., Kiehl, K.A., Smith, A. M., Irwin, D., Forster, B.B., & Liddle, P.F. (2005). Dysfunction of a distributed neural circuitry in schizophrenic patients during working memory performance. *Psychological Medicine*, *35*, 187-196. PMID: 15841676

35. Calhoun, V.D., Adali, T., **Stevens, M. C.,** Kiehl, K.A. & Pekar, J.J. (2005). Semi-blind ICA of fMRI: A method for utilizing hypothesis-derived time courses in a spatial ICA analysis. *NeuroImage*, *25*, 527-538. PMID: 15784432

36. Kiehl, K.A., **Stevens, M.C.,** Laurens, K.R., Pearlson, G.P., Calhoun, V.D., & Liddle, P F. (2005). An adaptive reflexive processing model of neurocognitive function:  Supporting evidence from a large scale (n=100) fMRI study of an auditory oddball task. *NeuroImage*, *25*, 899-915.  PMID: 15808990

37. Kiehl, K. A., **Stevens, M.C., Celone, K.,** Kurtz, M. & Krystal, J.H. (2005). Abnormal hemodynamics in schizophrenia during an auditory oddball task. *Biological Psychiatry*, *57*, 1029-1040.  PMID: 15860344 PMCID: PMC2771438

38. Laurens, K.R., Kiehl, K.A., Ngan, E.T.C, & Liddle, P.F. (2005). Attention orienting dysfunction during salient novel stimulus processing in schizophrenia. *Schizophrenia Research, 75*, 159-171. PMID: 15885507

39. **Stevens, M.C.,** Calhoun, V.D., & Kiehl, K.A. (2005).  Hemispheric differences in hemodynamics elicited by auditory oddball stimuli. *NeuroImage*, *26*, 282-292.  PMID: 15955488 PMCID: PMC2759643

40. **Stevens, M.C.,** Calhoun, V.D., & Kiehl, K.A. (2005). fMRI in an oddball task:  Effects of target-to-target interval. *Psychophysiology*, *42*, 636-642. PMID: 16364059

41. Kiehl, K.A., **Bates, A. T**., Laurens, K. R. & Liddle, P F. (2006). Psychopathy and semantic processing: An examination of the N400. *Personality and Individual Differences, 40*, 293-304.

42. Calhoun, V.D., Adali, T., **Giuliani, N.R.,** Pekar, J.J., Kiehl, K.A., & Pearlson, G.D. (2006). Method for multimodal analysis of independent source differences in schizophrenia: Combining gray matter structural and auditory oddball functional data.  *Human Brain Mapping*, *27*, 47-62. PMID: 16108017

43. Calhoun, V.D., Adali, T., Pearlson, G.D., & Kiehl, K.A. (2006). Neuronal chronometry of target detection: Fusion of hemodynamic and event-related potential data. *Neuroimage*, *30*, 544-553. PMID: 16246587

44. Kiehl, K.A. (2006). A cognitive neuroscience perspective on psychopathy: Evidence for paralimbic system dysfunction. *Psychiatry Research*, *142*, 107-128. PMID: 16712954 PMCID: PMC2765815

45. **Stevens, M.C.**, Laurens, K. R., Liddle, P.F. & Kiehl, K.A. (2006). The hemodynamics of oddball processing during single-tone and two-tone target detection tasks. *International Journal of Psychophysiology*, *60*, 292-303.  PMID: 16213043 PMCID: PMC2766532

46. Kiehl, K.A., Bates, A.T., Laurens, K. R. Hare, R.D., & Liddle, P.F. (2006). Brain potentials implicate temporal lobe abnormalities in criminal psychopaths. *Journal of Abnormal Psychology*, *115*, 443-453. PMID: 16866585

47. Calhoun, V.D., Adali, T, Kiehl, K.A., Astur, R., Pekar, J.J. & Pearlson, G.D. (2006). A method for multi-task data fusion applied to schizophrenia. *Human Brain Mapping*, *27*, 47-62.

48. **Most, S.B.,** Chun, M.M., **Johnson, M.R.** & Kiehl, K.A. (2006). Attentional modulation of the amygdala varies with personality. *NeuroImage*, *31*, 934-44. PMID: 16492400

49. Liddle, P.F., Laurens, K.R., & Kiehl, K.A., & Ngan, E.T.C. (2006). Abnormal function of the brain system supporting motivated attention in medicated patients with schizophrenia: An fMRI study. *Psychological Medicine*, *36*, 1097-1108. PMID: 16650349

50. **Johnson, M.R.,** Morris, N.A., Astur, R.S., Calhoun, V.D., Mathalon, D.H., Kiehl, K.A., & Pearlson, G.D. (2006). An fMRI study of working memory abnormalities in schizophrenia. *Biological Psychiatry*, *60*, 11-21.

51. **Reis, D. L., Brackett, M.A., Shamosh, N.A.**, Kiehl, K.A., Salovey, P., & Gray, J.R. (2007).  Emotional Intelligence predicts individual differences in social exchange reasoning. *Neuroimage*, *35*, 1385-1391.  PMID: 17331743

52. **Garrity, A.G.,** Pearlson, G.D., **McKiernan, K.,** Lloyd, D., Kiehl, K.A., & Calhoun, V.D. (2007). Aberrant 'default mode' functional connectivity in schizophrenia. *American Journal of Psychiatry, 164*, 450-457. PMID: 17329470

53. **Stevens, M.C.,** Kiehl, K.A., Pearlson, G.D., & Calhoun, V.D. (2007) Functional neural circuits for mental timekeeping. *Human Brain Mapping*, 28, 394-408.  PMID: 16944489

54. **Hejnar, M.P.,** Kiehl, K.A., & Calhoun, V.D. (2007). Interparticipant correlations: A model free fMRI analysis technique. *Human Brain Mapping, 28,* 860-867. PMID: 17133393

55. **Stevens, M.C.,** Kiehl, K.A., Pearlson, G.D., & Calhoun, V.D. (2007). Functional neural networks underlying response inhibition in adolescents and adults. *Behavioral Brain Research, 181,* 12-22. PMID: 17467816 PMCID: PMC2266817

56. **Stevens, M.C.,** Pearlson, G.D., & Kiehl, K.A. (2007). An fMRI auditory oddball study of combined-subtype attention deficit hyperactivity disorder.  *American Journal of Psychiatry, 164,* 1737-1749. PMID: 17974940

57. **Kim, D.,** Pearlson, G.D., Kiehl, K.A., Bedrick, E., Demicri, O., & Calhoun, V.D. (2008). A method for multi-group inter-participant correlation: Abnormal synchrony in patients with schizophrenia during auditory target detection.  *Neuroimage, 39,* 1129-41. PMID: 17996465 PMCID: PMC2751604

58. Dien, J., Franklin, M.S., Michelson, C.A., Lemen, L.C., Adams, C.L., & Kiehl, K.A. (2008). fMRI characterization of the language formulation area.  *Brain Research, 1229,* 179-192. PMID: 18639536

59. **Shane, M.S., Stevens, M.C., Harenski, C.L.,** & Kiehl, K.A. (2008). Neural correlates of the processing of another's mistakes: A possible underpinning for social and observational learning. *NeuroImage, 42*, 450-459. PMID: 18534868 PMCID: PMC2593145

60. **Demirci, O.,** Clark, V.P., Magnotta, V.A., Andreasen, N.C., Lauriello, J., Kiehl, K.A., Pearlson, G.D., & Calhoun, V.D. (2008). A review of challenges in the use of fMRI for disease classification/characterization and a projection pursuit application from multi-site fMRI schizophrenia study. *Brain Imaging and Behavior, 2*, 207-226. PMID: 19562043 PMCID: PMC2701746

61. **Schaich Borg, J.,** Lieberman, D., & Kiehl, K.A. (2008). Infection, incest, and iniquity: Neural correlates of disgust and morality. *Journal of Cognitive Neuroscience*, *20*, 1529-1546. PMID: 18345982

62. Calhoun, V.D., Kiehl, K.A., & Pearlson, G.D. (2008). Modulation of temporally coherent brain networks estimated using ICA at rest and during cognitive tasks. *Human Brain Mapping, 29*, 828-838. PMID: 18438867 PMCID: PMC2649823

63. Calhoun, V.D., Maciejewski, P.K., Pearlson, G.D., & Kiehl, K.A. (2008). Temporal lobe and 'default' hemodynamic brain modes discriminate between schizophrenia and bipolar disorder. *Human Brain Mapping, 29*, 1265-1275.   PMID: 17894392 PMCID: PMC2665178

64. **Kim, D.,** Burge, J., Lane, T., Pearlson, G.D**., Kiehl, K.A.,** & Calhoun, V.D. (2008). Hybrid ICA-Bayesian network approach reveals distinct effective connectivity differences in schizophrenia. *NeuroImage, 42*, 1560-1568. PMID: 18602482 PMCID: PMC2566775

65. **Meda, S.A.,** Bhattarai, M., Morris, N.A., Astur, R.S., Calhoun, V.D., Mathalon, D.H., Kiehl, K.A., Pearlson, G.D. (2008) An fMRI study of working memory in first-degree unaffected relatives of schizophrenia patients. *Schizophrenia Research*, *104*, 85-95. PMID: 18678469 PMCID: PMC2577216

66. **Harenski, C.L., Antonenko, O., Shane, M.S.,** Kiehl, K.A. (2008). Gender differences in neural mechanisms underlying moral sensitivity. *Social Cognitive and Affective Neuroscience*, *3*, 313-321. PMID: 19015084 PMCID: PMC2607058

67. Tolin, D.F., Kiehl, K.A., **Worhunsky, P., Book, G.A., & Maltby, N.** (2009). An exploratory study of the neural mechanisms of decision making in compulsive hoarding. *Psychological Medicine, 39,* 325-336. PMID: 18485263

68. **Liu, J.,** Kiehl, K.A., Pearlson, G.D., Perrone-Bizzozero, N.I., Eichele, T., & Calhoun V.D. (2009). Genetic determinants of target and novelty-related event-related potentials in the auditory oddball response. *NeuroImage*, *46*, 809-816. PMID: 19285141 PMCID: PMC2676714

69. **Shane, M.S., Stevens, M.C., Harenski, C.L.,** & Kiehl, K.A. (2009). Double dissociation between perspective-taking and empathic-concern as predictors of hemodynamic

response to another's mistakes. *Social, Cognitive and Affective Neuroscience, 4*, 111-118. PMID: 19244454 PMCID: PMC2686223

70. **Bates, A.T,** Kiehl, K.A., Laurens, K.R., & Liddle, P.F. (2009). Low-frequency EEG oscillations associated with information processing in schizophrenia. *Schizophrenia Research*, *115*, 222-230. PMID: 19850450

71. **Harenski, C.L., Antonenko, O., Shane, M. S.,** & Kiehl, K.A. (2010). A functional imaging investigation of moral deliberation and moral intuition. *Neuroimage, 49*, 2707-2716. PMID: 19878727

72. **Arja, S. K., Feng, Z., Chen, Z.,** Caprihan, A., Kiehl, K. A., Adali, T., & Calhoun, V.D. (2010). Changes in fMRI magnitude data and phase data observed in block-design and event-related tasks. *Neuroimage*, *49*, 3149-3160. PMID: 19900561 PMCID: PMC2848493

73. **Aikins, D. E., Anticevic, A.,** Kiehl, K.A., & Krystal, J.H. (2010). Sex-related differences in amygdala activity influences immediate memory. *NeuroReport*, 21(4), 273-276. PMID: 20093991

74. **Harenski, C.L.,** & Kiehl, K.A. (2010). Reactive aggression in psychopathy and the role of frustration: Susceptibility, experience, and control. *British Journal of Psychology*, 101, 401-406. PMID: 19807945

75. Brody, R. & Kiehl, K.A. (2010). From white-collar crime to red-collar crime. *Journal of Financial Crime*, *17*, 351-364.

76. **Sakoglu, U.,** Pearlson, G. D., Kiehl, K.A., Wang, Y. M., Michael, A.M., & Calhoun, V.D. (2010). A method for evaluating dynamic functional network connectivity and task-modulation: Application to schizophrenia. *MAGMA, 23,* 351-66. *PMID: 20162320 PMCID: PMC2891285*

77. **Joshi, S.,** Karthikeyan, S., Manjunath, B.S., Grafton, S., & Kiehl, K.A. (2010). Anatomical parts-based regression using non-negative matrix factorization. *IEEE Conference on Computer Vision and Pattern Recognition*, 13-18.

78. Calhoun, V.D., Wu, L., Kiehl, K.A., Eichele, T., & Pearlson, G.D. (2010). Aberrant processing of deviant stimuli in schizophrenia revealed by fusion of fMRI and EEG data. *Acta Neuropsychiatrica*, *22*, 127-138. PMID: 21331320 PMCID: PMC3038634

79. **Ermer, E.** & Kiehl, K.A. (2010). Psychopaths are impaired in social exchange and precautionary reasoning. *Psychological Science, 21, 1399-1405.* PMID: 20855897 PMCID: PMC3042879

80. **Harenski, C.L.,** Harenski, K.A., **Shane, M.S.,** & Kiehl, K.A. (2010). Aberrant neural processing of moral violations in criminal psychopaths. *Journal of Abnormal Psychology*, 119, 863-874. PMID: 21090881

81. **Nadelhoffer, T.,** Bibas, S., Grafton, S., Kiehl, K.A., Mansfield, A., Sinnott-Armstrong, W., & Gazzaniga, M.  (2010). Neuroprediction, violence and the law: Setting the stage. *Neuroethics, 1-33.*

82. **Cope, L.M., Schaich Borg, J., Harenski, C.L.,** Sinnott-Armstrong, W., Lieberman, D. Nyalakanti, P.K., Calhoun, V.D., & Kiehl, K.A**.** (2010). Hemispheric asymmetries during processing of immoral stimuli.  *Frontiers in Evolutionary Neuroscience*, 2, 1-14. PMID: 21344009 PMCID: PMC3034229

83. **Swanson, N.,** Eichele, T., Pearlson, G.D., Kiehl, K.A. & Calhoun, V.D. (2011). Lateral differences in the default mode network in healthy controls and schizophrenia patients. *Human Brain Mapping*, 32, 654-64. PMID: 21391254 PMCID: PMC3056084

84. **Harenski, C.L.** & Kiehl, K.A. (2011). Emotion and morality in psychopathology. *Emotion Review, 3, 299-301.*

85. Kiehl, K.A., & Hoffman, M.B. (2011). The criminal psychopath: History, neuroscience and economics. *Jurimetrics: The Journal of Law, Science, and Technology, Summer 2011, 355-397.*

86. **Claus, E.D.,** Kiehl, K.A., & Hutchison, K.E. (2011). Neural and behavioral mechanisms of impulsive choice in alcohol use disorder.  *Alcoholism: Clinical and Experimental Research, 35:* 1209-1219.

87.  **Allen, E.,** Erhardt, E., Damaraju, E., Gruner, W., Segall, J., Silva, R., Havlicek, M., Rachakonda, S., Fries, J., Kalyanam, R., Michael, A., Turner, J., Eichele, T., Adelsheim, S., Bryan, A., Bustillo, J., Clark, V., Feldstein, S., Filbey, F.,  Ford, C., Hutchison, K., Jung, R., Kiehl, K.A., Kodituwakku, P., Komesu, Y., Mayer, A., Pearlson, G.D., Phillips, J., Sadek, J., Stevens, M., Teuscher, U., Thoma, R.J., & Calhoun, V.D. (2011).  A baseline for the multivariate comparison of resting state networks. *Frontiers in Systems Neuroscience, 5* (2), 1-23. PMID: 21442040  PMCID: PMC3051178

88. **Schaich Borg, J.,** Sinnott-Armstrong, W., Calhoun, V.D. & Kiehl, K.A. (2011).  Neural basis of moral verdict and moral deliberation. *Social Neuroscience, 6 (4),* 398-413. PMID: 21590588 PMCID: PMC3176943

89. **Aharoni, E., Antonenko, O**, & Kiehl, K.A**.** (2011). Disparities in the moral values of adult criminal offenders: The role of psychopathy. *Journal of Personality Disorders, 45,* 322–327.

90. **Shannon, B.J.,** Raichle, M.E., Snyder, A.Z., Fair, D.A., Mills, K.L., Zhang, D., Bache, K., Calhoun, V.D., Nigg, J.T., Nagel, B.J., Stevens, A.A. & Kiehl, K.A. (2011). Premotor functional connectivity predicts impulsivity in juvenile offenders.  *Proceedings of the National Academy of Science (PNAS), 1-5 (early edition).*   PMID: 21709236 PMCID: PMC3131347

91. **Allen, E., Liu, J.,** Kiehl, K.A., Gelernter, J., Pearlson, G.D., Perrone-Bizzozerod, N.I., & Calhoun, V.D. (2011). Components of cross-frequency modulation in healthy and disease. *Frontiers in System Neuroscience, 5* (Article 59), 1-16.  PMID: 21808609 PMCID: PMC3139214

92. **Yu, Q., Sui, J., Rachakonda, S., He, H., Gruner, W.,** Pearlson, G.D., Kiehl, K.A., & Calhoun, V.D. (2011). Altered topological properties of functional network connectivity in schizophrenia during resting state: A small-world brain network study. *PLoS ONE*, 6 (9), 1-12. PMID: 21980454 PMCID: PMC3182226

93. Shoemaker, J.M., Holdsworth, M.T., Aine, C., Calhoun, V.D., de La Garza, R., Feldstein Ewing, S.W., Hayek, R., Mayer, A.R., Kiehl, K.A., Petree, L.E., Sanjuan, P., Scott, A., Stephen, J., & Phillips, J.P. (2011). A practical approach to incidental findings in neuroimaging research. *Neurology,* 77, 2123-2127. *PMID: 22131543 PMCID: PMC3235350*

94. **Motzkin, J.,** Newman, J.P., Kiehl, K.A., & Koenigs, M. (2011). Reduced prefrontal connectivity in psychopathy. *Journal of Neuroscience,* 31(48), 17348-17357. PMID: 22131397 PMCID: PMC3311922

95. **Khullar, S., Michael, A.M., Cahill, N.D.,** Kiehl, K.A., Pearlson, G., Baum, S.A., & Calhoun, V.D. (2011). ICA-fNORM: Spatial normalization of fMRI data using intrinsic group-ICA. *Frontiers in Systems Neuroscience,* 5 (Article 93), 1-18. 1. PMID: 22110427 PMCID: PMC3218372

96. **Aharoni, E.,** Sinnott-Armstrong, W., & Kiehl, K.A. (2012). Can psychopathic offenders discern moral wrongs? A new look at the Moral/Conventional distinction. *Journal of Abnormal Psychology*, 121 (2), 484-497.  PMID: 21842959 PMCID: PMC3397660

97. **Edwards, B.,** Calhoun, V.D., & Kiehl, K.A. (2012). Joint ICA of ERP and fMRI during error-monitoring. *Neuroimage, 59,* 1896–1903. PMID: 21930218 PMCID: PMC3230687

98. **Harenski, C.L.,** Harenski, K.A., **Shane, M.S.,** & Kiehl, K.A. (2012). Neural development of mentalizing in moral judgment from adolescence to adulthood. *Developmental Cognitive Neuroscience,* 2, 162–173. PMID: 22267967 PMCID: PMC3259704

99. **Harenski, C. L.,** Thornton, D. M., Harenski, K. A., Decety, J., & Kiehl, K. A. (2012). Increased fronto-temporal activation during pain observation in sexual sadism: Preliminary findings. *Archives of General Psychiatry,* 69, 283-292. PMID: 22393220

100. Calhoun, V.D., **Sui, J.,** Kiehl, K.A., Turner, J., **Allen, E.,** & Pearlson, G.D. (2012). Exploring the psychosis connectome: Default mode regions serve as hub to other intrinsic networks in schizophrenia and bipolar disorder.  *Frontiers in Neuropsychiatric Imaging and Stimulation,* 1 (Article 75), 1-13.  PMID: 22291663 PMCID: PMC3254121

101. **Ermer, E., Cope, L.M.,** Nyalakanti, P.K., Calhoun, V.D., & Kiehl, K.A. (2012).  Aberrant paralimbic gray matter in criminal psychopathy. *Journal of Abnormal Psychology*, 121 (3), 649-658.  PMID: 22149911

102. **Anderson, N.E.** & Kiehl, K.A. (2012). The psychopath magnetized: Insights from brain imaging. *Trends in Cognitive Science (TICS), 16,* 52-60. PMID: 22177031

103. **Ermer, E.  Kahn, R.,** Salovey, P. & Kiehl, K.A. (2012). Emotional intelligence in incarcerated men with psychopathic traits.  *Journal of Personality and Social Psychology*, 103 (1), 194-204. PMID: 22329657 PMCID: PMC3378803

104. **Yu, Q., Plis, S.M., Erhardt, E.B., Allen, E.A.,** Kiehl, K.A., Pearlson, G.D., & Calhoun, V.D. (2012). Modular organization of functional network connectivity in healthy controls and patients with schizophrenia during the resting state. *Frontiers in Systems Neuroscience,* 5, (103), 1-16. PMID: 22275887 PMCID: PMC3257855

105. **Fink, B.C., Tant, A., Tremba, K.,** & Kiehl, K.A. (2012). Assessment of psychopathic traits in an incarcerated adolescent sample: A methodological comparison. *Journal of Abnormal Child Psychology,* 40 (6), 971-986. PMID: 22450599

106. **Ly, M, Kirk, G.R.,** Newman, J.P., Kiehl, K.A., & Koenigs, M.  (2012). Cortical thinning in psychopathy. *American Journal of Psychiatry,* 169 (7), 684-687. PMID: 22581200 PMCID: PMC3815681

107. **Baskin-Sommers, A.R.,** Curtin, J.J, Larson, C.L., Stout, D, Kiehl, K.A. & Newman, J.P. (2012). Characterizing the anomalous cognition-emotion interactions in externalizing.  *Biological Psychology,* 91 (1), 48-58. PMID: 22579718 PMCID: PMC3407296

108. **Du, W., Li, H.,** Calhoun, V.D., Ma, S., Eichele, T., Kiehl, K.A., Pearlson, G.D., & Adali, T. (2012). High classification accuracy for schizophrenia with rest and task fMRI data*. Frontiers in Human Neuroscience,* 6, 145, 1-12. PMID: 22675292 PMCID: PMC3366580

109. **Sui, J., He, H.,** Pearlson, G.D., Adali, T., Kiehl, K.A., Yu, Q., & Calhoun, V.D. (2012). Three-Way (N-way) fusion of brain imaging data based on mCCA+jICA and its application to discriminating schizophrenia. *Neuroimage, 66,* 119-132. *PMID: 23108278 PMCID: PMC3897558*

110. **Cope, L.M., Shane, M.S., Segall, J.M.,** Nyalakanti, P.K., **Stevens, M.S.,** Pearlson, G.D., Calhoun, V.D., & Kiehl, K.A. (2012). Examining the effect of psychopathic traits on gray matter volume in a community substance abuse sample.  *Psychiatry Research: Neuroimaging, 204, 91-100.* PMID: 23217577 PMCID: PMC3536442

111. **Segall, J., Allen, E.A.,** Jung, R.E., Erhardt, E., Arja, S., Kiehl, K.A., & Calhoun, V.D. (2012). Correspondence between structure and function in the human brain at rest. *Frontiers in Neuroinformatics, 6,* 1-17.

112. **Juarez, M.,** Kiehl, K.A., & Calhoun, V.D. (2012/3). Intrinsic limbic and paralimbic networks are associated with criminal psychopathy. *Human Brain Mapping, 34,* 1921-1930. PMID: 22431294. Epub 2012, March 19.

113. **Arbabshirani, M. R., Havlicek, M.,** Kiehl, K.A., Pearlson, G.D., & Calhoun, V.D. (2013) Functional network connectivity during rest and task conditions: A comparative study. *Human Brain Mapping, 34, 2959-2971. PMID: 22736522 PMCID: PMC3524389*

114. Decety, J., **Skelly, L.R.,** & Kiehl, K.A. (2013). Brain response to empathy-eliciting scenarios in incarcerated psychopaths. *Archives of General Psychiatry, 70,* 638-645. PMID: 23615636 PMCID: PMC3914759

115. **Ermer, E. Cope, L.M.**, Nyalakanti, P.K., Calhoun, V.D., & Kiehl, K.A. (2013). Aberrant paralimbic gray matter in incarcerated male adolescents with psychopathic traits. *Journal of the American Academy of Child and Adolescent Psychiatry, 52,* 94-103. PMID: 23265637 PMCID: PMC3549663

116. **Aharoni, E**. & Kiehl, K.A. (2013). Evading justice: Quantifying criminal success in incarcerated psychopathic offenders. *Criminal Justice and Behavior, 40,* 629-645.

117. **Yu, Q., Sui, J., Liu, J., Plis, S.M.,** Kiehl, K.A., Pearlson, G.D., & Calhoun, V.D. (2013). Disrupted correlation between low frequency power and connectivity strength of resting state brain networks in schizophrenia. *Schizophrenia Research, 143*, 165-171. *PMID: 23182443 PMCID: PMC3540119*

118. **Christodoulou, A.G.,** Kiehl, K.A., Feldstein Ewing, S.W., Bryan, A.D., & Calhoun, V.D. (2013). A quality control method for detecting and suppressing uncorrected residual motion in fMRI studies. *Magnetic Resonance Imaging, 15,* 707-717. *PMID: 23290482 PMCID: PMC3648631*

119. **Aharoni, E., Vincent, G., Harenski, C.,** Calhoun, V.D., Sinnott-Armstrong, W., Gazzaniga, M.S., & Kiehl, K.A. (2013). Neuroprediction of future re-arrest. *Proceedings of the National Academy of Science (PNAS)*, 110 (15), 6223-6228.

120. **Schaich Borg, J., Kahn, R.E.,** Sinnott-Armstrong, W., Kurzban, R., Robinson, P.H., & Kiehl, K.A. (2013). Subcomponents of psychopathy have opposing contributions to punishment judgments. *Journal of Personality and Social Psychology, 105,* 667-687. PMID: 23834639

121. Larson, C.L., **Baskin-Sommers, A.R.,** Stout, D.M., Balderston, N.L., Schultz, D.H., Curtin, J.J., Kiehl, K.A., & Newman, J.P. (2013). The interplay of attention and emotion: Top-down attention modulates amygdala activation in psychopathy. *Cognitive, Affective, & Behavioral Neuroscience, 13,* 757-770. *PMID: 23712665 PMCID: PMC3806893*

122. **Steele, V., Aharoni, E., Munro, G.E.,** Calhoun, V.D., Nyalakanti, P., Stevens, M.S., Pearlson, G.D., & Kiehl, K.A. (2013). A large scale (n=102) functional neuroimaging study of response inhibition and error-processing. *Behavioral Brain Research, 268, 127-138. PMID: 23756137*

123. Kiehl, K.A. & **Lushing, J.** (2014).  Psychopathy.  *Scholarpedia.  A peer-reviewed encyclopedia.*  www.scholarpedia.org/article/Psychopathy

124. **Arbabshirani, M.,** Kiehl, K.A., Pearlson, G.D., & Calhoun, V.D. (2013). Classification of schizophrenia patients based on resting-state functional network connectivity. *Frontiers in Brain Imaging Methods, 7, 1-16.* PMID: 23966903 PMCID: PMC3744823

125. Decety, J., **Chen, C., Harenski, C.L.,** & Kiehl, K.A. (2013).  An fMRI study of affective perspective taking in individuals with psychopathy: Imagining another in pain does not

evoke empathy. *Frontiers in Human Neuroscience, 7, (489), 1-12. 489-* PMID: 24093010 PMCID: PMC3782696

126. **Fryer, S.L., Woods, S.W.,** Kiehl, K.A., Calhoun, V.D., Pearlson, G.P., Roach, B.J., Ford, J.M., Srihari, V.H., McGlashan, T.H. & Mathalon, D.H. (2013). Deficient suppression of default mode regions during working memory in individuals with early psychosis and at clinical high-risk for psychosis. *Frontiers in Schizophrenia, 4, 92-* PMID: 24032017 PMCID: PMC3768116

127. Clark, V.P., **Beatty, G., Anderson, R.E.,** Kodituwakku, P., Phillips, J., Lane, T.D.R., Kiehl, K.A, Calhoun, V.D. (2014). Reduced fMRI activity predicts relapse in patients recovering from stimulant dependence. *Human Brain Mapping, 35,* 414-428. *PMID: 23015512*

128. Saks, M.J., Schweitzer, N.J., **Aharoni, E**., & Kiehl, K.A. (2014). The impact of neuroimages in the sentencing phase of capital trials. *Journal of Empirical Legal Studies,* 11 (1), 105-131. PMID: 22213023

129. **Steele, V.R., Fink, B.C., Mauer, J.M., Arabshirani, M.R**., Wilber, C.H., Jaffe, A.J., **Sidz, A.**, Pearlson, G.D., Stevens, M.C., Calhoun, V.D., Clark, V.P., & Kiehl, K.A. (2014). Brain potentials measured during a Go/No Go task predict completion of substance abuse treatment. *Biological Psychiatry, 76, 75-83.* PMID: 24238783

130. **Cope, L.M., Ermer, E.,** Nyalakanti, P.K., Calhoun, V.D., & Kiehl, K.A. (2014). Paralimbic gray matter reductions in incarcerated adolescent females with psychopathic traits. *Journal of Abnormal Child Psychology, 42,* 659-668.

131. **Yu, Q., Sui, J.,** Kiehl, K.A., Pearlson, G.D., & Calhoun, V.D. (2013). State-related functional integration and functional segregation brain networks in schizophrenia. *Schizophrenia Research, 150, 450-458. PMID: 24094882 PMCID: PMC3839349*

132. **Castro, E., Gomez-Verdejo, V.,** Martinez-Ramon, M., Kiehl, K.A. & Calhoun, V.D. (2014). A multiple kernel learning approach to perform classification of groups from complex-valued fMRI data analysis: Application to schizophrenia. *Neuroimage, 87, 1-17. PMID: 24225489*

133. Decety, L., **Skelly, L. R., Yoder, K. J.,** & Kiehl, K.A. (2014). Neural processing of dynamic facial expressions of emotion in psychopaths. *Social Neuroscience, 9, 36-49. PMID: 24359488*

134. **Motzkin, J.C., Baskin-Sommers, A.,** Newman, J.P., Kiehl, K.A., Koenigs, M. (2014). Neural correlates of substance abuse: Reduced functional connectivity between areas underlying reward and cognitive control. *Human Brain Mapping*, 35, 4282-4292. PMID: 24510765

135. **Cope, L.M., Vincent, G.M., Jobelius, J.L.,** Nyalakanti, P.K., Calhoun, V.D. & Kiehl, K.A. (2014). Psychopathy modulates brain's response to drug cues in incarcerated offenders. *Frontiers in Human Neuroscience, 8, 1-16.*

136. **Aharoni, E.,** Mallett, J., **Vincent, G.M.**, **Harenski, C.L.,** Calhoun, V.D., Sinnott-Armstrong, W., Gazzaniga, M.S. & Kiehl, K.A. (2014). Predictive accuracy in the neuroprediction of rearrest. *Social Neuroscience,* 1-5.

137. Gaudet, L.M., **Lushing, J.R.,** & Kiehl, K.A. (2014). Functional magnetic resonance imaging in court. *AJOB Neuroscience,* 5 (2), 43-45.

138. **Cope, L.M., Ermer, E.,** Gaudet, L.M., Eckhardt, A.L., Caldwell, M.F., Calhoun, V.D. & Kiehl, K.A. (2014*).* Abnormal brain structure in youth who commit homicide. *Neuroimage: Clinical,* 4, 800-807.

139. **Freeman, S.M.,** Clewett, D.V., **Bennett, C.M.,** Kiehl, K.A., Gazzaniga, M.S. & Miller, M.B. (2015). The posteromedial region of the default mode network shows attenuated task-induced deactivation in psychopathic prisoners. *Neuropsychology*, 29(3), 493-500. http://dx.doi.org/10.1037/neu0000118

140. **Bridwell, D.A.,** Kiehl, K.A**.,** Pearlson, G.D., Calhoun, V.D**.** (2014). Patients with schizophrenia demonstrate reduced cortical sensitivity to auditory oddball regularities. *Schizophrenia Research, 158,* 189-194.

141. **Harenski, C.L., Edwards, B.G.,** Harenski, K.A. & Kiehl, K.A. (2014). Neuroimaging of moral and non-moral emotion in female psychopathy. *Frontiers in Human Neuroscience, 8, 741-751.*

142. **Harenski, C.L.,** Harenski, K.A. & Kiehl, K.A. (2014). Neural processing of moral violations in incarcerated adolescents with psychopathic traits. *Developmental Cognitive Neuroscience, 10,* 181-189.

143. **Aharoni, E.,** Sinnott-Armstrong, W.S., & Kiehl, K.A. (2014). What's wrong? Moral understanding in psychopathic offenders. *Journal of Research in Personality, 53,* 175-181.

144. Walters, G.D., **Ermer, E.,** Knight, R.A. & Kiehl, K.A. (2015). Paralimbic biomarkers in taxometric analyses of psychopathy: Does changing the indicators change the conclusion? *Personality Disorders: Theory, Research, and Treatment, 6(1): 41–52*

145. **Bridwell, D.A., Steele, V.R., Maurer, J.M.,** Kiehl, K.A., & Calhoun, V.D.  (2015). The relationship between somatic and cognitive-affective depression symptoms and error-related ERP's. *Journal of Affective Disorders, 172*, 89-95.

146. Decety, J., **Chen, C., Harenski, C.H**., & Kiehl, K.A. (2015). Socioemotional processing of morally-laden behavior and their consequences on others in forensic psychopaths. *Human Brain Mapping, 36(6),* 2015-2026. PMID: 25641358 DOI: 10.1002/hbm.22752

147. Reidy, D.E., Kearns, M.C., DeGue, S., Lilienfeld, S.O., Massetti, G., & Kiehl, K.A. (2015). Why psychopathy matters: Implications for public health and violence prevention. *Aggression and Violent Behavior, 24, 214-225.*

148. **Stratton, J.,** Kiehl, K.A. & Hanlon, R.E. (2015). Neurobiology of psychopathy. *Psychiatric Annals, 45(4),* 186-200.

149. **Philippi, C.L., Pujara, M.S., Motzkin, J.C.,** Newman, J.P., Kiehl, K.A., Koenigs, M. (2015). Altered resting-state functional connectivity within and between cortical networks in psychopathy. *The Journal of Neuroscience, 35(15):6068-6078.*

150. **Anderson, N., Steele, V., Maurer, J.,** Bernat, E., & Kiehl, K.A. (2015). Psychopathy, attention, and oddball target detection: New insights from PCL-R Facet Scores. *Psychophysiology, 52(9),* 1194-1204.   PMID: 25912522 DO I: 10.1111/psyp.12441

151. **Maurer, J.M., Steele, V.R., Edwards, B.G.,** Bernat, E.M., Calhoun, V.D., & Kiehl, K.A. (2015). Dysfunctional error-related processing in female psychopathy. *Social Cognitive and Affective Neuroscience, 1059–1068 (SCAN).* PMID: 26060326

152. **Yoder, K.J., Harenski, C.L.,** & Kiehl, K.A., & Decety, J. (2015). Neural networks underlying implicit and explicit moral evaluations in psychopathy. *Translational Psychiatry, 5,* e625, 1-8.   PMID: 26305476 PMCID: PMC4564570 DOI: 10.1038/tp.2015.117

153. **Steele, V.R., Claus, E.D., Aharoni, E., Vincent, G.M.,** Calhoun, V.D. & Kiehl, K.A. (**2015). Multimodal imaging measures predict re-arrest. *Frontiers in Human Neuroscience, 9,* 425-440.   DOI: 10.3389/fnhum.2015.00425

154. **Wolf, R.C., Pujara, M.S.,** Motzkin, J.C., Newman, J.P., Kiehl, K.A., Decety, J., Kosson, D.S., & Koenigs, M. (2015). Interpersonal traits of psychopathy linked to reduced integrity of the uncinate fasciculus. *Human Brain Mapping, 36(10),* 4202-4209. PMID: 26219745 PMCID: PMC4583354 DOI: 10.1002/hbm.22911

155. Walters, G.D. & Kiehl, K.A. (2015). Limbic correlates of fearlessness and disinhibition in incarcerated youth: Exploring the brain-behavior relationship with the Hare Psychopathy Checklist: Youth Version. *Psychiatry Research, 230,* 205-210. PMID: 26363777 PMCID: PMC4655149 DOI: 10.1016/j.psychres.2015.08.041

156. **Caldwell, B. M., Harenski, C.L.,** Harenski, K.A., **Fede, S.J., Steele, V.,** Koenigs, M.R., & Kiehl, K.A. (2015). Abnormal frontostriatal activity in cocaine users during implicit moral processing. *Frontiers in Human Neuroscience, 9, 565, 1-17. PMID: 26528169 PMCID: PMC4608360 DOI: 10.3389/fnhum.2015.00565*

157. **Steele, V.R.,** Maurer, J.M., Bernat, E.M., Calhoun, V.D., & Kiehl, K.A. (2016). Error-related processing in adult males with elevated psychopathic traits. *Personality Disorders: Theory, Research, and Treatment, 7(1),* 80-90. *1. PMID: 26479259 PMCID: PMC4710563 DOI: 10.1037/per0000143*

158. **Kahn, R., Ermer, E.,** Salovey, P., & Kiehl, K.A. (2016). Emotional intelligence and callous-unemotional traits in incarcerated youth. *Child Psychiatry and Human Development, 47(6),* 903-917. PMID: 26779640 PMCID: PMC4947452 DOI: 10.1007/s10578-015-0621-4

159. **Maurer, M., Steele, V.R., Cope, L., Vincent, G.,** Stephen, J., Calhoun, V.D. & Kiehl, K.A. (2016). Dysfunctional error-related processing in incarcerated youth with elevated

psychopathic traits. *Developmental Cognitive Neuroscience, 19*, 70-77. PMID: 26930170 PMCID: PMC4961041 DOI: 10.1016/j.dcn.2016.02.006

160. **Steele, V.R., Anderson, N.E., Claus, E.D.,** Bernat, E.M., Rao, V., Assaf, M., Pearlson, G.D., Calhoun, V.D. & Kiehl, K.A. (2016). Neuroimaging measures of error-processing: Extracting reliable signals from event-related potentials and functional magnetic resonance imaging. *Neuroimage, 132*, 247-260. PMID: 26908319 PMCID: PMC4860744 DOI: 10.1016/j.neuroimage.2016.02.046

161. **Panta, S.R., Wang, R., Fries, J.,** Kalyanam, R., Speer, N., Banich, M., Kiehl, K.A., King, M., Milham, M., Wager, T., Turner, J.A., Plis, S.M., & Calhoun, V.D. (2016). A tool for interactive data visualization: Application to brain imaging and phantom MRI data. *Frontiers in Neuroinformatics, 10: 9.*. PMID: 27014049 PMCID: PMC4791544 DOI: 10.3389/fninf.2016.00009

162. **Rodman, A.M., Kastman, E., Dorfman, H.M., Baskin-Sommers, A.,** Kiehl, K.A., Newman, J.P. & Buckholtz, J.W. (2016). Selective mapping of psychopathy and externalizing to dissociable circuits for inhibitory self-control. *Clinical Psychological Science, 4(3),* 559-571. PMID: 27453803 PMCID: PMC4955633 DOI: 10.1177/2167702616631495

163. **Krusemark, E.,** Kiehl, K.A., & Newman, J.P. (2016). Endogenous attention modulates early selective attention in psychopathy: An ERP investigation. *Cognitive, Affective, and Behavioral Neuroscience, 16(5),* 779-788. PMID: 27225501 DOI: 10.3758/s13415-016-0430-7.

164. **Fink, B.C., Steele, V.R., Maurer, J.M., Fede, S.J.,** Calhoun, V.D. & Kiehl, K.A. (2016). Brain potentials predict substance abuse treatment completion in a prison sample. *Brain and Behavior, 6(8): e00501,* 1-14. PMID: 27547503 PMCID: PMC4893048 DOI: 10.1002/brb3.501

165. **Baskin-Sommers, A.R.,** Neumann, C.S., Cope, L., & Kiehl, K.A. (2016). Latent variable modeling of brain gray matter volume and psychopathy in incarcerated offenders. *Journal of Abnormal Psychology, 125(6),* 811-817. PMID: 27269123 PMCID: PMC4980206 DOI: 10.1037/abn0000175

166. **Fede, S., Harenski, C., Schaich Borg, J.,** Sinnott-Armstrong, W.S., Rao, V., Caldwell, B., Nyalakanti, P., Koenigs, M. Decety, J., Calhoun, V.D., & Kiehl, K.A. (2016). Abnormal fronto-limbic engagement in incarcerated stimulant users during moral processing. *Psychopharmacology, 233(17),* 3077-3087. PMID: 27401337 PMCID: PMC4982833 DOI: 10.1007/s00213-016-4344-4

167. **Fede, S.J., Schaich Borg, J.,** Nyalakanti, P.K., Harenski, C.L., **Cope, L.M.,** Sinnott-Armstrong, W., Koenigs, M., Calhoun, V.D. & Kiehl, K.A. (2016). Distinct neuronal activation patterns of positive and negative moral processing in psychopathy. *Cognitive, Affective, and Behavioral Neuroscience, 16(6),* 1074-1085. PMID: 27549758 DOI: 10.3758/s13415-016-0454-z

168. Gaudet, L.M., Kerkmans, J.P., **Anderson, N.E.,** & Kiehl, K.A. (2016). Can neuroscience help predict future antisocial behavior*? Fordham Law Review, 85(2),* 503-531.

169. **Steele, V.R.,** Rao, V., Calhoun, V.D. & Kiehl, K.A. (2017). Machine learning of structural MRI predicts psychopathic traits in youth offenders. *Neuroimage, 145,* 265-273. PMID: 26690808 PMCID: PMC4903946 DOI: 10.1016/j.neuroimage.2015.12.013

170. **Korponay, C., Pujara, M., Deming, P., Philippi, C.,** Decety, J., Kosson, D.S., Kiehl, K.A., & Koenigs, M. (2017). Impulsive-antisocial dimension of psychopathy linked to enlargement and abnormal functional connectivity of the striatum. *Biological Psychiatry, 2(2),* 149-157.  PMID: 28367514 PMCID: PMC5373097 DOI: 10.1016/j.bpsc.2016.07.004

171. **Vergara, V.M.,** Mayer, A., Damaraju, E., Kiehl, K.A., & Calhoun, V.D. (2017).  Detection of mild traumatic brain injury by machine learning classification using resting state functional network connectivity and fractional anisotropy. *Journal of Neurotrauma, 34(5)*, 1045-1053. PMID: 27676221 PMCID: PMC5333571 DOI: 10.1089/neu.2016.4526

172. **Harenski, C.L., Brook, M.,** Kosson, D.S., Bustillo, J.R., Harenski, K.A., Caldwell, M.F., Van Rybroek, G.J., Koenigs, M., Decety, J., Thornton, D.M., Calhoun, V.D. & Kiehl, K.A. (2017). Socio-neuro risk factors for suicidal behavior in criminal offenders with psychotic disorders. *Social Cognitive and Affective Neuroscience*, *12(1),* 70-80. PMID: 28065894 DOI: 10.1093/scan/nsw164

173. **Anderson, N.E., Steele, V.R., Maurer, J.M.,** Rao, V., Koenigs, M.R., Decety, J., Kosson, D., Calhoun, V.D., & Kiehl, K.A. (2017). Differentiating emotional processing and attention in psychopathy with functional neuroimaging. *Cognitive, Affective, and Behavioral Neuroscience,* 17(3), 491-515. PMID: 28092055 DOI:10.3758/s13415-016-0493-5

174. **Korponay, C.,** Kosson, D.S., Decety, J., Kiehl, K.A. & Koenigs, M. (2017). Brain volume correlates with duration of abstinence from substance abuse in a region-specific and substance-specific manner. *Biological Psychiatry: Cognitive Neuroscience and Neuroimaging, 2(7), 626-635. DOI: https://doi.org/10.1016/j.bpsc.2017.03.011*

175. **Korponay, C., Pujara, M., Deming, P., Philippi, C.,** Decety, J., Kosson, D.S., Kiehl, K.A., & Koenigs, M. (2017). Impulsive-antisocial psychopathic traits linked to increased volume and functional connectivity within prefrontal cortex. *Social, Cognitive and Affective Neuroscience, 12(7), 1169-1178.  PMID:28402565 PMCID: PMC5490676 DOI: 10.1093/scan/nsx042*

176. **Thijssen, S.,** Rashid, B., Gopal, S., Nyalakanti, P., Calhoun, V.D., & Kiehl, K.A. (2017). Regular cannabis and alcohol use and resting-state functional connectivity in incarcerated adolescents. *Drug and Alcohol Dependence,* 178, 492-500. DOI: https://doi.org/10.1016/j.drugalcdep.2017.05.045

177. **Thijssen, S.** & Kiehl, K.A. (2017). Functional connectivity in incarcerated male adolescents with psychopathic traits. *Psychiatry Research: Neuroimaging,* 265, 35-44. DOI: http://dx.doi.org/10.1016/j.pscychresns.2017.05.005

178. **Hosking, J.G., Kastman, E.K., Dorfman, H.M.,** Samanez-Larkin, G.R., Baskin-Sommers, A., Kiehl, K.A., Newman, J.P. & Buckholtz, J.W. (2017). Disrupted prefrontal

regulation of striatal subjective value signals in psychopathy. *Neuron*, 95, 221-231. doi: 10.1016/j.neuron.2017.06.030

179. Calhoun, V.D., Wager, T.D., Krishnan, A., Rosch, K.S., Seymour, K.E., Nebel, M.B., Mostofsky, S.H., Nyalakanai, P., & Kiehl, K.A.  (2017). The impact of T1 vs EPI spatial registration templates for fMRI. *Human Brain Mapping*, 38(11), 5331-5342. *PMID: 28745021 PMCID:* PMC5565844 *DOI:* 10.1002/hbm.23737

180. **Vincent, G.M., Cope, L.M.,** King, J., Nyalakanti, P. & Kiehl, K.A. (2017). Callous-unemotional traits modulate brain drug craving response in high-risk young offenders. *Journal of Abnormal Child Psychology,* 46(5):993-1009.  (online pdf) DOI: 10.1007/s10802-017-0364-8

181. **Steele, V.R., Maurer, J.M., Arbabshirani, M.R.,** Claus, E.D., Fink, B.C., Rao, V., Calhoun, V.D., & Kiehl, K.A. (2018). Machine learning of functional magnetic resonance imaging network connectivity predicts substance abuse treatment completion.  *Biological Psychiatry,* 3, 141-149.   *http://dx.doi.org/10.1016/j.bpsc.2017.07.003*

182. **Edwards, B.G., Ermer, E.,** Salovey, P., & Kiehl, K.A. (2018). Emotional intelligence in incarcerated female offenders with psychopathic traits. *Journal of Personality Disorders,* 33(3):370-393. doi: 10.1521/pedi_2018_32_349

183. Harenski, C.L., Calhoun, V.D., Bustillo, J.R., Haas, B.W., Decety, J., Harenski, K.A., Caldwell, M.F., Van Rybroek, G.J., Koenigs, M., Thornton, D.M., & Kiehl, K.A. (2018). Functional connectivity during affective mentalizing in criminal offenders with psychotic disorders: Associations with clinical symptoms. *Psychiatry Research: Neuroimaging,* 30:271, 91-99.  *PMID: 29146299 PMCID: PMC5741458 DOI: 10.1016/j.pscychresns.2017.11.003*

184. **Maurer, J.M., Steele, V.R., Fink, B.C.,** Vincent, G.M., Calhoun, V.D., & Kiehl, K.A. (2018). Investigating error-related processing in incarcerated adolescents with self-report psychopathy measures. *Biological Psychology,* 132, 96-105. https://doi.org/10.1016/j.biopsycho.2017.11.009

185. **Fryer, S.L.,** Woods, S.W., Roach, B. J. Ford, J., Donaldson, K., Calhoun, V.D, Pearlson, G.D., Kiehl, K.A., Srihari, V. H., McGlashan, T., Mathalon, D. (2018). Should I stay or should I go?: Altered brain response during inhibitory control in youth with early psychosis and clinical high-risk for psychosis. *Schizophrenia Bulletin, 45(1):158-168. PMID: 29385625 DOI:* 10.1093/schbul/sbx198

186. **Deming, P., Philippi, C.L., Wolf, R.C., Dargis, M.,** Kiehl, K.A., & Koenigs, M. (2018). Psychopathic traits linked to alterations in neural activity during personality judgments of self and others. *Neuroimage Clinical,* 18, 575-581. https://doi.org/10.1016/j.nicl.2018.02.029

187. **Espinoza, F.A., Vergara, V.M., Reyes, D.,** Anderson, N., Harenski, C.L., Decety, J., Rachakonda, S., Daramaju, E., Rashid, B., Miller, R., Koenigs, M., Kosson, D.S., Harenski, K., Kiehl, K.A.* & Calhoun, V.D.* (2018). Aberrant functional network connectivity in psychopathy from a large (n=985) forensic sample. *Human Brain*

*Mapping,* 39, 2624-2634. PMID: 29498761  DOI: 10.1002/hbm.24028   *co-senior authors

188. **Eisenbarth, H.,** Krammer, S., Edwards, B.G., Kiehl, K.A., & Neumann, C. (2018). Structural analysis of the PCL-R and relationship to BIG FIVE personality traits and parenting characteristics in a Hispanic female offender sample.  *Personality and Individual Differences,* 129, 59-65. *https://doi.org/10.1016/j.paid.2018.03.015*

189. **Crooks, D.,** Anderson, N.E., **Widdows, M.,** Petseva, N., Koenigs, M., Pluto, C., & Kiehl, K.A. (2018). The relationship between cavum septum pellucidum and psychopathic traits in a large forensic sample. *Neuropsychologia,* 112, 95-104. *doi: 10.1016/j.neuropsychologia.2018.03.015*

190. Anderson, N.E., **Maurer, J.M., Steele, V. R**., & Kiehl, K. A. (2018). Psychopathic traits associated with abnormal hemodynamic activity in salience and default mode networks during auditory oddball task. *Cognitive, Affective, and Behavioral Neuroscience,* 18(3), 564-580. *doi:10.3758/s13415-018-0588-2*

191. **Vergara, V.,** Mayer, A., Kiehl, K.A. & Calhoun, V.D. (2018). Dynamic functional network connectivity discriminates mild traumatic brain injury through machine learning. *Neuroimage Clinical*, 19, 30-37. *doi: 10.1016/j.nicl.2018.03.017*

192. Kiehl, K.A., Anderson, N.E., **Aharoni, E., Maurer, J.M.,** Harenski, K.A., Rao, V., Claus, E.D., Harenski, C.L., Koenigs, M., Decety, J., Kosson, D., Wager, T.D., Calhoun, V.D., & Steele, V.R. (2018). Age of gray matters: Neuroprediction of recidivism.  *Neuroimage Clinical, 19,*813-823. *doi: 10.1016/j.nicl.2018.05.036*

193. **Miskovich, T.A.,** Anderson, N.E., Harenski, C.L., Harenski, K.A., Baskin-Sommers, A.R., Larson, C.L., Newman, J.P., Hanson, J.L., Stout, D.M., Koenigs, M., Shollenbarger, S.G., Lisdahl, K.M., Decety, J., Kosson, D.S., & Kiehl, K.A. (2018). Abnormal cortical gyrification in criminal psychopathy. *Neuroimage Clinical, 19,*876-882.  *doi: 10.1016/j.nicl.2018.06.007*

194. **Crooks, D.,** Anderson, N.E., **Widdows, M.,** Petseva, N., Decety, J., Pluto, C., & Kiehl, K.A. (2018). The relationship between cavum septum pellucidum and psychopathic traits in female offenders. *Behavioural Brain Research,359, 967-972. doi: 10.1016/j.bbr.2018.06.011*

195. Abe, N., Greene, J.D., & Kiehl, K.A. (2018). Reduced engagement of the anterior cingulate cortex in the dishonest decision-making of incarcerated psychopaths. *Social, Cognitive, and Affective Neuroscience (SCAN), 13(8),*797-807. doi: 10.1093/scan/nsy050

196. **Simmonite, M.,** Harenski, C.L., Koenigs, M., Kiehl, K.A. & Kosson, D.S. (2018). Testing the Left Hemisphere Activation hypothesis in psychopathic offenders using the Stroop task. *Personality and Individual Differences, 135,* 182-187. Doi; 10.1016/j.paid.2018.07.020

197. Thomson, N.D., Aboutanos, M., Kiehl, K.A., Neumann, C., & Fanti, K.A. (2018). Physiological reactivity in response to a fear induced virtual reality experience:

Associations with psychopathic traits. *Psychophysiology, 56*, e13276, epub
**https://doi.org/10.1111/psyp.13276**

198. Harenski, C.L., Harenski, K.A., Calhoun, V.D., & Kiehl, K.A. (2018). Source-based morphometry reveals gray matter differences related to suicidal behavior in criminal offenders. *Brain Imaging and Behavior*. doi: 10.1007/s11682-018-9957-2

199. **Dargis, M., Sitney, M.,** Caldwell, B., Caldwell, M., **Edwards, B.,** Harenski, C.L., Anderson, N.E., Van Rybroek, G., Koenigs, M., & Kiehl, K.A. (2018). Development of an expert-rater assessment of trauma history in a high-risk youth forensic sample. *Psychological Trauma: Theory, Research, Practice, and Policy*. 11(7), 713–721, doi: 10.1037/tra0000423. [Epub ahead of print]

200. Anderson, N.E., Harenski, K.A., Harenski, C.L., Koenigs, M.R., Decety, J., Calhoun, V.D., & Kiehl, K.A. (2018). Machine learning of brain gray matter differentiates sex in a large forensic sample. *Human Brain Mapping*, (40)5, 1496-1506. doi: 10.1002/hbm.24462

201. Thomson, N.D., Kiehl, K.A. & Bjork, J. (2019). Violence and aggression in young women: The importance of psychopathy and neurobiological function. *Physiology and Behavior*, 201,130-138. doi: 10.1016/j.physbeh.2018.11.043

202. **Fede, S.J.** & Kiehl, K.A. (2019). Meta-analysis of the moral brain: Patterns of neural engagement assessed using Multilevel Kernel Density Analysis. *Brain Imaging and Behavior*, 1-14. doi:*10.1007/s11682-019-00035-5*

203. Thomson, N.D., Vassileva, J., Kiehl, K.A., Reidy, D., Aboutanos, M., McDougle, R., & DeLisi, M. (2019). Which features of psychopathy and impulsivity matter most for prison violence? New evidence among female prisoners.  *International Journal of Law and Psychiatry*, 64, 26-33. doi: 10.1016/j.ijlp.2019.01.001

204. **Caldwell, B.M.,** Anderson, N.E., Harenski, K.A., **Sitney, M.H.**, Caldwell, M.F., Van Rybroek, G.J., & Kiehl, K.A. (2019). The structural brain correlates of callous-unemotional traits in incarcerated male adolescents. *NeuroImage Clinical, 22, 101703* (online epub). https://doi.org/10.1016/j.nicl.2019.101703

205. **Maurer, J.M., Steele, V.R.**, Vincent, G.M., Rao, V., Calhoun, V.D., & Kiehl, K.A. (2019). Adolescent psychopathic traits negatively relate to hemodynamic activity within the basal ganglia during error-related processing. *Journal of Abnormal Child Psychology*, 47, 1917–1929. doi: 10.1007/s10802-019-00560-3.

206. Aharoni, E., Anderson, N.E., Barnes, J.C., Allen, C.H., & Kiehl, K.A. (2019). Mind the gap: Toward an integrative science of the brain and crime. *BioSocieties*, 14:463–468. https://doi.org/10.1057/s41292-019-00167-3

207. **Sajous-Turner, A.,** Anderson, N.E., **Widdows, M.,** Nyalakanti, P., Harenski, K., Harenski, C., Koenigs, M., Decety, J., & Kiehl, K.A. (2019). Aberrant brain gray matter in murderers. *Brain and Behavior*, https://doi.org/10.1007/s11682-019-00155-y

208. **Edwards, B.G., Carre, J.R.** & Kiehl, K.A. (2019). A review of psychopathy and Cluster B personality traits and their neural correlates in female offenders. *Biological Psychology, 148,107740. https://doi.org/10.1016/j.biopsycho.2019.107740*

209. **Tillem, S.** Harenski, K., Harenski, C.L., Decety, J., Kosson, D., Kiehl, K.A., & Baskin-Sommers (2019). Psychopathy is associated with shifts in the organization of neural networks in a large incarcerated male sample. *Neuroimage Clinical,* 24, 102083. *https://doi.org/10.1016/j.nicl.2019.102083*

210. **Arbabshirani, M.R.,** Preda, A., Vaidya, J.G., Potkin, S.G., Pearlson, G., Voyvodic, J., Mathalon, D., van Erp, T., Michael, A., Kiehl, K.A., Turner, J.A., & Calhoun, V.D. (2019). Autoconnectivity:  A new perspective on human brain function. *Journal of Neuroscience Methods, 323, 68-78.  https://doi.org/10.1016/j.jneumeth.2019.03.015*

211. **Espinoza, F.A.,** Anderson, N.E., Vergara, V.M., Harenski, C.L., Decety, J., Rachakonda, S., Damaraju, E., Koenigs, M., Kosson, D.S., Harenski, K., Calhoun, V.D., & Kiehl, K.A. (2019). Resting-state fMRI dynamic functional network connectivity and associations with psychopathic traits. *Neuroimage Clinical, 24,* 101970.  *https://doi.org/10.1016/j.nicl.2019.101970*

212. **Reynolds, B.L., Maurer, J.M., Cook, A.M.,** Harenski, C.L. & Kiehl, K.A. (2019). The relationship between psychopathic traits and risky sexual behavior in incarcerated adult male offenders. *Personality and Individual Differences*, 156,109798. https://doi.org/10.1016/j.paid.2019.109798

213. Anderson, N.E. & Kiehl, K.A. (2020). Re-wiring guilt: How advancing neuroscience encourages strategic interventions over retributive justice. *Frontiers in Psychology*, 11, 390. https://doi.org/10.3389/fpsyg.2020.00390

214. **Maurer, J.M.,** Paul, S., Anderson, N.E., Nyalakanti, P.K., & Kiehl, K.A. (2020). Youth with elevated psychopathic traits exhibit structural integrity deficits in the uncinate fasciculus. *Neuroimage Clinical, 26, 102236.  https://doi.org/10.1016/j.nicl.2020.102236*

215. **Rowlands, A.,** Fisher, M., Mishra, J., Nahum, M., Brandrett, M., Reinke, M., Caldwell, M.D., Kiehl, K.A., & Vinogradov, S. (2020). Cognitive training for very high risk incarcerated adolescent males. *Frontiers in Psychiatry. https://doi.org/10.3389/fpsyt.2020.00225*

216. **Fernandes, S**., Aharoni, E., Harenski, C.L., Caldwell, M.D., & Kiehl, K.A. (2020). Anomalous moral intuitions in juvenile offenders with psychopathic traits.  *Journal of Research in Personality. https://doi.org/10.1016/j.jrp.2020.103962*

217. **Edwards, B.G.**, Mills, J.L., **Reynolds, B.**, Verona, E., & Kiehl, K.A. (2020). Psychopathy and substance use in relation to prostitution and pimping among women offenders. *Personality Disorders: Theory, Research and Treatment. https://doi.org/10.1037/per0000418*

218. **Cazala, F.,** Harenski, K.A., Thornton, D.M., Kiehl, K.A., Harenski, C.L. (2020). Neural correlates of moral judgment in criminal offenders with sadistic traits. *Archives of Sexual Behaviors.* https://doi.org/10.1007/s10508-020-01818-4

219. **Deming, P.**, **Dargis, M., Haas, B.W., Brook, M.**, Decety, J., Harenski, C.L., Kiehl, K.A., Koenigs, M., & Kosson, D.S. (2020). Psychopathy is associated with fear-specific reductions in neural activity during affective perspective-taking. *Neuroimage*, 223, 117342. *https://doi.org/10.1016/j.neuroimage.2020.117342*

220. Anderson, N., **Widdows, M., Maurer, J.M.**, & Kiehl, K.A. (2020). Clarifying fearlessness in psychopathy: An examination of thrill-seeking and physical risk-taking. *Journal of Psychopathology and Behavioral Assessment. https://doi.org/10.1007/s10862-020-09847-y*

221. Hare, R.D., Olver, M., Keira, C., Stockdale, K., Neumann, C.S., Mokros, A., Baskin-Sommers, A., Brand, E., Folino, J., Gacono, C., Gray, N.S., Kiehl, K.A., Knight, R., Leon-Mayer, E., Logan, M., Reid Meloy, J., Roy, S., Salekin R.T., Snowden, R.J., Thompson, N., Tillem, S., Vitacco, M., & Yoon, D.  (2020). The PCL-R and Capital Sentencing: A Commentary on "Death Is Different" DeMatteo et al. *Psychology, Public Policy, and Law.* 26(4), 519-522. *https://doi.org/10.1037/law0000290*

222. **Edwards, B.G., Maurer, J.M.**, Harenski, C.L., & Kiehl, K.A. (in press).  Psychopathy, borderline personality disorder, and substance use in female offenders.  *Criminal Justice and Behavior.*

223. Gullapalli, A., Anderson, N.E., **Yerramsetty, R.,** Harenski, C.L. & Kiehl, K.A. (2021).  In the blink of an eye: Quantitative blink dynamics predict deceptive personality traits in forensic interviews.  *Personality and Individual Differences, 176,* 1-6. *https://doi.org/10.1016/j.paid.2021.110764*

224. Gullapalli, A., Anderson, N.E., **Yerramsetty, R.**, Harenski, C.L. & Kiehl, K.A. (in press). Quantifying the psychopathic stare: Automated assessment of head motion is related to antisocial traits in forensic interviews.   *Journal of Research in Personality.* https://doi.org/10.1016/j.jrp.2021.104093

225. **Yoder, K.J.**, Harenski, C., Kiehl, K.A., & Decety, J. (in press). Neural responses to morally laden interactions in female inmates with psychopathy.  Neuroimage Clinical.

226. **Weaver, S.**, Dargis, M., Kiehl, K.A. & Koenigs, M. (in press). Criminal histories and rates of recidivism among two subtypes of psychopathic individuals.  *Criminal Justice and Behavior*

227. Maurer, J.M., Tirrell, P.S., Anderson, N.E., Rodriguez, S.N., Caldwell, M.F., Van Rybroek, G.J.,  & Kiehl, K.A. (in press). Dimensions of impulsivity related to psychopathic traits and homicidal behavior among incarcerated male youth offenders. *Psychiatry Research*

**Papers in various stages of publication process**.

1. Edwards, B.G., Mills, J.L., Reynolds, B., Verona, E., & Kiehl, K.A.  (submitted). Psychopathy and substance use in relation to prostitution and pimping among women offenders.

2. Cazala, F, Zak, PJ, Thornton, DM, Kiehl, KA, Harenski, CL (submitted). Hormonal response to perceived distress in sexual sadism.

3. Maurer, M.J., Steele, V.R., Fink, B.C., Vincent, G.M., Calhoun, V.D., & Kiehl, K.A. (submitted). Self-report adolescent psychopathy scores are not associated with error-related processing deficits.

4. Fede, S.J., Harenski, C.L., Schaich-Borg, J., Sinnott-Armstrong, W. Koenigs, M., Calhoun, V.D., & Kiehl, K.A (draft). The Tight-Knit Moral Brain: Network Connectivity During Moral Processing.

5. Walsh, H.C., Neumann, C.S., Cohen, A.S., Hare, R.D., Harenski, C., Anderson, N.E., & Kiehl, K.A (submitted). Psychopathy and Prosody: A Computerized Analysis of Natural Speech in Offenders.

6. Mitchell-Somoza, A., Carre, J.R., Cazala, F., Greenfield, D.N., Thornton, D.M., Koenigs, M., Kiehl, K.A. & Harenski, C.L. (draft). Moral intuitions and empathic dispositions in incarcerated sexual offenders with sadistic traits.

7. Cook, A.M., Maurer, M.J., Reynolds, B.L., Harenski, C.L., & Kiehl, K.A (draft). The relationship between psychopathic traits and risky sexual behavior in incarcerated adult female offenders.

8. Greenfield, D.N., Carre, J., Cazala, F., Somoza-Mitchell, A., Koenigs, M. Thornton, D., Kiehl, K.A., & Harenski, C.L. (draft) Emotional intelligence in incarcerated sexual offenders with sexual sadism.

## BOOK CHAPTERS AND POPULAR PRESS ARTICLES

1. Kiehl, K.A. (2007).  Without morals: The cognitive neuroscience of psychopathy. *Moral Psychology, Volume 3: The Neuroscience of Morality: Emotion, Brain Disorders, and Development*.  W. Sinnott-Armstrong, Ed. Bradford Books, NY.

2. Kiehl, K.A. (2007).  A Reply to de Oliveira-Souza, Ignácio, and Moll and Schaich Borg. *Moral Psychology, Volume 3: The Neuroscience of Morality: Emotion, Brain Disorders, and Development*.  W. Sinnott-Armstrong, Ed. Bradford Books, NY.

3. **Shane, M.S.,** & Kiehl, K.A. (2007). Psychopathy as a Measure of Offender Risk: An Important Component of a Comprehensive Risk Assessment Battery. In K. Knight, D. Farabee (Eds.). *Treating Addicted Offenders: A continuum of effective practices.* Vol. 2. (pp. 8.1-8.10). Civic Research Institute: NJ.

4. **Shane, M.S.,** & Kiehl, K.A. (2007). Psychopathy as a Measure of Offender Risk: An Important Component of a Comprehensive Risk Assessment Battery. *Offender Substance Abuse Report*, 4, 1-12

5. **Harenski, C. L.,** Hare, R.D., & Kiehl, K.A. (2010). Neuroimaging, Genetics, and Psychopathy:  Implications for the legal system. *Responsibility and Psychopathy: Interfacing Law, Psychiatry and Philosophy*.  L. Malatesti & J McMillan, Ed., Oxford University Press, London, UK.

6. Kiehl, K.A. & Buckholtz, J.W. (September/October, 2010). Inside the Mind of the Psychopath.  *Scientific American Mind, 22-29.*  Cover article.

7. Kiehl, K.A. (2010). Can neuroscience identify psychopaths? *A Judge's Guide to Neuroscience: A Concise Introduction, 47-53.*  M.S. Gazzaniga and J.S. Rakoff, Eds.  A publication from the MacArthur Foundation Law and Neuroscience Project.

8. **Anderson, N.E.** & Kiehl, K.A. (2013). Functional Neuroimaging and Psychopathy.  K.A. Kiehl & W. Sinnott-Armstrong, Eds. *Handbook on Psychopathy and Law, Oxford Press.*

9. Gaudet, L.M., **Anderson, N.E.** & Kiehl, K.A. (2014). Neuroscience of Antisocial Behavior.  M.S. Gazzaniga, Ed.  *The Cognitive Neurosciences V.*  Sage Press.


## EDITED BOOKS

1. Kiehl, K.A., & Sinnott-Armstrong, W. (Editors; 2013). Handbook on Psychopathy and Law, Oxford Press.  New York.  http://www.amazon.com/Handbook-Psychopathy-Oxford-Neuroscience-Philosophy/dp/0199841381

**BOOKS**

1. Kiehl, K.A. (2014). *The Psychopath Whisperer: The science of those without conscience.* Crown Publishing, A division of Random House.
   Represented by literary agency Brockman, Inc., New York City (www.edge.org).
   http://www.amazon.com/The-Psychopath-Whisperer-Science-Conscience/dp/077043584X

   www.psychopathwhisperer.com

   *The Psychopath Whisperer* has been sold in the North America, United Kingdom, Finland, China, Germany, Turkey, Russia, and the Netherlands.

## SCIENTIFIC PRESENTATIONS, SYMPOSIA & INVITED LECTURES

**Summary as of 02/07/21:**
**Over 300 total scientific presentations (10+ per year since start of graduate school);**
**>100 invited lectures since relocating to UNM from Yale University in 2007 (~1 per month)**

1. Kiehl, K.A. (1993, June).  *The relationship between psychopathy and two psychophysiological measures of arousability.*  Paper presentation at the annual research conference of the Department of Psychology, University of California, Davis. Invited speaker.

2. Levenson, M.R., Kiehl, K.A., & Fitzpatrick, C. (1993, August).  *Assessing psychopathic attributes in a noninstitutionalized population.* Poster session presented at the annual meeting of the American Psychological Association, Toronto, Canada.

3. Kiehl, K.A. & Levenson, M.R. (1994, February).  *Psychopathy, arousal, and sensation seeking: A psychophysiological investigation.* Poster session presented at the annual meeting of the American Association for the Advancement of Science, San Francisco.

4. Levenson, M.R. & Kiehl, K.A. (1994, April) Personality *and deviant alcohol behavior in a nonclinical sample*.  Poster session presented at the annual meeting of the Western Psychological Association, Kona, Hawaii.

5. Kiehl, K.A., Mangun, G.R., & Hare, R.D. (1995, March) *Differential hemispheric processing of affective language: An ERP study.*  Poster session presented at the annual meeting of the Cognitive Neuroscience Society, San Francisco.

6. Kiehl, K.A. & Hare, R. D. (1995, April) *Neuroimaging and its implications for understanding the psychopathic mind.* In C. Davis (Chair), Cognitive and biological correlates of psychopathy. Symposium conducted at the Mental Disorder and Criminal Justice Conference, Vancouver, Canada

7. Kiehl, K.A., Smith, A.M., Forster, B.B., & Hare, R.D. (1995, December).  *Protocol for a functional MRI study of semantic and affective processing in psychopaths.* Psychopathy, Theory, Research, and Implications for Society. NATO ASI, Alvor, Portugal.

8. McDonald, J.J., Ward, L.M., Kiehl, K.A., & Richard, C.M. (1996, March) *An electrocortical analysis of inhibition of return.* Poster session presented at the annual meeting of the Cognitive Neuroscience Society, San Francisco.

9. Forster, B.B., MacKay, A., Whittall, K.P. Kiehl, K.A., Smith, A.M., & Hare, R.D. (1996, June). *Functional MRI: The basics of the BOLD (blood oxygen level dependent) technique.* Poster session presented at the annual meeting of Canadian Association of Radiologists, Vancouver, B.C.

10. Brink, J. H., Kolton, D.J.C., Kiehl, K.A., & Strauss, P. R. (1996, October). *Schizophrenia and psychopathy: A study of comorbidity in a Canadian forensic psychiatric population.* Paper presented at the meeting Schizophrenia 1996; Breaking Down the Barriers 4th International conference. Vancouver, Canada.

11. Kiehl, K. A. & Hare, R. D. (1997, March). *Abnormal processing of affective words by psychopaths: Emotional polarity discrimination.* Poster session presented at the annual meeting of the Cognitive Neuroscience Society, Boston, MA.

12. Smith, A.M., Mendrek, A., Kiehl, K.A., Forster, B.B., MacKay, A., & Liddle, P.F. (1997, October). *Sex differences in brain activity associated with word generation: An fMRI study.* Poster presented at the annual meeting for the Society for Neuroscience, New Orleans, Louisiana.

13. Kiehl, K.A., Smith, A.M., Forster, B.B., MacKay, A.L., Whittall, K.P., Liddle, P.F. & Hare, R.D. (1997, September*) A whole-brain multi-subject fMRI comparison of EPI spin-echo, asymmetric spin-echo and gradient-echo sequences at 1.5 T.* Paper presented at the annual meeting of the Radiological Society of North America, Chicago, IL.

14. Smith, A.M., Kiehl, K.A., & Liddle, P.F. (1998, February). *Event-related potentials during a Go/ No Go task in schizophrenia.* Poster presented at the International Winter Workshop on Schizophrenia, Davos, Switzerland.

15. Kiehl, K.A. (1998, February). *Functional imaging: Watching the working brain.* Paper presented at the University of British Columbia, Science First Lecture Series. Invited speaker.

16. Kiehl, K. A., Liddle, P. F., Smith, A. M., Mendrek, A., Forster, B.B., & Hare, R.D. (1998, April) *Neural pathways involved in the processing of concrete and abstract language.* Poster session presented at the annual meeting of the Cognitive Neuroscience Society, San Francisco.

17. Smith, A.M., Kiehl, K.A., Forster, B.B., Whittall, K.P., MacKay, A.L., Liddle, P.F. & Hare, R.D. (1998, April). *Whole brain EPI gradient echo fMRI: Optimizing TE to maximize signal activation and minimize susceptibility artifact in the orbitofrontal cortex.* Poster presented at the annual meeting of the International Society for Magnetic Resonance in Medicine. Sydney, Australia.

18. Kiehl, K. A., Smith, A. M., Mendrek, A., Forster, B.B., Hare, R.D., & Liddle, P. F. (1998, June) *Activation of the amygdala during an affective memory task.* Poster presented at the annual meeting of the International Society for Human Brain Mapping, Montreal, Canada.

19. Smith, A.M., Kiehl, K.A., Mendrek, A., Forster, B.B., Hare, R.D., & Liddle, P.F. (1998, June). *Whole brain fMRI of a Go/No Go task.* Poster presented at the annual meeting of the International Society for Human Brain Mapping, Montreal, Canada.

20. Kiehl, K.A., Hare, R.D., McDonald, J.J., & Liddle, P.F. (1998, September). *Event-related potential investigation of semantic processing in criminal psychopaths.* Poster presented at the annual meeting of the Society of Psychophysiological Research, Denver, Colorado.

21. Kiehl, K.A., Laurens, K.R. & Liddle, P.F. (1998, April). *Reading anomalous sentences: An event-related fMRI study of semantic processing.* Poster presented at the annual meeting of the Cognitive Neuroscience Society, Washington D.C.

22. Liddle, P.F., Mendrek, A., Kiehl, K.A., Smith, A.S., & Duty, T. (1999, April). *Fronto-temporal coordination in schizophrenia.* Paper presented at the International Congress on Schizophrenia, Santa Fe, New Mexico.

23. Liddle, P.F., Smith, A.S., Kiehl, K.A., Mendrek, A., & Hare, R.D., (1999, April). *Response inhibition in schizophrenia & psychopathy: Similarities & differences.* Poster presented at the International Congress on Schizophrenia, Santa Fe, New Mexico.

24. Kiehl, K.A., Liddle, P.F., & Hopfinger, J.B. (1999, July). *Error processing and the rostral anterior cingulate: An event-related fMRI study.* Paper presented at ICON: 7th International Conference on Cognitive Neuroscience. Budapest, Hungary.  Invited speaker.

25. Smith, A.S., Liddle, P.F., Kiehl, K.A., Mendrek, A., Forster, B.B., & Hare, R.D. (1999, July). *Neural mechanisms of inhibitory processing in psychopathy and schizophrenia during a Go/No go task using fMRI.* Poster presented at the annual meeting of the European Association of Psychology and Law Conference, Dublin, Ireland.

26. Kiehl, K.A., Forster, B.B., & Liddle, P.F. (1999, October). *Abnormal semantic activation in schizophrenia as revealed by event-related fMRI.* Poster presented at the annual meeting for the Society for Neuroscience, Miami, Florida.

27. Mendrek, A., Kiehl, K.A., Smith, A.S., Duty, T., Forster, B.B., & Liddle, P.F. (1999, October*). Abnormal coordination of cerebral activity during a working memory task in schizophrenia: An fMRI study.* Poster presented at the annual meeting for the Society for Neuroscience, Miami, Florida.

28. Laurens, K.R., Kiehl, K.A., Schwarz, D. W. F., Forster, B.B., & Liddle, P.F. (1999, October). *A whole-brain event-related fMRI study of an auditory oddball task in schizophrenia.* Poster presented at the Annual meeting of the Society for Neuroscience, Miami, Florida.

29. Liddle, P. F. & Kiehl, K.A. (1999, October). *fMRI of an auditory oddball task in schizophrenia.* Paper presented at the ISBET annual meeting, Adelaide, Australia.

30. Kiehl, K.A., Liddle, P.F., & Hopfinger, J.B. (2000, April).  *Error processing and the rostral anterior cingulate: An event-related fMRI study.* Poster presented at the annual meeting of the Cognitive Neuroscience Society, San Francisco, California.

31. Vouloumanos, A., Kiehl, K.A., Werker, J.F., & Liddle, P.F. (2000, April). *Neurological bases of speech and non-speech processing: An event-related functional magnetic resonance imaging study.* Poster presented at the annual meeting of the Cognitive Neuroscience Society, San Francisco, California.

32. Mendrek, A., Kiehl, K.A., Forster, B.B., & Liddle, P.F. (2000, April). *Encoding and retrieval of affective words: An fMRI study.* Poster presented at the annual meeting of the Cognitive Neuroscience Society, San Francisco, California.

33. Mendrek. A., Laurens, K.R., Kiehl, K.A., Ngan, E., Stip, E., & Liddle, P.F. (June, 2000). *An fMRI investigation of cerebral state and trait markers of schizophrenia.* Poster presented at the annual meeting of the International Society for Human Brain Mapping, San Antonio, Texas.

34. Kiehl, K. A., Smith, A.M., Hare, R.D., Mendrek, A., Forster, B.B., Brink, J., & Liddle, P.F. (June, 2000). *Limbic abnormalities in affective processing by criminal psychopaths as revealed by fMRI.* Poster presented at the annual meeting of the International Society for Human Brain Mapping, San Antonio, Texas.

35. Kiehl, K.A. (2000, September). *Electrophysiological and hemodynamic evidence of fronto-temporal abnormalities in psychopathic offenders.* Paper presented at the Executive Control, Errors, and the Brain meeting. Jena, Germany.  Organizers Wolfgang H. R. Miltner and Michael Coles.  Invited speaker.

36. Kiehl, K.A., Liddle, P.F., & Hopfinger, J.B. (2000, September).  *Error processing and the rostral anterior cingulate: An event-related fMRI study.* Poster presented at the Executive Control, Errors, and the Brain meeting. Jena, Germany.  Organizers Wolfgang H. R. Miltner and Michael Coles.

37. Kiehl., K.A., Bates, A.T., Laurens, K.R., Hare, R.D., Forster, B.B., & Liddle, P.F. (October, 2000). *Electrophysiological and hemodynamic evidence for fronto-temporal abnormalities in psychopathic offenders.* Poster presented at the annual meeting of the Society for Psychophysiological Research, San Diego, California.

38. Bates, A.T., Kiehl, K.A., & Liddle, P.F. (October, 2000).  *Abnormal error-related negativity in schizophrenia: An event-related potential study.* Poster presented at the annual meeting of the Society for Psychophysiological Research, San Diego, California.

39. Kiehl, K.A.  (January, 2001).  *The psychopath electrified: Brain potentials reflect fronto-temporal abnormalities in psychopathic offenders.* Invited address given to the faculty at the Western Psychiatric Clinic, University of Pittsburgh Medical Center, Pittsburgh, Pennsylvania.

40. Kiehl, K.A., Laurens, K.R., Mendrek, A., & Liddle, P.F. (April, 2001).  *Improved hemodynamic activity in first episode psychotic patients with atypical neuroleptic treatment: A six week test-retest event-related fMRI study.* Poster presented at the International Congress on Schizophrenia, Whistler, British Columbia, Canada.

41. Bates, A.T., Kiehl, K.A., & Liddle, P.F. (April, 2001).  *Error-related negativity in schizophrenia and its relation to symptom profiles: An event-related potential study.* Poster presented at the International Congress on Schizophrenia, Whistler, British Columbia, Canada.

42. Mendrek, A., Laurens, K.R., Kiehl, K.A., Ngan, E., Stip, E., & Liddle, P.F. (April, 2001). *New insights into prefrontal function in schizophrenia.* Poster presented at the International Congress on Schizophrenia, Whistler, British Columbia, Canada.

43. Kiehl, K.A. Laurens, K.R., Mendrek, A., & Liddle, P.F. (June, 2001). *Improved hemodynamic activity in first-episode psychotic patients with atypical neuroleptic*

*treatment: A six-week test-retest event-related fMRI study.* Poster presented at the annual meeting of the Organization for Human Brain Mapping. Brighton, U.K.

44. Laurens, K.R. Kiehl, K.A., Smith, A., Bates, A., Forster, B.B., & Liddle, P.F. (June, 2001). *Abnormal response inhibition in criminal psychopaths: Evidence from event-related fMRI.* Poster presented at the annual meeting of the Organization for Human Brain Mapping. Brighton, U.K.

45. Kiehl, K.A. (September, 2001). *The clinical utility of functional MRI: From presurgical mapping to diagnosing psychiatric illnesses.* Invited lecture, New England Technologists Association Annual Conference.

46. Kiehl, K.A. (September, 2001). *The psychopath electrified, then magnetized: ERP and fMRI evidence for fronto-temporal abnormalities in criminal psychopaths.* Invited lecture, Yale University School of Medicine, fMRI talk series.

47. Kiehl, K.A. (December, 2001). *Delineating neural signatures in psychotic illnesses using functional brain imaging: Implications for diagnosis, treatment, and prevention.* Grand Rounds lecture for the Department of Psychiatry at the Institute of Living Psychiatry.

49. Kiehl, K.A. (December, 2001). *The psychopath electrified, then magnetized: ERP and fMRI evidence for fronto-temporal abnormalities in criminal psychopaths.* Invited lecture, Nathan Kline Institute, Orangeburg, New York.

50. Kiehl, K.A. (April, 2002). *The psychopath electrified, then magnetized: ERP and fMRI evidence for fronto-temporal abnormalities in criminal psychopaths.* Invited lecture, Dartmouth College.

51. Kiehl, K.A. (October, 2002). *The psychopath electrified, then magnetized: ERP and fMRI evidence for fronto-temporal abnormalities in criminal psychopaths.* Invited lecture, University of California, Davis.

52. Kiehl, K.A. (December, 2002). *Deconstructing psychopathy: Assessment, treatment, recidivism, and neurobiology.* Invited lecture, Department of Criminology, University of Pennsylvania.

53. Kiehl, K.A. (December, 2002). *A cognitive neuroscience perspective on criminal psychopathy: Neuroimaging evidence for temporal-limbic brain abnormalities.* Invited lecture, Center for Cognitive Neuroscience, University of Pennsylvania.

54. Kiehl, K.A. (January, 2003). *The oddball task magnetized: fMRI studies in health and psychopathology.* Invited lecture, New York Psychiatric Institute, Columbia University.

55. Stevens, M.C., Laurens, K.R.., Liddle, P.F., & Kiehl, K.A. (2003, March). *New brain imaging findings from a random-effects analysis of 100 participants using a three-stimulus auditory oddball task.* Poster presented at the annual meeting of the Cognitive Neuroscience Society, New York, NY.

56. Celone, K., Laurens, K.R., Liddle, P.F., & Kiehl, K.A. (2003, March). *Negative picture processing: Engagement of the temporal-limbic system and beyond.* Poster presented at the annual meeting of the Cognitive Neuroscience Society, New York, NY.

57. O'Keefe, T.O., Liddle, P.F., & Kiehl, K.A. (2003, March). *Neural sources underlying emotional lexical decision.* Poster presented at the annual meeting of the Cognitive Neuroscience Society, New York, NY.

58. Calhoun V. D., Kiehl, K. A., Liddle, P. F., & Pearlson, G. D. (2003, March). *Aberrant Localization of synchronous fMRI activity in temporal auditory cortex reliably characterizes schizophrenia.* Proceedings from the International Congress on Schizophrenia Research, Colorado Springs, CO.

59. Kiehl, K.A., Stevens, M.C., Laurens, K.R., Pearlson, G.D., & Liddle, P.F. (2003, June). *The missing stimulus: An event-related fMRI study of a 'gap' detection oddball task.* Poster presented at the annual meeting of the Society for Human Brain Mapping, New York, NY.

60. Laurens, K.R., Kiehl, K.A., Ngan, E.T.C., Mendrek, A., Stip, E., & Liddle, P.F. (2003, June). *Dysfunction in a supramodal network supporting attention to salient stimuli in schizophrenia: Evidence from event-related fMRI of novelty processing.* Poster presented at the annual meeting of the Society for Human Brain Mapping, New York, NY.

61. Stevens, M.C., Laurens, K.R., Liddle, P.F., Pearlson, G.D., & Kiehl, K.A. (2003, June). *Hemodynamics of oddball processing during single, two-, and three-tone target detection tasks.* Poster presented at the annual meeting of the Society for Human Brain Mapping, New York, NY.

62. Stevens, M.C., Laurens, K.R., Liddle, P.F., Calhoun, V.C., Pearlson, G.D., & Kiehl, K.A. (2003, July*). Independent component analyses of fMRI auditory oddball task reveals paralimbic abnormalities in psychopaths.* Developmental and Neuroscience Perspectives on Psychopathy, Madison, WI.

63. Kiehl, K.A. (2003, July). *The paralimbic hypothesis of psychopathy: Evidence from multimodal neuroimaging.* Invited Lecture - Developmental and Neuroscience Perspectives on Psychopathy, Madison, WI.

64. Kiehl, K. A., Laurens, K. R., Celone, K., Pearlson, G. P., & Liddle, P.F. (2003, October). *Abnormal affective picture processing in criminal psychopaths: Evidence supporting the paralimbic dysfunction hypothesis.* Poster presented at the annual meeting of the Society for Psychophysiological Research, Chicago, IL.

65. Liddle, P. F., Mendrek, A., Laurens, K. R., Kiehl, K. A., & Ngan, E. T. C. (2004, February). *An fMRI study of state-dependent abnormalities of frontal lobe function during working memory in schizophrenia.* Poster to be presented at the International Congress on Schizophrenia, Davos, Switzerland.

66. Bates, A. T., Kiehl, K. A., Laurens, K. R., Ngan, E. T. C. & Liddle, P. F. (2004, February). *Inefficient coordination of slow oscillations in schizophrenia.* Poster presented at the International Congress on Schizophrenia, Davos, Switzerland.

67. Maltby, N., Worhunsky, P., Kiehl, K. A., & Tolin, D. F. (2004, March). *Hyperactive error processing in Obsessive Compulsive Disorder.* Paper presented to the Annual Meeting of the Anxiety Disorders Association of America, Miami, FL.

68. Maltby, N., Worhunsky, P., Kiehl, K, & Tolin, D.F. (2004, March). *Is Dysfunctional Action Monitoring Functionally Related to Obsessive Compulsive Disorder: an fMRI Study.* Presented to the Annual Meeting of the Anxiety Disorders Association of America, Miami

69. Aikens, D. E., O'Keefe, T., Anticevic, A., & Kiehl, K. A. (2004, April). *Implicit associative learning for affective materials.* Poster presented at the Annual meeting of the Cognitive Neuroscience Society, San Francisco, CA.

70. Kiehl, K.A., Stevens, M.C., Laurens, K.R., Pearlson, G.P, & Liddle, P. F. (2004, April). *An adaptive reflexive processing model of neurocognitive function.* Poster presented at the Annual meeting of the Cognitive Neuroscience Society, San Francisco, CA.

71. Kiehl, K.A. (April, 2004). *The cognitive neuroscience of psychopathic personality disorder: Evidence for paralimbic dysfunction.* Invited lecture. Department of Psychology, University of California, Santa Barbara.

72. Kiehl, K.A. (April, 2004). *The cognitive neuroscience of criminal psychopaths: Evidence for paralimbic dysfunction.* Invited lecture. Department of Psychology, University of Toronto.

73. Kiehl, K.A., Stevens, M.C., Celone, K., Kurtz, M.M., & Pearlson, G.D. (2004, April). *fMRI of auditory oddball processing in schizophrenia II: Replication and extension.* Poster presented at the annual meeting of the Society for Biological Psychiatry, New York, NY.

74. Hejnar, M.P., Kurtz, M.M., Calhoun, V.D., Kiehl, K.A., & Pearlson, G.D. (2004, April). *Performance on the Penn Conditional Exclusion Task (PCET) in patients with schizophrenia (SZ) and healthy controls: An fMRI study.* Poster presented at the annual meeting of the Society for Biological Psychiatry, New York, NY.

75. Egolf, E., Kiehl, K.A., & Calhoun, V.D. (2004, April). *GIFT.* Poster presented at the annual meeting of the Society for Biological Psychiatry, New York, NY.

76. Stevens, M.C, Celone, K., Kurtz, M.M., Pearlson, G.D., & Kiehl, K.A. (2004, May). *fMRI of oddball processing in schizophrenia: Support for the disconnection hypothesis.* Poster to be presented at the annual meeting of the American Psychiatric Association, New York, NY.

77. Kiehl, K.A., Stevens, M.C, Celone, K., Ortengren, A., & Pearlson, G.D. (2004, May). *fMRI of oddball processing in bipolar illness.* Poster presented at the annual meeting of the American Psychiatric Association, New York, NY.

78. Maltby, N., Worhunsky, P., Kiehl, K. A., & Tolin, D. F. (2004, May). *Hyperactive error processing in Obsessive Compulsive Disorder.* Paper presented to the annual meeting of the American Psychiatric Association, New York. NY.

79. Kiehl, K.A. (2004, May). *Without morals: The cognitive neuroscience of criminal psychopaths.*  Paper presented at The Psychology and Biology of Morality Conference, Dartmouth College, Hanover, NH (invited speaker).

80. Kiehl, K.A. (2004, August). *Focal hemodynamic measures of the P3a and P3b event-related potentials.*  Symposium paper presented at the Biomag Annual meeting.  Boston, MA.

81. Kiehl, K.A. (2004, September). *What has hemodynamic imaging of oddball target detection taught us about how the brain works?* Paper presented at the symposium 'The P300: Past and Present' at the ECNS and ISNIP joint meeting.  Irvine, CA. (Organizer and chair).

82. Kiehl, K.A. (2004, September). *Functional MRI – An introduction.*  Educational course presented at the ECNS and ISNIP joint meeting.  Irvine, CA.

83. Kiehl, K.A. (2004, October). *The psychopath electrified: Brain potentials implicate paralimbic abnormalities.* Early Career Award Address presented at the ECNS and ISNIP joint meeting.  Irvine, CA.

84. Kiehl, K.A. & Liddle, P.F. (2004, October). *Electrophysiological evidence for paralimbic abnormalities in psychopathic offenders.*  Poster presented at the annual meeting of the Society for Psychophysiological Research.  Santa Fe, New Mexico.

85. Maltby, N., Worhunsky, P., Kiehl, K.A., & Tolin, D.F. (2004, November). *Compulsive hoarding: The neurobiological perspective.* In T.L. Hartl (Chair), Compulsive hoarding: Recent advances in research and important clinical considerations. Presented to the Annual Meeting of the Association for Advancement of Behavior Therapy, New Orleans.

86. Kiehl, K.A. (2004, December). *Deconstructing Psychopathy: Assessment, Treatment, Recidivism, and Neurobiology.*  Invited Lecture, NIDA Special Emphasis Panel: Developing Efficacious Behavioral Therapies for Criminal Justice Involved Populations, Gaithersburg, MD.

87. Kiehl, K.A. (2004, December). *Brain potentials in cetaceans - can they illuminate language processes?* Educational lecture given the staff and researchers at Mystic Aquarium, Mystic, CT.  Invited speaker.

88. Kiehl, K.A. (2004, December). *Paralimbic system dysfunction model of psychopathic personality: Evidence from ERPs and fMRI.*  Guest lecture at the Massachusetts General Hospital Brain Mapping Lecture Series.  Boston, MA.  Invited speaker.

89. Kiehl, K.A. (2005, January).  *Word of the day: Cetaceans (it mean's dolphins and whales).* Guest lecture at Bay Laurel Elementary School, Calabasas, CA.  Invited speaker.

90. Kiehl, K.A. (2005, January).   Hemodynamic measures of oddball responses. Forty Years of P300 meeting hosted by Manny Donchin (Carmel, 2005). University of South Florida, St. Petersburg, FL.   Invited speaker.

91. Kiehl, K.A. (2005, February). *Paralimbic dysfunction in criminal psychopaths: Evidence from ERP and fMRI studies.*  Invited lecture, NIDA Intramural Program, Bethesda, MD.

92. Maltby, N., Worhunsky, P., Kiehl, K.A., & Tolin, D.F. (2005, May). *Dysfunctional action monitoring: Specificity to obsessive compulsive disorder.* Poster presented to Annual Meeting of the Society of Biological Psychiatry, Atlanta, Georgia.

93. Maltby, N., Worhunsky, P., Kiehl, K.A., & Tolin, D.F. (2005, May). *Dismantling the neural systems of Obsessive-Compulsive Disorder: A symptom provocation fMRI study of compulsive hoarding.* Poster presented to Annual Meeting of the Society of Biological Psychiatry, Atlanta, Georgia.

94. Kiehl, K.A. (2005, May). *Psychopathy: Assessment, substance abuse, treatment, and neurobiology.*  Invited lecture, Department of Psychiatry, University of California, Los Angeles.

95. Kiehl, K.A. (2005, May). *ERP and fMRI studies in psychopathy:  Evidence of paralimbic dysfunction.*  Invited lecture by the Department of Neuroscience, University of California, Los Angeles.

96. Kiehl, K.A. (2005, July).  *A paralimbic dysfunction model of psychopathy.*  Invited lecture by the Department of Psychology, University of British Columbia, Vancouver, British Columbia, Canada.

97. Kiehl, K.A. (2005, July).  *Brain potentials and fMRI suggest paralimbic abnormalities in orienting processes in adolescent and adult psychopathy.*  Symposium lecture "The Cognitive Neuroscience of Psychopathy" Chair Kiehl, K.A.,  Paper given at the Biannual meeting of the Society for the Scientific Study of Psychopathy, Vancouver, British Columbia, Canada.

98. Kiehl, K.A. (2005, September).  *P300 from the perspective of fMRI.*  Symposium lecture "40 Years of the P300: A tribute" Chair Donchin, E.   Paper giving at the Annual meeting of the Society for Psychophysiological Research, Lisbon, Portugal.

99. Kiehl, K.A. (2005, September).  A *paralimbic dysfunction model of psychopathy.* Award address for Distinguished Early Career Contributions to Psychophysiology.  Paper given at the Annual meeting of the Society for Psychophysiological Research, Lisbon, Portugal.

100.  Kiehl, K.A. (2005, September).  *The killer whale electrified: Can brain potentials indicate language processing in cetaceans?* Paper given to the public and staff at Mystic Aquarium, Mystic, CT.

101.  Kiehl, K.A. (2005, October). *The cognitive neuroscience of psychopathic personality: Evidence for paralimbic dysfunction.*  Paper given to the Department of Psychology, University of Connecticut – Storrs, Connecticut.

102.  Kiehl, K.A. (2006, January). *The Hemodynamics of the Oddball Paradigm.*  Paper given at the annual Carmel meeting on the Basis of the P300.  Hosted by Emmanuel Donchin, St. Petersburg, Florida.

103.  Kiehl, K.A. (2006, January). *Neuroscientific assessment of 'Callous' Conduct Disordered Youth.* Paper given to the Director and Staff of the Miami Dade County Juvenile Assessment Center (JAC).  Miami.

104.  Kiehl, K.A., (2006, February). *The cognitive neuroscience of psychopathic personality: Evidence for paralimbic dysfunction.*  Invited lecture, Department of Psychology, University of California – San Diego.  La Jolla, California.

105.  Kiehl, K.A. (2006, February). *The hemodynamics of the P300.*  Invited lecture, Scripps Research Institute, La Jolla, California.

106.  Kiehl, K.A., (2006, February). *Aberrant connectivity in schizophrenia: Is it diagnostic?* Paper presented at the Annual Winter Conference on Brain Research.  Steamboat Springs, CO.   Invited lecture.

107.  Maltby, N., Worhunsky, P., Kiehl, K. A., & Tolin, D. F. (2006, March). *Dismantling the neural systems of obsessive-compulsive disorder: A symptom provocation fMRI study of compulsive hoarding.* In K. Cromer (Chair), Elucidating the Relationship Between Hoarding Symptoms and Stressful Life Events. Symposium presented to the Annual Meeting of the Anxiety Disorders Association of America, Atlanta.

108.  Kiehl, K.A. (2006, March). *The cognitive neuroscience of psychopathic personality: Evidence for paralimbic dysfunction.*  MIND Institute, Albuquerque, NM.

109.  Kiehl, K.A. (2006, March). *Psycholinguistics in Psychopathic Personality: Decoding troubled processing.*  Lecture presented to the Department of Psychology, University of Connecticut – Storrs.  Storrs, CT.  Invited Lecture.

110.  Maltby, N., Tolin, D.F., & Kiehl, K.A. (2006, May). *Compulsive hoarding: Is there evidence for dysfunctional error processing.* Presented to the Annual Meeting of the Society of Biological Psychiatry, Toronto.

111.  Anticevic, A.,  Aikins, D.E., & Kiehl, K.A. (2006, April). *Modulation of Brain Activity by Signaling Pictorial Valence.*  Poster presented at the annual meeting of the Cognitive Neuroscience Society, San Francisco, CA.

112.  Schaich Borg, J., Lieberman, D.  & Kiehl, K.A. (2006, April). *Moral, Sexual, and Pathogen Disgust – Distinct or Common Neural Networks?* Poster presented at the annual meeting of the Cognitive Neuroscience Society, San Francisco, CA.

113.  Schaich Borg, J.  Sinnott-Armstrong, W. & Kiehl, K.A. (2006, April). *How we decide something is morally wrong: An fMRI study of moral judgment.* Poster presented at the annual meeting of the Cognitive Neuroscience Society, San Francisco, CA.

114.  Kiehl, K.A.  (2006, April).  *Update on the cognitive neuroscience of psychopathy.*  Neuroscience Grand Rounds, Institute of Living, Hartford, CT.

115.  Kiehl, K.A. (2006, April).  *The cognitive neuroscience of psychopathic personality: Evidence for paralimbic dysfunction.*  Department of Psychology, University of New Mexico, Albuquerque, NM.   Invited lecture.

116.  Stevens, M.C., Kiehl, K.A., Pearlson, G.D., Calhoun, V.D. (2006, June). *Functional neural circuits for mental timekeeping.*  Poster presented at the annual meeting of the society for Human Brain Mapping, Florence, Italy.

117.  Kiehl, K.A., (2006, June).  *Designing fMRI studies for clinical populations.*  Lecture provided during the Special Education Symposium, annual meeting of the society for Human Brain Mapping,  Florence, Italy.  Invited lecture.

118.  Kiehl, K.A. (2006, September). *Integrating Neuroscience and Basic Research in Drug Courts: The Construct of Psychopathy.*  National Institute on Drug Abuse: Drug Courts and Other Problem- Solving Courts: State of the Science – Special Emphasis Panel, Bethesda, MD. Invited lecture.

119.  Kiehl, K.A. (2006, September).  *Aberrant emotional word processing in psychopathy.*  Paper presented in the symposium Emotional Processing in Psychopathy, Chair Verschuere, B. at the Annual Meeting of the Society for Psychophysiological Research, Vancouver, B.C., Canada.

120.  Shane, M.S., Stevens, M.C., & Kiehl, K.A. (2006, September). *An fMRI Investigation of the Neural Response to Another's Errors.* Poster presented at the annual meeting of the Society for Psychophysiological Research, Vancouver, B.C.

121.  Most, S.B., Chun, M.M., Johnson, M.R., Kiehl, K.A. (2006, November).  *Attentional modulation of the amygdala varies with personality.*  Poster presented at the annual meeting of the Psychonomic Society.  Dallas, TX.

122.  Kiehl, K.A. (2006, November). *Program in Forensic Psychology at The MIND Institute.*  Lecture offered to the MIND Institute Board of Director's meeting.  Albuquerque, NM.  Invited lecture.

123.  Kiehl, K. A., (2006, December). *The cognitive neuroscience of people who do bad things: A story of paralimbic dysfunction in psychopathic personality.*  Lecture to the Department of Psychology, Stony Brook University, Stony Brook, NY.  Invited lecture.

124.  Kiehl, K.A. (2006, December). *Success and Barriers to Brain Imaging with Prisoners Populations.* Symposium on Research With Prisoners: Ethics and Opportunities, W. Compton, Chair (NIDA organizer). Annual Meeting of the American College of Neuropsychopharmacology (ACNP), Hollywood, FL.  Invited lecture.

125.  Mathalon, D.H., Kiehl, K.A., Calhoun, V.D., McGlashan, T.H. Pearlson, G D., Woods, S.W. (2006, December).  *Abnormal fronto-temporal cortical activation during fMRI attention and working memory tasks in prodromal and early illness patients with*

*schizophrenia.* Poster presented at the Annual Meeting of the American College of Neuropsychopharmacology, Hollywood, FL.

126.  Shane, M.S., Harenski, C.L., Stevens, M.C., & Kiehl, K.A. (2007, January) *This hurts me as much as it hurts you: Empathic concern and the observation of another's errors.* Memphis, TN

127.  Kiehl, K.A. (2007, February). *The cognitive neuroscience of people who do bad things: A story of paralimbic dysfunction in psychopathic personality.*   In symposium: What Are the Sociobiological Bases for Aggression?  Buchesbaum, M. organizer.   Annual meeting of the American Neuropsychiatric Association.  Tucson, AZ.

128.  Harenski, CL, Antonenko, O, Shane, MS, & Kiehl, KA (2007, April). *Neural correlates of explicit moral appraisals: an fMRI study.* Poster presented at the annual meeting of the Cognitive Neuroscience Society, New York, NY

129.  Byrd, A.L., Shane, M.S., Book, G., Kahn, R.E., Antonenko, O., & Kiehl, K.A. (2007, April). *Response inhibition as a protective factor against incarceration in those high and low in psychopathic traits.*  Poster presented at the annual meeting of the Society for the Scientific Study of Psychopathy.  St. Petersburg, FL.

130.  Shane, M.S., Harenski, C.L., & Kiehl, K.A. (2007, April).  *Why should I care what happens to you? fMRI evidence for reduced empathic concern associated with subclinical psychopathy.*  Paper offered in the symposium: Psychopathy, Emotion, and Emotion Regulation; Chair: Kosson, D.  Presented at the annual meeting of the Society for the Scientific Study of Psychopathy.  St. Petersburg, FL.

131.  Antonenko, O., Shane, M.S., Harenski, C.L., Kahn, R., Byrd, A., & Kiehl, K.A. (April, 2007). *The PCL-R and self-report Scales in a substance abusing sample.*  Poster presented at the annual meeting of the Society for the Scientific Study of Psychopathy. St. Petersburg, FL.

132.  Kahn, R. E., Shane, M., Antonenko, O., Bell, E., Byrd, A. L., & Kiehl, K. A. (2007, April). *Gender differences in the expression of psychopathic traits.* Poster presented at the 2nd Biennial Society for the Scientific Study of Psychopathy Conference, St. Petersburg, FL

133.  Harenski, CL, Antonenko, O, Shane, MS, & Kiehl, KA (2007, April). *Psychopathic personality traits predict neural and behavioral responses to visually depicted moral violations.* Poster presented at the annual meeting of the Society for the Scientific Study of Psychopathy, St. Petersburg, FL.

134.  Shane, M.S., Harenski, C.S., Stevens, M.C., & Kiehl, K.A. (2007, April). *Reduced cingulate and medialfrontal activity in psychopathy during the viewing of another person making a mistake.* Poster presented at the annual meeting of the Society for the Scientific Study of Psychopathy, St. Petersburg, FL.

135.  Shane, M.S., Harenski, C.L., Stevens, M.C., & Kiehl, K.A.  (2007, April). *Neural response to success-related and error-related feedback within a time-estimation task.*

Poster presented at the 14th Annual Meeting of the Cognitive Neuroscience Society. San Francisco, CA, USA.

136. Schaich Borg, J., Sinnott-Armstrong, W., & Kiehl, K.A. (2007, May).  *How we decide something is morally wrong: An fMRI study.*  Poster presented at the annual meeting of the Society for Cognitive Neuroscience, New York, NY.

137. Harenski, CL, Antonenko, O, Shane, MS, & Kiehl, KA (2007, June). *Gender differences in mechanisms underlying moral judgments.* Poster presented at the annual meeting of the Organization for Human Brain Mapping, Chicago, IL

138. Kiehl, K.A. (2007, September).  *Psychopathic personality: How important is the construct for the legal system.* Paper for the Women's Lawyer's Association of San Luis Obispo County.  Invited lecture.

139. Kiehl, K.A. (2007, September).  *Psychopathy:  Legal implications and neuroscience.* Inaugural meeting of the MacArthur Foundation Network on Law and Neuroscience. Invited speaker.

140. Kiehl, K.A. (2007, September).  *The cognitive neuroscience of youth and adult psychopathic personality: Evidence for paralimbic abnormalities.*  Grand rounds, Department of Psychiatry, Medical College of South Carolina, Charleston, SC.   Invited speaker.

141. Kiehl, K.A. (2007, September).  *The relevance of the assessment of psychopathy for forensic populations.*  Paper presented at the 25th Annual Meeting of the New Mexico Criminal Justice Association.  Invited speaker.

142. Shane, M.S., Harenski, C.L., Stevens, M.C., & Kiehl, K.A. (2007, October). *Self-report and fMRI evidence of reduced empathy, but intact perspective-taking, associated with psychopathic traits.* Poster presented at the Annual Meeting of the Society for Physiological Research.

143. Chakroff, A.G., Harenski, C.L., Shane, M.S., & Kiehl, K. A. (2007, November). *Subliminal emotion perception is modulated by psychopathic traits: An ERP study.* Poster presented at the annual meeting of the Society for Neuroscience. San Diego, CA.

144. Kiehl, K.A. (2007, November).  *The cognitive neuroscience of psychopathic personality: Evidence for paralimbic disturbances.* Grand Rounds in the Department of Psychiatry, University of New Mexico, Albuquerque, NM. Invited speaker.

145. Kiehl, K.A. (2007, November).   *The cognitive neuroscience of people who do bad things: A story of paralimbic dysfunction in psychopathic personality.* Grand Rounds in the Department of Psychiatry, University of Massachusetts Medical School, Worcester, MA.  Invited speaker.

146. Kiehl, K.A. (2007, November).  *Brain imaging in psychopathy.*  Lecture offered to the Center for Mental Health Services Research.  University of Massachusetts Medical School, Worcester, MA.  Invited speaker.

147.  Kiehl, K A. (2008, January).  *The functional neuroanatomy of psychopathic personality.* Grand Rounds in the Department of Neurology, University of New Mexico, Albuquerque, NM.  Invited speaker.

148.  Byrd, A. L., Shane, M., & Kiehl, K. A. (2008, February). *Neural activity during successful response inhibition in substance abusers and psychopaths.* Poster presented at the annual meeting of the Society for Social and Personality Psychology, Albuquerque, NM.

149.  Antonenko, O., Harenski, C. L., & Kiehl, K. A. (2008, February). *Investigating the association between empathy and moral decision making: An fMRI study.* Poster presented at the 9th annual Society for Personality and Social Psychology meeting. Albuquerque, NM

150.  Kiehl, K.A. (2008, March).  *The relevance of the assessment of psychopathy for forensic populations.*  Lecture for the New Mexico Psychology Association.  Invited speaker.

151.  Kiehl, K.A., (2008, March).  *Psychopathic personality: How important is the construct for the legal system?*  Lecture for the New Mexico Rotary Club.  Albuquerque, NM. Invited speaker.

152.  Kiehl, K.A. (2008, April).  *How to go to prison? The making of a forensic psychologist.* Keynote lecture for Department of Psychology Research Day, University of New Mexico, Albuquerque, NM.  Invited speaker.

153.  Shane, M. S., Byrd, A. L., Harenski, C. L., & Kiehl, K. A. (2008, April). *Unique neural recruitment during successful response inhibition associated with substance abuse and psychopathy.* Poster presented at the annual meeting of the Cognitive Neuroscience Society, San Francisco, CA.

154.  Kahn, R.E., Hansberry, H., Harenski, C., Shane, M. & Kiehl, K. A. (2008, May). *Improving the emotional profile of a psychopathy: The relationship between psychopathy and emotional intelligence.* Poster presented at the 20th Annual Convention Association for Psychological Science Conference, Chicago, IL.

155.  Kiehl, K.A., (2008, May). *Paralimbic abnormalities in incarcerated youth and adults with psychopathic traits.* Psychopathology and Addiction among Criminal Justice Populations: New Directions. Chairs: Wilson Compton and Joseph Frascella, NIDA. American Psychiatric Association, Washington DC, USA.   Invited speaker.

156.  Kiehl, K.A. (2008, May). *Aberrant neural processing during decision-making in criminal psychopathy and substance abuse.*  In symposium, Brain Substrates of impaired Error Detection, Moral Judgment and Agency As Core Deficits in Substance Abuse. Steve Grant, NIDA, Chair.  American Psychiatric Association, Washington DC, USA.  Invited speaker.

157.  Harenski, CL, Harenski, KA, Shane, MS, & Kiehl, KA (2008, May). *Neural correlates of moral sensitivity in an adult incarcerated population.* Poster presented at the annual meeting of the Cognitive Neuroscience Society, San Francisco, CA

158.  Kahn, R.E., Hansberry, H., Harenski, C., Shane, M. & Kiehl, K.A. (2008, May). *Improving the Emotional Profile of a Psychopath: The Relationship between Psychopathy and Emotional Intelligence.* Poster presented at the 20th Annual Association for Psychological Science Conference, Chicago, IL.

159.  Kiehl, K.A. (2008, July). *The criminal psychopath magnetized: Brain imaging evidence for paralimbic abnormalities.* Lecture for Department of Radiology, Washington University, St. Louis.  Invited speaker.

160.  Kiehl, K.A. (2008, September).  *Psychopathy: Implications for the legal system.*  In Neuroscience for Judges Seminar, Speaker series sponsored by the MacArthur Foundation Law and Neuroscience Network and the Gruter Institute, Minary Center, Dartmouth College, NH.   Invited speaker.

161.  Kiehl, K.A. (2008, September).  *Brain Imaging and the Criminal Psychopath: Assessment, Recidivism, and Neurobiology.* Lecture for the Vanderbilt Law School, Nashville, TN.  Invited speaker.

162.  Kiehl, K.A. (2008, October). *The Criminal Psychopath: Assessment, Recidivism, and Neuroscience.* Lecture for Science Writers of North America, Hosted by Stanford University. Invited speaker.

163.  Kiehl, K.A. (2008, October). *The Criminal Psychopath: Assessment, Recidivism, and Neuroscience.* PAL lecture for Department of Psychology, University of New Mexico.

164.  Cope, L.M., Shane, M.S., Nyalakanti, P.K., & Kiehl, K.A. (2008, November). *Structural analysis of psychopathic personality: A voxel-based morphometry study.* Poster presented at the annual meeting of the Society for Neuroscience, Washington, D.C.

165.  Clark, V.P., Beatty, G.K., Anderson, R., Kodituwakku, P., Phillips, J., Kiehl, K.A., Calhoun, V.D.  (2008, November). *FMRI activity in cingulate and insular cortex predicts relapse in recovering stimulant addicts.* Oral presentation at the annual meeting of the Society for Neuroscience, Washington, D.C.

166.  Shane, M.S., Harenski, C.L., Stevens, M.C., & Kiehl, K.A. (2008, November). *Attenuated recruitment in psychopaths and substance abusers during the performance and observation of errors.* Poster presented at the Annual Meeting of the Society for Neuroscience. Washington, DC, USA.

167.  Kiehl, K.A. (2008, November). *The Criminal Psychopath: Assessment, Recidivism, and Neuroscience.* Lecture for Gruter Judicial Education Conference, Riverside, CA. Invited speaker.

168.  Kiehl, K.A. (2009, February). *Psychopathy, Violence, and Brain.*  Lecture for EPFL Latsis Symposium 2009: Brain Mechanisms of Violence, Lausanne, Switzerland.  Invited speaker.

169.  Kiehl, K.A. (2009, February). *The criminal psychopath magnetized: Brain imaging reveals paralimbic abnormalities.* Lecture for Lake Ontario Visionary Establishment, Niagara Falls.  Invited speaker.

170.  Kiehl, K.A. (2009, February). *The Criminal Psychopath: Assessment, Recidivism, and Neuroscience.* Lecture for The 2009 Stanford Technology Law Review Symposium- Neuroscience and the Courts: The Implications of Advances in Neurotechnology, Stanford, CA.  Invited speaker.

171.  Kiehl, K.A. (2009, March). *Psychopathy, Risk Assessment, Treatment, and Neuroscience.* Lecture for Law & Neuroscience for Federal Judges, Sponsored by the Gruter Institute for Law and Behavioral Sciences and the Federal Judicial Center, New York, NY. Invited speaker.

172.  Kahn, R.E, & Kiehl, K.A. (2009, April). *The Relationship Between Psychopathy and Emotional Intelligence in Incarcerated Youth.* Poster presented at the 3rd Biennial Society for the Scientific Study of Psychopathy Conference (SSSP), New Orleans, LA.

173.  Harenski, CL, Harenski, KA, Shane, MS, & Kiehl, KA (April, 2009). *Neurobehavioral correlates of moral sensitivity in adult and adolescent psychopathy.* Paper presented at the annual meeting of the Society for the Scientific Study of Psychopathy (SSSP), New Orleans, LA.

174.  Kiehl, K.A. (2009, April). *Brain Abnormalities in Incarcerated Youth with Psychopathic Traits.*  Lecture for Society for Scientific Study of Psychopathy (SSSP), New Orleans, LA.

175.  Chandler, L., Filbey, F., Nyalakanti, P., Bryan, A., Kiehl, K.A., Hutchison, K., & Feldstein Ewing, S. W. (2009, April).  *Searching for the Connection: The relationship between biological and behavioral correlates of adolescent alcohol abuse.* Poster presented at the Society for Research in Child Development, Denver, CO.

176.  Bryan, A.D., Feldstein Ewing, S., Magnan, R., Claus, E., Filbey, F.M., Kiehl, K.A., & Hutchison, K.E. (2009, April). *Neurocognitive correlates of risky sexual behavior in adolescents: An fMRI approach.* Poster presented at the Society of Behavioral Medicine's 30th Annual Meeting. Montreal, Quebec, Canada.

177.  Kiehl, K.A. (2009, April). *Psychopathy, Risk Assessment, Treatment, and Neuroscience.*  Lecture for Paul D. Coverdell/Franklin Foundation Neuroimaging Lecture Series, University of Georgia, Athens, GA. Invited speaker.

178.  Shane, M.S., Harenski, C.L., Stevens, M.C., & Kiehl, K.A. (2009, April). *Attenuated feedback error related negativity in cocaine abusers.* Poster presented at the Annual Meeting of the Cognitive Neuroscience Society. San Francisco, CA, USA.

179.  Kiehl, K.A. (2009, May). *Substance Abuse, Psychopathy, and the Brain – What Have We Learned Using the Mind Mobile Imaging System and New Data Fusion Approaches?* Lecture for Domenici Neuroscience Symposium, Washington D.C. Invited speaker.

180.  Kiehl, K.A. (2009, May). *Psychopathy, Risk Assessment, Treatment, and Neuroscience.* Lecture for Gruter Institute Annual Conference 2009: Law, Behavior & the Brain, Squaw Valley, CA. Invited speaker.

181.  Ermer, E., & Kiehl, K. A. (2009, May). *Social reasoning in psychopathy*. Paper presented at the Human Behavior and Evolution Society Conference, Fullerton, CA.

182.  Feldstein Ewing, S.W., Filbey, F.M., Claus, E., Sabbineni, A., Nyalakanti, P., Kiehl, K.A., Hutchison, K.E., & Bryan, A.D (2009, June). *Neurological correlates of alcohol abuse behavior with high risk, juvenile justice-involved youth.* Paper presented at the Research Society on Alcoholism annual meeting, San Diego, CA.

183.  Kiehl, K.A. (2009, June). *Psychopathy, Risk Assessment, Treatment, and Neuroscience.* Lecture for Neuroscience for Judges, sponsored by the Gruter Institute for Law and Behavioral Research with funding from the John D. and Catherine T. MacArthur Foundation's Law and Neuroscience Project, Nashville, TN. Invited speaker.

184.  Clark, V.P., Beatty, G.K., Anderson, R., Kodituwakku, P., Phillips, J., Kiehl, K.A., Calhoun, V.D. (2009, June).  *Cingulate and insula activity predict relapse in recovering stimulant addicts*.  Abstract #1818, Oral Presentation, Psychiatric Disorders Session, Organization for Human Brain Mapping, San Francisco, CA, 2009.

185.  Kiehl, K.A. (2009, June). *Psychopathic traits:  Assessment, Recidivism, Treatment, Economics, and Neuroscience.* Lecture for 2009 District of Nevada Department of Probation Conference, Dana Point, CA.  Invited speaker.

186.  Kiehl, K.A. (2009, June). *The cognitive neuroscience of psychopathic traits – who has them and what does it mean?* Lecture for Summer Institute in Cognitive Neuroscience, Santa Barbara, CA. Invited speaker.

187.  Kiehl, K.A. (2009, July). *All Things Psychopathic:  Assessment, Criminal Recidivism, Treatment and Neuroscience.*  Lecture for The Mind Research Network, Albuquerque, NM.

188.  Kiehl, K.A. (2009, July). *The Criminal Psychopath: Assessment, Recidivism, and Neuroscience.* Lecture for The United States Probation and Pretrial Services Middle District of Florida, Bonita Springs, Florida. Invited speaker.

189.  Kiehl, K.A. (2009, October). The *Criminal Psychopath:  Assessment, Recidivism,* Treatment and Neuroscience.  Seminar for Baylor College of Medicine for the Department of Neuroscience weekly seminar series Invited speaker, Houston, TX.

190.  Kiehl, K.A. (2009, November).  The Criminal Psychopath:  Assessment, Recidivism, Treatment and Neuroscience.  Seminar for State Judges as part of the Gruter Institute/MacArthur Foundation Law and Neuroscience Project.  Hosted by Northwestern Law School, Chicago, IL. Invited speaker.

191.  Kiehl, K.A., (2009, November).  *fMRI for judges.*  Seminar for State Judges as part of the ASTAR program in Science Education for Judges.   Chicago, IL.   Invited speaker.

192.  Kiehl, K.A. (2009, November).  *Understanding Psychopathy for Judges.*   Seminar for State Judges as part of the ASTAR program in Science Education for Judges.   Chicago, IL.  Invited lecture.

193.  Kiehl, K.A. (2009, December). *Paralimbic dysfunction in psychopathy? Is there evidence from neuroimaging literature?* Invited lecture for the De Kijvelanden Forensisch Psychiatrisch Centrum, Rotterdam, Netherlands.

194.  Kiehl, K.A. (2010, March). *Psychopathy:  Risk assessment, treatment, and neuroscience.*  Seminar on Law and Neuroscience for Federal Judges, Gruter Institute for Law and Behavioral Research & Federal Judicial Center; Co-sponsored by Harvard Law School Petrie-Flom Center for Health Law Policy, Biotechnology, and Bioethics and The John D. and Catherine T. MacArthur Foundation Law and Neuroscience Project. Boston, MA.  Invited speaker.

195.  Kiehl, K.A. (2010, March). *Neuroscience of Psychopathy: Can it be mitigating?* Invited Keynote lecture for Office of the State Appellate Defender and Illinois Institute for Continuing Legal Education: Defending Illinois Death Penalty Cases, Chicago, IL.

196.  Kiehl, K.A. (2010, April).  *Exploring the brains of psychopaths.*  Invited address for the Kenan Institute for Ethics and Department of Neuroscience, Duke University, Durham, NC.

197.  Kiehl, K.A. (2010, May).  *Cognitive neuroscience of psychopathy.*  Invited lecture for the Evolution of Conscience meeting,  Sponsored by the Templeton Foundation, Santa Fe, New Mexico.

198.  Kiehl, K.A. (2010, May).  *Bioprediction of mental illness.*   Invited address for the Conference on Bioprediction, Washington D.C.  Sponsored by the MacArthur Foundation Law and Neuroscience Project and the Duke University Kenan Institute for Ethics, Washington, DC.

199.  Kiehl, K.A. (2010, May).  *Treating the criminal psychopath: Past, present and future.* Invited lecture, 20th Annual meeting of the Gruter Institute for Law and Behavioral Science.  Squaw Valley, CA.

200.  Kiehl, K.A. (2010, May).  *The neuroscience of the criminal psychopath.*   Invited lecture, The Stanford Institute for Neuro-Innovation and Translational Neurosciences. Stanford University.   Palo Alto, CA.

201.  Shannon, B., Snyder, A., Raichle, M., Bache, K., Gusnard, D., & Kiehl, K.A. (2010, June).  *Altered Functional Connectivity in Psychopathy: A Resting-State fMRI Analysis.* Poster session presented at the 16th Annual Meeting of the Organization for Human Brain Mapping, Barcelona, Spain.

202.  Allen, E., Liu, J., Kiehl, K.A., Gelemter, J., Pearlson, G., Perrone-Bizzozero, N., & Calhoun, V. D. (2010, June). *Genetic Influences on cross-frequency modulation in schizophrenia patients and healthy controls.* Poster session presented at the 16th Annual Meeting of the Organization for Human Brain Mapping, Barcelona, Spain.

203. Joblelius, J., Cope, L.M., Nyalakanti, P., & Kiehl, K.A. (2010, June). *An fMRI Investigation of Psychopathy and Drug Craving in Substance Dependent Male Inmates.* Poster session presented at the 16th Annual Meeting of the Organization for Human Brain Mapping, Barcelona, Spain.

204. Cope, L.M., Joblelius, J., Nyalakanti, P., & Kiehl, K.A. (2010, June). *FMRI Analysis of Psychopathy and Drug Craving in Substance Dependent Female Inmates.* Poster session presented at the 16th Annual Meeting of the Organization for Human Brain Mapping, Barcelona, Spain.

205. Skelly, L., Decety, J., & Kiehl, K.A. (2010, June). *Components of Empathy in Incarcerated Psychopaths" fMRI Reveals Surprising Patterns in the Amygdala.* Poster session presented at the 16th Annual Meeting of the Organization for Human Brain Mapping, Barcelona, Spain.

206. Shane, M., Harenski, C., & Kiehl, K.A. (2010, June). *Neural Evidence for "Normal" Reactivity to Aversive Stimuli in Psychopathy: You Just Need to Ask.* Poster session presented at the 16th Annual Meeting of the Organization for Human Brain Mapping, Barcelona, Spain.

207. Kiehl, K.A. (2010, July). *ASPD and Psychopathy: Risk assessment, treatment and neuroscience.* Invited lecture to Federal Chief Probation Officers. Sponsored by the Gruter Institute for Law and Behavioral Science, The Federal Judicial Center, and the John D. and Catherine T. MacArthur Foundation Law and Neuroscience Project.

208. Kiehl, K.A. (2010, July). *Neural correlates of callous-unemotional traits in incarcerated maximum security youth.* Invited paper for program staff of the Eunice Kennedy Shriver National Institute of Child Health and Human Development (NICHD), Bethesda, MD

209. Kiehl, K.A. (2010, July). *Psychopaths after breakfast: Behavior, Brains, Law and Policy.* Invited paper, Google/Nature/O'Reily Sci Foo Conference, Mountain View, CA.

210. Kiehl, K.A., (2010, September). *A case conference on State of Illinois vs Dugan: fMRI in Death Penalty Mitigation.* Invited lecture, University of Pavia, Pavia, Italy.

211. Kiehl, K.A. (2010, September). *Psychopathy, Neuroscience and Law.* Invited faculty lecture, Arizona State University Law School, Phoenix, AZ.

212. Kiehl, K.A. (2010, September). *Psychopathy, Neuroscience and Law.* Invited undergraduate/law student lecture, Arizona State University Law School, Phoenix, AZ.

213. Kiehl, K.A. (2010, October). *Can psychopathy be mitigating? Does neuroscience help?* Illinois Capital Defense Conference, Collinsville, IL. Invited lecture.

214. Kiehl, K.A. (2010, October). *Can Psychopathy be Mitigating? Does Neuroscience Help/Hurt?* American Academy of Psychiatry and Law (AAPL) annual meeting, Tucson, AZ. Invited lecture.

215.  Kiehl, K.A. (2010, October). *Unmasking the Criminal Psychopath: Clinical Assessment, Legal Relevance, and Cognitive Neuroscience.* Department of Religious Studies and Ethics. Indiana University. Bloomington, IN. Invited lecture.

216.  Harenski, C. L., Harenski, K. A., Shane, M., & Kiehl, K. A. (2010, October,). *Neural correlates of moral judgment in adolescents and adults.* Poster presented at the annual meeting of the Social Affective Neuroscience Society, Chicago, IL.

217.  Ermer, E., & Kiehl, K. A. (2010, October). *Social reasoning in psychopathy.* Poster presented at the Social and Affective Neuroscience Society Conference in Chicago, IL.

218.  Vincent, G.M., King, J., Huang, W., Caillouet, B., Smelson, D., Nyalakanti, P., & Kiehl, K. A. (2011, March). *fMRI study of adolescents with CU-CD and co-morbid stimulant abuse.* Presentation at the 2011 annual meeting of the American Psychology Law Society, Miami, FL.

219.  Kiehl, K.A. (2011, March). *The psychopathic mind.* Judicial Seminar on Emerging Issues in Neuroscience; Sponsored by the American Association for the Advancement of Science, Federal Judicial Center, National Center for State Courts, Judicial Division of the American Bar Association, the Society for Neuroscience, and the Dana Foundation. San Diego, CA. Invited lecture.

220.  Kiehl, K.A. (2011, March). *Biology of Moral Reasoning and Psychopathy.* The Second Raymond and Beverly Sackler U.S.A.-U.K. Scientific Forum: Neuroscience and The Law. Sponsored by The United States National Academy of Sciences and United Kingdom Royal Society, Irvine, CA. Invited lecture.

221.  Kiehl, K.A. (2011, March). *Neuroscience & the Sentencing Phase.* Guilty Minds: Neuroscience & Criminal Law Symposium, University of Denver, Sturm College of Law. Denver, CO. Invited Lecture.

222.  Kiehl, K.A. (2011, April). *Persistent, Violent, Psychopathic Offenders: Neurosciences Offers Clues Towards Treatment.* Keynote address at the 2011 District Judges Annual Conference. Reno, Nevada. Invited speaker.

223.  Kiehl, K.A. (2011, May). *Frontiers in Adolescent Brain Science.* Adolescent Brains and Juvenile Justice, Sandra Day O'Connor School of Law, Arizona State University, Phoenix, AZ. Invited speaker, panel member.

224.  Kiehl, K.A. (2011, May). *Aberrant functional connectivity in psychopathy from youth to adulthood.* Symposium lecture at the bi-annual meeting of the Society for the Scientific Study of Psychopathy (SSSP). Montreal, Quebec, Canada.

225.  Aharoni, E. & Kiehl, K.A. (2011, May). *Neural Mechanisms of Passive Avoidance Learning in Psychopathy.* Conference proceedings of the Society for the Scientific Study of Psychopathy (SSSP) in Montreal, Quebec, Canada.

226.  Aharoni, E. & Kiehl, K.A. (2011, May). *Quantifying Criminal Success in Psychopathic Offenders.* Conference proceedings of the Society for the Scientific Study of Psychopathy (SSSP) in Montreal, Quebec, Canada.

227.  Cope, L.M., Ermer, E., Nyalakanti, P.K., & Kiehl, K.A. (2011, May). *Aberrant gray matter volume in criminal psychopathy.* Poster presented at the Society for the Scientific Study of Psychopathy Meeting (SSSP) in Montreal, Quebec, Canada.

228.  Ermer, E., Greene, J.D., & Kiehl, K.A. (2011, May). *Utilitarian moral judgments in incarcerated psychopaths.* Poster presented at the Society for the Scientific Study of Psychopathy (SSSP) Conference in Montreal, Quebec, Canada.

229.  Harenski, C.L., Kiehl, K.A. (2011, May). *A functional imaging investigation of emotion and moral judgment in female psychopathy.* Paper presented at the annual meeting of the Society for the Scientific Study of Psychopathy (SSSP), Montreal, Quebec, Canada.

230.  Harenski, C.L., Harenski, K.A., Thornton, D.M., & Kiehl, K.A. (2011, May). *Neural correlates of response inhibition and pain observation in pedophilia and sexual sadism.* Poster presented at the annual meeting of Society of Biological Psychiatry, San Francisco, CA.

231.  Kiehl, K.A. (2011, June). *The Criminal Psychopath: Who? Why? What?* Lecture presented in the symposium Predicting and Exploring Causation of Criminal Behavior. Second Circuit Judicial Conference, Lake George, NY.  Invited lecture.

232.  Kiehl, K.A. (2011, September).  *The Criminal Psychopath Magnetized: Insights from Neuroimaging of Incarcerated Youth and Adults.* Grand Rounds, New York University Child Study Center, New York, NY.   Invited Lecture.

233.  Kiehl, K.A. (2011, September). *The Legal Implications of Criminal Psychopathy.* Private luncheon lecture provided to the Federal Judges of the Second Circuit Judicial Branch, New York, NY.  Invited lecture by Federal Judge John Koeltl.

234.  Kiehl, K.A. (2011, October). *The criminal psychopath magnetized:  Insights from neuroimaging.*  PAL lecture series, Department of Psychology, University of New Mexico.

235.  Kiehl, K.A. (2011, October).  *The Criminal Psychopath: Who?  Why?  What?* Mind Research Network lecture series. Albuquerque, NM.

236.  Kiehl, K.A. (2011, November). *The Cognitive Neuroscience of Criminal Psychopaths.* Department of Psychology, University of Maryland, College Park, MD.   Invited lecture.

237.  Kiehl, K.A. (2012, February). *The criminal psychopath magnetized: Implications of brain imaging for psychology, medicine, law and policy.*  Neuroscience and Public Policy Program, University of Wisconsin-Madison http://npp.wisc.edu/.  Madison, WI. Invited speaker.

238.  Kiehl, K.A. (2012, April). *The neuroscience of the criminal psychopath:  Any implications for law?* Boston Society of Neurology and Psychiatry, Harvard Medical School. Boston, MA. Invited Keynote Speaker.

239.  Kiehl, K.A. (2012, April).  *The criminal psychopath magnetized: Implications of brain imaging for psychology, medicine, law and policy.*  Duke University Law School.  Invited speaker.

240.  Kiehl, K.A. (2012, April). *The Legal Implications of Criminal Psychopathy.*  Federal judicial education seminar, National Workshops for U.S. Magistrate Judges, Organized by the National Federal Judicial Center in Washington, D.C., Miami, FL.   Invited speaker.

241.  Kiehl, K.A. (2012, July). *The Legal Implications of Criminal Psychopathy.*  Federal judicial education seminar, National Workshops for U.S. Magistrate Judges, Organized by the National Federal Judicial Center in Washington, D.C., Denver, CO. Invited speaker.

242.  Kiehl, K.A. (2012, August). *The Psychopath.* Invited paper, Google/Nature/O'Reily Sci Foo Conference, Google Campus, Mountain View, CA.

243.  Kiehl, K.A. (2012, September). *The usual suspects magnetized:  When law and neuroscience collide.*  PAL lecture series, Department of Psychology, University of New Mexico, Albuquerque, NM.

244.  Kiehl, K.A.  (2012, October). *The criminal psychopath magnetized:  Insights from brain imaging.*  Grand Rounds presentation to the Department of Psychiatry, Duke University, Durham, NC.   Invited speaker.

245.  Kiehl, K.A. (2012, October). *The criminal psychopath magnetized:  Insights from brain imaging.*  Grand Rounds presentation to psychiatric staff at Central Mental Hospital, Duke University/University of North Carolina residents program. Invited speaker

246.  Kiehl, K.A. (2012, October). *Roundtable discussion on law and neuroscience.* Seminar on future tense, The New America Foundation, Washington, DC.   Invited speaker.

247.  Kiehl, K.A. (2013, February). *The cognitive neuroscience of criminal psychopaths.* South Carolina Psychiatric Association 2013 Annual Conference. Charleston, SC. Invited speaker.

248.  Kiehl, K.A. (2013, March).  *The science of psychopaths: Assessment, recidivism, neuroscience, and treatment.* Forensic Mental Health Association of California (FMHAC).  Monterrey, CA.  Invited Keynote speaker.

249.  Kiehl, K.A., (2013, May). *Psychopaths and the Law: Assessment, Recidivism, and Neuroscience.* Nevada Federal District Conference for Federal Judges, Las Vegas, NV. Invited Keynote speaker.

250.  Kiehl, K.A., (2013, May).  *The Usual Suspects Magnetized: When Law and Neuroscience Collide.* Alaska Bar Convention.  Juneau, AK. Invited Keynote speaker.

251.  Kiehl, K.A. (2013, May). *Psychopaths and the Law: Assessment, Recidivism and Treatment.* Alaska Bar Convention.  Juneau, AK.  Invited keynote speaker.

252.  Kiehl, K.A. (2013, May). *The Usual Suspects Magnetized: When Law and Neuroscience Collide.* New Mexico Bar Association.  Judicial Education Seminar. Albuquerque, NM.  Invited lecture by Judge Ronald Kennedy, New Mexico Court of Appeals.

253.  Kiehl, K.A., (2013, June).  *The Usual Suspects Magnetized: When Law and Neuroscience Collide.* Santa Barbara Judicial Meeting, Santa Barbara, CA. Invited speaker.

254.  Kiehl, K.A. (2013, June). *The Usual Suspects Magnetized: When Law and Neuroscience Collide.* New Mexico Judicial Conclave. Albuquerque, NM.  Invited Lecture.

255.  Steele, V. R., Fink, B. C., & Kiehl, K. A. (2013, June). *Predicting substance abuse treatment outcomes with psychopathy and event-related potentials in a Go/NoGo task.* Presented at the Society for the Scientific Study of Psychopathy Biennial Meeting, Washington, D.C.

256.  Anderson, N.E., Kiehl, K. A., Harenski, K. A. (2013, June). *Attention to Emotion: Functional Activation Differences Associated with Psychopathy.* Poster presented at the biennial meeting for Society for the Scientific Study of Psychopathy: Washington, DC.

257.  Kiehl, K.A. (2013, July).   *Neuroscience and Crime.*  Summer Institute in Cognitive Science, Lake Tahoe, CA.  Invited speaker.

258.  Anderson, N. E., Maurer, J. M., Kiehl, K. A. (2013, October). *Psychopathy and Brain Responses during Target Detection Tasks: fMRI and ERP findings.* Psychophysiology (abstr), 50 (suppl), S100. Poster presented at the annual meeting for the Society for Psychophysiological Research.

259.  Kiehl, K.A. (2013, November). *From Callous-Unemotional Traits to Psychopathic Personality:  Neuroimaging Studies of High-Risk Youth and Adults.*  New York University Child Study Center Grand Rounds.   Invited Speaker.

260.  Steele, V. R., Fink, B. C., Maurer, J. M., Arbabshirani, M. R., Sidz, A., Calhoun, V. D., Clark, V. P., & Kiehl, K. A. (2013, November). *Event-related potential measures of incorrect responses predict completion of substance abuse treatment.* Nanosymposia Presented at the Society for Neuroscience Annual Meeting, San Diego, CA. Selected as Society for Neuroscience's "Hot Topic in Neuroscience".

261.  Kiehl, K.A. (2013, November). *Can Neuroscience Help Understand Risk For Homicide?* Sandra Day O'Conner Science Symposium.  Arizona State University School of Law.  Phoenix, Arizona.  Invited Speaker.

262.  Kiehl, K.A. (2013, December). *From Neurons to Neuroimaging: Brain Scans 101.* Annual educational meeting of the State of Georgia Public Defender's Division. Brastown Valley, Georgia.  Invited keynote speaker.

263.  Kiehl, K.A. (2014, February). *On Prediction in Legal Contexts: Would, Could, Should Neuroimaging Help?* Northwestern University School of Law. Invited Speaker.

264.  Kiehl, K.A., (2014, March). *The Usual Suspects Magnetized: When Neuroscience and Law Collide.* Weinberg Symposium, University of Michigan.  Ann Arbor, MI.   Invited speaker.

265.  Buckholtz, J., Dorfman, H., Kastman, E., & Kiehl, K.A. (2014, March). *The value of psychopathy: Aberrant computation of subjective value during intertemporal choice in incarcerated males with psychopathy.* Paper presentation in Application of Neuroscientific Methods and Research to Psycho-Legal Questions Symposium at the Annual Meeting of the American Society for Psychology and Law.  New Orleans, NO.

266.  Gaudet Kiehl, L., Lushing, J. & Kiehl, K.A. (2014, March).  *Neuroimaging Evidence in Court: An analysis of empirical research, legal arguments, and admissibility standards.* Paper presentation in Application of Neuroscientific Methods and Research to Psycho-Legal Questions Symposium at the Annual Meeting of the American Society for Psychology and Law.  New Orleans, NO.

267.  Vincent, G., Cope, L., Nyalakanti, P., & Kiehl, K.A. (2014, March). *fMRI Study of Adolescents with CU-CD & Co-morbid Stimulant Abuse.* Paper presentation in Application of Neuroscientific Methods and Research to Psycho-Legal Questions Symposium at the Annual Meeting of the American Society for Psychology and Law. New Orleans, NO.

268.  Anderson, N.E., Steele, V. R., Maurer, J. M., Kiehl, K. A. (2014, March). *Psychopathy is associated with abnormal hemodynamic and electrocortical contextual baseline features in auditory target detection tasks.* Poster presented at the annual meeting Cognitive Neuroscience Society: Boston, MA.

269.  Kiehl, K.A. (2014, April).  *Forensic Neuroscience.*  Avielle Foundation Scientific Advisory Board meeting.  New Haven, CT.

270.  Kiehl, K.A. (2014, April). *The Usual Suspects Magnetized: When Neuroscience and Law Collide.*  Department of Psychiatry, University of Illinois – Chicago.   Invited speaker.

271.  Kiehl, K.A. (2014, April). *Psychopathy: Etiology and Treatment.* Violence Institute of New Jersey Conference, Rutgers University, Invited Speaker.

272.  Kiehl, K.A. (2014, May). *The Neuroscience of Psychopaths: Legal and Policy Implications.*  Department of Neuroscience, University of Wisconsin, Madison.  Madison, WI.  Invited speaker by the graduate students.

273.  Kiehl, K.A. (2014, June). *Neuroscience and Law – The Latest Science.*   New Mexico Annual Judicial Education Enclave, Albuquerque, NM.  Invited keynote speaker.

274.  Kiehl, K.A. (2014, June).  *Neuro-Prediction – Science Update.* MacArthur Foundation. Law and Neuroscience Project, Chicago, Il.  Invited speaker.

275.  Kiehl, K.A. (2014, June). *Neuroscience and Law: What to Expect from New Cases.* National Court Reporters Association (NCRA) Annual Meeting. San Francisco, CA. Invited speaker.

276.  Kiehl, K.A. (2014, July).  *Neuroscience and Law.*  OASIS (continuing education for senior citizens), Albuquerque, NM.  Invited Speaker.

277.  Kiehl, K.A. (2014, September). *The Usual Suspects Magnetized:  When Neuroscience Goes to Court.*  Department of Psychology, Tulane University, New Orleans, LA.  Invited speaker.

278.  Kiehl, K.A. (2014, September). *Neuroscience and Law.* Department of Psychology, University of New Orleans, LA. Invited speaker.

279.  Kiehl, K.A. (2014, September). *The Usual Suspects Magnetized:  When Neuroscience Goes to Court.* Department of Psychiatry, Baylor College of Medicine, Houston, TX. Invited speaker.

280.  Kiehl, K.A. (2014, October). *Using Brain Scans to Predict the Criminal Mindset.*  US Naval War College; CNO Strategic Studies Group.  Providence, RI.  Invited keynote speaker.

281.  Kiehl, K.A. (2014, November). *Neuroscience of Prediction in Legal Contexts.* Duke University, Durham, NC.  Invited lecture.

282.  Kiehl, K.A. (2014, November). *The Neuroscience of Psychopaths: Legal and Policy Implications.*  Department of Psychology, University of Wisconsin-Madison.  Madison, WI. Invited speaker.

283.  Kiehl, K.A. (2014, November). *The Neuroscience of Violence and Risk Prediction.* Presidential Symposium, German Association for Psychiatry, Psychotherapy, and Psychosomatics (DGPPN).  Berlin, Germany. Invited keynote speaker.

284.  Kiehl, K.A. (2015, January).  *Psychopathy.*  A Murder Mystery Event.  A three day inter-session educational course on science and law.  Duke University, Durham, NC. Invited speaker.

285.  Kiehl, K.A. (2015, January). *The Brain Safe Program.*  Arizona State University School of Law Symposium on Concussions in NCAA Athletes, Phoenix, AZ. Invited speaker.

286.  Kiehl, K.A. (2015, February).  *Neuroscience of Incarcerated Youth.* Texas Youth Bar Association Annual Meeting.  Dallas/Ft. Worth, TX. Invited Speaker.

287.  Kiehl, K.A. (2015, February). *Understanding, Predicting, and Reducing Bad Decisions: Can Neuroscience Help?* Department of Psychology, Duke University, Durham, NC. Invited speaker.

288.  Kiehl, K.A. (2015, February).  *Neuroscience and Law.* Panel Member/Speaker at the Yale Law School Event – Rebellious Lawyer Conference. New Haven, CT. Invited Speaker.

289.  Kiehl, K.A. (2015, March).  *Gray Matters: Neuroscience, Ethics and the Law.*  ACGP. San Diego, CA.  Invited Speaker.

290.  Steele, V. R., Bernat, E. M., Calhoun V. D., & Kiehl, K. A. (2015, March). *Neuroimaging measures of cognitive control: Extracting reliable signals.* Mini-Symposium presented at the Cognitive Neuroscience Society's Annual Meeting, San Francisco, CA.

291.  Kiehl, K.A. (2015, April). *The Neuroscience of Prediction.*  IARPA conference. Albuquerque, NM.

292.  Kiehl, K.A. (2015, April). *Psychopaths for engineers.* Department of Electrical Engineering, University of New Mexico.  Invited lecture.

293.  Kiehl, K.A. (2015, April). *Neuroscience of Prediction.* Los Alamos National Laboratory, Los Alamos, NM. Invited speaker.

294.  Kiehl, K.A. (2015, May). *The Usual Suspects Magnetized: Neuroscience Goes to Court.*  North Dakota Judicial Education Lecture. Grand Forks, ND. Invited Speaker.

295.  Kiehl, K.A. (2015, May). *It's All in the Mind Y'know:  Uses and Misuses of Neuroscience in Law.*  Exploratorium, San Francisco, CA. Invited speaker. http://www.exploratorium.edu/visit/calendar/balance-bringing-science-justice-david-faigman-may-21-2015

296.  Kiehl, K.A. (2015, June). *Neuroimaging studies of incarcerated high-risk youth.*  South Carolina Psychiatric Association. Charleston, SC. Invited Speaker.

297.  Kiehl, K.A. (2015, June). *The Intersection of Science and Law from the Scientific Point-of-View.* Illinois State Judicial Education Conference. Champaign, IL. Invited Speaker.

298.  Kiehl, K.A., Lushing, J., Steele, V., Harenski, C. (2015, June). *Brain Imaging in Female Psychopathy.* Annual Meeting of the Society for the Scientific Study of Psychopathy (SSSP). Chicago, IL.

299.  Ulrich, D. M., Maurer, J. M., Nayalkanti, P. K., Kiehl, K. A. (2015, June). Aberrant paralimbic functional connectivity in psychopathic male offenders. Poster presented at Society for the Scientific Study of Psychopathy, Chicago, Illinois.

300.  Maurer, J. M., Steele, V. R., Fink, B. C., Vincent, G. M., Calhoun, V. D., & **Kiehl, K. A.** (2015, June). *Dysfunctional error-related processing in psychopathic personality captured using interview-based assessments, but not self-report measures.* Society for the Scientific Study of Psychopathy, Chicago, IL.

301.  Anderson, N. E., Steele, V. R., Maurer, J. M., & **Kiehl, K. A.** (2015, June). *Dissociating emotional processing and attention to emotion in psychopathy.* Society for the Scientific Study of Psychopathy, Chicago, IL.

302.  Kiehl, K.A. (2015, July). *The Science of Psychopaths.* University of Pisa, Pisa, Italy. Invited lecture.

303.  Kiehl, K.A. (2015, July). *The Neuroscience of Criminal Psychopaths.* Annual Meeting of International Society of Law and Mental Health. Vienna, Austria. Invited lecture.

304.  Kiehl, K.A. (2015, September).  Panel Member.  Summer Seminars in Philosophy and Neuroscience, Duke University, Durham, NC.

305.  Kiehl, K.A. (2015, October).  *The Neuroscience of the Criminal Psychopath.*  University of Charleston, Charleston, SC.  Invited speaker.

306.  Steele, V. R., Claus, E. D., Fink, B. C., Maurer, J. M., Arbabshirani, M. R., Rao, V., Calhoun, V. D., & Kiehl, K. A. (2015, October). *Functional magnetic resonance imaging measures of network connectivity related to incorrect responses predict completion of substance abuse treatment.* Presented at the Society for Neuroscience Annual Meeting, Chicago, IL.

307.  Steele, V. R., Claus, E. D., Fink, B. C., Maurer, J. M., Arbabshirani, M. R., Rao, V., Calhoun, V. D., & Kiehl, K. A. (2015, October). *Neural measures of incorrect responses predict completion of substance abuse treatment.* Presented at the Greater Baltimore Chapter of Society for Neuroscience, Baltimore, Md.

308.  Kiehl, K.A. (2015, November).  *The Neuroscience of Concussions.*  Arizona State University Public Symposium on Concussions in Sports.  Invited Speaker.

309.  Kiehl, K.A. (2016, February). *Neuroprediction and the Law.*  Fordham Law School, New York, NY. Invited Speaker.

310.  Kiehl, K.A. (2016, March).  *The Usual Suspects Magnetized: Neuroscience Goes to Court.*  Duke University, Durham, NC.  Invited Speaker.

311.  Kiehl, K.A. (2016, June).  *When Neuroscience and Law Collide,*  International School for Advanced Studies (IMT), Lucca, Italy.  Invited Speaker.

312.  Kiehl, K.A. (2016, June).  *Criminological Sciences:  Prediction of Antisocial Behavior.*  IALM, Intersocietal Symposium.  Venice, Italy.   Invited Keynote Speaker.

313.  Kiehl, K.A. (2016, June).  *Neuroscience and Law: Case Studies.*  University of Padova, Venice, Italy.  Invited Speaker.

314.  Kiehl, K.A. (2016, November).  *When neuroscience and law collide.*  University of Utah Law School, Salt Lake City, UT.  Invited Speaker.

315.  Kiehl, K.A. (2017, April).  *Psychopaths.*  Lecture to the Military Officers Association of America (MOAA; ABQ Chapter).   Invited speaker.

316. Maurer, J. M., Steele, V. R., Cope, L. M., Vincent, G. M., Stephen, J. M., Calhoun, V. D., & Kiehl, K. A. (2017, May). *Dysfunctional error-related processing in incarcerated youth with elevated psychopathic traits.* Poster session presented at the biennial meeting of the Society for the Scientific Study of Psychopathy Meeting (SSSP) in Antwerp, Belgium.

317. Crooks, D., Anderson, N.E., Widdows, M., Petseva, N., Koenigs, M., Kiehl, K.A. (2017, May). *Any way you slice it: Cavum septum pellucidum as a marker for psychopathic traits but not antisocial behavior.* Presented at the biennial meeting of the Society for the Scientific Study of Psychopathy: Antwerp, Belgium.

318. Ulrich, D. M., Maurer, J. M., Nayalkanti, P. K., Kiehl, K. A. (2017, May). Paralimbic functional connectivity in juvenile offenders with psychopathic traits. Poster presented at Society for the Scientific Study of Psychopathy, Antwerp, Belgium.

319. Kiehl, K.A. (2017, January). *The Utility of MRI in Mental Health, Forensics and Sports.* University of Nebraska, Lincoln, NE.  Invited lecture.

320. Kiehl, K.A. (2017, February). *Neuroimaging and the Law: Past, Present and Future.* Invited keynote at the American College of Psychiatry Annual Meeting, Phoenix, Az.

321. Kiehl, K.A. (2017, February). *Neuroscience and law: Case studies.*  Invited lecture at ASU law school.  Phoenix, Az.

322. Kiehl, K.A. (2017, March). *Neuroscience, Mental Health and the Law: Past, present and future.*  Three hour keynote address at the Forensic Mental Health Society annual meeting, Monterrey, CA.   Invited lecture.

323. Kiehl, K.A. (2017, April). *Case studies in neuroscience and law.*  Invited presentation by the students of the Vanderbilt University Law School.  Nashville, TN.

324. Kiehl, K.A. (2017, April). *Psychopaths and the law.*  Invited presentation by Dr. Own Jones, Professor of Law, Vanderbilt University.  Nashville, TN.

325. Kiehl, K.A. (2017, April). *All you wanted to know about psychopaths!* Invited presentation to the Albuquerque chapter of retired military officers.  Albuquerque, NM.

326. Kiehl, K.A. (2017, May*). Neuroscience of the criminal psychopath.*  University of Leige, Belgium.  Invited lecture.

327. Kiehl, K.A. (2017, May). *Machine learning in the forensic system.*  European Association of Psychology and Law.  Mechelen, Belgium.  Invited speaker.

328. Kiehl, K.A. (2017, September). *Past, present and future of neuroscience and law.* Department of Psychiatry, University of Toronto, Toronto, ON, Canada.   Invited lecture.

329. Kiehl, K.A. (2018, January). *(Neuro)Prediction of Antisocial Behavior.*  Invited speaker.  Winter Conference on Neuroplasticity.  Curacao, Dutch Antilles.
330.

331.  Kiehl, K.A. (2018, February).  *(Neuro)Prediction of Antisocial Behavior.*  Albuquerque chapter of the Federal Bureau of Investigation.   Albuquerque, NM, Invited speaker.

332.  Kiehl, K.A. (2018, March). Past, present and future of neuroscience and law.  Tulane University Forensic Psychiatry Meeting, New Orleans, NO.  Invited keynote speaker.

333.  Kiehl, K.A. (2018, May).  Neuroscience and the law: Past, present, and future.  Mt. Sinai Medical School, New York, NY, Invited Lecture.

334.  Kiehl, K.A. (2018, June).   Panel presenter, Machine learning in forensic contexts, DARPA L2M Project meeting,  Chicago, IL.

335.  Sajous-Turner, A., Anderson, N.E., Widdows, M., Prashanth Nyalakanti, Keith Harenski, Carla Harenski, Michael Koenigs, Jean Decety & Kent A. Kiehl. (2018, November) *Aberrant brain gray matter in murderers.* Poster presentation at the  Annual Biomedical Research Conference for Minority Students (ABRCMS) in Indianapolis, Indiana.

336.  Ulrich, D. M., Nyalakanti, P. K., Kiehl, K. A. (2018, November). *Gray matter correlates of emotional intelligence in incarcerated offenders.* Poster presented at Society for Neuroscience, San Deigo, California.

337.  Edwards, B.G. (2019, May). Development of an expert-rater assessment of trauma history in a high-risk youth forensic sample. In K.A. Kiehl (Chair), *Psychopathy and trauma: Addressing subtypes, sex differences, construct measurement, and neuroscience in incarcerated samples.* Symposium conducted at the 8th Biennial Meeting of the Society for the Scientific Study of Psychopathy, Las Vegas, NV.

338.  Mitchell-Somoza, A., Carre, J., Cazala, F., Greenfield, D.N., Thornton, D.M., Decety, J., Kiehl, K.A., & Harenski, C.L. (2019, May). *Moral intuitions and empathic dispositions in incarcerated sexual offenders with sadistic traits.* Poster presented at the 8th Biennial Conference for the Society for the Scientific Study of Psychopathy, Las Vegas, NV.

339.  Reynolds, B., Maurer, J., Cook, A., Kiehl, K. (2019, May). *The relationship between psychopathic traits and risky sexual behavior in incarcerated adult male offenders.* Poster presented at the 8th biennial meeting for the Society for the Scientific Study of Psychopathy, Las Vegas, NV.

340.  Sajous-Turner, A., Anderson, N.E., Widdows, M., Prashanth Nyalakanti, Keith Harenski, Carla Harenski, Michael Koenigs, Jean Decety & Kent A. Kiehl. (2019, May) *Aberrant brain gray matter in murderers.* Poster presentation at the Society for the Scientific Study of Psychopathy in Las Vegas, Nevada.

341. Ulrich, D. M., Gonsalves, M., Kiehl, K. A. (2019, May). *Psychopathy subtypes predict emotional intelligence in incarcerated offenders.* Poster presented at Society for the Scientific Study of Psychopathy, Las Vegas, Nevada.

342. Edwards, B.G., Reynolds, B., Mills, J.L., Verona, E., & Kiehl, K.A. (2020, March). *Psychopathy and substance use in relation to prostitution and pimping among women offenders.* Poster session presented at the American Psychology-Law Society Annual Conference, New Orleans, LA.

343. Anderson, N.E., Sajous-Turner, A., Prashanth Nyalakanti, Keith Harenski, Carla Harenski, Michael Koenigs, Jean Decety & Kent A. Kiehl. (2020, March) *Time in prison accompanies gray matter increases, may reflect recovery from substance use.* Poster presentation at the American Psychology and Law Society in New Orleans, Lousiana

344. Ulrich, D. M., Gullapalli, A., Reynolds, B. L., Weiss, G. L., Harenski, C. L., Kiehl, K. A. (2020, March). *Predicting adult recidivism using the PCL-YV: A longitudinal study of high-risk adolescents.* Poster presented at American Psychology-Law Society Annual Conference, New Orleans, Louisiana.

345. Kiehl, K.A. (2020, July).   *Psychopathy and Law.*   Guest zoominar to IMT Scuola Alti Studi Lucca,   Lucca, Italy.

Last updated 7/1/21.

**WILLIAM G. TIERNEY**

1749 Silverwood Terrace
Los Angeles, CA 90026
323.893.9314
E-mail: wgtiern@usc.edu

## EDUCATION

| 1984 | Ph.D. | Administration and Policy Analysis, Stanford University, Stanford, California |
| 1984 | M.A. | Anthropology, Stanford University (concurrent with Ph.D.), Stanford, California |
| 1978 | M.Ed. | Education, Harvard University, Cambridge, Massachusetts |
| 1975 | B.A. | English, Tufts University, Medford, Massachusetts |

## PROFESSIONAL EXPERIENCE

| 2014–2015 | Associate Dean for Research and Faculty Affairs |
| 2013–2019 | Co-Director, Pullias Center for Higher Education |
| 2013–2014 | Past President, American Educational Research Association |
| 2012–2013 | President, American Educational Research Association |
| 2011–2012 | President-Elect, American Education Research Association |
| 2006–present | University Professor, University of Southern California |
| 2002–2005 | Chair, University Committee on Academic Review |
| 2001–2002 | President, Association for the Study of Higher Education |
| 1999–2000 | President, Academic Senate, University of Southern California |
| 1998–present | Wilbur-Kieffer Professor of Higher Education |
| 1994–2013 | Professor & Director, Pullias Center for Higher Education (formerly known as the Center for Higher Education Policy Analysis), Rossier School of Education, University of Southern California |
| 1996–1999 | Chair, Education Policy and Administration, Rossier School of Education, University of Southern California |
| 1993–1994 | Senior Scientist, Center for the Study of Higher Education, and Professor & Professor-in-Charge, Higher Education Program, College of Education, The Pennsylvania State University |
| 1989–1993 | Senior Research Associate, Center for the Study of Higher Education, Associate Professor, College of Education, The Pennsylvania State University |
| 1986–1989 | Research Associate, Center for the Study of Higher Education, and Assistant Professor, College of Education, The Pennsylvania State University |
| 1984–1986 | Senior Associate, Organizational Studies Division, National Center for Higher Education Management Systems [NCHEMS] |
| 1978–1980 | Academic Dean, Fort Berthold Community College, North Dakota |
| 1975–1977 | Teacher, Peace Corps, Morocco |

**WILLIAM G. TIERNEY**

Co-PI for $3.2 million study of the use of technology in improving access to college funded by the Fund for the Improvement of Postsecondary Education of the U.S. Department of Education. Principal investigator for $1.5 million study funded by U.S. Department of Education on college access. PI on $175,000 project funded by the Haynes Foundation on academic competencies.  Co-principal investigator for $1 million Gates Foundation study on building games to enhance "college knowledge." Co-PI on ways to increase postsecondary capacity in California. Principal investigator for $1.8 million study pertaining to the reform of decision-making in higher education, $1.2 million U.S. Department of Education project about ways to increase college access for low-income urban youth, and $902,000 project funded by Lumina Foundation about access and financial aid. Co-principal investigator of $250,000 grant from the Pew Endowment to investigate issues pertaining to tenure, and principal investigator of $340,000 grant to study faculty productivity in schools of education. Director of $350,000 Ford Foundation grant analyzing effectiveness of college preparation programs for low-income students of color. Co-director of $240,000 grant from Lilly Endowment and TIAA-CREF concerning faculty socialization and peer review. Led $60,000 project pertaining to faculty development of Native American colleges funded by the Bush Foundation. Received $75,000 from the Ford Foundation to study the conflict Native American students face in academe. Involved as researcher and co-principal investigator of a five-year study on organizational change for US DOE National Center on Teaching, Learning, and Assessment.

Fernand Braudel Fellow at European University Institute, Florence, Italy (2019) and Rockefeller Fellow at Bellagio, Italy (2019) to write a book on higher education and democracy.  Fulbright Scholar in India (2015-2016), Australia (2000–2001) and Central America (1992–1993) to undertake research on faculty socialization, academic freedom, institutional quality, and comparative higher education. Distinguished Visiting Research Professor, University of Hong Kong (2013-2016) to offer lectures and undertake research on strategic change, student voice, and comparative higher education.

Current projects focus on higher education and democracy, technology, games and equity-based practices, governance and leadership, college readiness, faculty productivity, privatization, academic freedom, organizational culture and innovation, academic corruption, and strategic change. Have taught courses in administration, organizational theory, curriculum, qualitative methodology, leadership, and critical theory. Designed core Ph.D. course on academic work and the engaged intellectual.

**PROFESSIONAL AFFILIATIONS AND ACTIVITIES**

American Anthropological Association
American Association of University Professors
American Civil Liberties Union
American Educational Research Association
Amnesty International
Association for the Study of Higher Education
Human Rights Campaign
National Academy of Education
Scholars at Risk

**WILLIAM G. TIERNEY**

## BOOKS

Lanford, M., & Tierney W. G. (in press). *Creating a culture of mindful innovation in higher education*. Albany, NY: SUNY Press.

Tierney, W.G. (2021). *Higher education for democracy: The role of the university in civil society*.  Albany, NY: SUNY Press.

Tierney, W. G. (2020). *Get real: 49 challenges confronting higher education*.  Albany, NY: SUNY Press.

Tierney, W. G. (2008). *The impact of culture on organizational decision-making: Theory and practice in higher education*. Sterling, VA: Stylus.

Tierney, W. G., & Hentschke, G. C. (2007). *New players, different game: Understanding the rise of for-profit colleges and universities*. Baltimore, MD: The Johns Hopkins University Press.

Tierney, W. G. (2006). *Trust and the public good: Examining the cultural conditions of academic work*. New York, NY: Peter Lang.

Tierney, W. G. (1999). *Building the responsive campus: Creating high performance colleges and universities*. Thousand Oaks, CA: Sage.

Tierney, W. G. (1997). *Academic outlaws: Queer theory and cultural studies in the academy*. Thousand Oaks, CA: Sage.

Tierney, W. G., & Bensimon, E. M. (1996). *Promotion and tenure: Community and socialization in academe*. Albany, NY: SUNY Press.

Tierney, W. G. (1993). *Building communities of difference: Higher education in the 21st century*. Westport, MA: Bergin & Garvey.

Tierney, W. G. (1992). *Official encouragement, institutional discouragement: Minorities in academe—The Native American experience*. Norwood, NJ: Ablex.

Tierney, W. G. (1989). *Curricular landscapes, democratic vistas: Transformative leadership in higher education*. New York, NY: Praeger.

Tierney, W. G. (1988). *The web of leadership: The presidency in higher education*. Greenwich, CT: JAI Press.

Chaffee, E., & Tierney, W. G. (1988). *Collegiate culture and leadership strategies*. New York, NY: Macmillan.

WILLIAM G. TIERNEY

**EDITED BOOKS, MONOGRAPHS, AND JOURNALS**

Tierney, W. G., & Kolluri, S. (Eds.). (2020). *Relational sociology and research on schools, colleges and universities.* Albany, NY: SUNY Press.

Lanford, M., Tierney, W. G., & Lincoln, Y. S. (Eds.). (2019). The art of life history: Novel approaches, future directions [Special issue]. *Qualitative Inquiry, 25*(5), (pp. 459-463).

Oleksiyenko, A., & Tierney, W. G. (Eds.). (2018). Higher education and human vulnerability: Global failures of corporate design [Special issue]. *Tertiary Education and Management, 24*(3).

Tierney, W. G., Corwin, Z. B., & Ochsner, A. (Eds.). (2018). *Diversifying digital learning: Online literacy and educational opportunity.* Baltimore, MD: Johns Hopkins University Press.

Tierney, W. G., & Ward, J.D. (Eds.). (2017). The role of state education policy in ensuring access, achievement, and attainment in higher education [Special issue]. *American Behavioral Scientist, 61*(14).

Venegas, K.M., Cadena, M., Galan, C., Park, E., Astudillo, S., Avilez, A.A., Ward, J.D., Lanford, M., & Tierney, W.G. (2017). *Understanding DACA and the implications for higher education.* Los Angeles, CA: Pullias Center for Higher Education, University of Southern California.

Tierney, W. G., Ward, J.D., Corwin, Z.B., Ngo, F., Cadena, M., Avilez, A.A., & Lanford, M. (2017). *The university as a sanctuary.* Los Angeles, CA: Pullias Center for Higher Education, University of Southern California.

Tierney, W. G., & Lanford, M. (2016). *Cultivating strategic innovation in higher education.* New York, NY: TIAA-CREF Institute. Retrieved from https://www.tiaainstitute.org/public/pdf/cultivating_strategic_innovation_in_higher_ed.pdf

Tierney, W. G., Lanford, M., & Maruco, T. (2016). *Report on linked learning.* Los Angeles: John Randolph Haynes and Dora Haynes Foundation.

Seggie, F. N., Gümüş, S., & Tierney, W. G. (Eds.). (2016). Developing a research agenda on higher education: Implications for method, theory and policy [Special issue]. *Education and Science, 41*(184). http://egitimvebilim.ted.org.tr/index.php/EB/issue/view/202

Tierney, W. G. (Ed.). (2015). *Rethinking education and poverty.* Baltimore, MD: The Johns Hopkins University Press.

Tierney, W. G., & Duncheon, J. C. (Eds.). (2015). *The problem of college readiness.* Albany, NY: SUNY Press.

Tierney, W. G. & Lanford, M. (2015). *Creating the conditions for innovation in schools, colleges, and universities.* Los Angeles, CA: Pullias Center for Higher Education, University of Southern California.

Lanford, M., Maruco, T., & Tierney, W. G. (2015). *Prospects for vocational education in the  United States: Lessons from Germany.* Los Angeles: Pullias Center for Higher Education,  University of

4

**WILLIAM G. TIERNEY**

Southern California.

Lanford, M., & Tierney, W. G. (2015). *From "vocational education" to "linked learning": The ongoing transformation of career-oriented education in the United States.* Los Angeles: Pullias Center for Higher Education, University of Southern California.

Tierney, W. G., & Corwin, Z. B. (2015). *Improving access to college through games, technology, and social media.* Los Angeles, CA: Pullias Center for Higher Education.

Tierney, W. G., Corwin, Z. B., Fullerton, T., & Ragusa, G. (Eds.). (2014). *Postsecondary play: The role of technology and social media in higher education.* Baltimore, MD: The Johns Hopkins University Press

Tierney, W. G., & Sablan, J. R. (Eds.). (2014). Examining college readiness. *American Behavioral Scientist, 58*(8).

Tierney, W. G., & Rodriguez, B. A. (Eds.). (2014). *The future of higher education in California: Getting in and getting through—problems and solutions.* Los Angeles, CA: Pullias Center for Higher Education.

Tierney, W. G., & Zha, Q. (Eds.). (2014). Academic freedom in an age of globalization. *Frontiers of Education in China, 9*(1).

Tierney, W. G. (2014). *Creating a culture of innovation: The challenge in becoming and staying a world-class university.* Los Angeles, CA: Pullias Center for Higher Education.

Tierney, W. G. (2013). *The summer before: Improving college writing before freshman year.* Los Angeles, CA: Pullias Center for Higher Education.

Tierney, W. G., Corwin, Z. B., Fullerton, T., & Ragusa, G. (Eds.). (2013). *Ready or not, here we play: The impact of games on college readiness, access and student success.* Los Angeles, CA: Pullias Center for Higher Education.

Corwin, Z. B., Tierney, W. G., Swensen, E., Bouchard, S., Fullerton, T., & Ragusa, G. (2012). *Gaming the system: Fostering college knowledge through play.* Los Angeles, CA: Pullias Center for Higher Education.

Tierney, W. G., & Garcia, L. D. (Eds.). (2011). Remediation in higher education: Perspectives and interventions. *American Behavioral Scientist, 55*(2).

Tierney, W. G., & Hentschke, G. (Eds.). (2011). *Making it happen: Increasing access and attainment in California higher education, the role of private postsecondary providers.* La Jolla, CA: National University System Institute for Policy Research.

Hentschke, G. C., Lechuga, V. M., & Tierney, W. G. (Eds.). (2010). *For-profit colleges and universities: Their markets, regulation, performance and place in higher education.* Sterling, VA: Stylus.

Findlay, C., & Tierney, W. G. (Eds.). (2010). *Globalization and tertiary education in the Asia Pacific: The changing nature of a dynamic market.* Toh Tuck, Singapore: World Scientific.

**WILLIAM G. TIERNEY**

Kaur, S. S. M., & Tierney, W. G. (Eds.). (2010). *Quality assurance and university rankings in higher education in the Asia Pacific: Challenges for universities and nations.* Penang, Malaysia: Universiti Sains Malaysia.

Tierney, W. G., & Colyar, J. E. (Eds.). (2009). *Urban high school students and the challenge of access: Many routes, difficult paths* (revised ed.). New York, NY: Peter Lang.

Tierney, W. G., Bailey, T., Constantine, J., Finkelstein, N., & Hurd, N. (2009). *Helping students navigate the path to college: What high schools can do: A practice guide* (NCEE # 2009-4066). Washington, DC: National Center for Education Evaluation and Regional Assistance, Institute of Education Sciences, U.S. Department of Education.

Tierney, W. G., & Findlay, C. (2008). *The globalization of education: The next wave.* Heng Mui Keng Terrance, Singapore: Pacific Economic Cooperation Council and the Association of Pacific Rim Universities.

Tierney, W. G., Gupton, J. T., & Hallett, R. E. (Eds.). (2008). *Transitions to adulthood for homeless adolescents: Education and public policy.* Los Angeles, CA: Center for Higher Education Policy Analysis.

Tierney, W. G., & Sallee, M. W. (Eds.). (2007). Creating sustainable school-university partnerships. *Metropolitan Universities, 18*(4).

Corwin, Z. B., & Tierney, W. G. (2007). *Getting there—and beyond: Building a culture of college-going in high schools.* Los Angeles, CA: Center for Higher Education Policy Analysis.

Kennedy, B., Olivérez, P. M., & Tierney, W. G. (2007). *Cashing in or cashing out: Tools for measuring the effectiveness & outcomes of financial aid events.* Los Angeles, CA: Center for Higher Education Policy Analysis.

Tierney, W. G. (Ed.). (2006). *Governance and the public good.* Albany, NY: SUNY Press.

Tierney, W. G., & Colyar, J. E. (Eds.). (2006). *Urban high school students and the challenge of access: Many routes, difficult paths.* New York, NY: Peter Lang.

Olivérez, P. M., Chavez, M. L., Soriano, M., & Tierney, W. G. (Eds.). (2006). *The college & financial aid guide for: AB540 undocumented immigrant students.* Los Angeles, CA: Center for Higher Education Policy Analysis.

Luna De La Rosa, M., & Tierney, W. G. (2006). *Breaking through the barriers to college: Empowering low-income communities, schools, and families for college opportunity and student financial aid.* Los Angeles, CA: Center for Higher Education Policy Analysis.

Tierney, W. G., & Kezar, A. (2006). *The role of boards in college access programs: Creating and maintaining quality.* Los Angeles, CA: Center for Higher Education Policy Analysis.

Tierney, W. G., Venegas, K. M., & Luna de la Rosa, M. (Eds.). (2006). Financial aid and access to college: The public policy challenges. *American Behavioral Scientist, 49*(12).

6

**WILLIAM G. TIERNEY**

Tierney, W. G., & Holley, K. A. (Eds.) (2006, Spring/Summer). Transforming the PhD in education. *USC UrbanEd.*

Tierney, W. G., & Holley, K. A. (Eds.). (2005). Shared governance under fire: Reform and renewal. *Academe, 91*(3).

Olivérez, P. M., & Tierney, W. G. (Eds.). (2005). *Show us the money: Low-income students, families, and financial aid.* Los Angeles, CA: Center for Higher Education Policy Analysis.

Tierney, W. G., Corwin, Z. B., & Colyar, J. E. (Eds.). (2005). *Preparing for college: Nine elements of effective outreach.* Albany, NY: SUNY Press.

Tierney, W. G., & Lechuga, V. M. (Eds.). (2004). Restructuring shared governance in higher education. *New Directions for Higher Education*, 127. San Francisco, CA: Jossey-Bass.

Tierney, W. G., Venegas, K. M., Colyar, J. E., digital equity, Z. B., & Olivérez, P. M. (Eds.) (2004). *Creating helping environments for college-going: The CHEPA chec-list for counselors.* Los Angeles, CA: Center for Higher Education Policy Analysis.

Tierney, W. G., Campbell, C. D., & Sanchez, G. J. (Eds.). (2004). *The road ahead: Improving diversity in graduate education.* Los Angeles, CA: Center for Higher Education Policy Analysis.

Tierney, W. G. (Ed.). (2004). Summer reading 101: Literature for the academy. *Academe, 90*(3).

Tierney, W. G. (Ed.). (2004). Governing urban and metropolitan universities. *Metropolitan Universities, 15*(1).

Tierney, W. G. (Ed.). (2004). *Competing conceptions of academic governance: Negotiating the perfect storm.* Baltimore, MD: Johns Hopkins University Press.

Tierney, W. G. (Ed.). (2003). *Academic vantage points: Reflections on the university in the 21st century.* Los Angeles, CA: Center for Higher Education Policy Analysis.

Lechuga, V. M., Tierney, W. G., & Hentschke, G. C. (Eds.). (2003). *Expanding the horizon: For-profit institutions in higher education.* Los Angeles, CA: Center for Higher Education Policy Analysis.

Tierney, W. G. (Ed.). (2003). Academic governance in a protean environment. *American Behavioral Scientist, 46*(7).

Tierney, W. G., Colyar, J. E., & Corwin, Z. B. (Eds.). (2003). *Preparing for college: Building expectations, changing realities.* Los Angeles, CA: Center for Higher Education Policy Analysis.

Tierney, W. G., & Minor, J. T. (Eds.). (2003). *Challenges for governance: A national report.* Los Angeles, CA: Center for Higher Education Policy Analysis.

Tierney, W. G., & Hagedorn, L. S. (Eds.). (2002). *Increasing access to college: Extending possibilities for all students.* Albany, NY: SUNY Press.

**WILLIAM G. TIERNEY**

Tierney, W. G., & Hagedorn, L. S. (Eds.). (2002). *Making the grade in college prep: A guide for improving college preparation programs.* Los Angeles, CA: Center for Higher Education Policy Analysis.

Tierney, W. G. (Ed.). (2001). *Faculty work in schools of education: Rethinking roles and rewards for the 21st century.* Albany, NY: SUNY Press.

Tierney, W. G., & Twombly, S. (Eds.). (2000). Qualitative methods for educational research. *Theory into Practice, 39*(3).

Tierney, W. G. (Ed.). (1999). *Faculty productivity: Facts, fictions and issues.* New York, NY: Garland.

Tierney, W. G. (Ed.). (1999). Lives lived, lives recorded: Creating life histories and stories in a postmodern moment. *Qualitative Inquiry, 5*(3).

Tierney, W. G. (Ed.). (1999). Queer frontiers: Qualitative research and queer theory. *International Journal of Qualitative Studies in Education, 12*(5).

Kempner, K., Mollis, M., & Tierney, W. G. (Eds.). (1998). *Association for the Study of Higher Education reader on comparative higher education.* Needham, MA: Ginn Press.

Tierney, W. G. (Ed.). (1998). *The responsive university: Restructuring for high performance.* Baltimore, MD: Johns Hopkins University Press.

Tierney, W. G. (Ed.). (1998). Tenure matters. *American Behavioral Scientist, 41*(5).

Tierney, W. G., & Lincoln, Y. (Eds.). (1997). *Representation and the text: Reframing the narrative voice.* Albany, NY: SUNY Press.

Kempner, K., & Tierney, W. G. (Eds.). (1996). *Comparative perspectives on the social role of higher education.* New York, NY: Garland.

Tierney, W. G., & Rhoads, R. A. (1993). *Enhancing promotion and tenure: Faculty socialization as a cultural process: Association for the Study of Higher Education-ERIC Higher Education Report.* Washington, DC: Association for the Study of Higher Education.

McLaughlin, D., & Tierney, W. G. (Eds.). (1993). *Naming silenced lives: Personal narratives and the process of educational change.* New York, NY: Routledge.

Rhoads, R. A., & Tierney, W. G. (1992). *Cultural leadership in higher education.* University Park, PA: National Center on Postsecondary Teaching, Learning & Assessment, The Pennsylvania State University.

Tierney, W. G. (Ed.). (1991). *Culture and ideology in higher education: Advancing a critical agenda.* New York, NY: Praeger.

Tierney, W. G., & Foster, W. (Eds.). (1989). Educational leadership and the struggle for mind. *Peabody Journal of Education, 66*(3).

8

WILLIAM G. TIERNEY

Tierney, W. G., & Kidwell, C. S. (Eds.). (1991). American Indian voices in higher education. *Change, 23*(2).

Toombs, W., & Tierney, W. G. (1991). *Meeting the mandates: Renewing the college and departmental curriculum.* Association for the Study of Higher Education-ERIC Higher Education Report. Washington, DC: Association for the Study of Higher Education.

Tierney, W. G. (Ed.). (1990). Assessing academic climates and cultures. *New Directions for Institutional Research, 68.* San Francisco, CA: Jossey-Bass.

## ARTICLES, PUBLICATIONS, AND BOOK CHAPTERS

Tierney, W. G., & Lanford, M. (in press). Globalization in the United States: The case of California. In M. Priyam (Ed.), *Reclaiming public universities: Comparative reflections for reforms.* Abingdon: Routledge.

Tierney, W.G. (in press) The importance of fundraising and endowments:  The role of private philanthropy. In A. Al-Youbi, A.Zahed, and A. Atalar,(Eds.), *International Experiences in Developing Financial Resources of Universities.*

Tierney, W. G.  (2020).  Forward march: Living an academic life.  *Higher Education: Handbook of Theory and Research.* 36, 1-47.

Tierney, W. G. (2020).  The idea of academic freedom and its implications for teaching and learning. In N.V. Varghese & S. Mandal (eds).  *Teaching, learning and new technologies in higher education.* Singapore:  Springer.  17-28.

Clemens, R. F., & Tierney, W. G. (2020). The role of ethnography as ethical and policy-relevant scholarship. *Cultural Studies <=> Critical Methodologies.* 20(5), 389-401.

Clemens, R. F., & Tierney, W. G. (2020). The uses and usefulness of life history. In S. Delamont & M. R. M. Ward (Eds.), *Handbook of qualitative research in education* (2nd ed.). Northampton, MA: Edward Elgar Publishing. 270-284.

Tierney, W. G., & Lanford, M. (2020). Examining the utility of life history research in the twenty-first century [Flagship article]. In P. Atkinson, S. Delmont, M. Hardy, & M. Williams (Eds.), *SAGE research methods foundations.* London: Sage. https://doi.org/10.4135/9781526421036750846

Kolluri, S. and Tierney W.G. (2019). Understanding college readiness: The limits of information and the possibilities of cultural integrity. *Educational Forum.* 84(1), 80-93. https://www.tandfonline.com/doi/pdf/10.1080/00131725.2020.1672003?needAccess=true

Tierney, W. G. (2019). The lessons of globalization. In W.W. Law (Ed.), *Politics, neoliberalism, and university governance.* (pp. 1-3).  Singapore:  Springer.

Lanford, M., Tierney, W. G., & Lincoln, Y. S. (2019). The art of life history: Novel approaches, future directions. *Qualitative Inquiry,* 25(5), 459-463.

**WILLIAM G. TIERNEY**

Lanford, M., & Tierney, W. G. (2019). John Henry Newman: The idea of a university. In J. Gossling & G. Fenwick (Eds.), *The literary encyclopedia: English writing and culture of the Victorian period, 1837-1901*. London: The Literary Dictionary Company.

Tierney, W. G., & Lanford, M. (2019). Institutional culture in higher education. In J. C. Shin & P. N. Teixeira (Eds.), *Encyclopedia of international higher education systems and institutions*. Dordrecht: Springer. doi:10.1007/978-94-017-9553-1_544-1

Tierney, W. G., & Lanford, M. (2019). Life history methods [Flagship article]. In P. Atkinson, S. Delmont, M. Hardy, & M. Williams (Eds.), *The SAGE encyclopedia of research methods*. London: Sage.

Tierney, W. G., & Lanford, M. (2019). Research in higher education: Cultural perspectives. In J. C. Shin & P. N. Teixeira (Eds.), *Encyclopedia of international higher education systems and institutions*. Dordrecht: Springer. doi:10.1007/978-94-017-9553-1_165-1

Tierney, W. G., Sabharwal, N. S., & Malish, C. M. (2019). Inequitable structures: Class and caste in Indian Higher Education. *Qualitative Inquiry, 25*(5), 471-481. doi: https://journals.sagepub.com/toc/qix/current

Tierney, W.G., & Rall, R.M. (2018). Lessons not yet learned: Culture, governance, and the Jerry Sandusky case. *Journal of Higher Education Management 32(2),* 12-27. [American Association of University Administrators 2019 Neuner Award for Excellence in Professional – Scholarly Publication.]

Lanford, M., & Tierney, W. G. (2018). Re-envisioning graduate and early career socialization to encourage public scholarship. In A. Kezar, Y. Drivalas, & J. A. Kitchen (Eds.), *Envisioning public scholarship for our time: Models for higher education researchers* (pp. 163-178). Sterling, VA: Stylus.

Tichavakunda, A. A & Tierney, W. G. (2018). The "wrong" side of the divide: Highlighting race for equity's sake. *Journal of Negro Education, 87*(2), 110-124.

Oleksiyenko, A., & Tierney, W. G. (2018). Higher education and human vulnerability: Global failures of corporate design. *Tertiary Education and Management, 24*(3), 187-192.

Kolluri, S., & Tierney, W. G. (2018). "College for all" school cultures, neoliberalism, & equality. *Tertiary Education and Management, 24*(3), 242-253.

Pathania, G. J., & Tierney, W. G. (2018). An ethnography of caste and class at an Indian university: creating capital. *Tertiary Education and Management, 24*(3), 221-231.

Tierney, W. G., & Sabharwal, N. S. (2018). Reimagining Indian higher education: A social ecology of postsecondary. *Teacher's College Record, 120*(5), 1-32.

**WILLIAM G. TIERNEY**

Tierney, W. G. (2018) A road less travelled: The responsibilities of the intellectual. In L. Perna (Ed), *Taking it to the streets: The role of scholarship in advocacy and advocacy in scholarship.* (pp. 100-105). Baltimore, MD: Johns Hopkins University Press.

Tierney, W. G., & Kolluri, S. (2018). Mapping the terrain: Youth and digital media. In W. G. Tierney, Z.B. Corwin, & A. Ochsner, (Eds), *Diversifying digital learning: Online literacy and educational opportunity,* 1-24. Baltimore, MD: The Johns Hopkins University Press.

Ochsner, A., Corwin, Z.B., & Tierney, W. G. (2018). Conclusion: Towards digital equity: The role of context, quality and connections. In W. G. Tierney, Z.B. Corwin, & A. Ochsner, (Eds), *Diversifying digital learning: Online literacy and educational opportunity, 194-202.* Baltimore, MD: The Johns Hopkins University Press.

Tierney, W. G., & Ward, J.D. (2017). The role of state education policy in ensuring access, achievement, and attainment in higher education. *American Behavioral Scientist, 61*(14), 1731-1739. doi:10.1177/0002764217744820

Tierney, W. G., & Ward, J.D. (2017). Regulatory enforcement as policy: Exploring factors related to state lawsuits against for-profit colleges. *American Behavioral Scientist, 61*(14), 1799-1823. doi:10.1177/0002764217744819

Tierney, W. G., & Ward, J.D. (2017). Coming out and leaving home: A policy and research agenda for LGBT homeless students. *Educational Researcher, 46*(9), 498–507. doi:10.3102/0013189X17733964

Tierney, W. G., & Sabharwal, N.S. (2017). Academic corruption: Culture and trust in Indian higher education. *International Journal of Educational Development, 55,* 30-40. doi:10.1016/j.ijedudev.2017.05.003

Clemens, R. F. & Tierney, W. G. (2017). The utility of qualitative research to inform public policy. In V. Lechuga & P. Pasque, (Eds), *Qualitative methods for public policy and organizational research.* (pp. 27-47). New York: Routledge.

Tierney, W. G., & Ward, J.D. (2017). The transformation of the system of postsecondary education in the United States. In P. Altbach, L. Reisberg, & H. de Wit, (Eds.), *Responding to massification: Differentiation in postsecondary education worldwide* (pp. 149-157). Boston, MA: Hamburg Transnational University Leaders Council, Boston College

Tierney, W. G. (2017). *Creating an environment for innovation in tertiary education.* Retrieved from Asia Pacific Higher Education Research Partnership: Emergent Horizons Papers: https://apherp.org/emergent-horizons-papers/

Tierney, W. G. & Almeida, D. J. (2017). Academic responsibility: Toward a cultural politics of integrity. *Discourse: Studies in the Cultural Politics of Education, 38*(1), 1-12. doi: 10.1080/01596306.2015.1104855

Tierney, W. G., & Lanford, M. (2017). From massification to globalization: Is there a role for rankings? In E. Hazelkorn (Ed.), *Global rankings and the geopolitics of higher education. Understanding*

**WILLIAM G. TIERNEY**

*the influence and impact of rankings on higher education, policymakers, and society* (pp. 295-308). Oxford: Routledge.

Lanford, M., & Tierney, W. G. (2016). The international branch campus: Cloistered  community or agent of social change? In D. Neubauer, J. Hawkins, M. Lee, & C. Collins  (Eds.), *The Palgrave handbook of Asia Pacific higher education* (pp. 157-172). New  York: Palgrave Macmillan.

Tierney, W. G. & Sabharwal, N.S. (2016). Debating academic freedom in India. *Journal of Academic Freedom, 7,* 1-11.

Tierney, W. G., & Sabharwal, N.S. (2016, Fall). Analyzing corruption in Indian higher education. *International Higher Education, 87,* 6-7.

Tierney, W.G. (2016). Research excellence in Indian higher education:  An American perspective. *Social Change, 46*(2), 277-285. doi: 10.1177/0049085716654625.

Tierney, W. G., & Sabharwal, N.S. (2016, Summer). Academic freedom in the world's largest democracy. *International Higher Education, 86,* 15-16.

Tierney, W. G. (2016). Portrait of higher education in the twenty-first century: John Henry Newman's 'the idea of a university'. *International Journal of Leadership in Education*. Theory and Practice. Routledge, *19*(1), 5-16. doi: 10.1080/13603124.2015.1096079

Corwin, Z.B., Danielson, R., Ragusa, G. & Tierney, W.G. (2016). Can games facilitate access to college? In H.F. O'Neil, E.L. Baker & R.S. Perez (Eds.), *Using games and simulations for teaching and assessment: Key issues* (pp. 230-250). New York, NY:  Routledge Press.

Tierney, W. G., & Lanford, M. (2016). Creativity and innovation in the twenty-first century university. In J. M. Case & J. Huisman (Eds.), *Researching higher education: International perspectives on theory, policy, and practice* (pp. 61-79). Society for Research into Higher Education. Oxford: Routledge.

Tierney, W. G., & Lanford, M. (2016). Conceptualizing innovation in higher education.  *Higher Education: Handbook of Theory and Research, 31*, 1-40. doi:10.1007/978-3-319-  26829-3_1

Sablan, J.R. & Tierney, W.G. (2016). Evaluating college ready writing and college knowledge in a summer bridge program. *The Educational Forum, 80*(1), 3-20. doi: 10.1080/00131725.2015.1105341

Tierney, W. G. (2015). Introduction: Education's Role in the elimination of poverty in the twenty-first century. In *Rethinking education & poverty* (pp.1-17). Baltimore, MD: The Johns Hopkins University Press.

Tierney, W. G. (2015). The challenges of college readiness. In *Rethinking education & poverty* (pp.137-157). Baltimore, MD: The Johns Hopkins University Press.

Tierney, W. G. (2015). *The higher education act of 1965: A half-century's worth of contrasting public philosophies and controversies*. In M. J. Feuer, A.I. Berman, & R. C. Atkinson (Eds.), *Past as Prologue: The*

12

WILLIAM G. TIERNEY

*National Academy of Education at 50. Members Reflect* (pp. 301-306). Washington, DC: National Academy of Education.

Tierney, W. G. (2015). Bringing it home: Understanding the lives of homeless youth. *International Journal of Qualitative Studies in Education*, 28(6), 757-759. doi: 10.1080/09518398.2015.1017861

Tierney, W. G. (2015). The way forward: Looking back. In W. G. Tierney & J. C. Duncheon (Eds.), *The problem of college readiness* (pp. 201-212). Albany, NY: SUNY Press.

Tierney, W. G., & Lanford, M. (2015). An investigation of the impact of international branch campuses on organizational culture. *Higher Education, 70*(2), 283-298. doi: 10.1007/s10734-014-9845-7

Tierney, W. G. (2014). Academic competencies for the 21st century. *Infancia y Aprendizaje, 37*(4), 687-710.

Tierney, W. G., & Perkins, J. (2014). Beyond the ivory tower: Academic work in the 21st century. In G. G. Shaker (Ed.), *Faculty work and the public good: Philanthropy, engagement, and academic Professionalism* (pp.185-198). New York, NY: Teachers College Press.

Tierney, W. G. (2014). The dynamic ecosystem of higher education: Implications for college admissions counseling. In J.D. Mathis, R.M. Rall & T.M. Laudino (Eds.), *Fundamentals of college admission counseling: A textbook for graduate students and practicing counselors fifth section*. Arlington, VA: NACAC.

Tierney, W. G. (2014). Higher education research, policy, and the challenges of reform. *Studies in Higher Education, 39*(7).

Tierney, W. G. (2014). Privatization, the state, and the transformation of world-class research universities (in the US). In Y. Cheng, Q. Wang, & N. C. Liu (Eds.), *How world-class universities affect global higher education: Influences and responses.* Rotterdam, The Netherlands: Sense Publishers B.V.

Iloh, C., & Tierney, W.G. (2014). Understanding for-profit and community college choice through rational choice. *Teachers College Record, 116*(8), 1–34.

Duncheon, J. C., & Tierney, W. G. (2014). Examining college writing readiness. *Educational Forum, 78*(3), 210–230.

Tierney, W. G., & Sablan, J. R. (2014). Introduction: Examining college readiness. *American Behavioral Scientist, 58*(8), 943-946.

Perkins, J. F., & Tierney, W. G. (2014). The Bayh-Dole Act, technology transfer, and the public interest. *Industry and Higher Education, 28*(2), 143–151.

Corwin, Z. B., Tierney, W. G., Fullerton, T., & Ragusa, G. (2014). Why games and social media? In W. G. Tierney, Z. B. Corwin, T. Fullerton, & G. Ragusa (Eds.), *Postsecondary play: The role of*

WILLIAM G. TIERNEY

*games and social media in higher education* (pp. 1–18). Baltimore, MD: The Johns Hopkins University Press

Tierney, W. G. (2014). The disruptive future of higher education. In W. G. Tierney, Z. B. Corwin, T. Fullerton, & G. Ragusa (Eds.), *Postsecondary play: The role of games and social media in higher education.* (pp. 21–44). Baltimore, MD: The Johns Hopkins University Press.

Tierney, W. G., & Corwin, Z. B. (2014). The shape of things to come. In W. G. Tierney, Z. B. Corwin, T. Fullerton, & G. Ragusa (Eds.), *Postsecondary play: The role of games and social media in higher education* (pp. 311–317). Baltimore, MD: The Johns Hopkins University Press.

Sablan, J. R., & Tierney, W. G. (2014). The changing nature of cultural capital. In M. B. Paulsen (Ed.), *Higher education: Handbook of theory and research, 29,* 153–188.

Tierney, W. G. (2014). The impact of the civil rights act on U.S. higher education. In the Center for the Study of Race and Equity in Education (Ed.), *The elusive quest for civil rights in education: Evidence-based perspectives from leading scholars on the 50th anniversary of the Civil Rights Act* (pp. 17–19). Philadelphia, PA: University of Pennsylvania.

Tierney, W. G., & Zha, Q. (2014). The changing nature of academic freedom in an age of globalization. *Frontiers of Education in China, 9*(1), 1–3.

Tierney, W. G., & Lanford, M. (2014). The question of academic freedom: Universal right or relative term. *Frontiers of Education in China, 9*(1), 4-23. doi: 10.3868/s110-003-014-0002-x

Iloh, C., & Tierney, W. G. (2014). Using ethnography to understand twenty-first century college life. *Human Affairs, 24*(1), 20–39.

Tierney, W. G. (2014). Danny's fight for life: Cultural flexibility and life history method re-examined. *Qualitative Inquiry, 20*(1), 95–107.

Tierney, W. G. (2013). Beyond the ivory tower: The role of the intellectual in the 21st century. *Educational Researcher, 42*(6), 295–303.

Duncheon, J. C., & Tierney, W. G. (2013). Changing conceptions of time: Implications for educational research and practice. *Review of Educational Research, 83,* 236–272.

Iloh, C., & Tierney, W.G. (2013). A comparison of for-profit and community colleges' admissions practices. *College and University, 88*(4), 2–12.

Relles, S., & Tierney, W. G. (2013). Understanding the writing habits of tomorrow's students: Technology and college readiness. *The Journal of Higher Education, 84,* 477–505.

Relles, S., & Tierney, W. G. (2013). The challenge of writing remediation: Can composition research inform higher education policy? *Teachers College Record, 115*(3), 1–45.

Tierney, W. G. (2013). Life history and identity. *Review of Higher Education, 36*(2), 255–282.

14

**WILLIAM G. TIERNEY**

Tierney, W. G. (2012). Regulating private for-profit higher education. *International Higher Education, 69,* 5–7.

Tierney, W. G. (2012). The conundrum of profit-making institutions in higher education. In L. Perna (Ed.), *Preparing today's students for tomorrow's jobs in metropolitan America* (pp.149–176). Philadelphia, PA: University of Pennsylvania Press.

Tierney, W. G. (2012). Creativity and organizational culture. In M. N. Bastedo (Ed.), *The organization of higher education: Managing colleges for a new era* (pp. 160–180). Baltimore, MD: The Johns Hopkins University Press.

Tierney, W. G., & Clemens, R. F. (2012). The uses of life history. In S. Delamont (Ed.), *Handbook of Qualitative Research in Education* (pp. 265–280). Cardiff, United Kingdom: School of Social Sciences, Cardiff University.

Tierney, W. G., & Hallett, R. E. (2012). Homeless youth and educational policy: A case study of urban youth in a metropolitan area. In C. C. Yeakey (Ed.), Living on the boundaries: Urban marginality in national and international contexts. *Advances in Education in Diverse Communities: Research Policy and Praxis, 8,* 49-78. Oxford, United Kingdom: Emerald Group Publishing Limited.

Brewer, D. C., & Tierney, W. G. (2011). Barriers to innovation in U.S. higher education. In B. Wildavsky, A.P. Kelly, & K. Carey (Eds.), *Reinventing higher education: The promise of innovation* (pp.11–40). Cambridge, MA: Harvard Education Press.

Garcia, L. D., & Tierney, W. G. (2011). Undocumented immigrants in higher education: A preliminary analysis. *Teachers College Record, 113,* 2739–2776.

Sallee, M. W., Hallett, R. E., & Tierney, W. G. (2011). Teaching writing in graduate school. *College Teaching, 59*(2), 66–72.

Sallee, M. W., & Tierney, W. G. (2011). The transformation of professors of education. *Journal of the Professoriate, 4*(1), 1–38.

Tierney, W. G. (2011).Globalization in the United States: The case of California. In R. King, S. Marginson, & R. Naidoo (Eds.), *Handbook on globalization and higher education* (pp. 344–359). Cheltenham Glos, United Kingdom: Edward Elgar.

Tierney, W. G. (2011). The arc of research. In C. F. Conrad & R. C. Serlin (Eds.), *The Sage handbook for research in education: Pursuing ideas as the keystone of exemplary inquiry* (2nd ed., pp.473–486). Thousand Oaks, CA: Sage.

Tierney, W. G. (2011). The role of tertiary education in fixing failed states: Globalization and public goods. *Journal of Peace Education, 8*(2), 127–142.

Tierney, W. G. (2011). Too big to fail: The role of for-profit colleges and universities in American higher education. *Change, 43*(6), 27–32.

**WILLIAM G. TIERNEY**

Tierney, W. G., & Clemens, R. F. (2011). Qualitative research and public policy: The challenges of relevance and trustworthiness. In J. Smart (Ed.), *Overview of higher education: Handbook of theory and research, 26* (pp. 57–83). New York, NY: Agathon Press.

Tierney, W. G., & Garcia, L. D. (2011). Introduction: Postsecondary remediation interventions and policies. *American Behavioral Scientist, 55*(2), 99–101.

Tierney, W. G., & Garcia, L. D. (2011). Remediation in higher education: The role of information. *American Behavioral Scientist, 55*(2), 102–120.

Tierney, W. G. (2010, August). Creating a college-going culture in high school. *State Education Standard*, 44–47.

Tierney, W. G. (2010). Forms of privatization: Globalisation and the changing nature of tertiary education. In C. Findlay & W. G. Tierney (Eds.), *Globalisation and tertiary education in the Asia Pacific: The changing nature of a dynamic market* (pp. 163–199). Toh Tuck, Singapore: World Scientific.

Tierney, W. G. (2010). Globalization and life history research: Fragments of a life foretold. *International Journal of Qualitative Studies in Education, 23*(2), 129–146.

Tierney, W. G. (2010). Life history and voice: On standpoints and reflexivity. In M. B. Gasman (Ed.), *The history of U.S. higher education* (pp. 122–133). Oxford, United Kingdom: Routledge.

Tierney, W. G., & Burleson, D. (2010). Quality and graduate education: Paths to excellence. In S. Kaur, M. Sirat, & W. G. Tierney, (Eds.). *Quality assurance and university rankings in higher education in the Asia Pacific: Challenges for universities and nations* (pp.81–98). Penang, Malaysia: Universiti Sains Malaysia.

Tierney, W. G., & Hallett, R.E. (2010). In treatment: Writing beneath the surface. *Qualitative Inquiry, 16*, 674–684.

Tierney, W. G., & Hallett, R. E. (2010). Writing on the margins from the center: Homeless youth and cultural politics. *Cultural Studies ⇔ Critical Methodologies, 10*(1), 19–27.

Tierney, W. G., & Lechuga, V. M. (2010). The social significance of academic freedom. *Cultural Studies ⇔ Critical Methodologies, 10*(2), 118–133.

Tierney, W. G. (2009). Academic freedom in an age of globalization. In J. Knapp & D. Siegel (Eds.), *The business of higher education* (pp. 153–173). Westport, CT: Praeger.

Tierney, W. G. (2009). Applying to college. *Qualitative Inquiry, 15*(1), 79–95.

Tierney, W. G. (2009). Globalization, international rankings and the American model: A reassessment. *Higher Education Forum, 6*, 1–18.

Tierney, W. G. (2009). Paths to excellence in graduate education. In A. Raouf, N. Ahmad, & R. Qureshi, (Eds.). *Quality in higher education: Challenges and practices* (pp.79–90). Lahore, Pakistan: University of the Punjab, Lahore.

**WILLIAM G. TIERNEY**

Tierney, W. G., & Venegas, K. M. (2009). Finding money on the table: Information, financial aid, and access to college. *Journal of Higher Education, 80*, 364–388.

Tierney, W. G. (2008). Academic freedom and the changing nature of faculty work in an age of globalization. In M. Shuib, S. Kaur, & R. Jamaludiny (Eds.), *Governance and leadership in higher education*. Pulau Penang: Penerbit Universiti Sains Malaysia.

Tierney, W. G. (2008). Social mobility and stratification in the knowledge society. In A. Gladman (Ed.), *Europa world of learning 2009*. Oxford, United Kingdom: Routledge.

Tierney, W. G. (2008). The changing landscape of higher education. In the National Association for College Admission Counseling, *Fundamentals of college admission counseling: A textbook for graduate students and practicing counselors* (2nd ed., pp. 200–218). Dubuque, IA: Kendall Hunt.

Tierney, W. G. (2008). The shifting boundaries of the academic profession: The Malaysian professoriate in comparative perspective. *KEMANUSIAAN The Asian Journal of Humanities, 15*, 1–12.

Tierney, W. G. (2008). Trust and organizational culture in higher education. In J. Välimaa & O. Ylijoki (Eds.), *Cultural perspectives on higher education* (pp. 27–42). New York, NY: Springer.

Tierney, W. G., & Garcia, L. D. (2008). Preparing underprepared students for college: Remedial education and early assessment programs. *The Journal of At-Risk Issues, 14*(2), 1–7.

Tierney, W. G., & Holley, K. A. (2008). Inside Pasteur's quadrant: Knowledge production in a profession. *Educational Studies, 34*(4).

Tierney, W. G., & Sallee, M. W. (2008). Do organizational structures and strategies increase faculty diversity?: A cultural analysis. *American Academic, 4*(1), 159–184.

Tierney, W. G., & Sallee, M. W. (2008). "Praxis." *Sage Encyclopedia of Qualitative Research Methods*.

Tierney, W. G., & Sirat, M. (2008, Fall). Challenges facing Malaysian higher education. *International Higher Education, 53*, 23–24.

Corwin, Z. B., & Tierney, W. G. (2007). Institutional review boards and sociological research. *Blackwell Encyclopedia of Sociology* (Vol. 5), 2345–2351.

Sallee, M. W., & Tierney, W. G. (2007). Introduction: Building school-university partnerships. In W. G. Tierney & M. W. Sallee (Eds.), Creating sustainable school-university partnerships. *Metropolitan Universities, 18*(4), 5–9.

Sallee, M. W., & Tierney, W. G. (2007). The influence of peer groups on academic success. *College and University, 82*(2), 7–14.

Tierney, W. G. (2007). Academic leadership and globalization. *The Department Chair 17*(4), 1–3.

Tierney, W. G. (2007). Averting the nuclear option: No confidence votes and academic senates. *Academe, 93*(4), 49–51.

WILLIAM G. TIERNEY

Tierney, W. G. (2007). Merit and affirmative action: Promulgating a democratic public culture. *Urban Education, 42*(6).

Tierney, W. G., & Corwin, Z. B. (2007). The tensions between academic freedom and institutional review boards. *Qualitative Inquiry, 13*(3), 388–98.

Tierney, W. G., & Garcia, M. (2006, Fall/Winter). The dynamic nature of privatization in postsecondary education. *USC UrbanEd*, 20–22.

Tierney, W. G., Hallett, R. E., & Venegas, K. M. (2007). It's about time: Temporal dimensions of college preparation programs. In W. G. Tierney & M. W. Sallee (Eds.), Creating sustainable school-university partnerships. *Metropolitan Universities, 18*(4) 102–121.

Tierney, W. G., Sallee, M. W., & Venegas, K. M. (2007, fall). Access and financial aid: How American Indian students pay for college. *Journal of College Admission*, 14–23.

Tierney, W. G., & Venegas, K. M. (2007). The cultural ecology of financial aid. *Readings on Equal Education, 22*, 1–36.

Kezar, A., & Tierney, W. G. (2006, November/December). 7 elements of effective public-sector boards. *Trusteeship*, 29–32.

Tierney, W. G. (2006). Introduction. *American Behavioral Scientist, 49*, 1601–1603.

Tierney, W. G. (2006). Mushutu and Juan: A tale of two students. In W. G. Tierney & J. E. Colyar (Eds.), *Urban high school students and the challenge of access: Many routes, difficult paths* (pp. 13–36). New York, NY: Peter Lang.

Tierney, W. G. (2006). Sí se puede: College access in the 21st century. In W. G. Tierney & J. E. Colyar (Eds.), *Urban high school students and the challenge of access: Many routes, difficult paths* (pp. 1–6). New York, NY: Peter Lang.

Tierney, W. G. (2006). The changing nature of organizational leadership and culture in academic work. *Journal of Research on Leadership Education*.

Tierney, W. G. (2006). The examined university: Process and change in higher education. In W. G. Tierney (Ed.), *Governance and the public good* (pp. 1–11). Albany, NY: SUNY Press.

Tierney, W. G. (2006, Spring/Summer). The future of the Ph.D. in education: The changing role of the intellectual. In W. G. Tierney & K. Holley (Eds.), *USC UrbanEd*, 14–16.

Tierney, W. G. (2006). Trust and academic governance: A conceptual framework. In W. G. Tierney (Ed.), *Governance and the public good* (pp. 179–198). Albany, NY: SUNY Press.

Tierney, W. G., & Venegas, K. M. (2006). Fictive kin and social capital: The role of peer groups in applying and paying for college. *American Behavioral Scientist, 49*, 1687–1702.

**WILLIAM G. TIERNEY**

Corwin, Z. B., Colyar, J. E., & Tierney, W. G. (2005). Engaging research and practice: Extracurricular and curricular influences on college access. In W. G. Tierney, Z. B. Corwin, & J. E. Colyar (Eds.), *Preparing for college: Nine elements of effective outreach.* (pp. 1–9). Albany, NY: SUNY Press.

Minor, J. T., & Tierney, W. G. (2005). The danger of deference: A case of polite governance. *Teachers College Record, 107*, 137–156.

Tierney, W. G. (2005, Fall). Higher education in Afghanistan: Transformation, reform, and renewal. *International Higher Education, 41*, 19.

Tierney, W. G. (2005). The changing landscape of higher education: The future of college admissions. In D. A. Hawkins & J. Lautz (Eds.), *State of College Admission* (pp. 129–148). Alexandria, VA: National Association for College Admission Counseling.

Tierney, W. G. (2005). When divorce is not an option: The board and the faculty. *Academe, 91*(3), 43–46.

Tierney, W. G., & Auerbach, S. (2005). Toward developing an untapped resource: The role of families in college preparation. In W. G. Tierney, Z. B. Corwin, & J. E. Colyar (Eds.), *Preparing for College: Nine Elements of Effective Outreach* (pp. 29–48). Albany, NY: SUNY Press.

Tierney, W. G., & Colyar, J. E. (2005). The role of peer groups in college preparation programs. In W.G. Tierney, Z. B. Corwin, & J. E. Colyar (Eds.), *Preparing for College: Nine Elements of Effective Outreach* (pp.49–68). Albany, NY: SUNY Press.

Tierney, W. G., & Lechuga, V. M. (2005). Academic freedom in the 21st century. *Thought and Action, 21*, 7–22.

Venegas, K. M., & Tierney, W. G. (2005, Summer). Latino peer groups in college preparation. *College & University, 81*(1), 11–16.

Campbell, C. D., Sanchez, G. J., & Tierney, W. G. (2004). Enhancing diversity: The University of Southern California Center for American Studies and Ethnicity. *Diversity Digest, 7*(4), 4–5.

Lincoln, Y., & Tierney, W. G. (2004). Qualitative research and institutional review boards. *Qualitative Inquiry, 10*(2), 219–234.

Tierney, W. G. (2004). A cultural analysis of shared governance: The challenges ahead. *Higher Education: Handbook of Theory and Research, 19*, 85–131.

Tierney, W. G. (2004). A perfect storm: Turbulence in higher education. In W. G. Tierney (Ed.), *Competing conceptions of academic governance: Negotiating the perfect storm* (pp. xv–xxxi). Baltimore, MD: Johns Hopkins University Press.

Tierney, W. G. (2004). Academic freedom and tenure: Between fiction and reality. *Journal of Higher Education, 75*(2), 161–177.

Tierney, W. G. (2004). Academic triage: Challenges confronting college preparation programs. *Qualitative Inquiry, 10*, 950–962.

19

**WILLIAM G. TIERNEY**

Tierney, W. G. (2004). Globalization and educational reform: The challenges ahead. *Journal of Hispanic Higher Education, 3*(1), 5–20.

Tierney, W. G. (2004). Improving academic governance: Utilizing a cultural framework to improve organizational performance. In W. G. Tierney (Ed.), *Competing conceptions of governance: Negotiating the perfect storm* (pp. 202–215). Baltimore, MD: Johns Hopkins University Press.

Tierney, W. G. (2004). Systemic responsiveness in tertiary education: An agenda for reform. *Higher Education Management and Policy, 16*(2), 73–93.

Tierney, W. G. (2004). The roots/routes of academic freedom and the role of the intellectual. *Cultural Studies ←→ Critical Methodologies, 4*(2), 250–256.

Tierney, W. G., & Lechuga, V. M. (2004). Shared governance in higher education. In W. G. Tierney & V. M. Lechuga (Eds.), Restructuring shared governance in higher education. *New Directions in Higher Education, 127*, 1–4. San Francisco, CA: Jossey Bass.

Tierney, W. G., & Minor, J. T. (2004). A cultural perspective on communication and governance. In W. G. Tierney & V. M. Lechuga (Eds.), Restructuring shared governance in higher education. *New Directions in Higher Education, 127*, 85–94. San Francisco, CA: Jossey-Bass.

Tierney, W. G. (2003). A walk in the olive grove. In N. Denzin & Y. Lincoln (Eds.), *9-11 in American Culture* (pp. 198–200). San Francisco, CA: Alta Mira Press. (Reprinted from *Qualitative Inquiry, 8*(2), 183–186.)

Tierney, W. G. (2003). Cultural disintegration and the decline of the engaged intellectual: The transformation of academic work. *Discourse: Studies in the Cultural Politics of Education, 24*(3), 371–383.

Tierney, W. G. (Ed.) (2003, Spring). Diversity and policy formation: The road ahead. *SC Urban Ed, The Magazine of the USC Rossier School of Education*, 10–12.

Tierney, W. G. (2003). Remembrance of things past: The obligation of the intellectual. *Review of Higher Education, 27*(1), 1–15.

Tierney, W. G. (2003). The responsive campus: Nine ways to weaken faculty commitment to the university. *The Department Chair, 13*(3), 371–383.

Tierney, W. G. (2003). The university after 9/11. *Qualitative Inquiry, 9*(2), 325–329.

Hagedorn, L. S., & Tierney, W. G. (2002). Cultural capital and the struggle for educational equity. In W.G. Tierney & L. S. Hagedorn (Eds.), *Increasing access to college: Extending possibilities for all students* (pp. 1–8). Albany, NY: SUNY Press.

Tierney, W. G. (2002, Fall). A view from the titanic: Strategic responsiveness. *The Department Chair 13*(2), 3–7.

Tierney, W. G. (2002). Academic freedom and organizational identity: Rethinking constraints and reforms. *Australian Universities Review, 44*(2), 7–14.

**WILLIAM G. TIERNEY**

Tierney, W. G. (2002). Get real: Representing reality in educational research. *International Journal of Qualitative Studies in Education, 15*(4), 385–398.

Tierney, W. G. (2002, Fall). High performance and department chairs. *The Department Chair, 13*(3), 4–5.

Tierney, W. G. (2002). Interpreting academic identities: Reality and fiction on campus. *Journal of Higher Education, 73*(1), 161–172.

Tierney, W. G. (2002). La universidad después del 11 de septiembre. *Uni-Pluri/Versidad, 2*(2), 6–8.

Tierney, W. G. (2002). Mission and vision statements: An essential first step. In R. Diamond (Ed.), *Academic Leadership*. San Francisco, CA: Jossey-Bass.

Tierney, W. G. (2002). Parents and families in pre-college preparation: The lack of connection between research and practice. *Educational Policy, 16*(14), 588–606.

Tierney, W. G. (2002). Reflective evaluation: Improving practice in college preparation programs. In W. G. Tierney & L. S. Hagedorn (Eds.), *Increasing access to college: Extending possibilities for all students* (pp. 217–230). Albany, NY: SUNY Press.

Tierney, W. G. (2002). Tenure and academic freedom in the academy: Historical parameters and new challenges. In J. Cooper & D. Stevens (Eds.), *Tenure in the sacred grove* (pp. 57–70). Albany, NY: SUNY Press.

Tierney, W. G. (2002). Writing matters. *International Journal of Qualitative Studies in Education, 15*(4), 427–430.

Tierney, W. G., & Chung, J. K. (2002). Affirmative action in a post-Hopwood era. In W. Smith, P.Altbach, & K. Lomotey (Eds.), *The racial crisis in American higher education*. Albany, NY: SUNY Press.

Tierney, W. G., & Dilley, P. (2002). Interviewing in education. In J. F. Gubrium & J. Holstein (Eds.), *Handbook of interview research: Context and method* (pp. 453–472). Thousand Oaks, CA: Sage.

Tierney, W. G., & Wong, M. P. (2002). Reforming faculty work: Culture, structure and the dilemma of organizational change. *Teachers College Record, 103*, 1081–1101.

Tierney, W. G. (2001). Faculty of education in a period of systemic reform. In W. G. Tierney (Ed.), *Faculty work in schools of education: Rethinking roles and rewards for the 21st century* (pp. 79–102). Albany, NY: SUNY Press.

Tierney, W. G. (2001). Overcoming obstacles to reform. *About Campus, 6*(2), 20–24.

Tierney, W. G. (2001). Reforming schools, colleges and departments of education. In W. G. Tierney (Ed.), *Faculty work in schools of education: Rethinking roles and rewards for the 21st Century* (pp. 1–8). Albany, NY: SUNY Press.

Tierney, W. G. (2001). Reforming tenure in schools of education. *Phi Delta Kappan, 82*(7), 550–554.

**WILLIAM G. TIERNEY**

Tierney, W. G. (2001). The autonomy of knowledge and the decline of the subject: Post-modernism and the study of comparative higher education. *Higher Education, 41*, 353–372.

Tierney, W. G., & Jun, A. (2001). A university helps prepare low income youth for college: Tracking school success. *Journal of Higher Education, 72*(2), 205–225.

Tierney, W. G., & McInnis, C. (2001). Globalization and its discontents: Dilemmas facing tertiary education in Australia. *International Higher Education, 25*, 19–21.

Tierney, W. G. (2000). Beyond translation: Truth and Rigoberta Menchú. *International Journal of Qualitative Studies in Education, 13*(2), 103–114.

Tierney, W. G. (2000). Breakthrough books. *Linguafranca, 10*(7), 84.

Tierney, W. G. (2000). Dealing with deadwood. *The Department Chair, 10*(3), 1–3.

Tierney, W. G. (2000). On translation: From research findings to public utility. *Theory into Practice, 39*(3), 185–190.

Tierney, W. G. (2000). Power, identity and the dilemma of college student departure. In J. Braxton (Ed.), *Rethinking the departure puzzle: New theory and research on college student retention* (pp. 259–283). Nashville, TN: Vanderbilt University Press.

Tierney, W. G. (2000). Undaunted courage: Life history and the postmodern challenge. In N. Denzin & Y. S. Lincoln (Eds.), *Handbook of qualitative research* (pp. 537–554). Thousand Oaks, CA: Sage.

Tierney, W. G., & Twombly, S. (2000). Examining qualitative research. *Theory nto Practice, 39*(3), 122–123.

Charfauros, K., & Tierney, W. G. (1999). Part-time faculty in colleges and universities: Trends and challenges in a turbulent environment. *Journal of Personnel Evaluation in Education, 13*(2), 141–151.

Jun, A., & Tierney, W. G. (1999). At-risk urban students and college success: A framework for effective college preparation. *Metropolitan Universities, 9*(4), 49–60.

Tierney, W. G. (1999). Faculty productivity and academic culture. In W. G. Tierney (Ed.), *Faculty productivity: Facts, fictions and issues* (pp. 39–53). New York, NY: Garland.

Tierney, W. G. (1999). Liderazgo y posmodernismo. In H. C. Cardiel & R. R. Gomez (Eds.), *Universidad contemporánea: Política y gobierno* (pp. 35–57). Mexico City, Mexico: Centro de Estudios Sobre La Universidad.

Tierney, W. G. (1999). Models of minority college-going and retention: Cultural integrity versus cultural suicide. *Journal of Negro Education, 68*(1), 80–91.

Tierney, W. G. (1999). Praxis at the millennium: Epistemological authority, voice and qualitative research. *International Journal of Qualitative Studies in Education, 12*(5), 451–456.

**WILLIAM G. TIERNEY**

Tierney, W. G. (1999). Rethinking faculty work: Challenges and possibilities. In W. G. Tierney (Ed.), *Faculty productivity: Facts, fictions and issues* (pp. xi–xviii). New York, NY: Garland.

Tierney, W. G. (1999). The end of medical tenure as we know it? *Academe*, 38–42.

Tierney, W. G. (1999). The queer university: Imagining the postmodern academy. In N. Denzin (Ed.), *Cultural Studies: A Research Volume* (Vol. 4, pp. 19–34). Stamford, CT: JAI Press.

Tierney, W. G. (1999). Writing life's history. *Qualitative Inquiry, 5*(3), 307–312.

Tierney, W. G. (1998). Higher education and the economy. *TIAA-CREF Special Report on the Economy*.

Tierney, W. G. (1998, Winter). Improving life on the tenure track: An organizational framework for excellence. *The Department Chair, 8*(3), 1–19.

Tierney, W. G. (1998). Leveling tenure: Locating tenure and other controversies. *American Behavioral Scientist, 41*(5), 627–637.

Tierney, W. G. (1998). Life history's history: Subjects foretold. *Qualitative Inquiry, 4*(1), 49–70.

Tierney, W. G. (1998). Loose change: The production of texts. In D. Carlson & M. Apple (Eds.), *Power/knowledge/pedagogy: The meaning of democratic education in unsettling times* (pp. 264–270). Boulder, CO: Westview Press.

Tierney, W. G. (1998). On the road to reform and renewal: Reinventing academe. In W. G. Tierney (Ed.), *The responsive university: Restructuring for high performance* (pp. 1–12). Baltimore, MD: Johns Hopkins University Press.

Tierney, W. G. (1998). Tenure in the United States: Essential structure or 20th century relic? *International Higher Education, 10*, 9–11.

Tierney, W. G. (1998). Tenure is dead. Long live tenure. In W. G. Tierney (Ed.), *The responsive university: Restructuring for high performance* (pp. 38–61). Baltimore, MD: Johns Hopkins University Press.

Tierney, W. G. (1998). Tenure matters. *American Behavioral Scientist, 41*(5), 604–607.

Tierney, W. G., & Dilley, P. (1998). Constructing knowledge: Educational research & gay & lesbian studies. In W. Pinar (Ed.), *Queer Theory in Education* (pp. 49–71). Newark, NJ: Lawrence Erlbaum.

Smart, J., Kuh, G., & Tierney, W. G. (1997). The roles of institutional cultures and decision approaches in promoting organizational effectiveness in two year colleges. *Journal of Higher Education, 68*(3), 256–281.

Tierney, W. G. (1997, May/June). Academic community and post-tenure review. *Academe, 83*(3), 23–26. [Reprinted in (1999). In B. Pescosolido (Ed.), *The Social Worlds of Higher Education*. Thousand Oaks, CA: Sage.]

**WILLIAM G. TIERNEY**

Tierney, W. G. (1997). Academic fit: The voice of the intellectual. *International Journal of Qualitative Studies in Education, 10*(1), 132–136.

Tierney, W. G. (1997). Affirmative action in California: Looking back, looking forward. *Journal of Negro Education, 65*(2), 122–132.

Tierney, W. G. (1997). Border guards: Ethnographic fiction and social science. In M. Fine, L. Weis, L. P. Pruitt, & A. Burns (Eds.), *Off white: Readings on society, race and culture* (pp. 110–120). New York, NY: Routledge.

Tierney, W. G. (1997). Lost in translation: Time and voice in qualitative research. In W. G. Tierney & Y. S. Lincoln (Eds.), *Representation and the text: Re-framing the narrative voice* (pp. 23–36). Albany, NY: SUNY Press.

Tierney, W. G. (1997). Organizational socialization in higher education. *Journal of Higher Education, 68*(1), 1–16.

Tierney, W. G. (1997). Tenure and community in academe. *Educational Researcher, 26*(8), 17–23.

Tierney, W. G. (1997). The parameters of affirmative action. *Review of Educational Research, 67*(2), 165–196.

Tierney, W. G., & Lincoln, Y. S. (1997). Introduction: Explorations and discoveries. In W. G. Tierney & Y. S. Lincoln (Eds.), *Representation and the text: Re-framing the narrative voice* (pp. vii–xvi). Albany, NY: SUNY Press.

Kempner, K., & Tierney, W. G. (1996). Academic culture in an international context. In K. Kempner & W. G. Tierney (Eds.), *Comparative perspectives on the social role of higher education* (pp. 1–10). Greenwich, CT: Garland.

Tierney, W. G. (1996). Addressing failure: Factors affecting Native American college student retention. *Journal of Navajo Education, 7–11*(1), 3–7.

Tierney, W. G. (1996). The academic profession and the culture of the faculty: A perspective on Latin American universities. In K. Kempner & W. G. Tierney (Eds.), *Comparative perspectives on the social role of higher education* (pp. 11–26). Greenwich, CT: Garland.

Tierney, W. G. (1996). Leadership and postmodernism: On voice and the qualitative method. *The Leadership Quarterly, 7*(3), 371–383.

Tierney, W. G. (1996). Understanding domestic partner benefits. *The Diversity Factor, 5*(1), 27–30.

Tierney, W. G., Ahern, B., & Kidwell, C. S. (1996). Enhancing faculty development. *Tribal College Journal, 7*(3), 36–41.

Tierney, W. G., & Bensimon, E. M. (1996). Supporting diversity through campus culture. In R. Menges & M. Weimer (Eds.), *Teaching on solid ground: Using scholarship to improve practice* (pp. 337–362). San Francisco, CA: Jossey-Bass.

**WILLIAM G. TIERNEY**

Tierney, W. G. (1995). Cultural politics: Theory and practice. *Review of Higher Education, 18*(3), 345–355.

Tierney, W. G. (1995). La privatación y la educación superior publica en Costa Rica. *Universidad Futura, 6*(17), 49–58.

Tierney, W. G. (1995). (Re)Presentation and voice. *Qualitative Inquiry, 1*(4), 379–390.

Tierney, W. G. (1995). Travel writing: Narrative and the Black experience. *The Review of Education/Pedagogy/Cultural Studies, 17*(2), 185–196.

Tierney, W. G., & McLaren, P. (1995). Public intellectuals in a postmodern age. *International Journal of Educational Reform, 4*, 475–481.

Tierney, W. G., & Rhoads, R. A. (1995). The culture of assessment. In J. Smyth (Ed.), *Academic work: The changing labor process in higher education* (pp. 99–111). London, United Kingdom: Open University Press.

Tierney, W. G. (1994). Cultural politics in a Latin American university. *La Educación, 118*, 265–284.

Tierney, W. G. (1994). On method and hope. In A. Gitlin (Ed.), *Power and method* (pp. 97–115). New York, NY: Routledge.

Tierney, W. G. (1994). Organizational culture and interpretive strategy: Implications for Latin American higher education. *IGLU Journal, 6*, 85–100.

Tierney, W. G. (1994). Reframing the narrative voice in educational research. *The Review of Education/Pedagogy/Cultural Studies, 1*(1), 87–92.

Tierney, W. G., & Lincoln, Y. S. (1994). Teaching qualitative methods in higher education. *The Review of Higher Education, 17*(2), 107–124.

Tierney, W. G. (1993). Academic freedom and the parameters of knowledge. *Harvard Educational Review, 63*(2), 143–160.

Tierney, W. G. (1993). Developing archives of resistance: Speak memory. In D. McLaughlin & W. G. Tierney (Eds.), *Naming silenced lives: Personal narratives and the process of educational change* (pp. 1–5). New York, NY: Routledge.

Tierney, W. G. (1993). Self and identity in a postmodern world: A life story. In D. McLaughlin & W. G. Tierney (Eds.), *Naming silenced lives: Personal narratives and the process of educational change* (pp. 119–134). New York, NY: Routledge.

Tierney, W. G. (1993). The cedar closet: An examination of ethnographic fiction. *International Journal of Qualitative Studies in Education, 6*(4), 303–314.

Tierney, W. G. (1993). The college experience of Native Americans: A critical analysis. In L. Weis & M. Fine (Eds.), *Beyond silenced voices: Class, race, and gender in United States schools* (pp. 309–323). Albany, NY: SUNY Press.

**WILLIAM G. TIERNEY**

Tierney, W. G., & Rhoads, R. A. (1993). Enhancing academic communities for lesbian, gay, and bisexual faculty. In J. Gainen & R. Boice (Eds.), *Building a diverse faculty, New Directions for Teaching and Learning, 53* (pp. 43–50). San Francisco, CA: Jossey-Bass.

Tierney, W. G., & Rhoads, R. A. (1993). Postmodernism and critical theory in higher education: Implications for research and practice. In J. Smart (Ed.), *Higher education handbook of theory and research* (pp. 308–43). New York, NY: Agathon Press.

Toombs, W. E., & Tierney, W. G. (1993, Spring). Curriculum definitions and reference points. *Journal of Curriculum and Supervision, 8*(3), 175–195.

Bensimon, E. M., & Tierney, W. G. (1992–93). Shaping the multicultural campus: Strategies for administrators. *The College Board Review, 166*, 4–30. [Reprinted in 1993, November, *The Education Digest, 59*(3), 67–71.]

Tierney, W. G. (1992). An anthropological analysis of student participation in college. *Journal of Higher Education, 63*, 603–618.

Tierney, W. G. (1992). Building academic communities of difference. *Change, 24*(1), 41–46.

Tierney, W. G. (1992, November/December). Cultural leadership and the search for community. *Liberal Education, 78*(5), 16–21.

Tierney, W. G. (1992). Un sólo modelo no le queda a todos: La autorreflexión en la investigación educativa. In M. Rueda Beltrán & M. A. Campos (Coords.), *Investigación etnográfica en educación* (pp. 41–50). Mexico City, Mexico: Universidad Nacional Autónoma de México.

Tierney, W. G. (1991). Academic work and institutional culture: Constructing knowledge. *Review of Higher Education, 14*(2), 201–219.

Tierney, W. G. (1991). Advancing democracy: A critical interpretation of leadership. *Peabody Journal of Education, 66*(3), 157–175.

Tierney, W. G. (1991). Critical theory and the study of higher education. In W. G. Tierney (Ed.), *Culture and ideology in higher education: Advancing a critical agenda* (pp. 3–16). New York, NY: Praeger.

Tierney, W. G. (1991). Ideology and identity in postsecondary institutions. In W. G. Tierney (Ed.), *Culture and ideology in higher education: Advancing a critical agenda* (pp. 35–58). New York, NY: Praeger.

Tierney, W. G. (1991). Native voices in academe: Strategies for empowerment. *Change, 23*(2), 36–44.

Tierney, W. G. (1991). Utilizing ethnographic interviews to enhance academic decision making. In D. Fetterman (Ed.), *Qualitative approaches in institutional research. New Directions for Institutional Research, 72* (pp. 7–22). San Francisco, CA: Jossey-Bass.

Tierney, W. G., & Foster, W. (1991). Educational leadership and the struggle for mind. *Peabody Journal of Education, 66*(3), 1–4.

26

**WILLIAM G. TIERNEY**

Tierney, W. G., & Kidwell, C. S. (1991). The quiet crisis: Native Americans in academe. *Change, 23*(2), 4–5.

Wright, B., & Tierney, W. G. (1991). American Indians in higher education: A history of cultural conflict. *Change, 23*(2), 11–18.

Rhoads, R. A., & Tierney, W. G. (1990). Exploring organizational climates and cultures. In W. G. Tierney (Ed.), *Assessing academic climates and cultures.* New *Directions for Institutional Research, 68* (pp. 87–97). San Francisco, CA: Jossey-Bass.

Tierney, W. G. (1989). Cultural politics and the curriculum in postsecondary education. *Journal of Education, 171*(3), 72–88. [Reprinted in Association for the Study of Higher Education Reader on the curriculum.]

Tierney, W. G. (1989). Symbolism and presidential perceptions of leadership. *Review of Higher Education, 12*(2), 153–166.

Badwound, E., & Tierney, W. G. (1988). Leadership and American Indian values: The tribal college dilemma. *Journal of American Indian Education, 28*(1), 9–15.

Foster, R. D., & Tierney, W. G. (1988). Examen de la cultura profesoral. *Ciencia y Sociedad, 13*(3), 306–316.

Tierney, W. G. (1988). Leadership and organizational culture in a public state college. *Yearbook of American Colleges and Universities.*

Tierney, W. G. (1988). Organizational culture in higher education: Defining the essentials. *Journal of Higher Education, 59*(1), 2–21.

Tierney, W. G. (1987). Facts and constructs: Defining reality in higher education organizations. *Review of Higher Education, 11*(1), 61–73.

Tierney, W. G. (1987). The semiotic aspects of leadership: An ethnographic perspective. *The American Journal of Semiotics, 5*(2), 233–250.

Tierney, W. G., & Krakower, J. (1986). *Excellence in vocational education.* Boulder, CO: National Center for Higher Education Management Systems.

Bridges, E., & Tierney, W. G. (1985). Leadership in educational administration. *International Encyclopedia of Education, 5*, 2939–2943.

Tierney, W. G. (1985). Ethnography: An alternative evaluation methodology. *Review of Higher Education, 8*, 93–106.

Tierney, W. G. (1983). Governance by conversation: An essay on the structure, function, and communicative codes of a faculty senate. *Human Organization, 42*, 172–177.

**Book Reviews and Commentary**

27

**WILLIAM G. TIERNEY**

Tierney, W. G. Higher education after the pandemic. *Inside Higher Education.*
Tierney, W.G. (2020, May 11).  Preventing the collapse of higher education. *Inside Higher Education*

Tierney, W. G. (2019, September 20). USC has been rocked by admissions and sexual assault scandals. Money could be its next crisis. [Opinion]. *Los Angeles Times.* Retrieved from https://www.latimes.com/opinion/story/2019-09-19/usc-carol-folt-max-nikias-scandal

Tierney, W. G. (2019, July 25). A string of scandals: William G. Tierney describes the mistakes that brought down the University of Southern California. *Inside Higher Ed.* Retrieved from https://www.insidehighered.com/views/2019/07/25/number-mistakes-brought-down-university-southern-california-opinion

Tierney, W. G.  (2019, March 21).  USC has a new president. Now the trustees and faculty have to change.  [Opinion]. *Los Angeles Times* Retrieved from https://www.latimes.com/opinion/op-ed/la-oe-tierney-usc-carol-folt-20190321-story.html

Tierney, W. G. (2018, December 7). Academic freedom goes on trial in Hong Kong [Commentary]. *University World News.* Retrieved from https://www.universityworldnews.com/post.php?story=2018120706510564

Tierney, W. G. (2018, September 20). California's next governor has opportunity to set a bold new higher education agenda [Commentary]. *Ed Source.* Retrieved from https://edsource.org/2018/californias-next-governor-has-opportunity-to-set-a-bold-new-higher-education-agenda/602562

Tierney, W. G. (2018, August 8). How a Successful Presidency Failed, One Day at a Time [Commentary]. *The Chronicle of Higher Education.* Retrieved from https://www.chronicle.com/article/How-a-Successful-Presidency/244220

Tierney, W. G. (2018, May 28). As Max Nikias pushed USC to prominence, checks and balances were missing [Opinion]. *Los Angeles Times.* Retrieved from http://www.latimes.com/opinion/op-ed/la-oe-tierney-usc-tyndall-nikias-future-20180528-story.html

Tierney, W. G. (2018, March 2). Universities need to confront their past, not omit it. *University World News.* Retrieved from http://bit.ly/2I3GWME

Tierney, W. G., & Lanford, M. (2018, February 12). CSU experiment could hurt students. *The Sacramento Bee.* Retrieved from https://www.sacbee.com/opinion/op-ed/soapbox/article199371704.html

Tierney, W.G., Venegas, K., Huerta, A., Lanford, M., Ward, J.D., & Galan, C. (2017, September 18). DACA and the betrayal of the American dream: The implications of the elimination of DACA. . [Pullias Center for Higher Education Electronic mailing list message]. Retrieved from http://conta.cc/2x9rrjy

28

**WILLIAM G. TIERNEY**

Ward, J.D., & Tierney, W. G. (2017, June 23). Understanding public higher education: Old structures never die, and they don't fade away either. *The Evolllution*. https://evolllution.com/revenue-streams/market_opportunities/understanding-public-higher-education-old-structures-never-die-and-they-dont-fade-away-either/

Tierney, W.G., Posselt, J., Kezar, A., Ward, J.D., Lanford, M., DePaola, T., & Burch, P. (2017, May 31). Trump's skinny budget. [Pullias Center for Higher Education Electronic mailing list message]. Retrieved from http://conta.cc/2sopWIj

Tierney, W. G. (2016, June 17). Building world-class universities in India. *University World News, 418*. Retrieved from http://www.universityworldnews.com/article.php?story=20160614184714609

Tierney, W. G., & Postiglione, G. (2015, July 5). The vital role of academic freedom in creating a world-class university. *South China Morning Post, International Edition*. Retrieved from http://www.scmp.com/comment/insight-opinion/article/1832071/vital-role-academic-freedom-creating-world-class-university?comment-sort=recommended&edition=hong-kong

Tierney, W. G. (2015, May 7). The shape of things to come: Five changes to move off sweet briar's path. *The evolllution*. Retrieved from http://www.evolllution.com/featured/shape-come-move-sweet-briars-path/

Tierney, W. G., & Ward, J.D. (2015, March 26). The threat to the future of small liberal arts colleges. *Forbes*. Retrieved from http://www.forbes.com/sites/forbesleadershipforum/2015/03/26/the-threat-to-the-future-of-small-liberal-arts-colleges/

Tierney, W. G., & Iloh, C. (2014). A marriage for convenience: For-profit higher education in Brazil. *The EvoLLLution*. Retrieved from http://www.evolllution.com/.

Tierney, W. G., & Tichavakunda, A. (2014, April 9). Are we letting community college transfer students down? *The Huffington Post*. Retrieved from http://huffingtonpost.com

Tierney, W. G., & Rodriguez, B. A. (2014). Understanding how universities work in a review. [Review of the book *How universities work,* by J. Lombardi]. *The Review of Higher Education*, 37(4), 567-569.

Tierney, W. G., & Sablan, J. R. (2014). Book review. [Review of the book *Completing college: Rethinking institutional action* by V. Tinto]. *The Journal of Higher Education*, *85(*2), 422–423.

Tierney, W. G. (2013, November 11). Twin troubles: Rethinking the public good in an age of disruptive technology. High Education: Policy and markets in higher education. Retrieved from http://www.researchprofessional.com/0/rr/he/government/playbook/11/Tierney-on-globalisation.html

Tierney, W. G., & Duncheon J.C. (2013, November 8). Ending remediation is the wrong answer(essay). *Inside Higher Ed*. Retrieved from http://insidehighered.com

Tierney, W. G. (2013, October 21). What Justin Bieber can teach the new UC president. *The Huffington Post*. Retrieved from http://huffingtonpost.com

29

**WILLIAM G. TIERNEY**

Tierney, W. G. (2013, September 27). The Lake Wobegon effect at California State University. *The Huffington Post.* Retrieved from http://huffingtonpost.com

Hallet, R. E., & Tierney, W. G. (2013). Highlighting the importance of researching family homelessness. *Journal of Applied Research on Children, 4*(1), 18.

Tierney, W. G. (2013). Foreword. In D. A. Williams (Ed.), *Strategic diversity leadership: Activating change and transformation in higher education.* Stylus Publishing, Sterling VA.

Tierney, W. G. (2013, July 8). Ahead of the curve: Three competitive advantages of for-profit higher education. *The evoLLLution.* Retrieved from http://www.evolllution.com/opinions/curve-competitive-advantages-for-profit-colleges/

Nikias, M. C. L., & Tierney, W. G. (2012, April 2). Reaching beyond the ivory tower into the classroom. *Education Week, 31*(27), 28.

Tierney, W. G. (2012, October 16). Privatizing the public university. *The Chronicle of Higher Education.* Retrieved from http://chronicle.com

Tierney, W. G. (2012, August 10). Understanding the controversy surrounding for-profit higher education. *The Huffington Post.* Retrieved from http://huffingtonpost.com

Tierney, W. G. (2012, June 18). The price of college affordability. *The Huffington Post.* Retrieved from http://huffingtonpost.com

Tierney, W. G., & Hallett, R. E. (2012). Social capital and homeless youth: Influence of residential instability on college access. *Metropolitan Universities, 22*(3), 46–62.

Nikias, C. L. M., & Tierney, W. G. (2011, October 30). Now more than ever, a need for bold ambition. *The Chronicle of Higher Education.* Retrieved from http://chronicle.com

Tierney, W. G. (2011, June 12). Creating a meaningful college experience in an era of streamlining. *The Chronicle of Higher Education.* Retrieved from http://chronicle.com

Tierney, W. G. (2011, June 11). Viewpoints: Simple changes would make college degree easier and cheaper. *The Sacramento Bee.* Retrieved from http://sacbee.com

Tierney, W. G., & Relles, S. (2011, November 2). The looming crisis of remedial writing. *The Washington Post.* Retrieved from http://www.washingtonpost.com.

Tierney, W. G. (2010, March 9). Why subsidize wealthy college kids? *CNN.* Retrieved from http://edition.cnn.com

Tierney, W. G. (2010, March 1). Rethinking education. *Huffington Post.* Retrieved from http://huffingtonpost.com

Tierney, W. G. (2010, January 3). Higher education in California should better reflect the times. *Los Angeles Times.*

30

**WILLIAM G. TIERNEY**

Tierney, W. G. (2010). An examination of the tenured mind. [Review of the book *Professing to learn: Creating tenured lives and careers in the American research university* by A. Neumann]. *Academe, 96*(1), 47–50.

Tierney, W. G. (2010). Book review. [Review of the book *For the common good: Principles of American academic freedom* by M. W. Finkin & R. C. Post]. *Journal of the American Society for Information Science and Technology, 61*(1), 211–212.

Tierney, W. G., & Hentschke, G. C. (2010, September 30). Nobody wins when we regulate out of ignorance. *Huffington Post*. Retrieved from http:// huffingtonpost.com

Tierney, W. G. (2009). Book review. [Review of the book *Higher education and the new society* by G. Keller]. *Review of Higher Education, 33*(1), 134–136.

Burleson, D., & Tierney, W. G. (2008). [Review of the book *Academic freedom in Hong Kong* by J. Currie, C. J. Petersen, & K. Mok]. *Review of Higher Education, 31*(2), 240–241.

Burleson, D., & Tierney, W. G. (2008). [Review of the book *Fixing the fragmented university* by J. C. Burke]. *The Department Chair, 19*(2), 28–29.

Tierney, W. G. (2008). [Review of the book *Remaking the American University: Market-smart and mission-centered* by R. Zemsky]. *Journal of Higher Education, 79*(3), 358–360.

Tierney, W. G. (2007, March 5). [Review of the book *Whatever happened to the faculty?: Drift and decision in higher education*]. *Teachers College Record*.

Tierney, W. G. (2006). DOA: The Spellings Commission. [Review of The Spellings Commission Report, *A test of leadership: Charting the future of U.S. higher education*]. *Academe, 92*(6), 80–81.

Tierney, W. G. (2006). Hate speech and academic freedom in the academy. [Reviews of the books *The people vs. Harvard Law: How America's oldest law school turned its back on free speech* by A. P. Thomas, *Restoring free speech and liberty on campus* by D. A. Downs, & *Speak no evil: The triumph of hate speech regulation* by J. B. Gould]. *Educational Researcher, 35*(3), 33–37.

Holley, K. A., & Tierney, W. G. (2005). Innovative universities [Review of the *Sustaining change in universities: Continuities in case studies and concepts* by S. Parker]. *The Review of Higher Education, 28*(4), 634–636.

Tierney, W. G. (2005). Disciplines and use-informed research. [Reviews of the books *Pasteur's quadrant: Basic science and technological innovation* by D. E. Stokes & *Chaos of disciplines* by A. Abbott]. *Academe, 91*(4), 64–67.

Tierney, W. G. (2005). Travels in academe [Reviews of the books *The marketing of higher education* by D. L. Kirp & *Governing academia: Who is in charge at the modern university?* by R. G. Ehrenberg]. *Journal of Higher Education, 76*, 354–358.

Tierney, W. G. (2004). Turning the lights out: Tenure in the 21st century. [Review of the book *The questions of tenure* by R. P. Chait]. *Journal of Higher Education, 75*(2), 228–33.

**WILLIAM G. TIERNEY**

Tierney, W. G., & Venegas, K. (2004). Performing identity/performing culture: Hip hop as text, pedagogy and lived practice. *The International Journal of Qualitative Studies in Education, 17*(1), 157–159.

Campbell, C. D., & Tierney, W. G. (2003). [Review of the book *Tenure on trial: Case studies of change in faculty employment policies* by W. T. Mallon]. *Teacher's College Record, 105*, 67–70.

Tierney, W. G. (2003). Book review [Review of the book *Democracy's children: Intellectuals and the rise of cultural politics*, by J. McGowan]. *Academe, 89*(1), 72–74.

Tierney, W. G. (2001). [Review of the book *The enterprise university: Power, governance and reinvention in Australia* by S. Marginson]. *University Business.*

Tierney, W. G., & Chung, J. (2000). [Review of the book *The shape of the river: Long term consequences of considering race in college and university admissions* by W. G. Bowen & D. Bok]. *Journal of Higher Education, 71*, 247–255.

Jun, A., & Tierney, W. G. (1998). [Review of the book *Student affairs reconsidered: A Christian view of the profession and its contexts* by D. S. Guthrie (Eds.)]. *Journal of Higher Education, 69*, 349–351.

Tierney, W. G. (1997). Forward. In T. Quinnann (Ed.), *Adult students at risk: Cultural bias in education.* Westport, CT: Bergin and Garvey.

Tierney, W. G., & Dilley, P. (1997). [Review of the book *Poisoned Ivy: Lesbian and gay academics confronting homophobia* by T. Mcnaron]. *International Gay and Lesbian Review.*

Tierney, W. G. (1994). Why cultural change is so difficult. [Review of the book *The four cultures of the academy*, by W. H. Berqquist]. *Planning for Higher Education, 22*, 36–37.

Tierney, W. G. (1991). [Review of the book of *The idea of higher education* by R. Barnett]. *Journal of Higher Education, 62*(4), 475–477.

Tierney, W. G. (1988). Much ado about something: Naturalistic inquiry and the paradigm revolution. [Review of the book *Naturalistic inquiry and Organizational theory and inquiry* by Y. Lincoln (Ed.)]. *Journal of Higher Education, 59*, 225–230.

Tierney, W. G. (1988). [Review of the book *Minorities in American higher education*]. *Journal of Navajo Education, 6*(1), 36.

Tierney, W. G. (1986). [Review of the book *Organizational culture and leadership* by E. H. Schein]. *Academy of Management Review, 11*, 677–680.

**LEADERSHIP AND RESEARCH**

Tierney, W. G. (2013, March). AERA president's corner: Education and poverty: What (do) we stand for? Retrieved from http://www.aera.net

Tierney, W. G. (2013, February). AERA president's corner: Plus ca change… Retrieved from http://www.aera.net

**WILLIAM G. TIERNEY**

Tierney, W. G. (2013, January). AERA president's corner: New year's resolutions. Retrieved from http://www.aera.net

Tierney, W. G. (2012, November). AERA president's Corner: Setting Achievable goals. Retrieved from http://www.aera.net

Tierney, W. G. (2012, October). AERA president's corner: It (the academy) gets better. Retrieved from http://www.aera.net

Tierney, W. G. (2012, September). AERA president's corner: AERA 2025: Remembrance of (academic) things past. Retrieved from http://www.aera.net

Tierney, W. G. (2012, August). AERA president's corner: Academic service. Retrieved from http://www.aera.net

Tierney, W. G. (2012, July). AERA president's corner: The academic profession. Retrieved from http://www.aera.net

## PRESENTATIONS / PODCASTS / WEBINARS

**Invited**

Tierney, W.G. (2019, April). *Advancing democracy in colleges and universities.* Presented at the Graduate School of Education Endowed Colloquium, University of California, Riverside.

Tierney, W.G. (2019, April). *The future of academic freedom: Identifying global threats and defining universal values.* Presented at the American Educational Research Association Annual Conference, Toronto, Canada.

Tierney, W.G. (2019, March). *Higher education for democracy.* Presented at the 41st Pullias Lecture, University of Southern California.

Tierney, W.G. (2018, November). *The tensions surrounding innovation and entrepreneurship for the university.* A legacy lecture to the faculty of education at The University of Hong Kong, Pokfulam, Hong Kong.

Tierney, W.G. (2018, March). *The direction of future research in higher education.* Keynote given at the opening address at the Conference on Higher Education, Konya, Turkey.

Tierney, W.G. (2018, April). *Advancing and benefiting from education research in confrontational and tumultuous times.* Speaker at the American Educational Research Association Annual Conference, New York, NY.

Tierney, W.G., & Rall, R.M. (2018, April). *The politics of closure: Failed institutions of higher education and lessons for governing boards.* Presented at the American Educational Research Association Annual Conference, New York, NY.

33

**WILLIAM G. TIERNEY**

Tierney, W.G., & Kolluri, S. (2018, February). *Towards a relational sociology of education.* Presented at the Sociology of Education Association 2018 SEA Conference, Asilomar Conference Center, Pacific Grove, California, CA.

Tierney, W.G. (2017, October). *Building a climate for diversity.* Presented at the University of Virginia at the department of Engineering, Office of Diversity and Engagement, Charlottesville, VA.

Tierney, W.G. (2017, April). *Debating academic freedom.* Presented at the American Educational Research Association Annual Conference, San Antonio, TX.

Tierney, W.G. (2017, March). *Improving governance and decision-making.* Presented at Antioch University, Santa Barbara, CA.

Tierney, W.G. (2017, March). *The kids are alright: Getting and staying college ready.* Presented to faculty and staff at Virginia Tech, Blacksburg, VA.

Tierney, W.G. (2016, November). *Debating academic freedom.* Presented at the University of Hong Kong.

Tierney, W.G. (2016, November). *Academic corruption: The disease destroying higher education.* Presented at the University of Hong Kong.

Tierney, W.G. (2016, October). *What we know and what we need to do.* Presented at the Provost's inaugural "Inclusion and Diversity Lecture Series" at Auburn University, Auburn, AL.

Tierney, W.G. (2016, October). *Innovation and change in the American university: Pitfalls and opportunities.* Presented at the Department of Educational Leadership, Policy, and Technology and the College of Continuing Studies in celebration of the Executive EDD Cohort Program in Higher Education's 10th Anniversary at the University of Alabama, Tuscaloosa, AL

Tierney, W.G. (2016, April). *The role of the state in public higher education: Massification, quality assurance and the dilemma of privatization.* Invited address at a conference convened by the National Education Commission, Sri Lanka.

Tierney, W.G. (2016, April). *Educational excellence and low-income students: Understanding social capital.* Invited address to the faculty and students of the University of Colombo, Colombo, Sri Lanka.

Tierney, W.G. (2016, April). *Quality assurance and organizational change.* Invited address to the faculty and administration of University of Peradeniya, Kandy, Sri Lanka.

Tierney, W.G. (2016, March). *Strategic planning and financial security in research universities: Paths to excellence.* Invited address to the faculty and administration of King Abdulaziz University, Saudi Arabia.

Tierney, W.G. (2016, March). *Cultural integrity as a vehicle to increase access and equity.* Conference on Management of Diversity and Equity in Universities at the National Center for Education Research and Training, New Delhi, India.

Tierney, W.G. (2016, March). *Understanding the importance of social capital in enabling educational equity.* Invited address at Ambedkar University, New Delhi, India.

34

**WILLIAM G. TIERNEY**

Tierney, W.G. (2016, March). *Reforming governance: Lessons from California.* Presented at Pathways for Change: Reforming Higher Education in India, New Delhi, India.

Tierney, W.G. (2016, February). *The idea of academic freedom and the implications for teaching and learning.* Conference on Teaching and Learning in Higher Education in New Delhi, India.

Tierney, W.G. (2016, February). *Innovation in higher education.* Global Education Conference, Kerala, India.

Tierney, W.G. (2016, February). *Improving faculty research productivity: The Critical importance of community engagement, theory, and methodology.* Erudite Lecture, University of Kerala, India.

Tierney, W.G. (2016, January). *Access to higher education: Grit and social capital in globalized world.* Keynote given at the Tata Institute of Social Science Symposium on Comparative Educational Research, Mumbai, India.

Tierney, W.G. (2016, January). *Barriers to innovation.* At the All-University Address at the National Institute of Management, Mumbai, India.

Tierney, W.G. (2015, November). *From secondary school to university: Individual determination and structural constraints.* Presented at the National Center for Educational Research and Training, New Delhi, India.

Tierney, W.G. (2015, November). *The challenge in becoming a world class university.* Invited address to the Panjab University, Chandigarh, India.

Tierney, W.G. (2015, October). *Barriers to creativity and innovation in higher education.* Opening address at the International Higher Education Studies Conference, Istanbul, Turkey.

Tierney, W. G. (2015, September). *Creating a culture to improve student performance.* Invited session at the 9th annual Higher Education Conference, Durban, South Africa.

Tierney, W.G. (2015, September*). The challenge of access: Praxis and structure in higher education.* Keynote at the 9th annual Higher Education Conference, Durban, South Africa.

Tierney, W.G., & Corwin Z.B. (2015, June). *Fostering college knowledge through games and social media.* Opening address at California's Academic Partnership Conference, Sacramento, CA.

Tierney, W.G. (2015, June). *The fundamentals of strategic planning: Innovation and Asian higher education.* Presented to the presidents of Asian universities at the 3rd summit of Asian higher education at the University of Hong Kong.

Tierney, W.G. (2015, June). *The strategic importance of higher education in Asia.* Presented to the faculty of education/social science at the University of Hong Kong.

Tierney, W.G. (2015, February). *Navigating mentoring relationships and collegiality to foster research and leadership in practice and academia: The art and science of mentoring.* Presented at the Mentoring, Leadership and Research Symposium, Texas A & M University.

**WILLIAM G. TIERNEY**

Tierney, W. G. & Corwin, Z. B. (February, 2015). *Gaming the future: Using technology and social media to increase access to higher education.* Presentation made to the University of California, Los Angeles School Department of Education Colloquium Series, Los Angeles, CA.

Tierney, W.G. (2015, February*). Helping children, families & schools be college ready.* Keynote at the annual California Association for the Gifted Conference in Palm Springs, CA.

Tierney, W. G. (2014, November). *Creating a culture of respect and innovation in the 21ˢᵗ century university.* Presented at the BB&T Center for Ethical Business Leadership: Mike Cottrell College of Business at the University of North Georgia.

Tierney, W. G. (2014, November). *Using qualitative research to inform public policy.* Presented at the Association for the Study of Higher Education Conference, Washington, DC.

Tierney, W. G. (2014, October). *Defining how higher education meets the needs of society.* Presented at the Educational Policy Institute Forum on Education and the Economy, San Antonio, TX.

Tierney, W. G. (2014, October). *The future of California higher education.* Presented at Seoul National University. Seoul, South Korea.

Tierney, W. G. (2014, October). *Creating a culture of innovation in higher education.* Presented at the Asia Pacific Higher Education Research Association Conference. Seoul, South Korea.

Tierney, W. G. (2014, April). *The elusive quest for civil rights in education: Perspectives from AERA past presidents.* Presented at the American Educational Research Association Annual Conference, Philadelphia, PA.

Tierney, W. G. (2014, April). *Fostering innovation in educational reform: The promise and the peril.* Presented at the American Educational Research Association Annual Conference, Philadelphia, PA.

Tierney, W. G. (2014, March). *A conversation about the role of higher education in fixing failed states* (with Anatoly Oleksiyenko, reporting on cases from Ukraine and Russia). Visiting Research Professor at *The University of Hong Kong.*

Tierney, W. G. (2014, March). *Access and readiness for university: Emerging issues.* Visiting Research Professor at The University of Hong Kong.

Tierney, W. G. (2014, January). *Lo que las escuelas secundarias pueden hacer para mejorar el acceso a la universidad.* Presented at a conference on higher education and administration. *Pontificia Universidad of Santiago Chile.*

Tierney, W. G. (2014, January). *Change and innovation in the University.* Presented at a conference on higher education and administration. *Pontificia Universidad of Santiago Chile.*

Tierney, W. G. (2013, November). *Preparing for college: Steps every student and high school should take.* National Association for College Admission Counseling (NACAC) Webinar.

Tierney, W. G. (2013, November). *Higher education research, policy, and the challenges of reform.* Presented at the 5th International Higher Education Research and Policy Roundtable. Shanghai, China.

36

**WILLIAM G. TIERNEY**

Tierney, W. G. (2013, November). *Privatization, the state, and the transformation of world-class universities.* Presented at the 5th International Conference on World-Class Universities. Shanghai, China.

Tierney, W. G. (2013, November). *College athletics and academic governance: Where are we headed?* Presented at the annual meeting of Association for the Study of Higher Education Annual Conference, Saint Louis, MO.

Tierney, W. G. (2013, November). *Have PhD, will travel: The future of academic work.* Presented at the annual meeting of Association for the Study of Higher Education Annual Conference, Saint Louis, MO.

Tierney, W. G. (2013, June). *Yes we can: What high schools can do to increase access to college.* Presented at the Making Connections: Pathways and Supports for College Readiness Conference, Bloomington, IN.

Tierney, W. G. (2013, May). *The future for educational research and research associations challenges, opportunities: The future of higher education.* Presented at the British Educational Research Association Conference, Cardiff, Wales, UK.

Tierney, W. G. (2013, April). *Beyond the ivory tower: The role of the intellectual in eliminating poverty.* Presented at the American Educational Research Association Annual Conference, San Francisco, CA.

Tierney, W. G. (2013, February). *Ensuring academic success: cultural integrity for a diverse student population.* Presented at the annual meeting of the Bay Area Workforce Funding Collaborative. At The California Endowment in Oakland, California.

Tierney, W. G. (2013, February). *Getting serious about college access & readiness.* Presented at the annual meeting of the National Council for Community and Education Partnerships Luncheon Talk. Las Vegas, Nevada.

Tierney, W. G. (2013, February). *Improving college readiness.* Presented at the annual meeting of the National Council for Community and Education Partnerships. Las Vegas, Nevada.

Tierney, W. G. (2012, December). *The end of academic freedom?* Presented at the annual meeting of the Joint Australian Association for Research in Education and Asia-Pacific Educational Research Association Conference World Education Research Association Focal Meeting, Sydney, Australia.

Tierney, W. G. (2012, November). *Anatomy of a failure of shared governance: Penn State and the role of the faculty.* Presented at the annual meeting of Association for the Study of Higher Education Annual Conference, Las Vegas, NV.

Tierney, W. G. (2012, November). *Debating the future of higher education in America.* Presented at the annual meeting of Association for the Study of Higher Education Annual Conference, Las Vegas, NV.

Tierney, W. G. (2012, November). *5 key tasks to increase college-going: An agenda for college-going.* Presented at REL conference on bridging high schools to college at Hilton Norfolk Airport, Norfolk, VA.

**WILLIAM G. TIERNEY**

Tierney, W. G. (2012, October). *Getting serious about college access, persistence and completion.* Keynote at Nevada Diversity Summit, Reno, NV.

Tierney, W. G. (2012, September). *Privatization in tertiary education: Expanding markets vs. the public good.* Presented at the BERA Annual Conference 2012 University of Manchester, University Place. Manchester, England.

Tierney, W. G. (2012, August). *Games R us: The role of games in increasing college readiness.* Keynote presented at the RSOE Kick-Off University of Southern California, Los Angeles, CA.

Tierney, W. G. (2012, June). *Yes we can: What high schools can do to increase access to college.* Keynote presented at the GEAR-UP Kentucky 2012 Alliance Institute for a College-going Culture, Louisville, KY.

Tierney, W. G. (2012, April). *Developing an activist research agenda.* Presented at the annual meeting of American Educational Research Association, Vancouver, Canada.

Tierney, W. G. (2012, April). *The transformation of academic work and the role of AERA in encouraging democracy.* Presented at the annual meeting of American Educational Research Association, Vancouver, Canada.

Tierney, W. G. (2012, March). *Increasing college access one student at a time.* Presented at Project National Association of College Access Professionals, Santa Monica, CA.

Tierney, W. G. (2012, February). *The disruption of California's higher education: Inevitable decline or building on excellence?* Keynote at the Appraising the Future; Understanding Costs: Envisioning the New Normal in Higher Education, California State University, Fullerton, CA.

Tierney, W. G. (2011, December). *Becoming transnational: Technology and the impact on universities in the 21st century.* Presented at the 3rd Global Higher Education Forum, Universiti Sains Malaysia, Penang, Malaysia.

Tierney, W. G. (2011, November). *Emerging issues in for-profit higher education.* Presented at the Association for the Study of Higher Education Annual Conference, Charlotte, NC.

Tierney, W. G. (2011, November). *[Radically] rethinking higher education in the US.* Presented at the Association for the Study of Higher Education Annual Conference, Charlotte, NC.

Tierney, W. G. (2011, October). *Building tomorrow's campus today.* Keynote at the Centennial Celebration at Wilfrid Laurier University, Toronto, Canada.

Tierney, W. G. (2011, October). *College for all: The role of high schools.* Presented at the Conference of Schools, Family and Community, Portland, OR.

Tierney, W. G. (2011, October). *Improving access to college.* Presented at the RE-image: The Role and Future of Universities in a Changing World Conference, Wilfrid Laurier University, Ontario, Canada.

38

**WILLIAM G. TIERNEY**

Tierney, W. G. (2011, September). *The conundrum of for-profit higher education: Evil foe or emerging partner?* Presented at National Association for College Admission Counseling, New Orleans, LA.

Tierney, W. G. (2011, June). *What we know and what we need to know to increase access to college for low-income youth.* Presented at USC-PDK Leadership Summit, Los Angeles, CA.

Tierney, W. G. (2011, May). *Mirrors of excellence, windows of opportunity.* Presented at the PDK/Rossier Leadership Summit, Los Angeles, CA.

Tierney, W. G. (2011, May). *The conundrum of profit-making institutions in higher education.* Presented at the School to Work Conference at the Graduate School of Education, Pennsylvania State University, University Park, PA.

Tierney, W. G. (2011, April). *Academic quality and shared governance.* Presented at the 2011 National Conference and Workshop for Board Professionals, the Association of Governing Boards, Los Angeles, CA.

Tierney, W. G. (2011, April). *Public education for the public good: A discussion of the political and economic threats to higher education.* Presented at the annual meeting of American Educational Research Association, New Orleans, LA.

Tierney, W. G. (2011, March). *IES practice guide: Helping students navigate the path to college: What high schools can do.* Presented at Helping Students Navigate the Path to College: What High Schools Can Do, Kansas City Area Education Research Consortium, Kansas City, MO.

Tierney, W. G. (2011, January). *Crafting our class. Changing the relationship between higher education and high schools.* Presented at the USC Center for Enrollment, Research, Policy, and Practice, The Case for Change in College Admissions Conference, Los Angeles, CA.

Tierney, W. G. (2011, January). *Now is the time: Improving access to college.* Presented at the Pathways to College: Next Steps for Utah Conference, Salt Lake City, UT.

Tierney, W. G. (2011, January). *The paradox of privatization in a globalized world: Access, equity and tertiary education in the 21st century.* Presented at World Universities Forum, Hong Kong.

Tierney, W. G. (2011, January). *The class of 2023.* Presented at the USC Center for Enrollment, Research, Policy, and Practice, The Case for Change in College Admissions Conference, Los Angeles, CA.

Tierney, W. G. (2011, January). *The paradox of privatization in a globalized world: access, equity and tertiary education in the 21st century.* 2011 World universities forum final plenary information. Presented at Hong Kong Institute of Education, Hong Kong.

Brewer, D. C., & Tierney, W. G. (2010, June ). *Barriers to innovation in U.S. higher education.* Presented at American Enterprise Institute conference, "Reinventing the American University: The Promise of Innovation in Higher Education," Washington, DC.

Tierney, W. G. (2010, December). *Common data sets.* Presented at Vietnam National University, Ho Chi Minh City, Vietnam.

**WILLIAM G. TIERNEY**

Tierney, W. G. (2010, December). *How do we evaluate the quality of graduate education?* Presented at Center for Educational Testing and Quality Assessment, Vietnam National University, Ho Chi Minh City, Vietnam.

Tierney, W. G. (2010, November). *Problems of first generation students.* Presented at the College Access Foundation/San Jose State University College Student Success Conference, San Jose, CA.

Tierney, W. G. (2010, November). *Public policy and for-profit higher education.* Presented at the Association for the Study of Higher Education Annual Conference, Indianapolis, IN.

Tierney, W. G. (2010, October). *Finding money on the table* (Podcast). National Association for College Admission Counseling, Arlington, VA.

Tierney, W. G. (2010, July). *Emerging issues in higher education.* Presented at the Azusa Pacific University Critical Issues Seminars, Azusa, CA.

Tierney, W. G. (2010, May). *Professing to learn.* Book discussion of Michele Lamont's *How Professors Think.* Presented at the meetings of the American Educational Research Association, Denver, CO.

Tierney, W. G. (2010, May). *The best job in the world.* Presented at the Rossier School of Education MAT graduation, Los Angeles, CA.

Tierney, W. G. (2010, May). *You can't get there from here: Postsecondary capacity, the master plan, and the role of for-profit and Private institutions.* PACE seminar series presented at USC-State Capitol conference room, Sacramento, CA.

Tierney, W. G. (2010, April). *From high school to college: What we know and what we don't know about increasing access to college for low-income youth.* Presented at the Spring Scandling Lecture, the Warner School of Education, University of Rochester, Rochester, NY.

Tierney, W. G. (2010, March). *Building a culture of college-going in high school.* Presented at the Plenary Session of the Arizona Gear Up Planning Meeting, Tempe, AZ.

Tierney, W. G. (2009, November). *Improving college readiness for low-income youth.* Presented at the State of Nevada Higher Education Commission, Las Vegas, NV.

Tierney, W. G. (2009, November). *Increasing access to higher education: What we know won't get us there.* Presented at the Association for the Study of Higher Education Conference, Vancouver, BC, Canada.

Tierney, W. G. (2009, October). *Who is involved in assessing graduate education?* Presented at the Higher Education International Forum, Hangzhou, China.

Tierney, W. G. (2009, October). *Now is the time: Improving access to college.* Presented at the IES Conference, Washington, DC.

Tierney, W. G. (2009, March). *Promotion and tenure and the changing faculty reward structure in the United States.* Presented at Shanghai Jiaotong University, Shanghai, China.

**WILLIAM G. TIERNEY**

Tierney, W. G. (2009, February). Creating *a strategic plan for equity in higher education*. Inaugural address at the launch of the National Center for Student Access and Equity, Adelaide, Australia.

Tierney, W. G. (2009, February). *Financial aid and access: The affordability conundrum*. Podcast series of USC Center for Enrollment Research, Policy, and Practice, University of Southern California, Los Angeles, CA.

Hallett, R. E., & Tierney, W. G. (2008, September). *Homeless youth and educational policy: An overview of barriers and college access programs that demonstrate promise*. Presented at the Annual Homeless Youth Symposium hosted by the Los Angeles County Office of Education, Los Angeles, CA.

Tierney, W. G. (2008, December). *Quality and graduate education: Paths to excellence*. Presented at the 2nd International Conference on Assessing Quality in Higher Education, University to the Punjab, Quaid-e-Azam, New Campus, Lahore, Pakistan.

Tierney, W. G. (2008, November). *Opportunities and educational priorities*. Presented at the meetings of the Midwest Higher Education Consortium, Minneapolis, MN.

Tierney, W. G. (2008, October). *Quality and graduate education: Paths to excellence*. Presented at the International Forum for Higher Education Evaluation hosted by National Taiwan Normal University, Taipei, Taiwan.

Tierney, W. G. (2008, October). *The globalization of education: The next wave*. Presented at the APRU Education Deans meeting, University of Southern California, Los Angeles, CA.

Tierney, W. G. (2008, March). *Current trends in higher education: The dynamics of innovation and reform*. Presented at University of Malaysia Sabah, Kota Kinabalu, Malaysia.

Tierney, W. G. (2008, February). *A comparative agenda for higher education research in Asia and the Pacific*. Presented at the Forum on the Future of Higher Education Research from a Comparative Perspective, Penang, Malaysia.

Tierney, W. G. (2008, February). *Current trends in higher education and the implications for Malaysia*. Presented at Universiti Sains Malaysia, Penang, Malaysia.

Tierney, W. G. (2008, February). *Observations on the shifting boundaries of the academic profession: The Malaysian professoriate in comparative perspective*. Presented at Universiti Sains Malaysia, Penang, Malaysia.

Tierney, W. G. (2008, January). *Education markets in the Asia Pacific Region and linkages to research collaboration*. Presented at the Ministry of Higher Education, Putrajaya, Malaysia.

Tierney, W. G. (2008, January). *Higher education and globalization*. Presented at the conference on Developing and Sustaining Excellence in Higher Education, Sarawak, Malaysia.

Tierney, W. G. (2007, December). *Higher education, productivity and the parameters of globalization*. Presented at the collaboration conference between the Pacific Economic Cooperation Council (PECC) and the Association of the Pacific Rim Universities (APRU): The Asia Pacific Education Market Workshop, Sydney, Australia.

**WILLIAM G. TIERNEY**

Tierney, W. G. (2007, November). *Social mobility and stratification in the knowledge society.* Presented at the APRU World Institute (AWI) Economic Integration Workshop at Kyoto University, Kyoto, Japan.

Tierney, W. G. (2007, November). *Tertiary education and economic well-being.* Presented at the Association for Higher Education Conference, Louisville, KY.

Tierney, W. G. (2007, October). *The role of boards in college access organizations.* Presented at the National College Access Network Conference, Los Angeles, CA.

Tierney, W. G. (2007, September). *Access and financial aid: How American Indian students pay for college.* Presented at the 63rd National Conference of the National Association for College Admission Counseling, Austin, TX.

Tierney, W. G. (2007, May). *Increasing access to college for under-represented groups.* Presented at the National Conference on Race and Ethnicity in American Higher Education, San Francisco, CA.

Tierney, W. G. (2007, April). *Academic freedom in an international context: The challenge of globalization.* Presented at the meetings of the American Educational Research Association, Chicago, IL.

Tierney, W. G. (2007, March). *A Marshall plan for higher education.* Presented on EPILIVE. Retrieved from http://www.educationalpolicy.org/epilive070316.html

Tierney, W. G. (2007, February). *Access to and retention in college: What are the necessary skills?* Presented at the New Mexico Higher Education Assessment and Retention Conference, Albuquerque, NM.

Tierney, W. G. (2007, February). *The dilemma of strategic change: Ensuring excellence in academe.* Presented at the Academic Chairpersons Conference, Orlando, FL.

Tierney, W. G. (2006, November). *Academic freedom and the changing nature of faculty work in an age of globalization.* Presented at the International Forum on Higher Education Policy Research & Management, Universiti Sains Malaysia, Penang, Malaysia.

Tierney, W. G. (2006, November). *Defining quality in graduate education.* Presented at the Eurasia Foundation Conference on Strengthening Higher Education, London, England.

Tierney, W. G. (2006, November). *International forum on higher education policy research and management.* Presented at the International Forum on Higher Education Policy Research & Management, Universiti Sains Malaysia, Penang, Malaysia.

Tierney, W. G. (2006, March). *The challenge and promise of the 21st century American university and the changing role of the faculty.* Presentation at Loyola Marymount University, Los Angeles, CA.

Tierney, W. G. (2006, January). *Higher education for the public good.* Presentation at the annual meeting of the Association of Governing Boards of Universities and Colleges, Phoenix, AZ.

Tierney, W. G. (2005, December). *Together we achieve more.* Presentation at a conference sponsored by the California Association of Students Financial Aid Administrators, Sacramento, CA.

**WILLIAM G. TIERNEY**

Tierney, W. G. (2005, October). *Access and equity in higher education: Confronting the problems and building structural solutions.* Keynote presentation at a conference sponsored by the National Association of Universities and Institutions of Higher Education of Mexico, Tijuana, Mexico.

Tierney, W. G. (2005, September). *Trust and culture in higher education.* Keynote presentation at the 18th Annual Consortium of Higher Education Researchers, University of Jyväskylä, Jyväskylä, Finland.

Tierney, W. G. (2005, July). *Facing strategic challenges.* Presented at the meeting of The Snowmass Institute on Strategic Management, Snowmass, CO.

Tierney, W. G., & Lechuga, V. M. (2005, March). *Academic freedom in the 21st century.* Presented at the National Education Association Higher Education conference, San Antonio, TX.

Tierney, W. G. (2004, November). *Higher education programs and the "canon."* Presented at the meetings of the Association for the Study of Higher Education, Kansas City, MO.

Tierney, W. G. (2004, November). *Reaching out to enhance access.* Presented at the meetings of the Association for the Study of Higher Education, Kansas City, MO.

Tierney, W. G. (2004, October). *Challenges in improving Latino college enrollment.* Presented at the fall conference series of The Tomás Rivera Policy Institute, Los Angeles, CA.

Tierney, W. G. (2004, September). *One arm around one child: Effective advising and mentoring.* Presented at the 8th Annual National College Access Network Conference, Boston, MA.

Tierney, W. G. (2004, March). *Faculty excellence in the 21ˢᵗ century.* Presented at Texas A&M University, College Station, Texas.

Tierney, W. G. (2004, February). *Challenge and promise in the 21st century American university and the changing role of the faculty.* Presented at University of New Mexico, Albuquerque, NM.

Tierney, W. G. (2004, February). *Diversity and access to higher education.* Presented at University of New Mexico, Albuquerque, NM.

Tierney, W. G. (2004, January). *Expanding access, increasing opportunity.* Presented at the meetings of the College Board, Laguna Beach, CA.

Tierney, W. G. (2003, October). *Trust, governance and the transformative intellectual.* The Neil Rappaport Lecture presented at the American Association of University Professors 4th Annual Conference, Governance, Indianapolis, IN.

Tierney, W. G. (2003, September). *Academic triage: The challenge of access.* Presented at the Mary Ann Alia Distinguished Lecture, California State University, Los Angeles, CA.

Tierney, W. G. (2003, May). *Preparing for college: Building expectations, changing realties.* Presented at the Gear Up Conference, Seattle, WA.

43

**WILLIAM G. TIERNEY**

Tierney, W. G. (2003, February). *Improving faculty involvement in academic governance.* Presented at Walden University, Minneapolis, MN.

Tierney, W. G. (2003, January). *The future of shared governance.* Presented at meetings of the Association of American Colleges and Universities, Seattle, WA.

Tierney, W. G. (2002, November). *Opportunity, access and excellence: Complimentary notions in a democratic society.* Presented at Aspire Conference, Fargo, ND.

Tierney, W. G. (2002, November). *Remembrance of things past: The obligation of the intellectual.* Presidential address at the meetings of the Association for the Study of Higher Education, Sacramento, CA.

Tierney, W. G. (2002, July). *Putting ideas into practice: Creating a dynamic organization.* Presented at the Pacific Rim Conference on Tertiary Education, Christchurch, New Zealand.

Tierney, W. G. (2002, February). *The changing professoriate: Faculty work in a global economy.* Presented at meetings of the American Council of Education, San Francisco, CA.

Tierney, W. G. (2001, December). *Creating a climate for change: The challenge of shared governance.* Presented at Susquehanna University, Selinsgrove, PA.

Tierney, W. G. (2001, October). *Faculty work and the improvement of teaching and learning.* Presented at the University of Wyoming, Laramie, WY.

Tierney, W. G. (2001, October). *Mission & governance: Integrating a shared vision.* Presented at a meeting of the American Association of University Professors, Washington, DC.

Tierney, W. G. (2001, October). *Prototypes for organizing the campus of the future.* Presented at a conference on *The Future of the Campus*, New York, NY.

Tierney, W. G. (2001, July). *Doing qualitative research in higher education: Representing reality.* Presented at the Higher Education "Close-up" Conference, Lancaster, United Kingdom.

Tierney, W. G. (2001, May). *Challenges to Australian tertiary education: An American view.* Presented to the Association of Tertiary Education Management, Curtin University, Perth, Australia.

Tierney, W. G. (2001, May). *Representative practices in educational research: New challenges to old problems.* Presented at Murdoch University, Perth, Australia.

Tierney, W. G. (2001, March). *The changing conditions of academe.* Presented to the Council of Deans of Melbourne University and Monash University, Melbourne, Australia.

Tierney, W. G. (2001, February). *Organizational culture and socialization in the university: Faculty work in a time of change.* Presented at Australia National University, Canberra, Australia.

Tierney, W. G. (2001, February). *The changing nature of faculty work.* Presented at Auckland University, Auckland, New Zealand.

44

**WILLIAM G. TIERNEY**

Tierney, W. G. (2000, November). *Diversity & excellence on campus: Strategic options, necessary actions.* Presented at the University of Minnesota, Minneapolis, MN.

Tierney, W. G. (2000, November). *What the future holds: Strategic decision-making in a period of transformation.* Keynote address at the annual meeting of the California Association for Institutional Research, Pasadena, CA.

Tierney, W. G. (2000, September). *Reforming schools of education: Increasing productivity and performance.* Presented at the meetings of the Association of Colleges and Schools of Education in State Universities and Land Grant Colleges and Affiliated Private Universities, Tampa, FL.

Tierney, W. G. (2000, June). *Academic citizenship and governance.* Presented at the Higher Education for a New Century: Partnerships, Productivity and Performance conference, University of Southern California, Los Angeles, CA.

Tierney, W. G. (2000, June). *Successful practices and practicing success: School to college access.* Presented at the Higher Education for a New Century: Partnerships, Productivity and Performance conference, University of Southern California, Los Angeles, CA.

Tierney, W. G. (2000, May). *The responsive university.* Presented at the annual meeting of the Western Association of College and University Business Officers, Tucson, AZ.

Tierney, W. G. (2000, April). *The academic profession in the next 50 years: Reaffirming excellence.* Presented at Central Oregon Community College, Redmond, OR.

Tierney, W. G. (2000, March). *Post modernity and knowledge production in the academy.* Presented at the University Structures, Knowledge Production, and Gender Construction research conference, University of Copenhagen, Copenhagen, Denmark.

Tierney, W. G. (2000, February). *Evaluation and access for underrepresented populations.* Presented at the Math, Engineering, Science Achievement Statewide meeting, Santa Barbara, CA.

Tierney, W. G. (2000, January). *The responsive campus: Faculty work in a time of reform.* Invited session at the meetings of the Association of American Colleges and Universities, Washington, DC.

Tierney, W. G. (2000, January). *What we know about outreach and what our nation's children need: What the research tells us.* Plenary session at the College Board conference on pre-college outreach, San Diego, CA.

Tierney, W. G. (1999, August). *Quality and strategy in the organization: Ensuring excellence.* Keynote address at California State University, San Marcos, CA.

Tierney, W. G. (1999, July). *Building a high performance institution.* Keynote address at the Snowmass Institute on Strategic Management, Snowmass, CO.

Tierney, W. G. (1999, June). *Truth and representation: Life history, the testimonio and Rigoberta Menchú.* Keynote address at the Reclaiming Voice: Ethnographic Inquiry and Qualitative Research in a Postmodern Age conference, Irvine, CA.

45

**WILLIAM G. TIERNEY**

Tierney, W. G. (1999, March). *Creating high performance colleges and universities*. Presented at Temple University, Philadelphia, PA.

Tierney, W. G. (1999, March). *Faculty work in the 21ˢᵗ century: Diversity and excellence in a period of change*. Keynote address at the annual conference Equity in the Classroom, Lansing, MI.

Tierney, W. G. (1998, November). *Tenure reform and the politics of higher education*. Keynote address at the Commission of Professors of Adult Education, Phoenix, AZ.

Tierney, W. G. (1998, October). *Restructuring the faculty reward system*. Keynote address at the Keeping our Faculties conference, Minneapolis, MN.

Tierney, W. G. (1998, September). *Equity, affirmative action and responsibility in higher education*. Presented at Oklahoma State University, Stillwater, OK.

Tierney, W. G. (1998, September). *Reforming tenure: Trends and possibilities*. Presented at Oklahoma State University, Stillwater, OK.

Tierney, W. G. (1998, June). *Building the responsive campus: Faculty and student affairs working together*. Presented at the NASPA/Dorothy Keller Academy for New Professionals, Los Angeles, CA.

Tierney, W. G. (1998, May). *Building the responsive university: Rethinking faculty roles and rewards*. Address given at the installation as first Wilbur-Kieffer Professor of Higher Education, University of Southern California, Los Angeles, CA.

Tierney, W. G. (1998, April). *Power, identity and the dilemma of college student departure*. Keynote address RETAIN: Retention in Education for Today's American Indian Nations Conference, Flagstaff, AZ.

Tierney, W. G. (1998, March). *Equity in a post-affirmative action era: Ensuring access to higher education*. Presented at Miami University, Oxford, OH.

Tierney, W. G., & Stromquist, N. (1998, November). *The autonomy of knowledge and the decline of the subject: Postmodernism and the study of comparative higher education*. Keynote address at the International Seminar for the Association for the Study of Higher Education, Miami, FL.

Tierney, W. G. (1997, October). *Affirmative action and educational reform: Increasing access in an age of retrenchment*. Presented at University of California, Irvine, CA.

Tierney, W. G. (1997, October). *Diversity, affirmative action and redefining merit*. Presented at American Council on Education's "Educating One Third of a Nation," Miami, FL.

Tierney, W. G. (1997, October). *The education of African Americans: Affirmative action in California*. Presented at University of California, Santa Barbara, CA.

Tierney, W. G. (1997, June). *Life history and narrative*. Keynote address at Reclaiming Voice: Ethnographic Inquiry and Qualitative Research in a Postmodern Age, Los Angeles, CA.

**WILLIAM G. TIERNEY**

Tierney, W. G. (1996, May). *Retaining Native American students in postsecondary institutions.* Keynote address at the RETAIN: Retention in Education for Today's American Indian Nations conference, Tucson, AZ.

Tierney, W. G. (1996, April). *A research agenda for the 90's: Rethinking faculty work.* Presented to the graduate student seminar of Division J, American Educational Research Association, New York, NY.

Tierney, W. G. (1996, April). *Constructing knowledge: Educational research and gay and lesbian studies.* Presented at the American Educational Research Association seminar pertaining to research on lesbian, gay, bisexual and transgender issues, New York, NY.

Tierney, W. G. (1996, April). *Reaffirming affirmative action: Equity & excellence in the academy.* Vice Presidential address at the meeting of the American Educational Research Association, New York, NY.

Tierney, W. G. (1996, March). *Encouraging & managing institutional change.* Presented at the Association of Governing Boards of Universities & Colleges, Chicago, IL.

Tierney, W. G. (1995, December). *Faculty excellence in a time of retrenchment.* Presented to the faculty & administration at the University of Santa Maria la Antigua, Panama City, Panama.

Tierney, W. G. (1995, December). *Tenure, academic freedom & the faculty role.* Presented at The Education of the New California Workforce Conference, San Francisco, CA.

Tierney, W. G. (1995, August). *Faculty productivity and academic excellence.* Presented at University of Jyvaskyla, Finland.

Tierney, W. G. (1995, July). *The reform of faculty work.* Presented to the presidents and provosts of private and public universities, Quito, Ecuador.

Tierney, W. G. (1995, April). *Representation and qualitative research.* Presented at University of Utah, Salt Lake City, UT.

Tierney, W. G. (1995, April). *Restructuring higher education.* Presented to the faculty and graduate students, University of Utah, Salt Lake City, UT.

Tierney, W. G. (1994, December). *Multiculturalism and community in postsecondary education.* Presented to the School of Education, University of California, Los Angeles, CA.

Tierney, W. G. (1994, October). *Cultural change and academic excellence.* Presented at Portland State University, Portland, OR.

Tierney, W. G. (1994, October). *Higher education at the crossroads: On renewal and reform.* Presented to School of Education faculty, University of Southern California, Los Angeles, CA.

Tierney, W. G. (1994, September). *Interpretive research paradigms: Problems and possibilities.* Presented at Bowling Green State University, Bowling Green, IA.

**WILLIAM G. TIERNEY**

Tierney, W. G. (1994, April). *Cultural politics and sexual identity: Equal rights and equal protection*. Presented at a conference on Lesbian, Gays, and Bisexuals, University of Delaware, Newark, DE.

Tierney, W. G. (1994, February). *Organizational culture and multiculturalism in academe*. Presented to the National Kellogg Fellows, Lane Community College, Portland, OR.

Tierney, W. G. (1994, January). *Lost in translation: Excellence and diversity in higher education*. Presented at Gettysburg College, Gettysburg, PA.

Tierney, W. G. (1993, December). *Preparing Navajo students for the worlds of higher education*. Presented to teachers, administrators, and parents of the Navajo Nation, Kayenta, AZ.

Tierney, W. G. (1993, August). *The price of the ticket: Curricular reform for the 21st century*. Presented to the National Endowment for the Humanities Seminar on the Core Curriculum, Houston, TX.

Tierney, W. G. (1991, July). *Building communities of difference*. Presented at Conference on Conflict in the 90's conference held by the Fund for Research on Dispute Resolution, Washington, DC.

Tierney, W. G. (1991, April). *Culture and leadership in higher education*. Presented at meeting of the Association of American Colleges, Philadelphia, PA.

**Papers**

Tierney, W.G. (2019, April). *We cannot be post-truth: Handling public speech controversies on campus*. Presented at the American Educational Research Association Annual Conference, Toronto, Canada.

Tierney, W.G. (2017, April) *Academic corruption: The disease destroying higher education*. Presented at the American Educational Research Association Annual Conference, San Antonio, TX.

Tierney, W.G. (2017, April). *Understanding life history: Class and caste in Indian higher education*. Presented at the American Educational Research Association Annual Conference, San Antonio, TX.

Lanford, M., & Tierney, W. G. (2016, November). *Globalization as a framework for developing a research agenda*. Presented at the Association for the Study of Higher Education Annual Conference, Columbus, OH.

Clemens, R., & Tierney, W. G. (2016, April). *The role of ethnography as ethical and policy-relevant public scholarship*. Presented at the American Educational Research Association Annual Conference, Washington, DC.

Lanford, M., & Tierney, W. G. (2015, November). *From massification to globalization: Is there a role for global university rankings?* Presented at the Association for the Study of Higher Education Annual Conference, Denver, CO.

Lanford, M., & Tierney, W. G. (2015, November). *University disrupted? Transnational perspectives on innovation in higher education*. Presented at the Association for the Study of Higher Education Annual Conference, Denver, CO.

**WILLIAM G. TIERNEY**

Ward, J.D., & Tierney, W. G. (2015, November). *Structural theories of capital and postsecondary institutional debt.* Presented at the Association for the Study of Higher Education Annual Conference, Denver, CO.

Lanford, M., & Tierney, W. G. (2015, April). *Can international branch campuses advocate for social justice?* Presented at the American Educational Research Association Annual Conference, Chicago, IL.

Duncheon, J., & Tierney, W. G. (2014, November). *Is college readiness enough: Definitions, limitations, and contextual considerations.* Presented at the Association for the Study of Higher Education Annual Conference, Washington, DC.

Lanford, M., & Tierney, W. G. (2014, November). *Organizational and faculty culture on international branch campuses.* Presented at the Association for the Study of Higher Education Annual Conference, Washington, DC.

Relles, S., & Tierney, W. G. (2014, November). *Funds of college readiness.* Presented at the Association for the Study of Higher Education Annual Conference, Washington, DC.

Rall. R., & Tierney, W. G. (2014, April). *The strained relationship between public systems of higher education and flagship universities.* Presented at the American Educational Research Association Annual Conference, Philadelphia, PA.

Iloh, C., & Tierney, W. G. (2014, April). *Inserting a new perspective in the "for-profit" debate: An ethnography of a proprietary college.* Presented at the American Educational Research Association Annual Conference, Philadelphia, PA.

Duncheon, J., & Tierney, W. G. (2014, April). *Time, education, and youth culture: An anthropological Analysis of temporal literacies in the digital age.* Presented at the American Educational Research Association Annual Conference, Philadelphia, PA.

Tierney, W. G. (2013, November). *College readiness and the enduring challenge of class and race.* Presented at the annual meeting of Association for the Study of Higher Education Annual Conference, St. Louis, MO.

Tierney, W. G. (2013, November). *The public sector meets the market: Disruption and innovation in the 21st century.* Presented at the annual meeting of Association for the Study of Higher Education Annual Conference, St. Louis, MO.

Iloh, C., & Tierney, W. G.  (2013, November). *Using ethnography to understand college life.* Presented at the annual meeting of Association for the Study of Higher Education Annual Conference, St. Louis, MO.

Iloh, C., & Tierney, W.G. (2013, April). *Understanding the nuances of for-profit and community college choice through a rational choice lens.* Presented at the American Educational Research Association Annual Conference, San Francisco, CA.

**WILLIAM G. TIERNEY**

Relles, R., Sablan, J.,& Tierney, W.G. (2013, April). *College readiness and the cause of access: Towards a new model of writing assessment.* Presented at the American Educational Research Association Annual Conference, San Francisco, CA.

Relles, R., & Tierney, W.G. (2013, April). *College writing preparation: A tale of two classrooms.* Presented at the American Educational Research Association Annual Conference, San Francisco, CA.

Duncheon, J., & Tierney, W. G. (2012, November). *Analyzing remedial writing.* Presented at the Association for the Study of Higher Education Annual Conference, Las Vegas, NV.

Duncheon, J., & Tierney, W. G. (2012, November). *Investigating the gap between college and high school writing* . Presented at the Association for the Study of Higher Education Annual Conference, Las Vegas, NV.

Garcia, L. D., & Tierney, W. G. (2012, November). *Am I ready for college-level writing?: The effects of a statewide early warning remediation program on urban school students.* Presented at the Association for the Study of Higher Education Annual Conference, Las Vegas, NV.

Iloh, C., & Tierney, W. G. (2012, November). *Phoenix, Do We Have a Problem? Reconsidering For-Profit College Admissions Practices.* Presented at the Association for the Study of Higher Education Annual Conference, Las Vegas, NV.

Relles, S. R., & Tierney, W. G. (2012, April). *Towards a new model of writing assessment: Results of a two-year study.* Presented at the annual meeting of American Educational Research Association, Vancouver, British Columbia, Canada.

Relles, S. R., & Tierney, W. G. (2012, November). *Transforming postsecondary remediation into college preparation: Moving higher education beyond the role of gate-keeper.* Presented at the Association for the Study of Higher Education Annual Conference, Las Vegas, NV.

Relles, S. R., & Tierney, W. G. (2012, April). *Student perceptions of college writing.* Presented at the annual meeting of American Educational Research Association, Vancouver, British Columbia, Canada

Tierney, W. G. (2012, April). *Policy, praxis, and research in the 21st-century university.* Presented at the annual meeting of American Educational Research Association, British Columbia, Canada.

Tierney, W. G., Corwin, Z. B., & Fullerton, T. (2012, April). *The impact of game strategy on the development of college literacy.* Presented at the annual meeting of American Educational Research Association, Vancouver, Canada.

Iloh, C., & Tierney, W. G. (2011, November). *Neighborhood cultural heterogeneity and college aspirations for low-income minority students.* Presented at the Association for the Study of Higher Education Annual Conference, Charlotte, NC.

Sablan, J., & Tierney, W. G. (2011, November). *The changing nature of culture capital.* Presented at the Association for the Study of Higher Education Annual Conference, Charlotte, NC.

**WILLIAM G. TIERNEY**

Hentschke, G., Ragusa, G., & Tierney, W. G. (2011, April). *For-profit universities and "the public good": Oxymoron or shining example.* Presented at the annual meeting of American Educational Research Association, New Orleans, LA.

Relles, S., & Tierney, W. G. (2011, April). *Preparing for college and the challenge of remediation: Rethinking writing to improve access.* Presented at the annual meeting of American Educational Research Association, New Orleans, LA.

Tierney, W. G., & Clemens, R. G. (2011, April). *Qualitative research and public policy: The challenges of relevance and trustworthiness.* Presented at the annual meeting of American Educational Research Association, New Orleans, LA.

Tierney, W. G. (2011, April). *Developing a research agenda.* Presented at the annual meeting of American Educational Research Association, New Orleans, LA.

Hallett, R., & Tierney, W. G. (2010, November). *State regulation and propriety colleges and universities: The case of the California Assembly Bill 48.* Presented at the Association for the Study of Higher Education Annual Conference, Indianapolis, IN.

Tierney, W. G. (2010, November). *The challenges of ME-search in higher education.* Presented at the Association for the Study of Higher Education Annual Conference, Indianapolis, IN.

Burleson, D. A., & Tierney, W. G. (2010, May). *Policies and practices in the judgment of quality and effectiveness of graduate education.* Presented at the annual meeting of the American Educational Research Association, Denver, CO.

Mathis, J. D., & Tierney, W. G. (2010, May). *Rethinking organizational culture: Creativity in the academy.* Presented at the annual meeting of the American Educational Research Association, Denver, CO.

Tierney, W. G. (2010, May). *Productivity and effectiveness in higher education: Establishing a research agenda on for-profit higher education institutions.* Presented at the annual meeting of the American Educational Research Association, Denver, CO.

Tierney, W. G. (2010, May). *The method of life history: Uses and abuses for understanding the lives of first-generation students.* Presented at the annual meeting of the American Educational Research Association, Denver, CO.

Garcia, L. D., & Tierney, W. G. (2009, November). *Fostering successful college careers for undocumented immigrants.* Presented at the meetings of the Association for the Study of Higher Education, Vancouver, British Columbia, Canada.

Garcia, L. D., & Tierney, W. G. (2009, November). *The Early Assessment Program: One urban high school's experience.* Presented at the meetings of the Association for the Study of Higher Education, Vancouver, British Columbia, Canada.

Tierney, W. G., & Corwin, Z. B. (2009, November). *Increasing access through games and technology.* Presented at the meetings of the Association for the Study of Higher Education, Vancouver, British Columbia, Canada.

**WILLIAM G. TIERNEY**

Tierney, W. G., & Hallett, R. E. (2009, November). *Reflexivity and writing in graduate school.* Presented at the meetings of the Association for the Study of Higher Education, Vancouver, British Columbia, Canada.

Garcia, L. D., & Tierney, W. G. (2009, April). *Remedial education and college* preparation. Presented at the annual meeting of the American Educational Research Association, San Diego, CA.

Hallett, R. E., & Tierney, W. G. (2009, April*). Social capital of homeless youth: Influence of networks on educational participation.* Presented at the annual meeting of the American Educational Research Association, San Diego, CA.

Hallett, R. E., & Tierney, W. G. (2009, April). *Writing on the margins from the center: Homeless youth and politics at the borders.* Presented at the annual meeting of the American Educational Research Association, San Diego, CA.

Tierney, W. G. (2009, April). *Discourse and scholarship in academic life.* Presented at the annual meeting of the American Educational Research Association, San Diego, CA.

Tierney, W. G. (2009, April). *Faculty life and achieving excellence.* Presented at the annual meeting of the American Educational Research Association, San Diego, CA.

Tierney, W. G. (2009, April). *Judging educational scholarship.* Presented at the annual meeting of the American Educational Research Association, San Diego, CA.

Tierney, W. G. (2009, April). *On becoming a professor.* Presented at the fireside chat: Inquiry in higher education during the annual meeting of the American Educational Research Association, San Diego, CA.

Tierney, W. G. (2008, November). *Pushing the boundaries: Incorporating neglected aspects of qualitative research.* Presented at the meetings of the Association for the Study of Higher Education, Jacksonville, FL.

Hallett, R. E., & Tierney, W. G. (2008, March). *Education policy and homeless youth.* Presented at the annual meeting of the American Educational Research Association, New York, NY.

Sallee, M., & Tierney, W. G. (2008, March). *Organizational characteristics of campuses that promote faculty diversity.* Presented at the annual meeting of the American Educational Research Association, New York, NY.

Tierney, W. G. (2007, April). *The "real world" and policy research in financial aid.* Presented at the meetings of the American Educational Research Association, Chicago, IL.

Tierney, W. G., & Sallee, M. M. (2007, April). *Improving early intervention for college programs.* Presented at the meetings of the American Educational Research Association, Chicago, IL.

Tierney, W. G. (2006, November). *Free speech on campus.* Presented at the meetings of the Association for the Study of Higher Education, Anaheim, CA.

**WILLIAM G. TIERNEY**

Tierney, W. G. (2006, November). *The challenge of translational research in education: Writing across the boundaries.* Presented at the meetings of the Association for the Study of Higher Education, Anaheim, CA.

Tierney, W. G. (2006, November). *Theory, action & measurable results: Designing, implementing and evaluating college preparation programs.* Presented at the meetings of the Association for the Study of Higher Education, Anaheim, CA.

Tierney, W. G. (2006, April). *Translational research: Knowledge production in a profession.* Presented at the meetings of the American Educational Research Association, San Francisco, CA.

Tierney, W. G. (2006, April). *Waves of silence: An examination of public discourse and controversy.* Presented at the meetings of the American Educational Research Association, San Francisco, CA.

Lechuga, V. M., & Tierney, W. G. (2005, November). *Behind closed doors: Examining academic freedom, public discourse, and for-profit colleges and universities.* Presented at the meetings of the Association for the Study of Higher Education, Philadelphia, PA.

Tierney, W. G. (2005, November). *The clash of cultures.* Presented at the meetings of the Association for the Study of Higher Education, Philadelphia, PA.

Tierney, W. G. (2005, November). *Cultural biography and educational policy.* Presented at the meetings of the Association for the Study of Higher Education, Philadelphia, PA.

Tierney, W. G., & Holley, K. A. (2005, November). *Knowledge production in a profession: Rethinking the PhD in education.* Presented at the meetings of the Association for the Study of Higher Education, Philadelphia, PA.

Venegas, K., & Tierney, W. G. (2005, November). *Fictive kin: Peers and financial aid.* Presented at the meetings of the Association for the Study of Higher Education, Philadelphia, PA.

Venegas, K., & Tierney, W. G. (2005, November). *The cultural ecology of financial aid.* Presented at the meetings of the Association for the Study of Higher Education, Philadelphia, PA.

Tierney, W. G. (2005, April). *One arm around one child: Effective advising and mentoring.* Presented at the meetings of the American Educational Research Association, Montreal, Canada.

Venegas, K., & Tierney, W. G. (2005, April). *Reconceptualizing the study of financial aid: A cultural approach.* Presented at the meetings of the American Educational Association, Montreal, Canada.

Venegas, K., & Tierney, W. G. (2004, November). *Financial aid and access: Current problems, potential solutions.* Presented at the meetings of the Association for the Study of Higher Education, Kansas City, MO.

Venegas, K. M., & Tierney, W. G. (2004, September). *Working together: Latino peer groups and college preparation programs.* Presented at the National Symposium on Multicontextuality, Unity, and Diversity in a Pluralistic Society, Albuquerque, NM.

**WILLIAM G. TIERNEY**

Tierney, W. G. (2004, April). *Getting it right: Qualitative research and portraiture*. Presented at the meetings of the American Educational Research Association, San Diego, CA.

Tierney, W. G. (2004, April). *Governance by design: Improving the cultural aspects of faculty governance*. Presented at the meetings of the American Educational Research Association, San Diego, CA.

Tierney, W. G., & Lechuga, V. M. (2004, April). *Offending words: Academic freedom and the Al-Arian case*. Presented at the meetings of the American Educational Research Association, San Diego, CA.

Venegas, K., & Tierney, W. G. (2004, April). *Working together: Latino peers in college preparation*. Presented at the meetings of the American Educational Research Association, San Diego, CA.

Tierney, W. G. (2003, November). *Academic governance and decision-making*. Presented at the meetings of the Association for the Study of Higher Education, Portland, OR.

Tierney, W. G. (2003, November). *The influence of peer groups in college going*. Presented at the meetings of the Association for the Study of Higher Education, Portland, OR.

Tierney, W. G. (2003, April). *Cultural integrity: The impact of culture on college preparation program effectiveness*. Presented at the meetings of the American Educational Research Association, Chicago, IL.

Tierney, W. G. (2003, April). *The role of peer groups in college preparation*. Presented at the meetings of the American Educational Research Association, Chicago, IL.

Tierney, W. G. (2002, November). *Policy, practice and funding proposals: What foundations find interesting and why*. Presented at the meetings of the Association for the Study of Higher Education, Sacramento, CA.

Tierney, W. G. (2002, November). *The future of tenure in a changing academic workplace*. Presented at the meetings of the Association for the Study of Higher Education, Sacramento, CA.

Lincoln, Y. S., & Tierney, W. G. (2002, April). *Ethics and human subjects: The dilemmas of qualitative research*. Presented at the meetings of the American Educational Research Association, New Orleans, LA.

Tierney, W. G. (2002, April). *The challenge of globalization*. Presented at the meetings of the American Educational Research Association, New Orleans, LA.

Tierney, W. G. (2002, April). *The role of families in college preparation*. Presented at the meetings of the American Educational Research Association, New Orleans, LA.

Tierney, W. G., & Minor, J. T. (2002, April). *Redefining shared governance*. Presented at the meetings of the American Educational Research Association, New Orleans, LA.

Tierney, W. G. (2001, November). *Family involvement in college preparation programs*. Presented at the meetings of the Association for the Study of Higher Education, Richmond, VA.

Tierney, W. G. (2001, November). *Representational practices for higher education research and policy*. Presented at the meetings of the Association for the Study of Higher Education, Richmond, VA.

**WILLIAM G. TIERNEY**

Tierney, W. G., & Colyar, J. E. (2001, April). *Exploring factors that contribute to the successful education of African-American students.* Presented at the meetings of the American Educational Research Association, Seattle, WA.

Tierney, W. G., & Dilley, P. (2001, April). *How do we know what we know? Because they said so: Charting the changes in contemporary educational interviewing.* Presented at the meetings of the American Educational Research Association, Seattle, WA.

Tierney, W. G. (2000, December). *A comparative perspective on power and governance in higher education.* Presented at the Australian Network for Higher Education Policy Research conference on Research Management and Funding, Canberra, Australia.

Tierney, W. G. (2000, November). *Enough is enough: Ensuring success for urban students.* Presented at the meetings of the Association for the Study of Higher Education, Sacramento, CA.

Tierney, W. G. (2000, October). *Faculty leadership in a time of change.* Presented at the meeting of the Association of American University Professors and the American Conference of Academic Deans, Washington, DC.

Tierney, W. G. (2000, April). *Life histories and textual veracity.* Presented at the meetings of the American Educational Research Association, New Orleans, LA.

Tierney, W. G. (2000, April). *Qualitative methods and activist research.* Presented at the meetings of the American Educational Research Association, New Orleans, LA.

Tierney, W. G. (2000, April). *Reconceptualizing college preparation and access.* Presented at the meetings of the American Educational Research Association, New Orleans, LA.

Tierney, W. G. (2000, March). *Beyond diversity: Academic excellence and equity.* Presented at the American Association for Higher Education's 2000 National Conference on Higher Education, Anaheim, CA.

Tierney, W. G. (2000, March). *Successful attempts to prepare urban "at-risk" youth for college.* Presented at the American Association for Higher Education's 2000 National Conference on Higher Education, Anaheim, CA.

Tierney, W. G. (2000, February). *Reforming tenure in schools of education.* Presented at the 8th American Association for Higher Education's Conference on Faculty Roles and Rewards, New Orleans, LA.

Tierney, W. G. (2000, January). *Evaluation and college preparation programs.* Presented at the College Board conference on pre-college outreach, San Diego, CA.

Tierney, W. G. (2000, January). *Faculty leadership in institutional governance and change.* Presented at the meetings of the Association of American Colleges and Universities, Washington, DC.

Tierney, W. G. (1999, November). *Preparing faculty and students in new qualitative practices.* Presented at the meetings of the Association for the Study of Higher Education, San Antonio, TX.

**WILLIAM G. TIERNEY**

Tierney, W. G. (1999, November). *Tenure in the sacred grove: Issues for women and people of color.* Presented at the meetings of the Association for the Study of Higher Education, San Antonio, TX.

Tierney, W. G., & Chung, J. (1999, November). *Merit and affirmative action in admissions policies.* Presented at the meetings of the Association for the Study of Higher Education, San Antonio, TX.

Tierney, W. G., & Lincoln, Y. S. (1999, September). *Reconfiguring knowledge, institutions and identity in the postmodern moment: Comparative higher education as a case in point.* Presented at the Reorganizing Knowledge Conference, Amherst, MA.

Tierney, W. G. (1999, April). *Affirmative action: Present challenges.* Presented at the meetings of the American Educational Research Association, Montreal, Canada.

Tierney, W. G. (1999, April). *Border crossings: A discussion of issues at the intersection of higher education and teacher education.* Presented at the meetings of the American Educational Research Association, Montreal, Canada.

Tierney, W. G. (1999, April). *The state of the art in American higher education: Past, present and future considerations.* Presented at the meetings of the American Educational Research Association, Montreal, Canada.

Tierney, W. G. (1999, January). *Rethinking the reward structure in schools of education.* Presented at the meetings of the American Association of Higher Education, San Diego, CA.

Jun, A., & Tierney, W. G. (1998, November). *Improving the odds: College preparation programs for low-income urban youth.* Presented at the meetings of the Association for the Study of Higher Education, Miami, FL.

Tierney, W. G. (1998, November). *Academic freedom: The social construction of a contested meaning.* Presented at the meetings of the Association for the Study of Higher Education, Miami, FL.

Tierney, W. G. (1998, April). *Affirmative action in the professions.* Presented at the meetings of the American Educational Research Association, San Diego, CA.

Tierney, W. G. (1998, April). *Perspectives on the precarious future of education researchers.* Presented at meetings of the American Educational Research Association, San Diego, CA.

Tierney, W. G. (1998, April). *Plain talk: Writing and rhetoric across ethnographic genres.* Presented at the meetings of the American Educational Research Association, San Diego, CA.

Tierney, W. G. (1998, April). *Qualitative research and issues of diversity.* Presented at the meetings of the American Educational Research Association, San Diego, CA.

Tierney, W. G. (1998, April). *Tenure and faculty work in schools of education.* Presented at the meetings of the American Educational Research Association, San Diego, CA.

Tierney, W. G. (1998, April). *The new color line: The tenure and promotion process.* Presented at the American Association of Colleges and Universities, Redondo Beach, CA.

**WILLIAM G. TIERNEY**

Tierney, W. G. (1998, January). *The tenure track and the improvement of teaching.* Presented at the meetings of the American Association of Higher Education, Orlando, FL.

Tierney, W. G. (1997, November). *High performance in the academy.* Presented at meetings of the Association for the Study of Higher Education, Albuquerque, NM.

Tierney, W. G. (1997, November). *Rethinking higher education curricula: Canons, skills and professionalism.* Presented at meetings of the Association for the Study of Higher Education, Albuquerque, NM.

Tierney, W. G. (1997, June). *Balancing career and educational goals.* Presented at Western Association for College Admission Counseling, San Diego, CA.

Tierney, W. G. (1997, March). *Faculty productivity & tenure.* Presented meetings of the American Educational Research Association, Chicago, IL.

Tierney, W. G. (1997, March). *Rethinking graduate curricula in higher education.* Presented at the meetings of the American Educational Research Association, Chicago, IL.

Tierney, W. G. (1997, March). *The faculty reward structure & teacher education.* Presented at the meetings of the American Educational Research Association, Chicago, IL.

Tierney, W. G. (1997, March). *The science of administration: Professionalism in academe.* Presented at the meetings of the American Educational Research Association, Chicago, IL.

Tierney, W. G. (1997, January). *Reforming tenure.* Presented at the meetings of the American Association of Higher Education, San Diego, CA.

Tierney, W. G. (1996, November). *Collaboration and identity: Defining scholarship.* Presented at the meetings of the Association for the Study of Higher Education, Memphis, TN.

Tierney, W. G. (1996, November). *Narrative and textual construction: Writing about schools, people and power.* Presented at the meetings of the American Anthropological Association, San Francisco, CA.

Tierney, W. G. (1996, November). *The socialization of faculty.* Presented at the meetings of the Association for the Study of Higher Education, Memphis, TN.

Smart, J., Kuh, G., & Tierney, W. G. (1996, May). *The roles of institutional culture and decision approaches in promoting organizational effectiveness.* Presented at the meetings of the Association for Institutional Research, Albuquerque, NM. [Forum Best Paper Award.]

Tierney, W. G. (1996, April). *Narrative & ideology.* Presented at the meetings of the American Educational Research Association, New York, NY.

Tierney, W. G. (1996, January). *Academic reward structures & the development of community.* Presented at the American Association of Higher Education Conference on Faculty Roles & Rewards, Atlanta, GA.

**WILLIAM G. TIERNEY**

Tierney, W. G. (1995, November). *Achieving distinctiveness in graduate programs in higher education.* Presented at the meetings of the Association for the Study of Higher Education, Orlando, FL.

Tierney, W. G. (1995, November). *Higher education and indigenous people.* Presented at the meetings of the American Anthropological Association, Washington, DC.

Tierney, W. G. (1995, November). *Postmodern perspectives and post-secondary education.* Presented at the meetings of the Association for the Study of Higher Education, Orlando, FL.

Tierney, W. G. (1995, June). *Strategies for improving promotion and tenure.* Presented at the meetings of the National Conference on Racial and Ethnic Relations, Santa Fe, NM.

Tierney, W. G. (1995, April). *Ignorance and AIDS.* Presented at the meetings of the American Educational Research Association, San Francisco, CA.

Tierney, W. G. (1995, April). *Organizational frameworks and strategies for multicultural campuses.* Presented at the meetings of the American Educational Research Association, San Francisco, CA.

Tierney, W. G. (1995, April). *Representing the "other."* Presented at the meetings of the American Educational Research Association, San Francisco, CA.

Tierney, W. G. (1995, April). *The politics of accessibility.* Presented at the meetings of the American Educational Research Association, San Francisco, CA.

Tierney, W. G. (1995, April). *The social context of academe.* Presented at the meetings of the American Educational Research Association, San Francisco, CA.

Tierney, W. G. (1994, November). *Making meaning: The search for community.* Presented at the meetings of the Association for the Study of Higher Education, Tucson, AZ.

Tierney, W. G. (1994, November). *Faculty socialization and peer review.* Presented at the meetings of the Association for the Study of Higher Education, Tucson, AZ.

Tierney, W. G. (1994, April). *Privatization and the public welfare: Public higher education in the 21st century.* Presented at the meetings of the American Educational Research Association, New Orleans, LA.

Tierney, W. G. (1994, November). *Resistance and change: A university's progress on issues of equity for lesbians, gay men and bisexuals.* Presented at the meetings of Lesbian, Gay and Bisexual Studies, Iowa City, IA.

Tierney, W. G. (1994, April). *Cultural politics in Latin American universities.* Presented at the meetings of the American Educational Research Association, New Orleans, LA.

Tierney, W. G. (1994, April). *Making it in the academy: The empowerment of women and minority junior faculty.* Presented at the meetings of the American Educational Research Association, New Orleans, LA.

58

**WILLIAM G. TIERNEY**

Tierney, W. G. (1994, April). *Preparing leaders for higher education.* Presented at the meetings of the American Educational Research Association, New Orleans, LA.

Tierney, W. G. (1994, April). *Student development and culture in international studies.* Presented at the meetings of the American Educational Research Association, New Orleans, LA.

Tierney, W. G. (1993, November). *A comparative perspective on the social role of higher education.* Presented at the meetings of the Association for the Study of Higher Education, Pittsburgh, PA.

Tierney, W. G. (1993, November). *Representation and voice in educational research.* Presented at the meetings of the American Anthropological Association, Washington, DC.

Tierney, W. G. (1993, November). *The intersection of race, gender, class, and sexual identity in the socialization of faculty.* Presented at the meetings of the Association for the Study of Higher Education, Pittsburgh, PA.

Tierney, W. G., & Fairweather, J. (1993, November). *Sample design in qualitative research.* Presented at the meetings of the Association for the Study of Higher Education, Pittsburgh, PA.

Tierney, W. G., & Lincoln, Y. (1993, November). *Writing case studies in qualitative inquiry.* Presented at the meetings of the Association for the Study of Higher Education, Pittsburgh, PA.

Tierney, W. G. (1993, April). *Analyzing life history research.* Presented at the meetings of the American Educational Research Association, Atlanta, GA.

Tierney, W. G. (1993, April). *Critical views on managing hard times.* Presented at the meetings of the American Educational Research Association, Atlanta, GA.

Tierney, W. G. (1993, April). *Organizational change and institutional identity.* Presented at the meetings of the American Educational Research Association, Atlanta, GA.

Tierney, W. G. (1993, April). *Post foundational issues in qualitative research.* Presented at the meetings of the American Educational Research Association, Atlanta, GA.

Tierney, W. G. (1992, November). *Organizational structure and the influence of the state.* Presented at the meetings of the Association for the Study of Higher Education, Minneapolis, MN.

Tierney, W. G. (1992, November). *Students: Theory and practice.* Presented at the meetings of the Association for the Study of Higher Education, Minneapolis, MN.

Tierney, W. G. (1992, November). *Teaching qualitative research methods in higher education.* Presented at the meetings of the Association for the Study of Higher Education, Minneapolis, MN.

Rhoads, R. A., & Tierney, W. G. (1992, November). *Ways of knowing and learning.* Presented at the meetings of the Association for the Study of Higher Education, Minneapolis, MN.

Tierney, W. G. (1992, April). *Change and innovation in higher education: Implications for practice.* Presented at the meetings of the American Educational Research Association, San Francisco, CA.

59

**WILLIAM G. TIERNEY**

Tierney, W. G. (1992, April). *Gaining voice, giving voice: The politics of method.* Presented at the meetings of the American Educational Research Association, San Francisco, CA.

Tierney, W. G. (1992, April). *Naming silenced lives.* Presented at the meetings of the American Educational Research Association, San Francisco, CA.

Tierney, W. G. (1992, April). *Public roles, private lives.* Presented at the meetings of the American Educational Research Association, San Francisco, CA.

Tierney, W. G., & Bensimon, E. M. (1992, June). *Using critical and feminist theories to understand diversity in academe.* Presented at the meetings of the National Conference on Racial and Ethnic Relations, San Francisco, CA.

Tierney, W. G., & Gumport, P. (1992, June). *The role of the author in qualitative research.* Presented at the Conference on Educational Methodologies, Albuquerque, NM.

Tierney, W. G. (1991, November). *Challenges to power in the university: A critical perspective on conflict.* Presented at the meetings of the Association for the Study of Higher Education, Boston, MA.

Tierney, W. G. (1991, November). *Critical and feminist interpretations of higher education.* Presented at the meetings of the Association for the Study of Higher Education, Boston, MA.

Tierney, W. G. (1991, November). *Personal narratives for critical reflection and change.* Presented at the meetings of the American Anthropological Association, Chicago, IL.

Tierney, W. G. (1991, April). *A critical examination of academic life.* Presented at the meetings of the American Educational Research Association, Chicago, IL.

Tierney, W. G. (1991, February). *Socialization and culture: The lives of students.* Presented at the Conference on Ethnography in Education, Philadelphia, PA.

Tierney, W. G. (1990, November). *Hidden voices in higher education.* Presented at the meetings of the Association for the Study of Higher Education, Portland, OR.

Trainer, J. F., & Tierney, W. G. (1990, November). *Social reproduction and college participation.* Presented at the meetings of the Association for the Study of Higher Education, Portland, OR.

Tierney, W. G. (1990, October). *Issues of race and culture in academe.* Presented at the conference on Class Bias in Academe: Equity Issues for the 1990s, New York, NY.

Tierney, W. G. (1990, May). *American Indians and higher education: A research agenda for the 90s.* Presented at the conference on American Indian Higher Education, Bozeman, MT.

Tierney, W. G. (1990, April). *Advancing a critical agenda for the study of higher education.* Presented at the meetings of the American Educational Research Association, Boston, MA.

Tierney, W. G. (1990, April). *Reconceiving the experiences of Native American students in postsecondary institutions.* Presented at the meetings of the American Educational Research Association, Boston, MA.

**WILLIAM G. TIERNEY**

Tierney, W. G. (1990, April). *Transformational leadership and democracy in higher education.* Presented at the meetings of the American Educational Research Association, Boston, MA.

Tierney, W. G. (1989, November). *Organizational culture and strategic planning.* Presented to the faculty of the University of Wisconsin, Stevens Point, WI.

Tierney, W. G. (1989, November). *Power and ideology in higher education.* Presented at the meetings of the Association for the Study of Education, Atlanta, GA.

Tierney, W. G. (1989, November). *Retaining Native Americans in postsecondary education.* Presented at the meetings of the American Anthropological Association, Washington, DC.

Tierney, W. G. (1989, November). *Using qualitative research for policy analysis.* Presented at the meetings of the Association for the Study of Higher Education, Atlanta, GA.

Tierney, W. G. (1989, June). *Collegiate culture and leadership strategies: A postscript.* Presented at meeting of the National Leadership Group of the American Council of Education, Washington, DC.

Tierney, W. G. (1989, March). *Cultural conflict in academic organizations.* Presented at the meetings of the American Educational Research Association, San Francisco, CA.

Tierney, W. G. (1989, March). *Organizational theory in higher education.* Presented at the meetings of the American Educational Research Association, San Francisco, CA.

Tierney, W. G. (1989, June). *Understanding the political and organizational culture of postsecondary education.* Presented at the College of Education, University of Michigan, Ann Arbor, MI.

Tierney, W. G. (1988, March). *Interpreting colleges and universities as cultures: Research dilemmas.* Presented at the meetings of the American Anthropological Association, Phoenix, AZ.

Tierney, W. G. (1988, November). *Current research using a cultural perspective in higher Education: An analysis.* Presented at the meetings of the Association for the Study of Higher Education, St. Louis, MO.

Tierney, W. G. (1988, November). *The organization of academic work.* Presented at the meetings of the Association for the Study of Higher Education, St. Louis, MO.

Tierney, W. G. (1988, November). *Two paradigms of organizational culture.* Presented at the meetings of the Association for the Study of Higher Education, St. Louis, MO.

Tierney, W. G. (1988, July). *Organizational images: Managing in a cultural organization.* Presented at the 12th International Congress of Anthropological and Ethnological Sciences, Zagreb, Yugoslavia.

Tierney, W. G. (1988, April). *Organizational culture and enacted environments.* Presented at the meetings of the American Educational Research Association, New Orleans, LA.

Tierney, W. G. (1988, April). *Organizational culture and time.* Presented at the meetings of the American Educational Research Association, New Orleans, LA.

**WILLIAM G. TIERNEY**

Tierney, W. G. (1988, April). *Organizations and systems as cultural constructions.* Presented at the meetings of the American Educational Research Association, New Orleans, LA.

Tierney, W. G. (1988, January). *Academic leadership and managing the curriculum.* Presented at the Invitational Conference on Leadership, Princeton, NJ.

Tierney, W. G. (1987, November). *An analysis of educational institutions as organizational cultures.* Presented at the annual meeting of the American Anthropological Association, Chicago, IL.

Tierney, W. G. (1987, November). *Images of leadership.* Presented at the meetings of the Association for the Study of Higher Education, Baltimore, MD.

Tierney, W. G. (1987, November). *Organizational culture and change in higher education.* Presented at the meetings of the Association for the Study of Higher Education, Baltimore, MD.

Tierney, W. G. (1987, April). *The uses of organizational culture in higher education planning.* Presented at the meetings of the Society for Applied Anthropology, Oaxaca, Mexico.

Tierney, W. G. (1987, March). *Leadership and communication.* Presented at the meetings of the Ethnography and Education Forum, Philadelphia, PA.

Tierney, W. G. (1986, December). *The symbolism in leadership.* Presented at the meetings of the American Anthropological Association, Philadelphia, PA.

Tierney, W. G. (1986, October). *A model for effective in-service delivery.* Presented at the Vocational Education Conference, Denver, CO.

Tierney, W. G. (1986, April). *A semiotic study of leadership.* Presented at the meetings of the American Educational Research Association, San Francisco, CA.

Tierney, W. G. (1986, March). *Time management in education.* Presented at the meetings of the Society for Applied Anthropology, Reno, NV.

Tierney, W. G. (1985, December). *Communication and leadership.* Presented at the meetings of the American Anthropological Association, Washington, DC.

Tierney, W. G. (1985, March). *The applied aspects of communication and leadership.* Presented at the meetings of the Association for Institutional Research, Portland, OR.

Tierney, W. G. (1985, February). *Leadership and effectiveness.* Presented at the meetings of the Association for the Study of Higher Education, Chicago, IL.

Tierney, W. G. (1983, October). *The tenure drum: An investigation of rituals in the modern university.* Presented at the Ethnography in Education Conference, Philadelphia, PA.

**AWARDS AND HONORS**

2019                    Fernand Braudel Fellow, European University Institute, Florence, Italy

**WILLIAM G. TIERNEY**

| | |
|---|---|
| 2019 | Rockefeller Scholar, Bellagio, Italy |
| 2019 | American Association of University Administrators, Jerome L. Neuner Award for Excellence in Scholarly Publication |
| 2015-2016 | Fulbright Scholar to India |
| 2014 | Elected Member of the National Academy of Education |
| 2013 | Leadership Award – Association for the Study of Higher Education |
| 2013–2016 | Distinguished Visiting Research Professor, University of Hong Kong |
| 2011 | Phi Kappa Phi Faculty Recognition Awards |
| 2011 | American Education Research Association, Division J, Exemplary Research Award |
| 2009 | American Educational Research Association Fellow |
| 2009 | Phi Kappa Phi Book Faculty Book Award (with G. Hentschke) for *New players, different game: Understanding the rise of for-profit colleges and universities* |
| 2004 | Democracy in Higher Education, Excellence in the Academy Award, National Education Association |
| 2001 | Fulbright Scholar to Australia |
| 2001 | Recipient of USC Academic Senate Award for Leadership and Service |
| 1998 | Selected by Change Magazine as one of 40 "young leaders of the academy" |
| 1997 | Association for the Study of Higher Education Research Achievement Award |
| 1996 | Forum Best Paper Award (co-recipient with John Smart and George Kuh) from the Association for Institutional Research for paper presented at the 1996 Forum |
| 1993 | Fulbright Scholar to Central America |

**OTHER PROFESSIONAL ACTIVITIES**

| | |
|---|---|
| 2014 – present | Member, *National Academy of Education* |
| 2012–present | Editorial Board, *Issues in Globalization and Social Justice: Comparative Studies in International Higher Education* |
| 2010 | Member, Presidential Search Committee for Provost, University of Southern California |
| 2009–present | Fellow, American Educational Research Association |
| 2009–2010 | Chair, What Works Review Team, *Access to Higher Education Practice Guide* |
| 2008–2012 | Strategic Planning Committee of the University of Southern California |
| 2008 | Visiting Scholar, University of Sydney, Australia |
| 2008 | Visiting Scholar, Universiti Sains Malaysia, National Higher Education Research Institute |
| 2007–2011 | Member, Schools on Wheels Board for Homeless Youth |
| 2007–2010 | Chair, Master's Governance Committee, Rossier School of Education |
| 2007–2010 | American Educational Research Association, Executive Board Member |
| 2006–2008 | Member, American Educational Research Association Task Force on Awards |
| 2006–2007 | Member, Provost's Graduate Student Advisory Committee |
| 2006 | Member, Provost's Task Force on Graduate Education |
| 2005–present | Member, Editorial Board, *Readings on Equal Education* |
| 2005–2008 | Member, Editorial Board, *Journal of Research on Leadership Education* |

**WILLIAM G. TIERNEY**

| | |
|---|---|
| 2004–2005 | Member, Presidential Search Committee for Provost, University of Southern California |
| 2004–2005 | Chair, University of Southern California 125th Anniversary Conference on the Future of Research Universities |
| 2003–2006 | Chair, Ph.D. Program, Rossier School of Education |
| 2002–2005 | Chair, University Committee on Academic Review |
| 2002–2005 | Member, Provost's Committee on Strategic Change |
| 2002–2005 | Member, University Grievance Committee |
| 2002–2003 | Member, University of California Strategic Review Panel for Educational Outreach, *Program Effective Study Team* |
| 2001–2005 | Member, University Committee on Promotion and Tenure |
| 2000–2002 | Member, Ad-Hoc ConnectED Taskforce for the Development of *Guiding Principles for Pre-College Access Programs, NCCEP* |
| 1998–present | Editorial Board, *American Behavioral Scientist* |
| 1998–2001 | Executive Board, Academic Senate, University of Southern California |
| 1997–2001 | Editorial Board, *Review of Higher Education* |
| 1997–2000 | NACAC Board of Mentors |
| 1996–present | Editorial Board, *International Journal of Qualitative Studies in Education* |
| 1996–present | Senior Associate Editor: *Higher Education: Handbook of Theory and Research* |
| 1996–2001 | Editorial Board, Vanderbilt University Press Series in Higher Education |
| 1996–2000 | Advisory Board, Center for Educational Research, University of California, Irvine |
| 1995–1998 | Chair, AERA Task Force on Faculty Productivity and Tenure Reform |
| 1995–1998 | Faculty Council, School of Education, University of Southern California (Chair: 1997–1998) |
| 1995–1996 | Executive Board, AERA |
| 1994–present | Editorial Board, *Qualitative Inquiry* |
| 1994–1998 | Evaluation Review Panel: U.S. Department of Education |
| 1994–1996 | Vice President, Division J, AERA |
| 1993–2000 | Contributing Editor, *the Review of Education/Pedagogy/Cultural Studies* |
| 1993–1996 | Executive Committee, AERA Division J |
| 1992–2000 | Member, National Review Panel, ASHE/ERIC Monograph Series |
| 1991 | Program Chair, Division J, American Educational Research Association |
| 1990–1993 | Associate Editor, *Journal of General Education* |
| 1990 | Advisory Committee for ASHE Reader on Organizations and Governance in Higher Education |
| 1990 | Advisory Committee for the ASHE Reader on the Curriculum |
| 1988–1991 | Editorial Board, *Review of Higher Education* |

## EXAMPLES OF DISSERTATIONS DIRECTED

| | |
|---|---|
| Almeida, Daniel J.[1,2] | *The intersection of grit and social capital of first-generation college students.* |
| Badwound, Elgin[1] | *Leadership and American Indian values: The tribal college dilemma.* |
| Chee, Anna[2] | *Identity politics and accessing discourse: SLA narratives of Korean immigrants* |
| Clemens, Randall F. | *The sources and influence of cultural heterogeneity: Examining the lives of African American and Latino teenagers* |
| Colyar, Julia E.[1,2] | *Understanding student stories: A narrative ethnography of minority student experiences in the first year of college* |

64

**WILLIAM G. TIERNEY**

| | |
|---|---|
| Corwin, Zoe | *College, connections and care: How mobility and social capital affect college preparation for youth in foster care* |
| Dilley, Patrick[1] | *A typological history of non-heterosexual male college students in the United States: 1945–1999* |
| Dossett, Gordon | *A cultural study of shared governance at two community colleges* |
| Duncheon, Julia C. | *High-achieving yet underprepared: First generation youth and the challenge of college readiness in an urban magnet high school* |
| Garcia, Lisa D.[1] | *Undocumented college students: Pursuing academic goals against the odds* |
| Gilbert, Heather | *Restructuring a college: The communication of change in a major university* |
| Guerrero, Sherrie | *Improving the transfer rates of minority students:  A case study* |
| Gupton, Jarrett[4] | *Pathways to college for homeless adolescents* |
| Hallett, Ronald[2] | *Educating transient youth: Influence of residential instability on educational resilience* |
| Holley, Karri | *The cultural construction of interdisciplinarity: Doctoral student socialization in an interdisciplinary neuroscience program* |
| Iloh, Constance[1,5] | *Black by popular demand: An exploration of black student college-going for the for-profit higher education sector* |
| Jackson, Jeffry[2] | *Voices in uniform: A qualitative study of participation in post-secondary education programs in the United States Army* |
| Jun, Alexander[1] | *A qualitative examination of access, mobility, and resilience for historically underrepresented minorities in education* |
| Keith, Kent[3] | *Faculty attitudes toward academic freedom* |
| Kline, Rebecca[4] | *The social practice of literacy in a study abroad program* |
| Kolluri, Suneal | *Boys don't try?: Black and Latino males and rigorous learning opportunities in high school* |
| Labaree, Robert V.[2] | *The implementation of an academic program merger: Efficiencies of information exchange and restraint under the principles of shared governance* |
| Lanford, Michael A. | *An ethnographic case study of writing studios as academic support for first-year undergraduate writing* |
| Laubscher, Michael[1] | *Encounters with difference: Student perceptions of the role of out-of-class activities in education abroad* |
| Lechuga, Vicente M.[1] | *The changing landscape of the academic profession: Faculty culture at for-profit colleges and universities* |
| Mathis, Jonathan D. | *Strategy and college participation: A comparative case study of two early college high schools* |
| McCart, Carol | *Using a lens to explore academic freedom* |
| Olivérez, Paz | *Ready & [Un]Able: An ethnographic study of the challenges of college access and financial aid for undocumented students in the U.S.* |
| Rall, Raquel | *Assuming the trusteeship:  Studying the influence of learning and preparation on the decision-making practices of members of public, multicampus boards of higher education* |
| Rhoads, Robert[1,4] | *Institutional culture and student subculture: Student identity and socialization* |
| Rodriguez, Bryan A. | *Against all odds: Examining the educational experiences of the children of farm workers* |
| Sablan, Jenna R.[2] | *No student is an island: College readiness on Guam* |
| Sallee, Margaret | *Community and identity: Socialization to gender and organizational roles* |
| Tichavakunda, Antar A.[5] | *For the Culture: An Ethnography of Black Engineers at an elite Elite University.* |
| Trainer, James | *An analysis of college-going decisions as social reproduction* |
| Venegas, Kristan M. | *Aid and admission: Financial aid narratives of eight pre-college urban Latinas* |

65

**WILLIAM G. TIERNEY**

[1] Subsequently revised and published as a book
[2] Winner of USC RSOE Dissertation Award
[3] Winner of the USC Delta Epsilon Dissertation of the Year Award
[4] Winner of the ASHE Dissertation of the Year Award
[5] Winner of the USC PhD Achievement Award