# EXHIBIT A

| | |
|---|---|
| **From:** | Donna Heinel </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2BF62813E2894234A74A0DFD90C81487-SCHV8RH5> |
| **To:** | danea@creatinganswers.com |
| **Sent:** | 11/5/2018 7:10:46 PM |
| **Subject:** | |
| **Attachments:** | Counting Stars Invoice.docx |

Danea,
Here is my November invoice.  Thank you

**Donna C. Heinel, Ed.D**
*Senior Associate Athletic Director/SWA*
*Chief Administrative Officer*
*Associate Professor-Rossier School of Education*
*University of Southern California*

CONFIDENTIALITY NOTICE:  This communication and any documents, files, or previous e-mail messages attached to it, constitute an electronic communication within the scope of the Electronic Communication Privacy Act, 18 USCA 2510.  This communication may contain non-public, confidential, or legally privileged information intended for the sole use of the designated recipient(s).  The unlawful interception, use, or disclosure of such information is strictly prohibited under 18 USCA 2511 and any applicable laws.

# Clear The Clearinghouse

| Quantity | Item/Description | Attendee | Unit Price | Total |
|---|---|---|---|---|
| *Newport Beach, CA 92663* 1 | **Consulting Services** | | **$20,000.00** | **$20,000.00** *Date 11/01/18* |
| | Interview, evaluation and assessments for prospective students from 1.Hong Kong International School  Abdelaziz 2.The Bay School  Blake 3.Cathedral Catholic  Bizzack | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| Subtotal: | **$20,000.00** |
| Balance Due: | **$20,000.00** |

**Please make Checks payable to:**

**Clear the Clearinghouse**
*64 Savona Walk*
*Long Beach, CA 90803*
*Phone: 213-740-1636*

*\*Checks can be mailed to the above address.*

*Thank you*

USAO-VB-01472520