## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:19-cr-10080-NMG |
| GREGORY COLBURN et al., | **ORAL ARGUMENT REQUESTED** |
| Defendants | |

### DEFENDANT JOHN WILSON'S MOTION IN LIMINE
### TO EXCLUDE EVIDENCE POSTDATING RICK SINGER'S
### COOPERATION WITH THE GOVERNMENT

William "Rick" Singer started cooperating with the government on or about September 21, 2018, ending any alleged conspiracy with any of the Defendants in this case. Thereafter, at the government's behest and operating as the government's agent, Singer worked undercover for the government, attempting to gather inculpatory evidence to be used against the four defendants, and others.

The Defendants therefore move to exclude all evidence and argument concerning Singer's actions as a cooperator, including recorded conversations, e-mails, and cell phone messages. This evidence is irrelevant, and inadmissible against any of the four Defendants, as coconspirator statements, because the conspiracy ceased to exist. Fed. R. Evid. 401. Nor should the Court allow the government to parse out specific pieces of evidence against an individual defendant, with limiting instructions for the benefit of the other three defendants. Such a process would create substantial jury confusion and prejudice to all of the defendants. The Court should exclude such evidence since its purported probative value is outweighed by how this evidence would confuse the issues and mislead the jury. Fed R. Evid. 403.

Respectfully submitted,

John Wilson,

By his Counsel,

/s/ Michael Kendall
Michael Kendall (BBO #544866)
Lauren Papenhausen (BBO# 655527)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
lauren.papenhause@whitecase.com

Andrew Tomback (pro hac vice)
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
Telephone: (212) 448-1100
ATomback@mclaughlinstern.com

/s/ Brian T. Kelly
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)
Lauren M. Maynard (BBO # 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO # 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

*Counsel for Gamal Abdelaziz*

/s/ Cory S. Flashner
R. Robert Popeo (BBO # 403360)
Mark E. Robinson (BBO # 423080)
Eóin P. Beirne (BBO # 660885)
Cory S. Flashner (BBO # 629205)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1605
rpopeo@mintz.com
mrobinson@mintz.com
ebeirne@mintz.com
csflashner@mintz.com

*Counsel for Elisabeth Kimmel*

/s/ Michael K. Loucks
Michael K. Loucks (BBO # 305520)
SKADDEN,          ARPS,          SLATE,
    MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116
(617) 573-4800
michael.loucks@skadden.com

Jack P. DiCanio (*pro hac vice*)
SKADDEN,          ARPS,          SLATE,
    MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
(650) 470-4500
jack.dicanio@skadden.com

*Counsel for Marci Palatella*

Date: July 30, 2021

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), Defendants respectfully request oral argument on this motion.

/s/ Michael Kendall
Michael Kendall

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1 AND 112.1**

I hereby certify that, before filing this motion, defense counsel attempted in good faith to confer with the government to resolve or narrow the issues.

/s/ Michael Kendall
Michael Kendall

## **CERTIFICATE OF SERVICE**

I hereby certify that the above document is being filed on the date appearing in the header through the ECF system, which will send true copies to the attorneys of record.

/s/ Michael Kendall
Michael Kendall