# EXHIBIT A

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 565 | 9/19/2018 | Call between Laura Janke and Rick Singer | Session 8344 | Session 8344 |
| 566 | 9/19/2018 | Call between Todd Greenbaum and Rick Singer | Session 8374 | Session 8374 |
| 567 | 9/19/2018 | Call between Todd Greenbaum and Rick Singer | Session 8379 | Session 8379 |
| 569 | 9/28/2018 | Call between Rick Singer and Donna Heinel | Session 9211 | Session 9211 |
| 570 | 9/28/2018 | Text message from John Wilson to Rick Singer | SINGER-PHONE-000009 | SINGER-PHONE-000010 |
| 571 | 9/29/2018 | Call between Rick Singer and John Wilson | Session 9249 | Session 9249 |
| 572 | 10/2/2018 | Call between Donna Heinel and Rick Singer | Session 9394 | Session 9394 |
| 574 | 10/5/2018 | Call between Donna Heinel and Rick Singer | Session 9593 | Session 9593 |
| 577 | 10/9/2018 | Call between Marci Palatella and Rick Singer | Session 9804 | Session 9804 |
| 578 | 10/15/2018 | Call between Rick Singer and John Wilson | Session 10126 | Session 10126 |
| 579 | 10/16/2018 | Check from John Wilson and ███ ███ to The Key | VB-FINANCIALS-01098539 | VB-FINANCIALS-01098539 |
| 580 | 10/17/2018 to 10/22/2018 | Text messages between Rick Singer to John Wilson | SINGER-PHONE-000471 | SINGER-PHONE-000494 |

1

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 581 | 10/17/2018 | Email from John Wilson to Debbie Rogers, re: The Key Worldwide FOundation | USAO-VB- 01602613 | USAO-VB- 01602613 |
| 582 | 10/17/2018 | Email from John Wilson to Debbie Rogers, et al., re: Wire from HPC Account ending 2343 | USAO-VB- 01602759 | USAO-VB- 01602759 |
| 583 | 10/17/2018 | Wire from John Wilson to Key Worldwide Foundation | VB-FINANCIALS- 00007260 | VB-FINANCIALS- 00007260 |
| 584 | 10/22/2018 | Email from Debbie Rogers to ███████ re: Tax ID number and Legal Name of Foundation for Tax Purposes | USAO-VB- 01598107 | USAO-VB- 01598108 |
| 585 | 10/22/2018 | Email from John Wilson to ████████ re: Setting up HSA this year for HPC inc | USAO-VB- 01602542 | USAO-VB- 01602543 |
| 586 | 10/24/2018 | Call between Marci Palatella and Rick Singer | Session 10587 | Session 10587 |
| 587 | 10/25/2018 | Session 10712: Audio file of call between SingerR and AbdelazizG | Session 10712 | Session 10712 |
| 588 | 10/25/2018 | Call between Rick Singer and Homa Zadeh | Session 10721 | Session 10721 |
| 589 | 10/25/2018 | Text messages between Marci Paltella and Rick Singer | SINGER-PHONE- 000194 | SINGER-PHONE- 000194 |
| 590 | 10/26/2018 | Call between Elisabeth Kimmel and Rick Singer | Session 10741 | Session 10741 |
| 591 | 10/27/2018 | Call between Rick Singer and John Wilson | Session 10823 | Session 10823 |
| 594 | 11/5/2018 | Call between Rick Singer and John Wilson | Session 11187 | Session 11187 |

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 597 | 11/6/2018 to 1/10/2019 | Text messages between John Wilson and Rick Singer | VB-RECORDS-00296027 | VB-RECORDS-00296031 |
| 598 | 11/6/2018 | Wire from ███████████ and Homayoun Zadeh to The Key Worldwide Foundation | VB-FINANCIALS-01098638 | VB-FINANCIALS-01098638 |
| 602 | 11/29/2018 | Call between Rick Singer and John Wilson | Session 12347 | Session 12347 |
| 603 | 11/29/2018 | Text message from John Wilson to Rick Singer | SINGER-PHONE-000469 | SINGER-PHONE-000470 |
| 604 | 12/3/2018 | Call between Rick Singer and Davina Isackson | 0860.004.wav | 0860.004.wav |
| 605 | 12/3/2018 | Call between Rick Singer and Laura Janke | 0860.008.wav | 0860.008.wav |
| 606 | 12/3/2018 | Call between Rick Singer and Laura Janke | 0860.009.wav | 0860.009.wav |
| 607 | 12/3/2018 | Audio recording of conversation between Rick Singer, Davina Isackson, Bruce Isackson and ████ | 0860.010.wav | 0860.010.wav |
| 608 | 12/3/2018 | Call between Rick Singer and Davina Isackson | Session 12606 | Session 12606 |
| 609 | 12/3/2018 | Call between Laura Janke and Rick Singer | Session 12658 | Session 12658 |
| 610 | 12/3/2018 | Call between Laura Janke and Rick Singer | Session 12670 | Session 12670 |
| 611 | 12/6/2018 | Check for $20,000 to Clear the Clearinghouse from the Key Worldwide Foundation | VB-FINANCIALS-01103682 | VB-FINANCIALS-01103686 |

3

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 612 | 12/10/2018 | Wire from ████████████ and Homayoun Zadeh to The Key Worldwide Foundation | VB-FINANCIALS-01082973 | VB-FINANCIALS-01082973 |
| 613 | 12/11/2018 | Email from Rick Singer to John Wilson, re: Wire from HPC account ending 2343 | USAO-VB- 01600594 | USAO-VB- 01600595 |
| 614 | 12/11/2018 | Email from Debbie Rogers to ████ ████████ re: Donation Deductibility | USAO-VB- 01718787 | USAO-VB- 01718789 |
| 615 | 12/11/2018 | Wire from John Wilson to Key Worldwide Foundation | VB-FINANCIALS-00007214 | VB-FINANCIALS-00007219 |
| 616 | 12/20/2018 | Call between Davina Isackson and Rick Singer | Session 13473 | Session 13473 |
| 617 | 12/26/2018 | Email from ████████ to ████ ████████ re: Wire transfer for ████ and Homa Zadeh INV 1139 | USAO-VB- 01590834 | USAO-VB- 01590834 |
| 618 | 12/28/2018 | Email from Donna Heinel to Rick Singer re: Counting stars invoice | DOJ-SINGER-TIII-00048174 | DOJ-SINGER-TIII-00048175 |
| 619 | 12/31/2018 | Call between Donna Heinel and Rick Singer | Session 13753 | Session 13753 |
| 620 | 1/2/2019 | Call between Rick Singer and Jovan Vavic | Session 13889 | Session 13889 |
| 621 | 1/3/2019 | Call between Rick Singer and Gamal Abdelaziz | Session 13905 | Session 13905 |
| 622 | 1/3/2019 | Call between Elisabeth Kimmel and Rick Singer | Session 13909 | Session 13909 |
| 623 | 1/3/2019 | Call between Rick Singer and John Wilson | Session 13940 | Session 13940 |

| Exhibit No. | Date | Exhibit Name | Beg Bates | End Bates |
|---|---|---|---|---|
| 625 | 1/10/2019 | Call between Rick Singer and John Wilson | Session 14325 | Session 14325 |
| 626 | 1/10/2019 | Call between Marci Palatella and Rick Singer | Session 14341 | Session 14341 |
| 627 | 1/10/2019 | Call between Marci Palatella and Rick Singer | Session 14342 | Session 14342 |
| 630 | 2/25/2019 | Call between Marci Palatella and Rick Singer | Session 16050 | Session 16050 |
| 631 | 3/4/2019 | Email from Debbie Rogers to Jim Nahmens, re: Donation Ack HPC | VB-RECORDS-00365671 | VB-RECORDS-00365671 |
| 632 | 3/7/2019 | Letter from The Key Worldwide Foundation to John Wilson | VB-RECORDS-00365702 | VB-RECORDS-00365702 |
| 634 | 3/9/2019 | Text messages between Donna Heinel and Agustine Huneeus | SINGER-VOL006-005644 | SINGER-VOL006-005644 |

5