**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,

          Plaintiff,

    *v.*

GREGORY COLBURN, et al.,

          Defendants.

Case No. 1:19-cr-10080-NMG

*Leave to File Partially Under Seal Granted on July 28, 2021 (ECF No. 1972)*

**DEFENDANTS' PROPOSED JURY INSTRUCTIONS**

Pursuant to Fed. R. Crim. P. 30 and this Court's Scheduling Order, Defendants Gamal Abdelaziz, Elisabeth Kimmel, Marci Palatella, and John Wilson ("Defendants") respectfully request that the Court give the jury instructions attached as Exhibit A.  Defendants reserve the right to submit supplemental requested jury instructions individually.  Further, Defendants reserve the right to supplement, modify, or withdraw these requested instructions in light of the requests filed by the Government, the Court's rulings on the motions *in limine*, and the evidence ultimately admitted at trial.


[remainder of page intentionally blank]

Respectfully submitted,

| | |
|---|---|
| /s/ Eóin P. Beirne | /s/ Michael Kendall |
| R. Robert Popeo (BBO # 403360) | Michael Kendall (BBO # 544866) |
| Mark E. Robinson (BBO # 423080) | WHITE & CASE LLP |
| Eóin P. Beirne (BBO # 660885) | 75 State Street |
| Cory S. Flashner (BBO # 629205) | Boston, MA 02109-1814 |
| MINTZ, LEVIN, COHN, FERRIS, | Telephone: (617) 979-9310 |
| GLOVSKY AND POPEO, P.C. | michael.kendall@whitecase.com |
| One Financial Center | |
| Boston, MA 02111 | Andrew E. Tomback (*pro hac vice*) |
| (617) 348-1605 (telephone) | MCLAUGHLIN & STERN |
| (617) 542-2241 (fax) | 260 Madison Avenue |
| rpopeo@mintz.com | New York, NY 10016 |
| mrobinson@mintz.com | |
| ebeirne@mintz.com | *Counsel for John Wilson* |
| csflashner@mintz.com | |

*Counsel for Elisabeth Kimmel*

| | |
|---|---|
| | /s/ Michael K. Loucks |
| | Michael K. Loucks (BBO #305520) |
| /s/ Brian T. Kelly | SKADDEN, ARPS, SLATE, MEAGHER & |
| Brian T. Kelly (BBO No. 549566) | FLOM LLP |
| Joshua C. Sharp (BBO No. 681439) | 500 Boylston Street |
| Lauren M. Maynard (BBO No. 698742) | Boston, MA 02116 |
| NIXON PEABODY LLP | (617) 573-4800 |
| 53 State Street | michael.loucks@skadden.com |
| Boston, MA 02109 | |
| 617-345-1000 | Jack P. DiCanio (*pro hac vice*) |
| bkelly@nixonpeabody.com | SKADDEN, ARPS, SLATE, MEAGHER & |
| jsharp@nixonpeabody.com | FLOM LLP |
| lmaynard@nixonpeabody.com | 525 University Avenue |
| | Palo Alto, CA 94301 |
| *Counsel for Gamal Abdelaziz* | (650) 470-4500 |
| | jack.dicanio@skadden.com |

*Counsel for Defendant Marci Palatella*

DATED: August 2, 2021

2

## CERTIFICATE OF SERVICE

I, Michael Kendall, hereby certify that on August 2, 2021, this document, filed through the CM/ECF system, will be sent electronically to all registered participants in this matter as identified on the Notice of Electronic Filing (NEF).

*/s/ Michael Kendall*