# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | Case No. 1:19-cr-10080-NMG |

## JOINT MOTION TO EXTEND DEADLINE ON RESPONSES TO PROPOSED JURY INSTRUCTIONS

The Government and Defendants jointly request that the Court extend the deadline for all parties to file their responses to each other's proposed jury instructions by one week. The Court had previously granted an extension of the deadline for all parties to file their proposed jury instructions from July 30, 2021, to August 2, 2021.  ECF No. 1986.  The parties respectfully request that the deadline for the responses be extended from August 6, 2021, to August 13, 2021, to allow sufficient time for the parties to adequately respond to the proposed jury instructions, in light of the already truncated response period and the pending oppositions to motions *in limine* and other pretrial deadlines.

Dated:  August 5, 2021

Respectfully submitted,

*/s/ Michael Kendall*
Michael Kendall (BBO # 544866)
Lauren M. Papenhausen (BBO # 655527)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
(617) 979-9300
michael.kendall@whitecase.com
lauren.papenhausen@whitecase.com

Andrew E. Tomback (pro hac vice)
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)
Lauren M. Maynard (BBO # 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO # 457340)
One McKinley Square

1

(212) 448-1100  
atomback@mclaughlinstern.com  

*Counsel for John Wilson*

*/s/ Kristen A. Kearney*  
Justin D. O'Connell  
Kristen A. Kearney  
Leslie A. Wright  
Stephen E. Frank  
Ian J. Stearns  
Assistant United States Attorneys  

*NATHANIEL R. MENDELL*  
*Acting United States Attorney*

Boston, MA 02109  
617-367-3449  

*Counsel for Gamal Abdelaziz*

*/s/ Cory S. Flashner*  
R. Robert Popeo (BBO # 403360)  
Mark E. Robinson (BBO # 423080)  
Eóin P. Beirne (BBO # 660885)  
Cory S. Flashner (BBO # 629205)  
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.  
One Financial Center  
Boston, MA 02111  
(617) 348-1605  
rpopeo@mintz.com  
mrobinson@mintz.com  
ebeirne@mintz.com  
csflashner@mintz.com  

*Counsel for Elisabeth Kimmel*

*/s/ Michael K. Loucks*  
Michael K. Loucks (BBO # 305520)  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP  
500 Boylston Street  
Boston, MA 02116  
(617) 573-4800  
michael.loucks@skadden.com  

Jack P. DiCanio (*pro hac vice*)  
Allen J. Ruby (*pro hac vice*)  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP  
525 University Avenue  
Palo Alto, CA 94301  
(650) 470-4500  
jack.dicanio@skadden.com  
allen.ruby@skadden.com  

*Counsel for Marci Palatella*

**CERTIFICATE OF SERVICE**

  I hereby certify that the above document is being filed on the date appearing in the header through the ECF system, which will send true copies to the attorneys of record.

              */s/ Michael Kendall*
              Michael Kendall