UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY COLBURN, *et al.*,<br><br>　　　　Defendants. | Case No. 1:19-cr-10080-NMG |

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE AN OPPOSITION TO THE GOVERNMENT'S MOTION *IN LIMINE* EXCEEDING PAGE LIMIT**

Defendants Gamal Abdelaziz, Elisabeth Kimmel, Marci Palatella, and John Wilson ("Defendants"), with the assent of the government, respectfully move this Court for leave to exceed the ten-page limit for one of their oppositions to the government's motions *in limine* by five pages.

Defendants intend to file their opposition to the government's motion *in limine* to exclude the testimony of four of the Defendants' five experts on August 6, 2021. Defendants request additional pages to provide the Court with the necessary legal and factual background and analysis regarding each of the experts in question. Accordingly, Defendants request that the Court grant leave to file a motion of approximately fifteen pages.

WHEREFORE, Defendants respectfully request that the Court grant their motion for leave to file an Opposition to the Government's Motion *in Limine* that does not exceed fifteen pages.

Respectfully submitted,

*/s/ Cory S. Flashner*
R. Robert Popeo (BBO # 403360)
Mark E. Robinson (BBO # 423080)
Cory S. Flashner (BBO # 629205)
Eóin P. Beirne (BBO # 660885)
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
RRPopeo@mintz.com
MERobinson@mintz.com
CSFlashner@mintz.com
EPBeirne@mintz.com

**Counsel for Elisabeth Kimmel**

Dated: August 5, 2021

2

## RULE 7.1 CERTIFICATION

Undersigned counsel certifies that, on August 4, 2021, counsel for Mrs. Kimmel conferred with counsel for the government. The government assents to this motion.

<i>/s/ Cory S. Flashner</i><br>
Cory S. Flashner

## CERTIFICATE OF SERVICE

I, Cory S. Flashner, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 5, 2021.

<i>/s/ Cory S. Flashner</i><br>
Cory S. Flashner