UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GAMAL ABDELAZIZ, *et al.*,<br><br>                Defendants. | Crim. No. 19-cr-10080-NMG |

**GOVERNMENT'S OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**
**(Dkts. 1953, 1954, 1956, 1958)**

The government respectfully submits its preliminary objections to the exhibit lists of defendants Gamal Abdelaziz, Elisabeth Kimmel, Marci Palatella, and John Wilson. These objections assume defendants can lay a proper foundation for each exhibit and that defendants are seeking to admit all out-of-court statements for the truth of the matter asserted. The government reserves the right to supplement or modify its objections.

    Respectfully submitted,

    NATHANIEL R. MENDELL
    Acting United States Attorney

By: */s/ Kristen A. Kearney*
    JUSTIN D. O'CONNELL
    KRISTEN A. KEARNEY
    LESLIE A. WRIGHT
    STEPHEN E. FRANK
    IAN J. STEARNS
    Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

           */s/ Kristen A. Kearney*
           Kristen A. Kearney
           Assistant United States Attorney