**EXHIBIT B**

**SUPPLEMENTAL QUESTIONS REQUESTED BY DEFENDANTS**

1.  This case has been referred to by the media as "Varsity Blues" or the "college admissions" case.  Have you read any articles or books, watched any news, read any information in websites or news feeds on the internet, or viewed other media coverage, such as a documentary, related to this case?

    Yes _____   No _____

    If yes, please list any books you have read or television shows or documentaries you have watched:


    If yes, describe the amount of media coverage you have seen about this case:
    _____   None (have not heard of this case before today)
    _____   A little (basically just heard that it exists)
    _____   A moderate amount (just basic coverage in the news)
    _____   A lot (sought out and read many articles and/or watched accounts on TV or online)

2.  Please list the names of all organizations to which you belong.  This includes labor unions, volunteer organizations, clubs, neighborhood associations, societies, fraternal organizations, and professional organizations (Examples: Teamsters, ACLU, National Rifle Association, Kiwanis, Amnesty International, Greenpeace).


3.  Have you, a relative, a close friend, and/or anyone you live with served in the military, including the National Guard?
    Yes _____   No _____
    If yes, please explain:

4.  Do you believe that if the government indicts a corporation of committing a crime that the corporation probably did something illegal?
    Yes _____   No _____
    If yes, please explain:

5.  Do you have any opinions about wealthy and/or successful people that would impact your ability to decide this case impartially on the evidence presented and the law as stated by the Court?
    Yes _____   No _____
    If yes, please explain: