# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19cr10080-NMG-4 |
| GAMAL ABDELAZIZ, et al, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter my appearance for Pat Haden for the limited purpose of moving to intervene and quash a trial subpoena for testimony issued by counsel for defendants Gamal Aedelaziz, John Wilson, and Marci Palatella in the above captioned case.

Respectfully Submitted,

/s/ William J. Lovett
William J. Lovett
BBO # 643525
Lovett O'Brien LLP
One Beacon Street, Suite 1320
Boston, MA 02108
617-371-1007
wlovett@lovettobrien.com

Certificate of Service

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on August 16, 2021.

/s/ William J. Lovett