UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19cr10080-NMG-4 |
| GAMAL ABDELAZIZ, et al, | ) |
| Defendants. | ) |

## ASSTENTED TO MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Pursuant to Local Rule 83.5.3, William J. Lovett, a member of the bar of this Court and attorney for Movant Pat Haden, asks this Court to admit attorney Brandon D. Fox to the bar of this Court *pro hac vice*.

In support of this Motion, the movant relies on the following:

The Affidavit of Brandon D. Fox (attached as Exhibit A), which states that he:

(a) is a member in good standing of the bar of the State of California;

(b) is not currently the subject of any disciplinary proceedings as a member of the bar;

(c) has not previously had a *pro hac vice* admission to this Court revoked for misconduct; and

(d) has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts

**WHEREFORE**, movant William J. Lovett, counsel for Defendant, requests that the Court grant this Motion to admit attorney Brandon D. Fox *pro hac vice*.

Dated:  August 16, 2021

Respectfully submitted,

/s/ William J. Lovett
William J. Lovett (BBO No. 643525)
Lovett O'Brien LLP
One Beacon Street
Suite 1320
Boston, MA 02108
wlovett@lovettobrien.com

## LOCAL RULE 7.1 CERTIFICATION

I, William J. Lovett, certify that counsel has conferred with AUSA Stephen Frank and counsel for the defendants Gamal Abdelaziz, John Wilson and Marci Palatella who assent to this motion.

/s/ William J. Lovett
William J. Lovett

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified in the Notice of Electronic Filing on August 16, 2021.

/s/ William J. Lovett
William J. Lovett