UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 19cr10080-NMG-4 |
| GAMAL ABDELAZIZ, et al, | ) ) ) |
| Defendants. | ) |

## AFFIDAVIT OF BRANDON D. FOX

I, Brandon D. Fox, on my oath swear and depose:

1. I am an attorney at Jenner & Block, located at 633 W. Fifth Street, Suite 3600, Los Angeles, CA 90071.

2. I am a member in good standing of the bar of the State of California and the State of Illinois.

3. I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. My firm represents Pat Haden, who has been subpoenaed in the above-captioned action by defendants Gamal Adbelaziz, John Wilson and Marci Palatella and I respectfully request admission to the Bar of this Court *pro hac vice*, to represent Mr. Haden in connection with his Motion to Intervene and Quash the Subpoena.

2

Signed under the penalties of perjury this 16th day of August 2021.

_____
Brandon D. Fox