# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19cr10080-NMG-4 |
| GAMAL ABDELAZIZ, et al, | ) |
| Defendants. | ) |

## ASSENTED TO MOTION FOR LEAVE TO FILE MOTION TO INTERVENE AND QUASH TRIAL SUBPOENA FOR TESTIMONY UNDER SEAL

Pat Haden, by and through undersigned counsel, hereby moves, pursuant to Local Rule 7.2 and the Electronic Case Filing Administrative Procedures Rule I.(1)(a), to file unredacted version his Motion to Intervene to Quash a trial subpoena for testimony issued by counsel for defendants Gamal Abdelaziz, John Wilson, and Marci Palatella.

As grounds for his motion, Mr. Haden states that portions of his motion and certain attachments contain confidential medical information, that should not be placed in the public record. Counsel for Mr. Haden has contacted Assistant United States Attorney Stephen Frank and counsel for the defendants who has assent to this motion.

For these reasons, Mr. Haden respectfully requests leave of the Court to file his un-redacted motion and exhibits under seal with redacted versions filed in thepublic record.

Respectfully Submitted,
Pat Haden
By his Attorney,

/s/ William J. Lovett
William J. Lovett
BBO # 643525
Lovett O'Brien LLP
One Beacon Street, Suite 1320
Boston, MA 02108
617-371-1007
wlovett@lovettobrien.com

## LOCAL RULE 7.1 CERTIFICATION

I, William J. Lovett, certify that co-counsel has conferred with AUSA Stephen Frank and counsel for the defendants Gamal Abdelaziz, John Wilson and Marci Palatella who assent to this motion.

/s/ William J. Lovett

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on August 16, 2021.

/s/ William J. Lovett