## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

GAMAL ABDELAZIZ, et al,

      Defendants.

)
)
)
)
)
)
)
)
)

Case No. 19cr10080-NMG-4

**REQUEST FOR ORAL ARGUMENT**

**FILED UNDER SEAL**
Motion for Leave to File Under Seal Granted
August 17, 2021

Exhibit 1

































































































































Exhibit 2-A

































Exhibit 2-B

Exhibit 2-C









