# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GREGORY COLBURN et al.,<br>Defendants | Case No. 1:19-cr-10080-NMG |

### DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL A BRIEF AND EXHIBITS OPPOSING PAT HADEN'S MOTION TO INTERVENE AND QUASH TRIAL SUBPOENA

Defendants Gamal Abdelaziz and John Wilson respectfully move this Court for leave to file under seal their forthcoming opposition to Pat Haden's Motion to Intervene and Quash Trial Subpoena (D.E. 2094). As with Mr. Haden's motion (which the Court allowed to be filed under seal (D.E. 2091)), Defendants' opposition will include sensitive, confidential, and personally identifiable information. Accordingly, under Local Rule 7.2, Defendants ask that the Court grant leave to file under seal: (a) their opposition brief and (b) exhibits thereto. Defendants will provide the government and Mr. Haden's counsel unredacted copies of their opposition briefing. The government has assented to this request.

Respectfully submitted,

By their counsel

| | |
|---|---|
| /s/ Michael Kendall<br>Michael Kendall (BBO #544866)<br>Lauren Papenhausen (BBO# 655527)<br>WHITE & CASE LLP<br>75 State Street<br>Boston, MA 02109-1814<br>Telephone: (617) 979-9310<br>michael.kendall@whitecase.com<br>lauren.papenhause@whitecase.com<br><br>Andrew Tomback (pro hac vice)<br>McLaughlin & Stern, LLP<br>260 Madison Avenue<br>New York, NY 10016<br>Telephone: (212) 448-1100<br>ATomback@mclaughlinstern.com<br><br>*Counsel for John Wilson* | /s/ Brian T. Kelly<br>Brian T. Kelly (BBO # 549566)<br>Joshua C. Sharp (BBO # 681439)<br>Lauren M. Maynard (BBO # 698742)<br>NIXON PEABODY LLP<br>53 State Street<br>Boston, MA 02109<br>(617) 345-1000<br>bkelly@nixonpeabody.com<br>jsharp@nixonpeabody.com<br>lmaynard@nixonpeabody.com<br>Robert Sheketoff (BBO # 457340)<br>One McKinley Square<br>Boston, MA 02109<br>(617)-367-3449<br><br>*Counsel for Gamal Abdelaziz* |

Date: August 26, 2021

## LOCAL RULE 7.1(A)(2) CERTIFICATION

  The undersigned counsel hereby certifies that counsel for Defendants have conferred with counsel for the government and attempted in good faith to resolve or narrow the issues raised by this motion. The government assents to the relief requested.

            */s/ Michael Kendall*
            Michael Kendall

## CERTIFICATE OF SERVICE

  I hereby certify that the above document is being filed on the date appearing in the header through the ECF system, which will send true copies to the attorneys of record.

            */s/ Michael Kendall*
            Michael Kendall