Exhibit A

# Exhibit B

Exhibit C

Exhibit D

Exhibit E