# Exhibit F

# Exhibit G

# Exhibit H

# Exhibit I

# Exhibit J

# Exhibit K