# EXHIBIT A

```
 1   SINGER:   -- that have come into our foundation and so they

 2             asked me, you know, about the $300,000 payment, um --

 3   ABDELAZIZ:    Yes.

 4   SINGER:   -- that was made.

 5   ABDELAZIZ:    Yes.

 6   SINGER:   And so I just want you to know from the IRS, you

 7             know, I'm not going to tell the IRS anything about the

 8             fact that your $300,000, um, was paid to Donna -- Donna

 9             Heinel at USC to get ▇▇▇▇ into school even though she

10             wasn't a legitimate basketball player at that level.  So

11             I'm not going to -- I'm not going to say that to the IRS

12             obviously.  Are you --

13   ABDELAZIZ:    OK.

14   SINGER:   You're OK with that, right?

15   ABDELAZIZ:    Of course.

16   SINGER:   OK.  I just -- I just want to make sure.  I never

17             know with families, right.  But here's the funny thing.

18   ABDELAZIZ:    No, I -- I mean, I -- you know, I mean, I -- I

19             -- my intention was to, uh, donate the money to the

20             foundation and, uh, what -- you know, and then from there

21             obviously, uh...  I don't think...  Uh, do they have the

22             intention of reaching out to the people that sent those

23             [04:00] payments?  Is that what you're saying?
```