# EXHIBIT B

```
 1  WILSON: It makes it better -- you're saying better with the
 2          schools, everything, it's much better to get it --
 3  SINGER: We-- uh, th-the --
 4  WILSON: -- as a guarantee.
 5  SINGER: -- the amount, uh, that doesn't ma-matter right now.
 6          It matters you're committed.  And you putting down
 7          some money, th-that I know...  John, I kn-- known you
 8          for years.  So I know, when, uh, we get the girls in,
 9          it's a done deal and you're gonna take care of your
10          part of it, you're gonna make the payments to the
11          schools and the -- to the coaches.  And that's what I
12          need -- that's -- tha-- so I'm not worried about that.
13  WILSON: Uh, uh, help me understand the logistics?  I thought I
14          make the payment to you and you make the payment to
15          the school.
16  SINGER: Correct.  That's correct.
17  WILSON: Oh, you said *I* make the payment to the schools.
18  SINGER: Well, no, no.
19  WILSON: You're (inaudible)...
20  SINGER: Uh, essentially, uh, it's gonna come to my
21          foundation...  That's correct.
22  WILSON: And you pay.  Uh, r-- OK.
23  SINGER: That's correct.
```