# EXHIBIT C

```
 1            coach less and give you the million.  Because I'd like to
 2            stay around 1,500,000 to 1,700,000 overall at Stanford.
 3   JOHN:    For 2 slots you're saying?
 4   SINGER:  Correct, [05:00] correct.
 5   JOHN:    Is it some other coach?  How does that work for him?
 6            Does he -- is he screwing his colleague?  Or (laughter) I
 7            don't know how that works.  He gets the lion's share and
 8            someone else gets less?
 9   SINGER:  No, so what happens is -- it's like...  I'll give
10            you an example.  Like women's lacrosse is always looking
11            for help.  Women's fencing, looking for help.  This --
12            immediately they give us a spot, guaranteed spot, you --
13            we pay the coach, we get it done, and the other spot so I
14            can get 2.  That's my goal.
15   JOHN:    OK.
16   SINGER:  But I'm going to -- but he wants to know where he
17            stands.  That's why I'm going to have that conversation
18            with him in the next day or so.
19   JOHN:    Right.
20   SINGER:  At the same time --
21   JOHN:    (inaudible) helping (inaudible) --
22   SINGER:  -- I'm working on how --
23   JOHN:    -- three-quarters of a million this year,
24            (inaudible) this year.  Period.  And that's it.  And
```