UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 19-cr-10080-NMG |
| GREGORY COLBURN, *et al*., | |
| Defendants. | |

## GOVERNMENT'S SUPPLEMENTAL WITNESS LIST

The government respectfully submits the following supplemental list of potential witnesses for the September 2021 trial against defendants Abdelaziz and Wilson. The government reserves the right to supplement this list with reasonable notice to the defendants, and to call additional rebuttal witnesses not identified here.[1]

| Name | Entity/Location |
|---|---|
| Abbott, Samantha* | Federal Bureau of Investigation Boston, MA |
| Brennan, Kirk | University of Southern California Los Angeles, CA |
| Brown, Keith | Federal Bureau of Investigation Boston, MA |
| Brunold, Timothy | University of Southern California Los Angeles, CA |
| Chassin, Rebecca | University of Southern California Los Angeles, CA |
| Deckett, Mark | Department of Education Boston, MA |
| DeMaio, Jeffrey | The Ayco Company, L.P. Irvine, CA |
| George, Lauren (or other summary witness/forensic accountant) | United States Attorney's Office Boston, MA |
| Google LLC Corporate Representative(s)* | Google LLC Mountain View, CA |

---

[1] Witnesses marked with a * would be called only for authentication and/or keeper of records reasons. The government reserves the right to call additional Keeper of the Records witnesses to the extent necessary absent stipulations.

| | |
|---|---|
| Hernandez, Roman | Internal Revenue Service<br>Austin, TX |
| Hughes, Aaricka | Loyola Marymount University<br>Los Angeles, CA |
| Isackson, Bruce | Hillsborough, CA |
| Isackson, Davina | Hillsborough, CA |
| Janke, Laura | North Hollywood, CA |
| Keating, Elizabeth | Internal Revenue Service |
| King, Jamaal* | Federal Bureau of Investigation<br>Quantico, VA |
| Masera, Steven | Folsom, CA |
| Microsoft Corporation Corporate Representative(s)* | Microsoft Corporation<br>Redmond, WA |
| Moon, Casey | University of Southern California<br>Los Angeles, CA |
| Nahmens, James | Santa Rosa, CA |
| Ranahan, Colleen | Internal Revenue Service<br>Boston, MA |
| Sanford, Mikaela | Locust Grove, GA |
| Sih, Rachel | Wellesley, MA |
| Singer, William | St. Petersburg, FL |
| Woodbridge, Jessica* | Bank of America, N.A.<br>Newark, DE |

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: /s/ Ian J. Stearns
JUSTIN D. O'CONNELL
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
STEPHEN E. FRANK
IAN J. STEARNS
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Ian J. Stearns
Ian J. Stearns
Assistant United States Attorney