UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 19-10080-NMG |
| | ) | |
| GAMAL ABDELAZIZ *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION
TO SEAL SUPPLEMENTAL EXHIBIT LIST**

Pursuant to Local Rule 7.2, the United States respectfully moves for leave to file its supplemental exhibit list under seal. Defense counsel assents to this motion.

In support of this motion, the government states that the supplemental exhibit list contains brief narrative descriptions of the exhibits that include references to the defendants' children, academic records, and uncharged co-conspirators. Under the terms of the May 2, 2019 Protective Order, such materials are to be filed under seal or redacted to remove any references to children, academic records, or uncharged co-conspirators. Dkt. 377 at 4. Accordingly, the government respectfully requests leave to file the complete supplemental exhibit list under seal, and to omit the narrative descriptions from the public docket.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ Ian J. Stearns*
    JUSTIN D. O'CONNELL
    KRISTEN A. KEARNEY
    LESLIE A. WRIGHT
    STEPHEN E. FRANK
    IAN J. STEARNS
    Assistant United States Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: August 31, 2021                    */s/ Ian J. Stearns*
                                          IAN J. STEARNS