UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 19-10080-NMG |
| | ) | |
| GAMAL ABDELAZIZ *et al.*, | ) | **LEAVE TO FILE UNDER SEAL** |
| | ) | **GRANTED SEPTEMBER 1, 2021** |
| Defendants | ) | **[DKT. 2135]** |

## GOVERNMENT'S SUPPLEMENTAL EXHIBIT LIST

The government respectfully submits this supplemental list of proposed exhibits for trial. The government reserves the right to supplement or modify this list from time to time, with reasonable notice to the defendants.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ Ian J. Stearns*
　　JUSTIN D. O'CONNELL
　　KRISTEN A. KEARNEY
　　LESLIE A. WRIGHT
　　STEPHEN E. FRANK
　　IAN J. STEARNS
　　Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: September 1, 2021　　　　　*/s/ Ian J. Stearns*
　　　　　　　　　　　　　　　IAN J. STEARNS

| Exhibit No. | Date | | Beg Bates | End Bates |
|---|---|---|---|---|
| 001 | 8/11/1993 | | VB-RECORDS-00123618 | VB-RECORDS-00123745 |
| 002 | 9/30/2003 | | VB-RECORDS-00328723 | VB-RECORDS-00328982 |
| 003 | 9/30/2003 | | VB-RECORDS-00328982 | VB-RECORDS-00329140 |
| 004 | 2/1/2007 | | VB-RECORDS-00123918 | VB-RECORDS-00123996 |
| 005 | 2/14/2007 | | USAO-VB-01461474 | USAO-VB-01461475 |
| 009 | 12/12/2011 | | VB-RECORDS-00295847 | VB-RECORDS-00295849 |
| 013 | 2/21/2012 to 10/4/2018 | | SINGER-PHONE-000495 | SINGER-PHONE-000803 |
| 045 | 1/31/2013 to 3/22/2019 | | SINGER-VOL016-018191 | SINGER-VOL016-018191 |
| 047 | 3/1/2013 | | VB-RECORDS-00403923 | VB-RECORDS-00403964 |
| 048 | 3/2/2013 | | USAO-VB-01708115 | USAO-VB-01708117 |
| 049 | 3/27/2013 | | USAO-VB-00224091 | USAO-VB-00224093 |
| 061 | 4/17/2013 | | USAO-VB-00226733 | USAO-VB-00226733 |
| 063 | 6/3/2013 | | USAO-VB-01605089 | USAO-VB-01605090 |
| 064 | 6/4/2013 | | USAO-VB-00232954 | USAO-VB-00232954 |
| 065 | 6/11/2013 | | USAO-VB-01598619 | USAO-VB-01598624 |
| 073 | 8/5/2013 | | VB-RECORDS-00404799 | VB-RECORDS-00404799 |
| 074 | 8/11/2013 | | USAO-VB-01600526 | USAO-VB-01600526 |
| 075 | 8/24/2013 | | USAO-VB-00202937 | USAO-VB-00202938 |
| 077 | 9/6/2013 | | USAO-VB-01713892 | USAO-VB-01713911 |
| 078 | 9/19/2013 | | VB-RECORDS-00626902 | VB-RECORDS-00626902 |

| Exhibit No. | Date | | Beg Bates | End Bates |
|---|---|---|---|---|
| 080 | 9/30/2013 | | USAO-VB-00209320 | USAO-VB-00209382 |
| 081 | 10/4/2013 | | VB-RECORDS-00123445 | VB-RECORDS-00123445 |
| 082 | 10/13/2013 | | USAO-VB-01602188 | USAO-VB-01602189 |
| 083 | 10/13/2013 | | USAO-VB-01602192 | USAO-VB-01602195 |
| 084 | 10/14/2013 | | USAO-VB-00212218 | USAO-VB-00212218 |
| 085 | 10/14/2013 | | USAO-VB-00212240 | USAO-VB-00212240 |
| 086 | 10/14/2013 | | USAO-VB-01602249 | USAO-VB-01602249 |
| 087 | 10/18/2013 | | USAO-VB-00213106 | USAO-VB-00213108 |
| 088 | 10/19/2013 | | USAO-VB-00213295 | USAO-VB-00213296 |
| 089 | 10/23/2013 | | USAO-VB-00173222 | USAO-VB-00173223 |
| 090 | 10/30/2013 | | USAO-VB-01602672 | USAO-VB-01602673 |
| 091 | 10/31/2013 | | USAO-VB-01599664 | USAO-VB-01599666 |
| 092 | 11/14/2013 | | USAO-VB-01599519 | USAO-VB-01599520 |
| 094 | 11/14/2013 | | USAO-VB-01604836 | USAO-VB-01604839 |
| 095 | 11/19/2013 | | USAO-VB-01606517 | USAO-VB-01606517 |
| 096 | 11/27/2013 | | USAO-VB-00179457 | USAO-VB-00179457 |
| 097 | 11/30/2013 | | VB-RECORDS-00115690 | VB-RECORDS-00115747 |
| 098 | 12/12/2013 | | USAO-VB-00183251 | USAO-VB-00183251 |
| 099 | 1/6/2014 | | VB-RECORDS-00123746 | VB-RECORDS-00123793 |
| 100 | 1/8/2014 | | USAO-VB-01597562 | USAO-VB-01597562 |

| Exhibit No. | Date | | Beg Bates | End Bates |
|---|---|---|---|---|
| 101 | 1/21/2014 | | USAO-VB-00188061 | USAO-VB-00188061 |
| 102 | 1/21/2014 | | USAO-VB-01596039 | USAO-VB-01596039 |
| 103 | 1/29/2014 | | USAO-VB-01602508 | USAO-VB-01602510 |
| 104 | 2/26/2014 | | VB-RECORDS-00123277 | VB-RECORDS-00123277 |
| 105 | 2/26/2014 | | VB-RECORDS-00123440 | VB-RECORDS-00123442 |
| 106 | 2/26/2014 | | VB-RECORDS-00123443 | VB-RECORDS-00123444 |
| 107 | 2/28/2014 | | VB-RECORDS-00119799 | VB-RECORDS-00119806 |
| 108 | 3/1/2014 | | USAO-VB-00192900 | USAO-VB-00192901 |
| 109 | 3/29/2014 | | USAO-VB-01602769 | USAO-VB-01602769 |
| 110 | 3/30/2014 | | USAO-VB-01602770 | USAO-VB-01602770 |
| 111 | 3/31/2014 | | USAO-VB-00154095 | USAO-VB-00154100 |
| 112 | 3/31/2014 | | USAO-VB-01602606 | USAO-VB-01602607 |
| 113 | 3/31/2014 | | VB-RECORDS-00374927 | VB-RECORDS-00374928 |
| 114 | 4/1/2014 | | VB-RECORDS-00374929 | VB-RECORDS-00374937 |
| 115 | 4/1/2014 | | VB-RECORDS-00389888 | VB-RECORDS-00389889 |
| 116 | 4/2/2014 | | VB-RECORDS-00374960 | VB-RECORDS-00374963 |
| 117 | 4/7/2014 | | VB-FINANCIALS-01035262 | VB-FINANCIALS-01035325 |
| 118 | 4/10/2014 | | USAO-VB-00156498 | USAO-VB-00156498 |
| 120 | 4/15/2014 | | USAO-VB-00157027 | USAO-VB-00157027 |
| 121 | 4/16/2014 | | VB-FINANCIALS-01071118 | VB-FINANCIALS-01071120 |

| Exhibit No. | Date | | Beg Bates | End Bates |
|---|---|---|---|---|
| 122 | 7/14/2014 | | USAO-VB-01602821 | USAO-VB-01602821 |
| 123 | 7/15/2014 | | USAO-VB-01718797 | USAO-VB-01718798 |
| 124 | 7/22/2014 | | USAO-VB-01712808 | USAO-VB-01712808 |
| 125 | 7/22/2014 | | VB-RECORDS-00163003 | VB-RECORDS-00163012 |
| 126 | 7/31/2014 | | USAO-VB-01601371 | USAO-VB-01601372 |
| 127 | 8/25/2014 | | USAO-VB-01597942 | USAO-VB-01597943 |
| 128 | 9/10/2014 | | USAO-VB-01598786 | USAO-VB-01598786 |
| 129 | 9/10/2014 | | VB-RECORDS-00123275 | VB-RECORDS-00123276 |
| 130 | 9/22/2014 | | USAO-VB-01601872 | USAO-VB-01601872 |
| 131 | 11/6/2014 | | USAO-VB-01708584 | USAO-VB-01708609 |
| 132 | 11/10/2014 | | VB-RECORDS-00609175 | VB-RECORDS-00609177 |
| 133 | 11/21/2014 | | USAO-VB-01597867 | USAO-VB-01597876 |
| 134 | 12/31/2014 | | VB-RECORDS-00493311 | VB-RECORDS-00493445 |
| 135 | 1/1/2015 | | USAO-VB-00875195 | USAO-VB-00875222 |
| 136 | 1/1/2015 | | USAO-VB-01303065 | USAO-VB-01303114 |
| 137 | 1/12/2015 | | VB-RECORDS-00123271 | VB-RECORDS-00123271 |
| 139 | 1/28/2015 | | USAO-VB-01221063 | USAO-VB-01221064 |
| 141 | 3/18/2015 | | VB-RECORDS-00365648 | VB-RECORDS-00365660 |
| 142 | 4/18/2015 | | USAO-VB-00125005 | USAO-VB-00125006 |
| 143 | 7/6/2015 | | USAO-VB-01217013 | USAO-VB-0121713 |

| Exhibit No. | Date | | Beg Bates | End Bates |
|---|---|---|---|---|
| 145 | 7/16/2015 | | USAO-VB-00871664 | USAO-VB-008716682 |
| 146 | 8/1/2015 | | USAO-VB-00876061 | USAO-VB-00876094 |
| 147 | 8/14/2015 | | USAO-VB-00100555 | USAO-VB-00100555 |
| 148 | 8/14/2015 | | VB-RECORDS-00119497 | VB-RECORDS-00119509 |
| 149 | 8/17/2015 | | USAO-VB-00100824 | USAO-VB-00100825 |
| 150 | 8/19/2015 | | USAO-VB-00101275 | USAO-VB-00101275 |
| 151 | 8/19/2015 | | VB-RECORDS-00333979 | VB-RECORDS-00333980 |
| 152 | 8/19/2015 | | VB-RECORDS-00494898 | VB-RECORDS-00494899 |
| 153 | 8/26/2015 | | USAO-VB-00439411 | USAO-VB-00439411 |
| 154 | 8/27/2015 | | USAO-VB-00102098 | USAO-VB-00102099 |
| 155 | 8/27/2015 | | USAO-VB-00102100 | USAO-VB-00102100 |
| 156 | 8/28/2015 | | VB-FINANCIALS-01078703 | VB-FINANCIALS-01078703 |
| 157 | 9/2/2015 | | WILSON-000131 | WILSON-000169 |
| 158 | 9/3/2015 | | VB-RECORDS-00493276 | VB-RECORDS-00493297 |
| 159 | 9/3/2015 | | VB-RECORDS-00495179 | VB-RECORDS-00495188 |
| 160 | 9/7/2015 | | USAO-VB-00440467 | USAO-VB-00440467 |
| 161 | 9/7/2015 | | USAO-VB-00440468 | USAO-VB-00440469 |
| 162 | 9/8/2015 | | VB-RECORDS-00331240 | VB-RECORDS-00331244 |
| 163 | 9/17/2015 | | USAO-VB-01210243 | USAO-VB-01210244 |
| 164 | 9/21/2015 | | VB-RECORDS-00493448 | VB-RECORDS-00493448 |

| Exhibit No. | Date | | Beg Bates | End Bates |
|---|---|---|---|---|
| 170 | 11/25/2015 | | VB-RECORDS-00363475 | VB-RECORDS-00363651 |
| 171 | 12/1/2015 | | VB-RECORDS-00116798 | VB-RECORDS-00116865 |
| 172 | 12/4/2015 | | VB-RECORDS-00363652 | VB-RECORDS-00363661 |
| 174 | 12/29/2015 | | WILSON-000001 | WILSON-000094 |
| 176 | 1/28/2016 | | USAO-VB-01352821 | USAO-VB-01352823 |
| 177 | 2/1/2016 | | USAO-VB-01351041 | USAO-VB-01351043 |
| 178 | 2/1/2016 | | USAO-VB-01431120 | USAO-VB-01431122 |
| 180 | 3/1/2016 | | USAO-VB-00454630 | USAO-VB-00454643 |
| 181 | 3/3/2016 | | USAO-VB-00454834 | USAO-VB-00454837 |
| 182 | 3/3/2016 | | USAO-VB-00454848 | USAO-VB-00454849 |
| 183 | 3/3/2016 | | USAO-VB-00454850 | USAO-VB-00454853 |
| 186 | 3/9/2016 | | VB-RECORDS-00498871 | VB-RECORDS-00498871 |
| 190 | 4/6/2016 | | VB-RECORDS-00499746 | VB-RECORDS-00499746 |
| 191 | 4/14/2016 | | USAO-VB-00094301 | USAO-VB-00094302 |
| 196 | 4/30/2016 | | USAO-VB-00095857 | USAO-VB-00095860 |
| 198 | 5/23/2016 | | USAO-VB-01342288 | USAO-VB-01342469 |
| 200 | 6/29/2016 | | USAO-VB-00067566 | USAO-VB-00067567 |
| 201 | 6/30/2016 | | VB-RECORDS-00162623 | VB-RECORDS-00162628 |
| 202 | 7/11/2016 | | USAO-VB-00068844 | USAO-VB-00068846 |
| 203 | 7/11/2016 | | USAO-VB-00068852 | USAO-VB-00068855 |

| Exhibit No. | Date | | Beg Bates | End Bates |
|---|---|---|---|---|
| 204 | 7/11/2016 | | USAO-VB-00068856 | USAO-VB-00068857 |
| 205 | 7/11/2016 | | USAO-VB-00068859 | USAO-VB-00068860 |
| 208 | 7/21/2016 | | VB-RECORDS-00223164 | VB-RECORDS-00223165 |
| 212 | 8/4/2016 | | USAO-VB-00070914 | USAO-VB-00070914 |
| 213 | 8/4/2016 | | VB-FINANCIALS-01078845 | VB-FINANCIALS-01078845 |
| 217 | 8/19/2016 | | VB-RECORDS-00247524 | VB-RECORDS-00247524 |
| 218 | 8/25/2016 | | VB-RECORDS-00331242 | VB-RECORDS-00331244 |
| 220 | 9/7/2016 | | USAO-VB-00074014 | USAO-VB-00074016 |
| 222 | 9/20/2016 | | USAO-VB-00429382 | USAO-VB-00429384 |
| 229 | 10/27/2016 | | VB-RECORDS-00119829 | VB-RECORDS-00119834 |
| 235 | 12/5/2016 | | VB-RECORDS-00363806 | VB-RECORDS-00363846 |
| 238 | 12/9/2016 | | USAO-VB-00051057 | USAO-VB-00051057 |
| 239 | 12/13/2016 | | VB-RECORDS-00162673 | VB-RECORDS-00162673 |
| 250 | 1/1/2017 | | VB-RECORDS-00064446 | VB-RECORDS-00064557 |
| 251 | 1/1/2017 | | VB-RECORDS-00114755 | VB-RECORDS-00114756 |
| 258 | 1/19/2017 | | WILSON-000111 | WILSON-000126 |
| 268 | 2/4/2017 | | USAO-VB-00401110 | USAO-VB-00401110 |
| 272 | 2/28/2017 | | USAO-VB-01590357 | USAO-VB-01590357 |
| 273 | 2/28/2017 | | USAO-VB-01701302 | USAO-VB-01701303 |
| 292 | 3/17/2017 | | VB-FINANCIALS-01077780 | VB-FINANCIALS-01077780 |

| Exhibit No. | Date | | Beg Bates | End Bates |
|---|---|---|---|---|
| 296 | 3/22/2017 | | USAO-VB-00407155 | USAO-VB-00407158 |
| 299 | 3/30/2017 | | USAO-VB-00408592 | USAO-VB-00408593 |
| 305 | 4/10/2017 | | VB-RECORDS-00364935 | VB-RECORDS-00364944 |
| 310 | 5/8/2017 | | USAO-VB-00348651 | USAO-VB-00348653 |
| 315 | 5/31/2017 | | USAO-VB-01699521 | USAO-VB-01699522 |
| 316 | 6/13/2017 | | USAO-VB-01588380 | USAO-VB-01588381 |
| 320 | 6/27/2017 | | USAO-VB-00371882 | USAO-VB-00371883 |
| 323 | 7/2/2017 | | USAO-VB-00372736 | USAO-VB-00372736 |
| 329 | 7/16/2017 | | USAO-VB-00374376 | USAO-VB-00374376 |
| 330 | 7/17/2017 | | USAO-VB-01699610 | USAO-VB-01699610 |
| 334 | 7/27/2017 | | USAO-VB-00376109 | USAO-VB-00376109 |
| 335 | 7/27/2017 | | USAO-VB-00576428 | USAO-VB-00576430 |
| 336 | 7/27/2017 | | USAO-VB-00376151 | USAO-VB-00376151 |
| 337 | 7/27/2017 | | USAO-VB-00376152 | USAO-VB-00376152 |
| 338 | 7/27/2017 | | USAO-VB-00376164 | USAO-VB-00376166 |
| 339 | 7/27/2017 | | USAO-VB-00376167 | USAO-VB-00376169 |
| 340 | 7/27/2017 | | USAO-VB-00376170 | USAO-VB-00376172 |
| 341 | 7/27/2017 | | USAO-VB-00376173 | USAO-VB-00376175 |
| 342 | 7/27/2017 | | USAO-VB-00376176 | USAO-VB-00376178 |
| 343 | 7/27/2017 | | USAO-VB-00376179 | USAO-VB-00376179 |

| Exhibit No. | Date | | Beg Bates | End Bates |
|---|---|---|---|---|
| 344 | 7/27/2017 | | USAO-VB-00376180 | USAO-VB-00376180 |
| 345 | 7/27/2017 | | USAO-VB-00376181 | USAO-VB-00376181 |
| 346 | 7/27/2017 | | USAO-VB-00576431 | USAO-VB-00576433 |
| 350 | 8/7/2017 | | VB-FINANCIALS-01077861 | VB-FINANCIALS-01077861 |
| 351 | 8/8/2017 | | USAO-VB-001588434 | USAO-VB-1588435 |
| 352 | 8/8/2017 | | USAO-VB-01588434 | USAO-VB-01588435 |
| 355 | 8/10/2017 | | VB-RECORDS-00226974 | VB-RECORDS-00226975 |
| 359 | 8/14/2017 | | VB-RECORDS-00331233 | VB-RECORDS-00331233 |
| 361 | 8/15/2017 | | USAO-VB-00379493 | USAO-VB-00379494 |
| 362 | 8/15/2017 | | USAO-VB-01122639 | USAO-VB-01122639 |
| 363 | 8/15/2017 | | USAO-VB-01122730 | USAO-VB-01122731 |
| 364 | 8/15/2017 | | USAO-VB-01122970 | USAO-VB-01122971 |
| 366 | 8/16/2017 | | USAO-VB-00014983 | USAO-VB-00014984 |
| 367 | 8/16/2017 | | USAO-VB-00014996 | USAO-VB-00014996 |
| 368 | 8/16/2017 | | USAO-VB-00577075 | USAO-VB-00577076 |
| 369 | 8/17/2017 | | USAO-VB-00379829 | USAO-VB-00379829 |
| 371 | 8/18/2017 | | USAO-VB-01122876 | USAO-VB-01122876 |
| 372 | 8/28/2017 | | USAO-VB-00016222 | USAO-VB-00016222 |
| 373 | 8/28/2017 | | USAO-VB-00016406 | USAO-VB-00016407 |
| 374 | 8/28/2017 | | VB-RECORDS-00124765 | VB-RECORDS-00124770 |

| Exhibit No. | Date | | Beg Bates | End Bates |
|---|---|---|---|---|
| 375 | 8/29/2017 | | USAO-VB-01480141 | USAO-VB-01480141 |
| 376 | 8/31/2017 | | USAO-VB-00382510 | USAO-VB-00382510 |
| 379 | 10/2/2017 | | 421.amr | 421.amr |
| 380 | 10/3/2017 | | USAO-VB-01412753 | USAO-VB-01412754 |
| 381 | 10/3/2017 | | USAO-VB-01479420 | USAO-VB-01479421 |
| 383 | 10/5/2017 | | VB-RECORDS-00119845 | VB-RECORDS-00119850 |
| 384 | 10/5/2017 | | VB-RECORDS-00119851 | VB-RECORDS-00119855 |
| 387 | 10/9/2017 | | USAO-VB-00021452 | USAO-VB-00021453 |
| 390 | 10/10/2017 | | USAO-VB-01588916 | USAO-VB-01588917 |
| 396 | 10/19/2017 | | 536.amr | 536.amr |
| 397 | 10/19/2017 | | USAO-VB-00321188 | USAO-VB-00321188 |
| 399 | 10/19/2017 | | VB-RECORDS-00121909 | VB-RECORDS-00121909 |
| 404 | 10/24/2017 | | USAO-VB-00322555 | USAO-VB-00322559 |
| 405 | 10/24/2017 | | USAO-VB-00322591 | USAO-VB-00322593 |
| 409 | 10/27/2017 | | VB-RECORDS-00171542 | VB-RECORDS-00171543 |
| 412 | 11/1/2017 | | USAO-VB-01589188 | USAO-VB-01589192 |
| 413 | 11/2/2017 | | VB-RECORDS-00119884 | VB-RECORDS-00119889 |
| 414 | 11/2/2017 | | VB-RECORDS-00119890 | VB-RECORDS-00119894 |
| 415 | 11/3/2017 | | USAO-VB-01589193 | USAO-VB-01589194 |
| 416 | 11/10/2017 | | VB-RECORDS-00547723 | VB-RECORDS-00547725 |

| Exhibit No. | Date | | Beg Bates | End Bates |
|---|---|---|---|---|
| 417 | 11/12/2017 | | USAO-VB-01589228 | USAO-VB-01589229 |
| 418 | 11/12/2017 | | USAO-VB-01589230 | USAO-VB-01589230 |
| 420 | 11/16/2017 | | VB-RECORDS-00119903 | VB-RECORDS-00119908 |
| 421 | 11/20/2017 | | USAO-VB-01589250 | USAO-VB-01589253 |
| 422 | 11/21/2017 | | USAO-VB-01589275 | USAO-VB-01589276 |
| 427 | 11/29/2017 | | USAO-VB-01589291 | USAO-VB-01589292 |
| 430 | 11/30/2017 | | USAO-VB-01294559 | USAO-VB-01294562 |
| 439 | 12/4/2017 | | 726.amr | 726.amr |
| 440 | 12/7/2017 | | USAO-VB-01589331 | USAO-VB-01589332 |
| 441 | 12/7/2017 | | USAO-VB-01589334 | USAO-VB-01589334 |
| 442 | 12/7/2017 | | USAO-VB-01589337 | USAO-VB-01589338 |
| 447 | 12/15/2017 | | USAO-VB-00338344 | USAO-VB-00338346 |
| 448 | 12/15/2017 | | USAO-VB-00338399 | USAO-VB-00338399 |
| 450 | 12/16/2017 | | USAO-VB-00338509 | USAO-VB-00338509 |
| 451 | 12/16/2017 | | USAO-VB-00338519 | USAO-VB-00338519 |
| 452 | 12/16/2017 | | VB-RECORDS-00222960 | VB-RECORDS-00222961 |
| 453 | 12/16/2017 | | VB-RECORDS-00223088 | VB-RECORDS-00223089 |
| 457 | 1/5/2018 | | USAO-VB-01589410 | USAO-VB-01589410 |
| 458 | 1/5/2018 | | USAO-VB-01589417 | USAO-VB-01589418 |
| 459 | 1/5/2018 | | USAO-VB-01589420 | USAO-VB-01589421 |

| Exhibit No. | Date | | Beg Bates | End Bates |
|---|---|---|---|---|
| 460 | 1/5/2018 | | VB-RECORDS-00541077 | VB-RECORDS-00541079 |
| 461 | 1/5/2018 | | VB-RECORDS-00541128 | VB-RECORDS-00541130 |
| 462 | 1/6/2018 | | USAO-VB-01589431 | USAO-VB-01589431 |
| 463 | 1/6/2018 | | VB-RECORDS-00115386 | VB-RECORDS-00115460 |
| 464 | 1/6/2018 | | VB-RECORDS-00116866 | VB-RECORDS-00116910 |
| 467 | 1/26/2018 | | USAO-VB-00287327 | USAO-VB-00287328 |
| 471 | 2/8/2018 | | VB-RECORDS-00497608 | VB-RECORDS-00497608 |
| 478 | 3/16/2018 | | USAO-VB-01718795 | USAO-VB-01718796 |
| 479 | 3/19/2018 | | USAO-VB-01296915 | USAO-VB-01296917 |
| 482 | 3/21/2018 | | VB-RECORDS-00363847 | VB-RECORDS-00363944 |
| 483 | 3/22/2018 | | VB-RECORDS-00124873 | VB-RECORDS-00124873 |
| 500 | 3/26/2018 | | VB-FINANCIALS-01098180 | VB-FINANCIALS-01098180 |
| 501 | 3/26/2018 | | WILSON-000095 | WILSON-000110 |
| 503 | 3/28/2018 | | USAO-VB-01273464 | USAO-VB-01273465 |
| 504 | 3/29/2018 | | USAO-VB-01472720 | USAO-VB-01472721 |
| 505 | 4/6/2018 | | USAO-VB-01589716 | USAO-VB-01589718 |
| 506 | 4/9/2018 | | VB-RECORDS-00223080 | VB-RECORDS-00223081 |
| 507 | 4/11/2018 | | USAO-VB-01471927 | USAO-VB-01471927 |
| 508 | 4/12/2018 | | 1626.amr | 1626.amr |
| 509 | 4/12/2018 | | USAO-VB-00012824 | USAO-VB-00012825 |

| Exhibit No. | Date | | Beg Bates | End Bates |
|---|---|---|---|---|
| 510 | 4/12/2018 | | USAO-VB-00306333 | USAO-VB-00306334 |
| 511 | 4/12/2018 | | VB-RECORDS-00124760 | VB-RECORDS-00124762 |
| 512 | 4/13/2018 | | VB-RECORDS-00124743 | VB-RECORDS-00124745 |
| 513 | 4/13/2018 | | VB-RECORDS-00124758 | VB-RECORDS-00124759 |
| 518 | 4/29/2018 | | USAO-VB-01589773 | USAO-VB-01589785 |
| 525 | 6/15/2018 | | Session 782 | Session 782 |
| 526 | 6/15/2018 | | Session 801 | Session 801 |
| 527 | 6/18/2018 | | VB-FINANCIALS-01058661 | VB-FINANCIALS-01058762 |
| 528 | 6/19/2018 | | USAO-VB-00503495 | USAO-VB-00503496 |
| 530 | 7/2/2018 | | USAO-VB-01049360 | USAO-VB-01049361 |
| 531 | 7/2/2018 | | USAO-VB-01117864 | USAO-VB-01117865 |
| 532 | 7/3/2018 | | VB-FINANCIALS-01012994 | VB-FINANCIALS-01012994 |
| 533 | 7/3/2018 | | VB-FINANCIALS-01096118 | VB-FINANCIALS-01096118 |
| 534 | 7/3/2018 | | VB-FINANCIALS-01096126 | VB-FINANCIALS-01096126 |
| 535 | 7/5/2018 | | Session 1994 | Session 1994 |
| 536 | 7/10/2018 | | VB-RECORDS-00331235 | VB-RECORDS-00331237 |
| 537 | 7/19/2018 | | VB-RECORDS-00331293 | VB-RECORDS-00331293 |
| 539 | 7/28/2018 | | Session 3928 | Session 3928 |
| 540 | 7/30/2018 | | Session 4146 | Session 4146 |
| 543 | 8/3/2018 | | Session 4676 | Session 4676 |

| Exhibit No. | Date | | Beg Bates | End Bates |
|---|---|---|---|---|
| 544 | 8/3/2018 | | Session 4809 | Session 4809 |
| 547 | 8/7/2018 | | VB-FINANCIALS-01013004 | VB-FINANCIALS-01013004 |
| 548 | 8/7/2018 | | VB-FINANCIALS-01081727 | VB-FINANCIALS-01081727 |
| 549 | 8/18/2018 | | USAO-VB-00379937 | USAO-VB-00379968 |
| 552 | 8/22/2018 | | Session 6575 | Session 6575 |
| 553 | 8/22/2018 | | Session 6577 | Session 6577 |
| 554 | 8/23/2018 | | Session 6671 | Session 6671 |
| 555 | 8/30/2018 | | Session 7089 | Session 7089 |
| 556 | 9/4/2018 | | Session 7337 | Session 7337 |
| 560 | 9/10/2018 | | VB-FINANCIALS-00007286 | VB-FINANCIALS-00007293 |
| 561 | 9/15/2018 | | Session 8137 | Session 8137 |
| 562 | 9/15/2018 | | Session 8138 | Session 8138 |
| 563 | 9/15/2018 | | Session 8171 | Session 8171 |
| 564 | 9/17/2018 | | VB-FINANCIALS-01081987 | VB-FINANCIALS-01081987 |
| 565 | 9/19/2018 | | Session 8344 | Session 8344 |
| 568 | 9/24/2018 to 4/30/2019 | | VB-FINANCIALS-01103584 | VB-FINANCIALS-01103771 |
| 569 | 9/28/2018 | | Session 9211 | Session 9211 |
| 570 | 9/28/2018 | | SINGER-PHONE-000009 | SINGER-PHONE-000010 |
| 571 | 9/29/2018 | | Session 9249 | Session 9249 |
| 572 | 10/2/2018 | | Session 9394 | Session 9394 |

| Exhibit No. | Date | | Beg Bates | End Bates |
|---|---|---|---|---|
| 573 | 10/2/2018 | | VB-FINANCIALS-01082019 | VB-FINANCIALS-01082019 |
| 574 | 10/5/2018 | | Session 9593 | Session 9593 |
| 578 | 10/15/2018 | | Session 10126 | Session 10126 |
| 579 | 10/16/2018 | | VB-FINANCIALS-01098539 | VB-FINANCIALS-01098539 |
| 580 | 10/17/2018 to 10/22/2018 | | SINGER-PHONE-000471 | SINGER-PHONE-000494 |
| 581 | 10/17/2018 | | USAO-VB-01602613 | USAO-VB-01602613 |
| 582 | 10/17/2018 | | USAO-VB-01602759 | USAO-VB-01602759 |
| 583 | 10/17/2018 | | VB-FINANCIALS-00007260 | VB-FINANCIALS-00007260 |
| 584 | 10/22/2018 | | USAO-VB-01598107 | USAO-VB-01598108 |
| 585 | 10/22/2018 | | USAO-VB-01602542 | USAO-VB-01602543 |
| 587 | 10/25/2018 | | Session 10712 | Session 10712 |
| 591 | 10/27/2018 | | Session 10823 | Session 10823 |
| 592 | 11/1/2018 | | VB-RECORDS-00124003 | VB-RECORDS-00124008 |
| 593 | 11/5/2018 | | DOJ-SINGER-TIII-00034574 | DOJ-SINGER-TIII-00034582 |
| 594 | 11/5/2018 | | Session 11187 | Session 11187 |
| 595 | 11/5/2018 | | USAO-VB-01041479 | USAO-VB-01041487 |
| 596 | 11/5/2018 | | USAO-VB-01472519 | USAO-VB-01472520 |
| 597 | 11/6/2018 to 1/10/2019 | | VB-RECORDS-00296027 | VB-RECORDS-00296031 |
| 599 | 11/15/2018 | | USAO-VB-01045969 | USAO-VB-01045971 |
| 600 | 11/15/2018 | | VB-FINANCIALS-01101406 | VB-FINANCIALS-01101406 |

| Exhibit No. | Date | | Beg Bates | End Bates |
|---|---|---|---|---|
| 601 | 11/15/2018 | | VB-RECORDS-00119525 | VB-RECORDS-00119533 |
| 602 | 11/29/2018 | | Session 12347 | Session 12347 |
| 603 | 11/29/2018 | | SINGER-PHONE-000469 | SINGER-PHONE-000470 |
| 604 | 12/3/2018 | | 0860.004.wav | 0860.004.wav |
| 605 | 12/3/2018 | | 0860.008.wav | 0860.008.wav |
| 606 | 12/3/2018 | | 0860.009.wav | 0860.009.wav |
| 607 | 12/3/2018 | | 0860.010.wav | 0860.010.wav |
| 608 | 12/3/2018 | | Session 12606 | Session 12606 |
| 609 | 12/3/2018 | | Session 12658 | Session 12658 |
| 610 | 12/3/2018 | | Session 12670 | Session 12670 |
| 611 | 12/6/2018 | | VB-FINANCIALS-01103682 | VB-FINANCIALS-01103686 |
| 613 | 12/11/2018 | | USAO-VB-01600594 | USAO-VB-01600595 |
| 614 | 12/11/2018 | | USAO-VB-01718787 | USAO-VB-01718789 |
| 615 | 12/11/2018 | | VB-FINANCIALS-00007214 | VB-FINANCIALS-00007219 |
| 616 | 12/20/2018 | | Session 13473 | Session 13473 |
| 618 | 12/28/2018 | | DOJ-SINGER-TIII-00048174 | DOJ-SINGER-TIII-00048175 |
| 619 | 12/31/2018 | | Session 13753 | Session 13753 |
| 620 | 1/2/2019 | | Session 13889 | Session 13889 |
| 621 | 1/3/2019 | | Session 13905 | Session 13905 |
| 623 | 1/3/2019 | | Session 13940 | Session 13940 |

| Exhibit No. | Date | | Beg Bates | End Bates |
|---|---|---|---|---|
| 624 | 1/3/2019 | | VB-FINANCIALS-01103688 | VB-FINANCIALS-01103692 |
| 625 | 1/10/2019 | | Session 14325 | Session 14325 |
| 628 | 2/1/2019 | | VB-FINANCIALS-01103694 | VB-FINANCIALS-01103696 |
| 629 | 2/15/2019 | | VB-RECORDS-00497610 | VB-RECORDS-00497610 |
| 631 | 3/4/2019 | | VB-RECORDS-00365671 | VB-RECORDS-00365671 |
| 632 | 3/7/2019 | | VB-RECORDS-00365702 | VB-RECORDS-00365702 |
| 633 | 3/8/2019 | | VB-RECORDS-00710003 | VB-RECORDS-00710005 |
| 634 | 3/9/2019 | | SINGER-VOL006-005644 | SINGER-VOL006-005644 |
| 635 | 3/28/2019 | | WILSON-000127 | WILSON-000128 |
| 636 | 3/28/2019 | | WILSON-000129 | WILSON-000130 |
| 637 | 11/20/2019 | | WILSON-000170 | WILSON-000180 |
| 644 | 9/20/2013 | | VB-RECORDS-00626883 | VB-RECORDS-00626883 |
| 645 | 9/4/2015 | | VB-RECORDS-00365680 | VB-RECORDS-00365683 |
| 646 | 9/4/2015 | | VB-RECORDS-00493237 | VB-RECORDS-00493242 |
| 647 | 9/24/2015 | | USAO-VB-00441345 | USAO-VB-00441346 |
| 648 | 3/10/2016 | | USAO-VB-00455340 | USAO-VB-00455340 |
| 649 | 4/1/2016 | | USAO-VB-00411299 | USAO-VB-00411299 |
| 650 | 8/23/2016 | | USAO-VB-00586110 | USAO-VB-00586110 |
| 651 | 8/23/2016 | | USAO-VB-00586116 | USAO-VB-00586116 |
| 652 | 8/24/2016 | | USAO-VB-00586118 | USAO-VB-00586119 |

| Exhibit No. | Date | | Beg Bates | End Bates |
|---|---|---|---|---|
| 653 | 8/24/2016 | | USAO-VB-00586120 | USAO-VB-00586121 |
| 654 | 9/9/2016 | | USAO-VB-00586267 | USAO-VB-00586267 |
| 655 | 3/8/2017 | | USAO-VB-00059932 | USAO-VB-00059932 |
| 656 | 3/9/2017 | | USAO-VB-00405062 | USAO-VB-00405063 |
| 657 | 8/7/2017 | | USAO-VB-00576889 | USAO-VB-00576890 |
| 658 | 8/7/2017 | | USAO-VB-00576889 | USAO-VB-00576890 |
| 659 | 8/21/2017 | | USAO-VB-00015559 | USAO-VB-00015562 |
| 660 | 8/21/2017 | | USAO-VB-00015559 | USAO-VB-00015562 |
| 661 | 10/5/2017 | | VB-RECORDS-00119856 | VB-RECORDS-00119860 |
| 662 | 11/2/2017 | | VB-RECORDS-00119898 | VB-RECORDS-00119902 |
| 663 | 11/2/2017 | | VB-RECORDS-00119871 | VB-RECORDS-00119876 |
| 664 | 4/10/2018 | | USAO-VB-00306005 | USAO-VB-00306006 |
| 665 | 9/23/2018 | | Session 8641 | |
| 666 | 9/29/2018 | | USAO-VB-01699392 | USAO-VB-01699392 |
| 667 | 10/9/2018 | | VB-RECORDS-00364809 | VB-RECORDS-00364809 |
| 668 | 10/19/2018 | | Session 10357 | |
| 669 | 10/22/2018 | | VB-RECORDS-00492737 | VB-RECORDS-00492740 |
| 670 | 10/22/2018 | | VB-RECORDS-00727979 | VB-RECORDS-00727980 |
| 671 | 10/24/2018 | | Session 10585 | |
| 672 | 11/7/2018 | | VB-RECORDS-00727991 | VB-RECORDS-00727994 |

| Exhibit No. | Date | | Beg Bates | End Bates |
|---|---|---|---|---|
| 673 | 2/11/2019 | | Session 15481 | |
| 674 | 4/3/2019 | | Dkt. 314 | |
| 675 | 4/3/2019 | | Dkt. 314-1 | |
| 676 | 4/11/2019 | | Dkt. 160-1 | |
| 677 | 4/11/2019 | | Dkt. 160-2 | |
| 678 | 5/14/2019 | | Dkt. 181-1 | |
| 679 | 5/14/2019 | | Dkt. 181-2 | |
| 680 | 8/3/2020 | | SINGER-VOL31-000002 | SINGER-VOL31-000008 |
| 681 | 8/3/2020 | | SINGER-VOL31-000009 | SINGER-VOL31-000013 |
| 682 | 4/8/2019 | | Dkt. 315 | |
| 683 | 4/8/2019 | | Dkt. 315-1 | |
| 684 | 9/6/2018 | | Session 7667 | |
| 685 | 9/6/2018 | | Session 7669 | |
| 686 | 10/7/2018 | | Session 9707 | |
| 687 | 11/29/2018 | | Session 12396 | |
| 688 | 11/29/2018 | | Session 12398 | |
| 689 | 11/29/2018 | | Session 12400 | |
| 690 | 12/14/2018 | | Session 13172 | |
| 692 | 2/13/2015 | | USAO-VB-01259886 | USAO-VB-01259886 |
| 693 | 3/17/2015 | | USAO-VB-00121384 | USAO-VB-00121384 |

| Exhibit No. | Date | | Beg Bates | End Bates |
|---|---|---|---|---|
| 694 | 9/23/2015 | | USAO-VB-00104689 | USAO-VB-00104689 |
| 695 | 9/30/2015 | | USAO-VB-00441684 | USAO-VB-00441688 |
| 696 | 10/7/2018 | | Session 9707 | |
| 699 | 2/6/2019 | | 19-cr-10078, Dkt. 2 | |
| 700 | 2/6/2019 | | SINGER-VOL002-000444 | |
| 701 | 4/1/2018 | | USAO-VB-00302870 | USAO-VB-00302871 |
| 702 | | | Available for inspection and copying | |
| 703 | | | Available for inspection and copying | |
| 704 | | | Available for inspection and copying | |
| 705 | | | Available for inspection and copying | |