UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants. | No. 1:19-cr-10080-NMG |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
A SUR-REPLY TO THE GOVERNMENT'S NOTICE
AND MOTION REGARDING AUTHENTICATION (ECF NO. 2099)**

Defendants Gamal Abdelaziz and John Wilson move for leave to file a short sur-reply in connection with the Government's Notice and Motion Regarding Authentication (ECF No. 2099). The Government's Reply is misleading and seeks to set a double standard. Defendants believe a short sur-reply would be helpful to the Court to provide full context on various issues, including Defendants' belief that their current negotiations with the Government likely will be able to moot two out of the three issues the Government raises in its Motion. Defendants' proposed Sur-Reply is attached hereto.

Defendants therefore move for leave to file the attached Sur-Reply.

Respectfully submitted,

By their counsel

*/s/ Michael Kendall*
Michael Kendall (BBO #544866)
Lauren Papenhausen (BBO# 655527)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
lauren.papenhause@whitecase.com

Andrew Tomback (pro hac vice)
McLaughlin & Stern, LLP
260 Madison Avenue
 New York, NY 10016
Telephone: (212) 448-1100
ATomback@mclaughlinstern.com

*Counsel for John Wilson*

Date: September 1, 2021

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)
Lauren M. Maynard (BBO # 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO # 457340)
One McKinley Square
Boston, MA 02109
(617)-367-3449

*Counsel for Gamal Abdelaziz*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel hereby certifies that counsel for Defendants have conferred with counsel for the government and attempted in good faith to resolve or narrow the issues raised by this motion.

*/s/ Michael Kendall*
Michael Kendall

## CERTIFICATE OF SERVICE

I hereby certify that the above document is being filed on the date appearing in the header through the ECF system, which will send true copies to the attorneys of record.

*/s/ Michael Kendall*
Michael Kendall