# EXHIBIT A

(To be filed under seal)

# EXHIBIT B

(To be filed under seal)