# EXHIBIT A
(Under Seal)

# EXHIBIT B

(Under Seal)