UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | No. 1:19-CR-10080-NMG |

**MOTION FOR LEAVE TO FILE TWO-AND-A-HALF-PAGE REPLY IN SUPPORT OF MOTION TO SUPPRESS THIRTEEN WIRETAP RECORDINGS**

Defendants Gamal Abdelaziz and John Wilson respectfully request leave of Court to file a two-and-a-half-page Reply in support of their Motion to Suppress Thirteen Wiretap Recordings. As grounds, Defendants state that their Motion raises critical issues regarding the government's violation of the wiretap statute and that the Reply raises important points regarding the government's extraordinary decision to enlist the technical assistance of AT&T without the approval of a judicial officer. The proposed Reply is attached as Exhibit A.

Dated: September 6, 2021

Respectfully submitted,

GAMAL ABDELAZIZ

By his attorneys,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)
Lauren M. Maynard (BBO # 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109

(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO # 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

JOHN WILSON

By his attorneys:

*/s/  Michael Kendall*
Michael Kendall (BBO # 544866)
Lauren M. Papenhausen (BBO # 655527)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
(617) 979-9300
michael.kendall@whitecase.com
lauren.papenhausen@whitecase.com

Andrew E. Tomback (pro hac vice)
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
(212) 448-1100
atomback@mclaughlinstern.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on September 6, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/Joshua C. Sharp*

Joshua C. Sharp

4828-0279-9354.1