UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 19-10080-NMG |
| | ) | |
| GAMAL ABDELAZIZ, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**GOVERNMENT'S ASSENTED-TO MOTION
FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

The government respectfully moves, with the assent of the defendants, for leave to file under seal the exhibits appended to its response to Defendants' Motion for Reconsideration on Witness Immunity (Dkt. 2156). Defendants' Motion, which was filed under seal with a redacted copy on the docket, concerns an interaction with counsel for a third-party witness. The government's response addresses this same interaction, and appends as exhibits relevant emails exchanged with counsel for that witness and others. Accordingly, the government seeks leave to file its responsive exhibits under seal.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ Stephen E. Frank*
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
STEPHEN E. FRANK
IAN J. STEARNS
Assistant United States Attorneys

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

_/s/ Stephen E. Frank_
STEPHEN E. FRANK
Assistant United States Attorney
