UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants. | No. 1:19-cr-10080-NMG |

**DEFENDANT JOHN WILSON'S MOTION FOR LEAVE TO FILE REPLY TO GOVERNMENT'S OPPOSITION TO WILSON'S MOTION TO EXCLUDE <u>KNOWN FALSE EVIDENCE REGARDING JOVAN VAVIC</u>**

The Government has filed its Opposition to Defendant John Wilson's Motion to Exclude Known False Evidence Regarding Jovan Vavic. In its Opposition, the Government has mischaracterized Defendant's position and what Defendant seeks. Defendant therefore respectfully moves for leave to file a short reply brief correcting a small number of the Government's mischaracterizations and clarifying Defendant's position.

Defendant's proposed reply brief is attached hereto as **<u>Exhibit A</u>**.

The Government takes no position regarding this motion for leave.


Respectfully submitted,

*Counsel for John Wilson*


<u>/s/ Michael Kendall</u>
Michael Kendall (BBO #544866)
Lauren Papenhausen (BBO# 655527)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
lauren.papenhause@whitecase.com

Andrew Tomback (pro hac vice)
McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016
Telephone: (212) 448-1100
ATomback@mclaughlinstern.com

Date: September 7, 2021

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1 AND 112.1

The undersigned counsel hereby certifies that counsel for Defendant has conferred with the Government and attempted in good faith to resolve or narrow the issues raised by this motion.

*/s/ Michael Kendall*
Michael Kendall

## CERTIFICATE OF SERVICE

I hereby certify that the above document is being filed on the date appearing in the header through the ECF system, which will send true copies to the attorneys of record.

*/s/ Michael Kendall*
Michael Kendall