UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | No. 1:19-CR-10080-NMG |

**[PROPOSED] ORDER REGARDING WITNESS SEQUESTRATION**

Witnesses for all Parties shall be sequestered at the upcoming trial until they have given their testimony,[1] with the exceptions that this sequestration requirement shall not apply:

1. During the opening statements;

2. For any expert witness who will be relying on trial testimony;

3. For any summary witness who will be relying on trial testimony; and

4. For any Defendant.

Once a witness has given his or her testimony, the witness is not prevented from being in the courtroom during the remainder of the trial proceedings, so long as a Party does not intend to subsequently call the witness to testify.

DATED: _____          _____

---

[1] This shall include Agents Elizabeth Keating, Kaitlyn Cedrone, and Laura Smith, whom Defendants may call in their case-in-chief.