UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | Case No. 1:19-cr-10080-NMG |

### DEFENDANT JOHN WILSON'S THIRD AMENDED EXHIBIT LIST

Defendant John Wilson respectfully submits the attached list of potential exhibits to be used in Wilson's case-in-chief at trial. *See* Exhibit A. The attached list updates the amended exhibit list that Wilson submitted in ECF No. 2123 to include additional exhibits. Wilson also amended Exs. 7018, 7022, 7023, 7026, 7111, 7113, 7116, 7142, 7150, 8056, 8057, 8128, and 8132, which are highlighted in Exhibit A, to designate versions of the same documents with slight, non-substantive differences.

Wilson reserves the right to introduce or use some or all of the documents listed in Exhibit A at trial based on the evidence, witnesses, and testimony at trial. By including documents on his exhibit list, Wilson does not concede and reserves his objection to the admissibility of these documents in the government's case. Wilson reserves the right to use exhibits in the exhibit lists of the government as well as other defendants who submitted exhibit lists in this matter, even if such defendants are no longer part of the trial. Wilson further reserves the right to supplement this list with notice to the government, including if the government fails to call a witness on its witness list.

1

Respectfully submitted,

*Counsel to John Wilson,*

/s/ Michael Kendall
Michael Kendall (BBO # 544866)          Andrew E. Tomback (pro hac vice)
Lauren M. Papenhausen (BBO # 655527)    MCLAUGHLIN & STERN, LLP
WHITE & CASE LLP                        260 Madison Avenue
75 State Street                         New York, NY 10016
Boston, MA 02109-1814                   (212) 448-0066
(617) 979-9310                          atomback@mclaughlinstern.com
michael.kendall@whitecase.com
lauren.papenhausen@whitecase.com

Dated: September 7, 2021

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was filed electronically on September 7, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

                                                     /s/ Michael Kendall
                                                     Michael Kendall