# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

GREGORY COLBURN et al.,

Defendants.

No. 1:19-cr-10080-NMG

### DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF
### IN SUPPORT OF DEFENDANTS' MOTION TO SEQUESTER WITNESSES

Defendants Gamal Abdelaziz and John Wilson moved to sequester witnesses during trial pursuant to Federal Rule of Evidence 615.  The Government has filed a Response to the Defendants' straightforward Motion to Sequester Witnesses, raising multiple arguments and unprecedented requests.  Defendants therefore respectfully move for leave to file a short reply brief to respond to the Government's arguments and requests. A copy of the Defendants' proposed reply is attached hereto as **Exhibit A**.

The Government takes no position regarding this motion for leave.

Respectfully submitted,

By their counsel

Date: September 8, 2021

/s/ Michael Kendall
Michael Kendall (BBO #544866)
Lauren Papenhausen (BBO# 655527)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
lauren.papenhause@whitecase.com

Andrew Tomback (pro hac vice)
McLaughlin & Stern, LLP
260 Madison Avenue
 New York, NY 10016
Telephone: (212) 448-1100
ATomback@mclaughlinstern.com

*Counsel for John Wilson*

/s/ Brian T. Kelly
Brian T. Kelly (BBO # 549566) Joshua
C. Sharp (BBO # 681439) Lauren M.
Maynard (BBO # 698742) NIXON
PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com
Robert Sheketoff (BBO # 457340)
One McKinley Square
Boston, MA 02109
(617)-367-3449

*Counsel for Gamal Abdelaziz*

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1 AND 112.1</u>

The undersigned counsel hereby certifies that counsel for Defendants have conferred with the Government and attempted in good faith to resolve or narrow the issues raised by this motion.

*/s/ Michael Kendall*
Michael Kendall


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above document is being filed on the date appearing in the header through the ECF system, which will send true copies to the attorneys of record.

*/s/ Michael Kendall*
Michael Kendall