UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) |
| v. | ) ) Case No. 19-CR-10080-NMG ) |
| GAMAL ABDELAZIZ, et al, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

Kindly enter my appearance for Alex Garfio, Alexandra Reisman (nee Bitterlin), and Scott Wandzilak, for the limited purpose of moving to intervene and quash subpoenas seeking trial testimony that were issued by counsel for the defendants, Gamal Abdelaziz and John Wilson in the above captioned matter.

Respectfully submitted,

s/ Glenn A. MacKinlay
Glenn A. MacKinlay
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
617-449-6548
gmackinlay@mccarter.com

Dated: September 9, 2021

ME1 37421372v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this date this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants.

s/ Glenn A. MacKinlay
Glenn A. MacKinlay

ME1 37421372v.1