# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:
UNITED STATES OF AMERICA,                                    :
:
            Plaintiff,          :
:
  -against-                                                  :  Criminal No. 1:19-cr-10080-NMG
:
GREGORY COLBURN, ET AL,                                      :
:
            Defendant.          :
:
:
------------------------------------------------------------x

## NONPARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S ASSENTED-TO MOTION FOR LEAVE TO FILE A MOTION TO QUASH (PARTIALLY) UNDER SEAL

University of Southern California ("USC"), with the assent of Defendant Wilson, seeks leave of the Court to file its Motion to Quash a trial subpoena issued by Defendant Wilson *ex parte* and under seal. As grounds for this Motion, USC states that its Motion to Quash references previous *ex parte* sealed filings and rulings of this Court. USC proposes to redact such references from the Motion to Quash that will be filed on the public docket.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel hereby certifies that counsel for USC conferred with counsel for the Defendant Wilson who assents to USC filing its Motion (partially) under seal.

                                            Respectfully submitted,
                                            UNIVERSITY OF SOUTHERN CALIFORNIA,
                                            By its attorneys,

                                            */s/ Debra Wong Yang*
                                            Debra Wong Yang (Admitted *Pro Hac Vice*)
                                            Douglas M. Fuchs (Admitted *Pro Hac Vice*)
                                            GIBSON DUNN & CRUTCHER LLP
                                            333 South Grand Avenue
                                            Los Angeles, CA 90071-3197
                                            (213)229-7000
                                            dwongyang@gibsondunn.com
                                            dfuchs@gibsondunn.com

>*/s/ Anthony E. Fuller*
>Anthony E. Fuller (BBO #633246)
>William H. Kettlewell (BBO# 270320)
>Elizabeth C. Pignatelli (BBO #677923)
>HOGAN LOVELLS US LLP
>125 High St., Suite 2010
>Boston, MA  02110
>(617) 371-1000
>anthony.fuller@hoganlovells.com
>bill.kettlewell@hoganlovells.com
>elizabeth.pignatelli@hoganlovells.com

Dated: September 9, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 9, 2021.

>*/s/ Anthony E. Fuller*
>Anthony E. Fuller