# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:
UNITED STATES OF AMERICA, :
:
: Criminal No. 1:19-cr-10080-NMG
:
-against- : **FILED *EX PARTE* AND UNDER SEAL**
:
GREGORY COLBURN, ET AL, : **LEAVE TO FILE GRANTED**
: **SEPTEMBER 9, 2021**
Defendants. :
:
------------------------------------------------------------x

## NON-PARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S MOTION TO QUASH

Non-Party University of Southern California ("USC") hereby respectfully moves the Court to quash the trial subpoena issued to it by Defendant John Wilson on the grounds that it is unreasonable and oppressive, as set forth more fully in the accompanying Memorandum of Law.

        Respectfully submitted,

        UNIVERSITY OF SOUTHERN CALIFORNIA,
        By its attorneys,


        */s/ Debra Wong Yang*
        Debra Wong Yang (Admitted *Pro Hac Vice*)
        Douglas M. Fuchs (Admitted *Pro Hac Vice*)
        GIBSON DUNN & CRUTCHER LLP
        333 South Grand Avenue
        Los Angeles, CA 90071-3197
        (213)229-7000
        dwongyang@gibsondunn.com
        dfuchs@gibsondunn.com

        */s/ Anthony E. Fuller*
        Anthony E. Fuller (BBO #633246)
        William H. Kettlewell (BBO# 270320)
        Elizabeth C. Pignatelli (BBO #677923)
        HOGAN LOVELLS US LLP
        125 High St., Suite 2010
        Boston, MA  02110
        (617) 371-1000
        anthony.fuller@hoganlovells.com
        bill.kettlewell@hoganlovells.com
        elizabeth.pignatelli@hoganlovells.com

Dated:  September 9, 2021

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 9, 2021.

        */s/ Anthony E. Fuller*
        Anthony E. Fuller