# <u>EXHIBIT A</u>

Filed Under Seal

**Received Time:**          12:50:55 09-08-21        **Source ORI:**          MANCIC000
**Summary:**                QH: NAM=KEOHAN, TIMOTHY SEX=M

☐ **View Message Details**


7L0100PR,CP01188588
MAFBIBS00
**THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR**
**INQUIRY ON NAM/**KEOHAN,TIMOTHY**SEX/**M **RAC/**U **DOB/**19561105 **SOC/**028486952 **PUR/**C
**ATN/**CORBOLOTTI, THOMAS
**NAME**                         **FBI NO.**        **INQUIRY DATE**
**KEOHAN,TIMOTHY**               **L17C97LNT**      **2021/09/08**

**SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR PHOTO**
**M   W    1956/11/05  600    195    BLU  GRY  N**

**BIRTH PLACE**
**MASSACHUSETTS**

**FINGERPRINT CLASS      PATTERN CLASS**

**SOCIAL SECURITY**
**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**

**IDENTIFICATION DATA UPDATED 2019/07/22**

**THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE**
**FOLLOWING:**
 **MASSACHUSETTS – STATE ID/**MA21170308

**THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION**
**INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.**


**END**
**MRI:** 1188592 **IN:** NCIC 68328 AT 08SEP2021 12:50:55
**OUT:** FBI 60 AT 08SEP2021 12:50:55

---

**Received Time:**          12:51:06 09-08-21        **Source ORI:**          MANCIC000
**Summary:**                QR: PUR=C FBI=L17C97LNT

☐ **View Message Details**


EL0100PR,CP01188672
MAFBIBS00
**THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR**
**RECORD REQUEST FOR FBI/**L17C97LNT. THE FOLLOWING WILL RESPOND TO YOUR
**AGENCY:**
 **MASSACHUSETTS – STATE ID/**MA21170308
**END**
**MRI:** 1188676 **IN:** NCIC 68354 AT 08SEP2021 12:51:06
**OUT:** FBI 61 AT 08SEP2021 12:51:06

---

**Received Time:**          12:51:08 09-08-21        **Source ORI:**          MAIII0000
**Summary:**                QR: PUR=C FBI=L17C97LNT

☐ **View Message Details**

```
CR.MAIII0000
09:51 09/08/2021 12616
09:51 09/08/2021 23509 MAFBIBS00
*
TXT
HDR/2L0100PR,CP01188672
ATN/CORBOLOTTI, THOMAS
********************  CRIMINAL HISTORY RECORD  **********************

Data As Of            2021-09-08

**************************  Introduction  **************************

This rap sheet was produced in response to the following request:

FBI Number            L17C97LNT
State Id Number       MA21170308 ()
Purpose Code          C
Attention             CORBOLOTTI, THOMAS

The information in this rap sheet is subject to the following caveats:


**************************  IDENTIFICATION  ************************

Subject Name(s)

KEOHAN, TIMOTHY
KEOHAN, TIMOTHY   (AKA)
KEOHAN, TIMOTHY   (AKA)

Subject Description

                      State Id Number
                      MA21170308 (MA)
                      MA21170308 (MA)

Social Security Number
028486952


Sex                   Race
Male                  White
Male                  White

Height                Weight                 Date of Birth
6'00" (2019-07-19)    195 (2019-07-19)       1956-11-05
6'00" (2019-07-22)    199 (2019-07-22)       1956-11-05

Hair Color            Eye Color
Gray or Partially Gray (2019-07-19)Blue (2019-07-19)
Gray or Partially Gray (2019-07-22)Blue (2019-07-22)


Place of Birth        Citizenship
MASSACHUSETTS         United States of America (USA)* (2019-07-19)
MASSACHUSETTS         United States of America (USA)* (2019-07-22)

Residence
Residence as of       2019-07-22
                      7 AARON DR,TOPSFIELD,MA


Photo Images
Available Image               Mugshot
Capture Date                   2019-07-19
 (No Photo Image Transmitted
Comment Face - Front)
Available Image               Mugshot
```

Sep 8, 2021 12:53:15 PM                        Printed By: NASIR-NEHAL from: FBI
 **Capture Date**                     **2019-07-22**
 **(TransmittedImage Suppressed:**
   **Type: Format: Size:**K  **Comment**Face - Front)


 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  CRIMINAL HISTORY  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

 ============================== Cycle 001 ==============================
 **Earliest Event Date**     2019-07-19
 ----------------------------------------------------------------------
 **Arrest Date**             2019-07-19
 **Arresting Agency**         ESSEX COUNTY SD MIDDLETON
 **Subject's Name**          KEOHAN, TIMOTHY
         **Charge Literal**   OUIDRUGS TH OFFENSE C SA
             **Severity**  Unknown
 ============================== Cycle 002 ==============================
 **Earliest Event Date**     2019-07-22
 ----------------------------------------------------------------------
 **Arrest Date**             2019-07-22
 **Arresting Agency**         ESSEX COUNTY SD MIDDLETON
 **Subject's Name**          KEOHAN, TIMOTHY
         **Charge Literal**   OUILIQUOR ND OFFENSE C SA
             **Severity**  Unknown
 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  INDEX OF AGENCIES  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

 **Agency**                   ESSEX COUNTY SD MIDDLETON; ;

 ----------------------------------------------------------------------
 **Agency**                   ESSEX COUNTY SD MIDDLETON; ;


     \* \* \* END OF RECORD \* \* \*
 **MRI:** 1188687 **IN:** NLET 799 AT 08SEP2021 12:51:08
 **OUT:** FBI 62 AT 08SEP2021 12:51:08



---

 **Received Time:**          12:51:29 09-08-21       **Source ORI:**          MANCIC000
 **Summary:**                QWA: NAM=KEOHAN, TIMOTHY DOB=19561105 SOC=028486952

   ☐ **View Message Details**


 **1L0100PR,CP01188852**
 **MAFBIBS00**
 **NO NCIC WANT S0C/**028486952
 **NO NCIC WANT NAM/**KE0HAN,TIM0THY**D0B/**19561105
 **\*\*\*MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.**

 **MRI:** 1188854 **IN:** NCIC 68414 AT 08SEP2021 12:51:29
 **OUT:** FBI 63 AT 08SEP2021 12:51:29



---

 **Received Time:**          12:51:29 09-08-21       **Source ORI:**          MAHFS0000
 **Summary:**                QWA: NAM=KEOHAN, TIMOTHY DOB=19561105 SOC=028486952

   ☐ **View Message Details**


 NO RECORDS FOUND


 **MRI:** 1188855 **IN:** HFS 59570 AT 08SEP2021 12:51:29
 **OUT:** FBI 64 AT 08SEP2021 12:51:29


---

 **Received Time:**          12:51:40 09-08-21       **Source ORI:**          MAFBIBS00
 **Summary:**                WMS1: DOB=19561105

Sep 8, 2021 12:53:15 PM                        Printed By: NASIR-NEHAL from: FBI

☐ **View Message Details**

## DCJIS Response: No record(s) found

**MRI:** 1188956 **IN:** XFACT 68123 AT 08SEP2021 12:51:40
**OUT:** FBI 65 AT 08SEP2021 12:51:40

---

**Received Time:**        12:51:52 09-08-21       **Source ORI:**        MAFBIBS00
**Summary:**              BOP1: LNAM=KEOHAN FNAM=TIMOTHY DOB=19561105 PUR=C NTF=N

☐ **View Message Details**

### BOP1 Inquiry on Name:TIMOTHY KEOHAN, DOB:1956-11-05,

| Full Name | Date of Birth | Sex | PCF Number | SSN |
|---|---|---|---|---|
| KEOHAN, TIMOTHY | 1956-11-05 | M | 1673422 | 028486952 |
| KEOHAN, TIM MARK | 1956-11-05 | M | 1673422 | 028486952 |
| KIOHANE, TIMOTHY L | 1917-11-15 | M | 270487 | |
| KIOHANE, TIMONTHY | 1917-11-15 | M | 270487 | |
| KANE, TIMOTHY D | 1968-11-08 | M | 1038777 | 013648361 |
| KENNEY, TIMOTHY J | 1971-03-05 | M | 2005521 | 018660110 |
| COHOON, TIMOTHY V | 1972-11-15 | M | 2166221 | 010720876 |
| KINNEY, TIMOTHY A | 1947-12-17 | M | 270483 | |
| KANE, TIMOTHY F | 1947-08-07 | M | 270484 | |
| KAIN, TIMOTHY P | 1944-07-11 | M | 270485 | |
| KEANE, TIMOTHY M | 1936-12-03 | M | 270486 | |
| KEOHANE, TIMOTHY | 1916-10-24 | M | 270488 | |
| KIM, TIMOTHY J | 1960-01-13 | M | 1659797 | |

Sep 8, 2021 12:53:15 PM                    Printed By: NASIR-NEHAL from: FBI

| | | | | |
|---|---|---|---|---|
| KEANEY, TIMOTHY F | 1952-01-28 | M | 1174061 | |
| KEANEY, TIMOTHY J | 1949-04-30 | M | 1174062 | |
| Next Page | | | | |

**MRI:** 1189046 **IN:** XFACT 68152 AT 08SEP2021 12:51:52
**OUT:** FBI 66 AT 08SEP2021 12:51:52

**Received Time:**        12:51:57 09-08-21        **Source ORI:**        MAFBIBS00
**Summary:**              FREE: BOP2P..PCF/1673422.NTF/N

☐ **View Message Details**

## BOP2P Inquiry on PCF: 1673422,

```
*******************************************************************************
*                                                                             *
*              ******* WARNING ******** WARNING ********                      *
*                                                                             *
*      THIS INFORMATION IS CORI.  IT IS NOT SUPPORTED BY FINGERPRINTS.        *
*PLEASE CHECK THAT THE NAME REFERENCED BELOW MATCHES THE NAME AND DATE OF BIRTH*
*OF THE PERSON REQUESTED.                                                     *
*                                                                             *
*******************************************************************************

          **********   COMMONWEALTH OF MASSACHUSETTS   **********
              DEPARTMENT OF CRIMINAL JUSTICE INFORMATION SERVICES

                   *** PERSONS COURT SUMMARY ***

NAM: KEOHAN, TIMOTHY          FORMAL-NAM: TIMOTHY        PCF: 00001673422
DOB: 11/05/56   SEX: M  RAC: W       POB: MA               SSN: 028486952
MOM:JOAN KEOHAN      POP:PHILLIP KEOHAN  HGT: 600 WGT: 198 HAI: GRY EYE: BLU
ADDRESS: 2702 POSTGATE LANE, PEABODY, MA

ALIAS:
     NAM: KEOHAN, TIM MARK
     FORMAL-NAM: TIMOTHY
     DOB: 11/05/56   SEX: M  RAC:
     POB:                    SSN: 028486952

COMMENTS:


***** ***** ***** ***** ADULT APPEARANCES ***** ***** ***** *****

ARRAIGNMENT: (0001)
  ARG-DATE: 09/19/19 PD: DAN COURT: SALEM DISTRICT       DKT#:  1936CR001993A
  OFF:  LEAVING SCENE PROPERTY DAMAGE                    MV LV SCENE PROP
  STATUS: C  WPD:     WDT:
  DISP: C 11/5/19 G PROB 11/5/20 VWF 11/5/20 PD TERM

ARRAIGNMENT: (0002)
  ARG-DATE: 07/22/19 PD: TOP COURT: IPSWICH DISTRICT     DKT#:  1940CR000187A
  OFF:  OPER UND INFL OF LIQ         2ND OFFENSE          111A
  STATUS: C  WPD:     WDT:
  DISP: 8/13/19 G 1YR SPS 26DAS CMTD BAL SS 8/13/21 VWF PD TERM
```

```
ARRAIGNMENT: (0003)
  ARG-DATE: 01/11/19 PD: TOP COURT: IPSWICH DISTRICT      DKT#:  1840CR000007A
  OFF:  OPER UND INFL OF LIQ          2ND OFFENSE      111A
  STATUS: C  WPD:     WDT:
  DISP: 8/13/19 G 1YR SPS 26DAS CMTD BAL SS 8/13/21 RT VWF PD TERM

ARRAIGNMENT: (0004)
  ARG-DATE: 12/28/15 PD: TOP COURT: IPSWICH DISTRICT      DKT#:  1540CR000544A
  OFF:  OPER UND INFL OF LIQ                      111A
  STATUS: C  WPD:     WDT:
  DISP: 5/4/16 JT 5/25/16 G PROB 5/24/18 PROG VWF C 7/23/18 PD TERM

ARRAIGNMENT: (0005)
  ARG-DATE: 07/12/12 PD: TOP COURT: IPSWICH DISTRICT      DKT#:  1240CR000213A
  OFF:  OPERATING AFTER SUSPEND REG                114C-SUS
  STATUS: C  WPD:     WDT:
  DISP: CC C 9/20/12 PD DISM

ARRAIGNMENT: (0006)
  ARG-DATE: 04/14/93 PD:    COURT: PALMER DISTRICT        DKT#:   9343CR0542A
  OFF:  OPERATING AFTER SUSPEND LIC                114B-SUS
  STATUS: C  WPD:     WDT:
  DISP: C 7/14/93 WAR 5/3/95 WAR/WD 5/24/95 CC VWF PD DISM

ARRAIGNMENT: (0007)
  ARG-DATE: 08/27/92 PD:    COURT: SALEM DISTRICT         DKT#:   9236CR3104A
  OFF:  EMPLOYMENT PRACTICES         NON PMYT WAGES    EMPL PRAC
  STATUS: C  WPD:     WDT:
  DISP: C 2/9/93 DISM

ARRAIGNMENT: (0008)
  ARG-DATE: 07/08/92 PD:    COURT: LOWELL DISTRICT        DKT#:   9211CR4058A
  OFF:  OPERATING AFTER SUSPEND LIC                114B-SUS
  STATUS: C  WPD:     WDT:
  DISP: DF D/R CC DF 4/15/93 D/R PD DISM

ARRAIGNMENT: (0009)
  ARG-DATE: 04/27/92 PD:    COURT: SALEM DISTRICT         DKT#:   9236CR1159A
  OFF:  EMPLOYMENT PRACTICES         NON PYMNT WAGES    EMPL PRAC
  STATUS: C  WPD:     WDT:
  DISP: DF 7/2/92 D/R DF 8/27/92 D/R C 2/9/93 DISM

ARRAIGNMENT: (0010)
  ARG-DATE: 04/01/92 PD:    COURT: SALEM DISTRICT         DKT#:   9236CR0816A
  OFF:  LARCENY MORE              PROP          LAR MORE
  STATUS: C  WPD:     WDT:
  DISP: DF 7/2/92 D/R DF 8/27/92 D/R G PROB 8/27/93 VWF REST DF VOP VOP DF
        3/16/94 D/R PD TERM

ARRAIGNMENT: (0011)
  ARG-DATE: 09/12/84 PD:    COURT: WOBURN DISTRICT        DKT#:       846933
  OFF:  OPERATING AFTER SUSPEND LIC                114B-SUS
  STATUS: C  WPD:     WDT:
  DISP: DF 5/4/92 D/R REST PD

ARRAIGNMENT: (0012)
  ARG-DATE: 07/06/83 PD:    COURT: WOBURN DISTRICT        DKT#:       834909
  OFF:  LARCENY BY CHECK                       LAR CK
  STATUS: C  WPD:     WDT:
  DISP: FILE

ARRAIGNMENT: (0013)
  ARG-DATE: 10/04/82 PD:    COURT: MALDEN DISTRICT        DKT#:         4174
  OFF:  LARCENY MORE                       LAR MORE
  STATUS: C  WPD:     WDT:
  DISP: DISM

ARRAIGNMENT: (0014)
  ARG-DATE: 06/29/81 PD:    COURT: MALDEN DISTRICT        DKT#:         1587
```

```
    OFF:  PROCURING ALCOHOL FOR MINOR                   PROC ALC MNR
    STATUS: C   WPD:     WDT:
    DISP: CC PD DISM

 ARRAIGNMENT: (0015)
   ARG-DATE: 09/03/75 PD:    COURT: MALDEN DISTRICT      DKT#:          9922
   OFF:  DRINKING ALCOHOL IN PUBLIC                    DRINK PUB
   STATUS: C   WPD:     WDT:
   DISP: C 12/8/75 CC PD

 ARRAIGNMENT: (0016)
   ARG-DATE: 02/18/75 PD:    COURT: PEABODY DISTRICT     DKT#:         12380
   OFF:  OPER UND INFL OF LIQ                          111A
   STATUS: C   WPD:     WDT:
   DISP: DISM

 ***** ***** ***** **** END OF ADULT APPEARANCES ***** ***** ***** *****

 REQUESTED BY: NASIR NEHAL
 COMPLETED BY: NASIR NEHAL
       AGENCY: US FBI - BOSTON
```

**MRI:** 1189092 **IN:** XFACT 68168 AT 08SEP2021 12:51:57
**OUT:** FBI 67 AT 08SEP2021 12:51:57