UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | No. 1:19-CR-10080-NMG |

**DEFENDANTS' WITNESS LIST**

Defendants Gamal Abdelaziz and John Wilson submit the following additional list of potential witnesses. This updated list supplements Defendants' witness list submitted on July 16, 2021 (Dkt. 1955). Defendants state that, in addition to the below witnesses, they may call any of the witnesses listed on the government's witness list (Dkt. 1924). Defendants reserve the right to supplement this list further with reasonable notice to the government and to call additional rebuttal witnesses not identified herein.[1]

| Name | Entity / Location |
|---|---|
| Bradshaw, Kelsey | USC |
| McAlpine, Kedaine | USC |

Dated: September 14, 2021

Respectfully submitted,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)

[1] Defendants relied upon the government's witness and exhibits list produced on June 25, 2021 in preparing their witness and exhibit lists, and anticipate that the government will call all of the witnesses on its witness list. Should the government fail to call one of the witnesses on its list, Defendants specifically reserve the right to call that individual and supplement their witness and exhibit lists accordingly.

Lauren M. Maynard (BBO # 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO # 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

*Counsel for Gamal Abdelaziz*

*/s/ Michael Kendall*
Michael Kendall (BBO # 544866)
Lauren M. Papenhausen (BBO # 655527)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
(617) 979-9300
michael.kendall@whitecase.com
lauren.papenhausen@whitecase.com

Andrew E. Tomback (pro hac vice)
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
(212) 448-1100
atomback@mclaughlinstern.com

*Counsel for John Wilson*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on September 14, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Joshua C. Sharp*
Joshua C. Sharp