**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| |
|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants. |

Case No. 1:19-cr-10080-NMG

**DEFENDANT JOHN WILSON'S ASSENTED-TO MOTION FOR LEAVE
TO FILE UNDER SEAL A MOTION AND EXHIBITS TO EXCLUDE A WIRETAPPED
CONVERSATION BETWEEN RICK SINGER AND MARCI PALATELLA**

Defendant John Wilson respectfully moves this Court for leave to file under seal the forthcoming Motion to Exclude a Wiretapped Conversation Between Rick Singer and Marci Palatella. As with prior motions regarding documents concerning Mr. Wilson's wife, Leslie Wilson, that the Court allowed to be filed under seal (D.E. 2004), Defendants' motion will include sensitive, confidential, and potentially privileged information. Accordingly, under Local Rule 7.2, Mr. Wilson ask that the Court grant leave to file under seal: (a) the motion and supporting memorandum and (b) exhibits thereto. Mr. Wilson will provide the government unredacted copies of his motion. The government has assented to this request.

Respectfully submitted,

By his counsel

/s/ Michael Kendall
Michael Kendall (BBO #544866)
Lauren Papenhausen (BBO# 655527)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
lauren.papenhause@whitecase.com
Andrew Tomback (pro hac vice)
McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016
Telephone: (212) 448-1100
ATomback@mclaughlinstern.com

*Counsel for John Wilson*

Date: September 14, 2021

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel hereby certifies that I have conferred with counsel for the government and attempted in good faith to resolve or narrow the issues raised by this motion. The government assents to the relief requested.

*/s/ Michael Kendall*
Michael Kendall

## CERTIFICATE OF SERVICE

I hereby certify that the above document is being filed on the date appearing in the header through the ECF system, which will send true copies to the attorneys of record.

*/s/ Michael Kendall*
Michael Kendall