# EXHIBIT B

| | |
|---|---|
| **From:** | Leslie Wilson <leslie@leslieqwilson.com> |
| **To:** | 'Rick Singer' <rwsinger@gmail.com> |
| **CC:** | Wilson, John <John.Wilson@Staples.eu>;John Wilson <john@hyannisportcapital.com> |
| **Sent:** | 6/11/2013 7:07:32 PM |
| **Subject:** | H20 Polo shots of Johnny Wilson |
| **Attachments:** | SHG_FF1A7899.jpg; SHG_FF1A7905.jpg; SHG_FF1A7908.jpg; SHG_FF1A7912.jpg; SHG_FF1A7922.jpg |

Hi Rick,
Here are some shots of Johnny playing water polo.  My favorite is 7908 but pls review & pass along to USC the one you like the best.
Thank you,
Leslie

USAO-VB-01598619



USAO-VB-01598620



USAO-VB-01598621



USAO-VB-01598622

USAO-VB-01598623





USAO-VB-01598624