# EXHIBIT D

**From:** Rick Singer <rwsinger@gmail.com>
**Sent:** Tuesday, June 4, 2013 4:30 PM
**To:** Leslie Wilson <leslie@leslieqwilson.com>
**Subject:** Re: Johnny

Leslie thank you. Our business together is only between us. We can have all 3 kids come and room together. If you want to have the families or yourself call my office Mikaela can sign all 3 up 916 489-8802. If you want me to reach out to the families and provide college counseling help I will or they can call me directly?

Thanks

Sent from my iPhone

On Jun 4, 2013, at 1:06 PM, "Leslie Wilson" <leslie@leslieqwilson.com> wrote:

> Hi Rick,
> Johnny would like to sign up for UCLA workshop/internship.  It's such a great experience you have lined up - fabulous opportunity.
> Johnny's 2 friends ▮▮▮▮▮▮▮▮ (Johnny's friend who was severely hurt by football injury) & another close friend of Johnny's ▮▮▮▮▮▮
>
> The 2 families would love to have their sons join Johnny & are interested in making whatever financial obligation...is necessary for the week plus your college counseling.  They would not be looking at schools with a sports angle but would love your counseling for their essays...
>
> They do not know about our financial discussions regarding Johnny & USC and we'd like to keep this confidential between you & I.
> Please let me know if we can make some type of arrangement for the 3 boys to attend your internship & what dates they would fly into LA & what day they would return.
> Thanks so much,
> Leslie
>
>
>
> Sent from my iPhone