# EXHIBIT G

| | |
|---|---|
| From: | Marci Palatella [Marci@inbeverage.com] |
| Sent: | 10/27/2017 11:13:57 AM |
| To: | Leslie Wilson [leslie@leslieqwilson.com] |
| Subject: | Re: Hi |

Leslie,

Absolutely LOVED seeing you, only sorry to have our time cut so short. You look fabulous!!

Would love to talk, advise is alwYs invaluabl likely on your flight but if you have a moment later today please call!

Love you-
Marci


Marci Palatella
Marci@inbeverage.com


> On Oct 27, 2017, at 10:02 AM, Leslie Wilson <leslie@leslieqwilson.com> wrote:
>
> Marci,
> It was Fabulous seeing you - I love our visits together!
> Thank you for lunch, my treat next time.
>
> I hope Lou is feeling well - dental surgery is never fun!
> He's lucky to have a Sexy, Loving wife to give him some TLC!
>
> I had a few thoughts about Rick & USC - easier to talk on the phone.  I'm boarding my plane now so let's connect in the next few days.
> So happy we got together!!!
> XO L
>
>
>> On Oct 26, 2017, at 9:37 AM, Marci Palatella <Marci@inbeverage.com> wrote:
>>
>> Leslie,
>>
>> Is 11:45 too early?  Since he's in surgery I'd like to stay near downtown Palo Alto in case they need to reach me... hope that's ok.
>>
>> I'll write you shortly
>>
>> Xxoo
>>
>> Marci Palatella
>> Marci@inbeverage.com
>>
>>
>>> On Oct 26, 2017, at 7:50 AM, Leslie Wilson <leslie@leslieqwilson.com> wrote:
>>>
>>> Hi Marci,
>>> I can't wait to see you! Where is a good place for you to meet for lunch & what time?
>>> So excited about catching up!
>>> XO Leslie
>>>
>>>> On Oct 20, 2017, at 5:51 PM, Marci Palatella <Marci@inbeverage.com> wrote:
>>>>
>>>> Leslie,
>>>>
>>>> So happy you're here and I'd love to see you.  Lunch Thursday works in Palo Alto!
>>>> Lou has dental surgery that day in Palo Alto at 11:00 am, meant to be!
>>>>
>>>> Do you have a favorite spot? Otherwise I'll choose and email you. Hoping Debbie is around then.
>>>>
>>>> xxoo Marci
>>>>
>>>>
>>>> Marci Palatella

CONFIDENTIAL
FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIED LOMAR, INC.

ALI_0004444
VB-RECORDS-00171542

```
>>>> Marci@inbeverage.com
>>>>
>>>>
>>>>> On Oct 20, 2017, at 12:25 PM, Leslie Wilson <leslie@leslieqwilson.com> wrote:
>>>>>
>>>>> Hi Marci, Ginger & Debbie,
>>>>>
>>>>> I hope you are all well and Marci, I am so happy and relieved that your family was safe during the devastating fires.
>>>>>
>>>>> I am joining John on his business trip this Sunday to Pebble Beach.  I'd love to see you.  I extended my trip by staying with a girlfriend in Atherton.
>>>>>
>>>>> Are you free Wednesday for an early lunch - I have a doctors appt at 1:30 in Palo Alto.  Or can we meet another day - Wednesday night  or Thursday for lunch or Thursday for dinner?
>>>>> I fly out Friday morning.
>>>>>
>>>>> Hope we can get together,
>>>>> XO Leslie
>>>>>
>>>>>
```

CONFIDENTIAL
FOIA CONFIDENTIAL TREATMENT REQUESTED BY ALLIED LOMAR, INC.

ALI_0004445

VB-RECORDS-00171543