UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.: 19-10080-NMG |
| ) | |
| GAMAL ABDELAZIZ *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**GOVERNMENT'S ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE EXHIBIT 563**

The government respectfully moves, with the assent of the defendant John Wilson, for leave to file under seal its opposition to the defendant's motion to exclude Exhibit 563, which was filed under seal. *See* Dkt. 2212. The government's opposition to defendant Wilson's motion discusses, among other things, materials subject to sealing pursuant to Local Rule 116.1(c)(1)(E). Accordingly, pursuant to Local Rule 7.2, the government requests that the Court grant leave to file its opposition under seal. The government will provide all sealed materials to the defendants and will file a redacted version on the docket.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ Ian J. Stearns*
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
STEPHEN E. FRANK
IAN J. STEARNS
Assistant United States Attorneys

2

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: September 14, 2021      */s/ Ian J. Stearns*
                                           IAN J. STEARNS