# **EXHIBIT A**

TRANSCRIPT OF EXHIBIT 563

9163848802 2018-09-15 20-15-44 8171-001

| | | |
|---|---|---|
| 1 | **Call Date:** 2018-09-15 | |
| 2 | **Call Duration:** 3:10 | |
| 3 | **Call Begin:** 20:15:44 | |
| 4 | **Participants** | |
| 5 | RICK SINGER | |
| 6 | MARCI PALATELLA | |
| 7 | **File Name:** | 9163848802 2018-09-15 20-15-44 8171-001.wav |
| 8 | | |
| 9 | SINGER: | Marci. |
| 10 | PALATELLA: | Hey can you hear me? |
| 11 | SINGER: | Yeah. |
| 12 | PALATELLA: | Are you having dinner? |
| 13 | SINGER: | Nope. |
| 14 | PALATELLA: | Ok. How are you? |
| 15 | SINGER: | Everyday's a holiday when I am talking to |
| 16 | | you. |
| 17 | PALATELLA: | Oh yeah, ok [laughter]. I just want you to |
| 18 | | know. Two things, when I asked Gino, I said, |
| 19 | | "how much do you love it there on a scale of |
| 20 | | one to ten?" He's like, "oh mom at like nine |
| 21 | | five to nine seven." |
| 22 | SINGER: | [Laughter] |
| 23 | PALATELLA: | [UI] beyond. |
| 24 | SINGER: | Good. |

KTB 9/13/21

USAO-VB-01720952

9163848802 2018-09-15 20-15-44 8171-001

| | | |
|---|---|---|
| 1 | PALATELLA: | Yeah so I have to tell you for two years I |
| 2 | | have been telling our neighbors who are |
| 3 | | actually very close friends of ours-- |
| 4 | SINGER: | Hold on one quick second, one quick second. |
| 5 | PALATELLA: | Go ahead. |
| 6 | | (Call minimized) |
| 7 | PALATELLA: | I've been telling, you know I don't say much |
| 8 | | to anybody unless I think they'd be a good |
| 9 | | candidate and so I've been telling her about |
| 10 | | you… well, about [UI] but she's definitely |
| 11 | | really overbearing. So about six weeks ago I |
| 12 | | said look, 'cause she's been going to |
| 13 | | the neighbor here. I said, "you need to get |
| 14 | | away from the neighbor, you need a higher end |
| 15 | | person," blah blah blah. So, finally she saw |
| 16 | | her daughter's essay and realized, she called |
| 17 | | me, she's like, "Ok, I'm in, I blew it," and |
| 18 | | I said "I am gonna give you the name but |
| 19 | | before I do I need to tell you, you need to |
| 20 | | let him work with her by himself. This can't |
| 21 | | be about you. She needs to have a |
| 22 | | relationship with him, blah blah blah. So, |
| 23 | | and so she wants she's pressing me for what |
| 24 | | it costs. I said "ok," |

USAO-VB-01720953

9163848802 2018-09-15 20-15-44 8171-001

| | | |
|---|---|---|
| 1 | SINGER: | Right. |
| 2 | PALATELLA: | --"I'm gonna tell you the truth about |
| 3 | | everything and you can't tell anyone." |
| 4 | SINGER: | Right. |
| 5 | PALATELLA: | I told-- I didn't tell her even everything. |
| 6 | SINGER: | Right. |
| 7 | PALATELLA: | She was screaming in the phone to me, "that |
| 8 | | is the biggest bunch of bullshit I've ever |
| 9 | | heard in my life. Who the fuck did, what, |
| 10 | | screaming, Doug would never…" I said, |
| 11 | | "Stop." "Nobody else does this." I said, |
| 12 | | "liar, liars. You know they're not telling |
| 13 | | you the truth". So she just came over and |
| 14 | | said to me, "you were totally wrong." |
| 15 | SINGER: | [Laughter] |
| 16 | PALATELLA: | [Laughter] Ok. Absolutely, I said, "I gotta…" |
| 17 | | She said to me, "Absolutely not. We had a |
| 18 | | conference call with him and and it is |
| 19 | | extremely expensive but Doug is willing to |
| 20 | | pay the eight thousand dollars." I'm like |
| 21 | | here is my jaw dropped and I'm like ok. You |
| 22 | | you know way more than I do. [Laughter] I'm |
| 23 | | like, I tried so hard. I mean I-- I'm if I am |
| 24 | | gonna tell somebody about you, I'm |

USAO-VB-01720954

9163848802 2018-09-15 20-15-44 8171-001

| | | |
|---|---|---|
| 1 | SINGER: | [OV] Uh hm. |
| 2 | PALATELLA: | it's gonna be very few people and I will |
| 3 | | preface it with I'll |
| 4 | | I'll hand you the right people. I am like oh |
| 5 | | my God, I don't think Rick... |
| 6 | SINGER: | I did not, we did not, we didn't go into any |
| 7 | | of that because the mom--first of all, I |
| 8 | | first get there and we start doing her |
| 9 | | application which was all done wrong and I |
| 10 | | start going through this thing and she's |
| 11 | | telling me, you know, "we gotta have National |
| 12 | | Charity League". I said, "you're not having |
| 13 | | National Charity League. It's for a bunch of |
| 14 | | rich spoiled little girls and moms". |
| 15 | PALATELLA: | Totally. |
| 16 | SINGER: | And the daughter, Maddie, gets it, she's |
| 17 | | like, "mom, you don't get it. We're still |
| 18 | | gonna put it on, but we're gonna take the |
| 19 | | activities and make them each individual and |
| 20 | | not use NCL as our, as as as our |
| 21 | | framework." She gets it. |
| 22 | PALATELLA: | [OV] She's a great kid. |
| 23 | SINGER: | And her mom, yeah and her mom's getting |
| 24 | | pissed. |

4

9163848802 2018-09-15 20-15-44 8171-001

| | | |
|---|---|---|
| 1 | PALATELLA: | Oh yeah. |
| 2 | SINGER: | I could see her getting pissed the whole |
| 3 | | time. Right. |
| 4 | PALATELLA: | [Laughter] I think she would be a fit with |
| 5 | | you by the way. |
| 6 | SINGER: | Right. I said, "listen, you gotta back off, |
| 7 | | you don't know anything. So back off, Maddie |
| 8 | | and I got it. If you want to sit here and |
| 9 | | listen the whole time. So by the time we are |
| 10 | | done after an hour and half, she's like, "I |
| 11 | | get it, it's yours. Just take it over." I'm |
| 12 | | like no shit Shakespeare. |
| 13 | PALATELLA: | Exactly. She she she's telling me how she |
| 14 | | was, I know him so well now, I know |
| 15 | | everything. I said, "Oh Gosh it's so great |
| 16 | | you've had so many meetings". And then it |
| 17 | | turns out she's met you once. I said, "and |
| 18 | | now, and now you need to leave the God damn |
| 19 | | room ok". |
| 20 | SINGER: | Yes. |
| 21 | PALATELLA: | You know, it's-- I can't, uhh I know and I |
| 22 | | said to her it's gonna be his show and not |
| 23 | | you. This was uh six weeks ago I was at the |
| 24 | | Houston airport, she was screaming so loud I |

USAO-VB-01720956

9163848802 2018-09-15 20-15-44 8171-001

| | | |
|---|---|---|
| 1 | | had to take it off speaker phone [laughter]. |
| 2 | SINGER: | [Laughter] |
| 3 | PALATELLA: | She said to me, that is the biggest, and |
| 4 | | you know she is a devout Mormon follower, but |
| 5 | | she is saying that's the biggest fucking |
| 6 | | bunch of bullshit I've ever heard in my life. |
| 7 | | I mean crazy, went ballistic. |
| 8 | SINGER: | I love it. |
| 9 | PALATELLA: | No one would ever do that and I know tons |
| 10 | | of people who work with him. And I said no |
| 11 | | you don't and if you do they're lying ok. |
| 12 | SINGER: | That's right [laughter]. |
| 13 | PALATELLA: | Everyone lies. One of my very best friends |
| 14 | | the Wilsons, ah [UI] Johnny are ... |
| 15 | SINGER: | Yeah I just talked to, I just talked to um |
| 16 | | them this morning. |
| 17 | PALATELLA: | They're, they're, and and I know I knew you |
| 18 | | were gonna work with the girls cause she told |
| 19 | | me. She's they, I said she's one of my best |
| 20 | | friends and when I said to her, "come on, |
| 21 | | what does it really cost?" I said, "I can't |
| 22 | | figure this out there is no way it's seven |
| 23 | | thousand dollars," she said to me, "you should |
| 24 | | talk to John I don't really know". Later I am |

USAO-VB-01720957

9163848802 2018-09-15 20-15-44 8171-001

| | | |
|---|---|---|
| 1 | | like oh, bullshit. You know nobody, no |
| 2 | | and I, so, so and Leslie's what, I mean, |
| 3 | | Leslie and I share a lot. So I said nobody's |
| 4 | | gonna tell you. I am trying to be your friend |
| 5 | | and be honest. She was screaming her head |
| 6 | | off, "who the hell does he think he is?". |
| 7 | | This is six weeks ago, ok? |
| 8 | SINGER: | Right. [laughter] |
| 9 | PALATELLA: | I said, she goes that's ridiculous we |
| 10 | | probably wouldn't even work with him then. I |
| 11 | | said and "he won't miss you, there is a line |
| 12 | | out the door, ok." |
| 13 | SINGER: | That's right [laughter]. |
| 14 | PALATELLA: | I am trying to be your friend here. |
| 15 | | [laughter] [UI] I'm telling you, this would |
| 16 | | have been like we should roast you at |
| 17 | | your 50th birthday or something. It was like |
| 18 | | oh my God I, I I swear if I played this every |
| 19 | | one of the people who knew you well would |
| 20 | | have been on the floor. |
| 21 | SINGER: | Oh, totally. |
| 22 | PALATELLA: | Oh my God, I'm like I am telling you what |
| 23 | | no one else is gonna tell you and you don't |
| 24 | | wanna believe me. No way I talked to her |

USAO-VB-01720958

```
9163848802 2018-09-15 20-15-44 8171-001
```

| | | |
|---|---|---|
| 1 | | boyfriend's parents. Oh good ok, I am sure |
| 2 | | they confided everything in you. |
| 3 | SINGER: | [OV] |
| 4 | PALATELLA: | So anyway and she-- |
| 5 | SINGER: | Let-Let me, let me grab this call with this |
| 6 | | young man. This is the kid who hasn't even |
| 7 | | applied anywhere and he's a senior -, |
| 8 | PALATELLA: | [OV] Go, go, go. |
| 9 | SINGER: | -and he hasn't even done- See you, ok, bye |
| 10 | | bye. |
| 11 | | |
| 12 | | End of Audio File |

USAO-VB-01720959