## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GREGORY COLBURN et al.,<br>Defendants | Case No. 1:19-cr-10080-NMG |

### DEFENDANT JOHN WILSON'S MOTION FOR LEAVE TO FILE UNDER SEAL A BRIEF OPPOSING NON-PARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S MOTION TO QUASH

Defendant John Wilson respectfully moves this Court for leave to file under seal his forthcoming opposition to the Motion to Quash trial subpoena filed by the University of Southern California. As with USC's motion (which the Court allowed to be filed under seal, Dkt. 2176), Defendant's opposition will include sensitive, confidential, and personally identifiable information. Accordingly, under Local Rule 7.2, Defendant asks that the Court grant leave to file under seal his opposition brief. Defendant will publicly file a redacted version of the brief and will provide the Government and USC's counsel unredacted copies of his opposition briefing.

Respectfully submitted,

*Counsel for John Wilson*

/s/ Michael Kendall
Michael Kendall (BBO #544866)
Lauren Papenhausen (BBO# 655527)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
lauren.papenhause@whitecase.com

1

Andrew Tomback (pro hac vice)
McLaughlin & Stern, LLP
260 Madison Avenue
 New York, NY 10016
Telephone: (212) 448-1100
ATomback@mclaughlinstern.com

Date: September 16, 2021

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1 AND 112.1**

The undersigned counsel hereby certifies that counsel for the Defendant have attempted to confer with counsel for the government and attempted in good faith to resolve or narrow the issues raised by this motion.  The government has not responded as to its position on this motion.

/s/ Michael Kendall
Michael Kendall

## **CERTIFICATE OF SERVICE**

I hereby certify that the above document is being filed on the date appearing in the header through the ECF system, which will send true copies to the attorneys of record.

/s/ Michael Kendall
Michael Kendall