**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GREGORY COLBURN et al.,<br>Defendants | Case No. 1:19-cr-10080-NMG |

**DEFENDANTS' MOTION FOR**
**LEAVE TO FILE UNDER SEAL A BRIEF OPPOSING**
**INTERVENORS' MOTION TO INTERVENE AND QUASH TRIAL SUBPOENAS**

    Defendants Gamal Abdelaziz and John Wilson respectfully move this Court for leave to file under seal their forthcoming opposition to the Motion to Intervene and Quash Trial Subpoenas filed by Alex Garfio, Alexandra Reisman (nee Bitterlin), and Scott Wandzilak. Defendants' opposition will include sensitive, confidential, and personally identifiable information. Accordingly, under Local Rule 7.2, Defendants ask that the Court grant leave to file under seal their opposition brief. Defendants will publicly file a redacted version of the brief and will provide the Government and the proposed intervenors' counsel unredacted copies of their opposition briefing.

1

Respectfully submitted,

By their counsel

| | |
|---|---|
| /s/ Michael Kendall<br>Michael Kendall (BBO #544866)<br>Lauren Papenhausen (BBO# 655527)<br>WHITE & CASE LLP<br>75 State Street<br>Boston, MA 02109-1814<br>Telephone: (617) 979-9310<br>michael.kendall@whitecase.com<br>lauren.papenhause@whitecase.com<br><br>Andrew Tomback (pro hac vice)<br>McLaughlin & Stern, LLP<br>260 Madison Avenue<br>New York, NY 10016<br>Telephone: (212) 448-1100<br>ATomback@mclaughlinstern.com<br><br>*Counsel for John Wilson* | /s/ Brian T. Kelly<br>Brian T. Kelly (BBO # 549566)<br>Joshua C. Sharp (BBO # 681439)<br>Lauren M. Maynard (BBO # 698742)<br>NIXON PEABODY LLP<br>53 State Street<br>Boston, MA 02109<br>(617) 345-1000<br>bkelly@nixonpeabody.com<br>jsharp@nixonpeabody.com<br>lmaynard@nixonpeabody.com<br><br>Robert Sheketoff (BBO # 457340)<br>One McKinley Square<br>Boston, MA 02109<br>(617)-367-3449<br><br>*Counsel for Gamal Abdelaziz* |

Date: September 16, 2021

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1 AND 112.1

The undersigned counsel hereby certifies that counsel for Defendants have attempted to confer with counsel for the government and attempted in good faith to resolve or narrow the issues raised by this motion. The government has not responded with its position on this motion.

                                                                                  */s/ Michael Kendall*<br>
                                                                                  Michael Kendall

## CERTIFICATE OF SERVICE

I hereby certify that the above document is being filed on the date appearing in the header through the ECF system, which will send true copies to the attorneys of record.

                                                                                 */s/ Michael Kendall*<br>
                                                                                  Michael Kendall