UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GAMAL ABDELAZIZ, et al, )<br>)<br>Defendants. ) | Case No. 19-CR-10080-NMG |

### AFFIDAVIT OF DAVID P. VAUGHN

1. I am an attorney at the Vaughn Law Offices, located at Two California Plaza, 350 S. Grand Ave., Suite 3550, Los Angeles, CA 90071.

2. I am a member of the bar in good standing of the State of California (admitted December 23, 1987). A Certificate of Standing from the State Bar of California is attached as Exhibit B.

3. I am not currently the subject of any disciplinary proceedings as a member of the bar.

4. I have not previously had a pro hac vice admission to this Court revoked for misconduct.

5. I have read and agree with the Local Rules of the United State District Court for the District of Massachusetts.

6. I have been retained, along with Glenn A. MacKinlay of McCarter & English, LLP, 265 Franklin Street, Boston, Massachusetts, to represent Alex Garfio, Alexandra Reisman (nee Bitterlin), Scott Wandzilak, Marko Pintaric, and Kurt Schuette in connection with their Motions to Intervene and Quash Subpoenas in this matter.

Signed under the penalties of perjury this 15th day of September, 2021.

*David P. Vaughn*

David P. Vaughn