# Exhibit A
(Under Seal)

# Exhibit B

(Under Seal)

# Exhibit C
(Under Seal)

# Exhibit D
(Under Seal)