# Exhibit A

(Under Seal)

# Exhibit B

(Under Seal)



# Exhibit C
(Under Seal)



# Exhibit D

(Under Seal)



# Exhibit E

(Under Seal)

# Exhibit F

(Under Seal)