UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | Case No. 1:19-cr-10080-NMG |

**DEFENDANT JOHN WILSON'S FOURTH AMENDED EXHIBIT LIST**

Defendant John Wilson respectfully submits the attached list of potential exhibits to be used in Wilson's case-in-chief at trial. *See* Exhibit A. The attached list updates the amended exhibit list that Wilson submitted in ECF No. 2166 to include additional exhibits. Wilson reserves the right to introduce or use some or all of the documents listed in Exhibit A at trial based on the evidence, witnesses, and testimony at trial. By including documents on his exhibit list, Wilson does not concede and reserves his objection to the admissibility of these documents in the government's case. Wilson reserves the right to use exhibits in the exhibit lists of the government as well as other defendants who submitted exhibit lists in this matter, even if such defendants are no longer part of the trial. Wilson further reserves the right to supplement this list with notice to the government, including if the government fails to call a witness on its witness list.

Respectfully submitted,

*Counsel to John Wilson,*

| | |
|---|---|
| /s/ Michael Kendall | |
| Michael Kendall (BBO # 544866) | Andrew E. Tomback (pro hac vice) |
| Lauren M. Papenhausen (BBO # 655527) | MCLAUGHLIN & STERN, LLP |
| WHITE & CASE LLP | 260 Madison Avenue |
| 75 State Street | New York, NY 10016 |
| Boston, MA 02109-1814 | (212) 448-0066 |
| (617) 979-9310 | atomback@mclaughlinstern.com |
| michael.kendall@whitecase.com | |
| lauren.papenhausen@whitecase.com | |

Dated: September 16, 2021

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was filed electronically on September 16, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

/s/ Michael Kendall
Michael Kendall