## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Criminal No.: 19-10080-NMG** |
| | **)** | |
| **GAMAL ABDELAZIZ,** *et al.*, | **)** | |
| | **)** | |
| **Defendants** | **)** | |

## NOTICE OF APPEARANCE

Please enter and add the appearance of Assistant United States Attorney Donald C.

Lockhart as counsel for the United States of America in the above-captioned action.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ Donald C. Lockhart*
DONALD C. LOCKHART
Assistant United States Attorney
Chief, Appeals Unit
One Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Donald C. Lockhart*
DONALD C. LOCKHART

Dated: September 17, 2021