# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>GAMAL ABDELAZIZ, et al,<br><br>    Defendants. | Case No. 19cr10080-NMG-4; 9cr10080-NMG-17 |

## NOTICE OF APPERANCE

Please enter my appearance as counsel on behalf of non-party Ron Crawford in the above-captioned matter.

Dated: September 20, 2021

                                                      Respectfully submitted,

                                                      /s/ Kristyn DeFilipp
                                                    Kristyn DeFilipp
                                                    Foley Hoag LLP
                                                    Seaport World Trade Center West
                                                    155 Seaport Boulevard
                                                    Boston, MA 02210
                                                    617-832-1000
                                                    KBunceDeFilipp@foleyhoag.com

                                                    */s/ Laura D. Gradel*
                                                    Foley Hoag LLP
                                                    Seaport World Trade Center West
                                                    155 Seaport Boulevard
                                                    Boston, MA 02210
                                                    617-832-1000
                                                    lgradel@foleyhoag.com

                                                    *Counsel for Ron Crawford*

1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on September 20, 2021.

/s/ Laura D. Gradel