# EXHIBIT B

**Transcript of Exhibit 591**

9163848802 2018-10-27 17-13-18 10823-001

1    **Call Date:** 2018-10-27

2    **Call Duration:** 05:23

3    **Call Begin:** 17:13:18

4    **Call Participants:**

5         JOHN WILSON

6         RICK SINGER

7    **File Name:** 9163848802 2018-10-27 17-13-18 10823-001.wav

8

9

10   SINGER:   John, how are ya?

11   WILSON:   Hey, Rick, I'm OK.  I'm here in a big rainstorm in

12             Saudi Arabia.  [laughter]

13   SINGER:   In Saudi Arabia?

14   WILSON:   Unusual.  Yeah, I'm in Dammam.

15   SINGER:   I didn't -- I didn't know that they, uh, had

16             storms like that in the desert.

17   WILSON:   I know.   It's very unusual.  Very strange, yeah.

18             [IA] all this lightning.  It was crazy. Anyway,

19             now I'm in the car. We're heading out so I had a

20             little free time.

21   SINGER:   OK.

22   WILSON:   [OV] What's happening?

23   SINGER:   So I had a conversation with the Stanford sailing

24             coach and, um, so I just gave the Stanford

1

*EK 9/7/21*

USAO-VB-01720604

9163848802 2018-10-27 17-13-18 10823-001

| | | |
|---|---|---|
| 1 | | sailing coach 160,000 for his program and while |
| 2 | | we were having that conversation I said, "Hey, |
| 3 | | I'm hoping that this 160 that I'm helping you |
| 4 | | with helps secure, um, a spot for next year. Can |
| 5 | | I be guaranteed a spot for next year?" And he |
| 6 | | said, um, "Yes." |
| 7 | WILSON: | That's all it takes? |
| 8 | SINGER: | So -Uh, no, no, no, no.  That's not all it takes. |
| 9 | | [laughter] |
| 10 | WILSON: | OK.  [laughter] |
| 11 | SINGER: | This is not TJ Maxx or Marshall's or somethin' |
| 12 | | like that. So, um - |
| 13 | WILSON: | Right. |
| 14 | SINGER: | So essentially if you're -- um, I wanted you to |
| 15 | | have first dibs, like I told you. So if you want I |
| 16 | | can provide John Vandemoer, um, -- which I'm gonna |
| 17 | | essentially send John directly the check to the |
| 18 | | coach. I can send him your 500,000 that you wired |
| 19 | | into my account to secure the spot for one of your |
| 20 | | girls. Um, I asked him for a second spot in |
| 21 | | sailing and he said he can't do that because he |
| 22 | | has to actually recruit some real sailors so that |
| 23 | | Stanford doesn't – |
| 24 | WILSON: | [laughter] |

2

USAO-VB-01720605

9163848802 2018-10-27 17-13-18 10823-001

1  SINGER:  -- catch on.

2  WILSON:  Right.

3  SINGER:  OK.  So –

4  WILSON:  Yeah, no. He's got to –

5  SINGER:  -- Stanford –

6  WILSON:  -- actually have some sailors. Yeah.

7  SINGER:  Yeah. So that Stanford doesn't catch on to what

8         he's doing.

9  WILSON:  Right.

10  SINGER:  So – Um, and I -- that doesn't mean I'm not gonna

11        pursue other Stanford coaches, um, and to be frank

12        with you, it doesn't matter if, um, it's one of

13        the girls who's not a sailor. I can still put her

14        as a sailor. Or, obviously, the one that is, I can

15        -- I'll mark that she's a sailor 'cause she is,

16        but not at the level in which she can sail at

17        Stanford.

18  WILSON:  Right, right.

19  SINGER:  I just need to know if you want me to go forward

20        and secure that spot.

21  WILSON:  Yeah, that's what I need to think about that. I

22        know the girls were looking at, you know, Harvard

23        and Stanford, are their two -- you know, two tops.

24        Anything on Harvard?

3

9163848802 2018-10-27 17-13-18 10823-001

```
1                So if we did that, we're then precluded -- you

2                know, you've gone [IA] path already.

3    SINGER:     So we're not --

4    WILSON:     You're saying once you do this you're committed

5                down that path?

6    SINGER:     Well, that's what I'm trying to get. I'm trying to

7                get -- that you got one and then I'm gonna go

8                after the other one, others at Stanford. I don't

9                -- you know, obviously I just started here 'cause

10               I already have that relationship with the sailing

11               coach and I've already –

12   WILSON:     [OV] Yeah.

13   SINGER:     -- given him 160,000. That doesn't mean I'm not

14               going to go after Harvard, as well, and I

15               probably am gonna go after Harvard for one spot

16               or two spots but I just haven't been there yet

17               'cause it's too early.

18   WILSON:     Right. So what -- uh, [UI] so is it, uh, you're

19               committed once you make this call, you're saying?

20   SINGER:     Excuse me?

21   WILSON:     Would we be committed?   Because I don't even –

22               you know, the girls haven't even been out there

23               yet to look at it yet.

24   SINGER:     [OV] No, so...
```

4

USAO-VB-01720607

9163848802 2018-10-27 17-13-18 10823-001

```
1    WILSON:    How does that work?

2    SINGER:    No. So let's -- I'll -- let -- you know,

3               let me have a discussion with the coach to say

4               when I have to have the commitment from you guys.

5    WILSON:    OK.

6    SINGER:    'Cause that would tell you if you guys needed to

7               be out there to visit or are you just gonna take

8               the spot now or do we have time?

9    SINGER:    I'll get back to you on that. I just want to make

10              sure, you know, I'm working on it for ya and that

11              I got the spot. I just need to know if that's

12              what you want me to do and I'll -- and I'll work

13              on the rest of it over the next day or two to

14              figure out what the next parameters are. And then

15              I'll text you and you can call me from, you know,

16              the Nile with Moses and Cleopatra and whatever

17              you want.

18   WILSON:    [laughter] OK. I'll be here, then I'll be in Abu

19              Dhabi and Dubai later in the week and then France

20              after that. All right. Um, what about the timing?

21              Anything-- any news on the Harvard side?

22   SINGER:    I'm just working on the Harvard side now.

23   WILSON:    Is that likely to be in the next few weeks, too.

24              'Cause I thought we had until spring on some of
```

5

USAO-VB-01720608

9163848802 2018-10-27 17-13-18 10823-001

```
1              that.

2    SINGER:   We do, we do.  But I -- but I -- you know, I first

3              got to worry about my kids for this year. But

4              because you --

5    WILSON:   Yeah.

6    SINGER:   -- provided me the money and I already was on the

7              phone with them, I'm thinkin' about you guys

8              first.

9    WILSON:   Oh, OK, great. That's always nice of you. I

10             appreciate that.

11   SINGER:   OK.  So I will --

12   WILSON:   [OV] All right.

13   SINGER:   --get back to you on the questions you had, but

14             just wanted to pose this to you now.

15   WILSON:   Right. So, it sounds great. Appreciate it.

16   SINGER:   OK? So I'll get back to you-

17   WILSON:   [OV] All right.

18   SINGER:   - or I'll text you.

19   WILSON:   OK, super.

20   SINGER:   OK, John.

21   WILSON:   Thank you.

22   SINGER:   Take care.

23   WILSON:   Take care

24   SINGER:   OK, bye-bye.
```

6

USAO-VB-01720609

9163848802 2018-10-27 17-13-18 10823-001

END OF AUDIO FILE

USAO-VB-01720610