UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

UNITED STATES OF AMERICA,

-against-                                                                                               Criminal No. 1:19-cr-10080-NMG

GREGORY COLBURN, ET AL,

     Defendants.

------------------------------------------------------------x

### ASSENTED-TO MOTION FOR LEAVE TO FILE FIVE-PAGE REPLY MEMORANDUM IN SUPPORT OF NON-PARTY NEWS MEDIA'S MOTION TO INTERVENE AND FOR ACCESS TO PROCEEDINGS

Pursuant to Local Rule 7.1(B)(3), Non-Parties Dow Jones & Company, publisher of *The Wall Street Journal*, Boston Globe Media Partners, LLC, The Associated Press, and Bloomberg LP (collectively, the "News Media Intervenors") respectfully move this Court for an order granting them leave to file a reply memorandum not to exceed five (5) pages in further support of their motion to intervene in this matter for the limited purpose of seeking public access to all proceedings in this matter, including *voir dire* (Dkt. 2209).

As grounds for this motion, News Media Intervenors state that the Government's Opposition relies heavily on the First Circuit's decision in *Wilder v. United States*, 806 F.3d 653 (1st Cir. 2015) -- a case that the Government contends is "closely-on-point" and which was not addressed by News Media Intervenors. *See* Dkt. 2233. *Wilder* was not addressed in the News Media Intervenors motion because it focuses on the Sixth Amendment public trial right, rather than the First Amendment and common law rights of access to court proceedings. News Media Intervenors seek leave to respond substantively to the Government's reliance on *Wilder* and to address other misconceptions about the right of public access to Court proceedings contained in the Government's opposition.

News Media Intervenors respectfully submit that a reply memorandum is appropriate under these circumstances to provide it with a full and fair opportunity to respond to the Government's position. A reply will also aid the Court with further discussion of the substantive constitutional issues. For the foregoing reasons, News Media Intervenors respectfully request that this Court enter an order granting it leave to file a reply memorandum not to exceed five (5) pages in length.

The Government has informed counsel for the News Media Intervenors that it assents to this motion.

        Respectfully submitted,

        HOLLAND & KNIGHT LLP

        /s/ Jeremy M. Sternberg
        Jeremy M. Sternberg (BBO #556566)
        Gordon P. Katz (BBO #261080)
        10 St. James Avenue
        Boston, MA 02116
        (617) 523-2700
        jeremy.sternberg@hklaw.com
        gordon.katz@hklaw.com

        Christine Walz
        31 West 52nd Street
        New York, NY 10019
        Phone: (212) 513-3368
        Fax:  (212) 385-9010
        Christine.walz@hkaw.com

        *Counsel for News Media Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2021, I filed a copy of the foregoing via the Court's ECF system, which served a copy on all counsel of record.

/s/ Jeremy M. Sternberg
Jeremy M. Sternberg (BBO #556566)

#150560739_v2