# EXHIBIT A

**You have heard evidence regarding Loyola High School tuition payments relating to Jovan Vavic. I caution you that this evidence is being offered solely as it relates to an overall relationship between Rick Singer and Jovan Vavic. There is no suggestion, and you should not in any way understand this evidence to suggest, that any high school tuition payments made by Rick Singer were provided in connection with Johnny Wilson's admission to USC. There also is no suggestion, and you should not in any way understand this evidence to suggest, that John Wilson had any knowledge of any high school tuition payments made by Rick Singer in connection with Jovan Vavic.**

# EXHIBIT B

**Evidence regarding other parents or alleged co-conspirators should be considered by you only to the extent you find it bears on the nature, scope, and operation of the alleged conspiracy. Such evidence is NOT evidence of the Defendants' intent.**

**Proof that the defendants willfully joined a conspiracy must be based upon evidence of their own words and/or actions.**