UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>GAMAL ABDELAZIZ *et al.*,     )<br>)<br>Defendants    ) | Criminal No.: 19-10080-NMG |

## GOVERNMENT'S MOTION FOR LEAVE TO REPLY
## IN OPPOSITION TO DEFENDANTS' MOTION FOR LIMITING INSTRUCTIONS

The government respectfully moves for leave to file a reply brief of approximately two pages in opposition to the defendants' motion for limiting instructions, in order to respond to the legal and factual contentions in the defendants' opposition brief. A copy of the government's reply is appended to this motion and will be filed separately should the Court grant this motion.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:   */s/ Stephen E. Frank*
JUSTIN D. O'CONNELL
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
STEPHEN E. FRANK
IAN STEARNS
Assistant United States Attorneys

Date: September 21, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF.

*/s/ Stephen E. Frank*
Stephen E. Frank
Assistant United States Attorney

Date: September 21, 2021