## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :
                          Plaintiff,                       :
                                                           :
        -against-                                          :   Criminal No. 1:19-cr-10080-NMG
                                                           :
GREGORY COLBURN, ET AL,                                    :
                                                           :
                          Defendant.                       :
                                                           :
-----------------------------------------------------------x
```

### NONPARTIES AL CHECCIO, LAUREN WHITTAM, RAY GONZALES, AND TRACEY VRANICH'S MOTION FOR LEAVE TO INTERVENE AND QUASH TRIAL SUBPOENAS FOR TESTIMONY (PARTIALLY) UNDER SEAL

Al Checcio, Lauren Whittam, Ray Gonzales, and Tracey Vranich (collectively the "USC Employees"), by and through their undersigned counsel, hereby move to file a redacted version of their Motion to Intervene to Quash a trial subpoena issued by counsel for Defendants John Wilson and Gamal Abdelaziz.

As grounds for this Motion, counsel for USC Employees states that a portion of the motion contains sensitive and personal health information that should not be placed in the public record.

For this reason, the USC respectfully request leave of the Court to file their unredacted motion under seal with a partially redacted version filed in the public record.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Counsel for the USC Employees hereby certifies that counsel for the USC Employees attempted to meet and confer with counsel for John Wilson but was unable to do so.

        Respectfully submitted,

        AL CHECCIO, LAUREN WHITTAM, RAY GONZALES, TRACEY VRANICH

        By their attorneys,

        */s/ Debra Wong Yang*
        Debra Wong Yang (Admitted *Pro Hac Vice*)
        Douglas M. Fuchs (Admitted *Pro Hac Vice*)
        GIBSON DUNN & CRUTCHER LLP
        333 South Grand Avenue
        Los Angeles, CA 90071-3197
        (213)229-7000
        dwongyang@gibsondunn.com
        dfuchs@gibsondunn.com

        */s/ Anthony E. Fuller*
        Anthony E. Fuller (BBO #633246)
        William H. Kettlewell (BBO# 270320)
        Elizabeth C. Pignatelli (BBO #677923)
        HOGAN LOVELLS US LLP
        125 High St., Suite 2010
        Boston, MA  02110
        (617) 371-1000
        anthony.fuller@hoganlovells.com
        bill.kettlewell@hoganlovells.com
        elizabeth.pignatelli@hoganlovells.com

Dated: September 23, 2021

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 23, 2021.

        */s/ Anthony E. Fuller*
        Anthony E. Fuller