## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
:
UNITED STATES OF AMERICA, :
:
               Plaintiff, :
:
   -against- : Criminal No. 1:19-cr-10080-NMG
:
GREGORY COLBURN, ET AL, :
:
               Defendant. :
:
:
------------------------------------------------------------x

### NONPARTY UNIVERSITY OF SOUTHERN CALIFORNIA'S MOTION FOR LEAVE TO FILE REPLY BRIEF

Nonparty University of Southern California ("USC") hereby moves the Court for leave to file a Reply Brief in Support of its Motion to Quash the trial subpoena issued by Defendant Wilson, in the above-captioned matter (the "Motion to Quash" (Dkt. 2177)).

In support of this Motion, USC states that it wishes to respond to certain arguments and assertions contained in Wilson's Opposition to the Motion to Quash in order to narrow and focus the issues before the Court. USC's reply brief is attached hereto as **Exhibit A**.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Counsel for USC hereby certifies that counsel for USC attempted to meet and confer with counsel for John Wilson but was unable to do so.

Respectfully submitted,
UNIVERSITY OF SOUTHERN CALIFORNIA,
By its attorneys,

*/s/ Debra Wong Yang*
Debra Wong Yang (Admitted *Pro Hac Vice*)
Douglas M. Fuchs (Admitted *Pro Hac Vice*)
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213)229-7000
dwongyang@gibsondunn.com
dfuchs@gibsondunn.com


*/s/ Anthony E. Fuller*
Anthony E. Fuller (BBO #633246)
William H. Kettlewell (BBO# 270320)
Elizabeth C. Pignatelli (BBO #677923)
HOGAN LOVELLS US LLP
125 High St., Suite 2010
Boston, MA  02110
(617) 371-1000
anthony.fuller@hoganlovells.com
bill.kettlewell@hoganlovells.com
elizabeth.pignatelli@hoganlovells.com

Dated: September 23, 2021

## CERTIFICATE OF SERVICE

I, hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 23, 2021.

*/s/ Anthony E. Fuller*
Anthony E. Fuller