# EXHIBIT A

**Coe-Odess, Matt**

---

| | |
|---|---|
| **From:** | Kendall, Michael <michael.kendall@whitecase.com> |
| **Sent:** | Tuesday, September 14, 2021 12:08 PM |
| **To:** | Fuchs, Douglas; Coe-Odess, Matt; Fuller, Anthony |
| **Cc:** | Andrew Tomback; Papenhausen, Lauren; Chu, Yanbing |
| **Subject:** | RE: USC Subpoena |


**[WARNING: External Email]**

==Either 1) USC provides us with a written certification that both we and the Court finds acceptable for admission and the wording meets with our approval before it is signed, or 2) I will subpoena a witness to give us the testimony.  Please let me know your choice by 5 pm PT today.==  If we have to serve the GC's office with a subpoena tomorrow, we will insist on live testimony.

**Michael Kendall**  |  Partner
T  +1 617 979 9310      M  +1 617 905 8206      E  michael.kendall@whitecase.com
White & Case LLP  |  75 State Street | Boston, MA 02109-1814

**From:** Fuchs, Douglas <DFuchs@gibsondunn.com>
**Sent:** Tuesday, September 14, 2021 11:09 AM
**To:** Kendall, Michael <michael.kendall@whitecase.com>; Coe-Odess, Matt <mcoe@gibsondunn.com>; Fuller, Anthony <anthony.fuller@hoganlovells.com>
**Cc:** Andrew Tomback <atomback@mclaughlinstern.com>; Papenhausen, Lauren <lauren.papenhausen@whitecase.com>; Chu, Yanbing <y.chu@whitecase.com>
**Subject:** RE: USC Subpoena

We informed you the information for 3 was publicly available and you accepted that.  USC has no documents for 4 and 5.  We are unaware of any authority that requires USC to provide a certification in response to 7, let alone the certification you have provided, which we believe is misleading.  Finally, because USC has no responsive documents, we do not believe USC needs to provide anything in response to Request 6.


**Douglas Fuchs**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7605 • Fax +1 213.229.6605
DFuchs@gibsondunn.com • www.gibsondunn.com

---

**From:** Kendall, Michael <michael.kendall@whitecase.com>
**Sent:** Monday, September 13, 2021 6:58 PM
**To:** Fuchs, Douglas <DFuchs@gibsondunn.com>; Coe-Odess, Matt <mcoe@gibsondunn.com>
**Cc:** Andrew Tomback <atomback@mclaughlinstern.com>; Papenhausen, Lauren <lauren.papenhausen@whitecase.com>; Chu, Yanbing <y.chu@whitecase.com>
**Subject:** USC Subpoena

**[WARNING: External Email]**

1

The return date of the subpoena was September 8, 2021.  I believe your motion to quash only addressed items 1 and 2 of the subpoena.  The other materials are overdue.  Will you produce them forthwith or do we need to seek relief from the Court.  Please respond by noon ET on Tuesday.

**Michael Kendall** | Partner
T  +1 617 979 9310     M  +1 617 905 8206     E  michael.kendall@whitecase.com
White & Case LLP  |  75 State Street | Boston, MA 02109-1814
**WHITE & CASE**

==========================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 617 979 9300. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


==========================================================================

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

==========================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 617 979 9300. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


==========================================================================