UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GAMAL ABDELAZIZ and JOHN WILSON,<br>Defendants.<br><br>Defendant. | )<br>)<br>)<br>)  CRIMINAL ACTION<br>)  NO. NO. 19-10080-NMG<br>)<br>)<br>) |

**MOTION OF BOSTON GLOBE MEDIA PARTNERS, LLC TO INTERVENE AND FOR ORDER ALLOWING PUBLIC ACCESS TO TRANSCRIPTS OF AUDIO RECORDINGS PROVIDED TO JURY**

Boston Globe Media Partners, LLC, publisher of the Boston Globe newspaper (the "Globe"), respectfully moves to intervene in this case for the limited purpose of moving for an order allowing public access to transcripts of audio recordings provided to the jury in this case.

In support of its motion, the Globe relies upon its memorandum of law filed herewith. *See also In re Boston Herald, Inc.*, 321 F.3d 174, 177 (1st Cir. 2003) (noting intervention of media in criminal case for purpose of pursuing access request); *In re Globe Newspaper Co.*, 729 F.2d 47, 50 n.2 (1st Cir. 1984) ("Some courts have held that media representatives may challenge closure orders by appeal if they first intervene in the underlying action.").

WHEREFORE, movant respectfully requests that the Court grant its motion to intervene and for public access to transcripts of audio recordings provided to the jury in this case.



DB3/ 204017538.1

Respectfully submitted,

**BOSTON GLOBE MEDIA PARTNERS, LLC**

By its attorneys,

*/s/ Jonathan M. Albano*
Jonathan M. Albano BBO #013850
jonathan.albano@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
One Federal Street
Boston, MA 02110-1726
Phone: 617-951-8000
Fax:    617-951-8736

Dated: September 24, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September 2021, I filed a copy of the foregoing with the Clerk's Office and understand that it will be loaded into the Court's ECF system resulting in service to all registered parties. In addition, I have today sent a copy of this motion via email to the following lead counsel representing a party in the pending trial: Stephen Frank on behalf of the government at stephen.frank@usdoj.gov; Michael Kendall on behalf of John Wilson at michael.kendall@whitecase.com; and Brian Kelly on behalf of Gamal Abdelaziz at bkelly@nixonpeabody.com.

*/s/ Jonathan M. Albano*
Jonathan M. Albano