7:54 

**Katie Cedrone, Liz ... (3)**
3 recipients

MMS 9:30 AM

MMS 9:30 AM — That's great, thanks Rick

**Rick2**

Thx
MMS 9:31 AM

MMS 10:58 AM — The dial in for the Macy call today at 11:15 is... ▇▇▇ Participant code is ▇▇▇

Tuesday, November 13, 2018

**Liz Keating**

I'm done calling people and making them cry
MMS 8:44 AM

Thursday, November 15, 2018

**Rick2**



