UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No.: 19-10080-NMG |
| | ) |
| DAVID SIDOO, *et. al.*, | ) **Leave to File Sur-Reply** |
| | ) **Granted on April 14, 2020** |
| | ) |
| Defendants | ) |

**GOVERNMENT'S SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS INDICTMENT OR, IN THE ALTERNATIVE, FOR SUPPRESSION OF EVIDENCE AND FOR DISCOVERY AND AN EVIDENTIARY HEARING (DKT. 971)**

United States District Court
District of Massachusetts

**TRIAL EXHIBIT**

**1563A**

Case No. __19-CR-10080-NMG__

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████ The government was not attempting to build a case that the parents understood Heinel to be personally pocketing money, and the government has never alleged that. ████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

7



        Respectfully submitted,

        ANDREW E. LELLING
        United States Attorney

By:    */s/ Stephen E. Frank*
        Karin M. Bell
        Stephen E. Frank
        Assistant United States Attorneys

10

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                       */s/ Stephen E. Frank*
                                       Stephen E. Frank
                                       Assistant United States Attorney