## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GREGORY COLBURN et al.,<br>Defendants | Case No. 1:19-cr-10080-NMG |

## DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL (1) OFFER OF PROOF AND (2) MOTION TO ADMIT

Defendants Gamal Abdelaziz and John Wilson respectfully move this Court for leave to file under seal (1) the exhibits to their forthcoming Offer of Proof for Evidence Excluded in the Examination of Rebecca Chassin and (2) their forthcoming Motion to Admit Extrinsic Evidence for Impeachment of Pat Haden, Alex Garfio, and Timothy Brunold and its accompanying exhibits. Defendants' exhibits to their offer of proof and their motion to admit and its exhibits will include sensitive, confidential, and personally identifiable information about USC students. Accordingly, under Local Rule 7.2, Defendants ask that the Court grant leave to file under seal the above-referenced filings. Defendants will publicly file the offer of proof and a redacted version of the motion to admit, and so that the relevance is clear, will provide the Court and Government with unredacted copies of their filings and sealed versions of their accompanying exhibits.

1

Respectfully submitted,

By their counsel

| | |
|---|---|
| /s/ *Lauren Papenhausen* <br> Lauren Papenhausen (BBO# 655527) <br> Michael Kendall (BBO #544866) <br> WHITE & CASE LLP <br> 75 State Street <br> Boston, MA 02109-1814 <br> Telephone: (617) 979-9310 <br> michael.kendall@whitecase.com <br> lauren.papenhause@whitecase.com <br><br> Andrew Tomback (pro hac vice) <br> McLaughlin & Stern, LLP <br> 260 Madison Avenue <br> New York, NY 10016 <br> Telephone: (212) 448-1100 <br> ATomback@mclaughlinstern.com <br><br> *Counsel for John Wilson* | /s/ *Brian T. Kelly* <br> Brian T. Kelly (BBO # 549566) <br> Joshua C. Sharp (BBO # 681439) <br> Lauren M. Maynard (BBO # 698742) <br> NIXON PEABODY LLP <br> 53 State Street <br> Boston, MA 02109 <br> (617) 345-1000 <br> bkelly@nixonpeabody.com <br> jsharp@nixonpeabody.com <br> lmaynard@nixonpeabody.com <br><br> Robert Sheketoff (BBO # 457340) <br> One McKinley Square <br> Boston, MA 02109 <br> (617)-367-3449 <br><br> *Counsel for Gamal Abdelaziz* |

Date: September 27, 2021

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1 AND 112.1

The undersigned counsel hereby certifies that counsel for Defendants have conferred with counsel for the government and attempted in good faith to resolve or narrow the issues raised by this motion. The government assents to Defendants' request to file under seal.

*/s/ Lauren Papenhausen*
Lauren Papenhausen

## CERTIFICATE OF SERVICE

I hereby certify that the above document is being filed on the date appearing in the header through the ECF system, which will send true copies to the attorneys of record.

*/s/ Lauren Papenhausen*
Lauren Papenhausen

2