**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
-----------------------------------------------------------x
                                                           :
UNITED STATES OF AMERICA,                                  :
                                                           :
                          Plaintiff,                       :
                                                           :
         -against-                                         :   Criminal No. 1:19-cr-10080-NMG
                                                           :
GREGORY COLBURN, ET AL,                                    :
                                                           :
                          Defendant.                       :
                                                           :
-----------------------------------------------------------x
```

**NONPARTIES USC'S MOTION FOR LEAVE TO FILE ITS MOTION TO QUASH RECORD-KEEPER SUBPOENAS (PARTIALLY) UNDER SEAL**

Nonparty University of Southern California ("USC"), by and through its undersigned counsel, hereby moves to file a redacted version of its Motion to Intervene to Quash Record Keeper Subpoenas issued by Defendants John Wilson and Gamal Abdelaziz. As grounds for this Motion, USC states that the motion refers to currently sealed matters in this case.

Accordingly, USC requests leave of the Court to file its unredacted motion under seal with a partially redacted version filed in the public record.

        Respectfully submitted,

        THE UNIVERSITY OF SOUTHERN CALIFORNIA

        By its attorneys,

        */s/ Debra Wong Yang*
        Debra Wong Yang (Admitted *Pro Hac Vice*)
        Douglas M. Fuchs (Admitted *Pro Hac Vice*)
        GIBSON DUNN & CRUTCHER LLP
        333 South Grand Avenue
        Los Angeles, CA 90071-3197
        (213)229-7000
        dwongyang@gibsondunn.com
        dfuchs@gibsondunn.com

/s/ Anthony E. Fuller
Anthony E. Fuller (BBO #633246)
William H. Kettlewell (BBO# 270320)
Elizabeth C. Pignatelli (BBO #677923)
HOGAN LOVELLS US LLP
125 High St., Suite 2010
Boston, MA  02110
(617) 371-1000
anthony.fuller@hoganlovells.com
bill.kettlewell@hoganlovells.com
elizabeth.pignatelli@hoganlovells.com

Dated: September 27, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 27, 2021.

/s/ Anthony E. Fuller
Anthony E. Fuller