# EXHIBIT A

**VERDICT FORM**

1.      Do you, the jury, find unanimously that the government has proven beyond a reasonable doubt that the Defendant at issue is guilty of conspiracy to commit mail fraud, wire fraud, honest services mail fraud, and honest services wire fraud, as alleged in Count One of the Indictment?

|  | **NOT GUILTY** | **GUILTY** |
|---|---|---|
| Gamal Abdelaziz | _____ | _____ |
| John Wilson | _____ | _____ |

2.      Do you, the jury, find unanimously that the government has proven beyond a reasonable doubt that the Defendant at issue is guilty of conspiracy to commit federal programs bribery, as alleged in Count Two of the Indictment?

|  | **NOT GUILTY** | **GUILTY** |
|---|---|---|
| Gamal Abdelaziz | _____ | _____ |
| John Wilson | _____ | _____ |

3.      Do you, the jury, find unanimously that the government has proven beyond a reasonable doubt that Defendant John Wilson is guilty of wire fraud and honest services wire fraud, in connection with the wiring of funds from Hyannis Port Capital, Inc. to the Key Worldwide Foundation on October 17, 2018, as alleged in Count Six of the Indictment?

|  | **NOT GUILTY** | **GUILTY** |
|---|---|---|
| John Wilson | _____ | _____ |

*Please proceed to the next page.*

4.	Do you, the jury, find unanimously that the government has proven beyond a reasonable doubt that Defendant John Wilson is guilty of wire fraud and honest services wire fraud, in connection with the telephone call between Mr. Wilson and Rick Singer on October 27, 2018, as alleged in Count Eight of the Indictment?

|  | **NOT GUILTY** | **GUILTY** |
|---|---|---|
| John Wilson | _____ | _____ |

5.	Do you, the jury, find unanimously that the government has proven beyond a reasonable doubt that Defendant John Wilson is guilty of wire fraud and honest services wire fraud, in connection with the wiring of funds from Hyannis Port Capital, Inc. to the Key Worldwide Foundation on December 11, 2018, as alleged in Count Nine of the Indictment?

|  | **NOT GUILTY** | **GUILTY** |
|---|---|---|
| John Wilson | _____ | _____ |

6.	Do you, the jury, find unanimously that the government has proven beyond a reasonable doubt that Defendant John Wilson is guilty of federal programs bribery, in connection with the wiring of funds from Hyannis Port Capital, Inc. to the Key Worldwide Foundation on October 17, 2018, as alleged in Count Eleven of the Indictment?

|  | **NOT GUILTY** | **GUILTY** |
|---|---|---|
| John Wilson | _____ | _____ |

*Please proceed to the next page.*

      7.      Do you, the jury, find unanimously that the government has proven beyond a reasonable doubt that Defendant John Wilson is guilty of federal programs bribery, in connection with the wiring of funds from Hyannis Port Capital, Inc. to the Key Worldwide Foundation on December 11, 2018, as alleged in Count Twelve of the Indictment?

|  | **NOT GUILTY** | **GUILTY** |
|---|---|---|
| John Wilson | _____ | _____ |

      8.      Do you, the jury, find unanimously that the government has proven beyond a reasonable doubt that Defendant John Wilson is guilty of willfully filing a false tax return, as alleged in Count Thirteen of the Indictment?

|  | **NOT GUILTY** | **GUILTY** |
|---|---|---|
| John Wilson | _____ | _____ |

*There are no more questions. Please alert the courtroom deputy that you have completed the verdict form.*

I hereby certify that the answer to each one of the above questions is unanimous.

_____
Jury Foreperson

Dated:_____