UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GAMAL ABDELAZIZ, *et al.*, )<br>)<br>)<br>Defendants )  | Criminal No.: 19-10080-NMG |

## GOVERNMENT'S PROPOSED VERDICT FORM

Pursuant to Fed. R. Crim. P. 31 and the Court's pre-trial order, the government respectfully submits the enclosed proposed jury verdict form.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ Ian J. Stearns*
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
STEPHEN E. FRANK
IAN J. STEARNS
Assistant United States Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: September 27, 2021         */s/ Ian J. Stearns*
                                                    IAN J. STEARNS