# **EXHIBIT A**

GOVERNMENT'S PROPOSED VERDICT FORM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                        )  Criminal No.: 19-10080-NMG<br>)<br>GAMAL ABDELAZIZ, *et al.*,     )<br>)<br>)<br>    Defendants            ) | |

## **VERDICT FORM**

**I.   WE THE JURY, AS TO DEFENDANT <u>GAMAL ABDELAZIZ</u>, UNANIMOUSLY FIND:**

A. As to Count One, the charge of conspiracy to commit mail fraud (18 U.S.C. § 1349):

_____ Not Guilty          _____ Guilty

B. As to Count One, the charge of conspiracy to commit wire fraud (18 U.S.C. § 1349):

_____ Not Guilty          _____ Guilty

C. As to Count One, the charge of conspiracy to commit honest services mail fraud (18 U.S.C. § 1349):

_____ Not Guilty          _____ Guilty

D. As to Count One, the charge of conspiracy to commit honest services wire fraud (18 U.S.C. § 1349):

_____ Not Guilty          _____ Guilty

E. As to Count Two, the charge of conspiracy to commit federal programs bribery (18 U.S.C. § 371):

_____ Not Guilty          _____ Guilty

2

**II.     WE THE JURY, AS TO DEFENDANT <u>JOHN WILSON</u>, UNANIMOUSLY FIND:**

    A.    As to Count One, the charge of conspiracy to commit mail fraud (18 U.S.C. § 1349):

        _____ Not Guilty       _____ Guilty

    B.    As to Count One, the charge of conspiracy to commit wire fraud (18 U.S.C. § 1349):

        _____ Not Guilty       _____ Guilty

    C.    As to Count One, the charge of conspiracy to commit honest services mail fraud (18 U.S.C. § 1349):

        _____ Not Guilty       _____ Guilty

    D.    As to Count One, the charge of conspiracy to commit honest services wire fraud (18 U.S.C. § 1349):

        _____ Not Guilty       _____ Guilty

    E.    As to Count Two, the charge of conspiracy to commit federal programs bribery (18 U.S.C. § 371):

        _____ Not Guilty       _____ Guilty

F. As to Counts Six, Eight, and Nine, on the charges of wire fraud (18 U.S.C. § 1343), honest services wire fraud (18 U.S.C. § 1346), and aiding and abetting (18 U.S.C. § 2):

| Count | Description | Verdict |
|---|---|---|
| Six | $500,000 wire transfer to bank account in the name of KWF on or about October 17, 2018 | _____ Not Guilty <br> _____ Guilty |
| Eight | Telephone call with William "Rick" Singer on or about October 27, 2018 | _____ Not Guilty <br> _____ Guilty |
| Nine | $500,000 wire transfer to bank account in the name of KWF on or about December 11, 2018 | _____ Not Guilty <br> _____ Guilty |

G. As to Counts Eleven and Twelve, on the charges of federal programs bribery (18 U.S.C. § 666(a)(2)) and aiding and abetting (18 U.S.C. § 2):

| Count | Description | Verdict |
|---|---|---|
| Eleven | $500,000 wire transfer to bank account in the name of KWF on or about October 17, 2018 for the benefit of the sailing coach of Stanford University | _____ Not Guilty <br> _____ Guilty |
| Twelve | $500,000 wire transfer to bank account in the name of KWF on or about December 11, 2018 for the benefit of a senior women's administrator of Harvard University | _____ Not Guilty <br> _____ Guilty |

H. As to Count Thirteen, the charge of filing a false tax return (26 U.S.C. § 7206(1)):

_____ Not Guilty          _____ Guilty

3

Your deliberations are complete. The foreperson will sign the verdict form and notify the Marshal in writing that the jury has reached a verdict, <u>but do not reveal your verdict to the Marshal</u>. The jury will then be invited to the courtroom to return its verdict.

Dated: _____    Jury Foreperson: _____