# EXHIBIT A
# (Proposed Exhibit 1219)

| | |
|---|---|
| From: | Scott Simon <SSimon@usc.edu> |
| To: | Donna Heinel |
| CC: | Michael Scott Blanton |
| Sent: | 6/8/2017 2:55:08 PM |
| Subject: | 2016-17 Scholarship Analysis - 6.8.17 |
| Attachments: | 2016-17 Scholarship Analysis.xlsx |

Donna,

Attached is and updated scholarship analysis as of today. Let's plan to a follow up meeting with you, me and Mike to discuss next steps.

Scott Simon
Associate Vice President
Office of Athletic Compliance
University of Southern California
840 Childs Way, Suite 402 | Los Angeles, CA 90089

213-740-0543 (Office)
213-407-7704 (Cell)
213-740-4559 (Fax)
ssimon@usc.edu



USAO-VB-01496073

Title IX Analysis (Attorney-Client Privilege)
2016-17 (as of 6.8.17)

### USC Undergraduate Enrollment

|  | Quantity | Percent |
|---|---|---|
| Males |  |  |
| Females |  |  |

### USC Athletic Participation (Duplicated)

| First DOC | Schol Used |  | MENS DUPLICATED | MENS UNDUPLICATED | Planned Rage | Notes |
|---|---|---|---|---|---|---|
| 2/17/2017 | 11.7 | MBA | 35 | 35 | 35 | Walk-on added in Oct 2016 - coach's discretion |
| 10/29/2016 | 11 | MBB | 14 | 14 | 13-14 | ▇ and ▇ did not participate on the team during the competative season. |
| 9/3/2016 | 85 | MFB | 107 | 107 | 105-108 |  |
| 9/16/2016 | 4.5 | MGO | 11 | 11 | 9-10 | Significant donor's son on roster. Practices only. Unique scenario for this year. |
| 9/30/2016 | 9.85 | MSW | 29 | 29 | 28-30 |  |
| 9/16/2016 | 4.5 | MTE | 13 | 13 | 11-12 | Two significant donor's sons on roster. Practice only. Unique scenario for this year. |
| 10/22/2016 | 4.5 | MVB | 23 | 23 | 18-20 | New coach trying different scnerios/players. One SA quit due to changing culture and was replaced. SA ▇ removed form roster after first DOC for disiciplinary reasons. Roster spot not replaced by HC. SA was allowed to rejoin team in spring term. |
| 9/3/2016 | 4.5 | MWP | 33 | 33 | 30-32 | High caliber recruits in current cycle needing 100% scholoarships. Coaching philosophy to minimize walk-ons meant lower than expected roster size in 2016-17. |
| 3/17/2017 | 12.6 | MTR | 28 | 26 | 30-32 |  |
| 1/20/2017 |  | MIT | 21 |  |  |  |
|  | **148.15** | **TOTAL** | **314** | **291** |  |  |
| Medical | 0 |  |  |  |  |  |

### Women Participants Needed for Exact Compliance

|  | Quantity | Percent |
|---|---|---|
| Males |  |  |
| Females |  |  |

| First DOC | Schol Used |  | WOMENS DUPLICATED | WOMENS UNDUPLICATED | Planned Rage | Notes |
|---|---|---|---|---|---|---|
| 10/29/2016 | 14 | WBB | 14 | 14 | 14-15 |  |
| 9/25/2016 | 5.65 | WGO | 8 | 8 | 9-10 | Lost major recruit who did not enroll. Includes one medical |
| 10/1/2016 | 12 | WLA | 30 | 30 | 30-32 | 4 mid-year additions and one quit from fall and needed replacement. |
| 10/22/2016 | 19.27 | WCR | 45 | 45 | 40-44 | One SA study abroad in spring, need to replace and added one high calibur mid-year transfer SA |
| 10/15/2016 | 6 | WSV | 18 | 18 | 14-16* | Added one mid-year SA (deferred enrollment from fall) |
| 8/14/2016 | 13.91 | WSO | 31 | 30 | 28-30 | One SA returned to USC (after transferring out) and rejoined team unexpectedly. |
| 10/1/2016 | 13.86 | WSW | 31 | 31 | 28-30 | One medical scholarship that is not participating with the team in activities, needed to replace. |
| 9/23/2016 | 7.5 | WTE | 13 | 13 | 11-12 | One medical schollarship. One mid-year SA and one SA taking leave of absense in spring. All needed replacement |
| 8/26/2016 | 12 | WVB | 21 | 21 | 15-16* | One SA quit at mid-year. One SA graduated at mid-year. |
| 10/20/2016 | 8 | WWP | 30 | 30 | 28-30 |  |
| 3/17/2017 | 17.75 | WTR | 36 | 36 | 35-38 |  |
| 1/20/2017 |  | WIT | 30 |  | 30 |  |
| 9/1/2016 |  | WCC | 17 |  | 13-15 |  |
|  | **129.94** | **TOTAL** | **324** | **276** |  |  |
| Medical | 2.75 |  |  |  |  |  |

### USC Athletic Participation (Unduplicated)

Average Women's Team (Duplicated)

Actual vs Needed Difference

Males
Females

### USC Athletic Scholarship Costs

Male $
Female $

### Value of 2016-2017 SY Scholarship $

Summer 2016
Men $
Women $