# EXHIBIT B
# (Proposed Exhibit 1249)

| | |
|---|---|
| **From:** | Gigi Shapiro <gshapiro@usc.edu> |
| **To:** | Donna Heinel |
| **Sent:** | 12/5/2017 4:58:27 PM |
| **Subject:** | FW: 2016-17 Scholarship Analysis |
| **Attachments:** | 2016-17 Scholarship Analysis.xlsx |

Hello Donna,

Is this the report that you were asking about? On the second tab the list is not sport specific. If you do need a sport specific list, you can pull that from CA. Let me know if you need any assistance.

Gigi


**Gigi Shapiro**
**Executive Assistant, Athletic Compliance**
**University of Southern California**
**840 Childs Way, Suite 402  Los Angeles, CA 90089**

213-740-6127 (Office)
213-821-5581 (Fax)
gshapiro@usc.edu



---

**From:** Scott Simon
**Sent:** Tuesday, December 05, 2017 1:54 PM
**To:** Gigi Shapiro
**Subject:** 2016-17 Scholarship Analysis



Scott Simon
Associate Vice President
Office of Athletic Compliance
University of Southern California
840 Childs Way, Suite 402 | Los Angeles, CA 90089

213-740-0543 (Office)
213-407-7704 (Cell)
213-740-4559 (Fax)
ssimon@usc.edu



USAO-VB-01405580

Title IX Analysis (Attorney-Client Privilege)
2016-17 (as of 6.8.17)

### USC Undergraduate Enrollment

| | Quantity | Percent |
|---|---|---|
| Males | | |
| Females | | |

### USC Athletic Participation (Duplicated)

| | First DOC | Schol Used | | MENS DUPLICATED | MENS UNDUPLICATED | Planned Rage | Notes |
|---|---|---|---|---|---|---|---|
| | 2/17/2017 | 11.7 | MBA | 35 | 35 | 35 | Walk-on added in Oct 2016 - coach's discretion |
| | 10/29/2016 | 11 | MBB | 14 | 14 | 13-14 | and ▓ did not participate on the team during the competative season. |
| | 9/3/2016 | 85 | MFB | 107 | 107 | 105-108 | Significant donor's son on roster. Practices only. Unique scenario for this year. |
| | 9/16/2016 | 4.5 | MGO | 11 | 11 | 9-10 | Two significant donor's sons on roster. Practice only. Unique scenario for this year. |
| | 9/30/2016 | 9.85 | MSW | 29 | 29 | 28-30 | |
| | 9/16/2016 | 4.5 | MTE | 13 | 13 | 11-12 | New coach trying different scnerios/players. One SA quit due to changing culture and was replaced. |
| | 10/22/2016 | 4.5 | MVB | 23 | 23 | 18-20 | SA ▓ removed form roster after first DOC for disiciplinary reasons. Roster spot not replaced by HC. SA was allowed to rejoin team in spring term. |
| | 9/3/2016 | 4.5 | MWP | 33 | 33 | 30-32 | High caliber recruits in current cycle needing 100% scholoarships. Coaching philosophy to minimize walk-ons meant lower than expected roster size in 2016-17. |
| | 3/17/2017 | 12.6 | MTR | 28 | 26 | 30-32 | |
| | 1/20/2017 | | MIT | 21 | | | |
| | | 148.15 | TOTAL | 314 | 291 | | |
| Males | Medical | 0 | | | | | |
| Females | | | | | | | |

### Women Participants Needed for Exact Compliance

| | First DOC | Schol Used | | WOMENS DUPLICATED | WOMENS UNDUPLICATED | Planned Rage | Notes |
|---|---|---|---|---|---|---|---|
| Males | 10/29/2016 | 14 | WBB | 14 | 14 | 14-15 | Lost major recruit who did not enroll. |
| Females | 9/25/2016 | 5.65 | WGO | 8 | 8 | 9-10 | Includes one medical |
| Average Women's Team (Duplicated) | 10/1/2016 | 12 | WLA | 30 | 30 | 30-32 | 4 mid-year additions and one quit from fall and needed replacement. |
| | 10/22/2016 | 19.27 | WCR | 45 | 45 | 40-44 | One SA study abroad in spring, need to replace and added one high calibur mid-year transfer SA |
| Actual vs Needed Difference | 10/15/2016 | 6 | WSV | 18 | 18 | 14-16* | Added one mid-year SA (deferred enrollment from fall) |
| | 8/14/2016 | 13.91 | WSO | 31 | 30 | 28-30 | One SA returned to USC (after transfering out) and rejoined team unexpectedly. |
| | 10/1/2016 | 13.86 | WSW | 31 | 31 | 28-30 | One medical scholarship that is not participating with the team in activities, needed to replace. |
| USC Athletic Participation (Unduplicated) | 9/23/2016 | 7.5 | WTE | 13 | 13 | 11-12 | One medical scholarship. One mid-year SA and one SA taking leave of absense in spring. All needed replacement |
| | 8/26/2016 | 12 | WVB | 21 | 21 | 15-16* | One SA quit at mid-year. One SA graduated at mid-year. |
| | 10/20/2016 | 8 | WWP | 30 | 30 | 28-30 | |
| Males | 3/17/2017 | 17.75 | WTR | 36 | 36 | 35-38 | |
| Females | 1/20/2017 | | WIT | 30 | | 30 | |
| | 9/1/2016 | | WCC | 17 | | 13-15 | |
| | | 129.94 | TOTAL | 324 | 276 | | |
| | Medical | 2.75 | | | | | |

### USC Athletic Scholarship Costs

Male $
Female $

### Value of 2016-2017 SY Scholarship $

Summer 2016
Men $
Women $