# EXHIBIT A

| | |
|---|---|
| **From:** | Kendall, Michael |
| **To:** | Fuchs, Douglas; Coe-Odess, Matt |
| **Cc:** | Chu, Yanbing; Papenhausen, Lauren; sheketoffr@aol.com; Andrew Tomback |
| **Subject:** | RE: USC subpoenas |
| **Date:** | Tuesday, September 7, 2021 7:53:30 AM |

**[WARNING: External Email]**

There are two different domain names, so we thought there might be different record-keepers, but if one person can certify as to both domain names, that is fine. We can get you a copy of the documents once you confirm that someone will be able to certify.


**Michael Kendall** | Partner
**T** +1 617 979 9310    **M** +1 617 905 8206    **E** michael.kendall@whitecase.com
White & Case LLP | 75 State Street | Boston, MA 02109-1814

**From:** Fuchs, Douglas <DFuchs@gibsondunn.com>
**Sent:** Monday, September 6, 2021 11:12 PM
**To:** Kendall, Michael <michael.kendall@whitecase.com>; Coe-Odess, Matt <mcoe@gibsondunn.com>
**Cc:** Chu, Yanbing <y.chu@whitecase.com>; Papenhausen, Lauren <lauren.papenhausen@whitecase.com>; sheketoffr@aol.com; Andrew Tomback <atomback@mclaughlinstern.com>
**Subject:** RE: USC subpoenas

Mike, what is the difference between the USC Trojans website and the USC website and what documents are you seeking to get in from those two locations?

**Douglas Fuchs**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7605 • Fax +1 213.229.6605
DFuchs@gibsondunn.com • www.gibsondunn.com

**From:** Kendall, Michael <michael.kendall@whitecase.com>
**Sent:** Monday, September 6, 2021 5:31 PM
**To:** Fuchs, Douglas <DFuchs@gibsondunn.com>; Coe-Odess, Matt <mcoe@gibsondunn.com>
**Cc:** Chu, Yanbing <y.chu@whitecase.com>; Papenhausen, Lauren <lauren.papenhausen@whitecase.com>; sheketoffr@aol.com; Andrew Tomback <atomback@mclaughlinstern.com>
**Subject:** USC subpoenas

**[WARNING: External Email]**

Doug,

I am optimistic we can work things out with the USAO, and with you for a certification. To the extent anything falls through the cracks, will you accept service of the attached four subpoenas for Keepers? Please let me know by 4 pm PT Tuesday, September 7.

Thanks,

Mike

**Michael Kendall** | Partner
**T** +1 617 979 9310    **M** +1 617 905 8206    **E** michael.kendall@whitecase.com

White & Case LLP  |  75 State Street | Boston, MA 02109-1814

==========================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 617 979 9300. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


==========================================================================

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.


==============================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 617 979 9300. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


==============================================================================