# EXHIBIT B

| | |
|---|---|
| **From:** | Mikaela Sanford <mikaela.sanford@thekeyworldwide.com> |
| **Sent:** | Friday, January 5, 2018 7:17 PM |
| **To:** | Rick Singer <rickwsinger@gmail.com> |
| **Subject:** | Please send Profile for Sabrina Aziz |

Mikaela Sanford
The Key
265 Hartnell Place
Sacramento, CA 95825
Phone: 916-489-8802
Fax: 916-972-7149

USAO-VB-00342567