# EXHIBIT C

| | |
|---|---|
| **From:** | Rick Singer <rwsinger@gmail.com> |
| **Sent:** | Friday, January 5, 2018 8:40 PM |
| **To:** | Mikaela Sanford <mikaela.sanford@thekeyworldwide.com> |
| **Subject:** | Fwd: Sabrina |
| **Attach:** | sabrina A.doc |

---------- Forwarded message ----------
From: **laura janke** <jankewiley@gmail.com>
Date: Mon, Aug 7, 2017 at 8:51 PM
Subject: Sabrina
To: Rick Singer <rwsinger@gmail.com>

Profile for Sabrina..... her email, phone and parents names needed to be added in as I did not have that. Let me know if you want me to add any other awards to her profile or if you think that is enough.

--
Rick Singer
(916) 384-8802

USAO-VB-00003221

# Sabrina Abdelaziz

Point Guard

HEIGHT: 5'8"
DOB: 1/12/2000

EMAIL:
PHONE:
PARENTS:
ADDRESS: 12F Inter Ocean Ct
         26 Peak Rd Hong Kong

**HIGH SCHOOL:**
Hong Kong International School
**Graduation Year:**  2018
**GPA:** 3.0
**SAT:** 1160



**AP/HONORS CLASSES:**
AP Human Geography, AP Micro, AP Macro, AP Capstone Seminar

---

**Hong Kong International School Basketball**
Starting Point guard
Team Captain
48th Holiday Basketball Tournament Champions
2016 China Cup Champions
APAC Basketball Finals
International School Sports Federation of Hong Kong Select Team
ISSFHK Runner Up
Asia Pacific Activities Conference All Star Team
Season Average: 10 PPG, 4 APG


**Hong Kong Basketball Academy**
Point guard
16U League Champions
15U Premier League Champions
Average 12 PPG
Average 3 APG
Hong Kong Academy team MVP
Hong Kong Academy Elite Camper

USAO-VB-00003222

USAO-VB-00003223