# EXHIBIT D

| | |
|---|---|
| **From:** | Mikaela Sanford <mikaela.sanford@thekeyworldwide.com> |
| **Sent:** | Friday, January 5, 2018 8:43 PM |
| **To:** | Rick Singer <rwsinger@gmail.com> |
| **Subject:** | Re: Sabrina |

Thanks. Will update her app and submit.

Mikaela Sanford
The Key
265 Hartnell Place
Sacramento, CA 95825
Phone: 916-489-8802
Fax: 916-972-7149


On Jan 5, 2018, at 5:40 PM, Rick Singer <rwsinger@gmail.com> wrote:

> <sabrina A.doc>