UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | No.1:19-CR-10080-NMG |
| GREGORY COLBURN ET AL., | ) ) ) ) | |

### NOTICE OF APPEARANCE FOR OBJECTORS RON ORR AND STEVE LOPES

Undersigned counsel notices her appearance for Ron Orr and Steve Lopes, for the limited purpose of opposing the Motion for a Hearing on Assertion of Fifth Amendment Rights, and to quash the trial subpoenas issued to Ron Orr and Steve Lopes by counsel for defendants Gamal Abdelaziz and John Wilson in the above-captioned matter.

Respectfully submitted,

/s/ *Payal Salsburg*
Payal Salsburg, BBO# 568812
Mark D. Smith, BBO# 542676
Laredo & Smith, LLP
101 Federal St., Suite 650
Boston, MA  02110
617.443.1100
salsburg@laredosmith.com
smith@laredosmith.com

Dated:  September 27, 2021

### CERTIFICATE OF SERVICE

I hereby certify that on this date this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants.

/s/ *Payal Salsburg*
Payal Salsburg