# EXHIBIT 1116
# (Filed Under Seal)

# EXHIBIT 1297
# (Filed Under Seal)

# EXHIBIT 7238
# (Filed Under Seal)

# EXHIBIT 1085
# (Filed Under Seal)

# EXHIBIT 1288
# (Filed Under Seal)

# EXHIBIT 7358
# (Filed Under Seal)

# EXHIBIT 9734
# (Filed Under Seal)

# EXHIBIT 1249
# (Filed Under Seal)

# EXHIBIT 1565
# (Filed Under Seal)

# EXHIBIT 3628
# (Filed Under Seal)

# EXHIBIT 7527
# (Filed Under Seal)

# EXHIBIT 7529
# (Filed Under Seal)

# EXHIBIT 1085
# (Filed Under Seal)

# EXHIBIT 7807
# (Filed Under Seal)

# EXHIBIT 7409
# (Filed Under Seal)

# EXHIBIT 7387
# (Filed Under Seal)

# EXHIBIT 7107
# (Filed Under Seal)

# EXHIBIT 7207
# (Filed Under Seal)

# EXHIBIT 9748
# (Filed Under Seal)

# EXHIBIT 1219
# (Filed Under Seal)

# EXHIBIT 7242
# (Filed Under Seal)

# EXHIBIT 8045
# (Filed Under Seal)

# EXHIBIT 7332
# (Filed Under Seal)

# EXHIBIT 7845
# (Filed Under Seal)

# EXHIBIT 7235
# (Filed Under Seal)

# EXHIBIT 7341
# (Filed Under Seal)

# EXHIBIT 7223
# (Filed Under Seal)

# Defendants' Summary Chart and Spreadsheet (Filed Under Seal)