# EXHIBITS A - M

# (filed under seal)