UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                          )
UNITED STATES OF AMERICA                )
                                                          )
v.                                                       )          No.1:19-CR-10080-NMG
                                                          )
GREGORY COLBURN ET AL.,              )
                                                          )
_____)

## NOTICE OF APPEARANCE FOR OBJECTORS RON ORR AND STEVE LOPES

Undersigned counsel notices his appearance for Ron Orr and Steve Lopes, for the limited

purpose of opposing the Motion for a Hearing on Assertion of Fifth Amendment Rights, and to

quash the trial subpoenas issued to Ron Orr and Steve Lopes by counsel for defendants Gamal

Abdelaziz and John Wilson in the above-captioned matter.

Respectfully submitted,

/s/ *Mark D. Smith*
Mark D. Smith, BBO# 542676
Laredo & Smith, LLP
101 Federal St., Suite 650
Boston, MA  02110
617.443.1100
smith@laredosmith.com

Dated: September 28, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on this date this document filed through the CM/ECF system will be
sent electronically to the registered participants as identified on the NEF and paper copies will be
sent to those indicated as non-registered participants.

/s/ *Mark D. Smith*
Mark D. Smith