# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>   Plaintiff, )<br> v. )<br>   )<br> GAMAL ABDELAZIZ, et al, )<br>   )<br>   Defendants. ) | Case No. 19cr10080-NMG-4 |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE COURT AND ALL ATTORNEYS OF RECORD:

Please take notice that Brandon D. Fox, counsel for Pat Haden, has changed firm contact information. Please serve all pleadings on:

> Brandon D. Fox
> JENNER & BLOCK LLP
> 515 South Flower Street
> Suite 3300
> Los Angeles, CA 90071
> BFox@jenner.com

Dated: September 29, 2021         Respectfully submitted,

                                   /s/ Brandon D. Fox
                                   Brandon D. Fox (Admitted *Pro Hac Vice*)
                                   Jenner & Block LLP
                                   515 South Flower Street
                                   Suite 3300
                                   Los Angeles, CA 90071

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on September 29, 2021

                                   /s/ Brandon D. Fox