# EXHIBIT A

| | |
|---|---|
| **From:** | Papenhausen, Lauren |
| **To:** | Fuchs, Douglas; Kendall, Michael; sheketoffr@aol.com |
| **Cc:** | Fuller, Anthony; Coe-Odess, Matt; Andrew Tomback; sheketoffr@aol.com |
| **Subject:** | RE: USC Employees" unredacted motion |
| **Date:** | Monday, September 27, 2021 6:59:23 PM |

**[WARNING: External Email]**

Doug,

As discussed in our call yesterday, we will be sending you this evening via FTP a set of documents we would like a USC record-keeper to certify as business records. In the interest of reducing any burden on USC, we have narrowed this to what we believe is a manageable quantity. We do have a significantly greater quantity of documents that we have an interest in getting certified and admitting in the case; however, our hope is if we are able to work out some agreement on this subset of documents, it may help us reach agreements on additional documents by category. Please let us know as soon as possible, but in any event no later than 5 pm ET Wednesday, whether USC agrees to certify some or all of these documents as business records. Also, as noted on our call, it is possible we may supplement with a handful of documents over the next few days.

Thanks,
Lauren

**Lauren M. Papenhausen**  |  Partner
**T** +1 617 979 9312     **M** +1 617 861 7629     **E** lauren.papenhausen@whitecase.com
White & Case LLP  |  75 State Street | Boston, MA 02109-1814

**From:** Fuchs, Douglas <DFuchs@gibsondunn.com>
**Sent:** Sunday, September 26, 2021 12:12 AM
**To:** Kendall, Michael <michael.kendall@whitecase.com>; sheketoffr@aol.com
**Cc:** Fuller, Anthony <anthony.fuller@hoganlovells.com>; Coe-Odess, Matt <mcoe@gibsondunn.com>; Andrew Tomback <atomback@mclaughlinstern.com>; Papenhausen, Lauren <lauren.papenhausen@whitecase.com>; sheketoffr@aol.com
**Subject:** RE: USC Employees' unredacted motion

2 pm pacific?

**Douglas Fuchs**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7605 • Fax +1 213.229.6605
DFuchs@gibsondunn.com • www.gibsondunn.com

**From:** Kendall, Michael <michael.kendall@whitecase.com>
**Sent:** Saturday, September 25, 2021 6:15 PM
**To:** Fuchs, Douglas <DFuchs@gibsondunn.com>; sheketoffr@aol.com
**Cc:** Fuller, Anthony <anthony.fuller@hoganlovells.com>; Coe-Odess, Matt <mcoe@gibsondunn.com>; Andrew Tomback <atomback@mclaughlinstern.com>; Papenhausen, Lauren <lauren.papenhausen@whitecase.com>; sheketoffr@aol.com
**Subject:** RE: USC Employees' unredacted motion

**[WARNING: External Email]**

I am free all day Sunday.

**Michael Kendall**  |  Partner
**T** +1 617 979 9310     **M** +1 617 905 8206     **E** michael.kendall@whitecase.com

White & Case LLP  |  75 State Street | Boston, MA 02109-1814

**From:** Fuchs, Douglas <DFuchs@gibsondunn.com>
**Sent:** Saturday, September 25, 2021 7:21 PM
**To:** Kendall, Michael <michael.kendall@whitecase.com>; sheketoffr@aol.com
**Cc:** Fuller, Anthony <anthony.fuller@hoganlovells.com>; Coe-Odess, Matt <mcoe@gibsondunn.com>; Andrew Tomback <atomback@mclaughlinstern.com>; Papenhausen, Lauren <lauren.papenhausen@whitecase.com>; sheketoffr@aol.com
**Subject:** RE: USC Employees' unredacted motion

Mike, I'm not sure there is much to talk about.  We have filed a motion to quash the Checcio and Vranich subpoenas.  We will be doing the same concerning the keeper subpoenas in part because we have never received the documents at issue.  But in the interest of keeping an open dialogue, I'm willing to have a call.  What time works for you tomorrow?

**Douglas Fuchs**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7605 • Fax +1 213.229.6605
DFuchs@gibsondunn.com • www.gibsondunn.com

**From:** Kendall, Michael <michael.kendall@whitecase.com>
**Sent:** Saturday, September 25, 2021 11:45 AM
**To:** Fuchs, Douglas <DFuchs@gibsondunn.com>; sheketoffr@aol.com
**Cc:** Fuller, Anthony <anthony.fuller@hoganlovells.com>; Coe-Odess, Matt <mcoe@gibsondunn.com>; Andrew Tomback <atomback@mclaughlinstern.com>; Papenhausen, Lauren <lauren.papenhausen@whitecase.com>; sheketoffr@aol.com
**Subject:** RE: USC Employees' unredacted motion

**[WARNING: External Email]**

Doug,

We will not withdraw any of our subpoenas yet, but would like to discuss resolution of at least some of our differences.

I am happy to work out the wording of a certification that would obviate Ms. Vranich's and Mr. Checchio's appearance.  It should state USC has never issued such a reduced receipt.  We do not accept your proposed additional language.  To the extent you seek support in Judge Gorton's ruling that USC's admissions practices are not on trial, that means nothing should be argued in either direction of that issue with respect to the proposed stipulation.

We also need to discuss the record keeper we need to appear.  I expect we would like them to appear on Friday.

Are you free to discuss these two topics today or tomorrow?

Mike

**Michael Kendall**  |  Partner
T   +1 617 979 9310      M   +1 617 905 8206      E   michael.kendall@whitecase.com
White & Case LLP  |  75 State Street | Boston, MA 02109-1814

**From:** Fuchs, Douglas <DFuchs@gibsondunn.com>
**Sent:** Friday, September 24, 2021 11:04 AM
**To:** Kendall, Michael <michael.kendall@whitecase.com>; sheketoffr@aol.com
**Cc:** Fuller, Anthony <anthony.fuller@hoganlovells.com>; Coe-Odess, Matt <mcoe@gibsondunn.com>; Andrew Tomback <atomback@mclaughlinstern.com>; Papenhausen, Lauren <lauren.papenhausen@whitecase.com>
**Subject:** FW: USC Employees' unredacted motion

Mike and Bob, in light of Judge Gorton's ruling with regard to Alexandra Bitterlin and Scott Wandzilak, please let us know whether you will withdraw your subpoenas to Al Checcio, Ray Gonzales, Lauren Whittam and/or Tracey Vranich.

**Douglas Fuchs**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7605 • Fax +1 213.229.6605
DFuchs@gibsondunn.com • www.gibsondunn.com

---

**From:** Coe-Odess, Matt
**Sent:** Friday, September 24, 2021 7:33 AM
**To:** Frank, Stephen (USAMA) 1 <Stephen.Frank@usdoj.gov>; Stearns, Ian (USAMA) <Ian.Stearns@usdoj.gov>; O'Connell, Justin (USAMA) <Justin.O'Connell@usdoj.gov>; Kendall, Michael <michael.kendall@whitecase.com>; sheketoffr@aol.com
**Cc:** Fuchs, Douglas <DFuchs@gibsondunn.com>; Fuller, Anthony <anthony.fuller@hoganlovells.com>
**Subject:** USC Employees' unredacted motion

Hi all,

Attached is an unredacted motion by USC Employees, which was filed partially under seal at Dkt. 2264.  Please note that the redacted portion is in reference to the health of Mr. Checcio's wife.

Thanks,
Matt

**Matt Coe-Odess**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7817 • Fax +1 213.229.6817
mcoe@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

===========================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 617 979 9300. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===========================================================================

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

===========================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 617 979 9300. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===========================================================================

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

===========================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 617 979 9300. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===========================================================================