UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | Case No. 1:19-cr-10080-NMG |

**DEFENDANT JOHN WILSON'S SUPPLEMENTAL EXHIBIT LIST**

Defendant John Wilson respectfully submits the following list of potential exhibits to as a supplement to the amended exhibit list that Wilson submitted in ECF No. 2229. Wilson reserves the right to introduce or use some or all of the documents listed below at trial based on the evidence, witnesses, and testimony at trial. By including documents on his exhibit list, Wilson does not concede and reserves his objection to the admissibility of these documents in the government's case. Wilson reserves the right to use exhibits in the exhibit lists of the government as well as other defendants who submitted exhibit lists in this matter, even if such defendants are no longer part of the trial. Wilson further reserves the right to supplement this list with notice to the government.

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 8135A | RD0000009309 | RD0000009318 |
| 9503 | USAO-VB-01325942 | USAO-VB-01325944 |
| 9503A | USAO-VB-01325941 | USAO-VB-01325941 |
| 9508 | USAO-VB-00160916 | USAO-VB-00160968 |
| 9519 | VB-RECORDS-00329228 | VB-RECORDS-00329229 |
| 9520 | USAO-VB-01217182 | USAO-VB-01217185 |
| 9521 | USAO-VB-01432501 | USAO-VB-01432501 |
| 9547 | VB RECORDS 00333170 | VB RECORDS 00333172 |
| 9548 | USAO-VB-00180618 | USAO-VB-00180621 |
| 9550 | USAO-VB-00185775 | USAO-VB-00185776 |

| Exhibit #: | Start Bates: | End Bates: |
|---|---|---|
| 9564 | USAO-VB-00245753 | USAO-VB-00245753 |
| 9566 | Session 10531 | Session 10531 |
| 9591 | Session 7787 | Session 7787 |
| 9611 | USAO-VB-01600812 | USAO-VB-01600813 |
| 9619 | USAO-VB-00171594 | USAO-VB-00171594 |
| 9627 | USAO-VB-01602052 | USAO-VB-01602052 |
| 9629 | USAO-VB-00227088 | USAO-VB-00227088 |
| 9648 | USAO-VB-01597130 | USAO-VB-01597130 |
| 9652 | USAO-VB-01602820 | USAO-VB-01602820 |
| 9672 | USAO-VB-00374069 | USAO-VB-00374071 |
| 9682 | USAO-VB-00185775 | USAO-VB-00185776 |
| 9696 | AB-001998 | AB-001999 |
| 9700 | USAO-VB-01597867 | USAO-VB-01597868 |
| 9704 | AB-002001 | AB-002004 |
| 9706 | VB-RECORDS-00329200 | VB-RECORDS-00329200 |
| 9707 | USAO-VB-01436239 | USAO-VB-01436239 |
| 9721 | USAO-VB-00413537 | USAO-VB-00413537 |
| 9734 | USAO-VB-01366443 | USAO-VB-01366443 |
| 9735 | USAO-VB-01449547 | USAO-VB-01449548 |
| 9825 | AB-002008 | AB-002008 |
| 9827 | AB-002009 | AB-002009 |
| 9833 | AB-002010 | AB-002011 |
| 9835 | AB-002012 | AB-002012 |
| 9845 | AB-002013 | AB-002014 |
| 9848 | USAO-VB-01604193 | USAO-VB-01604193 |
| 9899 | USAO-VB-01710476 | USAO-VB-01710478 |
| 9901 | USAO-VB-01605372 | USAO-VB-01605373 |
| 9902 | AB-002015 | AB-002015 |
| 9911 | AB-002017 | AB-002018 |
| 9913 | AB-001993 | AB-001993 |

Respectfully submitted,

*Counsel to John Wilson,*

<div style="display:flex">

/s/ Michael Kendall
Michael Kendall (BBO # 544866)
Lauren M. Papenhausen (BBO # 655527)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
(617) 979-9310
michael.kendall@whitecase.com
lauren.papenhausen@whitecase.com

Andrew E. Tomback (pro hac vice)
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
(212) 448-0066
atomback@mclaughlinstern.com

</div>

Dated: October 1, 2021

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was filed electronically on October 1, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

/s/ Michael Kendall
Michael Kendall