**From:**            Leslie Wilson <leslie@leslieqwilson.com>
**To:**              John Wilson <john@hyannisportcapital.com>
**Sent:**            10/19/2013 11:46:34 AM
**Subject:**         Senior page
**Attachments:**     ATT190365.txt; photo.JPG


HB
This is 1 photo I really like from a game this year showing Menlo's championship banner in
the background.

United States District Court
District of Massachusetts

**TRIAL EXHIBIT**
**9899**

Case No.   19-CR-10080-NMG

USAO-VB-01710476

Sent from my iPhone

USAO-VB-01710477



USAO-VB-01710478

**From:** John Wilson <john@hyannisportcapital.com>
**To:** Leslie Wilson <leslie@lesliegwilson.com>
**Sent:** 10/19/2013 3:32:24 PM
**Subject:** Johnny year book

Johnny year book

Every year you make us prouder!

From a wonderful baby

To a delightful child

To an accomplished young man!

Best wishes as you pursue your dreams.

Sent from my iPad

United States District Court
District of Massachusetts

**TRIAL EXHIBIT**

**9901**

Case No.   19-CR-10080-NMG

| | |
|---|---|
| **From:** | Debbie Rogers |
| **Sent:** | Thursday, October 17, 2013 09:45:21 PM |
| **To:** | John Wilson |
| **Subject:** | RE: Sr Yearbook Page Tribute |

I have the examples printed out to show you when you get here.



Deborah Rogers
Phone:  650-347-5757
Fax:  650-343-6757

---

**From:** John Wilson
**Sent:** Thursday, October 17, 2013 2:41 PM
**To:** Debbie Rogers
**Subject:** Re: Sr Yearbook Page Tribute

D

Don't see examples

Sent from my iPad

On Oct 17, 2013, at 23:33, "Debbie Rogers" <debbie@hyannisportcapital.com> wrote:

Can't....For the Senior tributes you get ½ page only.

# Just What *Are* These Tributes?

Starting with the class of 2008, tributes have been half-page in size, and each senior gets (exactly) one. They usually contain text and photos from the family. The photos can be either color or black and white (or some of each). There are examples at the bottom of this page.
<image001.jpg>
Deborah Rogers
Phone:  650-347-5757
Fax:  650-343-6757

---

**From:** John Wilson
**Sent:** Thursday, October 17, 2013 10:02 AM
**To:** Debbie Rogers
**Subject:** Re: Sr Yearbook Page Tribute

Lets book two?

Sent from my iPhone

United States District Court
District of Massachusetts

**TRIAL EXHIBIT**

# 9902

Case No.   19-CR-10080-NMG

On Oct 17, 2013, at 5:56 PM, "Debbie Rogers" <debbie@hyannisportcapital.com> wrote:

You pay 250 for the page, provide up to five pictures and write a tribute to Johnny if you want to.

<image001.jpg>
Deborah Rogers
Phone:  650-347-5757
Fax:  650-343-6757

**From:** John Wilson
**Sent:** Thursday, October 17, 2013 9:50 AM
**To:** Debbie Rogers
**Subject:** Re: Sr Yearbook Page Tribute

Is it an ad that we buy?

Sent from my iPhone

On Oct 17, 2013, at 4:49 PM, "Debbie Rogers" <debbie@hyannisportcapital.com> wrote:

Yearbook page for Johnny.  I have samples you can look at when you get here.

<image001.jpg>
Deborah Rogers
Phone:  650-347-5757
Fax:  650-343-6757

**From:** John Wilson
**Sent:** Thursday, October 17, 2013 8:45 AM
**To:** Debbie Rogers
**Subject:** Re: Sr Yearbook Page Tribute

I know nothing of this.  What is it?

Sent from my iPhone

On Oct 17, 2013, at 3:15 PM, "Debbie Rogers" <debbie@hyannisportcapital.com> wrote:

For Johnny's Sr. Page, there is no limit on words for tribute.  More words = smaller print!

<image001.jpg>
Deborah Rogers
Phone:  650-347-5757
Fax:  650-343-6757