# EXHIBIT A



# PohlmanUSA®

## Court Reporting and Litigation Services

James Philip Walters

October 3, 2021

United States

vs.

Gamal Abdelaziz and John Wilson

1    of the -- the school year, the spring semester.

2        Q.  Okay.  Have you remained in touch with

3    Johnny since graduation?

4        A.  I haven't talked to him since practice.

5        Q.  Since practice.  So since?

6        A.  Seven years ago.

7        Q.  Okay.

8        A.  I've not talked to him.  Like I said, I was

9    never close with him.

10        Q.  And you haven't seen him?

11        A.  I'm sure I saw him at -- at school, like,

12    in passing and, you know, hi, Johnny, whatever, but

13    you know...

14        Q.  Do you know his parents?

15        A.  I've never met them, no.

16        Q.  Do you know his sisters?

17        A.  No, I've never met them.

18        Q.  Okay.  Have you ever been to their house?

19        A.  No.

20        Q.  Have you -- since January of 2015, have you

21    socialized with Johnny at all?

22        A.  I may have been around him at school and --

23    but I -- nothing that I recall, no.

24        Q.  Okay.  Have you been on the phone with

```
 1   him?

 2        A.  No.

 3        Q.  Since January of 2015?

 4             MS. PAPENHAUSEN:  Objection.  Asked and

 5   answered.

 6        A.  I don't think so, no.

 7        Q.  Have you texted with him?

 8        A.  No.

 9        Q.  Have you emailed with him?

10        A.  No.

11        Q.  Never once since January 2015?

12        A.  Maybe.  I mean, maybe, when -- maybe,

13   sometime in school.  But, I mean, as of the last few

14   years, no, I haven't sent him a text or nothing.

15        Q.  When is the last time you remember being in

16   touch with him?

17             MS. PAPENHAUSEN:  Objection.

18        A.  At practice.

19             MS. PAPENHAUSEN:  Asked and answered.

20        Q.  Okay.  And are you under subpoena to be

21   here?

22        A.  No.

23        Q.  So you're here voluntarily?

24        A.  Subpoena what?  Sorry.  What?
```

1    Q.  Are you here voluntarily or were you

2    required to be here by order?

3        **A.  No.  I'm here voluntarily.**

4    Q.  Okay.  Why?

5        **A.  Just to give you my recollection of events.**

6    **I mean, I -- no one is forcing me to be here.  I'm**

7    **not, you know, particularly close with Johnny or**

8    **anything like that.**

9    Q.  Okay.  What can you tell us about coaching

10   at practice?  So was Coach Vavich normally running

11   the show every day?

12       **A.  Yeah.**

13   Q.  Okay.

14       **A.  Yes.**

15   Q.  Pretty rigorous?

16       **A.  Very.**

17   Q.  What do you remember about his coaching

18   style?

19       **A.  He yells a lot.  He's a good coach.  He**

20   **knows what's going on, and we're very organized.  I**

21   **think he -- he's just -- he's a tough coach, and**

22   **he's just that.  I mean, he's rigorous.  He knows --**

23   **he knows how to get us in shape.**

24   Q.  What do you remember about the roles of the

1          Q.   Okay.  And so you respected them?

2          **A.  Yes.**

3          Q.   Tell me specifically about your

4     relationship with Coach Vavich.

5          **A.  I don't have a -- a personal relationship**

6     **with him.  I mean, it's -- I wouldn't -- not a**

7     **professional relationship, but like, from our sport,**

8     **I have a coach and player relationship with him, and**

9     **I -- you know, I respect him.  I think he's a great**

10    **coach, and I think he -- I think he was really -- I**

11    **think he was tough on me because I was a captain and**

12    **he was -- he was -- you know, there's -- there's not**

13    **a whole lot to say about it, but I had just a good**

14    **relationship with him because I trusted his coaching**

15    **and I thought he was good at it.**

16         Q.   Okay.  And he's close to your family?

17         **A.  He was -- he's not necessarily close with**

18    **my family.  I think he -- he became more involved**

19    **after the -- the loss of my brother just because he**

20    **was sort of, you know, around my parents and around**

21    **me and kind of gave them comfort that, like, hey,**

22    **your son is -- you know, he's here, he's going to**

23    **school, but he's okay.  You know, they were just**

24    **friendly, you know...**

```
 1      A.  No.

 2      Q.  Have you texted with him?

 3      A.  There may have been, like, a Merry

 4   Christmas or something like that, but no --

 5      Q.  Okay.

 6      A.  -- I've had no -- no substantial

 7   conversations.

 8      Q.  Phone calls?

 9      A.  No.

10      Q.  Did you reach out to him after he was

11   arrested?

12      A.  No.

13      Q.  You never spoke to him?

14      A.  I might have texted him, but I -- I don't

15   recall.

16      Q.  To express support?

17      A.  It would have been to -- yeah, but I -- I

18   don't know.  I -- I don't recall.  I don't recall

19   texting him at all.

20      Q.  Okay.  Do you recall speaking to him about

21   his arrest or his being fired?

22      A.  I've never talked to him about his arrest.

23      Q.  Okay.  Do you feel that he was wrongfully

24   charged?
```

```
 1        A.  I don't know.
 2             MS. PAPENHAUSEN:  Objection.  Relevance.
 3        Q.  You don't know?
 4        A.  I mean, how would I know?  I mean, I don't
 5   even know what all the charges are.
 6        Q.  Okay.  Are you upset about the charges
 7   against him?
 8        A.  I don't know what the charges are.  I mean,
 9   I understand --
10        Q.  You know that --
11        A.  I understand the situation that he was
12   arrested and a bunch of other things, but I mean --
13        Q.  Well, you understand what he's charged
14   with, right, I mean, the -- the subject matter?
15        A.  Yeah.  I understand the subject matter just
16   broadly, but I haven't put much thought into it.
17        Q.  Okay.  You don't have any feelings about
18   it?
19             MS. PAPENHAUSEN:  Objection.  Relevance,
20   asked and answered.
21        A.  I mean, what's -- what would you like to
22   know?  I mean...
23        Q.  I just want to know how you feel about it.
24             MS. PAPENHAUSEN:  Objection.  Same
```

```
 1    objections.
 2         A.  I -- I -- I don't know.  I mean, what --
 3    about the whole case, I mean, what's going on with
 4    him?  I -- I -- I don't know.  I mean, I -- I don't
 5    have an opinion on it.  I haven't thought about it.
 6         Q.  Really, you haven't thought about it?
 7              MS. PAPENHAUSEN:  Objection.  Asked and
 8    answered three or four times.
 9         A.  I mean, there's not much to think about.
10    I -- I -- I don't know what the charges are.
11         Q.  Okay.
12         A.  I'm busy with other things.  I -- I get
13    that there's some problems going on, but --
14         Q.  You understand that he's charged --
15         A.  -- I'm not invested in it.
16         Q.  You understand that he's charged with
17    taking bribes to put players on the team?
18              MS. PAPENHAUSEN:  Objection.  Relevance.
19         A.  I -- I understand the charge.  I don't know
20    the -- with who, I don't know who -- you know, I
21    don't know all these things.  I don't know the
22    details.
23         Q.  But you worked with Jovan six days a week
24    for four years, right?
```