UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No.: 19-10080-NMG |
| ) | |
| GAMAL ABDELAZIZ *et al.*,   ) | |
| ) | |
| Defendants   ) | |

## GOVERNMENT'S MOTION TO EXCLUDE EXHIBIT 8131

The government respectfully moves to exclude Exhibit 8131, which is a video excerpt from *The Oprah Winfrey Show* discussing that Johnny Wilson swam to Alcatraz as a nine-year-old boy. The video is irrelevant under Rule 401, inadmissible hearsay under Rule 802, and unfairly prejudicial under Rule 403. For those reasons, the government respectfully requests a ruling on the admissibility of Exhibit 8131 outside of the jury's presence. *See* Fed. R. Evid. 103(d).

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ Ian J. Stearns*
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
STEPHEN E. FRANK
IAN J. STEARNS
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: October 4, 2021          */s/ Ian J. Stearns*
IAN J. STEARNS