# EXHIBIT A

```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,         )
              Plaintiff           )
                                  )
vs.                               )  No. 1-19-CR-10080
                                  )
GAMAL ABDELAZIZ, MARCI            )
PALATELLA, and JOHN WILSON,       )
              Defendants.         )
                                  )
                                  )



         BEFORE THE HONORABLE NATHANIEL M. GORTON
                UNITED STATES DISTRICT JUDGE
                    PRETRIAL CONFERENCE




         John Joseph Moakley United States Courthouse
                       Courtroom No. 4
                      One Courthouse Way
                   Boston, Massachusetts 02210


                       August 18, 2021
                         11:00 a.m.



                 Kristin M. Kelley, RPR, CRR
                    Official Court Reporter
         John Joseph Moakley United States Courthouse
                  One Courthouse Way, Room 3209
                   Boston, Massachusetts 02210
                   E-mail: kmob929@gmail.com

         Mechanical Steno - Computer-Aided Transcript
```

1  public to be in the courtroom, but there will be satellite
2  courtrooms both for extra counsel, paralegals, family members,
3  whatever.  Counsel can make proposals to me about that if they
4  wish.  I think that's where we're headed, roughly 50 people in
5  the courtroom.  Any comments on that?
6            MR. FRANK:  Your Honor, I think your Honor said three
7  prosecutors at the table.  There are actually four on the case.
8  We can either squeeze or perhaps somebody can sit in the back.
9            THE COURT:  I think somebody would be able to sit in
10 the back.  Prosecutors have three.  Each defendant has two
11 counsel plus the defendant.  So there are going to be three
12 people at each of the tables.  That's 12.
13           MR. FRANK:  And paralegals.
14           THE COURT:  Paralegals may have to be in the satellite
15 courtroom.  You make a proposal to me as to how you feel the
16 gallery ought to be handled and I'll consider it.
17           MR. FRANK:  Typically, there's a paralegal operating
18 the trial director.
19           THE COURT:  Consult with one another.  If you can
20 unanimously come to me with a proposal, I will give it serious
21 consideration.  Mr. Kelly?
22           MR. KELLY:  We'll do that.  We'll talk to the
23 government and see if we can't get an agreeable proposal.
24           MR. KENDALL:  Your Honor, the one thing I think is
25 related to this, the government listed a large number of agents

1    that it wanted to have present in the courtroom.  We move to
2    sequester all of the witnesses.  I believe it's standard
3    practice for the summary IRS revenue agent to be able to be in
4    the courtroom because he's got to summarize the testimony.  I,
5    myself, may have a summary fact witness that's comparable.
6    They can be in the satellite courtroom, otherwise we would move
7    to have everybody sequestered.
8              THE COURT:  The government has filed a motion to
9    unsequester the case agents.  Enlighten me again, Mr. Frank, as
12:17 10   to who you have asked to not be sequestered.
11             MR. FRANK:  Case agent, revenue agent, summary
12   witnesses.
13             THE COURT:  How many people is that?
14             MR. FRANK:  Five people.
15             MR. KENDALL:  We object.  Particularly the case agent,
16   Miss Keeting, is a particular witness, particularly if
17   Mr. Singer is not testifying.
18             THE COURT:  Are they going to be witnesses?
19             MR. FRANK:  One case agent may be a witness, your
12:18 20   Honor, yes.
21             THE COURT:  Usually, prior to the testimony, the case
22   agent is sequestered, but after the testimony they are not.
23   Why don't you see if you can work out an agreement with counsel
24   on that one.
25             MR. KENDALL:  It sounds unlikely, but we will try.