# **EXHIBIT B**

```
 1
 2                     UNITED STATES DISTRICT COURT
                        DISTRICT OF MASSACHUSETTS
 3

 4
     UNITED STATES OF AMERICA,      )
 5                   Plaintiff      )
                                    )
 6   vs.                            ) No. 1-19-CR-10080
                                    )
 7   GAMAL ABDELAZIZ and JOHN       )
     WILSON,                        )
 8                   Defendants.    )
                                    )
 9                                  )

10

11
            BEFORE THE HONORABLE NATHANIEL M. GORTON
12                UNITED STATES DISTRICT JUDGE
                      JURY TRIAL - DAY 8
13

14
           John Joseph Moakley United States Courthouse
15                       Courtroom No. 4
                        One Courthouse Way
16                  Boston, Massachusetts 02210

17

18                      September 20, 2021
                             9:15 a.m.
19

20

21
                    Kristin M. Kelley, RPR, CRR
22                    Debra Joyce, RMR, CRR
                      Official Court Reporter
23         John Joseph Moakley United States Courthouse
                   One Courthouse Way, Room 3209
24                 Boston, Massachusetts 02210
                   E-mail: kmob929@gmail.com
25
            Mechanical Steno - Computer-Aided Transcript
```

```
 1              MR. KENDALL:  Your Honor, you had asked me to remind
 2   you about --
 3              MR. FRANK:  Any reminder, your Honor, we would ask be
 4   at sidebar.
 5              MR. KENDALL:  Fine with me, your Honor.
 6              THE COURT:  All right.  Then we'll do it at sidebar.
 7              *** Beginning of sidebar on the record. ***
 8              THE COURT:  Mr. Kendall, come in first over here, and
 9   you're over here.
12:55 10        Mr. Kendall, what is it that you want to remind me?
11              MR. KENDALL:  Just that she is under subpoena, she may
12   be recalled in the defense case, and she still has to be
13   sequestered from any publicity about it.  She may need to come
14   back under the subpoena.
15              THE COURT:  Ms. Sanford, do you understand?
16              THE WITNESS:  Yes, I understand.
17              THE COURT:  Anything else?
18              MR. KENDALL:  No, thank you.
19              THE COURT:  Anything from the government?
12:56 20        MR. FRANK:  No.
21              THE COURT:  Ms. Sanford, you may step down.
22              THE WITNESS:  Thank you.
23              *** End of discussion at sidebar. ***
24              THE COURT:  All right, jurors, we're a few minutes
25   early, but we're going to break for lunch.  I'll ask you that
```