# **EXHIBIT C**

```
 1
 2                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
 3

 4
     UNITED STATES OF AMERICA,        )
 5                   Plaintiff        )
                                      )
 6   vs.                              ) No. 1-19-CR-10080
                                      )
 7   GAMAL ABDELAZIZ and JOHN         )
     WILSON,                          )
 8                   Defendants.      )
                                      )
 9                                    )

10

11
              BEFORE THE HONORABLE NATHANIEL M. GORTON
12                 UNITED STATES DISTRICT JUDGE
                      JURY TRIAL - DAY 10
13

14
             John Joseph Moakley United States Courthouse
15                          Courtroom No. 4
                          One Courthouse Way
16                     Boston, Massachusetts 02210

17

18                       September 23, 2021
                             9:08 a.m.
19

20

21
                    Kristin M. Kelley, RPR, CRR
22                  Kelly Mortellite, RMR, CRR
                       Official Court Reporter
23           John Joseph Moakley United States Courthouse
                    One Courthouse Way, Room 3209
24                  Boston, Massachusetts 02210
                      E-mail: kmob929@gmail.com
25
              Mechanical Steno - Computer-Aided Transcript
```

|   |   |
|---|---|
| 1 | think, took about 2 hours and 40 minutes.  I don't know if I'll |
| 2 | be above that, but I'm in the range plus or minus. |
| 3 | THE COURT:  Okay.  Anything else that needs to come to |
| 4 | the Court's attention before we recess? |
| 5 | MR. KELLY:  No, your Honor. |
| 6 | MR. FRANK:  Not for the government. |
| 7 | THE COURT:  We are in recess for 15 minutes. |
| 8 | (Recess taken 11:06 a.m. to 11:23 a.m.) |
| 9 | THE COURT:  Good morning, counsel.  Two things before |
| 11:27 10 | we call the jury back.  Over the break, the Court was |
| 11 | petitioned by the press to release copies of the phone call |
| 12 | transcripts.  I see no reason why they ought not to be |
| 13 | provided.  Do counsel have any reason to object? |
| 14 | MR. KELLY:  Defer to the Court, your Honor. |
| 15 | MR. KENDALL:  Your Honor, given the nature of the |
| 16 | publicity that we have with the Zoom access call, I am very |
| 17 | concerned about sequestration.  I have no problem with them |
| 18 | being released at the end of the trial, but while we're trying |
| 19 | to sequester witnesses scattered all over the country with this |
| 11:27 20 | sort of obsessive publicity on the case, I think it creates a |
| 21 | risk. |
| 22 | MR. KELLY:  I actually defer to Mr. Kendall, your |
| 23 | Honor.  I withdraw that. |
| 24 | MR. KENDALL:  As I said your Honor, I don't have a |
| 25 | problem with public access when this trial is over.  The rules |

1   are the rules and we respect them, but we've got a lot more
2   witnesses coming forward.
3              THE COURT:  This is just the transcripts that we've
4   been reading from and obviously have been quoted from
5   extensively to this point.
6              MR. KENDALL:  I understand, your Honor.
7              THE COURT:  The reasons given were so that if they
8   were going to quote anything, they would quote it accurately
9   and not misquote anybody.
11:28 10             MR. KENDALL:  Somehow I'm never enthused with the
11  quoting that they do, your Honor.  I'm just trying to be
12  practical.  I'm not citing a rule or pounding the table.  I'm
13  just a cautious person.
14             THE COURT:  I hear you.
15             Mr. Frank, what's the government's position?
16             MR. FRANK:  We don't have a position, your Honor,
17  other than to note that the exhibits themselves, the audio is
18  public record at this point once it's introduced, and so it's
19  not clear if the transcripts really do much more in terms of
11:28 20  publicity other than, as your Honor pointed out, making sure
21  that any quotations from the audio is accurate.
22             MR. KENDALL:  Your Honor, that's the point
23  Ms. Papenhausen was kind of enough to remind me.  We challenge
24  the accuracy of some of these transcripts.  You've heard us do
25  it already with Agent Brown.  We're going to continue it with