# **EXHIBIT D**

```
 1                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
 2


 3
     UNITED STATES OF AMERICA,        )
 4                      Plaintiff     )
                                      )
 5   vs.                              )  No. 1-19-CR-10080
                                      )
 6   GAMAL ABDELAZIZ and JOHN         )
     WILSON,                          )
 7                      Defendants.   )
                                      )
 8                                    )

 9

10

               BEFORE THE HONORABLE NATHANIEL M. GORTON
11                  UNITED STATES DISTRICT JUDGE
                       JURY TRIAL - DAY 15
12

13

            John Joseph Moakley United States Courthouse
14                       Courtroom No. 4
                        One Courthouse Way
15                  Boston, Massachusetts 02210

16

17                     September 30, 2021
                          3:42 p.m.
18

19

20

                   Kristin M. Kelley, RPR, CRR
21                    Official Court Reporter
            John Joseph Moakley United States Courthouse
22                One Courthouse Way, Room 3209
                    Boston, Massachusetts 02210
23                   E-mail: kmob929@gmail.com

24          Mechanical Steno - Computer-Aided Transcript

25
```

1   against us, he will not testify.

2        With respect to the Haden deposition, we have

3   cancelled it, your Honor.  We're not going to pursue Mr. Haden

4   or Mr. Garfio.  We understand the Court's ruling has been made.

5   We're not looking to reargue it.  We feel that makes it

6   impossible for us to present either of those witnesses if we

7   can't use documents and we also think it's a burden on our

8   Fifth Amendment rights as well.  Bottom line is we're not

9   putting on Haden's deposition and we're not calling Garfio.

04:27 10        THE COURT:  So let me understand.  Are we still on

11  schedule to, by Zoom, take statements out of the hearing of the

12  jury of Mr. Orr and Mr. Lopes and Mr. Garfio, that they are

13  going to --

14        MR. KENDALL:  I think Mr. Kelly may have been more on

15  top of that issue.  If you want me to finish.

16        THE COURT:  Yes. Go ahead.

17        MR. KENDALL:  On Monday, we will have three other

18  witnesses.  We've given the names to Mr. Frank already.  That

19  is Jack Bowen, the high school water polo coach of Johnny

04:28 20  Wilson, and two other of his teammates will also be coming.

21        THE COURT:  So Jack Bowen and then Johnny Wilson?

22        MR. KENDALL:  No.  Jack Bowen and then the other are

23  Quinn Barron and James Walters.

24        THE COURT:  What are they testifying about?

25        MR. KENDALL:  They're just teammates from the team.

1    We had had a coach of the team and another teammate listed.

2    They've dropped off.   Instead, there will be these two other

3    teammates.   They're giving the same testimony as the two

4    people we dropped off.

5         MR. FRANK:  We object to those two witnesses.  They

6    were not disclosed to us before today.  They were not on the

7    defendants' witness list that was due pretrial.  They were

8    sprung on us today.

9         MR. KENDALL:  Your Honor, we spoke with them yesterday

04:29 10   and they agreed to testify yesterday.  We had two other people

11   from the team on the list.  We've taken those two off.  One of

12   them is objecting through counsel.  The other one we're not

13   going to present.  We've got these two yesterday.  We told him

14   this morning as soon as we had it confirmed.  It's not as if we

15   delayed or playing games.  It's the same type of witnesses

16   they've already given notice of the two withdrawn.  We're

17   substituting two and they're fungible.  There's no change or

18   surprise.

19         MR. FRANK:  I don't know if it's fungible or not.  I

04:29 20   know there was a witness list due well pretrial in a case

21   that's been pending for several years and days before the

22   witnesses are being called we're being given names of

23   individuals who have never been identified to us as witnesses.

24   There's things that we do to research people that we do.

25   That's one of the reasons that witness lists are due pretrial.

1    We now don't have time to do things.  This is complete

2    sandbagging, your Honor.

3           MR. KENDALL:  It's not sandbagging.  Mr. Moon gave

4    testimony that went far beyond his field too.  I'll tell you

5    exactly what happened.

6           THE COURT:  I don't want an argument here.  Are those

7    witnesses available for a deposition by Zoom on Saturday?

8           MR. KENDALL:  I think they're flying out that day.  If

9    the issue is --

04:30 10           THE COURT:  You're planning to call them on Monday?

11           MR. KENDALL:  Put them on Monday morning, yes.  We're

12    planning to put on Bowen and the two other water polo players

13    Monday morning.

14           THE COURT:  Bowen has been known, correct?

15           MR. KENDALL:  Yes.

16           THE COURT:  I'm not concerned about Bowen.  How long

17    are you expecting the direct of those two players to be?

18           MR. KENDALL:  20, 30 minutes at most.

19           THE COURT:  You will make them available by Zoom or

04:31 20    otherwise to the government at the government's convenience,

21    which of course won't be convenient between now and Monday

22    morning, but at their less inconvenient for a deposition of

23    each of them to extend no more than 1 hour.  The defendants

24    will be responsible for paying for daily copies so they have

25    copies of those depositions at the time they are put on the

1    stand.

2             MR. KENDALL:  That's fine, your Honor.  In terms of

3    scheduling of it, these are people that we don't have control

4    over witnesses the way the government does.  We will get them

5    to be available.

6             THE COURT:  If you want them to testify, you'll make

7    them available to the government before they go on the stand.

8             MR. KENDALL:  Understood, your Honor.  I'm just saying

9    when may be a function of airplane flights and work

04:32 10    commitments, but we understand.

11             MR. KELLY:  Your Honor, one more point.  I want to

12    make clear what I was referring to about the admission.  I was

13    talking about Exhibit 1563A, the briefing.  We believe there is

14    binding First Circuit precedent.

15             THE COURT:  On what part of your argument does this

16    relate?  I'm sorry.

17             MR. KELLY:  Yes.  There's multiple motions pending.

18    One of them pertains to a government pleading where they state

19    something to the effect that they're not alleging that Donna

04:32 20    Heinel was personally pocketing money.  I don't have the exact

21    quote in front of me.  The exhibit that's discussed is 1563A,

22    and it's our position, your Honor, there's binding First

23    Circuit precedent on this vote that an admission is an

24    admission, and the cite is 840 F 2nd 118.  It's the Kattar,

25    K-a-t-t-a-r, case.