# **<u>EXHIBIT E</u>**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Docket No. 19-cr-10080-NMG

_____X

UNITED STATES,

                    Plaintiff,

          vs.

GAMAL ABDELAZIZ and JOHN WILSON,

                    Defendants.

_____X

          DEPOSITION OF JAMES PHILIP WALTERS, a

witness called on behalf of the Plaintiff, taken

pursuant to the applicable provisions of the Federal

Rules of Civil Procedure, before Valerie R.

Johnston, Registered Professional Reporter and

Notary Public in and for the Commonwealth of

Massachusetts, at the Offices of U.S. Attorney's

Office, at 1 Courthouse Way, Suite 9200, Boston,

Massachusetts, on Sunday, October 3, 2021,

commencing at 10:07 a.m.

Page 2

```
 1   APPEARANCES:
 2
 3   On behalf of the Plaintiff:
 4
 5       U.S. Attorney's Office
 6       District off Massachusetts
 7       STEPHEN E. FRANK, ESQ.
 8       KRISTEN A KEARNEY, ESQ.
 9       LESLIE A. WRIGHT, ESQ.
10       1 Courthouse Way, Suite 9200
11       Boston, Massachusetts  02210
12       617-748-3346
13       stephen.frank@usdoj.gov
14       kristen.kearney@usdoj.gov
15
16   On behalf of the Defendant, John Wilson:
17       White & Case, LLP
18       LAUREN M. PAPENHAUSEN, ESQ.
19       75 State, Street
20       Boston, Massachusetts  02109-1814
21       617-979-9312
22       lauren.papenhausen@whitecase.com
23               - and -
24
```

Page 4

```
 1                   I N D E X
 2   WITNESS:     DIRECT  CROSS  REDIRECT  RECROSS
 3   James Philip Walters
 4   (by Mr. Frank)  5
 5               _____
 6             (NO EXHIBITS)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 3

```
 1   APPEARANCES (CONTINUED):
 2
 3       McLaughlin & Stern
 4       ANDREW TOMBACK, ESQ.
 5       260 Madison Avenue
 6       New York, New York  10016
 7       212-448-1100
 8       atomback@mclaughlinstern.com
 9
10   On behalf of the Deponent:
11
12       Libby, Hoopes, Brooks
13       THOMAS M. HOOPES, ESQ.
14       399 Boylston Street
15       Boston, Massachusetts  02116
16       617-338-9300
17       thoopes@lhblaw.com
18
19   Also Present:  Mike Kendall (Via Telephone)
20
21
22
23
24
```

Page 5

```
 1               P R O C E E D I N G S
 2               _____
 3         JAMES PHILIP WALTERS,
 4   having been satisfactorily identified, and duly
 5   sworn by the Notary Public, was examined and
 6   testified as follows:
 7
 8       MS. PAPENHAUSEN:  Steve, before we get
 9   started, I have something I'd like to put on the
10   record.
11       I just want to put on the record that
12   counsel for Mr. Wilson first contacted Mr. Walters
13   about serving as a witness on the evening of
14   September 29th.  We understand from Mr. Walters
15   that, prior to us contacting him for the first time,
16   he had seen some press coverage relating to Casey
17   Moon's testimony.
18       MR. FRANK:  All right.  Thank you.
19           DIRECT EXAMINATION
20   BY MR. FRANK:
21       Q.  All right.  Good morning, Mr. Walters.
22       A.  Good morning.
23       Q.  Thanks so much for coming in.  We
24   appreciate it.
```

2  (Pages 2 to 5)

Page 6

1    A. Of course.

2    Q. So I thought we'd just start a little bit

3  talking generally about your background.

4    A. Okay.

5    Q. You grew up in Southern California?

6    A. Yeah, I did.

7    Q. Okay. Tell us about where and where you

8  went to high school.

9    A. I grew up in Orange County, Newport Beach.

10  I went to Mater Dei. I was home schooled prior to

11  them, and then I went to Mater Dei, and I then went

12  to USC.

13    Q. So you went to Mater Dei nine through

14  twelve?

15    A. Uh-huh. That's correct.

16    Q. Okay. And did you play water polo all four

17  years?

18    A. I did.

19    Q. Okay. When did you start playing water

20  polo?

21    A. I was six years old.

22    Q. Wow.

23    A. Yeah.

24    Q. Okay. And tell us about your water polo

Page 7

1  experience from the time you started through high

2  school.

3    A. My water polo experience was -- it was the

4  first real sport that I actually got into, and I

5  guess, I just fell in love with it and just, you

6  know, worked hard at it, and that's all I did, and

7  that's all I really cared about doing when I was

8  younger is -- is just getting better at water polo

9  and everything. So I just got a passion for it when

10  I was really young and kind of -- you know, it was

11  just fun for me.

12    Q. And then, by the time you got to high

13  school, who was your high school coach?

14    A. Chris Segesman.

15    Q. Chris?

16    A. Segesman.

17    Q. Okay.

18    A. Yeah He was an Olympian in Athens.

19    Q. Okay. And did you -- did you play varsity

20  right away?

21    A. I did.

22    Q. So as of nineth grade?

23    A. I started as a -- as a freshman.

24    Q. Was that unusual?

Page 8

1    A. Yes.

2    Q. Okay. Were you the only freshman on the

3  team?

4    A. I don't recall.

5    Q. Okay. And what position did you play?

6    A. Then I played a driver, which is like an

7  attacker sort of thing, and then I grew into playing

8  center defender.

9    Q. Okay. And so at what point did you start

10  playing center defender?

11    A. I don't know.

12    Q. Roughly.

13    A. Yeah. I don't know. About junior year

14  just because it was -- I would play a little bit,

15  and they were like, oh, hey, he's actually good at

16  center defender, and then I'd just play sporadically

17  and then I started picking up more.

18    Q. And did you play center defender for the

19  rest of your career at that point?

20    A. No. It was my biggest gripe was I kept

21  switching positions every season, but primarily I

22  was a center defender in college.

23    Q. Okay. And, besides the Mater Dei team, the

24  varsity team that you were on, were you on other

Page 9

1  club teams --

2    A. Yes.

3    Q. -- in high school?

4    A. Yes.

5    Q. Which ones?

6    A. I was on Regency, which was Mater Dei's

7  club team. It was our coach and the same players.

8    Q. Okay.

9    A. Yeah. And that was in -- in high school.

10    Q. Okay. And what else?

11    A. Prior to them or after?

12    Q. During high school.

13    A. Oh, just Regency.

14    Q. Okay.

15    A. Yeah.

16    Q. And what -- tell us about awards you won in

17  high school.

18    A. Most valuable defender. I think --

19    Q. That's a high school award?

20    A. It was within Mater Dei's awards. Within

21  Mater Dei, I got most valuable player, most valuable

22  defender, maybe, one or two other ones.

23    As far as, like, you know, recognized

24  through the league, I think second team and first

3 (Pages 6 to 9)

Page 10

1    time All American. I'm not -- I don't remember
2    totally.
3        Q. Okay. And the league was which league?
4        A. We were in the -- it wasn't Trinity. I
5    think it was Trinity league, and then we were in --
6    I was referencing the CIF section, actually.
7        Q. Okay. Tell us about CIF.
8        A. CIF is just the -- that's the final
9    tournament in high school. So we don't go to state
10   with high school. We don't go to, like, the
11   national championship. We do that through club. So
12   with our high school, the best you can get is CIF --
13   CIF rank.
14       Q. And what did you -- what did you do on
15   CIF?
16       A. I won three CIFs with Mater Dei.
17       Q. Okay. You won the top award?
18       A. Oh, personally?
19       Q. Well, the team. The team won the top
20   award?
21       A. Yeah. We have three rings.
22       Q. Okay.
23       A. Mater Dei does, yeah.
24       Q. Okay. And what about you personally?

Page 11

1        A. Personally I had, like, some, you know,
2    first -- I think I had first -- first team my senior
3    year, and then I think it was second team the other
4    years.
5        Q. And what does that mean?
6        A. Just the coaches get together through the
7    league, and they just vote on who they would use as
8    their starting line-up.
9        Q. Got it. Okay.
10       And did you do Junior Olympics?
11       A. Yes.
12       Q. Okay.
13       A. Yes. We won that a few times.
14       Q. You won that a few times?
15       A. Yeah. We won that a few times. Regency
16   won that. We won -- with our 16-year-old -- yeah.
17   We took, like, basically, a team of sophomores and
18   won the 18-year-old, the 18-year-old division.
19       Q. Wow. Okay. Any other major tournaments
20   or -- I don't know. Are they called tournaments?
21       A. Well, we had a -- you know, we had 105 game
22   winning streak; so we won a lot of things. I may
23   not recall every one.
24       Q. Mater Dei did?

Page 12

1        A. Yeah.
2        Q. Okay. And you were captain of the team?
3        A. Yes. Three years.
4        Q. Three-year captain?
5        A. Uh-huh.
6        Q. So, as a sophomore, you were captain?
7        A. Uh-huh.
8        Q. Wow. That's got to be highly unusual also.
9        A. Uh-huh. Yeah. Sophomore -- it was the end
10   of my sophomore year I was elected; so, essentially,
11   two and a half years.
12       Q. Okay. And is that -- do you know if
13   sophomores had been captain before that point?
14       A. Yeah. In high school, it's -- it's -- it's
15   heard of, yeah.
16       Q. Okay. But unusual?
17       A. Unusual.
18       Q. Okay. And you were elected by?
19       A. The team.
20       Q. The team. And I assume you were a starter
21   all four years?
22       A. Yes.
23       Q. Okay. And then anything, other than that,
24   outside of high school that was noteworthy in terms

Page 13

1    of water polo?
2        MS. PAPENHAUSEN: Objection.
3        MR. FRANK: I'm not sure you have standing
4    to object.
5        MS. PAPENHAUSEN: I believe I do under the
6    rules.
7        MR. HOOPES: I think she's the only one.
8    She's a party. You're a party. I'm just counsel
9    for the witness.
10       MR. FRANK: I would dispute the standing to
11   object, but it doesn't really matter.
12   BY MR. FRANK:
13       Q. Go on.
14       A. Where were we? Sorry.
15       Q. Outside of high school, did you do any
16   notable tournaments?
17       A. Junior Olympics. Not that's coming mind.
18       Q. Okay. At some point, you started the
19   college recruitment process?
20       A. Yeah.
21       Q. Tell us about that.
22       A. I wanted to go to USC my whole life.
23       Q. Why?
24       A. So that was easy. I -- I love USC.

4 (Pages 10 to 13)

1   It's -- I grew up in an area where you see USC flags
2   everywhere. Everybody seems to be -- like, everyone
3   who is in real estate seems to be in USC, and so
4   it's just -- I don't know. It's just always where I
5   wanted to go.
6        Q. And what about water polo at USC; was that
7   important to you?
8        A. Yeah. I mean, they were always the best.
9   You know, when I got there, they had, like, I think,
10  five in a row NCAA championships, and -- and they
11  had the sixth year before I got there.
12       Q. Okay.
13       A. So they were the best. I mean, I love
14  water polo. I loved USC. It was a perfect fit for
15  me.
16       Q. When did you -- what year -- so your senior
17  year was what year in high school?
18       A. Oh, in high school. I graduated in 2014.
19       Q. Okay.
20       A. And that was when USC had -- the 2013
21  season, that's when USC had won.
22       Q. So you started at USC in the fall of
23  2014?
24       A. That's correct.

1        Q. Okay. And when did you start the
2   recruitment process?
3        A. Well, there wasn't much of a recruitment
4   process. I called Jovan, probably, way before most
5   people would and I just --
6        Q. When was that?
7        A. Probably, the end of my sophomore year I
8   called him --
9        Q. Right.
10       A. -- and said I wanted to go USC.
11       Q. You just called him up?
12       A. Yeah.
13       Q. Did you know him before that?
14       A. I mean, everyone knows who Jovan is. But
15  did I personally know him; no.
16       Q. So you just -- you just picked up the phone
17  and called him?
18       A. Yeah. And my brother was -- had already
19  committed the year prior.
20       Q. As a junior?
21       A. He was either a junior or a senior. I
22  don't remember.
23       Q. Okay.
24       A. Yeah.

1        Q. So you had a connection to Jovan at that
2   point?
3        A. Not really.
4        Q. But he knew who you were?
5        A. He knew who I was --
6        Q. Okay.
7        A. -- because of my brother.
8        Q. Right. And so you called him as a
9   sophomore. And what -- tell us about.
10       A. I just said, "Jovan, I want -- I want to be
11  a Trojan," and there was -- I think it was around
12  Christmastime, and he's, like, "Wow, you made my
13  Christmas," is what he said, and I was, like, "Okay.
14  Great."
15           And so we didn't start any of, like, the
16  paperwork or any of that stuff for a little while,
17  but it was -- that was all it was.
18       Q. Did he -- was he familiar with your playing
19  by that point?
20       A. Yeah. Yeah. I mean, he'd been to my games
21  and stuff.
22       Q. How had he -- so how was he -- tell us
23  about that. How was he familiar with your
24  playing?

1        A. Well, he would have just been to my games.
2   I would -- I mean, I don't know how many or how well
3   he knew me, but he was at my games, I'm sure.
4        Q. You how do you know that he was at your
5   games; did you see him there?
6        A. I've seen him -- I'd seen him there,
7   yeah --
8        Q. Okay.
9        A. -- a couple of times.
10       Q. And there are Mater Dei games --
11       A. These are Mater Dei.
12       Q. -- or these are club?
13       A. These are Mater Dei and club because all
14  the coaches go to all of these events so they can
15  see, you know, who they'd want to recruit.
16       Q. Okay. So you had seen him at -- he had
17  seen you play multiple times?
18       A. Yeah. I'd seen most of the college coaches
19  at those games.
20       Q. Okay. And had you ever spoken to him at
21  those games?
22       A. No. Nothing more than hi --
23       Q. Okay.
24       A. -- or waving or, you know, shaking hands

Page 18

1   and just moving on.
2      Q.  Did you apply to any other schools besides
3   USC?
4      A.  Nuh-nuh.
5      Q.  No?
6      A.  No, I did not.
7      Q.  So you were really committed to USC as
8   sophomore basically?
9      A.  That's all I wanted was USC.
10     Q.  Okay.
11     A.  Yeah.
12     Q.  And, other than him coming to all those
13  games, did he -- was there any other sort of formal
14  process that was involved?  Did you do, like, an
15  official visit?
16     A.  I did do my official visit once I was
17  eligible to do so.  You have to be a certain age.
18  I -- I don't remember what that is, but I think it's
19  like, in your senior year, you can do an official
20  visit, and I did that then.
21     Q.  Okay.
22     A.  Uh-huh.
23     Q.  And what did that involve?
24     A.  I just met the guys.  I mean, I was

Page 19

1   already -- I already knew the guys because my
2   brother was on the team, and so, you know, I just
3   met up with them and hung out.
4      Q.  The guys being the other members of the
5   team or --
6      A.  Yeah.  The team members, yeah.
7      Q.  Okay.  And what about the coaches?
8      A.  I had met them, yeah.
9      Q.  So when did you -- so when did you -- you
10  knew Vavich?
11     A.  Uh-huh.
12     Q.  What about the other coaches; when did
13  you -- did meet them on the official visit for the
14  first time or did you know them from your brother's
15  experience?
16     A.  Oh, no.  I -- I met them, like, formally
17  then.  I may have met them prior, but I don't really
18  recall.
19     Q.  Okay.  But by that point, you knew all the
20  members of the team because your brother had been on
21  it?
22     A.  Yeah.  I mean, I -- yeah.  I knew -- I
23  wasn't close friends with them or anything, but I --
24  I knew of them; they knew of me because I was the

Page 20

1   brother.
2      Q.  Okay.  And you didn't have to send in video
3   or anything like that because he'd seen you in
4   person?
5      A.  Yeah.  Yeah.
6      Q.  Okay.  Did you send in a video?
7      A.  I did not send in a video.
8      Q.  Okay.  What about a resume or a profile or
9   anything like that?
10     A.  Yes, I believe so.
11     Q.  Okay.
12     A.  Well, let me think.  I think that I sent
13  in -- no, I did not send a resume into him.  I think
14  he had just -- no.  I -- I must have sent in a
15  resume.  I don't recall though.
16     Q.  Okay.  Do you recall preparing a resume?
17     A.  No, I don't recall preparing one.
18     Q.  Okay.  But you think you must have
19  because --
20     A.  Yeah.  I think it was part of the
21  application process when I was going through USC's
22  admissions process, but I don't recall creating
23  that.  It was a long time ago.
24     Q.  Okay.  Do you recall when you found out

Page 21

1   officially that you'd been approved for admission?
2      A.  No, I don't recall that.
3      Q.  Okay.  But it was sometime in your senior
4   year?
5      A.  Yes.  Yes.  It would be senior year, yeah.
6      Q.  Okay.  All right.  And then you -- you
7   started in your -- you started in the fall of
8   2014?
9      A.  Yes.
10     Q.  Okay.  And so tell us about -- you played
11  all four years?
12     A.  Yes.
13     Q.  Okay.  I think you had -- my understanding
14  is you had an incredible freshman year --
15     A.  Uh-huh.
16     Q.  -- with a lot of goals.
17     A.  Right.  I did well.  I did well in my
18  freshman year, yeah.
19     Q.  Like, 34 goals?
20     A.  Yeah.  Oh, you did your research on that.
21  Yeah.
22     Q.  So tell us about that.  Tell us -- tell
23  about your -- sort of your experience year by year
24  what you remember.

6  (Pages 18 to 21)

Page 22

1          MS. PAPENHAUSEN: Objection. Ambiguous.
2     Q. You can answer.
3          A. So freshman year was -- it was difficult
4     adjusting to a new system of play. Just from team
5     to team is different, you know, coaching styles sort
6     of thing.
7               It was hard. It was a lot of hours of --
8     of water polo, a lot of studying, like, out of
9     practice and trying to learn our plays and it, you
10    know, wasn't -- it wasn't easy, but it was a lot of
11    fun. You know, it was -- it was a great experience.
12         Q. It was a lot more rigorous than high
13    school?
14         A. Oh, yeah.
15         Q. In what ways?
16         A. Harder training, harder competition, and a
17    lot more studying just to keep up and -- and know
18    your plays and -- and, you know, be a good addition
19    to the team.
20         Q. How many hours a week do you recall
21    actually being either at practice or in team
22    meetings or games?
23         A. It was typically between 16 and 20 hours.
24         Q. Okay.

Page 23

1          A. Yeah.
2     Q. Do you recall it ever going over 20
3     hours?
4          A. No.
5     Q. Okay. And that included studying plays?
6          A. Well, no. Studying -- studying outside of
7     it, I mean, I'd --
8     Q. That you do on your own?
9          A. Yeah. I do on my own. Like, I'd be laying
10    in bed looking at plays and watching video and
11    things like that.
12         Q. Okay. And so -- but you -- you know that
13    the NCAA has a cap on --
14         A. Yeah.
15         Q. -- hours?
16         A. Yeah. When the -- like, mandatory hours,
17    yeah.
18         Q. Okay.
19         A. So, if it's mandatory to be there, there's
20    a cap on it, yeah.
21         Q. And you don't recall ever -- you know,
22    Yovan exceeding that cap?
23         A. No, I don't think so.
24         Q. Okay. And how many -- do you recall how

Page 24

1     many players were on the team your freshman year?
2          A. No, I don't recall.
3          Q. Okay. Do you recall how many red shirts
4     there were?
5          A. There was a lot. There was somewhere --
6     more than -- more than ten I want to say, but I
7     don't know specifically.
8          Q. Okay. And did you -- you were not a red
9     shirt, obviously?
10         A. I never red-shirted.
11         Q. Okay.
12         A. I just played four years straight through.
13         Q. Okay. Did you play in matches -- or
14    sorry -- games as of right away?
15         A. Yeah. Yes, I did. I -- I was starting
16    about half the games. Most of -- I would say I was
17    starting most of the games my freshman year.
18         Q. Okay. Did you actually play in every
19    game?
20         A. Yes.
21         Q. Okay. And what about sophomore, junior,
22    and senior years?
23         A. Yes. I was captain my sophomore, junior,
24    and senior years, and I started.

Page 25

1          Q. Okay. And you started in every game?
2          A. There was probably a couple games I didn't,
3     but mostly, yes.
4          Q. Do you believe that you played in every
5     single game throughout your four years?
6          A. If you omit any injuries, I may have had,
7     then, yes.
8          Q. So other than sitting out for an injury?
9          A. Yeah. I mean, I had two hip surgeries,
10    too; so I -- I had some time where I -- I didn't
11    play any club games that year. I didn't -- you
12    know...
13         Q. When was that?
14         A. January 2015. January and February. It
15    was bilateral hip surgery.
16         Q. Okay. And how long do you recall being
17    out?
18         A. Until September of that year.
19         Q. Oh, wow. But so January until September,
20    that's out of season at that point?
21         A. Correct.
22         Q. So you wouldn't have had games during that
23    period?
24         A. There's -- there's scrimmages and there's,

7 (Pages 22 to 25)

Page 26

1    like, some -- there's one off-season tournament --
2        Q. Okay.
3        A. -- from club.
4        Q. But in terms of seasonal tournaments or
5    seasonal games, you didn't miss any of those that
6    you recall?
7        A. I'm sure I missed one or two of them for
8    various reasons.
9        Q. Okay. But, basically, you remember playing
10   in every single game and starting in most games?
11       A. That's correct.
12       Q. Okay. Okay. And -- and then, when you
13   became captain, that was an elected position or was
14   that --
15       A. Yeah. The -- the team votes; so the team
16   voted me captain. That was after season of my
17   freshman season; so I think it was -- we had a
18   post-meeting sometime in December or January. It
19   might have been when we got back from break in
20   January and the team votes.
21       Q. Okay.
22       A. Yeah.
23       Q. Would you say -- it sounds like you had an
24   immediate impact on the team as a freshman year.

Page 27

1        A. I'd like to think so.
2        Q. Okay. And what do you recall about the --
3    you said you think there were at least ten red
4    shirts in the first season.
5        A. We had a lot of freshman because the year
6    prior a ton of guys graduated, and so the poor
7    coaching staff, you know, they had to recruit a ton
8    of new players, and so, yeah. There was a lot of --
9    a lot of us freshman.
10       Q. And do you recall who all the freshman
11   were?
12       A. Mostly, yeah.
13       Q. Okay. Can you tell us?
14       A. Everyone by name?
15       Q. Yeah.
16       A. You put me or not spot like that.
17       Q. That's my job.
18       A. All right. Okay. So I'll do it -- I'll do
19   it --
20       Q. I won't ask you to do it alphabetically.
21       A. Okay. Let me do it like this because I
22   know about -- it's easier to do it -- okay. So
23   there was myself, McQuin Baron.
24       Q. That doesn't count. That's cheating.

Page 28

1        A. McQuin Baron. And then I had -- let's see
2    here. There was Murphy Slater, Bryce Hoerman, Grant
3    Stein, Brock Hudnut, Matteo Morelli. I think that
4    covers my dorm room.
5            And then the next dorm room was Tristan
6    Reinhardt, Johnny Wilson, Andrew Mericle, Jake
7    Ctvrtlik, Zac Traversi. I know I'm missing a
8    couple. Tim Leong. That's my recollection when I'm
9    put on the spot.
10       Q. Okay. And how close -- the dorm rooms were
11   adjoining?
12       A. No. They are on separate floors.
13       Q. Okay.
14       A. And the way it was broken up was
15   predominantly it was more like the guys that were
16   traveling, the traveling roster.
17       Q. Which was your room?
18       A. Which was mine. And so there's four
19   bedrooms and a common area, two people per bedroom.
20   So most of us in mine were traveling, and then --
21       Oh, I forgot the foreigner. So I had
22   Mihajlo Milicevic and Lazar Pasuljevich. A lot of
23   itches, yeah. Okay. So I just had to add those
24   two.

Page 29

1    But yeah. We were in 208. The -- the red
2    shirts and the guys that were not traveling per
3    se -- I say "traveling" meaning like they weren't
4    suiting up for games, but they did travel and, you
5    know, assist with things, but they were in 307, I
6    believe.
7        Q. Okay. How often would you be with them?
8        A. A lot. Yeah. We were eating breakfast
9    together, dinner. Yeah. We were -- we were always
10   around each other for different events and things
11   like that.
12       Q. Okay. And that was just freshman year?
13       A. No. It -- every year we'd -- we'd always
14   have team dinners and breakfasts and things like
15   that. I mean, a lot of times it wasn't even formal.
16   It's just like, you know, you had the same class
17   time and you knew that some guys would be down there
18   at the same time.
19       Q. What do you remember about when you first
20   met Johnny?
21       A. Nice guy.
22       Q. I'm actually a asking different question.
23   When did you first meet Johnny?
24       A. The first day of practice when he was

8  (Pages 26 to 29)

Page 30

1  allowed to show up.
2      Q.  Okay.
3      A.  I was within 50 miles of the university.  I
4  lived within 50 miles; so I was allowed to start
5  training prior to the -- the people that came from
6  further away.
7      Q.  When you start training?
8      A.  It must have been June of 2014 --
9      Q.  Okay.
10     A.  -- so after I graduated high school.
11     Q.  Okay.  And that's because you lived within
12  50 miles?
13     A.  Yeah.  I was about 47 miles, something like
14  that.
15     Q.  Okay.  And then --
16     A.  I'm lucky.
17     Q.  And then when do you recall Johnny
18  starting?
19     A.  Whatever the first day was.  I think it may
20  have been in August.
21     Q.  Okay.
22     A.  Yeah.
23     Q.  And so what do you recall about him from
24  that initial meeting?

Page 31

1      A.  Well, I mean, there was a lot going on with
2  those practices.  I mean, it -- it was sort of like
3  we all -- we all met and everyone introduced
4  themselves, you know, before we went to the locker
5  room and changed, but I -- I can't tell you
6  specifically, like, you know, different things, what
7  they were wearing, whatever.
8          I mean, I -- I remember meeting Johnny.
9  That was you know, obvious.  I met everyone there.
10  That practice was notoriously hectic because we've
11  got all these new freshman, and Jovan is -- you may
12  have heard, he -- he likes to yell, and so he -- he
13  was on our case the whole practice; so it's very
14  tense, you know...
15     Q.  Okay.  And then what do you recall about
16  him after that time in terms of attending
17  practice?
18     A.  He was there.  Yeah.  I mean, he was there.
19     Q.  Every practice?
20     A.  No one's there every practice.
21     Q.  Okay.  What do you recall about Johnny
22  specifically?
23     A.  Well, so he was at practice.  I know that
24  he had the -- the concussion, and then he had to be

Page 32

1  out for a while.
2      Q.  So you recall him being at the first
3  practice?
4      A.  Yeah.  In that week, yeah.
5      Q.  You recall him being there that whole
6  week?
7      A.  I do.
8      Q.  Okay.
9      A.  I mean, if he missed one or two days for
10  whatever reason, maybe, if there was a class or
11  something like that I don't specifically know, but
12  he was there, yes, after the first day.
13     Q.  Okay.  And how do you have a memory of
14  that?
15     A.  It was just like any other memory.
16     Q.  Okay.  But you have a specific memory of
17  him being there that first week?
18     A.  Yes.  He was there.
19     Q.  Did you -- were you in the pool with him?
20     A.  Yes.  I was in the pool, and he was -- he
21  was -- we were typically on just -- you know,
22  because the -- the varsity guys, so to speak, would
23  be on one side and then -- but, yeah, he was there.
24     Q.  So you were on one side and the red shirts

Page 33

1  were on the other side?
2      A.  But we were all in the same pool.  We did
3  the same swim sets, the same warm-ups, but yeah.  So
4  I'm telling you I do recall him being there.
5      Q.  Okay.
6      A.  As far as -- like, probably, he was not one
7  of my passing partners then, but you know, he could
8  have been, but again, that's like seven years ago.
9      Q.  All right.  So it sounds like it's sort of
10  a vague memory of him being there?
11         MR TOMBACK:  Objection.
12         MS. PAPENHAUSEN:  Objection.
13  Mischaracterizes.
14     A.  I didn't say it was vague.  It's not there.
15         MR TOMBACK:  It's a specific recollection
16  as far as I can tell.
17     Q.  Okay.  Tell me specifically what you can
18  recall other than him being there.
19     A.  Yeah.  Are you looking for -- for what he
20  was wearing or --
21     Q.  No.  Just -- just you have a specific
22  memory of Johnny being there that week, right?
23         MS. PAPENHAUSEN:  Objection.
24         MR TOMBACK:  Objection.

9  (Pages 30 to 33)

Page 34

1    MS. PAPENHAUSEN:  Asked and answered.
2  BY MR. FRANK:
3    Q.  You can ignore the objections.
4    Do you have a specific memory of him being
5  there that week?
6    **A.  Yes.  He was there.**
7    Q.  But you don't remember how many days?
8    **A.  No.**
9    MS. PAPENHAUSEN:  Objection.  Asked and
10  answered.
11    **A.  I don't take attendance.  I mean, I --**
12    Q.  No.  I'm just asking your memory.
13    **A.  Yeah.**
14    Q.  No.  I get it.
15    **A.  I do remember him being there.**
16    Q.  You don't remember which days?
17    **A.  I don't know if -- if he -- I'm saying, if**
18  **he missed a day -- and I don't want to say that he**
19  **was there every day if he missed one day --**
20    Q.  Right.
21    **A.  -- because all of us had, you know, weird**
22  **stuff going on with -- with our classes, and you**
23  **know, it was just kind of hectic the first week.**
24    Q.  And you don't remember sparring with him,

Page 35

1  like --
2    **A.  Oh, passing.**
3    Q.  Passing.  Sorry.  Wrong term.
4    **A.  No.  I'm saying I probably did.  It's just,**
5  **you know...**
6    Q.  Do you have a specific memory of it?
7    **A.  I -- I have passed with him before,**
8  **certainly.**
9    Q.  Okay.  Do you remember passing with him
10  that first week?
11    **A.  Yes, I did.**
12    Q.  Okay.  And was it once or more than once?
13    **A.  I couldn't tell you.**
14    Q.  Okay.  And then what do you remember after
15  that first week?
16    **A.  As far as?**
17    MS. PAPENHAUSEN:  Objection.  Ambiguous.
18    Q.  As far as Johnny being at practice?
19    **A.  He was there.**
20    Q.  Okay.
21    **A.  Like, I don't know.**
22    Q.  Do you remember him being there all the
23  time?  Do you remember him being there some of the
24  time?  What do you remember?

Page 36

1    **A.  I remember him being there, yeah.  He**
2  **was -- he was there.  You know, after his**
3  **concussion, he was -- he was out for a little while**
4  **just to recover but he was -- you know, he came**
5  **back.  He was there and he was --**
6    Q.  What do you remember about when he had a
7  concussion?
8    **A.  I don't -- I -- I never saw him get the**
9  **concussion, but I do remember him leaving the pool**
10  **deck and -- it's a vague memory, but he did leave**
11  **the pool deck because my roommate at the time,**
12  **McQuin, drove him to the hospital and I...**
13    Q.  So you remember the concussion happening at
14  practice?
15    **A.  I didn't say that, no.**
16    Q.  Oh.  I'm sorry.  I misunderstood.
17    **A.  I don't -- I don't know when he got his**
18  **concussion, but I know that he had got one and he**
19  **left from the pool deck to go to the hospital.**
20    Q.  So help me understand that.  So you don't
21  know if he had the concussion in the pool or at
22  the -- at practice?
23    **A.  Correct.  I don't know where he -- the**
24  **concussion came from or how it happened.**

Page 37

1    Q.  What do you recall about him leaving to go
2  to the hospital from --
3    **A.  He --**
4    Q.  -- from practice?
5    **A.  He looked like he was in bad shape and I --**
6  **when I say that, I mean, he was -- so I've been**
7  **concussed before and I saw it in him where he was,**
8  **you know, kind of out of it, sort of woozy kind of**
9  **thing, and he looked really out of shape.**
10    **When -- when he got in the car with my**
11  **roommate, his -- his concussion had been so bad that**
12  **he was actually vomiting.**
13    Q.  Who was vomiting?
14    **A.  Johnny was vomiting.**
15    Q.  How do you know that?
16    **A.  Because I had to clean the vomit up when he**
17  **got back from the hospital.**
18    Q.  Okay.  And this was at what practice?
19    **A.  I mean, it was water polo practice.  I**
20  **don't know when.**
21    Q.  But do you remember when?
22    **A.  I don't remember the dates.**
23    Q.  Okay.
24    **A.  No, I don't.**

10  (Pages 34 to 37)

Page 38

1    Q.  So you're not sure if the concussion
2  happened at practice; you just --
3    A.  But the symptoms of it, they came up, yeah.
4    Q.  Understood.
5    A.  Yeah, at the practice.
6    Q.  And did he -- was he admitted to the
7  hospital?
8    A.  I don't know.
9       MS. PAPENHAUSEN:  Objection.
10   A.  I don't know.
11   Q.  Okay.  What do you remember about him being
12  removed from the -- from the pool deck?
13   A.  I mean, he walked out with sunglasses and
14  a -- and a hoody on because it was really bright,
15  and so he put some -- I mean, you're -- you get
16  really sensitive to the light.  But he put some
17  sunglasses on and a hoody, and he -- and he walked
18  out.
19   Q.  Did he have the sunglasses with him?
20   A.  I don't know whose they were.
21   Q.  Okay.  And what were the coaches doing?
22   A.  I don't recall.
23   Q.  Do you remember which coaches were there?
24   A.  I don't recall.

Page 39

1    Q.  Do you remember if the coaches were
2  attending to him?
3    A.  It -- it was the -- the trainer and -- I
4  mean, when there's an injury, the coaches know that
5  they are no doctors.  They just kind of let the
6  athletic trainer deal with that.
7    Q.  Okay.  So you don't remember the coaches
8  attending to him at all?
9    A.  That's not to say they didn't.  I just
10  don't have a specific recollection of it.
11   Q.  Okay.  And what do you remember about when
12  he came back?
13   A.  Our concussion protocol was to not go
14  immediately into contact; so he was just doing,
15  like, light swim sets.
16   Q.  Are you saying that based on the protocol
17  or are you saying that based on your memory?
18   A.  No.  This is -- this is on my memory.
19  Yeah.
20   Q.  Okay.  When do you remember him -- how long
21  do you remember him being out?
22   A.  It was at least a month, I think.  Yeah.
23  It was about three weeks to a month before he could
24  get back in the pool.

Page 40

1    Q.  Okay.
2    A.  Yeah.
3    Q.  Okay.  And what do you remember during that
4  time, that three weeks to a month, about your
5  interactions with Johnny?
6    A.  I'd see him -- I'd see him at practices.  I
7  mean, he wasn't -- he didn't -- he would come back
8  to -- he would watch practices -- not -- I mean, it
9  was sort on -- from what he said, sometimes it
10  was -- the concussion was, like, too painful to be
11  around loud noises and --
12   Q.  He told you that?
13   A.  Yeah.  And -- and I know that that's --
14  that is the case for concussions.  I mean, whistles
15  and things like that get really loud and they ring
16  in your head, and so he -- he missed some, and some
17  days he was there to watch.
18   Q.  What did he do?
19   A.  He'd just watch.  During that time, he
20  watched.  Sometimes -- we weren't -- I think, at
21  that part of season towards the -- we weren't
22  really -- I think he was videotaping a little bit of
23  that stuff, like, for us, I mean, because we -- we
24  record our practices.

Page 41

1    Q.  You record every practice?
2    A.  No.  No, no, no.  We record when we work on
3  plays or, like, different defenses, things like
4  that.
5    Q.  Okay.  And you do that throughout the
6  season?
7    A.  Uh-huh.  Yeah.
8    Q.  Okay.  And what do you do with those
9  recordings?
10   A.  We just study them, watch them.  They're --
11  they're put on a -- like, a website database, and we
12  can access them any time we want.
13   Q.  Okay.
14   A.  And it's used in meetings and things like
15  that.
16   Q.  Okay.  And so you review them to talk about
17  what you're doing well, what you're not doing
18  well?
19   A.  Correct.
20   Q.  Okay.  And that happens throughout the
21  season?
22   A.  Throughout the season.
23   Q.  And I'm sorry.  Did you say every practice
24  is recorded or just some practices?

11  (Pages 38 to 41)

Page 42

1     A. Sometimes. It's sporadic.
2     Q. How often?
3     A. It's sporadic, and it depends on what we're
4   working on.
5     Q. Okay. All right. And so you recall him
6   actually manning the camera?
7     A. Yes.
8     Q. And what else did he do when he was
9   concussed at practice?
10    A. Prior to being cleared to get back in the
11  pool?
12    Q. Exactly.
13    A. Prior to, he just -- he just watched.
14  That's all he could do was watch.
15    Q. Okay. Did he help set up lanes? Did he do
16  anything like that --
17    A. Yes.
18    Q. -- that you recall?
19    A. Yes.
20    Q. What did he do?
21    A. He would help with putting balls away,
22  covers, lane lines, that kind of stuff.
23    Q. Okay. And how did he know what he was
24  supposed to do?

Page 43

1     A. I don't understand.
2     Q. In other words, was somebody telling him
3   what to do or he would just pitch in?
4     A. The coaches say, "Clean up," and they'd go
5   up to their office, and then all of us guys make it
6   happen.
7     Q. Okay. Are there any particular coaches who
8   were in the charge of that or --
9     A. No. It's just practice over, clean-up, and
10  we do that as quickly as we can so we can get
11  dinner.
12    Q. Okay. How often did you see Johnny during
13  that three weeks to a month that he was out?
14    A. For sure, a couple -- three times a week.
15    Q. Okay. All right. And then -- and then you
16  recall, after about three weeks or a month, he was
17  back at practice?
18    A. That's correct.
19    Q. So I'm sorry. When did you say you
20  remember him having the concussion; how -- how far
21  into the season?
22    A. Very early on.
23    Q. Okay. So a week, two weeks, three weeks?
24    A. My recollection is it's in the first week

Page 44

1   or two. I don't know. It was -- it was pretty
2   soon.
3     Q. Okay. So he wasn't at too many practices
4   before the concussion?
5     A. That's correct.
6     Q. Okay. How many would you say?
7     A. About a week to two weeks worth of
8   practices.
9     Q. Okay. And then -- and then you recall him
10  being out for three weeks to a month?
11    A. Out of the pool, but he would still come
12  to -- to the pool.
13    Q. I understand. I'm sorry.
14    A. Right.
15    Q. So the first practice was -- that everyone
16  was at was in mid-August?
17    A. Yes.
18    Q. Okay.
19    A. I believe so.
20    Q. So you remember him being there for a week
21  or two in August?
22    A. That's correct.
23    Q. And then out for three weeks to a month?
24    A. Out of the pool for three weeks to a

Page 45

1   month.
2     Q. Understood. But out of practice?
3     A. Yeah. Yeah.
4     Q. And then --
5     A. The first two weeks of the concussion, he
6   was in bed. I don't think he came to the pool at
7   all during the first week or two of the
8   concussion.
9     Q. How do you know he was in bed?
10    A. Well, in his dorm because he was --
11    Q. He was not at practice?
12    A. -- badly concussed --
13    Q. Okay.
14    A. -- so...
15    Q. And then, after the first week or two of
16  the concussion, you -- you remember him coming to
17  practice but sitting out?
18    A. Yes.
19    Q. And then after about -- so you -- you
20  remember him filming for and participating on the
21  sides for a week or two?
22    A. I didn't say that. What -- what do you
23  mean?
24    Q. I'm just trying to figure -- because you

12 (Pages 42 to 45)

Page 46

1    said he was out for three weeks to a month.
2        A. He was out of the pool for about three
3    weeks to a month, something like that. I don't
4    remember the exact amount of days. But he would
5    film -- once he -- once he recovered from the bulk
6    of the symptoms and was able to be around loud
7    noises and the bright lights and stuff, that's when
8    he would -- he came back and was able to film and --
9    and help out more. That's when he was cleaning up
10   with me and things like that.
11       Q. Yeah. And I'm just trying to get the
12   chronology.
13       A. Oh.
14       Q. So you remember him being out, like, in his
15   dorm room for, like, two weeks?
16       A. About a week or two is -- is my
17   recollection.
18       Q. Okay.
19       A. A week or two.
20       Q. A week or two?
21       A. Right.
22       Q. But not more than two?
23       MS. PAPENHAUSEN: Objection.
24       MR TOMBACK: Objection. It's seven years

Page 47

1    ago.
2        Q. Not more than two?
3        A. It was -- it was a long time ago, but it
4    was -- it was about two weeks.
5        Q. Okay. And then, after that two weeks, you
6    remember him being back on the sidelines for a week
7    or two before returning to practice?
8        A. That's correct.
9        Q. Okay. And so that would put us at the end
10   of September?
11       A. If -- if he were only out for a month,
12   which it may have been longer, like, with his
13   concussion, because I don't know the date that he
14   was cleared to get back in the pool and start
15   training.
16       Q. I'm just asking for your memory.
17       A. Yeah. So it would be tough for me to tell
18   you what -- what part of the month it was.
19       Q. Sometime in October?
20       A. It could have been, but I don't know for
21   sure.
22       Q. Okay. Would -- would it have been after
23   that or earlier than that?
24       MS. PAPENHAUSEN: Objection. Asked and

Page 48

1    answered.
2        A. I don't know the exact dates of that.
3        Q. Okay. And then you remember him training
4    again?
5        A. Yes.
6        Q. Okay. And how long do you remember him
7    training again with the team, for -- for how many
8    more weeks or months?
9        A. Well, the rest of the season.
10       Q. Okay.
11       A. Yeah.
12       Q. So was that, in your memory, two weeks,
13   three weeks, a month, two months?
14       MS. PAPENHAUSEN: Objection. Asked and
15   answered.
16       A. Probably, somewhere between a month to two
17   months left of season --
18       Q. Okay.
19       A. -- I think.
20       Q. And what do you remember him doing at
21   practice during that time?
22       A. Well, he started off swimming in the dive
23   well -- diving well because that's -- you know, that
24   was the safest place to be after a concussion

Page 49

1    because there's no rogue balls that were going to
2    hit you in the head or you, know, someone swimming.
3    They're not going to hit you by accident. So he
4    would go to the diving well, and he would get his
5    swim set in, and then after that, he would kind of
6    move back into the --
7        Q. Are you saying that based on a memory of
8    him doing that?
9        A. Yes.
10       Q. Okay.
11       A. Yes.
12       Q. All right. So you remember him in the
13   diving well?
14       A. Yes.
15       Q. Okay. And what else did he do?
16       A. Then he started practicing again with us.
17   I mean, it -- you know, in the moment, like, seven
18   years ago, no one thinks of what's he doing now.
19   You know, he was there at practice. He was --
20       Q. And do you remember him there every day?
21       A. Most every day. There may have been a day
22   he missed, but yes.
23       Q. Okay. Do you remember -- did you -- were
24   you familiar with his high school career?

13 (Pages 46 to 49)

1    A. Once I had met him at -- at USC, then,
2    yeah. I mean, we -- we talked about it, and -- and
3    I knew about -- just not a whole lot. I mean, we
4    were never very close.
5        To be up front about it, I -- I wasn't
6    really close friends with him at all throughout high
7    school. I mean, I -- but I did know a little bit
8    about him after we had talked. I said, oh, yeah, I
9    knew that coach and I knew this, so...
10   Q. Okay. And what do you -- what do you
11   remember him telling you about his high school
12   career?
13       MS. PAPENHAUSEN: Objection. Hearsay.
14   A. With his high school career, we just -- we
15   talked briefly about it, you know, just kind of --
16   we talked about Menlo and Stanford. I -- I remember
17   us talking just basics. I mean, nothing notable,
18   nothing that I would, you know, remember seven years
19   ago specifically, like, something -- it's just, you
20   know, I was able to talk to him because he was
21   playing for Menlo and we knew a lot of the same guys
22   and things like that.
23   Q. You never played him in high school?
24   A. No. I did.

1    Q. You did?
2    A. Yeah, I did. Yeah. He -- he was -- I -- I
3    remember -- now that you say that, actually, I
4    remember him telling me that he remembered
5    playing -- playing me. I didn't remember playing
6    him, and I had hit him by accident while we were
7    playing. I -- I don't know if it was --
8    Q. So are you responsible for the
9    concussion?
10   A. No. No. No, no, no.
11       I think that, when -- when we started
12   talking, he was laughing about it. He's, like,
13   "Yeah. I don't know if it was you or your brother
14   but someone hit me," and I -- I was, like, "Oh, wow.
15   Okay. If it was me, I'm sorry."
16   Q. Was he captain of his high school team?
17       MS. PAPENHAUSEN: Objection. Lack of
18   personal knowledge, lack of foundation.
19   Q. Was he captain of his high school team?
20       MS. PAPENHAUSEN: Calls for hearsay.
21   A. I don't know the specifics of that. I
22   mean, captains -- see, captains with -- with water
23   polo teams -- I don't think in high school anyone
24   even cares who the other team's captain is. Like,

1    the captain is an internal function. It's something
2    that --
3    Q. Did he ever tell you that he was captain?
4        MS. PAPENHAUSEN: Objection. Hearsay, lack
5    of personal knowledge, lack of foundation.
6    A. It would have never come up.
7        MR. FRANK: I object to your coaching the
8    witness.
9    A. It would have never come up.
10   Q. Okay.
11   A. I wouldn't have -- like, for example, I was
12   captain of my high school team. I didn't go around
13   telling people I was the captain. Like, it doesn't
14   come up in conversation.
15   Q. Okay. Did you know who the captains of his
16   high school team were?
17   A. No.
18   Q. Okay. What do you recall about his
19   abilities at practice?
20   A. He seemed -- he seemed good. I mean, I --
21   nothing -- let's put it this way: If -- if I were
22   to see someone that was -- that couldn't keep up or
23   was bad or something like that, I would notice that,
24   but nothing stood out; so he was fine, I mean, in

1    my -- in my opinion.
2    Q. Was there -- was there anything he was
3    particularly good at?
4    A. I can't say I recall anything that I would,
5    you know, specifically point to.
6    Q. Okay. You don't remember him being --
7    having an unusually hard throw or being unusually
8    fast or being unusually slow or anything like
9    that?
10       MS. PAPENHAUSEN: Objection. Asked and
11   answered.
12   A. There's -- there's qualities from every
13   player, but for me to remember them, you know,
14   from --
15   Q. He didn't stand out?
16   A. Well, he -- he just blended in is the way
17   I'd say it. I mean, all of us were working on our
18   own things, and everyone's got their own things to
19   focus on.
20   Q. Okay. Do you remember anyone else leaving
21   the team in January?
22   A. There was a -- there was a couple of
23   freshmen that -- that left, and I don't know if it
24   was in January. I don't know if it was at the end

Page 54

1    of the -- the school year, the spring semester.
2        Q.  Okay.  Have you remained in touch with
3    Johnny since graduation?
4        A.  I haven't talked to him since practice.
5        Q.  Since practice.  So since?
6        A.  Seven years ago.
7        Q.  Okay.
8        A.  I've not talked to him.  Like I said, I was
9    never close with him.
10       Q.  And you haven't seen him?
11       A.  I'm sure I saw him at -- at school, like,
12   in passing and, you know, hi, Johnny, whatever, but
13   you know...
14       Q.  Do you know his parents?
15       A.  I've never met them, no.
16       Q.  Do you know his sisters?
17       A.  No, I've never met them.
18       Q.  Okay.  Have you ever been to their house?
19       A.  No.
20       Q.  Have you -- since January of 2015, have you
21   socialized with Johnny at all?
22       A.  I may have been around him at school and --
23   but I -- nothing that I recall, no.
24       Q.  Okay.  Have you been on the phone with

Page 55

1    him?
2        A.  No.
3        Q.  Since January of 2015?
4        MS. PAPENHAUSEN:  Objection.  Asked and
5    answered.
6        A.  I don't think so, no.
7        Q.  Have you texted with him?
8        A.  No.
9        Q.  Have you emailed with him?
10       A.  No.
11       Q.  Never once since January 2015?
12       A.  Maybe.  I mean, maybe, when -- maybe,
13   sometime in school.  But, I mean, as of the last few
14   years, no, I haven't sent him a text or nothing.
15       Q.  When is the last time you remember being in
16   touch with him?
17       MS. PAPENHAUSEN:  Objection.
18       A.  At practice.
19       MS. PAPENHAUSEN:  Asked and answered.
20       Q.  Okay.  And are you under subpoena to be
21   here?
22       A.  No.
23       Q.  So you're here voluntarily?
24       A.  Subpoena what?  Sorry.  What?

Page 56

1        Q.  Are you here voluntarily or were you
2    required to be here by order?
3        A.  No.  I'm here voluntarily.
4        Q.  Okay.  Why?
5        A.  Just to give you my recollection of events.
6    I mean, I -- no one is forcing me to be here.  I'm
7    not, you know, particularly close with Johnny or
8    anything like that.
9        Q.  Okay.  What can you tell us about coaching
10   at practice?  So was Coach Vavich normally running
11   the show every day?
12       A.  Yeah.
13       Q.  Okay.
14       A.  Yes.
15       Q.  Pretty rigorous?
16       A.  Very.
17       Q.  What do you remember about his coaching
18   style?
19       A.  He yells a lot.  He's a good coach.  He
20   knows what's going on, and we're very organized.  I
21   think he -- he's just -- he's a tough coach, and
22   he's just that.  I mean, he's rigorous.  He knows --
23   he knows how to get us in shape.
24       Q.  What do you remember about the roles of the

Page 57

1    other coaches?
2        A.  That year, my freshman year, was Jovan,
3    Pinta, Marko Pintarich, Casey Moon, and Stephan
4    Ludeki.  The -- the roles they had were Jovan was
5    the number one guy.  He did most of the -- of the
6    coaching and practice.  Pinta was his assistant and
7    he did -- that's Marko Pinta, which I call him
8    Pinta.  Pinta is -- was the assistant, and he did a
9    lot of -- like, you know, if we were scrimmaging, he
10   would coach the other side, but he was also a goalie
11   coach.
12       Casey and Stephan were supporting roles,
13   and they would help where needed and -- but -- but
14   they were not as, you know, involved as Yovan and
15   Pinta.
16       Q.  But everyone was there every day?
17       A.  Mostly, yeah.
18       Q.  Okay.  And what was your relationship like
19   with the coaches?
20       A.  I liked them a lot.  I think they are --
21   they are all great guys.  I mean, they're -- they
22   all know what they're doing, and they deserve
23   respect that they have from the water polo
24   community.

15  (Pages 54 to 57)

Page 58

1    Q. Okay. And so you respected them?
2    A. Yes.
3    Q. Tell me specifically about your
4    relationship with Coach Vavich.
5    A. I don't have a -- a personal relationship
6    with him. I mean, it's -- I wouldn't -- not a
7    professional relationship, but like, from our sport,
8    I have a coach and player relationship with him, and
9    I -- you know, I respect him. I think he's a great
10   coach, and I think he -- I think he was really -- I
11   think he was tough on me because I was a captain and
12   he was -- he was -- you know, there's -- there's not
13   a whole lot to say about it, but I had just a good
14   relationship with him because I trusted his coaching
15   and I thought he was good at it.
16   Q. Okay. And he's close to your family?
17   A. He was -- he's not necessarily close with
18   my family. I think he -- he became more involved
19   after the -- the loss of my brother just because he
20   was sort of, you know, around my parents and around
21   me and kind of gave them comfort that, like, hey,
22   your son is -- you know, he's here, he's going to
23   school, but he's okay. You know, they were just
24   friendly, you know...

Page 59

1    Q. Okay.
2    A. But he's friendly with -- with, I would
3    say, all of the -- the parents.
4    Q. But he was -- my understanding is he was
5    very supportive of you during that --
6    A. He was.
7    Q. -- time?
8    A. He was very supportive, yeah.
9    Q. Okay. And -- and of your parents as
10   well?
11   A. Yes.
12   Q. And your parents, my understanding was,
13   were quite involved that -- your first season
14   especially?
15   A. Yeah, they were.
16   Q. They hosted dinners and things like that?
17   A. They would organize -- like, they helped to
18   organize like the -- the meals in between games and
19   things like that.
20   Q. Okay. And do you feel that he was
21   particularly supportive of you during that time?
22   A. No. There's no favorites.
23   Q. I'm not suggesting that. I'm just asking
24   if he was supportive of you.

Page 60

1    A. He was supportive of all of us, and I -- I
2    don't think there was any favoritism with any
3    player, and you know, even with his own son, he was
4    the hardest on him, and you'd think it would be the
5    opposite but it was --
6    Q. Which son are you talking about?
7    A. Marko Vavich.
8    Q. Okay. And are you close to Marko?
9    A. Yeah. I'm good friends with Marko, yeah.
10   Q. Tell us about your relationship with Marko.
11   A. Really nice guy. I like him a lot.
12   Just -- I haven't talked to him since before he went
13   to the Olympics, but you know, we've sort of grown
14   apart since -- since I've graduated because he's,
15   you know, still in school, but I was close with him.
16   I was friends with him.
17   Q. Okay. And what about his brother?
18   A. Which one?
19   Q. Stephan.
20   A. The younger one?
21   Q. Yeah.
22   A. Stephan. I knew him just because he was
23   around and stuff and -- but I was never close with
24   Stephan. There's such an age gap so --

Page 61

1    Q. Okay. And what about his older brother?
2    A. Nicola. I was friends with Nicola because
3    he was on my brother's team, and so I saw him around
4    campus and stuff when I was around there, and --
5    and, you know, I wasn't close with him or anything.
6    Q. So have you been to the Vaviches' house?
7    A. We do Thanksgiving dinner there.
8    Q. Other than that?
9    A. No.
10   Q. Do you remember Johnny at the Thanksgiving
11   dinner?
12   A. I believe so. I -- I don't recall for
13   sure.
14   Q. Okay. And when was the last time you were
15   in touch with any member of the Vavich family?
16   A. I -- the last time I had a text message
17   from -- from Jovan, and it was last week. He said,
18   "Is it okay if my attorney reaches out to you or
19   calls you," and I said, "Yes."
20   Q. Okay. Had you been in touch with him
21   before that point about the case?
22   A. Oh, I've never -- I've never talked to
23   Jovan about this case.
24   Q. Okay.

16  (Pages 58 to 61)

Page 62

1    A. No.
2    Q. Had you been in touch with Jovan's
3    attorneys about the case before last week?
4    A. No.
5    Q. Okay. So it just happened that last
6    week --
7    A. Yeah.
8    Q. -- he reached out to you?
9    A. He just, yeah, asked if they could call.
10   Q. And did they call?
11   A. No.
12   Q. Okay. And -- but you said it would be okay
13   for them to call?
14   A. Yes. I said it was fine.
15   Q. Okay.
16   A. But no one called. He didn't call me.
17   Q. What do you recall about your last
18   interaction with Jovan before that one?
19   A. The last time I saw Jovan was at one of the
20   other player's, Charlie McFee's, funeral, and so
21   that was -- that may have been a year and a half,
22   two -- to about two years ago, I believe.
23   Q. Okay. Have you emailed with him since
24   then?

Page 63

1    A. No.
2    Q. Have you texted with him?
3    A. There may have been, like, a Merry
4    Christmas or something like that, but no --
5    Q. Okay.
6    A. -- I've had no -- no substantial
7    conversations.
8    Q. Phone calls?
9    A. No.
10   Q. Did you reach out to him after he was
11   arrested?
12   A. No.
13   Q. You never spoke to him?
14   A. I might have texted him, but I -- I don't
15   recall.
16   Q. To express support?
17   A. It would have been to -- yeah, but I -- I
18   don't know. I -- I don't recall. I don't recall
19   texting him at all.
20   Q. Okay. Do you recall speaking to him about
21   his arrest or his being fired?
22   A. I've never talked to him about his arrest.
23   Q. Okay. Do you feel that he was wrongfully
24   charged?

Page 64

1    A. I don't know.
2    MS. PAPENHAUSEN: Objection. Relevance.
3    Q. You don't know?
4    A. I mean, how would I know? I mean, I don't
5    even know what all the charges are.
6    Q. Okay. Are you upset about the charges
7    against him?
8    A. I don't know what the charges are. I mean,
9    I understand --
10   Q. You know that --
11   A. I understand the situation that he was
12   arrested and a bunch of other things, but I mean --
13   Q. Well, you understand what he's charged
14   with, right, I mean, the -- the subject matter?
15   A. Yeah. I understand the subject matter just
16   broadly, but I haven't put much thought into it.
17   Q. Okay. You don't have any feelings about
18   it?
19   MS. PAPENHAUSEN: Objection. Relevance,
20   asked and answered.
21   A. I mean, what's -- what would you like to
22   know? I mean...
23   Q. I just want to know how you feel about it.
24   MS. PAPENHAUSEN: Objection. Same

Page 65

1    objections.
2    A. I -- I -- I don't know. I mean, what --
3    about the whole case, I mean, what's going on with
4    him? I -- I -- I don't know. I mean, I -- I don't
5    have an opinion on it. I haven't thought about it.
6    Q. Really, you haven't thought about it?
7    MS. PAPENHAUSEN: Objection. Asked and
8    answered three or four times.
9    A. I mean, there's not much to think about.
10   I -- I -- I don't know what the charges are.
11   Q. Okay.
12   A. I'm busy with other things. I -- I get
13   that there's some problems going on, but --
14   Q. You understand that he's charged --
15   A. -- I'm not invested in it.
16   Q. You understand that he's charged with
17   taking bribes to put players on the team?
18   MS. PAPENHAUSEN: Objection. Relevance.
19   A. I -- I understand the charge. I don't know
20   the -- with who, I don't know who -- you know, I
21   don't know all these things. I don't know the
22   details.
23   Q. But you worked with Jovan six days a week
24   for four years, right?

17 (Pages 62 to 65)

Page 66

1      **A.  Yes.**
2      Q.  So you have no feelings about the charges
3   against him?
4      MS. PAPENHAUSEN:  Objection.
5      **A.  Well, I'll form an opinion once --**
6      MS. PAPENHAUSEN:  Asked and answered.
7      **A.  -- I know which -- you know, if he's guilty**
8   **or not guilty.  I mean...**
9      Q.  But do you have an opinion?
10      MS. PAPENHAUSEN:  Objection.
11      **A.  No.**
12      MS. PAPENHAUSEN:  Harassing the witness at
13   this point.
14      Q.  And do you have an opinion about the
15   charges in general?
16      MR TOMBACK:  He's asked and answered that.
17      MS. PAPENHAUSEN:  Objection.
18      MR. TOMBACK:  If you want to ask him
19   view as to --
20      MS. PAPENHAUSEN:  Ambiguous.
21      MR. TOMBACK:  If you want to ask him his
22   view of --
23      MR. HOOPES:  If you keep going --
24      MR. TOMBACK:  If you want to ask him his

Page 67

1   view of --
2      MR. FRANK:  Are you going to instruct him
3   not to answer?
4      MR. HOOPES:  Are you going to do one more?
5      MR FRANK:  Are you going to instruct him
6   not to answer?
7      MR. HOOPES:  Are you going to do one more?
8      MR. FRANK:  Are you going to instruct him
9   not to answer?
10      MR. HOOPES:  I am instructing him not to
11   answer.  If you're asking him the same question, I
12   am.
13   BY MR. FRANK:
14      Q.  Do you have any feelings about this case?
15      MS. PAPENHAUSEN:  Objection.
16      MR. TOMBACK:  Which case?
17      MS. PAPENHAUSEN:  All the same objections.
18      MR. HOOPES:  I instruct you not to answer.
19      He's already asked and answered it five
20   times for the record.
21      MR TOMBACK:  For the record, you're welcome
22   to ask him about what he thinks of Yovan's
23   integrity.  You keep asking him about charges he's
24   not familiar with.

Page 68

1      MR. FRANK:  You can ask him that tomorrow.
2      MR TOMBACK:  We will.
3   BY MR. FRANK:
4      Q.  Okay.  When did you first hear from
5   Johnny's attorneys?
6      **A.  Andy called me last week, and that was**
7   **Wednesday or Thursday or something like that or**
8   **Tuesday or Wednesday or something like that.**
9      Q.  And you'd never spoken with him before?
10      **A.  Never.**
11      Q.  Okay.  What did he ask you?
12      **A.  Just some, you know, basic questions.  He**
13   **just asked me, you know, quick recollection.**
14      Q.  Recollection of what?
15      **A.  Of Johnny's involvement with the team, and**
16   **I just told him basically what you and I have talked**
17   **about and he -- he just asked if I was willing to**
18   **testify, and I say, "Yeah.  Sure.  I don't see why**
19   **not."**
20      Q.  How long did you speak with him?
21      **A.  The phone call couldn't have been more than**
22   **eight or nine minutes.**
23      Q.  Okay.
24      **A.  Yeah.**

Page 69

1      Q.  And what else did he ask you besides what
2   you recollected of Johnny on the team?
3      **A.  Aside from if I would testify, that's it.**
4      Q.  So he just asked you one question about
5   Johnny's participation on the team?
6      **A.  No.  I said we -- we talked about, like,**
7   **what you and I have been talking about with the**
8   **recollection of Johnny Wilson's involvement.**
9      Q.  Okay.  Have you talked to McQuin Baron
10   about his testimony?
11      **A.  Yes.  McQuin Baron was -- was going to**
12   **testify here.  I don't know why he's not.  He's --**
13   **he's not testifying here so...**
14      Q.  Did you discuss his testimony with him?
15      MS. PAPENHAUSEN:  Objection.  Ambiguous.
16      **A.  Did I -- in -- we -- we talked about the**
17   **whole situation because it was, you know, kind of**
18   **strange.  You get asked to -- to testify in a**
19   **federal court, it's -- you know, obviously, that's a**
20   **conversation but not -- not a whole lot about it.**
21      Q.  Did he tell you what he was going to
22   testify to?
23      MS. PAPENHAUSEN:  Objection.
24      **A.  It doesn't matter what I say he -- I mean,**

18  (Pages 66 to 69)

Page 70

1    I can tell you --
2        Q.  I'm just asking a question.
3            MS. PAPENHAUSEN:  Objection.
4        Q.  Did he -- did he tell you what he was going
5    to testify to?
6            MS. PAPENHAUSEN:  Hearsay, relevance.
7        A.  Yes.
8        Q.  What did he tell you he was going to
9    testify?
10           MS. PAPENHAUSEN:  Objection.  Hearsay,
11   relevance.
12       A.  He -- he told me that -- that he was -- I
13   mean, every guy that I've talked to on the -- on the
14   team -- like, I can't imagine somebody saying Johnny
15   was -- was, you know, not on the team; so he was
16   going to testify and say, yeah, he was -- he was on
17   the team.
18       Q.  And he told you that?
19           MS. PAPENHAUSEN:  Objection.  Hearsay,
20   relevance.
21       Q.  He told you that he was going to testify
22   that Johnny was on the team?
23       A.  Not specifically like that because the --
24   just the way that you've phrased the question is --

Page 71

1        Q.  So tell me what he said.
2            MS. PAPENHAUSEN:  Objection.  Hearsay,
3    relevance.
4        A.  When we spoke about it, he said, "You know,
5    they're asking if Johnny was on the team."  I said,
6    "I know," and he said, "Well, he was, obviously,"
7    and we talked about that just briefly, but that's
8    it.
9        Q.  How did you know at that point?
10           MS. PAPENHAUSEN:  Objection.
11       A.  How did I know what at that point?
12       Q.  You said you -- you said, "I know," when he
13   told you that they were asking about whether Johnny
14   was on the team.  So how did you know?
15       A.  Because we got -- we got calls at, like,
16   the same time.  It was -- it was -- it was random
17   because he was actually coming over to my house for
18   dinner, and Andy called me about an hour before.
19   And he had just got off the phone or email or
20   whatever it was with McQuin, and then McQuin was
21   headed over to my house when I got that -- when I
22   got that call.
23       Q.  Okay.  So you recall McQuin getting a call
24   from Andy on the same day as you?  That's what he

Page 72

1    told you?
2        A.  I don't recall if was a call or email, but
3    he -- he had heard from -- from someone.
4        Q.  And that was just last week?
5        A.  This was, yeah, like, Tuesday or something
6    of last week.
7        Q.  Okay.
8        A.  Wednesday.
9        Q.  Okay.  Do you recall whether Mr. Wilson's
10   attorneys contacted you before Casey Moon
11   testified?
12           MS. PAPENHAUSEN:  Objection.
13       A.  When did Casey Moon testify?
14       Q.  You tell me whether you know when Casey
15   Moon testified.
16       A.  I don't know.
17       Q.  Okay.
18       A.  Like -- like, we had mentioned before, I
19   did read an article.  I read, like, half an article
20   that just said he had testified, but I don't know
21   the dates of when he did or anything; so I can't say
22   for sure.
23       Q.  What do you recall reading about his
24   testimony?

Page 73

1            MS. PAPENHAUSEN:  Objection.  Relevance,
2    hearsay.
3            MR. FRANK:  Relevance?
4        A.  The -- the -- the one thing I saw in there
5    was that he said in one part that he -- he never saw
6    Johnny and another part that he said he did see
7    them, and I was, like, that's really weird.
8            MR. KENDALL:  I think we have a 60 minute
9    deposition.  Can the court reporter tell us where we
10   are.
11           THE REPORTER:  57 minutes.
12           MR TOMBACK:  You're about two minutes
13   short.
14   BY MR. FRANK:
15       Q.  What do you recall about -- so you recall
16   reading about his testimony?
17       A.  About half of one article.  I didn't want
18   to sign up for the -- the -- whatever it cost.
19       Q.  But you recall reading that he testified
20   that Johnny didn't show up for practice?
21       A.  Uh-huh.
22       Q.  Okay.  And what else do you recall reading
23   about?
24           MS. PAPENHAUSEN:  Objection.  Hearsay.

19 (Pages 70 to 73)

Page 74

1      A. I don't recall anything else.
2      Q. Did you read anything else about the
3  case?
4      A. No.
5      Q. You haven't followed the case at all?
6      A. I have not followed this case, no.
7      Q. You haven't read any news reports -- other
8  news reports about the case?
9      A. That's -- that's the extent of it. I mean,
10 if I had seen something out there, I mean, I wasn't
11 looking for it. I don't remember seeing anything.
12 Nothing stands out in my mind.
13     Q. Okay. Have you talked to anybody else
14 about the case?
15     A. Briefly, Tim Leong because I wanted to see
16 if he was coming to Boston because there's --
17 because I wanted to just set up a time where we'd go
18 hang out, go to dinner or whatever, but --
19     Q. Okay.
20     A. -- that's all.
21     Q. Who paid for your trip?
22     A. I paid for it.
23     Q. Okay. Who's -- who's paying for your
24 lawyer?

Page 75

1      THE WITNESS: Who is paying for my --
2      MR TOMBACK: Mr. Wilson.
3      A. Mr. Wilson is, yeah.
4      Q. Okay. And you're not being reimbursed for
5  your expenses?
6      A. I don't know. I'm going to send them
7  the -- the receipt and if I am, great, and if not,
8  you know, it's...
9      Q. Okay.
10     A. Yeah.
11     Q. Do you know Johnny's swim times?
12     MS. PAPENHAUSEN: Objection. Lack of
13 foundation.
14     A. Do I know his swim times? Like, that's --
15 that's a very ambiguous question.
16     Q. Do you know what his swim times are for the
17 50 yard free style or the 100 yard free style?
18     MS. PAPENHAUSEN: Objection. Ambiguous,
19 lacks personal knowledge.
20     A. We don't --
21     MR. FRANK: (Inaudible) objection.
22     A. We don't -- we're not a swim team. We're a
23 water polo team; so we don't -- you know, it's not
24 like I could point to everyone on the team and say

Page 76

1  this guy is this and that. I mean, we trained
2  together.
3      Q. Have you ever seen Johnny's athletic
4  profile?
5      MS. PAPENHAUSEN: Objection. Ambiguous.
6      A. His athletic -- where?
7      Q. Have you ever seen an athletic profile for
8  Johnny?
9      A. Like, on-line?
10     Q. Like a profile.
11     A. Well, I don't know what you mean by profile
12 is all.
13     Q. Okay. Have you seen an athletic resume for
14 him?
15     MS. PAPENHAUSEN: Objection. Ambiguous.
16     A. No, I've not seen his resume. I haven't
17 seen anyone's resume in water polo.
18     Q. How long have you spent with Mr. Wilson's
19 lawyers since getting here?
20     A. Like, 20 -- 20 minutes, 30 minutes.
21     Q. Okay. And that's it? Do you have other
22 meetings scheduled with him?
23     A. As of now, nothing scheduled.
24     MR. FRANK: Anything else? Anything else?

Page 77

1      MR. HOOPES: Okay. We're done.
2      MR. FRANK: Thank you so much for coming
3  in.
4      THE WITNESS: Thank you.
5          (Whereupon the deposition
6          concluded at 11:07 a.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

PohlmanUSA Court Reporting
(877) 421-0099    PohlmanUSA.com

Page 78

1  ERRATA SHEET DISTRIBUTION INFORMATION

2  DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS

3

4  ERRATA SHEET DISTRIBUTION INFORMATION

5  The original of the Errata Sheet has been

6  delivered to Thomas M. Hoopes, Esquire.

7  When the Errata Sheet has been completed

8  by the deponent and signed, a copy thereof should be

9  delivered to each party of record and the ORIGINAL

10  forwarded to Stephen E. Frank, Esquire, to whom the

11  original deposition transcript was delivered.

12

13  INSTRUCTIONS TO DEPONENT

14  After reading this volume of your deposition,

15  please indicate any corrections or changes to your

16  testimony and the reasons therefor on the Errata

17  Sheet supplied to you and sign it.  DO NOT make

18  marks or notations on the transcript volume itself.

19  Add additional sheets if necessary.  Please refer to

20  the above instructions for errata sheet distribution

21  information.

22

23

24

---

Page 79

1  PLEASE ATTACH TO THE DEPOSITION OF JAMES PHILIP

2  WALTERS

3  CASE:  United States v. Gamal Abdelaziz and John

4  Wilson

5  DATE TAKEN:  Sunday, October 3, 2021

6  ERRATA SHEET

7  Please refer to Page 75 for errata sheet

8  instructions and distribution instructions.

9  PAGE     LINE     CHANGE     REASON

10  _____

11  _____

12  _____

13  _____

14  _____

15  I have read the foregoing transcript

16  of my deposition and except for any corrections or

17  changes noted above, I hereby subscribe to the

18  transcript as an accurate record of the statements

19  made by me.

20  Executed this _____ day of

21  _____, 2021.

22

23  _____

24  JAMES PHILIP WALTERS

---

Page 80

1  COMMONWEALTH OF MASSACHUSETTS )

2  SUFFOLK, SS.              )

3  I, Valerie Rae Johnston, Shorthand Reporter and

4  Notary Public in and for the Commonwealth of

5  Massachusetts, do hereby certify that there came

6  before me on the 3rd day of October 2021, at 10:07

7  a.m., the person hereinbefore named, who was by me

8  duly sworn to testify to the truth and nothing but

9  the truth of his knowledge touching and concerning

10  the matters in controversy in the cause; that he was

11  thereupon examined upon his oath, and his

12  examination reduced to typewriting under my

13  direction; and that the deposition is a true record

14  of the testimony given by the witness.

15  I further certify that I am neither attorney or

16  counsel for, nor related to or employed by, any

17  attorney or counsel employed by the parties hereto

18  or financially interested in the action.

19  In witness whereof, I have hereunto set my hand

20  and affixed my notarial seal this 3rd day of

21  October 2021.

22

23

24

---