UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN, et al.,<br><br>Defendants. | Cr. No. 19-10080-NMG |

### DEFENDANT GAMAL ABDELAZIZ'S PROPOSED CURATIVE INSTRUCTION

Pursuant to the Court's request, Defendant Gamal Abdelaziz proposes the following curative instruction with respect to opening statements:

During opening statements, you heard the government object when counsel for Mr. Abdelaziz presented a document. Counsel for Mr. Abdelaziz stated that the document was "a chat between two admissions people at USC pertaining directly to Sabrina Abdelaziz." The government objected, stating "it is not." The government's statement was incorrect. Defense Counsel was not "misstating" what the document was. You are instructed to disregard the government's objection as well as the reference to the document itself.

Dated: October 5, 2021

Respectfully submitted,

GAMAL ABDELAZIZ

By his attorneys,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)
Lauren A. Maynard (BBO # 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000
bkelly@nixonpeabody.com

jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO # 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on October 5, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

/s/ Brian T. Kelly
Brian T. Kelly