UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN, et al.,<br><br>Defendants. | Cr. No. 19-10080-NMG |

## DEFENDANTS' PROPOSED ALTERNATE VERDICT FORM

Defendants respectfully object to the Verdict Form as drafted with respect to Count One because they believe it could confuse the jury. Defendants propose the following modification to the verdict form with respect to Count One:

WE, THE JURY, UNANIMOUSLY FIND:

1. The defendant under consideration on the charge of conspiracy to commit mail and wire fraud and honest services mail and wire fraud (Count <u>One</u>):

|  | NOT GUILTY | GUILTY |
|---|---|---|
| Gamal Abdelaziz | _____ | _____ |
| John Wilson | _____ | _____ |

If you find either of the defendants guilty on Count One, check each of the following upon which you based your verdict for each defendant whom you found guilty:

    a. Conspiracy to Commit Mail Fraud

        Gamal Abdelaziz    _____

        John Wilson    _____

    b. Conspiracy to Commit Wire Fraud

        Gamal Abdelaziz    _____

      John Wilson      _____

  c.  Conspiracy to Commit Honest Services Mail Fraud

      Gamal Abdelaziz    _____

      John Wilson      _____

  d.  Conspiracy to Commit Honest Services Wire Fraud

      Gamal Abdelaziz    _____

      John Wilson      _____

Dated: October 6, 2021

Respectfully submitted,

GAMAL ABDELAZIZ

By his attorneys,

*/s/ Brian T. Kelly*
Brian T. Kelly (BBO # 549566)
Joshua C. Sharp (BBO # 681439)
Lauren A. Maynard (BBO # 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO # 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

JOHN WILSON

By his attorneys,

*/s/ Michael Kendall*

Michael Kendall (BBO # 544866)
Lauren M. Papenhausen (BBO # 655527)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
(617) 979-9300
michael.kendall@whitecase.com
lauren.papenhausen@whitecase.com

Andrew E. Tomback (pro hac vice)
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
(212) 448-1100
atomback@mclaughlinstern.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on October 6, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Brian T. Kelly*
Brian T. Kelly