United States District Court
District of Massachusetts

United States of America,

v.

Gamal Abdelaziz and John Wilson,

Defendants.

Criminal Action No. 19-10080-NMG

## Verdict Form

**WE, THE JURY, UNANIMOUSLY FIND:**

1. The defendant under consideration on the charge of conspiracy to commit <u>mail fraud</u> (Count <u>One</u>):

   |  | NOT GUILTY | GUILTY |
   |---|---|---|
   | Gamal Abdelaziz | | X |
   | John Wilson | | X |

2. The defendant under consideration on the charge of conspiracy to commit <u>wire fraud</u> (Count <u>One</u>):

   |  | NOT GUILTY | GUILTY |
   |---|---|---|
   | Gamal Abdelaziz | | X |
   | John Wilson | | X |

3. The defendant under consideration on the charge of conspiracy to commit <u>honest services mail fraud</u> (Count <u>One</u>):

   |  | NOT GUILTY | GUILTY |
   |---|---|---|
   | Gamal Abdelaziz | | X |
   | John Wilson | | X |

4. The defendant under consideration on the charge of conspiracy to commit <u>honest services wire fraud</u> (Count <u>One</u>):

|  | NOT GUILTY | GUILTY |
|---|---|---|
| Gamal Abdelaziz |  | X |
| John Wilson |  | X |

5. The defendant under consideration on the charge of conspiracy to commit <u>federal programs bribery</u> (Count <u>Two</u>):

|  | NOT GUILTY | GUILTY |
|---|---|---|
| Gamal Abdelaziz |  | X |
| John Wilson |  | X |

6. The defendant, **John Wilson**, on the charges of <u>wire fraud</u> and <u>honest services wire fraud</u> with respect to:

   a. a $500,000 wire transfer to a bank account in the name of the Key Worldwide Foundation on or about October 17, 2018 (Count <u>Six</u>):

   | NOT GUILTY | GUILTY |
   |---|---|
   |  | X |

   b. a telephone call with William "Rick" Singer on or about October 27, 2018 (Count <u>Eight</u>):

   | NOT GUILTY | GUILTY |
   |---|---|
   |  | X |

   c. a $500,000 wire transfer to a bank account in the name of the Key Worldwide Foundation on or about December 11, 2018 (Count <u>Nine</u>):

   | NOT GUILTY | GUILTY |
   |---|---|
   |  | X |

7. The defendant, **John Wilson**, on the charge of <u>federal programs bribery</u> with respect to:

    a. a $500,000 wire transfer to a bank account in the name of the Key Worldwide Foundation on or about October 17, 2018 (Count <u>Eleven</u>):

| NOT GUILTY | GUILTY |
|---|---|
| _____ | ___X___ |

    b. a $500,000 wire transfer to a bank account in the name of the Key Worldwide Foundation on or about December 11, 2018 (Count <u>Twelve</u>):

| NOT GUILTY | GUILTY |
|---|---|
| _____ | ___X___ |

8. The defendant, **John Wilson**, on the charge of willfully filing a false tax return (Count <u>Thirteen</u>):

| NOT GUILTY | GUILTY |
|---|---|
| _____ | ___X___ |

YOUR DELIBERATIONS ARE COMPLETE. THE FOREPERSON WILL SIGN THE VERDICT FORM AND NOTIFY THE MARSHAL IN WRITING THAT THE JURY HAS COME TO A DECISION WITHOUT REVEALING THE VERDICT TO THE MARSHAL. THE JURY WILL THEN BE INVITED TO THE COURTROOM TO RETURN ITS VERDICT.

Dated: 10/8/21      Jury Foreperson: _____