Judge Gorton,

Do we need to return a verdict on all 4 objects of Count 1, or just the count itself?

Thank you,

[signature]

(Fri., 10/8/21, 9:30 AM.)

<␊</␊<␊<␊

The Jury has come to a decision

[signature]

10/8/21