~~CIVIL~~/CRIMINAL CASE NO: 19CR10080-NMG

TITLE: USA                     VS. Abdelaziz, et al

## JURY PANEL

01. Christopher Bobek
02. Marina Lacorazza
03. Jessica Willis
04. Robert Heffernan
05. John Marshall
06. Hector Diaz
07. Meghan Dodd
08. Dorothy Roberts
09. Bryant Ayles
10. Lucas Ratliff
11. Roger Ross
12. Veronica Pierce
ALT. #1 _____
ALT. #2 ~~13~~ Allison Burke
ALT. #3 _____
ALT. #4 ~~14~~ Monica Reyes
15. Mark Callahan

## WITNESSES

### PLAINTIFF/GOVT.

01. Bruce Isackson      9/13/21, 9/14
02. Keith Brown         9/14, 9/15, 9/17
03. Rachel Sih          9/17
04. Mikaela Sanford     9/20/21
05. Rebecca Chassin     9/20/21, 9/21
06. Elizabeth Keating   9/21/21, 9/23, 9/24
07. Aaricka Hughes      9/24/21
08. Laura Janke         9/27/21
09. James Nahmens       9/27/21
10. Jeffrey DeMaio      9/27/21, 9/28
11. Casey Moon          9/29/21
12. Mark Deckett        9/29/21
13. Lauren George       9/29/21
14. Colleen Ranahan     9/29/21

### DEFENDANT

01. Andrew Mericle      10/1/21
02. Steven Lopes        10/1/21 - zoom
03. Ronald Orr          10/1/21 - zoom
04. Steven Massera      10/1/21
05. James Walker        10/4/21
06. John Bowen          10/4/21
07. 
08. 
09. 
10. 
11. 
12. 
13. 
14. 

(Jury&Witness List.wpd - 12/98)