United States District Court
District of Massachusetts
Exhibits Log: 19-cr-10080
USA v. Abdelaziz and Wilson, 10/6/2021

| EXHIBIT | DESCRIPTION |
|---|---|
| Exh-2 | Heinel USC personnel records redacted |
| Exh-9 | Email Powers to Singer re Adam Aziz |
| Exh-13 | iPhone Notes by Rick Singer redacted |
| Exh-48 | Email L Wilson to J Wilson re Potential trip |
| Exh-49 | Email J Wilson to Singer re Johnny |
| Exh-63 | Email Singer to J Wilson re Photos |
| Exh-64 | Email Singer to L Wilson re Johnny |
| Exh-65 | Email L Wilson to Singer re Water polo pics |
| Exh-65-A | Email L Wilson to Singer re H20 polo shots |
| Exh-74 | Email Singer to J Wilson re Apps |
| Exh-75 | Email J Wilson to Singer re apps |
| Exh-80 | Email M Sanford to Singer re profile |
| Exh-81 | Email Vavic to Singer re Johnny |
| Exh-83 | Email J Wilson to Singer re Johnny |
| Exh-84 | Email Singer to J Margulies, re Johnny |
| Exh-85 | Email Singer to J Margulies re Johnny |
| Exh-87 | Email D Rogers to Singer re Menlo ltr |
| Exh-88 | Email Singer to J Wilson re WILSON |
| Exh-89 | Email J Wilson to Singer re quick q |
| Exh-101 | Email Singer to Vavic re Johnny |
| Exh-105 | Email Vavic to C Moon re Johnny Grades |
| Exh-106 | Email Vavic to C Moon, re Wilson resume |
| Exh-107 | USC Admissions Subco packet J Wilson |
| Exh-109 | Email J Wilson to D Rogers re Wire |
| Exh-110 | Email J Wilson to D Rogers re Wire |
| Exh-112 | Email D Rogers to Masera re The Key invoice |
| Exh-117 | Wire transfer records |
| Exh-120 | Email from Singer to Masera re USC |
| Exh-121 | Cashier Checks from The Key to USC WP and Baseball |
| Exh-122 | Email J Wilson to D Rogers re Rough thoughts on cash |
| Exh-124 | Email Singer to J Wilson re Johnny start at USC |
| Exh-125 | Check from The Key to USC Water Polo |
| Exh-126 | Email D Rogers to J Wilson re USC Gift Ack |
| Exh-128 | Email C Moon to J Wilson re NCAA SAT Score |
| Exh-129 | Email C Moon to A Garfio re J Wilson |
| Exh-132 | Email T Puerta to M Sanford re Honors Awards |
| Exh-133 | Johnny Wilson medical record |
| Exh-134 | Hyannis Port 2014 Tax Work Papers Redacted |
| Exh-137 | Email Johnny Wilson to J Vavic |

| EXHIBIT | DESCRIPTION |
|---|---|
| Exh-154 | Email R Singer to S Masera re Loyola HS Tuition |
| Exh-156 | Check KWF to Loyola HS |
| Exh-157-A | Hyannis Port 2014 1120S Redacted |
| Exh-170 | Letter J Demaio to J Wilson re 2014 tax redacted |
| Exh-172 | Letter J Demaio to J Wilson re 2014 inc tax redacted |
| Exh-174-A | Wilson 2014 1040 redacted |
| Exh-190 | April 7 2016 voicemail from R Singer to D Isackson |
| Exh-200 | Email R Singer to D Isackson re L Isackson |
| Exh-203 | Email B Isackson to R Singer re Invoice from Key |
| Exh-204 | Email R Singer to B Isackson re Invoice from Key |
| Exh-208 | Email S Masera to B Isackson re Receipt Letter |
| Exh-212 | Email J Vavic to R Singer re Loyola Tuition |
| Exh-213 | Check KWF to Loyola HS |
| Exh-229 | USC Admissions Subco materials for I Giannulli |
| Exh-235 | Letter J DeMaio to J and L Wilson Redacted |
| Exh-238 | Email J Wilson to R Singer re Connecting |
| Exh-258-A | Wilson First 2014 1040X Redacted |
| Exh-272 | Email G Abdelaziz to R Singer re S Abdelaziz bball_Redacted |
| Exh-315 | Email G Abdelaziz to A Felaya re Senior retainer Sabrina |
| Exh-323 | Draft email R Singer re USC with Donna |
| Exh-323-A | Draft email R Singer re USC with Donna redacted |
| Exh-329 | Email L Janke to R Singer re A couple opportunities |
| Exh-330 | Email G Abdelaziz to A Felaya re USC athletic profile |
| Exh-334 | Email G Abdelaziz to R Singer re Sabrina |
| Exh-335 | Email R Singer to L Janke re Year end grade 11 |
| Exh-338 | Email G Abdelaziz to R Singer re Sabrina`s Pictures |
| Exh-339 | Email G Abdelaziz to R Singer re Sabrina |
| Exh-340 | Email G Abdelaziz to R Singer re Sabrina |
| Exh-341 | Email G Abdelaziz to R Singer re Sabrina |
| Exh-342 | Email G Abdelaziz to R Singer re Sabrina |
| Exh-344 | Email R Singer to L Janke re Sabrina |
| Exh-345 | Email R Singer to G Abdelaziz re Sabrina |
| Exh-346 | Email R Singer to L Janke re 1st SAT score |
| Exh-350 | Check KWF to Loyola HS |
| Exh-351 | Email R Singer to G Abdelaziz re Sabrina |
| Exh-352 | Email R Singer to G Abdelaziz re Sabrina |
| Exh-361 | Email L Janke to R Singer re USC athletic profile |
| Exh-362 | Email D Heinel to Singer re American in China |
| Exh-363 | Email R Singer to D Heinel re American in China |
| Exh-367 | Email R Singer to L Janke re Tommy |
| Exh-371 | Email R Singer to D Heinel re Sabrina`s pictures |
| Exh-372 | Email R Singer to D Heinel re These are the athletes |
| Exh-376 | Email G Abdelaziz to R Singer re Sabrina |
| Exh-381 | Email D Heinel to K Fuller re S Abdelaziz profile |

| EXHIBIT | DESCRIPTION |
|---|---|
| Exh-383 | USC Admissions Subco materials for S Abdelaziz |
| Exh-384 | USC Admissions Subco materials for T Kimmel |
| Exh-387 | Email D Heinel to R Singer re S Abdelaziz |
| Exh-390 | Email R Singer to G Abdelaziz re USC letter |
| Exh-396 | Oct 19 2017 voicemail from D Heinel to R Singer |
| Exh-409 | Email M Palatella to L Wilson re Hi |
| Exh-413 | USC Admissions Subco materials for A Isackson |
| Exh-414 | USC Admissions Subco materials for M Sloane |
| Exh-415 | Email G Abdelaziz to M Sanford re USC Letter |
| Exh-420 | USC Admissions Subco materials for G Palatella |
| Exh-427 | Email G Abdelaziz to G Keung re USC application |
| Exh-439 | Dec 4 2017 voicemail from D Heinel to R Singer |
| Exh-441 | Email R Singer to A Testerman re PS final |
| Exh-442 | Email A Testerman to G Abdelaziz re PS final |
| Exh-447 | Email R Singer to D Isackson re Fwd |
| Exh-448 | R Singer draft email re USC with Donna |
| Exh-450 | Email from D Isackson to R Singer re Re |
| Exh-458 | Email G Abdelaziz to M Sanford re Sabrina |
| Exh-459 | Email G Abdelaziz to M Sanford re PS Final |
| Exh-461 | Email S Abdelaziz to M Sanford re Sabrina |
| Exh-463 | Sabrina Abdelaziz USC application |
| Exh-463-A | Excerpt of S Abdelaziz USC appn redacted |
| Exh-467 | Email R Singer to M Rail re Foundation billing |
| Exh-478 | Email M Rail to G Abdelaziz re invoice from KWF |
| Exh-482 | Letter J O`Neil to J Wilson re 2014 Tax Redacted |
| Exh-500 | Wire $300,000 G Abdelaziz to KWF |
| Exh-501-A | Wilson Second 2014 1040X Redacted |
| Exh-505 | Email M Rail to G Abdelaziz re Receipt letter |
| Exh-506 | Email D Isackson to B Isackson re KWF |
| Exh-508 | April 12 2018 voicemail from D Heinel to R Singer |
| Exh-509 | Email M Giannulli to R Singer re Olivia and USC |
| Exh-511 | Email K Brennan to T Brunold re Indep counseling concerns |
| Exh-513 | Email T Brunold to B Chassin re walk ons |
| Exh-525 | June 5 2018 call btwn R Singer, S Treibly, G and A Caplan |
| Exh-526 | June 15 2018 call between R Singer and G Caplan |
| Exh-533 | $20,000 KWF check to Clear the Clearinghouse |
| Exh-534 | Check KWF to Loyola HS |
| Exh-548 | $20,000 KWF check to Clear the Clearinghouse |
| Exh-549 | Email G Abdelaziz to R Singer re Basketball photos |
| Exh-555 | Aug 30 2018 call between A Huneeus and Singer |
| Exh-561 | Sept 15 2018 call between Singer and J Wilson |
| Exh-562 | Sept 15 2018 call between Singer and J Wilson |
| Exh-563 | Sept 15 2018 call between M Palatella and Singer |
| Exh-564 | Check KWF to Clear the Clearinghouse |

| EXHIBIT | DESCRIPTION |
|---|---|
| Exh-570 | Text message from J Wilson to R Singer |
| Exh-571 | Sept 29 2018 call between Singer and J Wilson |
| Exh-572 | Oct 2 2018 call between D Heinel and Singer |
| Exh-573 | Check KWF to Clear the Clearinghouse |
| Exh-574 | Oct 5 2018 call between D Heinel and Singer |
| Exh-578 | Oct 15 2018 call between Singer and J Wilson |
| Exh-580 | Text messages between Singer to J Wilson |
| Exh-581 | Email J Wilson to D Rogers re KWF |
| Exh-582 | Email from J Wilson to D Rogers re Wire from Account |
| Exh-587 | Oct 25 2018 call between Singer and G Abdelaziz |
| Exh-591 | Oct 27 2018 call between Singer and J Wilson |
| Exh-592 | USC Admissions Subco materials for A Huneeus |
| Exh-594 | Nov 5 2018 call between Singer and J Wilson |
| Exh-596 | Email D Heinel to D Thomas re Counting Stars invoice |
| Exh-596-A | Email D Heinel to D Thomas re Counting Stars invoice native |
| Exh-597 | Text messages between J Wilson and R Singer |
| Exh-600 | Check KWF to Clear the Clearinghouse |
| Exh-602 | Nov 29 2018 call between Singer and J Wilson |
| Exh-607 | Dec 3 2018 meeting between Singer and Isacksons |
| Exh-611 | $20,000 KWF check to Clear the Clearinghouse |
| Exh-613 | Email Singer to J Wilson re Wire from HPC account |
| Exh-614 | Email D Rogers to J Kessler re Donation Deductibility |
| Exh-620 | Jan 2 2019 call between Singer and J Vavic |
| Exh-621 | Jan 3 2019 call between Singer and G Abdelaziz |
| Exh-623 | Jan 3 2019 call between Singer and J Wilson |
| Exh-624 | $20,000 KWF check to Clear the Clearinghouse |
| Exh-625 | Jan 10 2019 call between Singer and J Wilson |
| Exh-628 | $20,000 KWF check to Clear the Clearinghouse |
| Exh-644 | Email Singer to Sanford re ahtletic profiles |
| Exh-645 | HPC 2014 Form 8879-S Redacted |
| Exh-646 | Jim Nahmens engagement letter |
| Exh-658 | Email Janke to Singer re Sabrina |
| Exh-659 | Email Janke to Singer re profiles |
| Exh-661 | USC Admissions Subco materials T Kornguth |
| Exh-662 | USC Admissions Subco materials J Tuchin |
| Exh-663 | USC Admissions Subco materials O Giannulli |
| Exh-665 | Sept 23 2018 call between Singer and J Wilson |
| Exh-667 | Text msg J Wilson and DeMaio |
| Exh-669 | Email D Rogers to J Wilson re setting up HSA |
| Exh-670 | Email D Rogers to DeMaio re Tax ID |
| Exh-671 | Oct 24 2018 call between Singer and B Isackson |
| Exh-674 | B Isackson Plea Agmt |
| Exh-675 | B Isackson Coop Agmt |
| Exh-676 | Janke Plea Agmt |

| EXHIBIT | DESCRIPTION |
|---|---|
| Exh-677 | Janke Coop Agmt |
| Exh-680 | Sanford Plea Agmt |
| Exh-681 | Sanford Coop Agmt |
| Exh-684 | SMS Msg Singer to J Wilson |
| Exh-685 | SMS Msg Singer to J Wilson |
| Exh-691 | Pell grant funding Chart |
| Exh-693 | Email Janke to Singer re Jaeger |
| Exh-694 | Email Janke to Singer re Water polo |
| Exh-695 | Email Janke to Singer re Vanessa |
| Exh-697 | Tax Due and Owing Chart |
| Exh-698 | Schedule A Calculation |
| Exh-701 | Email Singer to Devin Sloane |
| Exh-702 | 2014-2015 yearbook scan_Redacted |
| Exh-703 | 2015-2016 yearbook scan_Redacted |
| Exh-704 | 2016-2017 yearbook scan_Redacted |
| Exh-705 | 2017-2018 yearbook scan_Redacted |
| Exh-707 | 10-17-18 Wire Fulltran Report |
| Exh-708 | 12-11-18 Wire Fulltran Report |
| Exh-710 | Wilson to Singer re USC Fees |
| Exh-711 | Email J Wilson to Singer re connecting in person |
| Exh-712 | Email J Wilson to L Wilson re water polo shot |
| Exh-713 | Page from Oct 5 2018 Singer Phone Extraction |
| Exh-714 | Email Singer to D Heller re Sept 29 |
| Exh-716 | Summary Chart 01 |
| Exh-718 | Summary Chart 03 |
| Exh-719 | Summary Chart 04 |
| Exh-720 | Summary Chart 05 |
| Exh-721 | Summary Chart 06 |
| Exh-722 | Summary Chart 07 |
| Exh-726 | Mericle National Letter of Intent |
| Exh-728 | Tesoro Signing Day |
| Exh-751 | 2014 USC WP Media Guide |
| Exh-751-A | 2014 roster photo |
| Exh-771 | Walters National Letter of Intent |
| Exh-1116-A | Water Polo spreadsheet |
| Exh-1168 | Photo |
| Exh-1254 | Email Singer to M Sanford re Sabrina |
| Exh-1255 | Email M Sanford to Singer re Sabrina |
| Exh-1256 | Receipt for S Abdelaziz USC app |
| Exh-1335 | Photo |
| Exh-1364 | Photo |
| Exh-1481-A | Excerpt of Singer iPhone Extraction Report |
| Exh-1482-A | Excerpt of Singer iPhone Extraction Report |
| Exh-1540 | Email M Sanford to R Singer re Please send profile |

| EXHIBIT | DESCRIPTION |
|---|---|
| Exh-1563-A | Excerpt of pleading |
| Exh-1566 | Photo |
| Exh-1567 | Photo |
| Exh-1568 | Email M Sanford to G Aziz re past due |
| Exh-7011 | The Key website |
| Exh-7124 | Photo |
| Exh-7785 | Johnny Wilson ACT score |
| Exh-7785-A | Email J Wilson to Singer re ACT |
| Exh-7950 | USC Freshman Profile |
| Exh-8005 | Email M Pintaric to Ctvrtlik re SoCal Schedule |
| Exh-8007 | SoCal Schedule |
| Exh-8024 | Photo |
| Exh-8027 | Email M Pintaric to B Boswell re competition record |
| Exh-8028 | Competition Record |
| Exh-8126 | Email J Wilson to Singer re ACT |
| Exh-9024 | Email G Aziz to Singer re Sabrina |
| Exh-9025 | Affidavit of L Smith_Redacted |
| Exh-9027 | Email G Aziz to Singer re USC Letter |
| Exh-9038 | Tweet |
| Exh-9515 | USC Roster Report |
| Exh-9515-A | Men`s Water Polo Eligilbility Report |
| Exh-9516 | Spreadsheet |
| Exh-9517 | Photo Redacted |
| Exh-9524 | Email M Pintaric re golf schedule |
| Exh-9621 | Email L Isackson to M Sanford re updating cover letter |
| Exh-9623 | Photo |
| Exh-9691 | Email Singer to G Bowman re Next Steps |
| Exh-9698 | Email Singer to J Wilson re connecting in person |
| Exh-9705 | Declaration of R Chassin |
| Exh-9716 | Email Singer to M Sanford re Summer plan |
| Exh-9767 | KWF 2014 Tax Return |
| Exh-9776 | Nahmens notes |
| Exh-9805 | AYCO website |
| Exh-9822 | Photo |
| Exh-9823 | Photo |
| Exh-9824 | Photo |
| Exh-9825 | Photo |
| Exh-9844 | Email A Garfio to C Moon re John Wilson Eligibility |
| Exh-9864 | IRS website |
| Exh-9870 | KWF Check to Stanford Athletics |
| Exh-9871 | KWF Check to Stanford Sailing |
| Exh-9872 | KWF Check to Stanford University |
| Exh-9899 | Email L WIlson to J Wilson re Senior page |
| Exh-9901 | Email J Wilson to L Wilson re Johnny year book |

| EXHIBIT | DESCRIPTION |
|---|---|
| Exh-9902 | Email D Rogers to J Wilson re Sr Yearbook |
| Exh-9928 | Menlo Water Polo Sets Times Ranking |
| Exh-9929 | Menlo Water Polo Sets Times Ranking |
| Exh-9930 | Menlo Water Polo Sets Times Ranking |