# EXHIBIT A



# AT&T WIRELESS CARRIER REQUEST FORM

11760 U.S. HWY ONE, 6TH FLOOR, NORTH PALM BEACH, FL 33408
PHONE 800-635-6840, OPTION 2 • FAX 888-938-4715

## CONTACT INFORMATION

Requesting Agency: FBI-Boston
LEA Tracking Number: ATT-BS-20180928-0001
Date: 9/28/2018
Primary POC: [redacted]
Office: [redacted] Mobile:
Email Addr: [redacted]
Fax: (857) [redacted]

Additional Authorized Contacts:
<See Attachment>

Billing Address:
Federal Bureau of Investigation
Mailstop/Attn to: FBI ETMU
ERF, Building 27958A
Quantico, VA 22135

**Please include last four digits of Target's telephone number and the LEA Tracking Number on invoice**

## LEGAL AUTHORITY

Legal Authority: Consensual Monitoring
Court Order / Docket Number: Consent ELA 13
Action: New Activation
Date / Time Signed: 09/27/2018 12:00 AM EST
Cell Site Location Authorized: No
Judges Name: AUSA Eric Rosen

## PROVISIONING INFORMATION

Target Indentifier: (916) 384-8802  ☐ International Number  ☐ IMSI/MSID

**CALEA Services**

Pen Register / Trap and Trace
Start:          End:
☐ Telephony        ☐ Packet Data/WiFi
☐ Text Messaging   ☐ With Cell Site Location
☐ Push-To-Talk     ☐ With PCTDD
PTT ID:

Full Content
Start: 09/27/2018    End: 12/26/2018
☑ Telephony        ☑ Packet Data/WiFi
☑ Text Messaging   ☐ With Cell Site Location
☑ With PR/TT       ☐ With PCTDD
☐ Push-To-Talk
PTT ID:

**Historical Records Services**
Start:          End:
☐ Call Detail Records  ☐ With Cell Site Location
☐ With PCTDD
☐ Stored Voicemail     ☐ Stored Photos
☐ Cell Tower Search

**Location Services**
Start:          End:
☐ GPS Ping            ☐ CALEA Event-Based Location
Frequency: ☐ 15 Min ☐ 30 Min ☐ 60 Min
Delivery Email:
Delivery Email:
Carrier Case #:

Audio Delivery: Dial Down 1: (857) [redacted]   Dial Down 2:   Method:
Call Data Channel Delivery: IP:   Port:   CFID: 25
Packet Data/WiFi Delivery: IP:   Port:   CFID: 66
Markets/Switches: Northeast, Southeast, Central, West,

## REMARKS/SPECIAL INSTRUCTIONS

Existing Court ordered intercept being converted to Consensual intercept (efffective 9/27 - 12/26/2018). This is a renewal. See attached for authorized contacts.

## SERVICE PROVIDER USE ONLY:

Date received: ___/___/_____   Time received: _____ ☐ AM ☐ PM   Received by: _____

1.0.2