# EXHIBIT B



# RESPONSE COVER SHEET
11760 US HIGHWAY 1
SUITE 600
NORTH PALM BEACH, FL 33408-3029
Phone (800) 635-6840   Facsimile (888) 938-4715

To:
**FBI BILLING**
**1 CENTER PLZ, - STE 600**
**BOSTON, MA 02108**

**File Code:**
**2457009.006**

**Phone Number:**
**Fax Number:**

Request Dated: 9/27/2018
Received On: 9/28/2018

From: DTL
Number of Pages: 1
Date: 9/28/2018

## Confirmation of Court Order Installed

In order to expedite any further requests for records pursuant to this order, please include the above File Code.

### VOICE
AT&T has calculated the end date of your request as: 12/26/2018 11:45:00 PM
**Court Issued Number(s):** CONSENSUAL
**Target Number(s):** XXXXXX8802
**Case ID(s):A240** (For each target provisioned, your Case ID is the ten digit target number plus A240)

### PACKET DATA
**IMSI:** 310410926734733
**Case ID(s): A234** (For each target provisioned, your Case ID is the ten digit target number plus the Case ID)

### Wi-Fi
**Case ID(s):**
**MAC Address (s):** B0702D261CBF
For each Wi-Fi target provisioned, your Case ID is the twelve digit MAC address, without colons plus the Case ID. **Blank values in the MAC Address field indicates Wi-Fi was not provisioned.**

**CONFIDENTIALITY NOTICE**
This cover sheet, and any document which may accompany it, contains information from the National Compliance Center which is intended for use only by the individual to whom it is addressed, and which may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the person responsible for delivering this message to the intended recipient, any review, disclosure, dissemination, distribution, copying or other use of this message or its substance is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone to arrange for the return of this communication to us at our expense. Thank you.

2457009.006