**From:**          John Wilson <john@hyannisportcapital.com>
**To:**            Rick Singer <rwsinger@gmail.com>
**CC:**            Leslie Wilson <leslie@leslieqwilson.com>
**Sent:**          10/13/2013 2:18:47 PM
**Subject:**       Re: Johnny apps and USC etc

Rick,

Thx so much.

Looks great.  Several quick suggestions to wrap this up.  That I edited below.

1)  Add a title like life lessons from the water? 2) maybe split the second to last paragraph so it ends with the lesson ( like the previous paragraphs) .  3) add a closing sentence about the future with hints at playing in college?

Sent from my iPad

On Oct 13, 2013, at 19:07, "Rick Singer" <rwsinger@gmail.com> wrote:

I took the liberty of completing the essay



LIfe Lessons from the water!!

When I was just six months old, I was outdoors and barely able to move when I accidentally crawled into an in-ground pool. To my parents' amazement, instead of crying or sinking in the few intervening seconds before they retrieved me, I had already begun to bob, gurgle, and giggle.

In recognition of this natural predilection for water, my parents enrolled me in a swim team, and my competitive years began. Even at six-years-old, I loved the ability to track and improve my personal best times; this constant and objective feedback kept me motivated to train and work harder. As the years passed, I soon found that whether I had won or lost an event, I wasn't fully satisfied unless I had done my best. This was my first major life-lesson.

I pushed these boundaries even further when, at nine-years old, I trained to swim the San Francisco Bay from Alcatraz Island. I used to swim with my dad and his trainer, who quickly became surprised at my endurance potential. He shared a story of a young boy he had trained to become the youngest person ever to swim from Alcatraz. I finally got my parents to agree that, if I trained properly for a year, they would let me try it.  I swam with my club as usual, but added one day each weekend in the San Francisco Bay for nearly a year with my new trainer to get used to the conditions and the frigid waters. The big day came, and I made it from Alcatraz to the shore after only an hour, setting the new world record.

Achieving a new world record was one of the greatest moments of my young life, and I constantly reflect upon this time of struggle and arduous pain in order to gain strength in my moments of

USAO-VB-01602192

weakness. Here was my second life lesson learned in the water: you can accomplish almost anything – even at a young age - if you have the right motivation, discipline, and perseverance.

Now, I continue to learn and grow from my experiences in the water by playing high school water polo. I was first exposed to water polo in middle school and loved the combination of active team play and water. I particularly enjoy the teamwork, dynamism, and unpredictability of the game. Here was a whole new way for me to grow my skills and talents as an athlete in a sport where team interactions, as opposed to individual performance, really made the difference. I began to thrive as a water polo player due to the team mentality. Approaching the sport with that mindset has made me into a dependable player who can score the ball, yet will consistently help on defense and assist others on plays during the offense. This was an important skill for me to develop, because I am naturally a humble person who cares much more about the team than about my own individual statistics.   This was my third life lesson learned in the water: a true team can accomplish far more than a group of individual stars.

Competing and being in the water has helped me to set bold goals and become very disciplined and passionate. The challenges of rigid training and competition schedules combined with a demanding academic environment have forced me to develop great mental focus and personal discipline. I am responsible to myself, my team, and my teachers to by my best.

My identity as a swimmer has been a central source of self-confidence and pride throughout my life.  My experiences with water have spanned the age spectrum, from when I was literally too young to remember, to this very day.  I believe and hope they will in college and for the rest of my life as well!

On Sun, Oct 13, 2013 at 5:56 AM, John Wilson <john@hyannisportcapital.com> wrote:
Ok that's still the latest

Sent from my iPhone

On Oct 13, 2013, at 2:26 PM, "Rick Singer" <rwsinger@gmail.com> wrote:

I sent it to you and Leslie last week

Sent from my iPhone

On Oct 13, 2013, at 5:20 AM, "John Wilson" <john@hyannisportcapital.com> wrote:

USAO-VB-01602193

Do u have  his latest personal statement draft?  Can u forward it and I will talk with him about it.

Does he have all your feedback and clear on what additional improvements u suggest?

Thx

J

Sent from my iPhone

On Oct 13, 2013, at 2:11 PM, "Rick Singer" <rwsinger@gmail.com> wrote:

First is to finalize the Personal Statement- this is all about Johnny putting in time not me- my work is done quickly or is done. The profile I am assuming you are speaking about Naviance? I have attached the common to Naviance filled in schools etc- all done. The teacher Rec part he will do this week.

Jovan will provide Johnny's info to admission when he does his other guys over the next month. No payment of money till he gets a verbal and written from admissions and then 50 percent to a savings account I set up. Then the remainder upon an acceptance letter in March with everyone else.
Sent from my iPhone

On Oct 13, 2013, at 1:59 AM, "John Wilson" <john@hyannisportcapital.com> wrote:

R
Thx.  When is Johnny going to have his profile and teacher recs done?  What about other essays?

Also When is Jovan going to be able to give us decision on USC? And when do I pay u ? Was it 50% in nov? 50% in feb when we get final official notice?

Thx

J


Sent from my iPhone

On Oct 13, 2013, at 8:46 AM, "Rick Singer" <rwsinger@gmail.com> wrote:

Common application will be submitted between Dec 1-15th after next test dates and apps done. Jovan has Johnny's stuff and asked me to embellish his profile more, which I am doing. ACT signed up for October 26th, SAT Nov 2nd.


On Sat, Oct 12, 2013 at 12:50 PM, John Wilson <john@hyannisportcapital.com> wrote:
R

Hope all is well.  I wanted to catch up on where the college app process stands (personal statement , USC, other

USAO-VB-01602194

essays, the total application status, when J is taking the new SAT and ACTs etc.  Is there a time we can chat today or tmrw?

John

Sent from my iPhone


--
Rick Singer
(916) 384-8802


--
Rick Singer
(916) 384-8802

USAO-VB-01602195

| | |
|---|---|
| **From:** | John Wilson <john@hyannisportcapital.com> |
| **To:** | Debbie Rogers <debbie@hyannisportcapital.com> |
| **Sent:** | 3/29/2014 12:14:03 PM |
| **Subject:** | Re: Wire to the key |

Business Consulting - the invoice will be for consulting - pls work with him to get invoice correct.

Thx


Sent from my iPhone

> On Mar 29, 2014, at 5:12 PM, "Debbie Rogers" <debbie@hyannisportcapital.com> wrote:
>
> And what is the acct I'm charging this to?
>
>
>
>> On Mar 29, 2014, at 7:09 AM, "John Wilson" <john@hyannisportcapital.com> wrote:
>>
>> D
>>
>> Monday we will get an invoice and wiring instructions for $250k. To be paid by hpc inc.
>>
>> Thx
>>
>> J
>>
>> Sent from my iPhone

**EXHIBIT**

**109**

**19-cr-10080-NMG**

USAO-VB-01602769

| | |
|---|---|
| **From:** | John Wilson <john@hyannisportcapital.com> |
| **To:** | Debbie Rogers <debbie@hyannisportcapital.com> |
| **Sent:** | 3/30/2014 8:58:56 AM |
| **Subject:** | Re: Wire to the key |

D

Btw the amount is $200k not $250

Sent from my iPhone

> On Mar 29, 2014, at 5:12 PM, "Debbie Rogers" <debbie@hyannisportcapital.com> wrote:
>
> And what is the acct I'm charging this to?
>
>
>
>> On Mar 29, 2014, at 7:09 AM, "John Wilson" <john@hyannisportcapital.com> wrote:
>>
>> D
>>
>> Monday we will get an invoice and wiring instructions for $250k. To be paid by hpc inc.
>>
>> Thx
>>
>> J
>>
>> Sent from my iPhone

**EXHIBIT**

**110**

19-cr-10080-NMG

USAO-VB-01602770

**From:**        John Wilson <john@hyannisportcapital.com>
**To:**          Debbie Rogers <debbie@hyannisportcapital.com>
**Sent:**        3/31/2014 5:06:18 PM
**Subject:**     Re: The Key

Yes

Sent from my iPad

On Mar 31, 2014, at 19:20, "Debbie Rogers" <debbie@hyannisportcapital.com> wrote:

And you want this invoiced to HPC as well?

Deborah Rogers
Phone:  650-347-5757
Fax:  650-343-6757

**From:** John Wilson
**Sent:** Monday, March 31, 2014 10:17 AM
**To:** Debbie Rogers
**Subject:** Re: The Key

Yes I added $20 k for his expenses

Sent from my iPhone

On Mar 31, 2014, at 7:03 PM, "Debbie Rogers" <debbie@hyannisportcapital.com> wrote:

I contacted Rick and he directed me to Steve.  Per Steve 100k will be to his foundation, 100k an invoice from the Key and 20k to Rick Singer.  Since you said 200K, we're at 220k, is this a moving target?

Deborah Rogers
Phone:  650-347-5757
Fax:  650-343-6757

**From:** John Wilson
**Sent:** Monday, March 31, 2014 8:31 AM
**To:** Debbie Rogers
**Subject:** Re: The Key

Start w rick singer.

Thx

Sent from my iPhone

On Mar 31, 2014, at 5:24 PM, "Debbie Rogers" <debbie@hyannisportcapital.com> wrote:

Who do I work with Steve?

Deborah Rogers
Phone:  650-347-5757
Fax:  650-343-6757

**EXHIBIT**

**112**

19-cr-10080-NMG

**From:** John Wilson

USAO-VB-01602606

**Sent:** Monday, March 31, 2014 8:19 AM
**To:** Debbie Rogers
**Subject:** Re: The Key

Yes they are a legit business

Pls work with them on the right paperwork

Thx

J

Sent from my iPhone

On Mar 31, 2014, at 5:03 PM, "Debbie Rogers" <debbie@hyannisportcapital.com> wrote:

You realize if they are not incorporated, they will receive a 1099 if this is ran through the business….They will also need to provide HPC a completed W-9 for tax reporting purposes.

Deborah Rogers
Phone:  650-347-5757
Fax:  650-343-6757

USAO-VB-01602607

| | |
|---|---|
| **From:** | Casey Moon <caseymoo@usc.edu> |
| **To:** | johnbwil@usc.edu <johnbwil@usc.edu> |
| **CC:** | johnbwilson13@gmail.com <johnbwilson13@gmail.com> |
| **Sent:** | 9/10/2014 11:50:36 AM |
| **Subject:** | Important!! NCAA Eligibility Center: SAT Score |

Johnny,

Morning…  This is very important to be completed ASAP!

I just heard from our athletic department, saying you still have not submitted your SAT score to the NCAA.  Can you please send me your username/login password for your NCAA account.  So we can try to check on our end.  Do you know if and when your scores were sent to the NCAA??  Please get back to me ASAP!!  This is extremely important for you being on the team.  Thanks


Thanks!

Casey Moon
USC Water Polo
mobile# 213.321.8131

Uytengsu Aquatic Center
1026 W 34th Street
Los Angeles, CA 90089
office# 213.740.5985
fax#213.740.6177
http://www.usctrojans.com


Follow USC on Facebook and Twitter
http://www.facebook.com/USCTrojans
http://twitter.com/USCWaterPolo

United States District Court
District of Massachusetts

**TRIAL EXHIBIT**

**128**

Case No.   19-CR-10080-NMG

USAO-VB-01598786

**From:**        John Wilson <john@hyannisportcapital.com>
**To:**          Leslie Wilson <leslie@leslieqwilson.com>
**Sent:**        10/19/2013 8:53:47 PM
**Subject:**     water polo shot
**Attachments:** SHG_FF1A7905.JPG



John B. Wilson
Hyannis Port Capital
John@hyannisportcapital.com
(650) 347-5757
fax: (650) 343-6757

**EXHIBIT**

**712**

**19-cr-10080-NMG**

USAO-VB-01712330
WILSON SW-00169704



USAO-VB-01712331
WILSON SW-00169705

Exhibit SW-1

| From: | Christine Mericle <6mericles@gmail.com> |
|---|---|
| To: | Leslie Wilson <leslie@leslieqwilson.com>;John Wilson <john@hyannisportcapital.com> |
| CC: | Keith Mericle <kamericle@yahoo.com> |
| Sent: | 3/21/2015 10:08:24 PM |
| Subject: | Re: Amsterdam |

```
Hi Leslie & John,

I am sure it was so hard to say goodbye to them. We took them to In n Out and heard their
stories about the week and what a fantastic time everyone had.

Andrew is missing his vacation already. He said this was the top of vacations for sure.
He gave us the day by day activities and all the fabulous meals. His new love of red wine,
Heineken beer and fries with mayo. He said the skiing was amazing and wants to own a home
in Chamonix some day! He enjoyed being with your family and said your girls reminded him of
his sisters. And, he thinks Johnny is the best!

We can't thank you enough for having Andrew and for your extreme generosity. This was a
Spring Break that he will never forget!

Looking forward to seeing the photos!
Take care,
Christine


Sent from my iPhone

> On Mar 21, 2015, at 1:05 PM, Leslie Wilson <leslie@leslieqwilson.com> wrote:
>
> Hi Christine,
>
> It was so difficult for me today putting the boys on the plane - I held my tears until
they left.
>
> We had a wonderful vacation with Johnny & Andrew! The boys had a fantastic time together!
Andrew is a true delight!
>
> Please ask Johnny to call me when he arrives - I'm missing him already!
>
> I will forward more photos to you - I got some great pictures of the boys skiing in
France & also fun photos of them in Amsterdam.
>
> Talk to you soon,
> Leslie
>
```

USAO-VB-01600512

Exhibit SW-2

**From:** John Wilson <john@hyannisportcapital.com>
**To:** 6mericles@gmail.com akmericle96@gmail.com " <6mericles@gmail.com akmericle96@gmail.com>;Johnny Wilson <johnbwil@usc.edu>;Courtney Wilson <courtneytwilson1@gmail.com>;Mamie Wilson <mamiewilson2002@gmail.com>
**Sent:** 3/14/2015 8:41:39 AM
**Subject:** Fun at the rijks museum
**Attachments:** ATT00001.txt; FullSizeRender.jpg

USAO-VB-01605709



USAO-VB-01605711

Exhibit SW-3

**From:** John Wilson <john@hyannisportcapital.com>
**To:** 6mericles@gmail.com <6mericles@gmail.com>;akmericle96@gmail.com"
<akmericle96@gmail.com>;Johnny Wilson <johnbwil@usc.edu>
**Sent:** 3/14/2015 8:44:23 AM
**Subject:** I am Amsterdam
**Attachments:** ATT00001.txt; FullSizeRender.jpg

USAO-VB-01606150



USAO-VB-01606152

Exhibit SW-4

**From:**        John Wilson <john@hyannisportcapital.com>
**To:**          6mericles@gmail.com <6mericles@gmail.com>;akmericle96@gmail.com"
                     <akmericle96@gmail.com>;Johnny Wilson <johnbwil@usc.edu>
**Sent:**       3/14/2015 8:44:59 AM
**Subject:**   Night watch guards
**Attachments:**  ATT00001.txt; FullSizeRender.jpg



USAO-VB-01606401

Exhibit SW-5

| | |
|---|---|
| **From:** | Debbie Rogers <debbie@hyannisportcapital.com> |
| **To:** | John Wilson <john@hyannisportcapital.com> |
| **CC:** | Debbie Rogers <debbie@hyannisportcapital.com> |
| **Sent:** | 11/8/2016 3:40:24 PM |
| **Subject:** | FW: Battlefield Vegas Reservation |
| **Attachments:** | JOHNWILSON1.pdf |

Please review…Per Carlos a pick up at Caesars at 3:00 would work best and at battlefield by 3:30 – takes about an hr for the guns, and 15 mins for the tank portion which is best when it's light out. Let me know, final payment can be made a few days prior to date once the final count is in.  Let me know.

**From:** Battlefield Vegas Reservations [mailto:reservations@battlefieldvegas.com]
**Sent:** Tuesday, November 08, 2016 12:35 PM
**To:** Debbie Rogers
**Subject:** Battlefield Vegas Reservation

Hi Debbie,

Attached is the invoice including the tax on the Groupon tank crush and (9) minigun belts.

Here are the details confirming the Humvee pick up:

Saturday January 14th
3PM Pick Up
10 People
Caesar's Palace – Planet Hollywood Globe
John Wilson
████████████

Please be advised, our driver will meet the group at the Planet Hollywood Globe which is located outside the Caesar's Forum Shops.

Let me know if you have any questions or concerns.

Thank you,

Carlos D. Munoz
Battlefield Vegas
2771 Sammy Davis Jr DR
Las Vegas, NV 89109
702-566-1000

**BATTLEFIELD VEGAS**

2771 S INDUSTRIAL RD
LAS VEGAS,NV,89109
TEL:702 566-1000 FAX:702 360-2666
,WWW.BATTLEFIELDVEGAS.COM

RECEIPT NO: 297347

| | | |
|---|---|---|
| Sale Type | LAYAWAY | |
| Sale Status | OPEN | Reg POS-3 |
| Purchase Date | 11/8/2016 | 11:48:27 AM |
| Clerk ID 14 | Close Date OPEN | |

| Customer Info: JOHN WILSON | | | | Ship To: | | | |
|---|---|---|---|---|---|---|---|
| Customer No: 6311 | Company: | | | Customer No: 0 | Company: | | |
| Address: | | | | Address: | | | |
| Suite/Apt: | | | | Suite/Apt: | | | |
| City:LAS VEGAS | State: NV | Zip:89109 | | City: | State: | Zip: | |
| Home: - - | Work: - - | Cell: | | Home: | Work: | Cell: | |

## Purchase Summary

| Pl* | Part No | Description | Serial No: | Qty | Unit Price | % Disc. | Disc. | SubTotal | Tax |
|---|---|---|---|---|---|---|---|---|---|
| A | MISC | DELETED 1@0.00 EA : MISC | | 0 | $0.00 | 0 | $0.00 | $0.00 | 0 |
| L | GTAX TANK | GROUPON TAX FOR MINI AND TANK | | 1 | $42.30 | 0 | $0.00 | $42.30 | 8.15 |
| L | MGUN INS | MINI GUN 100RDS INSTRUCTION | | 9 | $180.00 | 0 | $0.00 | $1,620.00 | 0 |
| L | MGUN MUN | MINI GUN MUNS 100 | | 9 | $19.00 | 0 | $0.00 | $171.00 | 8.15 |

## Payment Summary

| Tender Type | Pay Date | Amt. Tendered | Amt. Paid | Change | Approval #/Other Info | Tender No. | Tender Date |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## Receipt Summary

| | |
|---|---|
| SUBTOTAL (UnTaxed): | $1,620.00 |
| SUBTOTAL(Taxed): | $213.30 |
| Receipt Discount: | $0.00 |
| TAX: | $17.39 |

**Customer Still Owes: $ 1850.69**

NICS No:
Tracking Number:

NICS Status: CAN DEFER

| | |
|---|---|
| **RECEIPT TOTAL:** | $1,850.69 |
| **TOTAL TENDERED:** | $0.00 |
| **CHANGE DUE:** | $0.00 |
| **CHANGE TYPE:** NONE | |

## Comments

Fee Comment:
Void Reason

## Receipt Disclaimer

All Sales Are Final

Have a Great Day

| | | |
|---|---|---|
| Date/Time Printed: 11/8/2016 11:50:29 AM | **ORIGINAL** | Page: 1 |

Exhibit SW-6

**From:**          Debbie Rogers <debbie@hyannisportcapital.com>
**To:**            John Wilson <john@hyannisportcapital.com>;johnbwil@usc.edu" <johnbwil@usc.edu>
**CC:**            Debbie Rogers <debbie@hyannisportcapital.com>
**Sent:**          1/12/2017 10:20:30 PM
**Subject:**       Johnny 21st Birthday Celebration Itin
**Attachments:**   Johnny 21st Birthday Celebration Itin.docx


Email or give me a call if you have any questions. ███████████

## 21st BIRTHDAY CELEBRATION IN LAS VEGAS

**GUEST OF HONOR:  JOHNNY WILSON**

Guests: ██████████████████████ Andrew Mericle, Wyatt Driscoll, ████████████
████████████████

### Friday, Jan 13

- 12:00pm KLS Limo service will pick up group at 2595 Hoover Street Conf# 107335 – Contact
  ████████

- Arrive at Caesars Palace between 3-4pm.  Caesar's Conf#YW35L – They should not ask you for a
  cc at check in as one has been provided.  **$1,000 per night for room incidentals and only Johnny
  is to charge to room.**

- No dinner reservations –

### Saturday, Jan 14

- 2:00 Battlefield Vegas 702-566-1000 Receipt# 297347 (Humvees) will pick you up at the Planet
  Hollywood Globe which is located outside the Caesar's Forum Shops.  Driver's Cell ████████
  - Driver has your cell number



- 9:00pm Nobu (located in Caesars Palace)



- 11:30pm **Surrender Nightclub**-Located in Wynn Hotel – 3131 S Las Vegas Blvd 702-770-7300 (they will hold your table for 15 mins (11:45)  pm -  DJ Dillon Francis-Go to VIP Line for Entrance into club – A hostess will escort group to table.  You have 3k table minimum which has been paid including tip.



<u>Sunday, Jan 15</u>
- 2:45pm Southwest Flt #4167 Depart Las Vegas arrive LAX 3:55pm Conf#50FR4M