# EXHIBIT B

**Frank, Stephen (USAMA) 1**

| | |
|---|---|
| **From:** | Kendall, Michael <michael.kendall@whitecase.com> |
| **Sent:** | Thursday, August 19, 2021 9:03 AM |
| **To:** | Frank, Stephen (USAMA) 1 |
| **Cc:** | B Kelly; J Sharp; sheketoffr@aol.com; Jack Dicanio; Michael Loucks; Andrew Tomback; Papenhausen, Lauren; Kearney, Kristen (USAMA); O'Connell, Justin (USAMA); Stearns, Ian (USAMA); Wright, Leslie (USAMA) |
| **Subject:** | RE: Subpoena to Rick Singer |

Steve,

█████████████████████████████████████. Thank you for helping out.

Mike

**Michael Kendall**  |  Partner
T  +1 617 979 9310     M  +1 617 905 8206     E  michael.kendall@whitecase.com
White & Case LLP  |  75 State Street | Boston, MA 02109-1814

**From:** Frank, Stephen (USAMA) 1 <Stephen.Frank@usdoj.gov>
**Sent:** Thursday, August 19, 2021 9:01 AM
**To:** Kendall, Michael <michael.kendall@whitecase.com>
**Cc:** B Kelly <bkelly@nixonpeabody.com>; J Sharp <jsharp@nixonpeabody.com>; sheketoffr@aol.com; Jack Dicanio <jack.dicanio@skadden.com>; Michael Loucks <michael.loucks@skadden.com>; Andrew Tomback <atomback@mclaughlinstern.com>; Papenhausen, Lauren <lauren.papenhausen@whitecase.com>; Kearney, Kristen (USAMA) <Kristen.Kearney@usdoj.gov>; O'Connell, Justin (USAMA) <Justin.O'Connell@usdoj.gov>; Stearns, Ian (USAMA) <Ian.Stearns@usdoj.gov>; Wright, Leslie (USAMA) <Leslie.Wright@usdoj.gov>
**Subject:** RE: Subpoena to Rick Singer

Mike,

As I'm sure you know, ███████████████, which is why I suspect he did not immediately respond to your email. In any event, we are happy to reach out to him to see if we can be helpful.

Steve

**From:** Kendall, Michael <michael.kendall@whitecase.com>
**Sent:** Wednesday, August 18, 2021 4:09 PM
**To:** Frank, Stephen (USAMA) 1 <SFrank1@usa.doj.gov>
**Cc:** B Kelly <bkelly@nixonpeabody.com>; J Sharp <jsharp@nixonpeabody.com>; sheketoffr@aol.com; Jack Dicanio <jack.dicanio@skadden.com>; Michael Loucks <michael.loucks@skadden.com>; Andrew Tomback <atomback@mclaughlinstern.com>; Papenhausen, Lauren <lauren.papenhausen@whitecase.com>
**Subject:** Subpoena to Rick Singer

Steve,

The defendants would like to serve a trial subpoena on Rick Singer. I am not sure if Mr. Heller will respond or agree to accept service. See below my request which he has not yet acknowledged. I think it raises safety and other concerns to have a process server chase down a government cooperator. It creates risk for Mr. Singer, the process server, as well as innocent bystanders.

As part of Mr. Singer's cooperation he has an obligation to respect the judicial process.  Can the USAO inform Mr. Heller that the government expects Mr. Singer to cooperate with the service of process as part of his cooperation obligations.  We prefer to serve Mr. Heller by email, but would also accept an agent serving Mr. Singer by hand.

Please let us know by tomorrow 5 pm if you will facilitate our request.  Otherwise, we will seek the Court's assistance.

Mike

**Michael Kendall** | Partner
T  +1 617 979 9310     M  +1 617 905 8206     E  michael.kendall@whitecase.com
White & Case LLP  |  75 State Street | Boston, MA 02109-1814

**From:** Kendall, Michael
**Sent:** Tuesday, August 17, 2021 2:24 PM
**To:** 'Donald H.Heller' <dheller@donaldhellerlaw.com>
**Cc:** Andrew Tomback <atomback@mclaughlinstern.com>; 'lpapenhausen@whitecase.com' <lpapenhausen@whitecase.com>; B Kelly <bkelly@nixonpeabody.com>; J Sharp <jsharp@nixonpeabody.com>; Jack Dicanio <jack.dicanio@skadden.com>; 'Loucks, Michael K' <Michael.loucks@skadden.com>; Chu, Yanbing <y.chu@whitecase.com>
**Subject:** RE: Rick Singer

Don,

We would like to serve a subpoena for Rick Singer to appear to testify in the trial before Judge Gorton in September.  Can you let us know, preferably today, if you will accept service of the subpoena by email to you, or if we have to serve him in hand.

Thanks for your cooperation.

Mike

**Michael Kendall** | Partner
T  +1 617 979 9310     M  +1 617 905 8206     E  michael.kendall@whitecase.com
White & Case LLP  |  75 State Street | Boston, MA 02109-1814

**From:** Donald H.Heller <dheller@donaldhellerlaw.com>
**Sent:** Wednesday, August 5, 2020 5:18 PM
**To:** Kendall, Michael <michael.kendall@whitecase.com>; Thomas Knox (tknox@klalawfirm.com) <tknox@klalawfirm.com>
**Cc:** Andrea Moriguchi <amoriguchi@klalawfirm.com>; Malkiel, Yakov <yakov.malkiel@whitecase.com>; Andrew Tomback <ATomback@mclaughlinstern.com>; Paula PinerosMedina <PPinerosMedina@mclaughlinstern.com>
**Subject:** Re: Rick Singer

[redacted]

Donald H. Heller
Donald H. Heller, A Law Corporation
3638 American River Drive
Sacramento, CA 95864
(916) 974-3500
(916) 974-2077 (Direct)
(916) 520-3497 (Fax)

American Board of Trial Advocates (ABOTA), Sacramento Valley Chapter – 2017 Trial Lawyer of the Year
Member, Executive Committee, Criminal Law Section, California Lawyers Association
Website: www.donaldhellerlaw.com
Attorney/Client Privileged Communication
CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication

---

**From:** Kendall, Michael <michael.kendall@whitecase.com>
**Sent:** Wednesday, August 5, 2020 2:16:00 PM
**To:** Thomas Knox (tknox@klalawfirm.com) <tknox@klalawfirm.com>
**Cc:** Donald H.Heller <dheller@donaldhellerlaw.com>; Andrea Moriguchi <amoriguchi@klalawfirm.com>; Malkiel, Yakov <yakov.malkiel@whitecase.com>; Andrew Tomback <ATomback@mclaughlinstern.com>; Paula PinerosMedina <PPinerosMedina@mclaughlinstern.com>
**Subject:** FW: Rick Singer

[REDACTED]

Michael Kendall | Partner
T +1 617 979 9310    M +1 617 905 8206    E michael.kendall@whitecase.com
White & Case LLP | 75 State Street | Boston, MA 02109-1814

**From:** Thomas Knox <TKnox@klalawfirm.com>
**Sent:** Wednesday, August 5, 2020 5:01 PM
**To:** Kendall, Michael <michael.kendall@whitecase.com>
**Cc:** 'DHeller@DonaldHellerLaw.com' <DHeller@DonaldHellerLaw.com>; Andrea Moriguchi <amoriguchi@klalawfirm.com>
**Subject:** Rick Singer

[REDACTED]

*Thomas S. Knox*
*KNOX, LEMMON & ANAPOLSKY, LLP*
*2339 Gold Meadow Way, Suite 205*
*Gold River CA 95670-6307*
*(Phone) 916.498-9911, ext. 227*
*(Fax) 916.498.9991*
*tknox@klalawfirm.com*

*http://www.klalawfirm.com*

================================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 617 979 9300. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


================================================================================

========================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 617 979 9300. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


========================================================================

========================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 617 979 9300. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


========================================================================