# EXHIBIT C



**From:** "Donald H.Heller" <dheller@donaldhellerlaw.com>
**Date:** August 19, 2021 at 2:01:12 PM EDT
**To:** "Frank, Stephen (USAMA) 1" <SFrank1@usa.doj.gov>
**Subject:** FW: Rick Singer

Steve, see below. I did locate Kendell's email in my inbox. I missed it yesterday. Regards, Don

**Donald H. Heller**
**Donald H. Heller, A Law Corporation**
**2443 Fair Oaks Blvd., #343**
**Sacramento, CA 95825**
**(916) 974-3500**
**(916) 974-2077 (Direct)**
**Email: dheller@donaldhellerlaw.com**
**"Injustice Anywhere Is A Threat To Justice Everywhere" – Dr. Martin Luther King, Jr.**
**American Board of Trial Advocates (ABOTA), Sacramento Valley Chapter – 2017 Trial Lawyer of the Year**
**Member, Executive Committee, Criminal Law Section, California Lawyers Association**
**Website: www.donaldhellerlaw.com**
**Attorney/Client Privileged Communication**
**CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication**

**From:** Donald H.Heller
**Sent:** Thursday, August 19, 2021 10:58 AM
**To:** Kendall, Michael <michael.kendall@whitecase.com>
**Cc:** Andrew Tomback <atomback@mclaughlinstern.com>; Papenhausen, Lauren <lauren.papenhausen@whitecase.com>; B Kelly <bkelly@nixonpeabody.com>; J Sharp <jsharp@nixonpeabody.com>; Jack Dicanio <jack.dicanio@skadden.com>; Michael Loucks <michael.loucks@skadden.com>; Chu, Yanbing <y.chu@whitecase.com>
**Subject:** RE: Rick Singer

Mike, yes, I will accept service of a subpoena by email for my client Rick Singer to appear at the September 13, 2021, trial before Judge Gorton.[1.] Don

1. You know in my almost 52 year career, you were the second lawyer who refused to grant a short continuance on a motion, in this matter to quash. Civility and professionalism is not weakness, and procedural game playing on matters that are almost automatic in the course of litigation is generally scorned by established professionals. So agreeing to accept service of a trial subpoena in this matter is intended to avoid wasting time and money in you obtaining a court order for a U.S. Marshal to service my client and clear does not reflect ignoring our only interaction in this matter.

**Donald H. Heller**
**Donald H. Heller, A Law Corporation**

**2443 Fair Oaks Blvd., #343**
**Sacramento, CA 95825**
**(916) 974-3500**
**(916) 974-2077 (Direct)**
**Email: dheller@donaldhellerlaw.com**
**"Injustice Anywhere Is A Threat To Justice Everywhere" – Dr. Martin Luther King, Jr.**
**American Board of Trial Advocates (ABOTA), Sacramento Valley Chapter – 2017 Trial Lawyer of the Year**
**Member, Executive Committee, Criminal Law Section, California Lawyers Association**
**Website: www.donaldhellerlaw.com**
**Attorney/Client Privileged Communication**
**CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication**

---

**From:** Kendall, Michael <michael.kendall@whitecase.com>
**Sent:** Tuesday, August 17, 2021 11:24 AM
**To:** Donald H.Heller <dheller@donaldhellerlaw.com>
**Cc:** Andrew Tomback <atomback@mclaughlinstern.com>; Papenhausen, Lauren <lauren.papenhausen@whitecase.com>; B Kelly <bkelly@nixonpeabody.com>; J Sharp <jsharp@nixonpeabody.com>; Jack Dicanio <jack.dicanio@skadden.com>; Michael Loucks <michael.loucks@skadden.com>; Chu, Yanbing <y.chu@whitecase.com>
**Subject:** RE: Rick Singer

Don,

We would like to serve a subpoena for Rick Singer to appear to testify in the trial before Judge Gorton in September.  Can you let us know, preferably today, if you will accept service of the subpoena by email to you, or if we have to serve him in hand.

Thanks for your cooperation.

Mike

**Michael Kendall** | Partner
**T** +1 617 979 9310   **M** +1 617 905 8206   **E** michael.kendall@whitecase.com
White & Case LLP | 75 State Street | Boston, MA 02109-1814

**From:** Donald H.Heller <dheller@donaldhellerlaw.com>
**Sent:** Wednesday, August 5, 2020 5:18 PM
**To:** Kendall, Michael <michael.kendall@whitecase.com>; Thomas Knox (tknox@klalawfirm.com) <tknox@klalawfirm.com>
**Cc:** Andrea Moriguchi <amoriguchi@klalawfirm.com>; Malkiel, Yakov <yakov.malkiel@whitecase.com>; Andrew Tomback <ATomback@mclaughlinstern.com>; Paula PinerosMedina <PPinerosMedina@mclaughlinstern.com>
**Subject:** Re: Rick Singer

█████████████████████████████

Donald H. Heller
Donald H. Heller, A Law Corporation
3638 American River Drive
Sacramento, CA 95864
(916) 974-3500
(916) 974-2077 (Direct)
(916) 520-3497 (Fax)

American Board of Trial Advocates (ABOTA), Sacramento Valley Chapter – 2017 Trial Lawyer of the Year
Member, Executive Committee, Criminal Law Section, California Lawyers Association
Website: www.donaldhellerlaw.com
Attorney/Client Privileged Communication
CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication

---

**From:** Kendall, Michael <michael.kendall@whitecase.com>
**Sent:** Wednesday, August 5, 2020 2:16:00 PM
**To:** Thomas Knox (tknox@klalawfirm.com) <tknox@klalawfirm.com>
**Cc:** Donald H.Heller <dheller@donaldhellerlaw.com>; Andrea Moriguchi <amoriguchi@klalawfirm.com>; Malkiel, Yakov <yakov.malkiel@whitecase.com>; Andrew Tomback <ATomback@mclaughlinstern.com>; Paula PinerosMedina <PPinerosMedina@mclaughlinstern.com>
**Subject:** FW: Rick Singer

**Michael Kendall** | Partner
**T** +1 617 979 9310   **M** +1 617 905 8206   **E** michael.kendall@whitecase.com
White & Case LLP | 75 State Street | Boston, MA 02109-1814

**From:** Thomas Knox <TKnox@klalawfirm.com>
**Sent:** Wednesday, August 5, 2020 5:01 PM
**To:** Kendall, Michael <michael.kendall@whitecase.com>
**Cc:** 'DHeller@DonaldHellerLaw.com' <DHeller@DonaldHellerLaw.com>; Andrea Moriguchi <amoriguchi@klalawfirm.com>
**Subject:** Rick Singer

*Thomas S. Knox*
*KNOX, LEMMON & ANAPOLSKY, LLP*
*2339 Gold Meadow Way, Suite 205*
*Gold River CA 95670-6307*
*(Phone) 916.498-9911, ext. 227*
*(Fax) 916.498.9991*
*tknox@klalawfirm.com*
*http://www.klalawfirm.com*

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 617 979 9300. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

================================================================================

========================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 617 979 9300. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

========================================================================