# EXHIBIT D

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Gamal Abdelaziz, et al | ) | Case No.   19cr10080-NMG-4 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

  William Rick Singer

  **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court<br>One Courthouse Way<br>Boston, MA 02210 | Courtroom No.: | 4 |
|---|---|---|---|
| | | Date and Time: | September 13, 2021 at 9:00a.m. |

  You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

  *(SEAL)*

Date   August 10, 2021

CLERK OF COURT

*Robert M. Farrell*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  John Wilson, Marci Palatella, and Gamal Abdelaziz _____ , who requests this subpoena, are:

Lauren Papenhausen, White & Case LLP, 75 State Street, 24 Floor, Boston, MA 02109-1814;
Emily A. Reitmeier, Skadden, Arps, Slate, Meagher & Flom LLP, 525 University Avenue, Palo Alto, CA 94301;
Joshua Sharp, Nixon Peabody LLP, 53 State Street, Boston, MA 02109

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   19cr10080-NMG-4

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                    _____

                                                                          *Server's signature*

                                                           _____

                                                                          *Printed name and title*


                                                           _____

                                                                          *Server's address*

Additional information regarding attempted service, etc: