UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN, et al.,<br><br>Defendants. | Cr. No. 19-10080-NMG |

### DEFENDANT JOHN WILSON'S SECOND MOTION
### TO CHANGE SENTENCING DATE

Defendant John Wilson moves that the Court advance his sentencing date from February 17, 2022 to February 16, 2022. As grounds for this motion Wilson states:

1. Martha Victoria is the U.S. Probation Officer assigned to Wilson's case. She has a longstanding vacation scheduled for February 17-25, 2022. Wilson understands she has served as the probation officer for all or virtually all of the Varsity Blues cases. She has interviewed Wilson, conducted a home visit to his residence, and conducted numerous other steps that are part of the standard sentencing process. Thus, she has a deep understanding of the relevant issues.

2. Wilson believes the Court and both parties would be best served if Ms. Victoria can attend the hearing. A supervisor or another probation officer "filling in" will not have the same depth of experience with the issues in this case.

3. Wilson also moves that the Court amend, by one day, two dates in the schedule for the preparation of the Pre-Sentence report as follows:

    a. The parties' objections to the draft Pre-Sentence Report will be due to Probation on January 26, 2022, not January 27, 2022; and

*Motion allowed.* /s/ NMGorton, USDJ 01/06/22