UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GAMAL ABDELAZIZ, JOHN WILSON,<br><br>Defendants | No. 19-CR-10080-NMG |

**[PROPOSED] ORDER ENTERING STAY OF SURRENDER DATES
AND BRIEFING SCHEDULE REGARDING BAIL PENDING APPEAL**

The government and defendants Gamal Abdelaziz and John Wilson (collectively, "the Parties") have filed a joint motion (Dkt. 2517) for an Order staying the defendants' surrender dates pending the Court's resolution — and if necessary, the First Circuit's resolution — of the defendants' motions for bail pending appeal. Having considered the Parties' joint motion, the Court hereby **GRANTS** the motion and **ORDERS** as follows:

1. The defendants' surrender dates are hereby stayed until six weeks after resolution of the defendants' motions for bail pending appeal by this Court, and if necessary, by the First Circuit.

2. The schedule and briefing for the defendants' motions for bail pending appeal are hereby consolidated. The defendants shall file their motions for bail pending appeal by March 18, 2022. The government shall file its opposition to those motions by April 18, 2022. The defendants shall file their reply briefs, if any, by May 2, 2022.

**SO ORDERED**.

Date: _____                              _____
                                                                    Hon. Nathaniel M. Gorton
                                                                    United States District Judge