UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GAMAL ABDELAZIZ, JOHN WILSON,<br><br>Defendants | No. 19-CR-10080-NMG |

### JOINT MOTION FOR STAY OF SURRENDER DATES AND BRIEFING SCHEDULE REGARDING BAIL PENDING APPEAL

The government and defendants Gamal Abdelaziz and John Wilson (collectively, "the Parties") hereby jointly move for the Court to enter an Order staying the defendants' surrender dates pending the Court's resolution — and if necessary, the First Circuit's resolution — of the defendants' forthcoming motions for bail pending appeal of their convictions and sentences. The Parties also jointly move for the Court to enter an Order adopting the Parties' proposed briefing schedule for the defendants' motions for bail pending appeal. In support of this joint motion, the Parties state as follows:

1. During the four-week trial in this case, the Court admitted nearly 250 exhibits, and 17 witnesses testified. The trial transcript is more than 3,000 pages.

2. Defendant Abdelaziz's sentencing is scheduled for February 9, 2022. Defendant Wilson's sentencing is scheduled for February 16, 2022.

3. The defendants intend to file motions for bail pending appeal of their convictions and sentences pursuant to 18 U.S.C. § 3143(b). The government will oppose those motions. If the Court denies the defendants' motions for bail pending appeal, the defendants intend to seek relief from the First Circuit.

*Motion allowed. /s/ NMGorton, USDJ 02/09/2022*