UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY COLBURN et al.,<br><br>Defendants | Case No. 1:19-cr-10080-NMG |

### DEFENDANT JOHN WILSON'S ASSENTED TO MOTION FOR LEAVE TO FILE PARTIALLY UNDER SEAL A LETTER OF REFERENCE RELATED TO HIS SENTENCING

 Defendant John Wilson respectfully moves this Court for leave to file one letter of reference related to his sentencing, which is an exhibit to his Sentencing Memorandum, partially under seal. The portion of the letter that Wilson seeks to seal discusses sensitive and confidential matters relating to one of his children. Accordingly, under Local Rule 7.2, Defendant asks that the Court grant leave to file the letter as a partially sealed attachment to his Sentencing Memorandum. The memorandum itself and all other letters and exhibits will be filed publicly and Wilson would publicly file a redacted version of the letter. Wilson will provide the government and Court unredacted copies of the letter.

                     Respectfully submitted,

                     *Counsel for John Wilson*

                     /s/ Michael Kendall
                     Michael Kendall (BBO #544866)
                     Lauren Papenhausen (BBO# 655527)
                     WHITE & CASE LLP
                     75 State Street
                     Boston, MA 02109-1814
                     Telephone: (617) 979-9310
                     michael.kendall@whitecase.com
                     lauren.papenhause@whitecase.com

Andrew Tomback (pro hac vice)<br>
McLaughlin & Stern, LLP<br>
260 Madison Avenue<br>
New York, NY 10016<br>
Telephone: (212) 448-1100<br>
ATomback@mclaughlinstern.com

Date February 9, 2022

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1 AND 112.1

The undersigned counsel hereby certifies that counsel for the Defendant has conferred with counsel for the government and attempted in good faith to resolve or narrow the issues raised by this motion. The government assents to this motion.

*/s/ Michael Kendall*
Michael Kendall

## CERTIFICATE OF SERVICE

I hereby certify that the above document is being filed on the date appearing in the header through the ECF system, which will send true copies to the attorneys of record.

*/s/ Michael Kendall*
Michael Kendall