## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GREGORY COLBURN et al.,<br>Defendants | Case No. 1:19-cr-10080-NMG |

### DEFENDANT JOHN WILSON'S ASSENTED TO MOTION FOR LEAVE TO FILE PARTIALLY UNDER SEAL A LETTER OF REFERENCE RELATED TO HIS SENTENCING

Defendant John Wilson respectfully moves this Court for leave to file one letter of reference related to his sentencing, which is an exhibit to his Sentencing Memorandum, partially under seal. The portion of the letter that Wilson seeks to seal discusses sensitive and confidential matters relating to one of his children. Accordingly, under Local Rule 7.2, Defendant asks that the Court grant leave to file the letter as a partially sealed attachment to his Sentencing Memorandum. The memorandum itself and all other letters and exhibits will be filed publicly and Wilson would publicly file a redacted version of the letter. Wilson will provide the government and Court unredacted copies of the letter.

Respectfully submitted,

*Counsel for John Wilson*

/s/ Michael Kendall
Michael Kendall (BBO #544866)
Lauren Papenhausen (BBO# 655527)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
lauren.papenhause@whitecase.com

*Motion allowed, /s/ NMGorton, USDJ 02/10/2022*

1