# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOHN WILSON, et al.,

Defendants.

Cr. No. 19-10080-NMG

## AFFIDAVIT OF LESLIE WILSON
### CONCERNING THE SEPTEMBER 28, 2018 FACETIME CALL

I, Leslie Wilson, hereby depose and state:

1. John Wilson and I have been married for 31 years. We currently live at our family home in Lynnfield, Massachusetts.

2. I understand that the government has told the U.S. Probation Department that it believes John made a false statement when he filed an affidavit stating he participated in a September 28, 2018 FaceTime call with William "Rick" Singer and our twin daughters, Mary, who we call "Mamie," and Courtney. The government's claim is wrong. I participated in that FaceTime call and saw and heard my husband participate in part of it as well.

3. I made the arrangements for this call with text messages to and from Rick Singer. On September 27, 2018, we texted that the call would take place on September 28, 2018 by Skype. On September 28, 2018, Mr. Singer texted that he would like to do the call by FaceTime, so I sent him the number for Mamie's phone.

4. Mamie and Courtney spoke with Mr. Singer while I was in the general area. John left the room and went to his home office and could not hear part of the girls' conversation with Mr. Singer.

5.      When the girls were finished speaking, they gave the phone to John. The girls went upstairs to do homework.

6.      I do not recall Mr. Singer having any other FaceTime calls with Mamie or Courtney. I am confident I have not mistaken this September 28, 2018 call with any other call.

Signed under the pains and penalties of perjury this 4th day of January, 2022.

*Leslie Wilson*
Leslie Wilson

__Leslie Wilson__ personally appeared before me, and proved his/her identification through satisfactory evidence, which were __Drivers License__ and swore or affirmed the attached document's contents are truthful and accurate to the best of his/her belief on this __4th__ day of __Jan 2022__.

ROBERT L. CLATTENBURG, JR.
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
June 13, 2025