# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOHN WILSON, et al.,

Defendants.

Cr. No. 19-10080-NMG

## AFFIDAVIT OF MARY WILSON
## CONCERNING THE SEPTEMBER 28, 2018 FACETIME CALL

I, Mary Wilson, hereby declare and state:

1. I am a sophomore in college. John and Leslie Wilson are my parents. Courtney is my twin sister.

2. On September 28, 2018, my mother arranged for Courtney and me to speak with William Singer in a FaceTime call. My recollection is that this was my first and only FaceTime call with Mr. Singer.

3. My father, mother, Courtney and I were all in our Lynnfield house and participated in the call. I recall that Courtney and I spoke with Mr. Singer about college admissions. When we were done, we gave the phone to my father, left my parents downstairs, and went upstairs. I remember that I then had to retrieve my phone from my father after I did some homework.

Signed under the pains and penalties of perjury this 4th day of January, 2021.

_Mary Wilson_
Mary Wilson

_Mary Wilson_ personally appeared before me, and proved his/her identification through satisfactory evidence, which were MA Drivers License and swore or affirmed the attached document's contents are truthful and accurate to the best of his/her belief on this 4th day of Jan 2022.

ROBERT L. CLATTENBURG, JR.
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
June 13, 2025