# Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN WILSON, et al.,<br><br>Defendants. | Cr. No. 19-10080-NMG |

### AFFIDAVIT OF COURTNEY WILSON
### CONCERNING THE SEPTEMBER 28, 2018 FACETIME CALL

I, Courtney Wilson, hereby depose and state:

1. Mary Wilson, who we call "Mamie," and I are twin sisters. John and Leslie Wilson are my parents. Johnny Wilson is my older brother.

2. My recollection is that in September, 2018, William Singer arranged with my mother for Mamie and me to speak with Mr. Singer by FaceTime. I believe this was my first and only FaceTime call with Mr. Singer.

3. I recall that Mamie and I spoke with Mr. Singer about colleges. After Mamie and I finished speaking with Mr. Singer, we gave the phone to my father. Mamie and I then went upstairs. My mother was present or in the general area for much of the call.

Signed under the pains and penalties of perjury this 4th day of January, 2022.

_Courtney Wilson_ personally appeared before me, and proved his/her identification through satisfactory evidence, which were _Drivers License_ and swore or affirmed the attached document's contents are truthful and accurate to the best of his/her belief on this _4th_ day of _Jan 2022_.

_Courtney Wilson_

_Robert Clattenburg_

ROBERT L. CLATTENBURG, JR.
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
June 13, 2025