# Exhibit E

# Kendall W. Shull

11167 Kingston Pike, Suite 3
Knoxville, TN 37934
Tel (865)-966-1494
www.kendallinvestigations.com

## INVESTIGATIVE QUALIFICATIONS

| | |
|---|---|
| 2001-present | **President**, Kendall Investigations and Kendall Security, Knoxville, TN. Provide polygraph examinations, armed and unarmed guard services and private investigative services to attorneys, local police agencies, businesses and private individuals. Provide expert witness testimony. Licensed private investigator in TN. Licensed polygraph examiner in TN. |
| 2004 – 2006 | **Adjunct Polygraph Instructor**, Northeast Counter Drug Training Facility, Harrisburg, PA. Provide classroom instruction and training to polygraph students from law enforcement agencies across the country. |
| 2003 | **Information Security Specialist**, NCI (subcontractor to Wackenhut Security Incorporated), Oak Ridge, TN. Provided technical security countermeasure (TSCM) assessments. |
| 1999 - 2001 | **Chief and Program Manager**, Federal Bureau of Investigation Polygraph Unit F.B.I. Headquarters, Washington D.C. Managed over 80 employees. Played a significant role in the investigation and prosecution of several major cases both nationally and internationally. Served as a consultant to foreign government polygraph programs and briefed members of the U.S. Senate Governmental Affairs Committee staff. Provided expert witness testimony in U.S. District Court cases. Conducted and published research on polygraph techniques. |
| 1995 - 1999 | **Supervisor**, F.B.I. Polygraph Unit. Washington D.C. HQ. Managed 25 employees. |
| 1991 - 1995 | **Polygraph Examiner and Interrogator** for F.B.I. Washington D.C. Field Office. Conducted polygraph examinations in all areas of F.B.I. jurisdiction to include white-collar crime, political and public corruption, fraud, sexual offenses, homicide, counter-intelligence, and espionage. |
| 1975 - 1991 | **Special Agent**, F.B.I. Washington D.C. Field Office. Conducted investigations in areas of F.B.I. jurisdiction to include over ten years as the primary undercover investigator focused on political corruption, property crimes, narcotics and organized crime. Specific areas of investigative experience include:<br>• Interview and Interrogation<br>• Narcotics and Organized Crime<br>• Undercover and Special Operations<br>• Foreign Counterintelligence Investigations<br>• Applicant and Background Investigations<br>• Personal Security and Surveillance |

## EDUCATION

- 1971  Bachelor of Science, Animal Science, Iowa State University, Ames, Iowa
- 1990  Polygraph Studies Degree, Department of Defense Polygraph Institute, Fort McClellan, Alabama
- 1992  Advanced Polygraph Studies Degree, University of Virginia, Charlottesville, Virginia
- 1993  Masters of Science, Polygraph, Jacksonville State University, Jacksonville, Alabama

## SPECIALIZED TRAINING

- 1997  Clinical polygraph testing in sex offender investigations, FBI Laboratory
- 1998  Clinical polygraph testing in sex offender investigations, FBI Laboratory

## ACKNOWLEDGMENTS

Recognized in the April, 2003 issue of International Intelligence Magazine "Eye Spy" as a polygraph expert.

Guest speaker at the first Raleigh International Spy Conference concerning the Robert Hanssen espionage case and acknowledged as an expert polygraph examiner.

Identified as the leading expert in the field of polygraph and interviewed concerning voice stress and polygraph by the CBS 60 Minutes television show on April 4, 2004 in New York, NY.

Conducted polygraph exams for and appeared on Entertainment Tonight and Dr. Keith Ablo TV shows.

Recognized as expert witness in field of polygraphy in Southern District Court, New York, NY November, 2007

## AWARDS RECEIVED

| | |
|---|---|
| 1988, 1989 | U.S. Attorney's Award for Meritorious Service, Washington, D.C. |
| 1990 | U.S. Attorney's Award for Meritorious Service, Virginia |
| 1989, 1991 | Department of Justice Commendation |
| 1979 -1991 | Numerous Distinguished Service and Incentive Awards |

## PROFESSIONAL AND CHARITABLE AFFILIATIONS

American Polygraph Association
TN Polygraph Association
American Association of Police Polygraphists
FBI Agents Association
Society of Former Special Agents of the FBI
TN Professional Investigators Association
East TN Chapter of the Make-A-Wish Foundation