# Exhibit A



# HOWARD TATE

### SOWELL WILSON LEATHERS & JOHNSON, PLLC

#### ATTORNEYS AT LAW

BARRY L. HOWARD*
WILLIAM H. TATE*
CLIFFORD WILSON*
MICHAEL H. JOHNSON
WILLIAM R. MEYER
NATHANIEL K. CHERRY

SUITE 1900
201 FOURTH AVENUE NORTH
NASHVILLE TENNESSEE 37219-2009
............
TELEPHONE: (615) 256-1125
FACSIMILE: (615) 244-5467
............
HOWARDTATELAW.COM

RACHAEL M. HUMBRACHT

RAYMOND S. LEATHERS (RETIRED)
ALAN M. SOWELL (RETIRED)

*rule 31 listed mediator

December 30, 2021

Honorable Judge Nathaniel M. Gorton
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

      **RE:**    ***The United States v. John Wilson***
               **No. 19-10080-NMG-17**

Dear Judge Gorton:

    I am John's brother.  I have been a lawyer in Tennessee for over 30 years.  I clerked for the Chief Justice of the Tennessee Supreme Court upon graduation from law school.  I was appointed by the Tennessee Supreme Court to 2 three years terms as a hearing officer for the Tennessee Board of Professional Responsibility.

    John and I grew up under extremely difficult circumstances. We grew up in our earliest years in the public housing projects of Hartford, Connecticut.  In many ways, those memories are too painful to even share.  Some of these things have already been revealed to you by our sister, Carol.

    Having known my younger brother for his entire life, I am uniquely qualified to share my view on several aspects of his character.  I can unequivocally say, without reservation that John is and has always been a person of high personal integrity.  I recall early on in his career, John calling me numerous times to discuss some of the difficult ethical situations that he was being placed into by various bosses at various companies.  Each time John would ask me for my advice and most importantly he always wanted to do the right and ethical thing.

Another important aspect of John's personality is his belief in people and his trusting nature. It takes some time, but once you gain John's trust, he believes in you, always gives you the benefit of the doubt and trusts you completely. There is no half way with John. John has a good soul and heart and I might even say that he is sometimes naively trusting in people that he has known and worked with for years. I believe Rick Singer saw in my brother "a wealthy mark" and that he worked with John for years to gain his trust and set him up. Singer had his team provide legitimate tutoring for John's children and he got both John and his son Johnny involved in doing legitimate charity work – helping tutoring inner city kids in Sacramento. It was Singer's ability to gain John's trust, which ultimately led to this sad situation. I truly believe that John believed what Singer told him – whether it was that side door donations were a legal means of fundraising for colleges or that he was working with the President of Harvard on his side door donations. After all, Singer was introduced to my brother by his Goldman Sachs advisors. Singer was the "go to" guy in college admissions. He had written books on college admissions. He took advantage of John's trusting nature and groomed John to ultimately deceive and steal John's money.

I am absolutely 100% convinced that John believed Singer's "side door pitch". I feel that John believed he was only making donations to the schools and their athletic programs to give his children a bump in the admissions process. My nephew and nieces were very qualified potential students. I have personally seen how hard they have all worked over the years at both their academic and athletic pursuits. I have also personally witnessed many of their specific great achievements and moments – like my nephew's world record swim from Alcatraz. John wanted his children to get a good education and made sure they were good fits for their chosen schools. He was not trying to enhance himself through this process, to the contrary, he was doing all he could do to help his children in their career paths.

John has always valued education. When it comes to education for his children, my children or others, he has also always been very generous with his time and money. Back around 1998, John started college funds for my three children as well as my two nephews. He seeded those accounts with $20,000 each. In total, he contributed $100,000 to these trusts. That was a LOT of money back then and John was earning nowhere what he earned later in his career. I was the trustee of those funds. I would discuss use of those funds with John over the years and he was always thoughtful and kind to the family members he started these funds for.

Besides starting these college funds, John came to EVERY high school graduation of each of my children—no matter where in the world he was. John would have to travel for more than a day sometimes to get there, but he was always there to celebrate and recognize his nieces and nephews for their big graduation moments. John would also buy each of the children a new computer to begin there college careers. John would encourage every one of his nieces and nephews to go to college and counsel them on his thoughts about career paths and goals.

2

I sincerely, and with my whole heart, ask that you reflect upon his history, character and these giving elements as you sentence my brother so he can begin to rebuild his life and his children's lives as soon as possible.

Very truly yours,

**HOWARD, TATE, SOWELL, WILSON, LEATHERS & JOHNSON, PLLC**

Clifford Wilson

Dear Honorable Judge Gorton :

I am writing you as a character reference for my brother John Wilson. This is
a difficult letter to write, as my brother John and our siblings did not have a very
good childhood. On the contrary… it was one filled with both verbal and physical
abuse.

We grew up VERY poor! My fondest memories would be making mud pies in the
backyard and playing marbles. Our childhood was far from normal! In between the
years of screaming and physical abuse, along with a lifetime of severe bouts of
depression from our mother. Beatings that my brother took from my mother, had
me counting the days till I turned of legal age to move out.

Most times while my mother would beat my brother John, I would hide under a
table. Back then, there was no such thing as education for abuse in schools or
an abuse hotline's to call for help.

What my brother John and I had to endure… along with my siblings growing
up… is unfathomable to what the media have portrayed my brother John to be.

I moved out as a young teenager, what was a so-called home, when my mother
came after me with a knife "when I told myself" for the last time, as I ran into my
bedroom and the knife went through the door.

My brother John "SHOULD" be a success story with the media… who
raised himself up through hard work, despite having dyslexia. He was made fun of
in school… because he spelled his name backwards. All the neighborhood kids
would make fun of my brother.  JOHN spelled backwards, NHOJ was his
nickname. If you try to pronounce it that way, it doesn't sound very nice. As we all
know, KIDS CAN BE CRUEL!

My brother John overcame all his obstacles, along with a blessing of getting a
scholarship to Harvard. This is what they call, the American dream, come true!

Instead of the, AMERICAN DREAM, I find myself having to write this
letter… bringing up memories, I so hard tried to forget. This is NOT fiction, this is
a non-fiction story of the American dream, of someone I personally know and grew

12/4/2021

4

up with. One that should be recognized as a beautiful, carring father, husband, friend and brother, who overcame, horrific obstacles in his life.

I personally, feel... I turn the negative into a positive... Being raised poor with abusive conditions, only made me MORE compassionate and MORE giving to others... People can choose to be one way or the other, from a terrible past.

I KNOW my brother John has most definitely done the same. Growing up, John worked very hard in the summers, several different jobs, including picking in tobacco fields for many years. He would come home filthy after working in the fields all day, only for me to yell at him for drinking out of the milk bottle.

It breaks my heart to read and hear all the accusations that are being said about my brother John. There has never been privilege or entitlement of any kind that came from my brothers bones. I know how hard my brother John has worked with integrity and all that he has done... giving to others. It's the exact opposite of what people are saying.

When I had a family of my own, my brother John was always there, whether it was a christening, a birthday or Christmas, John was there! Something you can't put a monetary value to... But also a giver financially. My brother who also opened a trust-fund for his nephews, that help them tremendously later in life.

My brother John's financial means, also afforded us to partake in many families memories, that were created as ADULTS, that we "NEVER" had as children. His financial means did not change the brother I grew up with, one with an unbelievable sense of humor. Teaching my boys how to drink soda through a straw with their nose. Funny, hard-working, with integrity and honesty... But has since stopped drinking out of a milk jug without a glass... Maybe not... But... Yep, that's my brother, who I love so very much to this day.

With the vile Social media... wanting, seeking, to see something that is not there. Judging before knowing...Something that has-not and is-not... my brother John.

With what my brother John and his family have been through already, definitely changed their entire lives upside-down. I humbly beg the courts... in my opinion any possible sentencing of time, would be... An injustice!

Sincerely,

Carol Rickless
John's sister
404-642-4396

12/4/2021

5

December 31, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts John Joseph Moakley U.S.
Courthouse
1 Courthouse Way, Suite 2300

RE: Character Reference for Court for John Wilson

Dear Honorable Judge Gorton,

I am Leslie Wilson, John's wife. We have been married for over 31 years. When John
and I were dating, I learned about his horrific and very painful childhood. He grew up in
poverty and endured atrocious physical and emotional abuse for many years.
I was and am still in awe of how John stays optimistic and determined to not allow his
terrible past dictate his future.

John learned at a very young age how important a good education was. He focused on
working hard in school to help his future. He and his brother were the first generation in
their family to go to college.

My heart is broken to know how hard John worked to overcome his horrific challenges
and see the damage and pain the media and trial inflicted. It has been an incredibly
painful 2 1⁄2 years for me, John and our three children. The combination of untruths and
misleading statements told by the media and in the courtroom has brought immense
emotional and physical pain to my family.

John is an ethical man who believes it is his responsibility and desire to help support his
family and friends, especially in their time of need. He offers help to family, friends and
colleagues through financial support, business advice and personal advice. I have a
tremendous number of examples of how supportive and generous John is.

When we moved from Massachusetts to California, John had great empathy to how
challenging it would be for me and my recently widowed Mom to live so far apart. This
was especially difficult since my Mom was also going through Chemo treatments. John
gave me and my Mom the most thoughtful gift I've received in my entire life. He
renovated our California home and added an apartment for my Mom so she could live
with us. John's generosity and thoughtfulness warmed my Mom's and my heart. John
hosted my Mom, his Mother-in-law, for nearly a decade until she passed away. Not
many men I know would insist on their Mother-in-law living with them.

John was always sensitive to my Mom's needs. He made every effort to include her in
everything, from family trips, neighborhood gatherings and to a variety of social events.
John knew how important it was to me and my Mom for her to feel our California home
was her second home.  He created a warm loving environment for my Mom to be with
us and her grandchildren.  My Mom and I appreciated his thoughtfulness and

generosity.  John understood my Mom's time was precious since her cancer was spreading. He continued to surprise her with thoughtful gifts. John would arrange overnight get-aways for me and my Mom to spend special time together. His meaningful gestures created loving memories of the invaluable time I had with my Mom that I will cherish forever.

I feel, since John's childhood was so incredibly difficult and painful, he made every effort to go above and beyond to give our children the love and support he never had. He showed them by example how important it was to work hard and follow through on their commitments. He encouraged them to be the best they could be in academics, work, sports, and everything they were passionate about.  He helped them with their homework and arranged tutors to help them when needed.

John is a dedicated loving father. He encourages and supports our children's passions. When Johnny was in Elementary school, John coached his baseball team. He also volunteered to be Johnny's Cub Scout Den leader. For Courtney and Mamie's soccer team, John was the coach. Over the years, he attended hundreds of Johnny's, Mamie's and Courtney's school events and sports events. He encouraged them and cheered them on at their swim meets, water polo games, soccer games, baseball games, volleyball games and basketball games.

When Johnny was 9 years old, he asked for John's support to help him prepare for a swim challenge. It was an open ocean swim from Alcatraz to the Aquatic Park in San Francisco. Johnny set a goal for himself to do this swim as a fund raiser for Hurricane Katrina victims. John supported and motivated Johnny to meet his goal. He drove him to San Francisco for months so Johnny could practice swimming laps in the open ocean in a wet suit. John had continuous discussions with him about balancing his schoolwork and his commitment with his Burlingame Aquatics swim team. John talked with Johnny about keeping his commitments along with making time for himself to relax and see his friends. I remember how sensitive John was to Johnny's desire to meet his goal but also was realistic about the possibility of this challenge being too much for Johnny to balance his academics and his year-round swim team schedule. John continued to talk with Johnny inspiring him and created a comfortable way for Johnny to change his mind and not continue with the ocean swim if it became too difficult for him. I was and still am very proud of how John supported and encouraged Johnny.

John's work frequently required International business trips, but he always made time to be fully present when he was home to read to our children, help them with their homework and have family dinners together.  He especially made it a point to attend their weekend sporting events.

When John's job required him to move to Europe, our daughters and I joined him in The Netherlands. Johnny remained in California to finish his senior year of High School. Leaving Johnny in California was an extremely difficult decision for me and John even though he stayed with family friends of ours. Since there was a 9 hour time difference between California and Amsterdam, it was challenging to arrange a good time to

connect with Johnny. However, John made every effort possible to talk with Johnny often. He made the time best for Johnny, after his school classes and after his water polo practice, which was often 2:00 or 3:00 AM in Europe for John.

At this point, we had known Rick Singer for 3 years. Singer offered to help Johnny with his college applications while we were living so far away.  Singer was a college prep consultant whom we trusted. Singer took advantage of our trust to manipulate us. He lied, cheated, and stole from us. We never would have allowed him to be in our lives if we knew he was a con man. We never would have allowed our children to meet him or spend any time with him.

John has overcome many obstacles in his life and worked very hard to be successful. It is heartbreaking to see how much pain he is in due to the untruths and misleading statements that were released by the media and said during the trial.

The only saving grace we have is our faith in God and the love and support we have from our family and friends.

Sincerely,

Leslie Wilson

December 31st 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE: Character Reference for Court for John Wilson

Dear Honorable Judge Gorton,

My name is John Wilson Jr. and I am writing to you on behalf of my father John Wilson. My dad is one of the most honest, hard-working, and selfless people I have ever known. Despite having an insanely demanding work schedule, my dad always found a way to make time for me, and whether it was academics or athletics, he was always encouraging me to become a better version of myself. My dad recognized my athletic talent and helped me start swimming competitively at a very young age. As a spectator, swimming is one of the toughest sports out there, because you have to drive to the swim meets which are generally in very remote locations and require driving anywhere from 20-200 miles. Depending on the events your kid is competing in, you can end up being there for the entire day just to see them in a race that is over in less than a minute. But my dad did not care. He would be there at every swim meet with my mom, all weekend long, rain or shine, cheering me on because he loves me and just wants me to be my best.

My dad has always been incredibly motivating and encouraging when I decided that I wanted to do an Alcatraz swim for charity. He was immediately on board and every day he would take several hours out of his busy schedule to pick me up from school and drive me into the city to watch me train and build up my tolerance to cold and overall endurance by swimming laps in the San Francisco Bay. At this point in my life, I was dedicating all my time to either school or to the Alcatraz swim and it was during this time that my dad instilled the most important life lesson that I have ever learned. And that is that there is no replacement for honest, hard work. You can't just take the easy route, you must work hard with a purpose. This mentality was permanently engrained into my brain nearly a year later when I broke the world record for being the youngest person to ever swim from Alcatraz at the age of 9. I am forever grateful to my dad for supporting me and teaching me the value of honest hard work at such a young age, because it showed me that anything is achievable through dedication and determination. Which is why the allegations against my father are so preposterous. Neither my dad nor I would ever knowingly resort to any form of foul play in order to defraud the system or any part of the college admissions process. I dedicated my entire life to school and sports and had worked very hard to get where I was, so not only are the allegations massively uncharacteristic of my dad and I, but they also go against everything that we stand for.

In middle school and high school, I shifted my focus to water polo. Over the years, I spent thousands of hours training in and out of the pool. I played for three teams year-round and competed in national tournaments. These teams were coached by Olympic caliber coaches

December 31st 2021

and often ranked in the top 10-20 across the United States.  My dad went to my home games and away games to support me and cheer me on.

Whenever I was in need help of any kind, I have always looked to my dad who has served as a role model for my entire life.  He has shown me the importance of studying hard and instilled in me his diligent work ethic.  I worked and studied hard in school and my dad helped support me by providing me with guidance and would even help arrange a tutor when needed.  My dad cares about me so much that he was always putting in the extra effort to make sure he was available to me if I ever needed him.  When my dad got a new job and my family had to move to Amsterdam, it was incredibly difficult to communicate with him or my family by phone because I was still living in California, which had a 9 hour time difference.  Despite the time difference and my dad's demanding work schedule, he would put in the extra effort to stay up very late so that he could connect with me when it was convenient for me (California time) after school.

With regard to my father's character, he has always been one of the most kind, compassionate, and caring individuals I know.  My dad showed me the importance of being inclusive when he invited neighbors to come to our house for barbecues/ pool parties, and other events.  He did not hold back when it came to invitations, and he would often include the entire neighborhood.  My dad was constantly thinking about others and putting their desires and dreams above his own.  My dad never enjoyed skiing, but he knew how much my friends and I loved it, so he would volunteer to drive us up to Tahoe to ski on the weekends.  He got no enjoyment out of that 4+ long hour drive from San Francisco to Tahoe but he would do it multiple times every winter just to make me and my friends happy.  I remember one year, during the drive up, we got caught in a snow storm and it took almost 10 hours to get there.  I can't imagine how brutal some of those drives must have been for my dad, especially because he didn't actually like to ski so he had nothing to even do once we finally got there.  He drove all that way just to stay inside all day.  He did it because he loves me and cared about making me and my friends happy.  Our happiness was his reward, that's why he would do it.  That is the type of man that my dad was and still is.  He was constantly volunteering his free time to help out with my school, sports, and whatever other extra-curricular activities I had interested in.  Whether it was coming in as Santa Claus at school in Kindergarten, coaching little league baseball, driving me to swim meets or Tahoe, or helping me break a world record, he always made the time to be there as a loving, caring Dad.

January 9, 2022

The Honorable Judge Nathaniel M. Gorton
United States District Court, District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Your Honor:

I am writing to provide some background and insight on my father John Wilson in relation to his upcoming sentencing. My name is Courtney Quartermain Wilson and I am the eldest of his twin daughters.

I have struggled for weeks trying to organize my thoughts and feelings, writing and rewriting drafts of this letter over and over again. I am so upset that I find myself unable to capture the essence of what I want to convey in my heart. I will do my best.

My twin sister and I are just shy of 20 years old and have been extremely fortunate to be raised by my incredibly caring, supportive and devoted parents. It's been nearly three years now since my father was first charged with crimes related to trying to help me get into college. The media frenzy has been relentlessly fed with highly inaccurate, out of context sound bites and email excerpts which have been deliberately used to inflict as much character damage as possible for my father, myself and my siblings.

My father, or Papa as I call him, has been extremely engaged in virtually every aspect of my development throughout my entire life. Many of my earliest memories are those of my father singing lullabies or sharing bedtime stories with me and my twin sister Mamie. Together, the three of us would lie on the floor or on one of our beds to share fantastic and enchanting tales. As our vocabularies expanded over the years, we would often spend an hour in the evenings reading and discussing a chapter from books ranging from Harry Potter to the knights of the round table to the master and commander series. I especially loved the tales of knights and their honorable character, heroic deeds and esteemed protector roles. They stimulated my imagination and always made me think of my dad.

He's the kind of dad who always did everything he could to challenge us, support us and encourage us to help make our lives better. Beyond being the family breadwinner, he would do lots of things himself to make our lives richer and better. Things that ranged from making us all bacon and eggs every weekend, to helping us with our homework, to coaching our teams, to attending all our weekend sporting events. He also took us along on amazing international trips during school holidays to visit dozens of countries across five continents. He would turn every travel and team experience and conversation into a learning opportunity. He made nearly everything in our daily routines and interactions into teachable moments. I can hardly forget the many geography, history, math, science or etymology quizzes and lessons that he would share with us in the evenings and on weekends. As we grew older, he would increase the degree of difficulty of our fun challenges. For example, as teenagers he would still set up some of our favorite activities like treasure hunts; he would just make the clues using the periodic table or required us to solve calculus or physics problems to get to the next clue. He always, always challenged us to be and do our best and he always led by example.

Education was probably the area where my Papa always pushed to give us the best possible opportunities and demand that we in turn work hard to achieve our full potential as he usually called it.  He always encouraged us to study hard and we were lucky enough to be able to afford tutors to help us when he couldn't be there.  I know he didn't grow up with much as a kid, so paying for my college is a big deal that I very much appreciate.

Sincerely,


Courtney Q. wilson

December 29, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Honorable Judge Gorton,

     My name is Mary (Mamie) Wilson, and John Wilson is my dad who I have known for all of my 19 (nearly 20) years.

     My dad is one of the most caring and thoughtful people I know. He does so many small and big things for the people in his life, and being fortunate enough to be his kid has meant that I have seen this firsthand for as long as I can remember.

     When I was young, he did work and traveled a lot. However, he didn't let this take away from his enthusiasm and dedication for spending time with his family when he could. When he was home, we would spend time together with family dinners, movie nights, and he always made the time to come to our weekend sporting events. Even for weekend-long swim meets, where we would need to be at the venue all day long to swim maybe 2 or 3 events, he made a point of coming to support us.

     He also loved to make every holiday special for his kids. When I was in preschool, he would dress up as Santa and come to my classroom. Another thing he did while we were growing up was creating leprechauns that would "visit us" every year on St. Patrick's Day, leaving letters for us to find. He also makes Easter special to this day by waking up early and hiding eggs throughout our house for us all to have an Easter egg hunt. And every Fourth of July he makes a point of watching the fireworks together, and prior to the pandemic, we would have parties for our friends and family.

     Another tradition we have over the summer is that my town has an annual "Halloween" celebration. He always does everything he can to make it special for all of the kids in the neighborhood, decorating our house and making sure to buy king-sized candy for the kids to take, earning us the reputation of being the best house to visit. He always makes sure to try to be involved with the communities in which he resides, and does everything he can to make sure that everyone around him is happy and enjoying their time around him.

     And every Valentine's Day he makes sure to buy my mom, my sister and I flowers to make us feel special. I can always count on him to make me feel recognized and seen, and show that he's thinking about us always.

     My dad is always thinking of other people, doing small things to show it. When I come home to visit, he always makes sure that the house has things that I like, and

goes and gets coffee and breakfast for the family. He'll go out and get all of my favorite foods from Stop-N-Shop or the local bagel place, surprising me with having one of those in the car when he comes to pick me up from the airport.

████████████████████████████████████████████████ That's the type of person he is, willing to drop everything to help the people he cares about. Even when he'd be on business in another country or continent, he would come home to support his family.

He also is one of the smartest people I've ever met, maybe even *the* smartest. And he never hesitated to share this gift with the other people in his life, giving his advice and support in any and every situation they needed help. Growing up, he was always willing to help me with homework, offering to do so before I even had the chance to ask. He was always patient, too. Never trying to rush me through a problem, and would always make sure I understood the material and the process. Not only was he dedicated to helping me and my siblings through our lives, but he is always thinking of ways to help his friends. He is always willing to offer his friends business advice and help with anything they need, even financial support.

However, this generosity didn't stop with just the people he knows personally. My dad is very generous with donating not only his money but his time to several different charities. He spends a lot of his time thinking about those less fortunate than he is, wanting to give back to people so that they can have the chance to improve their life circumstances in the same way he was able to do.

My dad is one of the most dedicated and hard-working people I've met in my life. His backstory is such an inspiration to me, how he was able to take himself from growing up in a bad neighborhood in an abusive household to becoming a successful businessman and kind hearted person. He impresses me every day with his determination to succeed and help others to do so. Growing up, he was a large inspiration for me and continues to be my role model even now.

One thing that he made sure to impress upon his kids was the importance of hard work. In school as well as during breaks, advising us to have summer jobs so that we could know how important hard work is. He helped us to learn responsibility and hard work from a young age, setting us up for the future.

Growing up, my dad did many things to make our childhood special. When the family moved to California, he did things like planting fruit trees for us to go out and pick from. We would go out together and collect fresh fruits to enjoy as a family, and even today we have a vegetable garden over the summer that we make many recipes with.

My father is the type of man who always thinks of others, how to help them and make their lives better. I am constantly impressed with how he considers others before acting, always thinking about how his actions impact others. I don't think you'll ever find

a person more thoughtful and driven than my father. Every person that he comes into contact with is better off because of doing so.

Sincerely,
Mary Wilson

*Mary Wilson*

6 Deer Green Ln.
Peabody, Ma. 01960

The Hon. Nathaniel M. Gorton
Judge U.S. Dist. Ct. of Ma.
John J. Moakley U.S. Ct. House
7 Courthouse Way, Suite 2300
Boston, Ma. 02210

Dear Judge Gorton:

    I am writing to you in behalf of my dear friend
John Wilson.--I first met John around 30 yrs. ago when he was
dating my cousin Leslie, the rest is history, he quickly became
part of the family.

    I am a retired Asst. Clerk Magistrate from the Trial Ct. of Mass
having served in Middlesex Superior Ct. & Lynn District Ct. I believe
I've seen it all from top to bottom & feel at 91 yrs. of age I am
a fairly good judge of character, just knowing how John started
out in life and to see what he has accomplished, astonishes me.

    I've been widowed for 20 yrs. now & cannot begin to list all of the
support John has given me from luncheons, dinners, outings with the family,
rides to medical appts. & just making sure I was alright during the pan-
demic as I live alone and really depended on him.

    Judge just knowing John & his character, if he thought for one
minute there was anything illegal in his dealing with Singer, he
never would have gotten involved!!

    Thank you for your consideration.

               Sincerely,
               Anna R. Loughlin

16

November 29, 2021

Honorable Judge Nathaniel M. Gorton
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Gorton:

My name is Jacqueline Bastien. I live in Exeter, New Hampshire. I am writing this letter in support of my cousin's wonderful husband, John Wilson. I have known John for over 30 years. During the time that I have known John, he has been very close with my widowed mother, Polly Bryson, who recently died this past August of dementia. John would frequently visit with my mother each year at her summer house on the Cape. He would also keep a close eye on her house when she wasn't there. John knew that my mother was on her own, and he would watch out for her, making sure that she was safe. Whenever John noticed things that needed to be repaired around my mother's house, he would often take it upon himself to help her out, making sure that things were quickly taken care of.

There are specific situations that I remember very clearly. I have a vivid memory of one hot summer down the Cape. John knew my mother did not have air conditioning in her house, and he arrived at her door with two air conditioners that he had purchased for her. John installed them in the windows of her choice. My mother was so grateful for that kind gesture and told everyone what a thoughtful man John is.

When a motorist hit and broke my mother's fence in several places, John quickly had it repaired for her. Each summer John would also have my mother's flower boxes filled with the most beautiful array of flowers, always in her favorite color of purple. John also made sure to take care of my mother's landscaping for her, so that she would be able to enjoy the view from her windows.

Each year, John and his family have made sure to have beautiful arrangements planted near my father's grave, as well as my grandmother and grandfather's graves.

My mother loved John as a son. She would often comment about John, saying how lucky we all are to have a such a beautiful soul in this world.

This past year, my mother's mental and physical health declined rapidly. I was in a position of waiting for the Court ordered Guardianship to come thru and not having enough funds of my own, in order to take care of all of my mother's bills at the Memory Care Unit that she was staying at. When John found out the stressful position I was in, he immediately offered to loan me $30,000 to cover the cost of her expenses. I couldn't believe how generous John was to offer me that support. It made all the difference for me, to not have to worry how I was going to find the money to pay my mother's bills. It helped me to be able to spend quality time with my mother at the end of her life.

I am forever grateful to John Wilson for his kindness. He has a heart of gold.

Thank you.

*Jacqueline A Bastien*

Jacqueline A. Bastien

December 10, 2021

Nathaniel M. Gordon
Judge, U.S District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: Character Reference for John Wilson

Dear Honorable Judge Gorton,

I have known John Wilson for over thirty years. My Mother, Abina Sheehan and I met him for the first time at his and Leslie's wedding. My name is Catherine Patricia Sheehan. Leslie's Mother, Mary Quartermain was my cousin. From our first meeting, both my Mother and I were impressed by how personable John was.

As the years progressed, I came to know how kind and honorable a person John is.  One particular instance has always stuck with me. Sometime in the 1980's, when Mom and I were visiting Boston, we were invited to a family party at John and Leslie's home. I was a little apprehensive about going to their house since my Mother had broken her second hip the prior year. When she would go out she would use a wheelchair. Leslie's Mom, Mary encouraged us to come to the party – and assured me that everything would be fine. Well of course she was correct. When we got to the house, John immediately came out to get the wheelchair out of the car and to wheel Mom through the house (up and down some stairs) and over the lawn that wasn't exactly flat to join all the other guests in the back yard. Of course when Mom wanted to go to the restroom and when we were ready to leave, John was there to escort. This all happened as he was entertaining their guests and barbecuing in the backyard. My Mother was more than appreciative and couldn't stop praising him that day and in the future. That day was so great for me to spend with my many cousins who lived in the Boston area. It was made possible without having to worry about navigating around the property with Mom in her wheelchair.

In more recent times, one of my cousins, John O'Sullivan was terminally ill – and had his daughter contact me to say he wanted to see me. Having always been close to John over the years – especially since 1963 when I started attending Boston College, there was no question as to whether or not I would go up to Boston to see him. Not wanting to bother his family and the fact that I live in New York, I needed to find somewhere to stay. I called Leslie and John to let them know how sick our cousin John was and to find out where they suggested I stay so I could visit our cousin over multiple days. Well both Leslie and John immediately said I should stay with them. One more example of how selfless John and his wife Leslie have always been.

John had business colleagues coming to stay about five days into my stay – so they made arrangements for me to move to another location. All with no effort on my part.

I relate these incidents not as random acts of kindness but as indicators of John's character.

In summary, I want to assure you of how caring and selfless John Wilson has always been. His love for his wife Leslie and their three wonderful children has always been evident. I could see that over our many encounters over the years.

Thank you for taking time to read this letter, Your Honor.

Sincerely,

Catherine Patricia Sheehan

Catherine Patricia Sheehan
110 East End Avenue #4F
New York, NY 10028
201-924-6292
sheehan110@yahoo.com

November 20, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Gorton:

My name is Ken Quartermain. I am related to John Wilson through his marriage to my cousin Leslie Quartermain Wilson. I would like to share with you a few of the countless stories that I believe will help encapsulate some of the traits, that up to this point in the trial, have not been part of the "narrative" on John Wilson. This by no means should come across as a personal plea. Instead, my hope is that I can show you a picture of John, who has been a truly loving, inspirational, charismatic, warm, inclusive, giving, and important part of our family.

We became very close to the Wilsons because our family statuses are so similar. Our oldest children are the same ages, and we both have twins. Getting together was always a wonderful opportunity to blend and enjoy our families. John was the ringleader, and it was inevitable that we would be adding to the litany of fun things that we experienced together. "Uncle John" was always planning kid events that we cherish to this day. The "world's best" Easter egg hunts, Fourth of July celebrations, Christmas tree cuttings, outdoor movie nights, pulling in the lobster pots-the memories always accumulating, and always emphasizing family. My family universally agrees that over the last 20 years, our fondest memories have been those orchestrated by Uncle John.

A considerable part of my career has revolved around real estate. As a result of the Great Recession, in 2008 I lost my job, and several real estate-related investments became valueless. Our struggles mounted as we fought for financial survival. Before these travails it was typical for the Wilsons and Quartermains to be together. It didn't end during this time, only because John paid for our flights to be with them in California and Massachusetts. We were family and John wanted us to be together. As our financial situation continued to deteriorate, John stepped in, and at a crucial moment, paid bills for us, that in the end, kept us solvent. For John, the most important thing was "family". For him, it has always been much like a marriage – "for better, for worse, for richer, for poorer..." I was not allowed to feel inadequate, to feel humiliated, to feel failure. John was able to fill immediate needs, and in such a way that my fragile ego was protected. Today, we are healthy financially. Much of the credit for this lies with John. His timely, loving intervention at the most crucial juncture, became the foundation for our financial resurrection.

John has instilled a love of humanity that can be seen through his children. One example that serves to highlight this, was the empathy shown by John's son Johnny in the aftermath of Hurricane Katrina. Having seen the devastation and suffering, Johnny was compelled to do "something" to help. But collecting a few dollars for disaster relief efforts wasn't enough, even for a nine-year-old. Johnny came up with the idea of bringing as much attention to the suffering and incalculable needs. He wanted to raise a lot of money by becoming the youngest person to ever swim from Alcatraz to San Francisco; and through this feat, he would ask for donations to help with relief efforts. This was dangerous for an adult, and unprecedented for a young boy. John recognized immediately the compassion that motivated Johnny; and although dangerous, embraced his son's desire to help. In the end, Johnny's passion, bravery, and willpower, instilled in him by his dad, led to the successful completion of the swim that also raised over $50,000 donated to the Red Cross Katrina fund.

Although he has been a business success, business has never trumped his love of family, which has always been his motivator. At one juncture in his career, his responsibilities required John to travel worldwide. Speaking with his son from the other side of the world, he was asked by his then five-year-old, "If we sold our house, could you come home to be with me?" In a life-changing decision, John immediately resigned his c-level position with a publicly traded company, to be with his young family. This shows dramatically that family and not career has always been at the core of who John Wilson is.

John is the most patriotic American I've ever known. Much of that love for America emanates from his extraordinarily poor upbringing. John is undisputedly an "American Success Story." He has told me countless times that few countries like America embrace the notion, that anyone who wants to succeed, can. The Fourth of July, Veterans Day, Memorial Day – these are all robustly celebrated by John and those around him. He recognized that his early poverty was not a hindrance in a country that was created and sustained by the unprivileged. This is foundational and cannot be discounted when measuring his conscious.

I am grateful for the opportunity the court has given to share our relationship with John. We have been deeply impacted and grateful for the love that he has shown us. In all the countless times we've been with John, there has never been a moment that was "about" him. His generosity has shown no limit. Respectfully, I ask the court to take this into consideration.

Sincerely,

Ken Quartermain
2256 E Christy Dr
Phoenix AZ 85028


Cc: Michael Kendall
Michael.kendall@whitecase.com

21

January 3, 2022

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE: Character Reference for John Wilson

Dear Judge Gorton:

I have known John Wilson for 22 years. My name is Laurie Quartermain. I am married
to his wife Leslie's cousin, Ken Quartermain. John is a kind, loving, and giving family
man. Here is what I have experienced with John-

Family is so important to John. We have been getting our families together regularly,
with John being the planner. John would always have lots of activities planned for our
children so that they could have a chance to spend time with each other while having
fun. Our children always looked forward to the time spent together with their cousins.
He knew that being together was the key, whether the time was spent in museums,
walking, swimming, or having ice cream. It gave John so much pleasure to create those
memories for our children.

There were many times that we would have not been able to get together for financial
reasons. But John would quietly arrange and pay for plane tickets so that our families
could be together. The happiest times for my children to be with their cousins were
because of "Uncle John."

We had Thanksgiving for our families at our house in Phoenix one year. We had 20
people there, lots of dirty pots, serving utensils and dishes were piled in the kitchen.
After the meal was finished. John was the first one in the kitchen, insisting on washing
all the dishes, staying there until the kitchen was spotless. I tried to do it myself since he
was our guest, but he wouldn't let me. This was after he had given us decorations for the
house and many other kind things, but the biggest gift was a clean kitchen with every
dish washed and put away with a cheerful, loving attitude.

Actually, that was the second biggest gift that John gave me that Thanksgiving. The first
was the respect and honor that he showed my parents at the dinner table. My elderly
parents were both in wheelchairs and my dad, struggling with Parkinson's, had trouble
communicating. John sat near my dad and had long conversations with him about
things that they had in common. He knew that my dad had all the necessary information
in his brain but that it just took a long time for my dad to put that information into
words. John would wait patiently and treated this situation as if it was completely
normal. I rate people by how they treat older people, and John earned my complete love
& respect that day.

Helping others is a dominating part of John's life, whether donating countless hours and money to help those with autism, and always having his house open for friends and family. The love that John showed to his mother-in-law by insisting that she live with them during her 6-year battle with colon cancer, was endearing to me. He made sure that she was always taken care of, loved and part of family events even though she was sick.

When we had twins, John sent tons of diapers for our boys when they were first born. He knew what we needed and provided it. The diapers arrived a second time, just as the first batch was running out. John met our need without being asked. This is an example of what constitutes who John truly is: A person that meets the needs of others without being asked.

I am proud to call John my friend and love that we are part of the same family.

Sincerely,

*Laurie A. Quartermain*

Laurie Quartermain

November 23, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE: Character Reference for John Wilson

Dear Honorable Judge Gorton,

I have known John Wilson for 32 years; let me please share with you my experiences
with John. My name is Alison Quartermain Gersten, sister-in-law of John Wilson; Leslie
Wilson is my sister. Unfortunately my parents have passed away, but I have to share
that the minute Leslie brought John into their home, they immediately fell in love with
John. They told me that they knew immediately that he was the perfect lifelong husband
for their daughter and future grandchildren. Years later, when John and Leslie began
their own family, my late mom reminded me that she was right about John being a
caring, loving person from day one.

In fact, John is one of the most caring, kind, hearted souls I have ever met. Last year, I
was diagnosed with breast cancer; following my radiation treatments, Leslie and John
would be in the parking lot with Dunkin Donut food and juice, offering me rides too. No
one asked them to do that; they care for family and people, and they knew I needed
health support.
A few years ago, I slipped on wooden stairs and fractured my ankle, overseas, miles
away from my home .Being a R.N. at Partners Healthcare, I would only seek treatment
at my workplace. Without knowing, without asking, John upgraded my seating on flight
and arranged wheelchair transport. If I did not have John's unsolicited support, I would
have done more damage to my ankle. My ankle is now healthy, and I credit it to John's
interaction to help me.
When my 82 year Mom, Mary Quartermain, was diagnosed with colon cancer, she was
a widow living alone some 3,000 miles away from John and Leslie. John insisted on
having my Mom move in with them for 6 years; he paid for all of her living expenses. He
cared unselfishly for my Mom at all times of the day and night. I'm a registered nurse
and he was so receptive to learning how to care for my Mom when Leslie/I were not
available. Not many men I know would insist that their ill mother-in-law move in with
them for 6 years. That's just another example of how caring and supportive John is with
family and friends in need.
For my Mom's house that she was not living in, and for my Aunt's house, John did the
needed repairs himself or hired handymen and landscapers to maintain the house, so
they did not have to worry. One day after Church, we drove by my Aunt's house and
noticed cable wires falling down; John immediately took care of the fix. All for family.

John adores his wife and 3 children. He sits at the kitchen table with them, or on zoom,
to teach chess, school work, math, sciences, travels, languages, trivia, etc etc.

Especially he teaches them how to be kind, giving back human beings. He leads by example. Regardless of his work travels, he attended most athletic games the children were in; he was their Little League coach and soccer coach for years. We all learn from John.

John was always there for me when I was President of Junior League of Boston, President of The College Club, alum of LeadBoston, on Vincent Memorial Hospital Board, YMCA council, etc of volunteering. He taught me how to run Board of Director meetings, to review budgets and contracts. He is my mentor and always a fantastic role model for volunteering to help others and give back to family and the community.

John's office door and home door are always open. Friends all want to be with him, and they just show up to say hi. He is very generous in inviting so many friends and family over for meals and to even stay with him. As family says: "it's not what's on the table, it's who is at the table". Everyone wants to be at John's table.

Your Honor, I can share with you thousands more examples of John Wilson's character of being a kind, caring, loving, generous, supportive Dad, husband, brother-in-law, sister-in-law and to all family, friends, the community. He is truly a good man.

Thank you for your time reading this letter, Your Honor.

Sincerely,

*Alison Quartermain Gersten*

Alison Quartermain Gersten
18 Indian Ridge Rd
South Natick, MA 01760
617-212-0378
AQMAIN@aol.com

November 22, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE: Character Reference for Court for John Wilson

Dear Honorable Judge Gorton,

I have known John Wilson for 28 years. I have been a salesman for more than 35 years distributing beer, wine, spirits to restaurants and stores in Greater Boston. I was awarded Salesman of the Year by the Massachusetts Restaurant Association, chosen over 5000 salesmen. My job has given me a unique perspective on businesses and people, where I have met and known literally thousands of people over my career that cover the entire spectrum of humanity. Of all the people that I have met and worked with over these many years, John is one of the most impressive I have ever known. For nearly three decades, he has become far more than a brother-in-law; he is my best friend, my mentor and my inspirational role model for virtually every aspect of my life: from work to family to friends to a those in need.

 I am proud to write that I love him like the brother I never had. I would like to share just a few examples of how John has positively impacted my life, as well as so many others.

- My father, Harold Gersten, who was a prominent Attorney in Hartford, CT and who has since passed away, used to tell me that a person is defined by how much family, colleagues and friends trust you and gravitate towards you. From my perspective, John is like a super magnet for all those people in the circle around him. One of the biggest reasons that this is the case for John is that he is always your "go to person" in any time of need or crisis, 24 hours a day, 365 days a year! When it comes to a friend in need, John's vocabulary doesn't include the word no; nor does he say, "I'm busy, can I get back to you tomorrow or next week?".
For example, years ago when I was driving home in the early hours of the morning, a deer bolted across the road in front of my car. I hit the deer and felt even more traumatized than the poor animal. It was 2AM and John was the one person that I absolutely knew I could call. From many prior experiences, I knew that he wouldn't hesitate to get out of bed to help and that he would do it with genuine concern, and without a single complaint. That's just the way John is wired. John has helped me and many others in their times of need countless times. His willingness to repeatedly help others has made him a fantastic role model and magnet to so many great friends.

- From a work ethic and integrity perspective, John has also been a great role model for me and his family. John is the hardest working, most successful, self-made person that I have ever known. He literally grew up in poverty during his early years, with a single mom who never finished high school, and with three siblings in the public housing projects in North Hartford. He always worked harder and longer than everyone else around him to get ahead. From his first summer jobs picking tobacco for 9 hours a day in the hot sun as a 13 year old in central Connecticut to his 80 hour work weeks in senior corporate roles where he was literally traveling around the world. John has always demonstrated to me and his family that there is no substitute for hard work in life. John is truly a self-made man who did not grow up with any privilege. The tremendous success that John has enjoyed during his professional career was earned honestly through his combination of talent and hard work. As my father always said, "hard work pays off"; and this sentiment applies to John.

- Unlike many people, John hasn't been selfish with the financial fruits of his professional success. He has always been extremely generous to charities, as well as everyone around him, almost to a fault. He has been on the Boards of several charities (i.e. Autism) and has been a huge donor to many charitable causes with both his time and money. While giving so much for so many years to several large charities is impressive, I have also seen him give time to do something spectacular to help those less fortunate around him. For example, 21 years ago when I got married to John's sister-in-law, I was unable to financially afford a nice wedding or honeymoon. My job didn't pay much, my father had passed away years before and my bride's father too had passed away, so there were very limited family resources to help with the wedding. Knowing my financial predicament, and despite only knowing me for a few years, John offered to pay for the majority of our wedding and honeymoon so that it could be an incredibly special experience. We did not ask for this. He just offered it on his own and I will never, ever forget him for that incredibly generous and thoughtful gesture.

- A final area that has impressed and inspired me is the way that John has supported his family and encouraged his children to achieve their full potential. While his children were young, John left his large corporate roles so he could focus more time on his family. Over their early years, he coached his kids' many little league and soccer teams, was a Cub Scout den leader and was always there for important events, tournaments, birthdays, etc. As his kids grew older, John resumed his many senior international roles. This sometimes meant literally traveling around the world for 10 to 15 hours on a plane each way to attend those

special moments. I was always so impressed with his ability to cope with these "commute" times as well as the time zone differences that were often 9 or more hours. There are several times that I recall where he made a trip to the US from Europe to spend a few hours with his family at a key game or event during the day, and then he would get back on a red eye flight that same night to return to a business meeting the next day, a continent away. He would also often take his children and wife to new countries on some of his travels to give them a unique and firsthand global perspective. He also invested in his kids' experiences and education to help them grow and challenge them to achieve their full potential.

To conclude, John is one of the most ethical, hard working, caring, family oriented people that I have ever met. My life, his family's life as well as the many friends, businesses and charities that John has touched are all immeasurably better off because of his presence.

Please feel free to contact me with any questions or discussions. I would welcome that opportunity with you, Your Honor.

Sincerely,
Samuel Gersten
*Samuel Gersten*

Samuel Gersten
18 Indian Ridge Rd
South Natick, MA 01760
617.212.9965
samgbev@aol.com

December 30, 2021
Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Gorton:

My name is Andrew Wilson and I am from Nashville Tennessee. I am writing this letter in
support of my uncle John. My Uncle has supported me throught my whole life. Financially he
has given me a college fund and a laptop for college. He has been there for all of my multiple
graduations including my middle school graduation, High school, and my army graduation. My
uncle also graciously flew me to California where he paid for me to recieve prk laser corrective
eye surgery immediately following my basic training. He did solely so i would not need to wear
glasses while I served in the infantry in the army. Unfortunately my time in the military did not
go as smoothly as we all hoped. On October 19, 2011 I stepped on an IED. I lost both of my legs.
I lost my left leg above the knee and the right leg just below the knee. My Aunt and Uncle both
flew down to the hospital at Walter Reed to spend multiple days at my side while I was both an
in patient at the hospital and a out patient. Those were some of the most trying days of my life
and I am so thankful I had someone like my Uncle who dropped everything just to stand at my
side and offer me support while my world had crumbled around me. Luckily I was able to
recover where my uncle flew me again to Cape Cod where we went lobstering and fishing.
While these two activities may seem to be simple things anyone could do they were not for me
because I was now doing them with two prosthetics. However, My Uncle John was very patient
and taught me that I could still do them. It was extremely theauraphetic for me to know I can
still do a lot of activities that I didknt think I would ever be able to do again. My uncle John has
always been there for me and I will always be there for him.  And I am so lucky to have
someone like him in my life.

Thank you,

Andrew Wilson

7008 nolen park circle

Nolensville,Tn 37135

1

29

Chris Sagherian

350 Scrub Oak Way Monument CO 80132

cksagherian@gmail.com

To: The Honorable Judge Nathaniel M. Gorton
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
Character Reference for court regarding John Wilson

Your Honor,

My name is Chris Sagherian. John Wilson is my uncle and I'm writing you to provide a brief character reference regarding my uncle and the many years that I've known him. Ever since I can remember as a kid my uncle has had the highest regard for school and education. It was very important to him given our past. We didn't come from a silver spoon type of family, but more of a hardworking lower middle-class good old American family. I can remember my mom telling me stories about her childhood and how it was tough growing up for her and her brothers, tough for my grandmother to make ends meet, ect. I know this is where John found the importance of a proper education and the same could be said for his brother. Through working hard, he found a way to raise himself out of that struggle and it's been something he's always tried to encourage us kids to pursue ever since. I can remember visiting his house as a kid nearly every other Christmas, Thanksgiving, and other random holiday simply to be together as a family and the first question John would ask when we arrived was, "how are you doing in school"? To which I replied, either good or bad, depending on the year or subject. But in either case he would take time to have a conversation with me about how school was going. Then without fail when we would finish our conversation, we would always take a trip around the world through the use of a globe and books and he would tell me of all the history he knew of from different faraway places. One year in particular, in an effort to teach my brother, cousin, and I about the rituals of medieval times. John and my uncle woke us up in the middle of the night and had created an entirely true-to-life medieval knighting ceremony. He even wore a bed sheet as a cloak of old. It was truly inspirational to see the passion for learning in his eyes and the joy he got from trying to teach us kids about history in such an elaborate way. It's something that will stay with me forever. After I grew a little older, I learned that not only had he always tried to help, through school, and through simple encouraging conversation, but he had also created a trust fund for my brother, cousin, and I, specifically to help pay for our higher education. This wasn't something I used at the time but it was instrumental in helping me succeed later in life and I'll always be extremely grateful. John has been a complete inspiration in my life and I would urge you to consider this reference in all further rulings regarding my uncle. Thank you for your time.

Chris Sagherian

30

January 7, 2022

The Honorable Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Gorton:

I wanted to share with you some thoughts about growing up with my Uncle John Wilson. It was impossible to be bored around Uncle John. Every day we had events planned for us. It was exciting to wake up knowing that there was something big that we were going to do.

Uncle John taught me to love history and love the United States. Independence Day with the Wilsons was a chance for Uncle John to share something special about our country. He also showed me how important it was to celebrate our independence every year. On the Fourth, we would wake up to find boxes filled with red, white, and blue decorations. We would decorate cars, bikes and ourselves for the Hyannis Port Fourth of July Parade. As I've grown through my teen years, the love my Uncle John has for his country is now very much a part of who I am. Even though we are currently experiencing a great deal of contention about our government and its role in our lives, I love my country and am very proud to be an American. I have my Uncle John to thank for being able to maintain that pride no matter what we are experiencing.

I can also thank my Uncle John for me being one of the few Arizonans who has pulled lobster from lobster pots, been surrounded by whales, been deep sea fishing, who has flown in the air while being towed by a boat, been sailing, collected sea shells every day for a week, watched a movie while swimming in a pool, eaten s'mores on a beach, and who has watched the reflection of fireworks on the ocean. I am on the rowing crew for my high school team. (Yes, shockingly Phoenix has a lake for this sport.) My love of the water and the place where I derive so much joy was introduced to me by Uncle John.

Growing up, I was very aware that Uncle John was very busy with work. But I was more aware that he was doing everything he could as fast as he could to finish work, so he could be with us. I think I see "work" differently from most people. From watching my Uncle John, his version of work was always something done to allow for opportunities to do things with family and friends. I will be entering college later this year. I hope that my efforts in college will lead to career opportunities where I can enjoy family and friends the same way as my Uncle John.

I've come to believe that everything Uncle John worked for, the things most important to him, were family and friends. It seems his greatest joy came from seeing everyone around him happy and healthy. He is the most unselfish person I've ever met. Your Honor, I would appreciate you considering these things I've shared with you. Thank you for allowing me to tell you about Uncle John.

Sincerely,

Christian Quartermain
Phoenix, Arizona

January 3, 2022

The Honorable Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Gorton:

My name is Katherine Quartermain. I've never written anything like this before, but I'll do my best to portray my thoughts and feelings.

My Uncle John is a good man, a kind man, and someone who cares deeply about his family and friends. I grew up spending time in the summer on Cape Cod with our family. I have only happy memories from that time in my life.

I remember one year my cousin Johnny and I were obsessed with pirates. I think one of the Pirates of the Caribbean movies had just come out. We would pretend to hunt for buried treasure as we played on the beach. One day, Uncle John gave us a treasure map that he had made himself. The map led us all around the house and into the backyard, with stops along the way. I remember laughing and giggling as we followed the map. At the end, we had to dig in the sand to find the treasure. Uncle John had taken the time to give us an "adventure" and embraced something that we really loved at the time. But as I look back, it probably was true that Uncle John had as much fun on our adventure as we. He has never been too old to be a kid with kids.

Another memory that I cherish is when he read to us. My cousin Johnny and I would curl up and listen to him read to us every single night. I vividly remember him reading Harry Potter books to us a chapter or two at a time. When you're a kid, you don't realize what a gift time is. The fact that he would take time to read to us, no matter how long or difficult his day was, is a gift in and of itself. We never had to beg him to read to us either. He was always, always glad to do so.

The time spent with Uncle John remains precious to me. I have always kept those memories close to my heart. I hope I've been able to show you a very real portrait of my Uncle John. I appreciate the opportunity to share this with the court.

Sincerely,

Katherine Quartermain
Phoenix AZ 85028

Cc: Michael Kendall
Michael.kendall@whitecase.com

32

January 2, 2022

The Honorable Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Gorton:

My name is Michael Quartermain. I am 18-years-old and in my senior year of high school.

Some of the best memories I have ever had involved my Uncle John. When I was younger, going to Cape Cod during the summer and seeing my family was always the best part of my year. The memories I have with Uncle John and the rest of the family are ones I know I will never forget.

Uncle John made my childhood magical, bringing in blow-up slides, slip and slides, and many other things so the kids could have fun. I remember he and my Aunt Leslie driving my twin brother and me back to their house after dinner and we spent the car ride laughing and enjoying each other's company. I know this sounds like a little thing. But the time he spent with me, even though he was incredibly busy, showed me that I was truly loved.

A special moment that I got to share with Uncle John is when he let me steer his boat when we were going to Nantucket. He taught me how the boat worked, and this moment made me feel so special and loved. Sometimes people are more protective of their things than they are of others. My Uncle John has never treated me that way. Instead, I knew I was more important than his boat. It's a lesson he taught me, even though he wasn't trying, that I will always remember as an adult and when I have my own family.

I have always looked up to my Uncle John because of his hard work and the love he showed to me and my family. He is a man of incredible integrity who had to work incredibly hard for all his success. He is a model to me. I recognize that to be successful requires tremendously hard work like how my Uncle John does it.

Sincerely,

Michael K. Quartermain
Phoenix, AZ

33

December 2, 2021

Honorable Judge Nathaniel M. Gorton
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Gorton:

My name is Whitney (Wilson) Fotineas and I am from Nashville, Tennessee. I am writing this
letter in support of my uncle, John Wilson.  I am the oldest of 5 and John has always supported
all of us in educational pursuits. He set up accounts for all of us when we were very young
because he knew it would be important for us later in life. When I graduated from high school,
he purchased my first computer for me to take to college. I believe he did the same with my
younger siblings.

When my younger brother was hurt in Afganistan, he had to recover and rehab for 2 years at
Walter Reed in Bethesda. Even though John was leading a very busy life, he took the time to stay
at the hospital apartment with him a few times to accompany him to physical therapy and many
doctor's appointments that he had. It really showed all of us how much his family meant to him.
I am older now with a family of my own, but I know that if I ever needed anything that Uncle
John and Aunt Leslie would only be a phone call away to help me.

Thank you,

Whitney Fotineas

1

34

12/22/21

Dear Judge Gorton

John Wilson is my uncle. For my entire life, he has been a
mentor and someone who would go out of his way to help in any
way that he could. Any questions I've ever had about school or
about life in general, my uncle would answer in a heartbeat and
try to help steer me towards something amazing. When I was
graduating high school, he made sure to make the extra effort
and he brought all his family to celebrate my success, and it is
truly one of my fondest memories. While he was visiting my
family after my graduation, he also gave me high school
graduation money to be able to buy a computer so I could be
fully ready for the next step, college. My uncle has always truly
valued education, and that's why I fully believe he was just
hoodwinked by Mr. Singer. My uncle just wanted the best
possible opportunities for his own children, my cousins, and the
man I know would never do anything wrong in the pursuit of the
best for his kids.

Jackson Wilson

2494 Titans Lane
Brentwood TN 37027

35