# Exhibit D

11/12/21
Honorable Nathaniel Gorton

Dear Judge Gorton,

I have known John Wilson for some 47 years having met him in 1974 when we were next door neighbors in a lower middle class neighborhood in Windsor Conn., a suburb of Hartford.

During our formative years John and I spent literally thousands of hours together in High School classrooms and having shared many of the same jobs.  We worked several summers on Tobacco farms, at a local restaurant and a construction job building homes.  We worked very hard long hours, saving money primarily for college tuition.  John in particular knew that he was "on his own" regarding college as his parents did not contribute to his education.

John was in many ways a mentor and a huge motivating force in my life.  My family was like his lower middle class and my parents were not incredibly inspirational to me.

I have turned out to be a fairly successful person and when people ask me the inevitable "who were the biggest influencers/motivating people in your life?" my answer is John!   Not any teachers/professors, not my parents, not coaches but my best friend and the person I admire most in this world John Wilson.

Why?

Well let me explain.  John grew up very poor and lived in public housing projects during his early years with his single mother in Hartford.  Later he was adopted by Tom Wilson and lived in Enfield and Windsor Ct, all lower to lower middle class towns.  His family was dysfunctional, period.  His mother had mental illness and often lashed out physically at her four kids and certainly never provided anything close to a loving caring home life. I dated John's sister so I saw the dysfunction first hand, and it was horrible.  John never met or knows who his father is.

Despite all these roadblocks to success John somehow thrived through incredible hard work and dedication.  John is truly a 100% self-made man!

John was the valedictorian of our approx. 500 student class at Windsor High School. He obtained a difficult chemical engineering degree from RPI in 3 years while working Co-op engineering jobs, and immediately went on to earn his MBA from Harvard.  All during these years John inspired and encouraged me to reach beyond my own smaller goals in life.

While all those qualities are great, John's best qualities have nothing to do with his accomplishments in the classroom or boardroom.

1

John is incredibly generous with both his money and his time. He has treated my family to many exciting trips and adventures, and has always opened his home to my family and to the many families he has befriended over the years. John has donated very generously to many charitable and education causes with a particular focus on Autism. He was on the boards of Cure Autism Now and later Autism Speaks for 15+ years despite not having any family members afflicted by autism. Over the years he has donated more than a million dollars to various education related causes and other charity groups.

Sincerely,

Fred Lukens

*Fred Lukens*

JAMES ERBS
1416 LAKE SHORE DRIVE
ORLANDO, FL  32803

November 30, 2021

The Honorable Judge Nathaniel M. Gorton
United States District Court, District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

Your Honor:

I am writing to provide a character reference in relation to the upcoming sentencing of John Wilson.

I have known John for 40 years, since my wife of 34 years and I first met John on the very first day of business school back in September 1981.  The three of us were in the same 'section' of seventy-five classmates in the MBA program at Harvard Business School (class of 1983).  At HBS, the entire first year is spent with those same 75 classmates, in a single classroom.  The professors rotate around between the different sections to teach each subject.  So, over the course of that very intense academic year, deep bonds are formed.

John is my closest friend, and one of the kindest and most generous people I know – generous in spirit as well as in material ways. He was best man at our wedding and is the godfather of our oldest child.  My wife and I both adore John, and we feel we can speak with authority about the kind of person he is.  I do hope that what we will share in this letter will be taken into account by the court and that he will be sentenced with leniency.

John is someone who came from very modest means and has made an incredible success of himself.  He is truly the embodiment of the American dream, but along the way, John has never lost touch with who he is and where he came from.  That humility is a quality which endears him to us even more.

John grew up without a father, living in the public housing projects of north Hartford with his mother, brother and two sisters.  And even after adoption by his stepfather, his home was far from happy.  I remember John sharing with me many years ago the memory of his mother leaving him on the steps of an orphanage miles from his home, as punishment for acting up one day.  Imagine, as a small child, the terror of seeing your mother driving away after telling you that you were being left there for good. John's mother was a very troubled woman, and this happened to John more than once.  My wife and I were both fortunate to grow up in stable households with two loving parents, and we can only imagine how traumatizing it must have been to grow up like John did, in a household without stability or emotional support.  These 'orphanage events' are just a couple of the many traumatizing events in John's early life which he has shared with me – though sparingly - over the years.  His troubled mother often beat him and his siblings and John tried hard to physically defend his sisters from her abuse, receiving even worse treatment as a result.  He speaks of these events rarely but it is clear that they left

3

deep scars. It is a tribute to John's character that he overcame that background and grew up to become the kind and incredibly generous person that he is, committed to being the best husband, the best father, and the best friend that anyone could wish to have. He has always been determined to give his kids as well as his nieces and nephews a very different experience to the one he had growing up – and he has provided them with unwavering parental support, as an active, supportive, very present father. As he became financially successful, he even set up trusts back in the 1990's to pay for the college education for all of his nieces and nephews.

Another core value which John has taught his children, by his own example, is that 'to whom much is given, much is expected' (Luke 12:48). John lives by this philosophy and he believes fervently that those who have been blessed with a gift -- be it artistic or athletic ability, great intellect, luck, or sheer circumstance – should use that gift as a vehicle to excel, and in doing so, help others. John's own life, successes, and generosity bear witness to his adherence to this life philosophy. This is something he has also passed along to his children.

No doubt others have written about John's many generous acts of philanthropy – not just financial, but in terms of his own time and talent. The merger of two lesser-known autism organizations into the now-high-profile, much more successful organization 'Autism Speaks' is just one example. John's financial resources did not bring that about; rather, it was his personal involvement in the governance of one of the predecessor organizations, and his personal conviction that merger would make all the difference, which helped to bring about that combination – a coming together of two organizations, which in the years since has brought far more visibility and enabled far greater public awareness and support of children and families affected by autism than would ever have occurred otherwise. That effort on John's part - not his alone obviously, though his own effort was pivotal – has literally helped millions of people. Yes, John has financial resources, and he has generously committed them to many organizations over the years. But writing checks is easy; contributing one's time and talent to a cause over many years takes much more effort and commitment. That is why to me, John's role helping guide these autism organizations to come together is so much more important than the many financial contributions he has made over the years, to autism as well as to so many other charitable enterprises.

A story about John's son is also very compelling to me, in demonstrating the extent to which John and Leslie have inculcated these values in their children. When Johnny was just 9 years old and in 4th grade, he decided to raise money at his elementary school for victims of Hurricane Katrina by swimming across San Francisco Bay from Alcatraz to the mainland shore. This is an extremely arduous swim even by the standards of adult ocean swimmers. The water is extremely cold, there are treacherous currents, and the possibility of sharks looms in every swimmer's mind. Johnny was always a talented and very fast swimmer from the time he was very small, but this was a goal on a whole different level. He joined an (adult) ocean swim club and with the support of John and Leslie, trained very hard for months, spending endless hours on ocean swims and standing for hours in ice cold showers at home. In the end, he succeeded in his feat and became the youngest-ever swimmer to make that crossing at the time, raising thousands of dollars for Katrina victims (and earning himself a place in the Guinness book of world records in the process). And what were John and Leslie most proud of in this whole story? It was the fact that Johnny wanted so much to make a difference for Katrina victims. It wasn't all the publicity, the world record, or the appearance on 'Oprah'. It was the fact that Johnny helped other kids. He was living the core value which John and Leslie have worked so hard to model for their children.

Ever since he and Leslie were blessed with children, John has worked hard to be the kind of supportive father he did not have himself. I had the opportunity to attend one of Johnny's water polo games with

John and Leslie, and there was no prouder father watching and cheering for his son than John. When traveling together on business one time, I also had the opportunity to hear John try to explain a complex trigonometry concept to Johnny over the phone, without the aid of being able to draw a picture. Most parents wouldn't even have tried to explain under those circumstances. But John is not like most people. After and lengthy and challenging conversation about a kind of math where diagrams are usually essential to understanding, Johnny 'got it' and went on to successfully complete his assignment. I remember this particular event because I was struck at the time by how unusual a conversation it was, coaching trig while riding in a car when the student was at the other end of a phone line.

John's commendable qualities have also been evident to us in the workplace, where both my wife and I had a chance to observe him firsthand at Bain & Company, a major strategy consulting firm where we all worked in the mid-1980's (and my wife was there much longer). Coming out of Harvard Business School in 1983, the most sought-after jobs were with consulting and investment banking firms. John, on the other hand, having studied engineering at RPI, decided initially to join General Motors. He moved to Detroit but was soon recognized as a high-potential hire and was moved to NYC by GM, to join the staff in the corporate treasurer's office. This group was a known training ground for future senior management at General Motors and in fact, had produced the CEO of GM at the time, Rick Wagoner. John served with distinction in the treasurer's office and was very well thought of, but he grew disillusioned with the pace of change at GM and decided he could have more positive impact on corporations as a strategy consultant at Bain. My wife and I had both joined Bain upon graduating from HBS, and in our graduation year Bain hired more newly-minted MBA's from Harvard Business School than any other company. However, this was two years later and Bain did not usually hire people from industry, especially not people who hadn't yet amassed a lot of industry experience which could be leveraged with clients. John was no ordinary individual, however. He talked his way into an interview, then a job, and once inside the firm was quickly identified by the founders as someone with uncommon ability and intellect. For the rest of his time at Bain, John was consistently staffed on the very few projects still being run by the firm's founders. But John Wilson was also in/famous inside the Boston (head) office of Bain for another reason – he was willing to stand up to, and disagree publicly with, the most senior people in the firm including the founders. I recall in particular John's work with one of them, a gentleman with a towering intellect and an ego to match, who did not tolerate 'lesser beings' well. In fact, he terrified most associates, who were afraid of being found lacking in some way. But John Wilson regularly disagreed with that founder and wasn't afraid to do so publicly, in front of other Bain colleagues. I call this 'speaking truth to power' and it takes courage and honesty, not to mention sheer intellect. John was never afraid to tell the emperor he had no clothes – not in an ego-driven, 'I'm smarter than you' way, but with the earnestness and conviction drawn from knowing what he had to say was the right answer for the company – and that insight which would maximize their success in that given business situation. During his time at Bain, my wife and I watched this firsthand, in awe - as did everyone else in Bain's head office – and I know John continued to do that elsewhere, as my wife and I know a number of the executives he worked with along the way quite well. Some were 'Bainies' who revered John for speaking truth to power and who literally followed him from one company to the next as John advanced in his own career – at Northwest Airlines, Staples, The Gap, and finally to Staples once again. Competence, forthrightness and an unfailing commitment to doing the right thing is a rare and powerful combination. It is one that John Wilson has in spades. And it is the reason why John is revered by so many people who have worked with him over the years.

In summary, I know you are receiving a lot of letters of support as you consider your sentencing decision for John. My wife and I just want to say that John is a good person, an honest person of great character,

with a kind and generous heart.   We would trust him with our lives and with the lives of our children. And we ask the court to consider the character of the man as described in our letter and others from the people who know him best.


Thank you for the opportunity to provide our perspective.


Very truly yours,

James Edward Erbs
President & CEO, Safety Socket LLC
jerbs@safetysocket.com

November 16, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Gorton,

For your consideration regarding John B. Wilson.

I met John 40 years ago as we began our MBA studies at Harvard. We have been closely connected since then as friends and as collaborators regarding Harvard Business School matters, in helping each other advance community initiatives and regarding personal financial matters (I have worked with him on insurance planning for the companies he led and in support of his family's security and philanthropy).

For perspective regarding my own credibility, I offer the following background. I have served as Chairman of the RI Board of Governors for Higher Education (overseeing the state's three public colleges), Chairman of Univ. of Rhode Island Foundation and Alumni Relations, Founder of Social Enterprise Greenhouse – www.segreenhouse.org, Founder of National Neighborhood Day – www.neighborhooddayorg, Candidate for Mayor of Providence, RI, Chairman of RI Special Olympics, Founder of Global Fellows in Courage – www.GlobalFellowsInCourage.org , Vice President and Director of Harvard Business School Global Alumni Board.

From my perspective, John Wilson has been an extraordinary leader in the building of community and hope and has provided a laudable example for his children and peers like me. He has contributed and engaged in both large and small, strategic and simple ways to a variety of community needs. When he learned of the struggles of children with Autism and the parents who struggle with them, he stepped up to attract extraordinary financial and community support for research and direct support of families. When I needed help gathering our Harvard Business School class, John stepped up to host and inspire their support of scholarships that would make it possible for students around the globe to attend Harvard Business School and make a difference in the world. When John learned about the nature of veterans' struggles with injuries and disabilities from their service, John stepped up yet again. John has always and often been a reliable source of encouragement and support to me and to others as I have seen over the years.

Regarding his own family, I have watched my friend John share in countless ways with his children - providing inspiration, coaching, encouragement, and expectations that would enable them to set and achieve challenging goals, recognize and respond to the needs of others and lead a generous life of service and leadership. That is what John has done in his life and he hopes for and expects the same from his children.

John is a man of intense curiosity, generosity and caring. He pursues excellence in all that he does. He continues to learn and discover more ways to contribute. He has honored the love and support he received in his life by extending the same to many others.

In the course of this difficult time for his family, John has held his head high. While it is not for me to pass judgment on this case, it is my duty to stand up for people whose life and character I believe in and admire. John Wilson is such a person and I proudly stand with him and with his family. This is a very good man.

Sincerely,

Lorne Adrain
Lorne@Adrain.com
Cell 401-965-7248

Richard M. O'Keeffe, Jr. MD
110 Acorn Drive
Osterville, MA 02655

December 13, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Gorton,

I am an orthopaedic surgeon who, like you, is a graduate of Dartmouth undergrad and
Columbia graduate school. I have recently retired due to health reasons and am well respected
in my medical and social communities for my skill, leadership abilities and compassion. I am
aware of the charges levied against my friend John, and am aware of the verdict reached by the
jury. I am reaching out to you to provide this character reference for John, whom I have known
for over twenty years, and for whom I have a great deal of admiration and respect.

I first met John in 2000, when he and his family purchased a home in Hyannis Port, where I also
owned a home. Our summer community is a very close one, with much of it focused on both
community and children, and John immediately embraced the values of our village, becoming a
much-loved member of our neighborhood. I know John particularly well, having (along with my
recently deceased wife) spent many days and evenings with both John and Leslie, at each
other's houses, at events, and around the community. We visited them at their home in
California when they lived there, and we are very close friends.

My son, Michael is a very good friend of John's son, Johnny, having met each other at age five
and spent every day in the summer together for years. They remain close today, keeping up
with each other on social media and frequently getting together despite the fact that they live
on different coasts. Johnny was always allowed, whether with Michael or not, to come and go
from our house without knocking, and Michael had the same freedom at John's house. All
three of my children also know Courtney and Mamie well, although my children are older.

For me, the greatest compliment one can give to another person is to call him or her "a good
man" or "a good woman". John is a good man. As I'm sure you heard at trial, John grew up in
very poor surroundings, the child of a single mother who lived in public housing. He has
worked very hard throughout his life and has become quite successful. In my experience, many
people who share this same type of story tend to possess a great deal of braggadocio, but John
is a very humble and genuine person. For example, when he invites people to his house, it is not
with the intention of showing off his possessions, but rather it is done so that he can share his

8

time and home with friends. In addition to being quite humble, John is positive, upbeat, extremely honest and very trusting of others. He is also someone I trust implicitly.

John is a very generous person, and his generosity is performed behind the scenes, not for accolades. When he and his family moved to Hyannis Port, he and Leslie hosted a fourth of July party because his home happened to be situated in an excellent location for viewing the fireworks. They invited the entire village and since the event was so popular, hosted it again for a number of years until they moved abroad, making hosting the party difficult. He has donated, again quietly, to the Barnstable Police Department, allowing them to purchase a much-needed new patrol boat and has supported numerous organizations whose goal is to preserve the environment of Cape Cod. He has contributed significant funds towards the repair and replacement of the steeple at the Union Chapel, a nondenominational chapel in the center of our village that is a very important part of the fabric of our community. He has donated not only his money, but also his time and expertise, which, as we all know, is often a greater gift than funds alone.

On a personal level, I served as the Treasurer of Hyannis Port Yacht Club, a small, not-for-profit organization whose main goal is to teach children to sail and to teach respect for, and enjoyment of, the ocean. The organization runs on a shoestring budget, largely hand to mouth from year to year and John has quietly supported us financially, as well as volunteering to help at events and providing food for the children's races.

In addition, on two separate occasions I, myself, have been the recipient of his generosity. A few years ago, I received an unexpected cancer diagnosis. Despite the fact that I am a physician, due to the unusual nature of the treatment required, for which I had to travel to an out of state facility for my care, my insurance covered very little of the associated costs, which were significant. My wife and I did not have the funds to cover these costs but the treatment was necessary, and we were really in a bind, having no idea where to turn. Somehow (I never did find out how) John heard about our dilemma and stepped in to help us with our costs, and I am convinced that he is one of the reasons that I am still here today. On another occasion, after we had to sell our home in Hyannis Port and my wife and son wanted to be on the Cape for a special community event, he opened his home to us without hesitation and without us asking. These are just two examples of the type of generosity for which John is well known among his friends.

Your honor, I am proud to call John one of my close friends; he is of high moral character, and I implore you to think about all that he has done for those around him and grant leniency in your sentencing. John is good person, a good man, who was fooled by Mr. Singer and I am devastated for him.

Sincerely,

Richard M. O'Keeffe, Jr, MD

9

# EDWARD M. KENNEDY, JR.
### P.O. BOX 32
### HYANNIS PORT, MA  02647

December 5, 2021

The Honorable Nathaniel B. Gorton
Judge, U.S. District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Gorton:

I write today on behalf of my friend and neighbor, John Wilson, who comes before your Court for sentencing in the very near future.

I hope that this letter can provide perspective on John's caring and generous character that I personally have come to know and appreciate since befriending John and his wife, Leslie, over 15 years ago. I believe that it would be helpful for the Court to see John from the perspective of a community member, friend, and fellow disability rights advocate.

I realize that you may be in receipt of many positive character reference letters by friends and colleagues of John's which speak to John's humble upbringing, academic prowess, and business acumen. I do not know John from business, schooling or professional activities. I write this letter from my experience of John as a welcoming, compassionate, and generous member of the Hyannis Port community, a close-knit Cape Cod village that values honesty, integrity and civic engagement. I also write from my work as a lifelong advocate for equality and justice for people with disabilities — a field in which John has distinguished himself as a leading activist for the rights of people with autism.

Please know that I submit this testimonial with the most profound esteem for you, the judicial process and the judgment of the jury. Other than occasionally reading periodic newspaper articles covering the "Varsity Blues" investigation in a general way, I did not closely follow the details of John's proceedings. I offer these observations so that you can consider your sentence in concert with my experience of the totality of John's values, experiences, and priorities.

First, John is a caring, generous, and thoughtful neighbor. From the day that John and his wife, Leslie, arrived in Hyannis Port, they have devoted themselves to our community and our civic organizations. John's children, Johnny, Mamie and Courtney, grew up with my children, and we have socialized with them many times. The Wilson children have always been polite, respectful,

and thoughtful; when visiting our children, they consistently have asked what they can do to be helpful, such as offering to help clean up after a backyard barbeque or help watch younger children who may also be visiting. John and Leslie have been involved parents who always made sure their children behaved in considerate and caring ways.

Second, John has always been ready to offer help in any situation. As a father who would frequent my children's sailing and swimming lessons and competitions, I would routinely observe the way John was always ready to lend a hand – even with mundane chores such as lugging ice, handing out water, and bailing out sinking boats. This contrasts vividly to the many parents who never even showed up to their children's events. However, in our community, the children's programs could always count on John to volunteer and to help make things run more smoothly; notably, John even continued to volunteer for our community after his own kids had grown out of these activities.

Third, John has made disability equality and inclusion one of his top priorities. As a longstanding disability rights lawyer, bone cancer survivor and amputee, and immediate past Board Chair of the American Association of People with Disabilities, I can personally attest to John's tireless commitment to expanding the rights and opportunities for individuals impacted by all forms of disability, and especially autism and other cognitive health conditions. As a Board Member of Cure Autism Now, John led the effort to merge that organization with Autism Speaks, in order to create the nation's leading advocacy and public policy organization dedicated to research, treatment, and social acceptance of autism, a significant source of disability. Again, thanks to John, Autism Speaks has become the leading voice for people with autism, their families, and their friends. John's advocacy work has led to both state and federal health policy reforms that have expanded community-based services, educational opportunities, job placement, and better health care delivery for thousands of people. John has distinguished himself as a leader in the disability rights movement.

In short, John is a generous and thoughtful friend and neighbor, who has also been an advocate for social change and justice for people with autism and other cognitive disabilities. Together, John and Leslie have been engaged community members who have consistently always stepped up and modeled how to best contribute to our community's needs. There are many other examples of leadership and empathy that I could share, so please do not hesitate to contact me if there are other perspectives or information that I could provide to the Court.

Respectfully submitted,

Ted Kennedy, Jr.

January 7, 2022

The Honorable Nathaniel Gorton
United States District Court
1 Courthouse Way
Boston, MA 02210

I have known John Wilson for more than 40 years since we were section mates in business school.  In an environment that was very cutthroat and misogynistic at the time, John stood out for his openness and awe of being in a place where one learned from professors and classmates.   And, he has never become jaded at any point of time since.  He has always rejoiced in the achievements of others.  While he became quite accomplished in his business specialty of pricing (and was rewarded financially for his skill), he was naïve in relying on others who were professed experts in their fields such as Mr. Singer.

As the former chair of the schools and scholarships committee for Harvard in the Washington, DC area, I am very sensitive to the machinations that privileged parents employ.  Unlike many other friends and former classmates, John never asked for my help or advice in the college application process.  John didn't know his father and in retrospect, perhaps went overboard in what he perceived to provide his children with a comfortable childhood. He would never, in all the years I've known him, condone any illicit behavior nor tolerate actions that were not helpful to or accepted by others.  I firmly believe the reason that he is in his current situation is that he truly believed that Mr. Singer was a bona fide expert who operated through legitimate channels in advising parents on the college admission process.  When his son was applying for college, John and the rest of his family were living abroad for his job. As a neophyte to the process, he relied on the supposed expertise of this predatory charlatan who had been recommended to him.

John is an extremely generous individual in a personal and professional sense.  He had given to several charities in the seven figure range to causes near to his concerns (autism, etc.) In addition to flexing his financial heft, he put his physical attributes to use for many years by being a school Santa Claus. He and his son tutored inner city Sacramento kids which involved travelling and a serious commitment of time. He and his wife hosted many fundraising events at their home and was an active board member of autistic charities.  He was a Cub Scout den leader, coached his kids' sports teams and did other thankless but crucial roles throughout the community.  He did all of these efforts because it was the right thing to do—not for any societal recognition.

In recent years, I have written far too many letters of condolence and this letter is a new form of the same process.   I hope that in sentencing, you will consider that John sincerely believed that his contributions were legitimate and that his family, whom he strove to make happy, has now suffered interminably for these actions.  I am available to discuss any aspect at any time.

Sincerely,

Deborah Gelin
301-801-2447
dgelin@post.harvard.edu
1404 29th St., NW

January 3, 2022

Honorable Judge Nathaniel M. Gorton
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Gorton,

I have known John Wilson for just about my entire life. Growing up he was always known to me as my fathers best friend. But he and his family have become so much more than that, they have become a part of our family. As I have grown older what has really begun to stand out to me is how generous John has always been. Throughout my entire life he has opened his home to my family and I, and treated us like family. On top of this, he has treated my family and I to experiences I never thought I would have, and which have created some of my fondest memories. Not only does he do big things like that, but he also does the little things that add up, and in my opinion truly show his character. He helps me prepare for interviews and has given me career advice always emphasizing what will make me happiest. Again, he has always done this out of the kindness of his heart, and without regard for himself. He is probably the busiest person I know and has all the reason in the world to not help me, but still chooses to. On top of this, I have seen and heard of his generosity in other ways. Though he never tries to make it known, I have heard about his charitable record and seen the respect he has garnered from others because of it. I know it is easy to look at John and sit in judgment of him without truly knowing him. I have seen the characterizations of him in the media, and how people have been sold a story about John by those more interested in making a headline than actually learning about him. But as someone who has known him almost my entire life, I can honestly say that John is nothing like the characterizations I have seen. John is more selfless, humble, hardworking, and generous than just about anyone I've met in my short 20 years. As someone who has truly gotten to know him, I have seen a man that will spare no expense in making those around him happy. I have seen a man that leads by example and always tries to do the right thing. I have seen a man that came from nothing, and created so much for his family, yet still continues to generously give to causes that he holds dear. That is why I am writing this letter to you, to implore you to understand the real John that I have gotten to know over the past 20 years, and show leniency to him.

Thank you for your consideration,

Benjamin Lukens

Benjamin Lukens

David Merrill
121 Main St.
Osprey, FL 34229

December 1, 2021

The Honorable Judge Nathaniel M. Gorton
U.S. District Court, District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: Sentencing of John Wilson

Dear Judge Gorton,

For 40 years I have known John Wilson to be a man of the highest character, which I urge you consider in his sentencing. He and I met in 1981 when we started at Harvard Business School, and we became close friends almost immediately. I was a groomsman in his wedding, and we have traveled around the world together. He and I – as well as our families – still get together. In all aspects of life, I have known John to be honest, dependable, loyal, sincere, empathetic, generous, and funny.

I have witnessed John's meteoric career after graduation. He makes business look easy. But it is because he is a leader among people, because his mind is incisively analytical, and because of his integrity. He has held critical management roles at General Motors, Bain & Company, Northwest Airlines, Gap Inc., Staples, and Franklin Templeton, among others. Due to his leadership, these companies have improved their competitive position; governments have received additional tax revenue; and thousands of employees have more-secure jobs.

In all his dealings with people, John brings out the absolute best in a person. He genuinely cares about people in a way that others can sense. I have watched him strike up conversations – whether it is a corporate bigwig or a counter clerk at a restaurant – and make the other person feel important and liked. His sense of humor and his ability to tell stories that make us all laugh lift the spirits of everyone around him. People naturally gravitate toward him and want to be more like him.

John is also self-deprecating and humble. He quite proudly tells stories of his youth living in a public housing project and the struggles of his single mom. He is the opposite of being privileged.

There is a lot of generosity in John and always has been. It used to just be little things. In school, he was always the one willing to drive his car. Years ago, when I was starting my business John sent me airline tickets so that I join friends on a trip. But his help for autistic children has been exceptional in the giving of both his time and resources. Interestingly, he has been so involved without having any family connection to autism. He was just a someone with a good heart and an inquisitive mind.

I respectfully urge you to consider John Wilson's character, his family's character, and his many contributions to society as you as you make your decision.

Sincerely,

David Merrill

14

WILLIAM H. CROWN
100 LA SANDRA WAY
PORTOLA VALLEY, CA 94028
(650) 529-0400

November 13, 2021

The Honorable Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Honorable Judge Gorton:

I am writing you as a character reference for Mr. John B. Wilson. I have known
John for more than two decades. We first met when we were in the same Forum
group in the Young Presidents Organization (YPO). If you are not familiar with it,
the YPO model is one where forum-mates get extremely close and well
connected to one another, acting as a kind of personal 'Board of Directors' for
one another to provide advice on all aspects of life, both business and personal.
Through this experience I got to know John and his family well. I have watched
Johnny, Courtney and Mamie grow up, and have had the pleasure of observing
John and Leslie as terrific parents to three bright and successful children.

In 2005 I proudly supported young Johnny Wilson in his record-breaking swim
from the island of Alcatraz to San Francisco, a swim he did to raise money for the
victims of hurricane Katrina. I believe Johnny was, at the age of nine, the
youngest person ever to make that swim. As the years passed, I heard stories
from John of Johnny's accomplishments as a swimmer and water polo player.
John talked glowingly of his son's many successes in both sports.

In addition to being a great parent, John is also a generous philanthropist, with
his time as well as with dollars. John worked tirelessly as a member of the Board
of Cure Autism Now (CAN). John was one of the chief architects of a merger
between Cure Autism Now and Autism Speaks, two large charities dedicated to
finding a cure for this debilitating disease. The work John did for this
organization touched me deeply and personally, as my niece is on the spectrum
and I have seen first-hand how difficult autism can be for those suffering with it
and for their families.

John has also been a huge supporter of education for as long as I can
remember, donating generously to the local public schools, and to the private
schools that his three kids attended. Education is extremely important to John,
and he passed that love of education to his children by example, word and deed.

**WILLIAM H. CROWN**
**100 LA SANDRA WAY**
**PORTOLA VALLEY, CA 94028**
**(650) 529-0400**

John is a caring and attentive friend, always there for those who need him.  I have witnessed John provide life-changing advice and counsel to me and to other members of our YPO Forum, often changing his personal plans on a moment's notice to provide help and support to any member of the group who is in need.  In short, I know John Wilson to be a kind, generous and caring individual, a great father, a family man, and a good friend.

With kind regards,

William H. Crown

January 6, 2022

Nathaniel M. Gordon
Judge, US District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
l Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Gordon,

I have known John Wilson since 1994 when our children were in the same preschool class. In my many volunteer leadership roles, I relied on John's constant willingness to help in any way necessary. He was always the father that showed up. Whether it be the holiday pageant, international day, or read-with-a-buddy program, John was there. He was a very active father and for all students' benefit, not just for his own child. John volunteered to watch a tent full of 5th graders in Yosemite for 4 days, built many play structures for the class, and hosted school and class events at his home. John was an anomaly in our community as most of the volunteers were women. In addition to his time, John and his wife Leslie were generous donors to the Hillsborough School Foundation for over 15 years, which allowed us to have one of the best school districts in the state.

Outside of school, John volunteered to coach baseball and was an active leader in the local baseball community. John was all about the fun of the sport and not winning, which made him a unique coach in our competitive town. In addition, John felt that Boy Scouts of America was a great program and when our town did not have scouts, he went and started a troop. John showed up, uniform and all, and created a new experience for a whole group of young boys. It was well received and John did a great job bringing something new to our community.

In our children's middle and high school years, John made his mark at Menlo School by again being involved at a very high level in the volunteer arena for the Swim and Water Polo team. In action to being a top donor at the school, his large donation specifically for the new athletic pool design allowed our school to be able to continue to create and develop top athletes in the high school water sports world.

Johns' other philanthropic interests were Autism Now, where he served on the board as well as being a top donor. He additionally was a longtime supporter of Scribbles to Novels, a national early literacy program.

My experience with John was that he always was willing to help, not with just his money, but as a tireless volunteer for the greater good of our community. John had a vision of how things could be and was a leader in fundraising, and creating opportunities for all. Frankly, as a community leader in schools, I did not see many men step up the way John did. I hope you too can see that John has had a continuous record of doing good for no further gain for himself.

Sincerely,

Tracy Johnson

Alisa Budin & Eric Budin
334 Fairhill Road
Wynnewood PA, 19096
484-587-6025

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Honorable Judge Gorton.

We are honored to be able to share with you our perspectives on who John Wilson is and how his generosity of heart has positively impacted so many people. My husband, Eric, and I met John Wilson and his family in 2013 when our family moved from the US to the Netherlands for a work opportunity. Our children and John's twin daughters attended the same school, and our families became friends, supporting each other in a foreign country, as we all tried to maneuver through language barriers, healthcare challenges, child raising, and transportation complexities. We quickly became a community, there for each other, supporting each other's children as we all tried to acclimate to our new country.

John was an essential part of our expat experience as he has a heartfelt way of extending kindness to others, including everyone, and building community. Our daughters loved going to the Wilson's house because they felt so welcome. John always engaged with the kids. He was truly interested in them and asked questions, really getting to know them. He could always make them laugh and most importantly, he made it very clear that they were welcome in his home. John's open heart and open home were not just for our children but for everyone. John is someone that we could always count on to look out for our kids and our entire community. He is caring and generous in every possible way.

We spent a lot of time with John at our daughters' sports events. John, who worked tirelessly, always made time to attend the games, supporting his daughters and cheering on the teams. He got to know every player and always made a point of commenting on each individual's contribution. He had appreciation for each child's unique skills and he was always so dedicated to these kids.

We vividly remember a basketball tournament that was held in Belgium. This tournament was a gathering of several of our school's teams and they played against teams from multiple other countries. Upon seeing that the kids were soon to break from hours of rigorous play and that the facility had no options for food, he took it upon himself to feed as many kids as he could. John's rushed trip to the local McDonald's yielded a massive feast of Big Macs, McNuggets and fries, which fed nearly five dozen ravenous kids. He bought everything the McDonald's had in stock as he wanted to feed as many kids as possible. The staff at McDonald's was taken by storm, but everyone worked hard to make it happen. John recruited our younger daughter to help him with this effort and to this day she recalls the "adventure she had with Mr. Wilson at McDonald's" and how their efforts were appreciated by so many people. It was a lesson to her that it is important to look out for others and that by extending yourself, you can make a difference and show kindness to others.

We believe it is important to also comment on John's children as they are all outstanding people, and their depth of character is a reflection of the values that John espouses in his home. Our older daughter, Lindsay, became fast friends with John's twin daughters, Courtney and Mamie, both of whom are exceptional girls. Beyond being tremendous athletes and star students, they are genuinely kind, respectful, honest young women.

This is the culture in John's home and he leads by example. Most palpable are the values of hard work, respect and kindness. John exudes these values. In every aspect of his life, John gives everything he has. Whether it is to gather food to feed kids or to build a business that keeps people employed, John Wilson is one of the hardest working people we know. Every morning, rain or shine, John would ride his small motor scooter to work in the dark, dampness of Amsterdam. He was utterly committed to his work and in particular, to the people who looked to him for jobs. He knew that others relied on him and he was dedicated to delivering for those people. John is always demonstrating how hard work can make a difference in other peoples' lives.

We would like to close by sharing a story that truly exemplifies John's compassion, sensitivity, kindness and generosity. In 2016 our children's school hosted dozens of students from Seville, Spain in an exchange program. There was one girl on the program who became ill and whose host family would no longer honor their commitment to her. This young girl was abandoned, scared, sick (covered in vomit) and spoke very limited English. John and his family, who were already hosting other students, immediately opened their home to this young girl who was so in need of help. John had never met this girl before, nor did he know her family. Yet he treated her like family when she was scared, alone and most needed someone to look out for her. He treated her as we would all hope others might treat our own children.

This example gets at the heart of the kind of person John is. Character is really defined by how someone responds when a situation is challenging. When there was someone in need, when the easy thing was to turn away, John stepped up and did what was difficult and what was right. This is how we know John Wilson.

Sincerely,

Alisa Budin

Eric Budin

Dear Judge

I am writing you to attest to the character of John Wilson. I understand he is due for sentencing before your court and, outside of the transgressions he was charged with, I think you need to know that there is much more to John than that.

I will address the side of him who is a loving father. I met John 8 1/2 years ago when his daughters, Mamie and Courtney, became sixth grade classmates of our daughter Anna at the International School Of Amsterdam. All three were both great athletes and students so the girls became friends and we bonded with Leslie and John.

As busy as John was with his considerable responsibility running a large European-wide business enterprise, I was impressed how he always had time for his girls. We met at innumerable swim meets, basketball games and birthday parties. He was always there to lend moral support. And, where he could, he always wanted his daughters to have the best experience possible.

He also wanted Mamie and Courtney to get the most out of their time in Europe. So, after a week of business trips and hard work, rather than just relax on the weekend, John would instead take the girls for trips to European capitals in order for them to learn of the cultures of the respective countries. He took them everywhere.

While I can't really speak to his business acumen or to the choices he made that caused him to come before you, what I do know, absolutely, through direct observation, is that he is one of the best fathers I have ever had the pleasure of knowing. I truly hope you will take this into consideration when you decide upon John's sentence.

Sincerely Yours,


Aristotle Economon

Heemraadschapslaan 61
1181VA Amstelveen
NETHERLANDS
+31.6.83792860

December 31, 2021
Feast of Saint Sylvester


Nathaniel M. Gorton Judge
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210


RE: Character Reference for Court for John Wilson


Dear Honorable Judge Gorton:

Your Honor, it is my privilege to write a character witness on behalf of a man
that I know in my capacity as a Catholic Priest. My name is Rev. Peter DeFazio,
and I am the Pastor of St. Monica Parish and St. Peter Lithuanian Parish, in
South Boston, and the Rector of the Shrine of Our Lady of Good Voyage in
Boston's Seaport.

I want to tell you about the man that I know John Wilson to be. I am grateful
that our paths have crossed and I have gotten to know John and his wife and
other family members. He is a man with a kind disposition, a generous heart,
and a brilliant mind. Within moments of speaking with John for the first time, I
knew that he was of above-average, perhaps genius level, intelligence. A
natural problem-solver who has an innate desire to help others.

John has shared quite a few details about his life with me. I know for example
about his very humble beginnings in the public housing projects in North
Hartford. This has made John able to relate to the work that I am doing at the
Mary Ellen McCormack Housing Development and the West Broadway Housing
Development in South Boston. We have a very active outreach ministry to the
marginalized, the homeless and chronically unhoused, those suffering from the
disease of addiction, those struggling with food insecurity, via the Good
Samaritan Ministry and the Food Pantry at Monica's Kitchen. These are
ministries based out of St. Monica's in South Boston, which also receive
tremendous support from parishioners of the Seaport Shrine, and both
Catholics and non-Catholics alike throughout Massachusetts. John has not
forgotten his own humble beginnings and is among the generous supporters of
these ministries.

John has also offered what I consider his organizational brilliance and generosity of time, talent, and treasure to helping the Seaport Shrine's efforts to prepare for its upcoming five-year anniversary celebration, as a new worship site in Boston.  Despite John's achievements in life and his considerable talent, he is at heart a very ordinary, down-to-earth, humble individual. He is approachable, empathetic, compassionate and eager to help.

I am writing this letter because I want you to know an aspect of John that perhaps you may not know. It is my hope that you get to know John better.

Thank you for your consideration of this short letter, Your Honor.

I am gratefully yours,


Rev. Peter F. DeFazio
Shrine of Our Lady of Good Voyage
P.O. Box 52198
Boston, MA 02205

**John W. Campo, Jr.**
**31 Mount Vernon Avenue**
**Hyannis Port, Massachusetts 02647**
*jackcampo@gmail.com*

December 9, 2021

The Honorable Nathaniel M. Gorton
U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Gorton:

I write to share some insights into the character of John Wilson, who awaits sentencing following conviction in what the Department of Justice has referred to as a college admissions scheme.

I am an attorney registered to practice law in the Commonwealth of Massachusetts since 1988 and the State of New York since 1980. I began my career with Davis Polk & Wardwell in New York and spent most of my career working in-house with General Electric Company and then (as Chief Legal Officer) with Smith & Nephew. In 1992-94, while working at Biogen in Cambridge MA, I served as a member of the Council of the Boston Bar Association and chair of its International Law Section, and also as trustee of the Boston Bar Foundation.

John and Leslie Wilson bought a home in Hyannis Port more than 20 years ago. The place is special to me, as my wife and I met there 50 years ago and I have served the Hyannis Port Civic Association in various capacities over the years, including as a board member, Treasurer and then President. John soon became an integral member of the community, with his welcoming manner and openness to new people and activities. He was a fine sportsman (we have spent many hours racing a sailboat and playing golf), always considerate and thoughtful. He has also been generous with his time and contributions to the community.

When work took me to San Francisco in the past, I stayed with John and Leslie at their prior home nearby. Since we were both involved in the world of business and keen followers of current events, I enjoyed many long discussions with John about a variety of topics. I learned about his career progression at top firms like Bain & Co., Northwest Airlines, the Gap and Staples. He has always impressed me as a man of keen intellect and high integrity. In short, I like and admire John very much.

Yet John has been found guilty, and you are obliged to sentence him. It seems John believed the "side door" offered to him by a college placement adviser was a good idea. I have seen first-hand how the college admissions process can be warped

by factors other than candidate merit.[1] John is a good father, loves his children, and is rightly proud of them. It is ironic and sad that this self-made man, who with diligence and talent overcame the lack of support from his own parents, will now pay a price for trying so hard to give his children the boost he never had and which more privileged children have had.

John Wilson is a good man who made mistakes for the sake of his children. I hope that, in deciding his fate, the court will take account of his remarkable character, good intentions, and lifetime of achievement. Perhaps his counsel can be invited to propose an alternative sentence that would make use of his talent in a manner that would benefit society, rather than impose a burden for incarceration?

With thanks for your consideration,

Sincerely,

*John W. [signature]*

---

[1] Years ago, my daughter was at the top of her class at a competitive high school and was wait-listed at Harvard while her friend in the middle of the class was admitted via what is known as the "Z-list". When a Wall Street Journal reporter wrote a book in 2005 called "*The Price of Admission: How America's Ruling Class Buys Its Way into Elite Colleges - and Who Gets Left Outside the Gates*", he cited my daughter (after discussion with her school) as an example of a deserving candidate left outside the gates.
For more on the "Z-list", including a reference to it as a "side door" to Harvard, see
https://www.thecrimson.com/article/2018/6/17/admissions-docs-zlist/ and
https://blog.collegevine.com/what-is-the-harvard-z-list/ .

**Don S. De Amicis**
Washington DC

November 22, 2021

The Honorable Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Gorton,

I am writing this character reference letter for John Wilson, whom I have known for close to 30 years.   We met in the early 1990s when he and his wife Leslie moved to Wellesley, Massachusetts. We have remained in touch over the years and across numerous professional and geographic moves.

Others, I am confident, will provide you with a great deal of information about John--how he grew up in difficult childhood circumstances in Connecticut, overcame dyslexia, learned the importance of working hard, excelled scholastically, and performed at the highest levels in executive leadership roles (CFO; COO, etc.) in major businesses in the United States (Staples; GAP; General Motors; Northwest Orient Airlines).   I also suspect that they will comment of John's generosity and public-mindedness, which I've observed directly over the years.  He cares deeply about his nuclear and extended family, his friends, and his community.  He appreciates the value of civics in schools, and our well-being as a nation.  We've talked about his involvement with not-for-profit associations seeking to influence meaningful change in support of the Autism community, and about the importance of providing financial support to colleges and universities.

I may, perhaps, have some unique insights into John's character that I would like to share with you. They involve his appreciation of our legal system.  I am a lawyer, presently residing in Washington DC. While I am now a law professor at Georgetown University Law Center, I was a partner at Ropes & Gray LLP in Boston for many years, including the time when I first met John in Wellesley.  While John was not my client, we occasionally talked about legal matters.  I remember clearly a call from John many years ago in which he wanted to understand his responsibilities under the federal securities laws for certain actions he felt under pressure to take.  We had a lengthy discussion about the securities laws, and it was clear to me that he was not willing to do anything illegal or inappropriate.  I've often reflected on that call often over the past three years.

John and I had other discussions about legal issues over the years.   He served for many years as the lead independent board member of the Franklin Templeton funds, funds which were regulated as registered investment companies under the federal securities laws. We also discussed corporate governance and M&A matters directly affecting him.  Never once have I felt that John was looking to skirt the law.

Thank you for taking this into account.

Very respectfully,

Don Scott De Amicis

November 29, 2021

Nathaniel M. Gordon
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210


Dear Judge Gordon,

My name is Charles Nilsen, and I am writing on behalf of my relationship with John B. Wilson, of Lynnfield, MA, about my close personal knowledge of his character. I currently reside in Hingham, MA and am employed as a senior director at SVB (Silicon Valley Bank).

My wife and I first met John and his wife, Leslie, in 1992 when we were both relocated to the Boston area for new employment and found homes near each other. We became close personal friends, spending a good deal of time together and with our then very young children. We have remained close and have visited John and his family often following their moves to California, Amsterdam, and back to Massachusetts in 2018.

Though we have never worked together, I have been very familiar with John's professional career; his reputation for business insight, intellect, and integrity. He is highly regarded by his peers and business associates for his extraordinary work ethic, which I know is born from his time growing up in very challenging circumstances.

While John's intellect and work ethic have created a more than impressive resume, his ability to balance that with time and attention to his family have been no less extraordinary to me. He intentionally took a hiatus from full-time employment in order to spend more time with his family at a time he saw as critical in his children's development. This was when his son was in high school and his twin daughters were in grade school, about to enter middle school. He dedicated that time to travel and cultural experiences, attended school and athletic events, and made sure his children had the tools they needed to succeed academically. John never received this parental support while growing up, so it was extremely important to him that he was present to provide his children with love, attention, encouragement, and strong family values. John also believes in giving back to others and has demonstrated his philanthropy through his involvement with Wounded Warriors and with Autism Speaks, an organization which I also support.

John is, without doubt, one of the most caring, generous, supportive and selfless people I know. His devotion to his family and his friends is unrivaled. It is a privilege to call him my friend.

(John B. Wilson continued)


Sincerely,

Charles Nilsen
37 Cushing Avenue
Hingham, Massachusetts 02043

Philip (Phil) J. Dubuque

128 Commonwealth Avenue

Boston, MA. 02116

781-591-9363 (cell)

pdubuque@comcast.net

November 11, 2021


To: The Honorable Judge Nathaniel M. Gorton

U.S. District Court, District of Massachusetts

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, Massachusetts, 02210


Re: Character Reference for Court Regarding John Wilson


Your Honor:

I am writing to convey my character reference for John B. Wilson.  I and my family first met John soon after we moved to the suburbs of Boston from Denver Colorado in 1993. Being new to both Boston and the East Coast, John and Leslie were very welcoming.  Our relationship was not based on work or business but pure personal friendship.  It is very rare to find an individual with such high integrity and dedication to friends and family.  Bottom line; John cares about every person.  My wife and I have seven daughters and I can honestly say that very few individuals would take the time to know each one and include all of us in various activities expecting nothing in return.

Never once, in almost thirty years, have I found John to put his interests above anyone else.  John's background is one of overcoming adversity, hard work and treating all individuals with fairness and respect. Whether it is with  Autism Speaks or many other charitable endeavors, John has given a tremendous amount back to the community.

Throughout this whole legal process, the press and media have brandished an image of John that is patently false based on my personal experience.  Knowing all of John's children quite well, I can also say that each child had excellent grades, very high college test scores and athletic accomplishments that were truly earned.  The price that John and his family have already paid has been considerable and excessive (character assassination, legal costs, inability to work, loss of board positions).  I certainly believe that John would not knowingly commit any crime and really believe it would be a miscarriage of justice if John were required to serve any time.

Thank You for your consideration.

Sincerely,

*Philip J. Dubuque*

Philip J Dubuque

November 22, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Gorton,

It is with pleasure that I write a supporting letter for our dear friend John B.
Wilson, whom my husband Scott and I have known for approximately thirty-five
years.
I met John's wife Leslie in the mid 1980's when we were both members of the
Junior League in Boston, Massachusetts. It is during this time that Leslie met John
and the four of us began spending time together. John was working at Bain &
Company, and it was clear to us that he was going to be successful. Although we
did not know him in his formative years, we knew that he did not have a
memorable childhood. He was driven in every aspect of his life and was extremely
generous even at a time when we were all launching our careers. John was always
willing to host and share with his friends.
Scott and I attended John and Leslie's wedding and regardless of our geographical
locations, we always made a point to connect. A memorable example of John's
generosity goes back to the period when he was employed at Northwest Airlines.
Not one, but on two occasions John invited Scott and I to be his guests and fly to
Paris with he and Leslie. The first was for Northwest's inaugural flight from Boston
to Paris on Valentine's Day and the second was for New Year's Eve. John was
clearly on an upward trajectory, but always included his friends in his success.
As time went on, and our families grew, we spent memorable weekends together
at the Wilson's home in Hyannisport, Massachusetts. Despite John's deep
intellectual capacity, Scott and I marveled at how he was a kid at heart. It may be
because he wanted to provide for his own children, and those around him with
the experiences he himself did not have as a child. John made sure that there was
every pool toy available, bicycles, boat rides to neighboring islands, lobster boils,
and the list goes on and on. The generosity NEVER stopped.

When the news broke about John's involvement with Rick Singer, Scott and I immediately knew that John's implications had to be misconstrued. We know that because of John's hard work and highly successful career, he was able to provide his offspring the childhood he never had. I believe that John's personal friends and his business associates are all in agreement that he is a man of integrity with a deep moral compass. His generosity and willingness to help is endless. My family and I are fortunate to call John a friend.

Sincerely,

*Carol H. Williams*

Carol H. Williams

Nathaniel M. Gorton                                                November 30, 2021
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
L Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Honorable Judge Gorton,

I am writing on behalf of our friend John Wilson. We first met John two decades ago when he joined the Northern California chapter of the Young Presidents Organization. Over the years, my wife and I developed a strong friendship with and deep respect for John and his wife Leslie. We have always been struck by the kindness and generosity he consistently shows to everyone with whom he interacts and every community of which he's a part.

John is among the most selfless and caring people I have ever been known. He eagerly offers both empathy and pragmatic help to everyone in need of it, carving out the time to lend his vast experience and business acumen to generate solutions to their problems and advance their worthy causes. I vividly recall him staying inside on the phone for hours on a beautiful summer day, foregoing fun activities outdoors to serve as a sounding board and problem solver to one of many nonprofits to which he is dedicated.

While we have always been impressed by his voracious appetite for knowledge, endless intellectual capacity, and optimistic spirit, it is his unwavering devotion to his wife and three children that has always stood out as John's most salient attribute. Despite the mighty demands of his career and charitable endeavors, John always made it clear through both words and actions that his family remained his highest priority. John has always given them every ounce of his emotional energy as well. I still smile recalling the pure joy exuded while playfully wrestling with his son Johnny. During one of his birthday dinners, we were touched to witness the poster his son created: *"The 100 Reasons Why I Love You."* His children always loved and truly needed him in their lives, and they still do.

Although their family cherishes spending time together, celebrating their traditions while creating invaluable new memories, John always made time to nurture his friendships as well. He organized Halloween in the summer and scavenger hunts for children in the neighborhood. The numerous and diverse friendships he's cultivated and kept for so many years attest to the loyalty and goodwill he both gives and inspires. We have met some of the most exemplary people we've ever known through his gatherings.

I am proud to offer this letter of support for John. I've always known him to be a truly decent, honorable man, and I know that countless individuals and organizations have benefitted immeasurably from his insight, intelligence, and heart.

Sincerely,

Peter Vanderslice

33

**Kristin K. Hughes**
**3027 Kalahiki Street**
**Koloa, HI   96756**

January 7, 2022

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakely U.S. Courthouse
1 Courthouse Was, Suite 2300
Boston, Massachusetts   02210

Dear Honorable Judge Gorton:

I have known John B. Wilson and his wife, Leslie Q. Wilson, since the early 1990's. They are a very warm and generous couple. They have always been willing to step up and help others in any way that they are able. Their loyalty, compassion and leadership by example is unsurpassed. Their focus of support was formed around their early and immediate involvement with children's causes, schools and other worthwhile organizations.

John Wilson, and his wife, are further devoted to their families and close friends. They always made everyone feel welcomed and very comfortable in any setting. John is a person that would listen intently to the various conversations around him and contribute to the discussions in a meaningful way. If I posed a question to John directly, he would sit with me and take time to discuss it. He could help you understand perspectives and subjects that you might not been aware of. I benefited from his knowledge and John's ability to make you feel good about yourself and being a better person.

When the Wilson's started their family with the birth of their son, and then a few years later, their twin daughters, they were always filled with joy and pride as parents. We all shared and participated in their happiness. Family gatherings included their friends and you were always welcomed and treated like family. John Wilson always wanted his children to have positive experiences and the feeling of being well cared for and loved by their family and close friends. The children also benefited from the diversity of people who were at gatherings and this enabled them to broaden their minds and spirits to be open to all people and the benefits of inclusion.

Of equal importance to John and Leslie Wilson was their support and enthusiasm for their friends' families and the accomplishments and achievements of others. We shared many life events together including celebrations and sorrows through the years. Every event and gathering was important to John Wilson whether scheduled and planned out, or ones that were unexpected and spontaneous, and these tended to be due to some sad occasions. John was always there to offer comfort and compassion, as well as lending a hand to help with logistics and arrangements without even being asked.

To me, the hallmark of John Wilson was when our daughter graduated from college from a West Coast university when we were living in the Boston area. John and Leslie Wilson graciously opened their home to our family and hosted a graduation celebration for us, our extended family who were visiting for the family graduation, and some of the Wilson's friends in

at the area.  And it was hosted on a fitting day of the year, Father's Day, so we were able to honor and celebrate the model father that John Wilson is to his children and others of who were there and blessed to be fathers as well.

John Wilson always wants his friends to be comfortable and happy.  John would sometimes plan outings that were often small trips and sometimes larger gatherings of family and friends. John loved to be the host and have some surprises to add to the festivities of these events.  It was his sincerity and warmth that drove him to be such a person when hosting events.  He took great pleasure in observing the happiness and cheer that this brought into other people's lives.

In the closeness of his own family, we observed the graciousness of John Wilson and how he loved to bring small pleasures and surprises into the lives of his own children.  It was the simple pleasures of life that drove John Wilson's efforts and intentions.  While living overseas during his business career, he would return from trips with his suitcases full of treats for his children including their favorite boxes of American cereals that were not readily available in the markets in the European city where they lived.  His children took nothing for granted with their father, so were marveled and surprised at his efforts and creativity to bring them pleasure for breakfast.

John Wilson is a devoted father, husband, and friend.  I have first hand knowledge and observations of John's character in each of his these roles. John is honorable, trust worthy, loyal, dedicated, gracious and generous.  He is a good citizen and brings warmth, kindness, love and compassion to everyone who has the pleasure of calling John father, husband and friend.  I trust John Wilson and know that he is a man of his word and good intentions.

Respectfully submitted, sincerely,

Kristin K. Hughes

35

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

November 6, 2021

Dear Judge Gorton,

I am honored to be able to write this letter for John Wilson who has been my close friend and neighbor for over 25 years.

In short, I know John well and I know him to be an exceptionally kind and generous man who is unusually helpful and deeply thoughtful of others feelings.

As a friend he has always been there for me and my family to lend a helpful ear in times of emotional distress or to help me with business tactics and strategies that would not only help my practice but be beneficial and helpful to my employees and patients.

There were a number of times following my painful divorce when I called John and he would meet me anytime anywhere to listen to me and offer helpful suggestions. In addition to lending a sympathetic ear to help cheer me up, he would generously give me tickets to a baseball game or a basketball game just to get me out of the house and distracted from a very difficult and painful experience.

I have seen him generously put all of his less fortunate nieces and nephews through college ...full boat ... without ever asking for anything in return.

He has been a mentor and role model for my son from coaching him in baseball and scouts to the many times they have talked about life, and by demonstrating through action how to be an upstanding member of one's community, a fair and considerate businessman, and a dedicated father.

John is also deeply committed to his community.  He not only donates substantial money to local fund raisers for the homeless or for local education projects but spent an inordinate amount of time coaching baseball teams for community youth as well as being the local scoutmaster for the Cub Scouts for many seasons.

As you are probably aware, he was extremely active as a member and then the president of Cure Autism Now which was the premier fund raising and awareness organization for this serious disease which is becoming epidemic. He does this without having a child or a family member with autism.

I could give many other examples of his kindness and generosity but I know that you have many letters to read.

I am proud to call John my friend and we can only aspire to be as kind and generous as he has been and continues to be.

Sincerely Yours,

Mark Mandel MD

November 16, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Nathaniel Gorton:

I am writing on behalf of John B. Wilson.  I ask for a lenient sentence

I have known John for over 25 years and value him as a close personal friend. Over these years I have had the pleasure of enjoying John's keen intellect, great sense of humor, exceptional hospitality, and steadfast ethical standards on all topics from family to politics to business, etc. I have also had a front row seat on his devotion to his family and raising his children with a strong moral compass.

John is a man "from nothing" whose hard work, intellect, and drive overcame childhood challenges resulting in his becoming an exceptionally successful businessman, loving father, and devoted husband. It is a shame that he is now embroiled in the "Varsity Blues" scandal convicted of wrong-doing that he steadfastly refutes and will fight to the end to reclaim his and his family's reputation.

I first met John and his wife, Leslie, socially in Wellesley, MA, through a mutual friend. Our friendship grew over golf outings, fishing and sailing, holiday events, various friends' anniversaries, and major family events such as the birth of a child. Our friendship continued when John and his family moved to Hillsborough, CA.  My wife and family would visit and of course see them when they summered back east in Hyannis Port. Our friendship has been continuous and binding as life's accomplishments, challenges and setbacks occurred.

John's early personal life history is quite compelling and a testament to his character. Abandoned by his father, dyslexic, and with a stutter, he was made fun of in school and would skip 1st grade school classes to be with hobos down by the railroad tracks who treated him with respect and compassion.  His life turned around when his mom remarried a military man who put John into a dyslexic remedial program that worked and put John back in school. Nonetheless, it still wasn't easy going for John as he, beginning at age 12, picked tobacco literally on his back in Connecticut during the summers to earn money. John's educational accomplishments must be known and noted: RPI engineering school followed by Harvard Business School. What an accomplishment. John's business career and success is even more astounding.

I respectfully request the Court take into consideration the challenges and accomplishments of John's life in his sentencing.  John is an exceptional man, father and friend.

Respectfully,
/s/ Thomas Fitzgerald
4801 Island Pond Court
Unit 602
Bonita Springs, FL 34134

November 15, 2021


Nathaniel M. Gorton

Judge, U.S. District Court of Massachusetts

John Joseph Moakley U.S. Courthouse

One Courthouse Way, Suite 2300

Boston, MA  02210


Dear Judge Gorton,

I am writing a character reference letter of support for John Wilson, at whose trial you have presided. I do so of my own volition; I stand behind the veracity of my words put forth herewith. I speak only for myself.

I and my husband, Tom Fitzgerald, lived in and raised our three now-adult children in Wellesley – a community I knew well, having been raised there myself since my birth in 1955. As a fulltime working mother, I found Wellesley provided the amenities and services that made the whole work-life balance proposition possible, including – for me – an excellent public school system, an effective democratic town governance model, cultural/religious diversity, and – critical for me -- an easy commute in and out of Boston, where I have worked since 1977.

John and Leslie Wilson were a couple whom we came to know through extended-neighborly introductions.  The Wilsons' hospitality and friendship, extended to Tom and me, were never anything but gracious and generous in spirit.  I came to know and appreciate them – uniquely and as a couple -- and they were active in strengthening the underpinnings of any family-oriented community and (more expansively) engaging with and supporting numerous nonprofit institutions, both local and within Greater Boston (and then beyond, when they moved from Wellesley to California).  I knew them to be good neighbors, active community citizens, caring philanthropists, and kind people:  to me, my family, my Wellesley "neighbors" and the work and "life" world, writ large.

As you know, John came from modest roots, and I always admired his careful determination to better himself, when the odds were stacked against him since birth.  His unique story was – to me – a marvel in perseverance, creativity, optimism, amazement, and then gratitude.  Never once did he ever express anything but abiding appreciation for the many kind mentors and the winds of good fortune that prevailed, in his favor, making for him the "American dream" possible and finally a reality.  His grit led to well-deserved professional attainment – worthy for what he was able to triumph over and then succeed at.

I have witnessed first-hand John's solid and irrevocable claim of enthusiasm for life and support for all with whom he has lived and worked.  He was and is a devoted husband, father, and friend.  Consistency, candor, honesty, and loyalty are hallmarks of the man I came to know over two+ decades.

On a personal level, he and I sought each other out as table-partners at various dinners (intimate, larger-social, and charity-oriented) for he – like I – treasure the meatiness of robust discussions on vast and varied matters, some of which we agreed on, some of which we disagreed on (but agreed to disagree on …with equanimity).  We comfortably and collegially swapped roles as mentor/mentee, teacher/student, and occasionally as sparring partners.  In other words, what might be simple social gatherings became, for John and me, an invitation to remarkable debate and learning…wrapped in humor and bonhomie.

I share what I think is the uniqueness of our personal friendship, because – as a working mother/woman – I was less embedded in the daily-doings of a busy suburban community, and thus more engaged with the Wilsons on weekends (which sounds like a Sondheim song).  I came to know John on a different level, with our spirited debates about corporate governance, history, the markets, human nature, politics, religion/theology, arts and culture, anthropology, and systemic-you-name-it …all of these times of social reportage made our friendship different and illuminating.  He spoke often to me about the awesome responsibility when one is in a position of leadership – to lead with honesty, integrity, and distinction. John was a brilliant teacher and raconteur.  Such conversations that we shared showed me – widely and deeply – the "content of his character", his ethical underpinnings, and indeed his personal integrity.  I found him, in all these "areas", to the best of my knowledge, to be above reproach.

I can, of course, vouch only for my own witness to the "man in full" who I came to know and appreciate. Never once did I see him display anything other than fine character, good humor, a strong moral compass, a devotion to the wellbeing of his family (immediate and extended), and his determination to be successful – in order to best lead in business with distinction and to provide for his family…all of this with ethical integrity at the foundation.

John was and is smart, caring and kind. He is honest. He is forthright. He speaks to and lives into the calling to pursue the highest ideals with personal integrity as his "true north". I am grateful to have had such a generous friend and teacher in my life. Please do not hesitate to contact me, if I can be of further help with the continuation of jurisprudence in this case over which you preside.

Respectfully submitted,

Margaret Boles Fitzgerald

390 Commonwealth Avenue, Apt. 307

Boston, MA  02215

margaretbolesfitzgerald@gmail.com

Mobile:  781-697-4115

Peter Harris
175 Gloria Circle
Menlo Park, CA 94025

December 29, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210
USA

Dear Judge Gorton,

John Wilson, his wife Leslie, and their children have been family friends for more than 25 years. Initially introduced by common friends here in Northern California, my wife Jan and I have spent positive happy times together with them, in deep discussions on an array of substantive issues, watching our children's grow, at athletic events, dining as families, and visiting in each other's homes.

In every interaction John has reflected intellect, kindness, and responsibility. Knowing that I have been a CEO for more than 30 years and in 5 companies, our conversations often turned to business and primarily leadership values and skills. I have grown to admire and respect John's expressed views and opinions as clearly those of a talented, brilliant, driven, caring and successful Senior Executive and investor. I feel that he has given me the gift of lessons from someone who not only is successful, but a man who got there by doing the right things, by "doing good".

A very self-aware person, in our interactions John has led with his giant heart, openness, personal vulnerability and high standards. I cannot remember a moment in which he did not role model honesty and integrity in analysis, thought process, comment or action. His kindness, giving and caring for others are legendary. On multiple occasions I observed John doing things to help others even if it meant not maximizing what most benefited his personal experience. His philanthropic work on Autism is just one example of a man who has consistently donated his time and money in making a difference in the world. When our son was killed in a terrible boating accident 6 years ago, John was one of the first to be there for us.

In conclusion, I want it to be clear that the man I know as a friend is a terrific person who has demonstrated with me that he is rooted in caring for others and who has shown over and over that it is important to help and support those in the community and society more broadly.

Peter Harris

42

**Peter McLaughlin**
**50 Regent Circle**
**Brookline, MA 02445**
**+1-239-398-2698**

January 24, 2022

The Honorable Judge Nathaniel M. Gorton
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts, 02210

Re: Character Reference for John Wilson

Dear Honorable Judge Gorton:

It is without hesitation that I write to you on behalf of my friend, John Wilson.   I humbly ask for your understanding and lenience toward John in the matter before you.

I have known John for over 25 years.  He and his wife Leslie have been exceedingly kind and generous to me and my family.

When my wife, Maria, endured the battle and succumbed to cancer, John and his family were gracious to my family, easing our grief in a meaningful way.  John and his wife Leslie opened their home to my family on the weekend of Maria's funeral, providing a comfortable and welcoming refuge during our mournful time.  Additionally, at Thanksgiving after Maria's passing, John and Leslie provided their house to my family to gather in a place dear to Maria.

As a single father raising twin boys, I relied on neighbors in our village to help me raise them.  When the boys were studying for their boating captain's license, John offered to provide a boat for them to learn with hands-on experience.

Thank you for your consideration of my words as you make decisions regarding John's case.

Sincerely,

Peter McLaughlin

43

E. James Hutchens
69 Longwood Ave.
Hyannis Port, MA 02647


January 5, 2022

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210
Dear Honorable Judge Groton:


Dear Honorable Judge Groton:

I am writing you as a character reference for John Wilson. Our families are neighbors in Hyannis Port, MA and I have known John for more than 25 years. 15 years ago my family visited the Wilson's at their home in California and more recently, my wife visited the Wilsons when John and Leslie lived in Amsterdam. We often entertain each other in our homes; we are social friends.

John is aware of his business success, but presents himself as a friendly humble person. He has a history of providing for others whether within his family or the greater community. In our small family community John has been a constant support to keep people safe and provide fun activities for the young people at both the pier and the beach organization. At the pier, for example, he provided significant amounts of safety equipment over the years - things like dock bumpers, bilge pumps, battery jumpers and hand pumps (to bail boats) to help community boaters in need. A few years back he also joined with a few others to purchase a Barnstable Harbor Patrol boat for the marine authorities to use to patrol the harbor. Beyond financial support, at the beach club John's efforts to support all the children in the community is also notable. The hours of effort he would spend creating games and treasure hunts over the years is still a topic of conversation today. It's a special person who has the talent and insight to create multiple games for different age groups beyond the ages of his own children.

John is looked up to, others come to him for advice, support and guidance. He has the highly unusual combination of corporate executive leadership experience and expertise and basic decency and humility. This combination makes him extremely helpful and approachable to others. There are many stories both big and small. For example, I have reviewed my start-up company plans for my early stage medical companies for his input. One personal example stands out for me to this day. It's a small, but powerful example of how Johns caring and

willingness to help make a difference wherever he can really impacted me. When my daughter was married five years ago I had spent hours and hours preparing my toast to her. John was the only person I knew I would be comfortable enough to share my toast with for practice and respected him enough to obtain his advice. His two key observations helped clarify the message that I was trying to say and his encouragement calmed my nerves. I know it seems small but this one simple example characterizes who John Wilson is; A caring man always willing to listen and do what he can to help others.

Within our community John enjoys entertaining and for years has opened his home to the community especially on the Fourth of July and Thanksgiving. The members of the Hyannis Port community benefit from John's generosity but most importantly so do many others including those he has worked with from around the world. He not only invited many of these people to the U.S. but paid for the trip making possible the dream of a lifetime for many of these people and their children. He remembers his difficult background and the odds he has overcome.

John is a loving, caring father who wants only the best for his family, friends and other relationships he has built over the years. I'm more than happy to share this information with you. Thank you.

E. James Hutchens

**John A. Schneeberger**
**56 Longwood Ave.**
**Hyannis Port, MA 02647**

**November 16, 2021**

**Honorable Judge Nathaniel M. Gorton**
**U.S. District Court, District of Massachusetts**
**John Joseph Moakley U.S. Courthouse**
**1 Courthouse Way, Suite 2300**
**Boston, Massachusetts, 02210**

**Dear Judge Gorton:**

**I am delighted to have the opportunity to provide a character reference for my good friend John Wilson. I have known John since 2000, the year he purchased a home in Hyannis Port. We became very close friends and see each other often.**

**John's contribution to our community is immense. For two decades he has been a unifying force for the families of Hyannis Port. During much of this time John worked from home, enabling him to spend an extraordinary amount of time with his children. He is a hands-on caring parent. His actions strengthened family ties and enriched our community. This was especially true for the children of Hyannis Port. As his son Johnny and my daughter Katie are the same age and good friends, I personally observed John's contributions.     During the summer, we would see each other many times. Almost all of these**

encounters involved John doing something for the families and children of Hyannis Port.  He was so generous with his time.

John was a children's activity ringleader! All the kids in the neighborhood flocked to his house. The question was always "what's Mr. Wilson going to do today?" He would organize an activity and run it from start to finish, personally being involved every step of the way. These events included boat trips, outdoor movies, treasure hunts, pirate sailing races, Halloween in August, and swimming meets. He was inclusive of everyone. Friends of your friends were always welcome. Some of his specific contributions include:

- His 4th of July party welcomed all in the community to his home – it became a wonderful family event.
- He hosted families and children on hundreds of boat trips to neighboring islands and special swimming places.
- He organized and ran the annual "pirate sailing race".
- He would organize and lead the children around the town during "Halloween in August".
- He hosted outdoor children's movies.
- He would take children out to his Lobster traps to experience catching a lobster.
- One summer John purchased a large treasure chest. He filled it with candy and toys, buried it on the beach and then led a large group of children on a three hour hunt. He established clues and took them all over the town, totally involved, helping them along the way. When they hit a dead end, he encouraged them to keep going and get to the prize. The children who participated are still talking about this year's later.  John was all about making it fun for the children. It's part of his DNA.

In the past twenty years no other member of our community has done more for the families and children of Hyannis Port than John Wilson.

I know John as a friendly caring man full of generosity and love for his family and friends.  John contributes so much more than he takes, he has enriched our community. I am lucky to have him in my family's life.

Sincerely

*John A. Schneeberger*

John A. Schneeberger

# JAMES P. SHAY

November 30, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Honorable Judge Gorton-

In advance, thank you for your time and consideration in reviewing my letter regarding John
Wilson.

My family has known John, and his wife Leslie, for more than 20 years. My family spends its
summers in Hyannis Port. My mother and father purchased their home in Hyannis Port in 1975,
when I was 12 years old. Now, my sister, my two brothers and I all have homes there.

John and Leslie came to Hyannis Port when their son Johnny was a toddler.

From the start, John and Leslie proved to be devoted community members and they sought to
contribute greatly to the community.

The Wilsons opened their home to the entire village and provided a second home for many of
the neighborhood children.

In 2002, John and Leslie welcomed their twin daughters Courtney and Mamie. Our daughter
Sophia was born that same year. A number of families also welcomed new babies that year,
nearly ten babies in all.. The 2002 kids all bonded in a special way in these early years; they
became known as the "2002's." In 2020, when these kids were to have graduated from high
school, we were in the midst of the pandemic. That summer, John and Leslie hosted an
in-person, outdoor, safe-distance graduation for these kids, complete with diplomas.

12/02/2021  18:36   5084908624          JIM SHAY                                    PAGE  02/02

One anecdote helps illustrate who the Wilson family and John really are.  On a July day in 2013, our 11 year old daughter Sophia was abruptly dropped by her friend group; she went from having 10 friends to having two. Kids who were her closest lifelong friends abruptly stopped calling. As is so often the case in these situations, there were one or two kids leading the way. For a time, a couple of parents tried to intervene, but their attempts were futile. The rest of the parents seemed to ignore the fact that our kid was no longer present and never thought to ask anyone why. The effect for our daughter and for our family was chilling and devastating. If Sophia confronted a friend to ask why this was happening, they turned their back on her. We once hosted a meeting of the group to try and get to the bottom of it all, but in the end it was clear, our daughter was out.

Had it not been for the Wilsons, Courtney and Mamie, and for John, and his family's kindness, consistency, generosity, and warmth; I don't know where our child's devastating loss would have led. The overall effect on our child has, to this day, forever altered her young life. The one constant in Hyannis Port for our daughter has been John, and his family. It made an enormous, incalculable difference for our daughter and for our family.

We are eternally grateful to John and to his family for their gestures of selflessness and kindness.

You may be aware of John's business acumen, and his kindness and generosity illustrated in other ways. I hope this small personal story will illustrate the personal side of John.
This case and the publicity surrounding it have had a devastating impact on John and his family. The sense of isolation that accompanies all of this is unimaginable. When my own family was feeling a deep sense of isolation and betrayal the Wilsons were there for us. It is my hope that this letter to you will help John and his family get beyond this aberration in his life of goodness and generosity.


Sincerely,

James P. Shay.

50

**Frank J. Donovan**
**Carlotta Ave.**
**Hyannis, Ma. 02601**

**January 04, 2022**

**Honorable Judge Nathaniel M. Gorton**
**U.S. District Court, District of Massachusetts**
**John Joseph Moakley U. S. Courthouse**
**1 Courthouse Way, Suite 2300**
**Boston, Massachusetts, 02210**

Dear Judge Gordon,

I am writing to you as a character reference of John B. Wilson.

My name is Frank Donovan, General Contractor, Property Manager and Caretaker.  I first met John in 2012.   John hired me as a craftsman carpenter to work on numerous unique projects on his property in Hyannis Port.  These projects required considerable time and collaboration with John to ensure proper completion.  That was the beginning of our relationship.  We always began a project with the goal of using local community services and subcontractors.   His thoughts on this matter represented to me that he had a sense of fair play to his community.   Working together in this manner, I developed an understanding of the man.  He always made it a priority to take the time and the attention required for me and others to understand his expectations of any given project. His calm and patient demeanor made it easy to communicate.

 It is through these efforts, that I developed a relationship of trust and value with John.   I must say I liked the man from the very start.  It was not long before I was given the responsibility of the master key and security codes of the

estate and became involved in the day-to-day workings of managing most of all the property up grades and maintenance task.  Working for John and his family is a responsibility I'm proud of.

Through these eight years I have witnessed displays of integrity, generosity, and the genuine attention he gives to all that engage him.

He is first and foremost a dedicated family man.  For all those that know him, this needs no mention.

As for generosity, good deeds are just in his nature.

A northeaster hit the Cape hard some months ago.  Most of the Cape was without power for several days.  John's property had power.  John contacted neighbors and everyone who service the property.   John told us we were welcome to store any perishables in his freezers.   This small of act of kindness resulted in saving several of us considerable cost.

This past summer, he helped two Mass Maritime Academy students who had internships at the local marina. They were from out of state and found themselves in a bind for housing.  Cape housing is pretty hard to come by in season.

John gave these young men the opportunity to move in to the guest house, so that they may finish out their final semester.

At the same time, Covid regulations required all students to remote learning. So as well as housing these gentlemen,  John upgraded the guesthouse wi-fi system and added new modems to aid these students. They were very lucky there was a guy like John around.

If you knew him, I have no doubt you would have witnessed much of the same behavior. I respect John greatly and admire his "do the right thing" attitude.


**Sincerely,**

**Frank Donovan**

Carrie Nicholson
99 Pawtuxet Road
Plymouth, MA 02360
508-514-0658
sixnichs@gmail.com

November 25, 2021

To: The Honorable Judge
Nathaniel M. Gorton
U.S. District Court, District of MA
John Joseph Moakley US Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Your Honor:

I, Carrie Nicholson, am honored to write this character reference for John Wilson. I have known the family of John Wilson since 2017. Over these years, I have built a friendship with John, his wife, and three beautiful, intelligent, well rounded children. I have witnessed John as a devoted family man. In my interactions, while visiting their home, it is quite evident his children are the forefront of his mind. When visiting their home, John is often playing a game of chess, working on another puzzle, trying a new ice cream flavor, or playing a cooperative game with his family. John has an uplifting and encouraging spirit, and great sense of compassion for the world. John prevails as an honorable father and friend to me.

John, and his wife, freely offer their time with me. John has given me guidance and advice on my children's job interests. This was a familiar topic, as their twins are similar age to my children. John has also shared his knowledge with me concerning the subject of real estate. His advice consistently derives from an honest and fair perspective.

John mentored me on a business endeavor I had in mind. His enthusiastic, non-judgmental qualities gave me hope and courage to try something new. His continued positive inputs provided me the confidence I needed to pursue this endeavor.

John's generosity is something I aspire. During the summer John often offers my children his electric bicycles to ride for another Cape Cod adventure. My children are thrilled with John's offer. It has often appeared to me, John is thoroughly content in making someone's day, especially that of a teenager.

I have been blessed knowing this kind and generous man. John's moral character is one that I will always admire.

Sincerely,

Carrie Nicholson

December 30, 2021


Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Honorable Judge Gorton,

My name is Nicholas W. Lazares and I am a retired lawyer and banker. I have known John
Wilson for over 20 years, having met him in HyannisPort where we both summer with our
families. John has always been kind, earnest and reliable as a friend. He has been extremely
generous with his time and his resources, as can be attested by almost everyone in this small
and tight knit community.

John had an extremely challenging childhood. He overcame substantial obstacles to achieve
great success through education, hard work and dedication to helping others to succeed. I
happened to be in Europe with John and our families when he excused himself from a pleasant
family time to take an important business call from a young business colleague who was dealing
with a difficult situation. Under the same circumstances, many senior executives would have
been dismissive of a subordinate who could not handle what sounded to me like a routine
challenge. Instead John listened patiently, responded compassionately and coached his young
colleague along in a most supportive manner.

John is one of the smartest business people I have met. Most people at his level of success are
"too busy" to spend time helping others to work through difficult business issues. John has on
many occasions made time to offer me the benefit of his experience and wisdom in working
through some very complicated business problems. Interestingly, his advice is never purely
financial or strategic. He has a deep understanding of the human side of business issues as
well. I believe that is one of his greatest strengths.

John cares deeply about his friends and family. He wants all to succeed personally,
scholastically and professionally. His desire to help his children achieve academic goals is very
understandable, particularly in light of his own life experiences. Each of his children is very
capable and accomplished and could no doubt have gained admission to very fine colleges
without any help. As I understand the facts of this case, John did not attempt to distort or
exaggerate their accomplishments. Rather, he did what many parents of means do. He offered
financial support to the institutions that his kids were interested in. It is common knowledge that
college development departments routinely solicit donations with a tacit understanding that it
might help in the admissions process. We don't have to like it, but that's just the way the system
works. John never thought he was doing anything out of the ordinary and simply thought he was
doing what he could to help his kids achieve success.

I humbly ask that you consider John's good deeds and pure intentions in considering his sentence. Thank you for your kind attention.

Sincerely,


Nicholas W. Lazares

**Kerry Kennedy**
P.O. Box 508, Hyannis Port, MA 02647

Honorable Judge Nathaniel M. Gorton
District Judge, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Mass. 02210

Dear Judge Gorton,

I am writing this letter to provide a character witness statement for John Wilson of Lynnfield, MA.

I met John and his wife Leslie shortly after they moved into the house next door to my grandmother's home in Hyannis Port, Massachusetts. Hyannis Port is a small community of 220 houses within a 2 square mile footprint. Most of my family lives in a cluster of homes abutting the Wilson property. My house is a few blocks away.

A community that is so closely knit might seem hard to penetrate. But from the very start, John became a welcoming force. He invited the entire neighborhood to his house for innumerable community events, from his annual Fourth of July dance to movie nights broadcast on a professional sized screen next to his house. Early on, John and Leslie became fully engaged in the community swimming program, underwriting, purchasing, and handing out the prizes for all the neighborhood kids. John's efforts transformed the program from a sleepy side show to the one of the main events of the summer.

I reached out to John for many years, asking for his help with our annual golf tournament benefitting Robert F. Kennedy Human Rights. John was generous, donating his home or giving us a much-appreciated discount for rental, which made our job easier and our workflow more fluid. We have been in the community for nearly 100 years, and no one has gave their home year after year after year to the cause, as John did.

One incident stands out to me as truly reflective of John's goodness. A few years ago, just as I was releasing our small sailboat from the mooring, a sudden gust arose, and through the tangle of lines and a few novice sailors, we quickly found our bow wedged between the two hundred plus horse-power propellers of John's motorboat. Head slung low, I made my way back to the dock and down John's driveway. Standing at the front door ringing the bell, I dreaded having to explain the damage done- and the terrible inconvenience of losing precious days on the water for John and his family at the height of summer. John could not have been more understanding. He was completely dismissive of apologies and made the entire episode not one of well-deserved umbrage, but ease and cheer and delight at being good neighbors. That kind of generosity of spirit is why John is beloved in our community.

John has a lot to give to the community at large, and I hope you will consider the many good things he has done and will continue to do, as the case moves forward.

Sincerely,

Kerry Kennedy

Kerry Kennedy

56

**Christopher B. Barker**
**84 Wildwood Drive**
**Needham, MA 02492**
**(cbarker@goodwinprocter.com; 617-549-9982)**

December 31, 2021

Honorable Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: John B. Wilson

Dear Judge Gorton:

I am writing to you as a character reference for John B. Wilson. My wife and I have known John and his wife Leslie since 2011 when we purchased a summer home in Hyannis Port, Massachusetts, where the Wilsons have had a summer home for many years. John was one of the first people in Hyannis Port to reach out to us and welcome us as a new neighbor. Hyannis Port is a fairly insular community, with many families having been in Hyannis Port for generations, and John and Leslie hosted a cocktail party and a couple of small dinner parties to introduce us to others in Hyannis Port, which made us feel welcomed and got us off to a great start in the Hyannis Port community.

We also have gotten to know John and Leslie's children very well over the last 11 years. John is a loving, attentive and supportive father, including during the difficult period when he was based in Amsterdam as CEO of Staples Europe while his children stayed in California to finish high school under his distant but watchful eye. His children have turned out to be thoughtful and diligent young adults.

John is well-known in Hyannis Port for opening his home to others, including his Cape Cod neighbors and people from all walks of life with his former employer Staples. We have learned first-hand that John is very generous with both his time and his support of others less fortunate than him, including philanthropic causes, and would like to convey to you that aspect of his character.

We have a personal and special connection with John's charitable efforts. My wife and I have a 33 year old daughter, Alison, who is at the severe end of the autism spectrum; Alison is non-verbal, suffers from a serious seizure disorder, and cannot dress herself or perform other activities of daily living without around the clock care. John has known of Alison's autism disability for a number of years, but his modesty prevented him from mentioning to us his extensive involvement over many years with autism-focused charitable organizations, which we only learned of recently from another source. In the early 2000's, John was a voluntary member of the board of Cure Autism Now ("CAN"), a major autism charity. John, with his razor-sharp

business acumen, foresaw meaningful benefits in combining CAN with Autism Speaks, the other major U.S. autism charity, in terms of messaging, fund raising, reduced overall administrative expenses and other efficiencies, all of which would benefit individuals with autism and their families. John proposed to the CAN board that they approach Autism Speaks about a business combination to create a global autism-focused charitable powerhouse. John was given the go-ahead to pursue a merger with Autism Speaks, and he sold that vision to the Autism Speaks board and then led the successful negotiation of that merger over many months. His vision turned out to be prophetic as Autism Speaks is now the preeminent autism charity in the world, with significantly more outreach and higher fund raising and research funding than the separate charities had prior to their merger. Following the merger, John was welcomed to the Autism Speaks board, on which he served for many years and spearheaded material fund raising events in California and New York.

We also have seen first-hand John Wilson's appreciation and generosity towards his employees with Staples. John on numerous occasions would invite large groups of employees from all levels of the company to his home in Hyannis Port, where he would entertain them with dinners and trips to Nantucket on hired boats to recognize them for their commitment and hard work. Seeing a group of 30 or more people of all colors from numerous countries walk down the Hyannis Port pier to get on captained boats for a summer day on the water could only mean that John Wilson was hosting another event!

Over the last 11 years I have come to know John as an incredibly focused, energetic, intelligent and kind individual who has achieved much in his life professionally and personally. But he also has been and continues to be generous, philanthropic and caring and regularly puts the interests of those less fortunate than him ahead of his personal interests.

Very truly yours,

Christopher B. Barker (Retired Partner, Goodwin Procter LLP, Boston, Massachusetts)