| | |
|---|---|
| **From:** | Sharon DeAngelis <████████████████████> |
| **To:** | Debbie Rogers <debbie@hyannisportcapital.com> |
| **CC:** | John Wilson <john@hyannisportcapital.com>;John Wilson <John_Wilson@external.mckinsey.com> |
| **Sent:** | 9/28/2018 11:32:04 AM |
| **Subject:** | RE: FLIGHT DELAYS THIS MORNING |

I guess coming from the West wasn't an issue.  Anyway, Jon is currently scheduled to arrive BOS around 1:37pm, about a half hour later than originally planned.  That's the story as of now.  Will keep you posted!

**From:** Debbie Rogers [mailto:debbie@hyannisportcapital.com]
**Sent:** Friday, September 28, 2018 11:13 AM
**To:** Sharon DeAngelis ; John Wilson
**Subject:** [EXT]RE: FLIGHT DELAYS THIS MORNING

Hi Sharon…John's flight appears to be arriving early.

**From:** Sharon DeAngelis [████████████████████]
**Sent:** Friday, September 28, 2018 8:06 AM
**To:** John Wilson; Debbie Rogers
**Subject:** FLIGHT DELAYS THIS MORNING
**Importance:** High

Hi there.  Not sure if John's flight is going to be affected but, Garcia's is 36 mins late right now.  Estimated arrival time to BOS is now 1:35pm.  As long as things don't get worse, ==I imagine we can move forward with the original plan, maybe just skipping the "iced tea"== �

I'll keep y'all posted.  Please do the same.  Thanks!



**Sharon DeAngelis**
Executive Assistant to Jon Garcia
M: ████████████

+========================================================================+
This email is confidential and may be privileged. If you have received it
in error, please notify us immediately and then delete it. Please do not
copy it, disclose its contents or use it for any purpose.
+========================================================================+
+========================================================================+
This email is confidential and may be privileged. If you have received it
in error, please notify us immediately and then delete it. Please do not
copy it, disclose its contents or use it for any purpose.
+========================================================================+