## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JOHN WILSON,<br><br>           Defendant. | No. 1:19-cr-10080 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.5.3(e)(2), the undersigned counsel of record hereby moves for the admission of Jacob M. Roth *pro hac vice* in this matter on behalf of John Wilson. The undersigned counsel, Michael Kendall, who is a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, will continue to represent John Wilson if this motion is granted. Pursuant to the Local Rules, this motion is accompanied by the affidavit of Mr. Roth.

Dated: February 25, 2022

Respectfully submitted,

*/s/ Michael Kendall*
Michael Kendall (BBO # 544866)
WHITE & CASE LLP
75 State Street
Boston, MA 02109
Telephone: (617) 979-9310
michael.kendall@whitecase.com

*Counsel to John Wilson*

2

## CERTIFICATE OF SERVICE

I, Michael Kendall, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the attorneys of record of each party.

*/s/ Michael Kendall*
Michael Kendall