UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN WILSON,<br><br>                                   Defendant. | Criminal No. 19-10080<br><br>Hon. Nathaniel M. Gorton |

### DEFENDANT JOHN WILSON'S NOTICE OF APPEAL

Defendant John Wilson appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on February 18, 2022.

| | |
|---|---|
| February 25, 2022 | /s/ Noel J. Francisco |
| Michael Kendall (BBO# 544866)<br>Lauren M. Papenhausen (BBO# 655527)<br>WHITE & CASE LLP<br>75 State Street<br>Boston, MA  02109-1814<br>(617) 979-9310<br><br>Andrew E. Tomback (*pro hac vice*)<br>MCLAUGHLIN & STERN, LLP<br>260 Madison Avenue<br>New York, NY  10016<br>(212) 448-0066 | Noel J. Francisco (*pro hac vice*)<br>Yaakov M. Roth (*pro hac vice*)<br>Marco P. Basile (*pro hac vice*)<br>Harry S. Graver (*pro hac vice*)<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, DC  20001<br>(202) 879-3939<br>njfrancisco@jonesday.com |

*Counsel for Defendant John Wilson*

## **CERTIFICATE OF SERVICE**

I, Noel J. Francisco, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the attorneys of record of each party.

*/s/ Noel J. Francisco*

Noel J. Francisco