# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. John Wilson

District Court Number: 19cr10080-NMG-17

Fee: Paid? Yes _X_ No ____  Government filer ____  *In Forma Pauperis* Yes ____ No ____

Motions Pending     Yes ____ No _X_
If yes, document # _____

Sealed documents    Yes _X_ No ____
If yes, document # (see attached addendum)

*Ex parte* documents    Yes _X_ No ____
If yes, document # (see attached addendum)

Transcripts    Yes _X_ No ____
If yes, document # (see attached addendum)

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent _X_  Other: ____

Appeal from:
#2536 Judgment

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#2536 and #2552

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __2552__ filed on __February 25, 2022__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __February 28, 2022__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

**SEALED DOCUMENTS:**

382,383,714,728,778,896,897,902,920,921,931,954,955,956,957,958,998,1018,1051,1083,1084,1089, 1090,1091,1092,1093,1094,1099,1109,1110,1119,1161,1178,1203,1204,1205,1210,1212,1270,1305, 1308,1347,1348,1357,1358,1381,1400,1431,1433,1453,1458,1500,1510,1528,1532,1545,1547,1558, 1564,1567,1569,1572,1583,1589,1590,1592,1598,1599,1600,1601,1602,1603,1604,1605,1606,1607, 1608,1609,1610,1611,1612,1613,1619,1628,1630,1633,1641,1650,1652,1663,1668,1674,1678,1710, 1711,1712,1715,1764,1765,1769,1780,1790,1891,1928,1963,1964,1968,1971,1991,2001,2004,2015, 2018,2030,2031,2041,2049,2056,2058,2059,2060,2061,2062,2063,2096,2117,2132,2136,2137,2145, 2156,2162,2172,2181,2182,2192,2193,2194,2195,2196,2197,2198,2205,2206,2212,2215,2226,2227, 2264,2283,2287,2293,2293,2305,2306,2337,2367,2525,2537,2554

**EX PARTE DOCUMENTS:**

714,728,896,897,902,920,921,954,955,956,957,958,1089,1090,1091,1092,1093,1094,1109,1110,1203, 1204,1212,1381,1453,1528,1532,1558,1569,1590,1598,1599,1600,1601,1602,1603,1604,1605,1606, 1607,1608,1609,1610,1611,1612,1613,1628,1630,1641,1650,1663,1710,1711,1712,1764,1765,1780 1963,1964,2018,2030

**TRANSCRIPTS:**

320,373,396,578,838,914,1096,1159,1210,1427,1433,1668,1769,1915,2108,2338,2387,2388,2389, 2390,2391,2392,2398,2399,2400,2401,2402,2403,2404,2405,2406,2407,2413,2425,2426,2427,2254