## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 19-10080-NMG |
| | ) |
| JOHN WILSON and | ) |
| GAMAL ABDELAZIZ, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF NON-OPPOSITION

The government respectfully withdraws its opposition to the motions of defendants John Wilson and Gamal Abdelaziz for bail pending appeal. [D.2565, 2567]. The government submits that the defendants have failed to meet their burden of proving that their appeals will raise a "substantial question" of law or fact that is likely to result in reversal or an order for a new trial on all counts on which imprisonment was imposed. *See United States v. Bayko*, 774 F.2d 516, 522-23 (1st Cir. 1985). Nevertheless, given the current timeline for resolving the defendants' merits appeals—which have already been filed—the government no longer believes it necessary to expend additional Court and government resources to address the bail issue.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:    /s/ Ian J. Stearns
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
STEPHEN E. FRANK
IAN J. STEARNS
Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for the defendants.

                        By:    */s/ Ian J. Stearns*
                                IAN J. STEARNS
                                Assistant United States Attorney