UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>JOHN WILSON,<br><br>      Defendant. | No. 1:19-cr-10080 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Under Local Rule 83.5.2(c)(1), attorney Marco P. Basile respectfully files this notice of his withdrawal of appearance on behalf of Defendant John Wilson.  Mr. Basile is departing Jones Day, which represents Mr. Wilson in this matter, on June 30, 2022 for an academic position.  Mr. Wilson will continue to be represented by the other counsel who have entered appearances in this matter.

Dated:   June 29, 2022                                  Respectfully submitted,

                                                                                        */s/ Marco P. Basile*
                                                                                        Marco P. Basile (*pro hac vice*)
                                                                                        JONES DAY
                                                                                        100 High Street, 21st Floor
                                                                                        Boston, MA 02110
                                                                                        (617) 449-6878
                                                                                        mbasile@jonesday.com

**CERTIFICATE OF SERVICE**

I, Marco Basile, hereby certify that on this date, June 29, 2022, I electronically filed the foregoing document with the CM/ECF system, which accomplishes service upon all parties to this action. The foregoing document is available for viewing and downloading from the ECF system.

*/s/ Marco P. Basile*
Marco P. Basile