# United States Court of Appeals
## For the First Circuit

No. 22-1138

UNITED STATES,

Appellee,

v.

JOHN WILSON,

Defendant, Appellant.

---

**JUDGMENT**

Entered: May 10, 2023

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: John Wilson's conviction for filing a false tax return in violation of 26 U.S.C. § 7206(1) (Count Thirteen of the operative indictment) is affirmed, John Wilson's other convictions are vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Nathaniel M. Gorton, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Carol Elisabeth Head, Donald Campbell Lockhart, Kristen A. Kearney, Stephen Emanuel Frank, Justin David O'Connell, Alexia R. De Vincentis, Raquelle L. Kaye, Leslie Wright, Ian J. Stearns, William H. Kettlewell, Anthony E. Fuller, Debra Wong Yang, Andrew Neil Hartzell, Timothy Jeffrey Perla, Bruce M. Berman, George P. Varghese, William J. Lovett, Glenn A. MacKinlay, Mark David Smith, Payal Salsburg, Jeremy Michael Sternberg, Gordon P. Katz, Laura Diss Gradel, Jonathan M. Albano, Michael D. Kendall, Lauren M. Papenhausen, Noel J. Francisco, Jacob Roth, Harry Graver, Andrew E. Tomback, Elliott M. Davis, Scott A. Chesin, Robert T. Smith, Mary C. Fleming, Timothy H. Gray, Michael J. Iacopino, Kenneth E. Notter III, Justin Shur, Steven Francis Molo