UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN WILSON,<br><br>Defendant. | Crim. No. 19-10080-NMG<br><br>Hon. Nathaniel M. Gorton |

**DEFENDANT JOHN WILSON'S MOTION
FOR REASSIGNMENT UNDER LOCAL RULE 40.1(k)**

Defendant John Wilson respectfully moves the Court to reassign this matter, as is required under Local Rule 40.1(k), so that a new judge may promptly commence further proceedings. The attached memorandum in support is incorporated by reference.

June 29, 2023

| | |
|---|---|
| Michael Kendall (BBO# 544866)<br>Lauren M. Papenhausen (BBO# 655527)<br>WHITE & CASE LLP<br>75 State Street<br>Boston, MA 02109-1814<br>(617) 979-9310<br><br>Andrew E. Tomback (*pro hac vice*)<br>MCLAUGHLIN & STERN, LLP<br>260 Madison Avenue<br>New York, NY 10016<br>(212) 448-0066<br><br>Henry W. Asbill (*pro hac vice forthcoming*)<br>ORRICK HERRINGTON &<br>SUTCLIFFE LLP<br>2001 M Street NW, Suite 500<br>Washington, D.C. 20036<br>(202) 349-8000 | /s/ Noel J. Francisco<br>Noel J. Francisco (*pro hac vice*)<br>Yaakov M. Roth (*pro hac vice*)<br>Harry S. Graver (*pro hac vice*)<br>JONES DAY<br>51 Louisiana Ave. N.W.<br>Washington, DC  20001<br>(202) 879-3939<br>njfrancisco@jonesday.com |

*Counsel for Defendant John Wilson*

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, undersigned counsel certifies that he conferred with counsel for the Government in a good-faith attempt to resolve the issue presented by this motion, but the Government stated that it would not assent to reassignment under Local Rule 40.1(k) at this time.

/s/ Noel J. Francisco
Noel J. Francisco (*pro hac vice*)

*Counsel for Defendant John Wilson*

## CERTIFICATE OF SERVICE

I, Noel J. Francisco, hereby certify that on this date I electronically filed the foregoing document with the CM/ECF system, which accomplishes service upon all parties to this action. The foregoing document is available for viewing and downloading from the ECF system.

June 29, 2023

/s/ Noel J. Francisco
Noel J. Francisco (*pro hac vice*)

*Counsel for John Wilson*