# United States Court of Appeals
## For the First Circuit

No. 22-1138

UNITED STATES,

Appellee,

v.

JOHN WILSON,

Defendant - Appellant.

**MANDATE**

Entered: June 29, 2023

In accordance with the judgment of May 10, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jonathan M. Albano, Henry W. Asbill, Bruce M. Berman, Scott A. Chesin, Elliott M. Davis, Alexia R. De Vincentis, Mary C. Fleming, Noel J. Francisco, Stephen Emanuel Frank, Anthony E. Fuller, Laura Diss Gradel, Harry Graver, Timothy H. Gray, Andrew Neil Hartzell, Carol Elisabeth Head, Michael J. Iacopino, Gordon P. Katz, Raquelle L. Kaye, Kristen A. Kearney, Michael D. Kendall, William H. Kettlewell, Donald Campbell Lockhart, William J. Lovett, Glenn A. MacKinlay, Steven Francis Molo, Kenneth E. Notter III. Justin David O'Connell, Lauren M. Papenhausen, Timothy Jeffrey Perla, Jacob Roth, Payal Salsburg, Justin Shur, Mark David Smith, Robert T. Smith, Ian J. Stearns, Jeremy Michael Sternberg, Andrew E. Tomback, George P. Varghese, Leslie Wright, Debra Wong Yang