**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 19-10080-NMG |
| v. | Hon. Nathaniel M. Gorton |
| JOHN WILSON, | |
| Defendant. | |

**DEFENDANT JOHN WILSON'S MOTION FOR LEAVE TO FILE REPLY
IN SUPPORT OF MOTION FOR REASSIGNMENT UNDER LOCAL RULE 40.1(k)**

Under Local Rule 7.1(b)(3), Defendant John Wilson respectfully moves for leave to file a reply in support of his motion for reassignment (Dkt. 2684, "Mot."). A copy of the reply Wilson requests to file is attached as Exhibit 1. There is good cause for granting leave, because a concise reply would aid consideration of the arguments presented in the Government's opposition (Dkt. 2686, "Opp."), and would not cause any delay of the Court's proceedings or prejudice any party. Counsel for the Government takes no position on this motion.

July 3, 2023

| | |
|---|---|
| Michael Kendall (BBO# 544866) | /s/ Noel J. Francisco |
| Lauren M. Papenhausen (BBO# 655527) | Noel J. Francisco (*pro hac vice*) |
| WHITE & CASE LLP | Yaakov M. Roth (*pro hac vice*) |
| 75 State Street | Harry S. Graver (*pro hac vice*) |
| Boston, MA 02109-1814 | JONES DAY |
| (617) 979-9310 | 51 Louisiana Ave. N.W. |
| | Washington, DC  20001 |
| Andrew E. Tomback (*pro hac vice*) | (202) 879-3939 |
| MCLAUGHLIN & STERN, LLP | njfrancisco@jonesday.com |
| 260 Madison Avenue | |
| New York, NY 10016 | |
| (212) 448-0066 | |

Henry W. Asbill (*pro hac vice forthcoming*)
ORRICK HERRINGTON &
SUTCLIFFE LLP
2001 M Street NW, Suite 500
Washington, D.C. 20036
(202) 349-8000

*Counsel for Defendant John Wilson*

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, undersigned counsel certifies that he conferred with counsel for the Government in a good-faith attempt to resolve the issue presented by this motion.  The Government stated that it takes no position on this motion.

July 3, 2023

/s/ Noel J. Francisco
Noel J. Francisco (*pro hac vice*)

*Counsel for Defendant John Wilson*

**<u>CERTIFICATE OF SERVICE</u>**

I, Noel J. Francisco, hereby certify that on this date I electronically filed the foregoing

document with the CM/ECF system, which accomplishes service upon all parties to this action.

The foregoing document is available for viewing and downloading from the ECF system.


July 3, 2023

/s/ Noel J. Francisco

Noel J. Francisco (*pro hac vice*)

*Counsel for John Wilson*