UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN B. WILSON,<br><br>Defendant. | No. 1:19-cr-10080-LTS |

### DEFENDANT JOHN WILSON'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF EMERGENCY MOTION TO REVISE PRE-SENTENCING PROCESS AND SENTENCING SCHEDULE

Under Local Rule 7.1(b)(3), Defendant John Wilson respectfully moves for leave to file a reply of less than two pages in support of his motion to revise the pre-sentence process and sentencing schedule (ECF No. 2700). A copy of the reply Wilson requests to file is attached as Exhibit A. There is good cause for granting leave, because a concise reply would aid consideration of the arguments presented in the Government's opposition (ECF No. 2702), and would not cause any delay of the Court's proceedings or prejudice any party. The Government takes no position on this motion.

DATED: July 25, 2023

Respectfully submitted:

*Counsel for John Wilson*

/s/ Michael Kendall
Michael Kendall (BBO # 544866)
Lauren Papenhausen (BBO # 655527)

WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
lauren.papenhausen@whitecase.com

Andrew E. Tomback (pro hac vice)
McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016
Telephone: (212) 448-1100
ATomback@mclaughlinstern.com

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1, undersigned counsel certifies that she conferred with counsel for the government in a good-faith attempt to resolve the issue presented by this motion. Counsel for the government has indicated that the government takes no position on this motion.

/s/ Lauren Papenhausen
Lauren Papenhausen

## CERTIFICATE OF SERVICE

      I hereby certify that the above document is being filed on July 25, 2023 through the ECF system, which will send true copies to all counsel of record.

                                           /s/ Michael Kendall
                                           Michael Kendall