IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 1:19-CR-10080-017 |
| v. | ) |
| John Wilson, | ) |
| Defendant. | ) |

**ORDER RETURNING FUNDS**

**IT IS HEREBY ORDERED** that:

SOROKIN, J.

Defendant John Wilson paid the Clerk's Office $200,000 which was applied, in the ordinary course, first to his special assessment, then his tax restitution obligation and then to the fine. Thus, at the time he paid the $200,000, the amount credited toward the fine was only approximately $110,654. Seven hundred dollars ($700.00) was credited towards his special assessment fees. Subsequently, the Court of Appeals vacated all but one of his criminal convictions and thereafter the United States dismissed all of the vacated convictions. Thus, the Court modifies its prior Order providing for the return of $200,000 paid toward his fine in light of the information set forth herein and directs the return of the amount $111,354 (the amount credited toward the fine plus the $700 credited toward the special assessment fees). At or after the resentencing, the Court will resolve any further issue arising out the $200,000 payment.

**SO ORDERED.**

Dated: 8/2/2023

Leo T. Sorokin
United States District Judge

1