**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

v.                                                          Cr. No. 19-10080-LTS

JOHN WILSON,

     Defendant.

**DEFENDANT JOHN WILSON'S ASSENTED TO MOTION FOR LEAVE TO FILE A**
**REPLY BRIEF IN SUPPORT OF HIS MOTION FOR RETURN OF FUNDS**

Defendant John Wilson moves that the Court grant him leave to file by August 18, 2023 a

Reply Brief in support of his Motion for Return of Funds Held for Forfeiture (DE 2701). In

support of this motion Wilson states:

1. Before Wilson filed his Motion for Return of Funds, his counsel attempted to conduct

   a meet and confer with the government by email. Defense counsel hoped to confer on

   two topics: (1) would the government agree to return the $1,000,000 to Wilson, and

   (2) if not, on what grounds was the government holding the funds. The government

   would not discuss the matter with Wilson's counsel and either did not reply or gave

   nonresponsive answers to several emails. A copy of this email exchange is attached as

   Exhibit A.

2. The government filed its Opposition (DE 2708) to Wilson's motion on August 7,

   2023. The Opposition raises factual allegations and legal arguments that the

   government did not disclose in the attempted meet and confer, and that Wilson could

not have prognosticated. Thus, Wilson needs to file a substantial reply brief to

address issues that the government first raised in its Opposition to Wilson's motion.

The government has informed Wilson's counsel that it assents to Wilson's Request for

Leave.

Dated: August 8, 2023                          Respectfully submitted,

                                               *Counsel for John Wilson*

                                               /s/ Michael Kendall
                                               Michael Kendall (BBO #544866)
                                               Lauren Papenhausen (BBO# 655527)
                                               WHITE & CASE LLP
                                               75 State Street
                                               Boston, MA 02109-1814
                                               Telephone: (617) 979-9310
                                               michael.kendall@whitecase.com
                                               lauren.papenhausen@whitecase.com