# EXHIBIT 1

**Medici, Dan**

| | |
|---|---|
| **From:** | Kendall, Michael |
| **Sent:** | Thursday, July 20, 2023 12:39 AM |
| **To:** | Frank, Stephen (USAMA) 1; Wright, Leslie (USAMA); Kearney, Kristen (USAMA); Stearns, Ian (USAMA) |
| **Cc:** | Papenhausen, Lauren; Tomback, Andrew (External) |
| **Subject:** | RE: Wilson |

Steve,

Thank you for your response.

1. Is the request for a dismissal with or without prejudice?
2. As we both know, the Government received $1m from John as part of the undercover operation with Mr. Singer involving Stanford and Harvard.  Defense counsel understood that to be subject to the forfeiture counts and assumed it was held by the Marshals.  Please provide a complete statement as to your position on what basis it is being held and if the government will return it to John.  Given the significance of this issue, we would appreciate if you could explain the government's position as to the status of the $1m by 11 am today.

**Michael Kendall** | Partner
**T** +1 617 979 9310    **M** +1 617 905 8206
**Short Dial** *8 160 9310
Defense counsel

**From:** Frank, Stephen (USAMA) 1 <Stephen.Frank@usdoj.gov>
**Sent:** Wednesday, July 19, 2023 9:27 PM
**To:** Kendall, Michael <michael.kendall@whitecase.com>; Wright, Leslie (USAMA) <Leslie.Wright@usdoj.gov>; Kearney, Kristen (USAMA) <Kristen.Kearney@usdoj.gov>; Stearns, Ian (USAMA) <Ian.Stearns@usdoj.gov>
**Cc:** Papenhausen, Lauren <lauren.papenhausen@whitecase.com>; Tomback, Andrew (External) <atomback@mclaughlinstern.com>
**Subject:** RE: Wilson

Mike,

We assent to a motion to return the $200,000 fine.

We filed a notice of dismissal as to both Mr. Wilson and Mr. Abdelaziz.  The notice requested that the Court grant leave to file.  The Court previously granted a similar notice and we expect it will do so here.  *See United States v. Zangrillo*, Dkt. 1723.  In addition, as you know, Mr. Abdelaziz has filed an unopposed motion for execution of the notice of dismissal, which remains pending.  We do not believe anything further is necessary at this time.

We are not certain what you are referring to with respect to $1 million seized by the Marshals Service.  Could you clarify?

Thanks,
Steve

**From:** Kendall, Michael <michael.kendall@whitecase.com>
**Sent:** Wednesday, July 19, 2023 1:18 PM
**To:** Frank, Stephen (USAMA) 1 <SFrank1@usa.doj.gov>; Wright, Leslie (USAMA) <LWright4@usa.doj.gov>; Kearney, Kristen (USAMA) <KKearney@usa.doj.gov>; Stearns, Ian (USAMA) <IStearns@usa.doj.gov>

1

**Cc:** Papenhausen, Lauren <lauren.papenhausen@whitecase.com>; Tomback, Andrew (External) <atomback@mclaughlinstern.com>
**Subject:** [EXTERNAL] RE: Wilson

We sent the below message to Steve on Monday. I apologize for not including the rest of you. Steve may be out of the office or tied up. Could we get a response to the below today. These seem like fairly routine requests. We hope to file our motions tomorrow.

---

**From:** Kendall, Michael
**Sent:** Monday, July 17, 2023 5:08 PM
**To:** 'Frank, Stephen (USAMA) 1' <Stephen.Frank@usdoj.gov>
**Cc:** Papenhausen, Lauren <lauren.papenhausen@whitecase.com>
**Subject:** Wilson

Steve,

We are writing to ask the Government to assent to motions for two orders:

1. That the court order the Marshal's Service to return forthwith the $1 million seized from John. I am not familiar with this process. Can you tell me who in the USAO or Marshal's Service is the proper contact for facilitating the return of the funds?
2. That the court order the return of the $200,000 fine paid pursuant to the prior sentencing.

Also, the Government filed a document described as a dismissal of counts. We understand that if the Government intends to dismiss counts it needs to seek leave of court. Will the government be filing a motion for leave to dismiss the reversed counts? If so, will you agree to seek leave to dismiss with prejudice?

Thanks,

Mike

**Michael Kendall** | Partner
**T** +1 617 979 9310    **M** +1 617 905 8206
**Short Dial** *8 160 9310

==========================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 617 979 9300. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


==========================================================================