# EXHIBIT 2

# Medici, Dan

| | |
|---|---|
| **From:** | Frank, Stephen (USAMA) 1 <Stephen.Frank@usdoj.gov> |
| **Sent:** | Wednesday, August 9, 2023 10:26 PM |
| **To:** | Kendall, Michael; Stearns, Ian (USAMA); Wright, Leslie (USAMA); Kearney, Kristen (USAMA) |
| **Cc:** | Papenhausen, Lauren; Roth, Yaakov M.; Francisco, Noel J.; Medici, Dan |
| **Subject:** | RE: Wilson meet and confer |

Mike,

We take no position on your motion to seal.

We have previously advised you of our position with respect to the dismissal of the vacated counts. It is unchanged.

With respect to your remaining questions, we have not, as you know, objected to Probation's calculation of the guidelines. Our sentencing arguments will be set forth in our sentencing memorandum, to which you will have an opportunity to respond. If, at that time you, continue to have concerns that you believe need to be addressed at an evidentiary hearing, we can meet and confer then.

Steve

---

**From:** Kendall, Michael <michael.kendall@whitecase.com>
**Sent:** Wednesday, August 9, 2023 11:07 AM
**To:** Frank, Stephen (USAMA) 1 <SFrank1@usa.doj.gov>; Stearns, Ian (USAMA) <IStearns@usa.doj.gov>; Wright, Leslie (USAMA) <LWright4@usa.doj.gov>; Kearney, Kristen (USAMA) <KKearney@usa.doj.gov>
**Cc:** Papenhausen, Lauren <lauren.papenhausen@whitecase.com>; Roth, Yaakov M. <yroth@JonesDay.com>; Francisco, Noel J. <njfrancisco@jonesday.com>; Medici, Dan <dan.medici@whitecase.com>
**Subject:** [EXTERNAL] Wilson meet and confer

Steve,

We are writing to conduct a meet and confer concerning issues for the sentencing hearing.

1. Does the government intend to raise with Judge Sirokin its claim that John committed obstruction of justice concerning the September 28, 2018 Singer call with the Wilson family. If so, we ask that the government produce Singer as a witness for an evidentiary hearing on Sept 14, as he is the only person who could conceivably dispute the four Wilson family affidavits and support this claim.

2. Does the government intend to claim that Judge Sirokin should include any of the dismissed counts as relevant conduct for sentencing? If so, which counts? Again, we would like Singer to appear and testify at an evidentiary hearing if the government will advocate this.

3. We have previously asked you if the government will agree that its request to dismiss the reversed counts is with prejudice? May we get a response?

4. We would like two aspects of our memorandum to be filed under seal: (a) an update on John's financial status, and (b) references to other USC applicants per Judge Gorton's order. Will you assent to our request to seal such portions.

Happy to discuss any of this by phone. Could you please respond by COB today?

Thanks,

1

Mike

================================================================================
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 617 979 9300. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


================================================================================