# EXHIBIT 2

| | |
|---|---|
| **From:** | Rick Singer [rwsinger@gmail.com] |
| **Sent:** | Friday, October 15, 2010 12:47:24 AM |
| **To:** | John Wilson |
| **Subject:** | Re: college prep consultant |

Thank you. I will call you at 2PM.

Sent via BlackBerry by AT&T

---

**From:** "John Wilson" <john@hyannisportcapital.com>
**Date:** Thu, 14 Oct 2010 17:43:01 -0700
**To:** <rwsinger@gmail.com>
**Subject:** RE: college prep consultant

Rick

It was nice to catch up with you briefly by phone today. Tomorrow at two would be fine.

My cell is 650 270-5757

 John



John B. Wilson
Hyannis Port Capital
John@hyannisportcapital.com
(650) 347-5757
fax: (650) 343-6757

---

**From:** Rick Singer [mailto:rwsinger@gmail.com]
**Sent:** Thursday, October 14, 2010 2:48 PM
**To:** Jeffrey DeMaio AYCO; John Wilson
**Cc:** Rick Singer
**Subject:** Re: college prep consultant

My contact information is as follows: rwsinger@gmail.com and 916 384-8802 cell.

Thanks

Sent via BlackBerry by AT&T

---

**From:** "Demaio, Jeff (Ayco)" <jdemaio@ayco.com>
**Date:** Thu, 14 Oct 2010 16:09:11 -0400

United States District Court
District of Massachusetts
**TRIAL EXHIBIT**
**8184**
Case No. 19-CR-10080-NMG

**To:** 'John Wilson'<john@hyannisportcapital.com>
**Cc:** 'rick.singer@comcast.net'<rick.singer@comcast.net>
**Subject:** RE: college prep consultant

Hi John,

Following up on our e mails below, I was not sure if you ever received Rick's contact info from us or Rick?

Rick – this is my client John Wilson who I thought would value a discussion with you regarding how you may be able to help him/his family.

Would you please send your current contact info.

Regards,
Jeff


**Jeffrey V. DeMaio**
Vice President - Financial Counseling
The Ayco Company, L.P.
a Goldman Sachs Company
17900 Von Karman Ave, Suite 200
Irvine, California  92614
D: 949-794-4873
F: 917-977-4263

The information contained in this correspondence cannot be used, and it is not intended by Ayco to be used, for the purposes of avoiding any penalty that the Internal Revenue Service might assess upon challenging any tax treatment discussed in this correspondence and attachments, if any.
This message may contain information that is confidential or privileged. If you are not the intended recipient, please advise the sender immediately and delete this message and any attachments. Follow this link for further information on confidentiality and the risks inherent in electronic communication: http://www.gs.com/disclaimer/email."

> **From:** John Wilson [mailto:john@hyannisportcapital.com]
> **Sent:** Monday, September 13, 2010 10:58 AM
> **To:** Demaio, Jeff (Ayco)
> **Subject:** Re: college prep consultant
>
> Thx jeff. I don't see his contact info
>
> Sent from my iPad
>
> On Sep 13, 2010, at 10:26 AM, "Demaio, Jeff (Ayco)" <jdemaio@ayco.com> wrote:

John,

Following up on our recent conversations, I wanted to introduce you to Rick Singer who works with some mutual clients in the area of college entrance prep.

Rick is very accomplished in this area and would be helpful to have a conversation with at a minimum.

Rick – please send your latest contact info, phone numbers etc to John and I.

Thanks

Regards,

Jeff


**Jeffrey V. DeMaio**
Vice President - Financial Counseling
The Ayco Company, L.P.
a Goldman Sachs Company
17900 Von Karman Ave, Suite 200
Irvine, California  92614
D: 949-794-4873
F: 917-977-4263

The information contained in this correspondence cannot be used, and it is not intended by Ayco to be used, for the purposes of avoiding any penalty that the Internal Revenue Service might assess upon challenging any tax treatment discussed in this correspondence and attachments, if any.

This message may contain information that is confidential or privileged. If you are not the intended recipient, please advise the sender immediately and delete this message and any attachments. Follow this link for further information on confidentiality and the risks inherent in electronic communication: http://www.gs.com/disclaimer/email."