# EXHIBIT 7

| | |
|---|---|
| From: | Jack Bowen <jbowen@menloschool.org> |
| To: | ALICIA Hammarskjold <achammarskjold@gmail.com>;Philip Hammarskjold <philip@hf.com>;Ryan Hammarskjold <ryan.hammarskjold@menloschool.org>;John Wilson <john.wilson@menloschool.org>;John Wilson <johnd.wilson@menloschool.org>;Alice Wilson <aadevine@sbcglobal.net>;Leslie Wilson <leslie@leslieqwilson.com>;John Wilson <john@hyannisportcapital.com>;John Wilson <johnw@webcor.com> |
| Sent: | 12/4/2013 10:36:06 AM |
| Subject: | CCS Senior All-Star Game! |

Dear John, Ryan, & Johnny,

At last night's CCS Coaches meeting, you three were selected for the CCS All Star Game on the Division II Team.

The game is at Gunn High School at 11:30 and you should arrive by 10:30.  Johnny, I know you're likely still out this week so no pressure: I wanted to let you know, regardless.

Congrats, you three: it was fun listening to coaches talk about you last night.  I hope you have a little fun at this game.

Looking forward, there is a CCS/NCS All Star Game on the 14th at SHP at 10:00--the CCS team will be selected from this Saturday's game and announced then.

See you Saturday.

Best,
Jack

United States District Court
District of Massachusetts
**TRIAL EXHIBIT**
**7959**
Case No.   19-CR-10080-NMG