# EXHIBIT 8



**55°**
High: 58° Low: 46°

Tue   Wed   Thu   Fri

Log in | Register



Join

Search

| Home | News | Town Square | Blogs | A&E | Sports | Real Estate | Print Edition | Visit | Join | Contact |



0

Uploaded: Mon, Dec 3, 2012, 1:55 pm

# SHP's Enright is Player of the Year in boys' CCS water polo

9/10 free articles read.
Subscribe for unlimited access.
Read FAQ.

Sacred Heart Prep junior Harrison Enright, who scored three goals in a 19-7 victory over Los Altos in the Central Coast Section Division II championship match and helped the Gators compile a 25-4 record this season, has been named Player of the Year on the boys' All-CCS water polo team.

Enright was instrumental in helping the Gators win their second straight Division II title with his scoring and defense. He was one of three SHP players named to the combined (Division I and II) team and one of eight Gators named to the Division II squad.



Sacred Heart Prep junior Harrison Enright (right) was named the Central Coast Section Player of the Year after leading the Gators' to the CCS Division II title. Photo by Keith Peters/Palo Alto Online Sports.

Senior goalie Will Runkel and Stanford-bound Michael Holloway joined Enright on the All-CCS combined team.

**2012 BOYS' ALL-CENTRAL COAST SECTION WATER POLO**

**Combined Team**

**Player of the Year:** Harrison Enright (Sacred Heart Prep) Jr.

**First Team**

John Raineri (Bellarmine) Sr.

Cory McGee (St. Francis) Sr.

Michael Holloway (Sacred Heart Prep) Sr.

Anthony Buljan (Serra) Sr.

Morgan Olson-Fabbro (Menlo-Atherton) Sr.

Bret Hinrichs (Sacred Heart Prep) Sr.

Michael Blach (Bellarmine) Jr.

Will Runkel (Sacred Heart Prep) Sr. goalie

**Second Team**

Braydon Curry (St. Francis) Sr.

Michael Magee (Mountain View) Sr.

Ian McColl (Los Altos) Sr.

Nick Bisconti (Menlo School) So.

Harrison Holland-McCowan (Menlo-Atherton) Sr.

Reilley May (St. Ignatius) Jr.

### TOP BLOGS

**Su Hong 2.0? Former waiter reopens Chinese standby under new name in Palo Alto**
By Elena Kadvany | 8 comments | 4,912 views

**Living as Roommates? Not Having Much Sex?**
By Chandrama Anderson | 0 comments | 1,922 views

**What gives you hope?**
By Sherry Listgarten | 6 comments | 1,770 views

**Do city officials ever consider giving taxpayers a break?**
By Diana Diamond | 18 comments | 1,705 views

**Expert witnesses are more than experts. Plus my 7 fundamental impeachment questions**
By Douglas Moran | 21 comments | 1,694 views

View all local blogs

### HOLIDAY SPIRIT

**The holidays are here!**



From live music to a visit with Santa, here's a look at some local holiday activities to help you get into the spirit of the season.

VIEW

---

| United States District Court |
| :---: |
| District of Massachusetts |
| **TRIAL EXHIBIT** |
| **7069** |
| Case No.    19-CR-10080-NMG |

Matthew Bucter (Leland) Sr.

Jack Turner (Bellarmine) Jr. goalie

**DIVISION I**

**Player of the Year:** John Raineri (Bellarmine) Sr.

**First Team**

Cory McGee (St. Francis) Sr.

Anthony Buljan (Serra) Sr.

Morgan Olson-Fabbro (Menlo-Atherton) Sr.

Michael Blach (Bellarmine) Jr.

Braydon Curry (St. Francis) Sr.

Michael Magee (Mountain View) Sr.

Harrison Holland-McCowan (Menlo-Atherton) Sr.

Matthew Bucter (Leland) Sr.

Riley Quinlan (Bellarmine) Sr.

Jack Turner (Bellarmine) Jr. goalie

**Second Team**

Joe Kmak (Serra) So.

Russell Blockhus (Mountain View) Sr.

Shawn Welch (St. Francis) Jr.

Reid Lazzarini (St. Francis) Sr.

Righabh Hedge (Lynbrook) Jr.

Joe O'Brien (Pioneer) Sr.

Rico Burke (Bellarmine) Jr.

Brendon Duffy (Monta Vista) Sr.

Rey Castillo (Mountain View) Jr.

Evan McClelland (Menlo-Atherton) Jr.

Steven Olujic (Serra) Sr. goalie

**Honorable Mention**

Cory Murphy (Leland) Jr.

Charlie Niehaus (Mountain View) Jr.

Peter Berquist (Menlo-Atherton) Jr. goalie

Nikolas Gregov (Homestead) Sr. goalie

Michael Hohl (Menlo-Atherton) So.

Thomas Kelbert (Leland) Sr.

Brett Pinsker (Palo Alto) Sr.

Nathan Calahan (Carlmont) Sr.

Lachlan Jackson (Los Gatos) Sr.

Steven Cho (Saratoga) Jr.

Steven Russum (Homestead) Jr.

Brandon Yee (Serra) Sr.

Demarco Orella (Bellarmine) Sr.

Adam Brunmeier (Lynbrook) Sr.

Connor Rudolph (Mountain View) Sr.

Brent Schroder (Palo Alto) Sr. goalie

**DIVSION II**

**Player of the Year:** Harrison Enright (Sacred Heart Prep) Jr.

**First Team**

Michael Holloway (Sacred Heart Prep) Sr.

Bret Hinrichs (Sacred Heart Prep) Sr.

Ian McColl (Los Altos) Sr.

Nick Bisconti (Menlo School) So.

Reilley May (St. Ignatius) Jr.

Alexander Carlisle (Menlo School) Sr.

Max Draga (Soquel) Sr.

Sam Lisbonne (Los Altos) Jr.

Michael Hoefling (Valley Christian) Jr.

Will Runkel (Sacred Heart Prep) Sr. goalie

**Second Team**

Zach Churukian (Sacred Heart Prep) Sr.

Zach Olivas (Carmel) Sr.

Eric Baker (Burlingame) Sr.

Zoltan Lazar (Sacred Heart Prep) Sr.

Paul Bergevin (Los Altos) Sr.

Max Schaum (St. Ignatius) Jr.

Jack Picard (Soquel) So.

Karan Das-Grande (Harker) Sr.

Chris Xi (Menlo School) Fr.

Sam Sunde (Carmel) Sr. goalie

John Wilson (Menlo School) Jr. goalie

Brian Roush (Valley Christian) Jr. goalie

**Honorable Mention**

Wilson Strasilla (Willow Glen) Sr.

Alex Swart (Sacred Heart Prep) Sr.

Scott Jollymour (Sacred Heart Prep) Sr.

Alex Waggoner (Santa Cruz) Sr.

Dustin DeFrank (Mitty) Sr.

Scott Mills (Mitty) Sr.

Alexander Lazar (Menlo School) Sr. goalie

Cameron Walker (Menlo School) Sr.

Micah Rosales (Menlo School) Sr.

Zach Lowenstein (Valley Christian) Jr.

==Johnny Wilson (Menlo School) Jr.==

Drew Lytle (Los Altos) Sr.

Mark Schreiber (Los Altos) Sr.

Afsheen Khosraviani (Los Altos) Sr.

Danny Gorn (Aragon) Sr.

*Teams are selected by a panel of coaches*

— *Palo Alto Online Sports*

What is democracy worth to you?
Support local journalism.

Join

## Comments

Sorry, but further commenting on this topic has been closed.

### INDEX

| Home | Send News Tips | About Us | © 2019 Palo Alto Online |
|---|---|---|---|
| News | Join | Contact Us | All rights reserved. |
| TownSquare | Print Edition/Archives | Advertising Info | |
| A&E | Express / Weekend Express | Terms of Use | Embarcadero Media |
| Sports | Promotions | Privacy Policy | |
| Home & Real Estate | Special Pubs | | PR MediaRelease |
| Visitor Info | Obituaries | Mountain View Voice | Sponsored content |
| | Circulation & Delivery | The Almanac | Mobile site |
| | | TheSixFifty.com | |


58°
High: 60° Low: 46°
Tue Wed Thu Fri



 

Log in | Register



Join

Search

Home | News | Town Square | Blogs | A&E | Sports | Real Estate | Print Edition | Visit | Join | Contact

17

**TOP BLOGS**

Uploaded: Tue, Dec 17, 2013, 11:54 am

**Su Hong 2.0? Former waiter reopens Chinese standby under new name in Palo Alto**
By Elena Kadvany | 8 comments | 4,695 views

## Sacred Heart Prep standouts head All-CCS water polo teams

Sacred Heart Prep seniors Harrison Enright and Caitlin Stuewe earned top honors on their respective teams to highlight the 2013 All-Central Coast Section boys and girls water polo teams.

Enright was ranked No. 1 for all the boys while Stuewe was named Player of the Year in Division II. Both players led the Gators to CCS Division II titles this past season.

The teams were selected by a panel of water polo coaches.

**2013 ALL-CCS WATER POLO TEAMS**

**BOYS**

**First Team overall (in ranked order)**

Harrison Enright (Sacred Heart Prep) Sr.

Nelson Perla-Ward (Sacred Heart Prep) Jr.

Nick Bisconti (Menlo School) Jr.

Shawn Welch (St. Francis) Sr.

Rico Burke (Bellarmine) Sr.

Michael Blach (Bellarmine) Sr.

Will Conner (Sacred Heart Prep) Jr.

Goalie: Jack Turner (Bellarmine) Sr.

**Second Team overall (in ranked order)**

Sam Lisbonne (Los Altos) Sr.

Evan McClelland (Menlo-Atherton) Sr.

Chris Xi (Menlo School) So.

Rey Castillo (Mountain View) Sr.

Reilley May (St. Ignatius) Sr.

John Knox (Menlo-Atherton) Jr.

Jack Pickard (Soquel) Jr.

Goalie: John Wilson (Menlo School) Sr.

**Division I**

**Player of the Year:** Jack Turner (Bellarmine) Sr. goalie

**First Team**

Shawn Welch (St. Francis) Sr.

Rico Burke (Bellarmine) Sr.





2635 San Carlos Avenue, San Carlos
2 Beds | 1 Bath
1,185 SF | 7,000 SF Lot
Offered at $1,300,000

**Living as Roommates? Not Having Much Sex?**
By Chandrama Anderson | 0 comments | 1,858 views

**What gives you hope?**
By Sherry Listgarten | 5 comments | 1,661 views

**Do city officials ever consider giving taxpayers a break?**
By Diana Diamond | 18 comments | 1,602 views

**Expert witnesses are more than experts. Plus my 7 fundamental impeachment questions**
By Douglas Moran | 18 comments | 1,596 views

View all local blogs





United States District Court
District of Massachusetts
**TRIAL EXHIBIT**
**7070**
Case No. 19-CR-10080-NMG

Michael Blach (Bellarmine) Sr.

Sam Linsbonne (Los Altos) Sr.

Evan McClelland (Menlo-Atherton) Sr.

Ray Castillo (Mountain View) Sr.

John Knox (Menlo-Atherton) Jr.

Sam Kelly (Palo Alto) Sr.

Trevor Raisch (St. Francis) Jr.

Christian Znidarsic (Gunn) So.

**Second Team**

Joe Kmak (Serra) Jr.

Matthew Dunn (Mountain View) Jr.

Patrick Kirk (Bellarmine) So.

Conor Hehir (Bellarmine) Sr.

Mostyn Fero (Menlo-Atherton) So.

Adam Antony (St. Francis) Sr.

Zach Zameki (Serra) Sr.

Jordan Stout (Los Altos) Sr.

Coby Wayne (Gunn) Sr.

Lucas Novak (Palo Alto) Jr.

Benoit Viollier (St. Francis) Jr. goalie

**Honorable Mention**

Ryan Seltzer (Los Altos) Sr.

Nathaniel Hunsdorfer (Salinas) Jr.

Riley Preston (Bellarmine) Sr.

Andrew Goodenough (St. Francis) So.

Rishabh Hedge (Lynbrook) Sr.

Colin Hong (Monta Vista) Sr.

Randal Kenyon (Mountain View) Sr.

Sean Elmurib (St. Francis) Jr.

Matt Baszucki (Menlo-Atherton) Jr.

Ari Wayne (Gunn) Jr.

Nikola Kapamatzin (Carlmont) Sr.

Alexander Paulsen (Mountain View) Jr.

Hans Brouwer (Menlo-Atherton Sr. goalie

Charlie Niehaus (Mountain View) Sr. goalie

Jeremy Hitchcock (Serra) Sr. goalie

**Division II**

**Player of the Year:** Harrison Enright (Sacred Heart Prep) Sr.

**First Team**

Nelson Perla-Ward (Sacred Heart Prep) Jr.

Nick Bisconti (Menlo School) Jr.

Will Conner (Sacred Heart Prep) Jr.

Chris Xi (Menlo School) So.

Reilley May (St. Ignatius) Sr.

Jack Pickard (Soquel) Jr.









Michael Swart (Sacred Heart Prep) Jr.

Zack Lowenstein (Valley Christian) Sr.

Steven Cho (Saratoga) Sr.

John Wilson (Menlo School) Sr. goalie

**Second Team**

Max Somple (Soquel) Jr.

Max Schaum (St. Ignatius) Sr.

Johnny Wilson (Menlo School) Sr.

Brett Luch (Carmel) Jr.

Chris Hinrichs (Sacred Heart Prep) Sr.

Charlie May (St. Ignatius) So.

Jasper Evans (Valley Christian) Jr.

Weston Avery (Menlo School) Jr.

Billy Bloomquiest (Harker) Jr.

Brian Roush (Valley Christian) Sr. goalie

**Honorable Mention**

Sean Pan (Harker) Sr. goalie

Michel Hoefling (Valley Christian) Sr.

Ivan Silva (Soquel) Sr.

Philippe Marco (Sacred Heart Prep) Sr. goalie

Ryan Hammarskjold (Menlo Schol) Sr.

Wyatt Laughlin (Carmel) Sr.

Gabriel Santos (Harbor) Sr.

Kyle Palen (Mitty) Sr.

Andrew Shao (Mitty) Sr.

**GIRLS**

**Division I (alphabetical order)**

**Player of the Year:** Katherine Moore (St. Francis) Sr. GK

**First Team**

Caroline Anderson (Gunn) Sr.

Courtney Batcheller (St. Francis) Sr.

Bianca Batista (Gunn) Jr.

Maura Cantoni (Mitty) Jr.

Sofia Caryotakis (Menlo-Atherton) Sr.

Diana Hatamian (Leland) Sr.

Jessican Heilman (Menlo-Atherton) Sr.

Tina Samson (Leland) Sr.

Samantha Strutner (St. Francis) Sr.

McKenna Yates (St. Francis) Sr.

**Second Team**

Samantha Acker (Gunn) Jr. GK

Maggie Ball (St. Francis) Sr.

Kristen Denney (Carlmont) Jr.

Anna Edgington (St. Francis) Jr.

Francesca Gilles (Menlo-Atherton) Jr.



HOLIDAY FUND

**Palo Alto Weekly Holiday Fund**

For the last 26 years, the Palo Alto Weekly Holiday Fund has given away more than $7 million to local nonprofits serving children and families. When you make a donation, every dollar is automatically doubled, and 100% of the funds go directly to local programs. It's a great way to ensure your charitable donations are working at home.

DONATE HERE

Rebecca Lysaght (Los Gatos) Sr.

Sierra Painter (Pioneer) Jr.

Sabrina Sherrin (Mitty) Sr.

Shannon Sullivan (Leland) Sr.

Rachel Wong (Gunn) Sr.

**Honorable Mention**

Jessica Bartlett (Evergreen Valley) Sr.

Gabrielle Bethke (Gunn) Sr.

Susan Cantoni (Mitty) Jr.

Lauren Goff (St. Francis) Sr.

Samantha Hartman (Mountain View) Sr.

Samantha Henze (Menlo-Atherton) Sr.

Jeana Lindsley (Pioneer) Sr.

Michalle Taikeff (Pioneer) Sr.

Casey Vanneman (Los Altos) Sr.

Betsy Wall (Los Gatos) Sr.

Natalie Williams (St. Francis) Jr.

**Division II (alphabetical order)**

**Player of the Year:** Caitlin Stuewe (Sacred Heart Prep) Sr.

**First Team**

Nikki De Roose (Saratoga) Sr.

Liliana King-Adas (Soquel) Sr.

Allie Loomis (Santa Catalina) Sr.

Claudia Macedo (Valley Christian) Sr.

Emma Malysz (Presentation) Jr.

Morgan McCracken (Sacred Heart Prep) Sr.

Kelly Moran (Sacred Heart Prep) Sr. GK

Maya Read (Sobrato) Sr.

Nikki Reynolds (Burlingame) Sr.

Anna Yu (Castilleja) Jr.

**Second Team**

Colleen Boensel (Santa Catalina) Jr.

Stephanie Flamen (Castilleja) Sr.

Catalpa Hooever (Soquel) Sr.

Maddy Johnston (Sacred Heart Prep) Fr.

Katie Keifer (Presentation) Sr.

Malaika Koshy (Sacred Heart Prep) So.

Catherine Summa (St. Ignatius) Sr.

Taylor Thorson (Soquel) So.

Paige Waters (St. Ignatius) Jr. GK

Alex Zafran (Castilleja) Jr.

**Honorable Mention**

Lana Burnett (Sobrato) Sr.

Puck De Roos (Saratoga) Jr. GK

Laenia Gross (Sobrato) Sr.

Lauren Kerrigan (Sacred Heart Prep) Sr.

Fernanda Kramer (Castilleja) Jr.

Jessica Kwok (Presentation) Sr.

Colleen Mayone (Monterey) Sr.

Tori Method (Willow Glen) Sr.

Micaela White (Half Moon Bay) Sr.

Jasmine Yaghutiel (Willow Glen) Jr.

— *Palo Alto Online Sports*

What is community worth to you?
Support local journalism.

Join

## Comments

**Posted by anonymous**
a resident of Palo Alto Hills
on Dec 17, 2013 at 5:33 pm

+ Like this comment

Hey it is great of you to prop of SHP, all of those players are outstanding no doubt. However, their were in fact Boys CCS D1 and D2 teams - you completely ignored (or did you just miss it) similar to the list you have for the girls. Maybe the boys D1/D2 teams and the rest just weren't worth printing? Nice job.

Email Town Square Moderator    Report Objectionable Content

**Posted by Parent of a player**
a resident of South of Midtown
on Dec 18, 2013 at 9:50 am

+ Like this comment

I have to agree with the above comment. Why don't you publish the entire lists of players? Awful, misleading, and shoddy.

Email Town Square Moderator    Report Objectionable Content

**Posted by Crescent Park Dad**
a resident of Crescent Park
on Dec 18, 2013 at 1:19 pm

+ Like this comment

If I were a betting man, I would say the Weekly printed the information that they were given.

This is typical of HS sports, especially boys water polo. Very few coaches/ADs have the awareness or aptitude to do things that many business oriented people/parents do on a daily basis.

Email Town Square Moderator    Report Objectionable Content

**Posted by Menlo Park Reader**
a resident of Menlo Park
on Dec 18, 2013 at 4:27 pm

+ Like this comment

Just wondered why the all-league water polo honorees were not printed? Didn't see PAL, WCAL or SCAL in either girls or boys published this year? And no mention of All Star teams or game coverage.

Email Town Square Moderator    Report Objectionable Content

**Posted by parent**
a resident of Mountain View
on Dec 18, 2013 at 9:42 pm

+ Like this comment

It would be nice if CCS actually posted these lists on their web site.
It would be nice if all the individual leagues posted their league listings on their web sites. Not all leagues do this.

Email Town Square Moderator    Report Objectionable Content

Posted by **Keith Peters**, a resident of Midtown
on Dec 19, 2013 at 8:30 am

+ Like this comment

The Weekly did not receive the entire D-1 and D-2 boys' teams from any of the coaches. Jon Burke of SHP provided the entire teams for the girls. The All-SCVAL teams have not arrived, even though three local coaches (including the league rep, Johnny Bega of Los Altos) have been contacted. The All-WCAL teams will be next online. The All-PAL teams were online weeks ago. Should space permit, all of the boys and girls all-league teams will be in print.

Email Town Square Moderator    Report Objectionable Content

Posted by **Keith Peters**, a resident of Midtown
on Dec 19, 2013 at 8:46 am

+ Like this comment

Actually, just got the PAL teams. They, along with the all-WCAL teams, will be online by Friday (Dec. 20). As for the boys all-CCS, it is possible they only selected two teams and not by division, as the team came from the Chair of the Coaches Association, Menlo's Jack Bowen.

Email Town Square Moderator    Report Objectionable Content

Posted by **Parent**, a resident of Crescent Park
on Dec 19, 2013 at 9:58 am

+ Like this comment

Keith, not to beat this to death (which it has been now), I have seen the list(s) for the CCS D1 and D2 boys teams. Hard to imaging that Jack Bowen doesn't have it (or any of the other coaches) - since a number of their players are on that list. You would think they (the coaches) would have a little more interest in giving their players some props for the great year they all had.....

Email Town Square Moderator    Report Objectionable Content

Posted by **Keith Peters**, a resident of Midtown
on Dec 19, 2013 at 12:10 pm

+ Like this comment

I have the complete list for the boys now......will be posted shortly.

Email Town Square Moderator    Report Objectionable Content

Posted by **Crescent Park Dad**, a resident of Crescent Park
on Dec 19, 2013 at 1:24 pm

+ Like this comment

Just to make sure everyone understands process:

Typically each league (per sport) has a set of By-Laws that determines how an all-league team is determined. More often than not, the all-league teams are seeded by the actual league finish for each school. For example, if Alpha HS finished first in their league, Alpha would receive (approximately) 4 automatic spots on the All-League list. Then it goes from there in terms of second place, third to perhaps fourth place. After that there is usually 1-3 "wild card" spots where coaches can nominate/vote other athletes onto the all-league list.

The leagues typically hold their all-league selection meeting the week after their championship tournaments have taken place. Usually the chair of each gender's coaching group sends out the official results to the media. Each school is responsible for providing (if any) trophy or plaque to the athletes. The leagues do not do this.

As for All-CCS, please note that there is no formal relationship/tie-in to CIF-CCS. Period. The WP coaches have "an association" but there is no By-Laws or rules that they necessarily follow when it comes to All-CCS selections. The meeting takes place after the CCS championship tournament has taken place. Coaches nominate their own athletes. Most coaches are very good at acknowledging talent from the schools other than their own. And certainly some sway is given to those athletes who made first-team all-league. But just because an athlete from Alpha HS made first-team in his/her league, doesn't necessarily translate to first team CCS...most likely get on the team (first, second, honorable mention), but no guarantees. And there are no automatic placements onto the CCS team based upon team finishes in the championships.

AB-000770

EX. 7070 p. 6 of 8

The coaches' "association" is responsible for sending results out to the media. CIF-CCS has nothing to do with the dissemination of this information. Each school is responsible for providing All-CCS trophies/plaques - CIF-CCS does not do this. CCS only provides trophies and medals at the championship tournaments.

All-America is somewhat of a "insider" process. First, your coach must be a dues paying and current member of the association. If not, your athletes cannot be nominated, no matter how great they are. Second, your coach has to be the one to nominate the players and do it on time. So no nomination or late nomination...and the your athlete will not get on the potential list. Unfortunately I don't know how it goes from there - but typically if your kid is not on the CIF-CCS team, it is extremely unlikely that he/she will be get All-America status.

Hope this helps

Email Town Square Moderator   Report Objectionable Content

---

Posted by **parent**
a resident of Mountain View
on Dec 19, 2013 at 3:13 pm

+ Like this comment

Error in the CCS D2 List for Boys:
Honorable Mention: Gabriel Santos. Harbor High School (Santa Cruz) NOT Harker

Error in CCS D1 List for Boys:
First team: Trevor Raisch, St. Francis, is a Junior NOT Senior

I will send across the SCVAL DAL and EL Camino lists shortly

Email Town Square Moderator   Report Objectionable Content

---

Posted by **Keith Peters**
a resident of Midtown
on Dec 19, 2013 at 8:43 pm

+ Like this comment

Santos and Raisch have been fixed. All the names and years come from the coaches.

Email Town Square Moderator   Report Objectionable Content

---

Posted by **scotty**
a resident of Green Acres
on Dec 20, 2013 at 10:07 pm

+ Like this comment

scval de anza division boys/girs still notably absent keith

Email Town Square Moderator   Report Objectionable Content

---

Posted by **parent**
a resident of Old Palo Alto
on Dec 21, 2013 at 7:30 am

+ Like this comment

Please get the SCVAL DeAnza Water Polo Team Selections up today. This should have been done weeks ago, when selections were announced.

This is your job Keith. It is the same procedure every year, please get a system in place that works. Really disappointing.

Email Town Square Moderator   Report Objectionable Content

---

Posted by **Member**
a resident of Old Palo Alto
on Dec 22, 2013 at 7:36 am

+ Like this comment

Please post a link when the SCVAL DeAnza Water Polo Team Selections are up.

Thanks

Email Town Square Moderator   Report Objectionable Content

**Posted by Crescent Park Dad**
a resident of Crescent Park
on Dec 22, 2013 at 8:40 am

+ Like this comment

@ parent. Rude, impolite and arrogant.

If the SCVAL coach doesn't send the info, then Keith Peters cannot post it.

And before anyone goes about insulting the SCVAL coach, he is also the Associate Head Coach for the San Jose State women's team. And unfortunately the head coach (Lou Tully) suddenly passed away this past week.

Feel free to tell him "that's his job" ...

Email Town Square Moderator    Report Objectionable Content

**Posted by Mike Dunn (parent)**
a resident of Mountain View
on Dec 23, 2013 at 8:17 am

+ Like this comment

Keith,

Hopefully you received the SCVAL listing from me prior. I original I saw was a scan from the league rep.

I posted here:
Web Link
Web Link

Email Town Square Moderator    Report Objectionable Content

Sorry, but further commenting on this topic has been closed.

---

**INDEX**

| | | | |
|---|---|---|---|
| Home | Send News Tips | About Us | © 2019 Palo Alto Online |
| News | Join | Contact Us | All rights reserved. |
| TownSquare | Print Edition/Archives | Advertising Info | |
| A&E | Express / Weekend Express | Terms of Use | Embarcadero Media |
| Sports | Promotions | Privacy Policy | |
| Home & Real Estate | Special Pubs | | PR MediaRelease |
| Visitor Info | Obituaries | Mountain View Voice | Sponsored content |
| | Circulation & Delivery | The Almanac | Mobile site |
| | | TheSixFifty.com | |