# EXHIBIT 9

# The ACT® Plus Writing
## Student Report



| STUDENT'S NAME: | JOHNNY B WILSON | ACT ID: | -01365120 |
|---|---|---|---|
| HIGH SCHOOL NAME: | MENLO SCHOOL | | SSN: NOT PROVIDED |
| HIGH SCHOOL CODE: | 051-960 | TEST DATE & LOCATION: | JUN 2013 SCHOOL |

### Your ACT Scores



Rank: Approximate percent of ACT-tested students at or below your score

| | Score | In Your State | In the U.S. |
|---|---|---|---|
| **Composite Score** | **29** | 89% | 93% |
| ENGLISH | 26* | 82% | |
|   Usage/Mechanics | 13 | 77% | |
|   Rhetorical Skills | 14 | 86% | |
| MATHEMATICS | 28* | 91% | |
|   Pre-Algebra/Elem. Algebra | 15 | 87% | |
|   Algebra/Coord. Geometry | 16 | 98% | |
|   Plane Geometry/Trig. | 13 | 82% | |
| READING | 33* | 97% | |
|   Social Studies/Sciences | 17 | 97% | |
|   Arts/Literature | 16 | 91% | |
| SCIENCE | 28* | 93% | |
| COMBINED ENGLISH/WRITING | 27 | 87% | |
|   Writing (score range 2 to 12) | 10 | 99% | |

- ACT® test scores and the Composite score range from 1 to 36; subscores range from 1 to 18.
- Your Composite score is the average of your scores on the four subject area tests. Subscores do not necessarily add up to your score for a subject area test.
- Your ranks tell you the approximate percentages of recent high school graduates in the U.S. and your state who took the ACT and received scores that are the same as or lower than yours. A rank of 70, for example, means that 70% of students received scores that are the same as or lower than your score.
- Your test scores are only estimates, not precise measures, of your educational development. You will find more information about interpreting your scores in the booklet provided with this report and at www.actstudent.org.

The Combined English/Writing score ranges from 1 to 36 and is a combined measure of the Writing and English tests. The Writing score ranges from 2 to 12. Your ranks for these two scores are based on recent ACT-tested students who took the Writing test.

COMMENTS ON YOUR ESSAY: YOUR ESSAY SHOWED RECOGNITION OF THE COMPLEXITY OF THE ISSUE BY PARTIALLY EVALUATING ITS IMPLICATIONS. YOUR ESSAY WAS WELL ORGANIZED, MAKING IT EASY TO UNDERSTAND LOGICAL RELATIONSHIPS AMONG IDEAS. SOME VARIED SENTENCE STRUCTURES AND PRECISE WORD CHOICE ADDED CLARITY AND INTEREST TO YOUR WRITING.



Looking for more information about your individual strengths and test preparation? Go to www.actstudent.org.

ACT, Inc.—Confidential Restricted when data present.

*Your College Readiness: If your scores are at or above the following ACT benchmark scores, you will likely be ready for first-year college courses—English 18, Mathematics 22, Reading 21, Science 24.

### Your College Planning

At your direction, your scores from this test date are being reported to the colleges shown below. College planning information is provided for the first four choices you listed when you registered or tested. (Fifth and sixth choices, if any, appear just above your first choice.) Your GPA was calculated from the grades you reported. To view additional college planning information or to send additional reports, visit www.actstudent.org.

| College Name and Code | What is the profile of enrolled 1st-year students at this college? | | | Is the program of study you prefer offered? | What are the approximate annual tuition and fees?* | | What percent of 1st-year students receive financial aid based on: | |
|---|---|---|---|---|---|---|---|---|
| | High School Class Rank | ACT Composite Score | High School Grade Point Average | | In-state | Out-of-state | Need? | Merit? |
| YOU DID NOT PROVIDE CODES FOR ANY COLLEGES TO WHICH TO REPORT SCORES. | | | | | | | | |
| | -- | 29 | 3.50 | NOT PROVIDED | | | | |

Check with colleges for recent changes in information. A dash (—) indicates information was not provided or could not be calculated. *Comprehensive fee including room and board. © 2011 by ACT, Inc. All rights reserved.

N2249001-000000006

United States District Court
District of Massachusetts
**TRIAL EXHIBIT**
**7785**
Case No. 19-CR-10080-NMG

USAO-VB-00199052

EX. 7785 p. 1 of 6

# The ACT® Plus Writing
## Student Report



| STUDENT'S NAME: | JOHNNY B WILSON | ACT ID: | -01365120 |
| --- | --- | --- | --- |
| HIGH SCHOOL NAME: | MENLO SCHOOL | SSN: | NOT PROVIDED |
| HIGH SCHOOL CODE: | 051-960 | TEST DATE & LOCATION: | JUN 2013 SCHOOL |

### Your ACT Scores

**Composite Score: 29**

Rank: Approximate percent of ACT-tested students at or below your score

| | Score | In Your State | In the U.S. |
| --- | --- | --- | --- |
| Composite | 29 | 89% | 93% |
| ENGLISH | 26* | | 82% |
|   Usage/Mechanics | 13 | | 77% |
|   Rhetorical Skills | 14 | | 86% |
| MATHEMATICS | 28* | | 91% |
|   Pre-Algebra/Elem. Algebra | 15 | | 87% |
|   Algebra/Coord. Geometry | 16 | | 98% |
|   Plane Geometry/Trig. | 13 | | 82% |
| READING | 33* | | 97% |
|   Social Studies/Sciences | 17 | | 97% |
|   Arts/Literature | 16 | | 91% |
| SCIENCE | 28* | | 93% |
| COMBINED ENGLISH/WRITING | 27 | | 87% |
|   Writing (score range 2 to 12) | 10 | | 99% |

The Combined English/Writing score ranges from 1 to 36 and is a combined measure of the Writing and English tests. The Writing score ranges from 2 to 12. Your ranks for these two scores are based on recent ACT-tested students who took the Writing test.

- ACT test scores and the Composite score range from 1 to 36; subscores range from 1 to 18.
- Your Composite score is the average of your scores on the four subject area tests. Subscores do not necessarily add up to your score for a subject area test.
- Your ranks tell you the approximate percentages of recent high school graduates in the U.S. and your state who took the ACT and received scores that are the same as or lower than yours. A rank of 70, for example, means that 70% of students received scores that are the same as or lower than your score.
- Your test scores are only estimates, not precise measures, of your educational development. You will find more information about interpreting your scores in the booklet provided with this report and at www.actstudent.org.

COMMENTS ON YOUR ESSAY: YOUR ESSAY SHOWED RECOGNITION OF THE COMPLEXITY OF THE ISSUE BY PARTIALLY EVALUATING ITS IMPLICATIONS. YOUR ESSAY WAS WELL ORGANIZED, MAKING IT EASY TO UNDERSTAND LOGICAL RELATIONSHIPS AMONG IDEAS. SOME VARIED SENTENCE STRUCTURES AND PRECISE WORD CHOICE ADDED CLARITY AND INTEREST TO YOUR WRITING.

*Your College Readiness: If your scores are at or above the following ACT benchmark scores, you will likely be ready for first-year college courses—English 18, Mathematics 22, Reading 21, Science 24.



Looking for more information about your individual strengths and test preparation?
Go to www.actstudent.org.

ACT, Inc.—Confidential Restricted when data present.

### Your College Reports

At your direction, your scores from this test date are being reported to the colleges shown below. College planning information is provided for the first four choices you listed when you registered or tested. (Fifth and sixth choices, if any, appear just above your first choice.) Your GPA was calculated from the grades you reported. To view additional college planning information or to send additional reports, visit www.actstudent.org.

| College Name and Code | What is the profile of enrolled 1st-year students at this college? | | | Is the program of study you prefer offered? | What are the approximate annual tuition and fees?* | | What percent of 1st-year students receive financial aid based on: | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | High School Class Rank | ACT Composite Score | High School Grade Point Average | | In-state | Out-of-state | Need? | Merit? |
| YOU DID NOT PROVIDE CODES FOR ANY COLLEGES TO WHICH TO REPORT SCORES. | | | | | | | | |
| | | 29 | 3.50 | NOT PROVIDED | | | | |

Check with colleges for recent changes in information. A dash (—) indicates information was not provided or could not be calculated. *Comprehensive fee including room and board. © 2011 by ACT, Inc. All rights reserved.

## Find your...

**Composite Score**  XX

ENGLISH       XX
MATHEMATICS   XX
READING       XX
SCIENCE       XX

We counted your correct answers on each test. We didn't take off for wrong answers. Then, for each test, we converted your number of correct answers into a score that ranges from 1 to 36. Your COMPOSITE score is the average of your four test scores, rounded to the nearest whole number. If you left any test completely blank, that score is reported as a dash and no Composite score is computed.

### How You Compare to Other Students

Your ranks tell you the percentage of recent high school graduates who received a score that is the same as or lower than yours. For example, a rank of 55 for your Composite score means 55% of students earned that Composite score or below.

Two trained readers scored your essay on a scale of 1–6. Those scores were added together for your Writing score. A Writing score of 7 or higher suggests you can tackle college-level writing assignments. Your Combined score is calculated from your English score and Writing score. You can find a table for this at

No test can be absolutely precise. Think of your scores as a range. Your Composite is probably plus or minus one point. For the test scores, add or subtract two points.

A score at or above the College Readiness Benchmark indicates a 50% chance of obtaining a B or higher or about a 75% chance of obtaining a C or higher in the corresponding first-year college course shown at right.

ENGLISH       XX    **18** ENGLISH COMPOSITION
MATHEMATICS   XX    **22** ALGEBRA
READING       XX    **21** SOCIAL SCIENCES / HUMANITIES
SCIENCE       XX    **24** BIOLOGY

Your report lists the colleges you chose to receive your scores (if any). Compare your results to students who attend those schools. A score report was also automatically sent to the high school you provided.



If you want to send your scores to other colleges, you can order Additional Score Reports (ASRs). Go to                    and click "Send your scores." To keep your scores confidential, they will not be given to anyone by telephone, e-mail, or fax.

→ Identify applicants who can benefit most from their programs.
→ Place students in first-year courses.
→ Help you develop an appropriate program of study.
→ Help scholarship/loan agencies identify qualified candidates.

Turn your report over. **Planning Your Education and Career** helps you explore college majors and occupations, consider your options, and develop plans.

The information in this section is all about you. We have listed majors and occupations you may want to explore, because they are related to the interests you expressed or occupations you said you were considering.

Take a look at these sections of your report:

→ Your Interest Inventory Results
→ The College Major You Indicated
→ The Occupational Field You Indicated

How can you find the best opportunities for you? Use our online career planning information at

INTEREST INVENTORY / Your results are shaded on the map shown on the back of your report. Explore occupations related to your interests by using the World-of-Work Map at _____. Select one or more of 26 career areas on the map to find out more.

COLLEGE MAJOR / Explore majors related to the one you selected at _____, or explore possible college majors using the Map of College Majors at _____

OCCUPATIONAL FIELD / Explore occupations related to the field you selected at _____

Find or compare colleges at _____

### RETURN OF YOUR TEST QUESTIONS AND ANSWERS

If you tested on one of the test dates below, you can order Test Information Release (TIR) at $...-$.... Through this, you receive a list of your answers, a copy of the multiple-choice test questions, and the answer key. If you took the Writing test, you also receive a copy of the writing prompt, scoring rubric, and scores assigned to your essay. You also receive information about ordering a photocopy of your answer document (including your essay if you took Writing).

→ Saturday, Dec. 8, 2012 (March 8, 2013)
→ Thursday, April 11 through
   Monday, April 15, 2013 (July 16, 2013)
→ Saturday, June 8, 2013 (Sept. 9, 2013)

If you ordered TIR when you registered, materials are mailed about 4 weeks **after** scores are reported. You can also order TIR for three months after you test by the deadlines in parentheses. Download the order form _____

This service is not offered on any other test dates or through other testing programs (e.g., International, State, Special). If for any reason we have to replace the test form scheduled for use at your test center, this offer becomes void, and we will refund your fee for this service.

### RE-SCORING (HAND-SCORING)

You can ask us to hand-score your multiple-choice answer document and/or re-score your Writing Test essay. **Within 3 months** of receiving your scores, submit your request in writing to:

ACT Student Services
PO Box 414
Iowa City, IA 52243

Include your name, address, and date of birth, **plus** ACT ID, test date and location from your score report. Enclose a check payable to ACT Student Services for the applicable fee: $40.00 for either multiple-choice or Writing, or $80.00 for both. (You may request to be present for a hand-scoring of your multiple-choice answer document — without access to the test questions — at one of our regional offices, but additional fees will apply.)

We will inform you by letter of the results of the hand-scoring about 3–6 weeks after receiving your request. If a scoring error is discovered, we will change your scores in our files, issue corrected reports to you and all previous score recipients at no charge, and refund your fee.

### CORRECTING INFORMATION ON YOUR REPORT

If you think there is an error in information other than your scores or you want to change information (e.g., address change), **within 3 months** of receiving your scores, write to:

ACT Student Services
PO Box 414
Iowa City, IA 52243

Enclose a copy of your report and describe the change you are requesting. If an error is our responsibility and requires you to report, it will be at our expense. If the error is our responsibility and does not involve retesting, we will send corrected score reports, without charge, to you and all previous score recipients. If the error is not our responsibility and you wish to send corrected reports, you must request and pay for Additional Score Reports.

**Security Hotline**

If you have concerns about the security of the tests, please report them at act.alertline.com or 877.777.7280.

### CONFIDENTIALITY OF SCORES

ACT's general policy on the release of test scores and other personally identifiable information you provide is that we will disclose such information only with your consent. However, there are certain exceptions to this general policy -- for example, we report personally identifying information to test centers to facilitate testing, and we report test scores to selected state and federal scholarship programs. For a complete statement of our policies with respect to the use of your information, please review *Policies and Guidelines for Uses of Data from ACT-Owned Assessments*, which can be downloaded at

### RETENTION OF INFORMATION

If you register by paper folder, we keep your original registration folder for six months. We keep all answer documents for at least one year. If you have questions about the information on these documents, contact us before these periods are over. After that time, your record is stored in our computer files. Our present policy is to keep these electronic records for an indefinite period.

### REMEDIES IN RESPONSE TO ACT ERRORS OR TESTING DISRUPTIONS/COMPROMISES

ACT takes steps that are intended to ensure that registration records are properly handled and processed, and that tests and answer documents are properly handled and scored. In the unlikely event that an error occurs in handling, shipping, processing, or scoring answer documents, or reporting scores, ACT will correct the error, if possible, or permit affected examinee(s) to retest at no additional fee (normally on a future national test date) or to receive a refund of the test fee. These remedies are the exclusive remedies available to examinees for errors in handling or processing registration records; in handling, shipping, or scoring answer documents; or in reporting scores. ACT also takes steps intended to ensure standardized test administration. If events occur that cause testing at a test center to be cancelled or interrupted, involve a mistiming on any part of the test, result in a deviation from standard testing procedures, raise concerns about possible advance access to test content by any examinee(s), or otherwise disrupt or compromise the testing process, ACT will examine the situation and determine whether action is warranted,

including non-scoring of answer documents or cancellation of scores.

If ACT, in its sole discretion, determines action is warranted, each affected examinee will be offered the option to retest at no additional fee (normally on a future national test date). If the examinee chooses not to retest and the answer document is not scored or scores are cancelled, the examinee may request a refund of the test fee instead. If ACT offers a retest and an examinee selects that option, the examinee must retake all four multiple-choice tests to produce a valid Composite score. If the Writing Test was taken on the original test date, the examinee must retake the Writing Test in addition to the four multiple choice tests to produce a valid Combined English/Writing score for that administration. These remedies are the exclusive remedies available to examinees affected by disruptions or compromises in the testing process.

### CANCELLATION OF SCORES BY ACT

ACT reserves the right to cancel test scores when there is reason to believe the scores are invalid. Cases of testing irregularities -- such as falsification of one's identity, impersonation of

another examinee (surrogate testing), unusual similarities in the answers of examinees at the same test center, or other indicators that the test scores may not accurately reflect the examinee's level of educational development -- may result in the cancellation of test scores. When ACT decides to cancel test scores, it shall make reasonable efforts to notify the examinee before taking that action (except in cases of testing compromises explained in the previous section). The notice includes information about the options available regarding the planned score cancellation, including procedures for appealing the cancellation decision. In all instances the final and exclusive remedy available to examinees who want to appeal or otherwise challenge a decision by ACT to cancel their test scores shall be binding arbitration through written submissions to the East Providence, Rhode Island office of the American Arbitration Association, or such other office as the American Arbitration Association may designate to handle such challenges. The issue for arbitration shall be whether ACT acted reasonably and in good faith in deciding to cancel the scores.

### RESERVATION OF RIGHTS

ACT program policies are subject to change for test security or other reasons. ACT will make reasonable efforts to provide adequate notice of changes via its online terms and conditions, although circumstances may limit our ability to do so. ACT reserves the right to modify its registration and admission requirements due to changes in law or to incorporate new test security procedures, including but not limited to requiring images of you at registration or collecting images of you on test day or at some or all test sites. You will receive reasonable advance notice, not less than 30 days prior to your registered test date, if ACT modifies these requirements. You should check _____ for any updates to ACT's testing process in advance of test day. To the extent permitted by applicable law, by taking the ACT, the examinee expressly agrees to waive the right to arbitrate as part of or on behalf of a class. To the extent permitted by law, ACT reserves the right to notify official score recipients if an investigation into testing irregularities extends beyond a reasonable time after notice was sent to the examinee of the investigation. ACT further reserves the right to notify official score recipients of a score cancellation and the reason for the cancellation. In the event that ACT has a reasonable belief that a fraud or theft has occurred or the intellectual property of ACT (including but

not limited to the test questions and responses of the ACT exam) has been infringed, ACT reserves the right, to be determined in its sole discretion, to notify law enforcement. ACT reserves the right to prohibit an examinee who has engaged in testing irregularities attributable to the examinee from retaking the ACT exam for a period of up to one year, or as permitted by applicable law.

### PAYMENTS

Services ordered via our website or by telephone require payment by credit card. All other fee payments must be made in US dollars drawn on a US or US affiliate bank. International money orders payable in US dollars may be used. We cannot accept personal checks drawn on accounts outside the United States.

### TECHNICAL INFORMATION

We regularly prepare reports on the technical characteristics of the ACT tests. You may obtain copies from:

ACT Customer Services
PO Box 008
Iowa City, IA 52243-1000

USAO-VB-00199056

EX. 7785 p. 5 of 6

Making Sense of Your Scores
Reporting Your Scores to Colleges
Planning Your Education and Career
ACT Services and Policies
Should You Test Again?

For more information, see
**www.actstudent.org/scores/understand**

Esta publicación también se puede ver o descargar en español

ACT

- Did you have any problems during the tests, like misunderstanding the directions or illness?
- Do you think your scores do not accurately represent your abilities?
- Are your ACT scores what you expected based on your high school grades?
- Have you taken more coursework or an intensive review in the areas covered?
- Do you want to apply to a college that requires or recommends the Writing Test?

Expected Composite Score on a Retest

The following restrictions apply to a retest—even if your scores are cancelled by you or by ACT:

- You can test only once on a given ACT test date (National, International, State).
- You can take the ACT a maximum of 12 times.

- If you test more than once, you choose which test date or set of scores to send to colleges.
- All scores from a test date are reported as a set. ACT does not create new records by combining scores from different test dates.
- If you want to report your Writing score, all scores from that test date will be reported.

Go to and click "Retake the test" for more information.

Rev. 1

USAO-VB-00199057