# EXHIBIT 10



United States District Court
District of Massachusetts
TRIAL EXHIBIT
7950
Case No. 19-CR-10080-NMG

# Freshman Profile and Admission Information 2013 - 2014

**Fall 2013 Entering Freshman Class**

| | |
|---|---|
| New freshmen | 2,922 |
| USC Mork Family Scholars (full tuition + stipend) | 14 |
| Stamps Leadership Scholars (full tuition + stipend) | 5 |
| USC Trustee Scholars (full tuition) | 117 |
| USC Presidential Scholars (half tuition) | 353 |
| USC Dean's Scholars (quarter tuition) | 156 |
| Recipients of other USC merit scholarships | 50 |
| National Merit Scholars | 249 |
| Scions (legacy students) | 21% |
| First generation college goers | 13% |

*Gender*
| | |
|---|---|
| Male | 49% |
| Female | 51% |

*Race/Ethnicity*
| | |
|---|---|
| African American | 6% |
| Latino / Hispanic | 14% |
| Native American / Pacific Islander | 2% |
| Asian / Asian American | 19% |
| Caucasian | 43% |
| International (student visa holders) | 15% |

*Most Represented Public High Schools*
| | |
|---|---|
| PV Peninsula HS; Rolling Hills Estates, CA | 21 |
| Palos Verdes HS; Palos Verdes Estates, CA | 18 |
| Henry M. Gunn HS; Palo Alto, CA | 18 |
| Arcadia HS; Arcadia, CA | 17 |
| Torrey Pines HS; San Diego, CA | 16 |
| Saratoga HS; Saratoga, CA | 15 |

*Most Represented Independent/Parochial Schools*
| | |
|---|---|
| Harvard-Westlake; North Hollywood, CA | 16 |
| Punahou School; Honolulu, HI | 16 |
| Loyola HS; Los Angeles, CA | 15 |
| Flintridge Prep; La Cañada, CA | 14 |
| Taipei American School; Taipei, Taiwan | 10 |
| Campbell Hall; North Hollywood, CA | 10 |
| St. Margaret's Episcopal; San Juan Capistrano, CA | 9 |

*Most Represented Geographic Areas*

| U.S. States | Outside U.S. |
|---|---|
| California | China (includes HK) |
| Illinois | India |
| Texas | Canada |
| New York | South Korea |
| Washington | Italy |
| Massachusetts | Taiwan |

*Academic Distribution*
| | |
|---|---|
| Dornsife College of Letters, Arts and Sciences | 26% |
| Marshall School of Business | 21% |
| USC's Arts Schools | 17% |
| (Architecture, Cinematic Arts, Dramatic Arts, Roski School of Fine Arts, Thornton School of Music) | |
| Viterbi School of Engineering | 15% |
| Undecided / Undeclared | 12% |
| Annenberg School for Comm. & Journalism | 6% |
| Keck School of Medicine (Health Studies) | 1% |
| Price School of Public Policy | 1% |
| Davis School of Gerontology | <1% |
| Occupational Therapy Program | <1% |

| | Fall Enrolls | Fall Admits | Fall Applicants |
|---|---|---|---|
| | 2,922 | 9,395 | 47,358 |
| | 31% yield | 20% admitted | |
| Mean GPA *(un-weighted, 4.0 scale)* | 3.73 | 3.82 | 3.56 |
| Middle 50% SAT Critical Reading | 620 – 720 | 640 – 740 | 550 – 690 |
| Middle 50% SAT Math | 660 – 760 | 680 – 780 | 590 – 740 |
| Middle 50% SAT Writing | 640 – 750 | 670 – 770 | 570 – 710 |
| Middle 50% SAT composite | 1960 – 2190 | 2030 – 2250 | 1740 – 2110 |
| Middle 50% ACT composite | 29 – 33 | 30 – 34 | 26 – 32 |
| From public HS | 54% | 56% | 60% |
| From independent or parochial HS | 46% | 44% | 40% |
| From schools in California | 47% | 45% | 49% |
| From schools outside CA, but in U.S. | 37% | 39% | 39% |
| From schools outside of the U.S. | 16% | 16% | 12% |
| Different high schools represented | 1,525 | 3,181 | 8,783 |

*Pre-Professional Emphases*
| | |
|---|---|
| Pre-Medicine | 12% |
| Pre-Law | 6% |
| Pre-Health (Dentistry, Pharmacy, PT, etc.) | 2% |
| Pre-Accounting | 2% |
| Pre-Teaching | 1% |

## Cost and Financial Aid

USC practices need-blind admission. A student's ability to pay has no bearing on his or her admission.

USC has a long tradition of fully meeting the USC-determined need of undergraduates through a combination of merit scholarships, need-based grants, Federal Work-Study and loans.

Nearly 25% of the 2013 entering freshman class received a merit-based scholarship from USC. Over 70% received some form of financial assistance.

Although international students are not eligible to receive federal or USC need-based financial aid, they may be awarded merit scholarships and/or other departmental awards. AB 540 students may be eligible to receive a Cal Grant.

*Info Used to Determine Financial Aid Eligibility*
- CSS PROFILE
- FAFSA
- Other specific information may be required, depending upon family's situation

*2013-14 Undergraduate Annual Cost of Attendance*
| | |
|---|---|
| Tuition and fees | $46,363 |
| Room and board | $12,902 |
| Miscellaneous expenses and transportation | $1,480 |
| Books and supplies | $1,500 |
| **Annual Total** | **$62,245** |

## 2014 Freshman Application Process

USC accepts the Common Application exclusively and does not offer early action or early decision admission programs.

*Required Application Materials*
- Completed Common Application form and USC's Common Application Supplement
- Official high school transcripts, grades 9 – 11 (and eventually, final high school transcripts)
- Results from the SAT or ACT (with writing)
- Essay and responses to short answer topics
- Activities list
- Counselor/teacher recommendation form and letter

*Optional Application Materials*
- Supplemental materials and/or auditions, depending upon major
- TOEFL, IELTS or PTE Academic results (required for some applicants)
- Personal interview

### Important Dates and Deadlines

**December 1, 2013**
App. deadline for scholarship consideration
**January 15, 2014**
Final application deadline
**February 10, 2014**
PROFILE and FAFSA should be filed by this date for priority financial aid consideration
**March 3, 2014**
Deadline for Cal Grant application (CA residents only)
**April 1, 2014**
Admission notification date
**May 1, 2014**
National candidates' reply date
**August 20, 2014**
New student move-in day
**August 25, 2014**
First day of fall 2014 classes

University of Southern California, Office of Admission · 700 Childs Way, Los Angeles, California 90089-0911
Web and E-Mail: www.usc.edu/admission · Facebook: USC Admission · Twitter: @USCAdmission · Telephone: (213) 740-1111

USC admits students of any race, color, national origin, ancestry, religion, gender, sexual orientation, age, physical disability or mental disability. USC's full non-discrimination policy can be found on the Web at policies.usc.edu.

USAO-VB-01520124