# EXHIBIT 12

| | |
|---|---|
| **From:** | Leslie Wilson <leslie@leslieqwilson.com> |
| **To:** | John Wilson <john@hyannisportcapital.com> |
| **Sent:** | 3/2/2013 9:40:00 AM |
| **Subject:** | FW: Potential trip - meet coaches if possible |

HB,
Can't wait to see you at the airport!

This morning I'll be racing from Johnny's swim meet to girls swim meet – if they finish on time they will come with me to the airport.

Maybe we can call Rick about the 1 spot he has at USC – hate to lose it if we want to go down this path.  Rick is meeting Johnny next Saturday.

Xoxoxo
BB

---

**From:** Rick Singer [mailto:rwsinger@gmail.com]
**Sent:** Thursday, February 28, 2013 11:39 AM
**To:** Leslie Wilson
**Subject:** Re: Potential trip - meet coaches if possible

There will 5 + wanting in that are boys- 2 polo 3 others

Sent from my iPhone

On Feb 28, 2013, at 11:15 AM, "Leslie Wilson" <leslie@leslieqwilson.com> wrote:

Ok - is another candidate looking at USC also so we should be pushing Johnny to decide if that's his number 1 choice - as I mentioned hate to lose this due to us taking too long to decide (Johnny is unaware of this arrangement)

Sent from my iPhone

On Feb 28, 2013, at 11:12 AM, "Rick Singer" <rwsinger@gmail.com> wrote:

It is still available

Sent from my iPhone

On Feb 28, 2013, at 10:39 AM, "Leslie Wilson" <leslie@leslieqwilson.com> wrote:

Hi Rick,
Is this spot still available for USC – should we decide before our Easter trip.  It would be such a shame to lose it because we didn't decide fast enough.
Thanks,
Leslie

---

**From:** Rick Singer [mailto:rwsinger@gmail.com]
**Sent:** Tuesday, February 12, 2013 6:44 AM
**To:** John Wilson
**Cc:** Leslie Wilson

United States District Court
District of Massachusetts

**TRIAL EXHIBIT**

**48**

Case No. __19-CR-10080-NMG__

USAO-VB-01708115

Subject: Re: Potential trip - meet coaches if possible

Same situation as now one slot first come first

Sent from my iPhone

On Feb 12, 2013, at 6:42 AM, "John Wilson" <john@hyannisportcapital.com> wrote:

R

Thx - how would that change in two years?

Sent from my iPhone

On Feb 12, 2013, at 3:39 PM, "Rick Singer" <rwsinger@gmail.com> wrote:

Gpa ISC is 3.8 plus and 1950+ is low solid burnout where near for sure on his own. Jovan is giving me 1 boys slot and as of yet no one has stepped up to commit that is why it is later

Sent from my iPhone

On Feb 12, 2013, at 1:57 AM, "John Wilson" <john@hyannisportcapital.com> wrote:

R

Thx. I thought the USC deadline was much earlier.

Also, what is chance of USC or BC if he goes to Europe for two years at international school and gets 3.4 and 1900 SATs?

Thx

J

Sent from my iPhone

On Feb 10, 2013, at 12:19 PM, "Rick Singer" <rwsinger@gmail.com> wrote:

USC and BC by mid July. USC 95 percent chance- BC 50 until I have a face to face and his test scores are in, Georgetown need very good grades and no more than one B this semester and 1950+ by mid June then depending on commitment 90 percent if all in -


Sent from my iPhone

On Feb 10, 2013, at 2:01 AM, "John Wilson" <john@hyannisportcapital.com> wrote:

Rick

What is the deadline to decide on side door for USC or BC or Georgetown etc this year? (Also pls confirm for which schools is side door option really viable)

Also, if Johnny went to AMS school for two years and played club water polo there what is probability side door at USC or other locations would be a realistic option then?

John

Sent from my iPhone

On Feb 10, 2013, at 2:29 AM, "Rick Singer" <rwsinger@gmail.com> wrote:

**Spring Break Trip**

Tuesday -- April 2nd -- USD & SDSU

Wednesday -- April 3rd -- LMU & UCLA

Thursday -- April 4th -- Pepperdine & OR UCSB

Friday -- April 5th -- Cal Poly


--
Rick Singer
(916) 384-8802