# EXHIBIT 13

```
 1

 2                        UNITED STATES DISTRICT COURT
                            DISTRICT OF MASSACHUSETTS
 3

 4
     UNITED STATES OF AMERICA,         )
 5                    Plaintiff        )
                                       )
 6   vs.                               )  No. 1-19-CR-10080
                                       )
 7   GAMAL ABDELAZIZ and JOHN          )
     WILSON,                           )
 8                    Defendants.      )
                                       )
 9                                     )

10

11
               BEFORE THE HONORABLE NATHANIEL M. GORTON
12                   UNITED STATES DISTRICT JUDGE
                         JURY TRIAL - DAY 6
13

14
             John Joseph Moakley United States Courthouse
15                          Courtroom No. 4
                          One Courthouse Way
16                    Boston, Massachusetts 02210

17

18                       September 15, 2021
                              9:15 a.m.
19

20

21
                     Kristin M. Kelley, RPR, CRR
22                   Kelly Mortellite, RMR, CRR
                       Official Court Reporter
23         John Joseph Moakley United States Courthouse
                   One Courthouse Way, Room 3209
24                  Boston, Massachusetts 02210
                    E-mail: kmob929@gmail.com
25
            Mechanical Steno - Computer-Aided Transcript
```

1    Q.    In response to Mr. Wilson's e-mail about water polo and
2    swimming not being realistic for Johnny, do you see that
3    Mr. Singer provides a list of schools?
4    A.    Yes.
5    Q.    And if we could then go up to the next e-mail on the
6    chain, it's another e-mail from Mr. Wilson.  Could you read
7    that, please.
8    A.    "Johnny also was wondering if he did the side door at USC
9    is it year round commitment?  For 2 years minimum?  Or one?
10   Will he be traveling with team or stay home for road meets et
11   cetera?
12         What would a bench warmer position mean?  Would the
13   other kids know he was a bench warmer side door person?"
14   Q.    And how does Mr. Singer respond to Mr. Wilson's inquiry
15   about whether the other kids would know he was a bench warmer
16   side door person?
17   A.    "Travel is only if he is playing so no -- the commitment
18   is to be on the roster not attend all practices, but he will
19   have to attend drug tests and other mandatory functions for
20   one year then walk away/frankly after the first semester he can
21   move on ".
22   Q.    If we could go to the next e-mail up in the chain,
23   Mr. Wilson's response, could you read that for the record?
24   A.    "I would love him to actually be committed and give it his
25   best.  I don't want to taint his meeting with USC coach.  I

Case 1:19-cr-10080-LTS   Document 2719-13   Filed 08/15/23   Page 4 of 6
60

```
 1   know he was worried about his grades and practice time
 2   commitment and travel year round.
 3           So it sounds like even if he practices all the time,
 4   et cetera, it will be known that he is a bench warming
 5   candidate?  Obviously his skill level may be below the other
 6   freshmen.  In your view, will he be so weak as to be a clear
 7   misfit at practice et cetera?"
 8   Q.   And how does Mr. Singer respond?
 9   A.   "They have 42 guys - 20 plus do not travel but practice.
10   He will be fine.  Bench warming on the four time in a row
11   national champion is not bad as a freshman".
12   Q.   And how does Mr. Wilson respond?
13   A.   "Thanks.  Just want to be sure he is not a leper".
14           MR. FRANK:  Could we show the witness only Exhibit 63,
15   please.
16   Q.   Do you recognize this document?
17   A.   Yes.
18   Q.   What is it?
19   A.   An e-mail from Rick Singer to John Wilson, copying Leslie
20   Wilson.
21   Q.   What's the subject?
22   A.   "Photos of Johnny".
23   Q.   What is the date?
24   A.   June 3, 2013.
25           MR. FRANK:  The government offers 63.
```

1    March 26, 2013, is "If water polo and swimming are not
2    realistic for Johnny, then what are the schools that he has a
3    realistic shot at (without help) in the SoCal area, southwest,
4    and east coast."
5             You see that?
6    A.   Yes.
7    Q.   You see there's a parenthetical, "a realistic shot
8    (without help)".
9    A.   Yup.
10   Q.   You understand that to be a reference to a side-door
11   donation?
12   A.   That's my interpretation of it, yes.
13   Q.   Okay.  And we hear Mr. Singer's response right above it,
14   "SMU, TCU" -- that's Texas Christian, to your understanding?
15   A.   Sounds correct.
16   Q.   "LMU, SDSU", San Diego, "UCSC, Cal Poly, SLO, CU",
17   Colorado University Bolder, Indiana, Oregon, Arizona, Rollins".
18            And then he writes in response to the question
19   "harder" -- "University of Miami, Santa Clara, USC,
20   Northeastern, BU, George Washington, Wisconsin, Tulane, and
21   USC".
22   A.   Yes.
23   Q.   So Mr. Singer describes USC as a realistic but harder
24   school for Johnny, correct?
25   A.   That seems to be the case.  Yes.

```
 1   C E R T I F I C A T E

 2

 3

 4   UNITED STATES DISTRICT COURT )

 5   DISTRICT OF MASSACHUSETTS    )

 6

 7

 8            We, Kristin M. Kelley and Kelly Mortellite, certify

 9   that the foregoing is a correct transcript from the record of

10   proceedings taken September 15, 2021 in the above-entitled

11   matter to the best of our skill and ability.

12

13

14        /s/ Kristin M. Kelley              September 15, 2021

15        /s/ Kelly Mortellite                September 15, 2021

16        Kristin M. Kelley, RPR, CRR                Date
          Kelly Mortellite, RMR, CRR
17        Official Court Reporter

18

19

20

21

22

23

24

25
```