# EXHIBIT 14

| | |
|---|---|
| From: | John Wilson <john@hyannisportcapital.com> |
| To: | Rick Singer <rwsinger@gmail.com> |
| Sent: | 1/29/2014 5:20:57 PM |
| Subject: | Re: Santa Clara and others |

R

I don't mean to sound ungrateful and don't want to push Jovan at all.

I just wanted a sense of the probability of this working out.

(I had the impression it was extremely high originally and now sense it may not be)

I guess it's too late for a meaningful plan B and we will probably not really know until February or march.

I do appreciate all you are doing and will pay you $25 k for your efforts here even if he doesn't get in.

Just an overly concerned parent .

J


Sent from my iPhone

United States District Court
District of Massachusetts
**TRIAL EXHIBIT**
**103**
Case No.   19-CR-10080-NMG

On Jan 29, 2014, at 10:39 PM, "Rick Singer" <rwsinger@gmail.com> wrote:

You and I have zero control over anything. Commitment last June was because there are 8 other families waiting in line to get your spot. Jovan was offered 500k to take a kid last week but he stayed committed to us. He is coaching two teams at the highest level and is a bastard to deal with when he feels pushed. I have to tread lightly despite helping him with his best kids and kids who help the program. Familes come out of the woodwork to offer large sums of money to help their kids in but he is very protective of his team and position. I have learned I must move at his pace. It started off as hurry hurry hurry and he got very busy and made us wait. He cares only about his program and will move in that direction forst and foremost. Frankly I am tired of talking about it anymore. I cannnot do any more and will not as it will piss him off.


On Tue, Jan 28, 2014 at 10:17 PM, John Wilson <john@hyannisportcapital.com> wrote:
R

I appreciate all you are doing. I just worry that the decision timing has changed significantly three times already.  We had to make a commitment last June to pursuing this slot.  Should we pursue a significant plan B? Not safety schools but another high quality side door school? Or is it too late?

USC is Johnny's first choice and I had the impression (probably wrongly) that the side door donation was a reasonably certain thing.

If that's still the case no problem. If he is one of several candidates for one side door slot it seems to me that it is quite a different thing.

USAO-VB-01602508

J

J


Sent from my iPhone

> On Jan 29, 2014, at 7:04 AM, "Rick Singer" <rwsinger@gmail.com> wrote:
>
> It is not about odds. Just facts. You have consistently asked when you will know. I provided numbers to show you Johnny is a part of the larger group to be admitted. Others are much more important than Johnny in Jovan's eyes and he has not presented them yet.  So when he presents his kids Johnny will be in the group.
>
> Sent from my iPhone
>
>> On Jan 28, 2014, at 9:17 PM, John Wilson <john@hyannisportcapital.com> wrote:
>>
>> R
>>
>> Not sure I understand the odds here. I had the impression there was only one slot for the side door and that we went first.
>>
>> What are the odds at this point?
>>
>> J
>>
>> Sent from my iPhone
>>
>>> On Jan 29, 2014, at 12:34 AM, "Rick Singer" <rwsinger@gmail.com> wrote:
>>>
>>> Jovan has 12 scholarship kids and 4 recruited walk on kids with Johnny being in top two of that group being presented just before the signing date in early Feb. None of these 16 have been presented yet
>>>
>>> Sent from my iPhone
>>>
>>>> On Jan 28, 2014, at 2:51 PM, John Wilson <john@hyannisportcapital.com> wrote:
>>>>
>>>> R
>>>>
>>>> Thx. What is the status of USC?  I know then preliminary decision keeps getting pushed back (from original thought about nearing before thanksgiving, to before Christmas to before end of January).  It that's typical or is this year unusual or is Johnny's situation that uncertain?
>>>>
>>>> J
>>>>
>>>> Sent from my iPad
>>>>
>>>>> On Jan 28, 2014, at 23:39, "Rick Singer" <rwsinger@gmail.com> wrote:

USAO-VB-01602509

\>\>\>\>\>
\>\>\>\>\> Johnny Santa Clara requested your Mid Year report that has this semester grades sent. Also send to all others schools other than UC's. your counselor can do this and should have done it by now.
\>\>\>\>\>
\>\>\>\>\> --
\>\>\>\>\> Rick Singer
\>\>\>\>\> (916) 384-8802



--
Rick Singer
(916) 384-8802

USAO-VB-01602510