# EXHIBIT 15

| | |
|---|---|
| **From:** | Rick Singer <rwsinger@gmail.com> |
| **Sent:** | Tuesday, January 21, 2014 1:47 PM |
| **To:** | Jovan Vavic <vavic@usc.edu> |
| **Subject:** | Re: Johnny Wilson - Water Polo Menlo School- Stanford Club Polo |

I really appreciate it. The family is fully on board. All your help is always very much appreciated. Thank you.

On Tue, Jan 21, 2014 at 10:44 AM, Jovan Vavic <vavic@usc.edu> wrote:
 This will be a big class we already have 12 verbals and 16 very interested, I cannot guarantee anything, he
 will go to subco after my top recruits, most likely in Feb/March.
 But, I will present him with my top walkons.

 Sent from my iPhone

 On Jan 21, 2014, at 10:39 AM, Rick Singer <rwsinger@gmail.com> wrote:

 > Absolutely - family is ready to help. I will forward ASAP. Thank you!
 >
 > Sent from my iPhone
 >
 >> On Jan 21, 2014, at 10:31 AM, Jovan Vavic <vavic@usc.edu> wrote:
 >>
 >> Rick,
 >>
 >> Is Johnny still interested in USC, if so we need his fall grades (unofficial is fine).
 >>
 >> Thanks,
 >>
 >> Jovan
 >>
 >> Sent from my iPhone
 >>
 >>> On Oct 3, 2013, at 4:07 PM, Rick Singer <rwsinger@gmail.com> wrote:
 >>>
 >>> per our conversation
 >>>
 >>> --
 >>> Rick Singer
 >>> (916) 384-8802
 >>> <Wilson_Transcript copy.pdf>
 >>> <Wilson_SAT_March copy.pdf>
 >>> <Wilson_SAT_WIlson copy.pdf>

--
Rick Singer
(916) 384-8802

United States District Court
District of Massachusetts

**TRIAL EXHIBIT**

**101**

Case No. ___19-CR-10080-NMG___

USAO-VB-00188061