# EXHIBIT 17

| | |
|---|---|
| **From:** | Evelyn Rojas <ev_rojas@yahoo.com> |
| **Sent:** | Tuesday, February 14, 2012 12:25 PM |
| **To:** | Rick Singer <rwsinger@gmail.com> |
| **Subject:** | Rick's Book-Revised Outline Proposal |
| **Attach:** | Rick's Book-Proposed Outline.doc |

United States District Court
District of Massachusetts

**TRIAL EXHIBIT**

**9564**

Case No.   19-CR-10080-NMG

USAO-VB-00245753

**Rick's Book- Proposed Outline**

**Working title: Getting Your Child Into College: The Untold Story**

**Introduction / Preface:**

**The College Applications Process:**
Premise is you shouldn't do it yourself anymore. Too competitive, too many factors. Put your child's future in the hands of a professional who has successfully helped hundreds of students get into the right college.

| | |
|---|---|
| **First chapter:** | What is a life coach? Why use a life coach? |
| **Second chapter:** | **Branding** <br> Who are you? How do you communicate that to others? |

| **Subsequent Chapters:** | **Myth vs. fact format** |
|---|---|
| **Academics** | 3) The age at which your child should start preparing |
| **Academics** | 4) In which year to take certain classes (pre-algebra) |
| **Academics** | 5) Which classes to take (biology vs. chemistry) |
| **Sports** | 6) How to choose which sports to play |
| **Extra-curricular activities** | 7) Are they all the same? Which ones to participate in |
| **Letters of recommendation** | 8) From whom should you get them? |
| **Personal essays** | 9) How important are they? What should you write about? |
| **GPA** | 10) How important is it? How do you gain an advantage? |
| **The Right Fit** | 11) Which college experience will be the best for your child? |
| **Financial Aid / Scholarships** | 12) Astronomical costs of higher ed.-how can we pay for it? Filling out the FAFSA correctly |
| **Legacies / Special Circumstances** | 13) Don't overlook these opportunities (alumni, migrant farm workers, disabilities, kids with learning difficulties other?) |

**Front, back and side door relationships**  14) Who you know *does* matter

**Other???**

USAO-VB-00245754