# EXHIBIT 19

9163848802 2018-09-15 13-22-15 08138-001

```
 1   Call Date: 2018-09-15
 2   Call Duration: 6:58
 3   Call Begin: 13:22:51
 4   Participants
 5        RICK SINGER
 6        JOHN WILSON
 7   File Name:    9163848802 2018-09-15 13-22-15 08138-001.wav
 8
 9
10   WILSON:     Hey Rick, could you hear me? 'Cause you just
11               dropped out.
12   SINGER:     Yeah I--now I can hear you.
13   WILSON:     Okay, great sorry you said something about the
14               guys from Goldman and then boom you dropped
15               out.
16   SINGER:     Yeah they sent me 4 families on Thursday sayin'
17               they've been checkin' with development, they'll
18               pay the 1.2, 1.5, 2 million they don't care
19               'cause they're being quoted over $30 million.
20   WILSON:     [inaudible] Oh because they have to donate a
21               whole building or something like that you're
22               saying.
23   SINGER:     They've been workin' the system and that's what
24               they're bein' told.
```

United States District Court
District of Massachusetts
TRIAL EXHIBIT
**0562A**
Case No. 19-CR-10080-NMG

1

KTB 9/9/21

USAO-VB-01720544

EX. 0562A p. 1 of 10

9163848802 2018-09-15 13-22-15 08138-001

| | | |
|---|---|---|
| 1 | WILSON: | All right. |
| 2 | SINGER: | So— |
| 3 | WILSON: | All right, well this is, this is good general |
| 4 | | guidance ~~[UI]~~ *I appreciate...* So in terms of pushing harder on |
| 5 | | different sports unless they can really get |
| 6 | | some national times in, uh, crew you're sayin' |
| 7 | | it doesn't really matter for these top schools. |
| 8 | | What does it--does that matter for like the BCs |
| 9 | | and the... |
| 10 | SINGER: | Yeah it can matter for them. |
| 11 | WILSON: | So sports will matter for their second tier |
| 12 | | choices? |
| 13 | SINGER: | As long as they're considered heavy weight not |
| 14 | | lightweight. |
| 15 | WILSON: | What do you mean by heavyweight versus |
| 16 | | lightweight? |
| 17 | SINGER: | It's all based on your weight. They-they give |
| 18 | | spots to heavyweights not to lightweights. That |
| 19 | | means you gotta be I think heavyweight girls |
| 20 | | are like ah over 150. |
| 21 | WILSON: | Yeah ~~maybe~~ *Mainly --* I think they're both about that. |
| 22 | | They're both like almost 6 ft tall now. |
| 23 | SINGER: | Which is great. |
| 24 | WILSON: | One's-one's really heavy-heavy weight and the |

2

USAO-VB-01720545

9163848802 2018-09-15 13-22-15 08138-001

| | | |
|---|---|---|
| 1 | | other is ah muscular and I think they're both |
| 2 | | probably in that should be over 150. |
| 3 | SINGER: | Yeah that's helpful. So that's ~~where~~ *what* they gotta |
| 4 | | be ~~and~~ *in* then ~~they're gotta~~ *they got to* crush it and they |
| 5 | | gotta go to nationals and they gotta really |
| 6 | | engage in the sport. |
| 7 | WILSON: | Yeah. |
| 8 | SINGER: | If you wanna do it on your own. And you only |
| 9 | | got this summer to do it, this fall, this |
| 10 | | spring. |
| 11 | WILSON: | Yeah they gotta really go crazy I guess then. |
| 12 | SINGER: | Yep. |
| 13 | WILSON: | Yeah. And then in terms of the, uh, difference |
| 14 | | of for each of the schools is that gonna have |
| 15 | | an impact on them at all? In terms of where |
| 16 | | they get in on their own or... |
| 17 | SINGER: | Sure, if they crush it. |
| 18 | WILSON: | Otherwise it's a second tier... |
| 19 | SINGER: | Well even ~~[UI]~~ *second* -- |
| 20 | WILSON: | ~~[OV/UI]~~ Their safety schools. |
| 21 | SINGER: | Well even second's ~~[IA]~~ *are* not easy to get into |
| 22 | | but yes. |
| 23 | WILSON: | [OV/UI] even in their second tier. Okay. Are you *This was great. So, uh* |
| 24 | | around? ~~you said next~~ *Is it next --* is it next Friday you're in |

3

9163848802 2018-09-15 13-22-15 08138-001

| | | |
|---|---|---|
| 1 | | town? In Boston? |
| 2 | SINGER: | Yeah I'm in, in town but I'm in town short |
| 3 | | period of time. Um, I'm in and out. Um, I have |
| 4 | | a--I think I-- |
| 5 | WILSON: | [UI] set up like 11 o'clock here or something |
| 6 | | like that? |
| 7 | SINGER: | Yeah-- |
| 8 | WILSON: | [UI] talk and meet? |
| 9 | SINGER: | Yeah we can meet. Uh, um, so I'm gonna be--the |
| 10 | | meetings, uh, I'm meeting at 10 o'clock at the |
| 11 | | something Marriott Wharf? |
| 12 | WILSON: | Marriott Longwharf? That's downtown Boston, |
| 13 | | okay. |
| 14 | SINGER: | Yeah, yeah. That's where I'm meeting. |
| 15 | WILSON: | Maybe Leslie and I can meet with you there or |
| 16 | | something like that. So you're going from there |
| 17 | | to the airport or where you going after? |
| 18 | SINGER: | Yeah I'm going from there to the airport, yes. |
| 19 | WILSON: | All right so maybe Leslie and I try to meet you |
| 20 | | there at the Marriott Longwharf. I'll be in town |
| 21 | | on Friday's. |
| 22 | SINGER: | [OV] So-- |
| 23 | WILSON: | By this--I'm usually-I'm usually in Houston and |
| 24 | | Europe these days. |

4

9163848802 2018-09-15 13-22-15 08138-001

| | | |
|---|---|---|
| 1 | SINGER: | How's your business? |
| 2 | WILSON: | Uh it's going really well doing some really good |
| 3 | | stuff, uh, with McKinsey. And uh got a big |
| 4 | | client that's got me pretty much full time for |
| 5 | | the next two years, big multi-national you know |
| 6 | | oil services company so I spend a lot of time in |
| 7 | | the mid-east, Europe and uh Houston, Calgary and |
| 8 | | stuff. |
| 9 | SINGER: | Well, all you gotta do is tell 'em to give you a |
| 10 | | quick bonus for helping ya and that will take- |
| 11 | | that'll be your donation for the kids. |
| 12 | WILSON: | [laughter] Is there an installment plan? |
| 13 | SINGER: | But you had-you had to have done something with |
| 14 | | all that money that you uh sold your house for |
| 15 | | to the Chinese. |
| 16 | WILSON: | Yeah I got a another house here now. [laughter] |
| 17 | SINGER: | Right? I mean the Chinese took care of ya didn't |
| 18 | | they? |
| 19 | WILSON: | Yeah they did, it was good. |
| 20 | SINGER: | They're takin' care of everybody. |
| 21 | WILSON: | Exactly. Oh my. So about that whole thing if we |
| 22 | | go down one of those paths, I guess it's first |
| 23 | | it's better off to see what's the timeline on |
| 24 | | pulling the trigger on one of those paths |

5

9163848802 2018-09-15 13-22-15 08138-001

| | | |
|---|---|---|
| 1 | | because we gotta figure out what schools they |
| 2 | | wanna go to and all that stuff and where their |
| 3 | | choices are. |
| 4 | SINGER: | Gotta know by, uh, gotta know by June 1st. |
| 5 | WILSON: | Of which year? Of their sen--of their next year- |
| 6 | SINGER: | [OV/UI] |
| 7 | WILSON: | [UI] entering junior [UI] their senior year. |
| 8 | SINGER: | Yeah, the beginning of their--at the end of |
| 9 | | junior, beginning of senior year. Because those |
| 10 | | spots will go away. |
| 11 | WILSON: | All right so you need to make a decision by June |
| 12 | | 1st you're saying? |
| 13 | SINGER: | Yeah. |
| 14 | WILSON: | All right. |
| 15 | SINGER: | By then you'll have all your data. |
| 16 | WILSON: | Yeah I know schools prepared and all their test |
| 17 | | scores all that stuff. I mean their scores |
| 18 | | already good enough to get into any place a side |
| 19 | | door I assume with the athletes right? |
| 20 | SINGER: | Uh, not really. They're okay I still gotta fight |
| 21 | | for it 'cause we don't have-- |
| 22 | WILSON: | [OV] Yeah but I mean-- |
| 23 | SINGER: | [OV] They both-- |
| 24 | WILSON: | [OV] But I mean as freshman. |

6

9163848802 2018-09-15 13-22-15 08138-001

| | | |
|---|---|---|
| 1 | SINGER: | Yeah. |
| 2 | WILSON: | I think as freshman they have a 32. |
| 3 | SINGER: | But they don't care about--John they don't care |
| 4 | | if it happened in freshman year or eighth grade- |
| 5 | WILSON: | No no but I'm sure they're gonna do a lot better |
| 6 | | now I mean that was. |
| 7 | SINGER: | Yeah. |
| 8 | WILSON: | That was 2 years ago I'm sure they'll be now in |
| 9 | | the higher range than that so I'm just saying. |
| 10 | SINGER: | Then then they should be fine, yeah. |
| 11 | WILSON: | Yeah. Okay so then but then they need what do |
| 12 | | they need? Subject tests? Subjects like math and |
| 13 | | shit? Or what subjects do they need? |
| 14 | SINGER: | Well they're gonna take math 2 and um depending |
| 15 | | on what classes they're in, they'll take another |
| 16 | | one if they're in other AP courses. So that's |
| 17 | | why I need to get 'em on the phone. |
| 18 | WILSON: | Okay. All right maybe I don't next Friday [UI] |
| 19 | | for them probably too early. |
| 20 | SINGER: | [OV] Yeah that's fine. |
| 21 | WILSON: | Let's sign them up for the whole thing let's |
| 22 | | sign up for the whole deal for them, the full |
| 23 | | monty training. |
| 24 | SINGER: | Why don't you have the kids come at 11 uh 11 |

7

9163848802 2018-09-15 13-22-15 08138-001

| | | |
|---|---|---|
| 1 | | o'clock on next this coming Friday at the Boston |
| 2 | | Longwharf. |
| 3 | WILSON: | I'd have to pull them out of school though, I |
| 4 | | guess I could. |
| 5 | SINGER: | For an hour or so? |
| 6 | WILSON: | Yeah but to get there and back is gonna be 3 |
| 7 | | hours round trip you know. |
| 8 | SINGER: | Okay would you rather them be--go home and then |
| 9 | | I can skype with them? |
| 10 | WILSON: | Uh which day you talkin' about? |
| 11 | SINGER: | Next Friday. |
| 12 | WILSON: | Oh next Friday at 11 o'clock? |
| 13 | SINGER: | Yeah. |
| 14 | WILSON: | Yeah it's gonna be a half an hour each way |
| 15 | | let's- let me figure out something we do maybe |
| 16 | | you'll skype--we can skype even if we're |
| 17 | | together then and they can be on skype with you |
| 18 | | right? |
| 19 | SINGER: | Correct. |
| 20 | WILSON: | From campus yeah yeah. So maybe we just skype. |
| 21 | | Can you do a three-way skype? How does that |
| 22 | | work? |
| 23 | SINGER: | Um we'd have to do zoom let me talk to my people |
| 24 | | about that yeah. |

8

```
9163848802 2018-09-15 13-22-15 08138-001
```

| | | |
|---|---|---|
| 1 | WILSON: | All right maybe we do a three way zoom or |
| 2 | | something. That'd be a good idea. |
| 3 | SINGER: | All right. |
| 4 | WILSON: | See if we can set that up for Friday assuming |
| 5 | | we get the software on their phones and shit. |
| 6 | SINGER: | Got it. |
| 7 | WILSON: | All right super. Sounds good. We'll set that |
| 8 | | up, next, ah, next Friday we'll be talking. |
| 9 | SINGER: | You got it, take care. |
| 10 | WILSON: | Thanks, you too. |
| 11 | SINGER: | Ok. Bye bye. |

End of Audio File

USAO-VB-01720553