# EXHIBIT 20

Might be in Boston to meet with Harvard and Tufts President's Frida*<Message part 2 of 2 missing>*

**Message is missing part(s).**

United States District Court
District of Massachusetts

**TRIAL EXHIBIT**

**684**

Case No.   19-CR-10080-NMG

**<Message part 1 of 2 missing>**y, September 21. Might be able to meet at 11am ish

**Message is missing part(s).**

United States District Court
District of Massachusetts

**TRIAL EXHIBIT**

**EX. 685**

Case No.   19-CR-10080-NMG