# EXHIBIT 22

9163848802 2018-09-15 13-04-26 08137-001

1  **Call Date:** 2018-09-15

2  **Call Duration:** 00:18:00

3  **Call Begin:** 13:04:26

4  **Participants**

5     RICK SINGER

6     JOHN WILSON

7  **File Name:**    9163848802 2018-09-15 13-04-26 08137-001.wav

8

9

10  SINGER:    Good morning!

11  WILSON:    Hello Rick.

12  SINGER:    Hey John. [background noise]

13  WILSON:    How are you doing?

14  SINGER:    I am good.

15  WILSON:    Are you at a game?

16  SINGER:    No, no. I'm just leaving somewhere.

17  WILSON:    Ok. [laughs] Hey, what's the best way for us to

18             put together a structured relationship for the

19             girls, and uh, you know, get some, you know,

20             let's say regular advice or at least some

21             periodic advice for them as they go through the

22             search process and they try and identify majors

23             and schools and all that?

24  SINGER:    So we just need to decide that that's what you

1

KTB 9/9/21

United States District Court
District of Massachusetts
**TRIAL EXHIBIT**
**561A**
Case No.   19-CR-10080-NMG

9163848802 2018-09-15 13-04-26 08137-001

```
1              wanna do, you wanna go forward? Then--
2    WILSON:   Yeah.
3    SINGER:   I will meet with the kids by uh, Skype or
4              FaceTime, um, every four weeks and, uh, if they
5              need help in between they can call me or text me
6              or whatever, and that'll be it.
7    WILSON:   Okay, sounds good. And uh what's the fee for
8              that? How does that work?
9    SINGER:   So are we gonna do any um test prep stuff with
10             them?
11   WILSON:   Ah potentially I-I don't know they've done a lot
12             of test prepara-- did you see, you saw their test
13             scores right?
14   SINGER:   Yeah, [IA]
15   WILSON:   [OV] They were from like a year ago. They were
16             when were freshman. So they're pretty, you know
17             they're pretty good scores already. I assume
18             they're gonna get better now that they're
19             juniors.
20   SINGER:   So that's a question for you. So are we gonna
21             help 'em prepare for so they get the right—they
22             get the best scores and on the subject tests too?
23             Or are we just, am I just gonna work with 'em uh
24             every four weeks?
```

2

USAO-VB-01720525

9163848802 2018-09-15 13-04-26 08137-001

| | | |
|---|---|---|
| 1 | WILSON: | [UI] I don't know I think the scores too. How |
| 2 | | does that, what's the difference in price of |
| 3 | | everything, is it better to work something local |
| 4 | | for that? How does that work for you guys to do |
| 5 | | something on the test prep? |
| 6 | SINGER: | [OV] So what we do is, we just have somebody, one |
| 7 | | of my better people Skype with them every week, |
| 8 | | and they work with on the testing with them every |
| 9 | | week, and then they have homework in between, and |
| 10 | | then I see, I see them every fourth week. |
| 11 | WILSON: | Okay. I figure that makes sense, I gotta make |
| 12 | | sure it's doable from their schedule and all that |
| 13 | | stuff. But uh that probably makes sense too, |
| 14 | | yeah. |
| 15 | SINGER: | 'Kay so, so the difference is one is $8,000 |
| 16 | | annually and one's $5,000 annually. |
| 17 | WILSON: | Okay I'll go for the full monty, yeah. |
| 18 | SINGER: | It's up to you. Whatever you guys want. |
| 19 | WILSON: | No let, let's try the full monty and and try to |
| 20 | | make sure, well I gotta, you know make sure it |
| 21 | | works for them but eh, you know we can pay for it |
| 22 | | and if it doesn't work I guess they don't, you |
| 23 | | know just, not do it. I'm just worried about |
| 24 | | their overall schedules but they make it |

3

USAO-VB-01720526

9163848802 2018-09-15 13-04-26 08137-001

1            flexible right? You guys are not on the west

2            coast always or are you guys spread out? Or that

3            would help 'em do test prep?

4    SINGER:   Could you say that again John?

5    WILSON:   In terms of the guys that would help on the test

6            prep is that something that is like they're based

7            in the east coast or west coast or just in terms

8            of timeline.

9    SINGER:   [OV/UI] They're based on both and they make the

10           time, the um--

11   WILSON:   [OV] Okay [UI]

12   SINGER:   They're doing it with kids all over the country

13           and it's been pretty--

14   WILSON:   [OV] Okay great. So you got the logistics down?

15   SINGER:   Yeah.

16   WILSON:   Okay so logistics work?

17   SINGER:   Yeah.

18   WILSON:   Okay, super. That's good to hear. And I'd love to

19           have a-a game planning kind of overall strategy

20           session with you up front with them, where you

21           just say how do we think about you visiting

22           schools and how do we think about that stuff, how

23           do we think about the extracurricular you know

24           the whole crew or whatever, et cetera.

4

9163848802 2018-09-15 13-04-26 08137-001

```
 1   SINGER:   Right. So we can, we can definitely set that up.

 2             Um, because they're both probably different

 3             because of their circumstances right? And they're

 4             probably--are they-they are-are they gonna be

 5             going to the same schools? Are they looking at

 6             separate schools?

 7   WILSON:   Probably looking at separate schools but you know

 8             they'll apply to I imagine a lot of overlap too.

 9             You know they'd love to go to you know some top

10             schools. I think right now they're leaning a

11             little bit more towards, you know, science and

12             engineering which is great I think that'd be, you

13             know, great for gals who are good in science and

14             engineering and math.

15   SINGER:   And do you, and I mean do we have like some

16             schools in mind that they're thinking about?

17   WILSON:   Ah they mentioned, I keep pushing 'em they don't

18             really know, maybe [PH] undecided, I think

19             Courtney's looking at, you know, the top schools

20             whether it's Ivy or whether that's, you know,

21             they're kind of, you know the Cornells or the

22             Princetons for engineering and that kind of

23             stuff. If she could, she'd love to get into those

24             tops schools then there's the second [UI]
```

5

9163848802 2018-09-15 13-04-26 08137-001

| | | |
|---|---|---|
| 1 | SINGER: | [OV/UI] 'Kay that's--yes. |
| 2 | WILSON: | [UI] secondary schools. |
| 3 | SINGER: | Yes. Yeah to get in the engineering in those |
| 4 | | schools she's gotta have perfect grades, perfect |
| 5 | | scores. |
| 6 | WILSON: | You need to have perfect grades you think? Yeah? |
| 7 | SINGER: | And perfect scores. On the subject tests and SATs |
| 8 | | I mean you gotta be, be in engineering you gotta |
| 9 | | be 1550 plus and you gotta be 800 in the math on |
| 10 | | the subject test and at least 780 on the um, |
| 11 | | science subject test as well. So, that's if you |
| 12 | | wanna apply in those, in those majors. |
| 13 | WILSON: | Okay. Uh and if you wanna be applying in uh other |
| 14 | | majors like science or something like that or |
| 15 | | math or-- |
| 16 | SINGER: | [OV] Science is, science is the same thing. |
| 17 | WILSON: | [OV] Economics? |
| 18 | SINGER: | [OV] They're all, they're all the same. Unless |
| 19 | | you're applying to-- |
| 20 | WILSON: | [OV/UI] |
| 21 | SINGER: | Unless you're applying to humanities. |
| 22 | WILSON: | Okay what if you wanna go into like business or |
| 23 | | is that considered humanities? |
| 24 | SINGER: | Um n-- it's less than. I mean you know that the |

6

USAO-VB-01720529

9163848802 2018-09-15 13-04-26 08137-001

| | | |
|---|---|---|
| 1 | | Ivies essentially post you know Princeton, Yale, |
| 2 | | Harvard, none of them have undergraduate business |
| 3 | | programs, they're all Econ. |
| 4 | WILSON: | Economics yeah. Economics or some schools have |
| 5 | | business but not the Ivies right? |
| 6 | SINGER: | Only Penn does. |
| 7 | WILSON: | In the Ivies, right? |
| 8 | SINGER: | Yes [UI] |
| 9 | WILSON: | [OV/IA] But they wanna yeah they wanna get second |
| 10 | | tier schools as well [IA] Boston Colleges, the |
| 11 | | Georgetowns and that's all second tier. |
| 12 | SINGER: | They-they-they they-they all have, they have pr- |
| 13 | | they have business. BC, Georgetown, um, you know |
| 14 | | Northwestern is--does not, Duke does not, um |
| 15 | | Emory does. So it just depends on where they |
| 16 | | wanna go to school. |
| 17 | WILSON: | Yeah and they like we-, either east coast or west |
| 18 | | coast I think is what they're looking at. So west |
| 19 | | coast they'd love to be everything from USC to |
| 20 | | UCLA to Stanford, you know kind of stuff. Um-- |
| 21 | SINGER: | [OV] So-- |
| 22 | WILSON: | And those are always the top notch too, right? |
| 23 | SINGER: | Right. Right. So, you know, that to me, you know |
| 24 | | And, and we'll try [IA] |

7

USAO-VB-01720530

9163848802 2018-09-15 13-04-26 08137-001

| 1 | WILSON: | [OV] So they only have a 32 whatever in the ACT |
|---|---------|---|
| 2 | | or whatever the hell thing is called, but that |
| 3 | | was as a freshman that's not bad I guess but, you |
| 4 | | know it's not a 35 or 6. |
| 5 | SINGER: | Right. And that's what it's gonna take to even |
| 6 | | play in the game on their, on their own. Right? |
| 7 | | If you-- |
| 8 | WILSON: | [OV] Right. |
| 9 | SINGER: | --said, and you know this, that if you said you |
| 10 | | wanted to go somewhere like Stanford or Harvard |
| 11 | | or Yale, and go through a different door you can |
| 12 | | do that. But to go in directly you gotta be, just |
| 13 | | to play, you gotta be 35, 36 plus essentially |
| 14 | | perfect grades and then you gotta have subject |
| 15 | | test scores in the mid 700's. |
| 16 | WILSON: | Right. Okay well that's good uh good general uh |
| 17 | | direction and then on the um, on the other doors |
| 18 | | you have certain things like crew can they try |
| 19 | | that? Is that still your, your number one, your |
| 20 | | <span style="color:red">differentiator? If they had</span> <span style="color:red">they could</span><br>~~[UI]~~ a really good time, ~~I can~~ work on that and |
| 21 | | get a time of X, that might be a second door, or |
| 22 | | you have the other door where, you know you can, |
| 23 | | you know, make a contribution kinda thing. |
| 24 | SINGER: | <mark>Yeah so we we're--that'</mark>s <mark>why I'm goin' to Harvard</mark> |

8

USAO-VB-01720531

9163848802 2018-09-15 13-04-26 08137-001

| | | |
|---|---|---|
| 1 | | next Friday, because the president wants to do a |
| 2 | | deal with me because he found out that I've |
| 3 | | already got four already in, without his help, so |
| 4 | | he's like, how 'bout--why would you go to |
| 5 | | somebody else if you could come to me? I said |
| 6 | | well I didn't know I could come to you. [laughs]. |
| 7 | WILSON: | That's funny yeah. I knew Drew, Drew used to be |
| 8 | | on our board, but ah she's gone now. I don't know |
| 9 | | this new guy. But ah... |
| 10 | SINGER: | [OV] Yeah. |
| 11 | WILSON: | So what kinda deals is it there? Is it like you |
| 12 | | know, [UI] water polo and uh donation or what is |
| 13 | | it like, you know if you get into that... |
| 14 | SINGER: | So where wou-- so pick a place you wanna go. |
| 15 | WILSON: | So you said uh HB, uh Harvard not business |
| 16 | | school, but if you did a Harvard or Princeton or |
| 17 | | Georgetown, you know what are those things? |
| 18 | SINGER: | So Harvard, Harvard is ah, it's usually about |
| 19 | | $1.2. |
| 20 | WILSON: | Jesus. |
| 21 | SINGER: | Stanford is $1.2. Um, but you know the back door |
| 22 | | is, Harvard's asking for $45 million. |
| 23 | WILSON: | [Laughter] Good God. |
| 24 | SINGER: | Stanford's asking for $50 million. |

9

9163848802 2018-09-15 13-04-26 08137-001

```
 1  WILSON:   Wow.
 2  SINGER:   And they're gettin' it. That's the crazy thing.
 3            They're gettin' it. From the Bay Area and from
 4            New York. Crazy.
 5  WILSON:   Wow.
 6  SINGER:   Crazy, absolutely crazy. So but--
 7  WILSON:   [OV] Jeez what about, what about like Georgetown
 8            or those other ones or--
 9  SINGER:   Yeah so Georgetown's like 500, BC's same thing.
10            Um, so you know those are your k- kind of your
11            numbers across the board at different places you
12            know, USC hasn't changed, um UCLA can be done,
13            for about three, um, you know public schools are
14            really hard in California, because everybody's
15            watchin' 'em.
16  WILSON:   M-hum.
17  SINGER:   But, and that's--
18  WILSON:   [OV] Well yeah with the sports angle and you know
19            three in, UCLA or something yeah.
20  SINGER:   [OV] Yeah. Yeah. Yes. Yes. So I'm doin'—and
21            we're doin' John, this is how crazy it's gotten.
22            We're doing, I'm gonna do over 730 of these side
23            doors this year.
24  WILSON:   Wow. How many schools are you doing those at now?
```

10

9163848802 2018-09-15 13-04-26 08137-001

1              Is that just like the top 20 or 50? Or is it more
2              than that?
3    SINGER:   Uh it's you know 50 to 60 different schools.
4    WILSON:   So 50 or 60 okay.
5    SINGER:   [OV] Yes.
6    WILSON:   And in terms of engineering schools, and what
7              are the best ones these days? MIT do they have a
8              side door?
9    SINGER:   No. But MIT is not even a fun place to go to
10             school John it's--
11   WILSON:   [OV] Yeah, I know I looked at it and I didn't, I
12             didn't but--
13   SINGER:   [OV] Nobody likes it.
14   WILSON:   RPI sucked too. [Laughs].
15   SINGER:   [UI]
16   WILSON:   All the engineering schools kind of suck.
17   SINGER:   But-but-but you see--
18   WILSON:   [OV] The pure engineering.
19   SINGER:   But if you, like, the great thing about going
20             to Harvard, or going to Stanford or places like
21             that, if I, you know, if I could get you in, you
22             can do whatever you want when you get there.
23   WILSON:   Yeah.
24   SINGER:   'Cause they don't care. Right? Um--

11

9163848802 2018-09-15 13-04-26 08137-001

| | | |
|---|---|---|
| 1 | WILSON: | [OV] Yeah. |
| 2 | SINGER: | Um, if you're g-, if you're gonna go to a, you |
| 3 | | know a t- a traditional engineering school, you |
| 4 | | know then you're, you, you wanna go to, you |
| 5 | | know, Berkeley and UCLA are almost impossible to |
| 6 | | get into, um-- |
| 7 | WILSON: | 'Cause the Asian factor? 'Cause the scores have |
| 8 | | been so high? |
| 9 | SINGER: | No, the-the Dean yeah the Deans—essentially |
| 10 | | I'll give you an example. The Dean at Berkeley |
| 11 | | came in to meet with all the coaches and the |
| 12 | | AD's and told him--them, we don't care who you |
| 13 | | recruit, we don't care how strong they are, they |
| 14 | | cannot be engineers. Because the, they're gonna |
| 15 | | miss too much practice, and too many labs. So |
| 16 | | don't recruit 'em for that. The nice thing about |
| 17 | | USC for example in engineering, you get to cut |
| 18 | | out half of your general ed. So you get into |
| 19 | | engineering on day one. They already start you |
| 20 | | there. So you're not playing-- |
| 21 | WILSON: | [OV] That's interesting. |
| 22 | SINGER: | Yeah all the humanities games and all the other |
| 23 | | stuff. Now, the best engineering school they |
| 24 | | could go to? If you really wanted to do that |

12

USAO-VB-01720535

9163848802 2018-09-15 13-04-26 08137-001

| | | |
|---|---|---|
| 1 | | truthfully? They're ranked number one in the |
| 2 | | country computer science and number three |
| 3 | | engineering? Is Georgia Tech. |
| 4 | WILSON: | Yeah that's kinda, I'm not sure they wan- |
| 5 | | [laughs], [UI] that I just think too a too |
| 6 | | redneck and... |
| 7 | SINGER: | Well Atlanta's not redneck. |
| 8 | WILSON: | I know, I know [UI] [Laughter]. |
| 9 | SINGER: | Atlanta's very, very hip. But anyways but |
| 10 | | that's--you asked for the best schools, they are |
| 11 | | the best. |
| 12 | WILSON: | But what are the top-top five or ten you would |
| 13 | | say engineering or science schools, you know, |
| 14 | | the Georgia Techs, the MITs, the Cal Techs, the |
| 15 | | uhh [OV] Cornell? |
| 16 | SINGER: | [OV] Yeah but nobody goes to Cal Tech University |
| 17 | | that's a regular kid. Cornell's not. [IA] |
| 18 | WILSON: | Princeton? |
| 19 | SINGER: | Stanford. |
| 20 | WILSON: | Stanford. |
| 21 | SINGER: | Stanford, Harvard, um, if you're gonna do comp |
| 22 | | sci then Brown is, um, if you're going to do- |
| 23 | | and then obviously Georgia Tech is in there, um, |
| 24 | | then you have the UCs, um, Carnegie Mellon, Case |

13

USAO-VB-01720536

9163848802 2018-09-15 13-04-26 08137-001

| | | |
|---|---|---|
| 1 | | Western, Northwestern, Penn - those are all your |
| 2 | | top schools. Yale's becoming-- |
| 3 | WILSON: | [OV] Nothing Dartmouth? |
| 4 | SINGER: | Dartmouth's okay they don't have a tr-, |
| 5 | | Dartmouth doesn't have a true engineering |
| 6 | | program. |
| 7 | WILSON: | Yeah. Cornell? |
| 8 | SINGER: | [OV] Yep. You get [UI]. Cornell has one but |
| 9 | | it's really a grind. Um, and then you got like |
| 10 | | Yale's becoming a math/science school. |
| 11 | WILSON: | Yale's way too liberal I think. [IA] my friends |
| 12 | | going there-there-there's a [UI] with her kids |
| 13 | | who'd probably get 'em out. |
| 14 | SINGER: | [Laughs] |
| 15 | WILSON: | It's becoming this like liberal like, you know, |
| 16 | | hot box. |
| 17 | SINGER: | Yeah but you-your kid doesn't have to make that |
| 18 | | decision. To do that. Your kid's gonna be who |
| 19 | | they are. |
| 20 | WILSON: | Yeah I know I know but the parents don't want to |
| 21 | | even support the school anymore it's funny. |
| 22 | | Three generations the kind of Yale families [UI] |
| 23 | | this place sucks. Anyway I wouldn't want 'em |
| 24 | | going to Yale. But anyway in terms of um, uh, if |

14

USAO-VB-01720537

9163848802 2018-09-15 13-04-26 08137-001

| | | |
|---|---|---|
| 1 | | they wanted to go more Economics as well then |
| 2 | | it's gonna be the, well the top Ivy, some of the |
| 3 | | UCs. |
| 4 | SINGER: | Yes. Yes Duke, Northwestern |
| 5 | WILSON: | [OV] Georgetown. |
| 6 | SINGER: | Georgetown [IA] |
| 7 | WILSON: | [OV] If they wanna stay east coast, yeah east |
| 8 | | coast or west coast. |
| 9 | SINGER: | Yep. So, USC, UCLA, Berkeley, the Claremont |
| 10 | | Colleges. |
| 11 | WILSON: | Stanford of course. |
| 12 | SINGER: | [Sneezes] |
| 13 | WILSON: | Bless you. |
| 14 | SINGER: | Sorry? |
| 15 | WILSON: | Stanford of course would be. |
| 16 | SINGER: | Of course. They're, they're the number one |
| 17 | | school in America. |
| 18 | WILSON: | Yep. |
| 19 | SINGER: | They got everything. |
| 20 | WILSON: | Yeah. |
| 21 | SINGER: | They got the weather, they got sports, they got |
| 22 | | a grade inflation, they offer every major. I |
| 23 | | mean they're the-- |
| 24 | WILSON: | [OV] Yeah. |

15

9163848802 2018-09-15 13-04-26 08137-001

| | | |
|---|---|---|
| 1 | SINGER: | --that's-- if anybody could go there, that's |
| 2 | | the place. |
| 3 | WILSON: | That's the cat's meow yeah. You're saying that's |
| 4 | | a minimum of a 1.2 on the side door? |
| 5 | SINGER: | Yep. |
| 6 | WILSON: | What sports would be best for them? Is crew the |
| 7 | | the bes-, ~~even~~ *you know*, you're talking about the Ivies |
| 8 | | and stuff like that, or is that not gonna even |
| 9 | | matter? |
| 10 | SINGER: | They--oh for me? It doesn't' matter. I, I'll |
| 11 | | make them a sailor or something. Because of |
| 12 | | where you live. |
| 13 | WILSON: | [Laughs]. That's probably more than ~~I wanna~~ *we'll want to* go |
| 14 | | for. Is there a two for one special? If you got |
| 15 | | twins? |
| 16 | SINGER: | [Laughs] Unfortunately, I know you pro- you |
| 17 | | probably have been asking that your whole life. |
| 18 | | [Laughter] I know you John you've been asking |
| 19 | | for-- |
| 20 | WILSON: | [UI] |
| 21 | SINGER: | Every time you go out for dinner is there a two |
| 22 | | for one sale. |
| 23 | WILSON: | Exactly, there's no piggy backing like that at |
| 24 | | all I assume? |

16

USAO-VB-01720539

9163848802 2018-09-15 13-04-26 08137-001

| | | |
|---|---|---|
| 1 | SINGER: | No I'm sorry about that, they're independent |
| 2 | | people. |
| 3 | WILSON: | Yep, and so in terms of things that are more in |
| 4 | | the half or three hundred, what is that set of |
| 5 | | schools? |
| 6 | SINGER: | So that's ah Georgetown, Boston College, Georgia |
| 7 | | Tech, USC, U- ah, UCLA, Berkeley, you know. |
| 8 | WILSON: | So UCLA is in that range too huh? Okay, that's |
| 9 | | not bad. |
| 10 | SINGER: | Yep, yeah. |
| 11 | WILSON: | And the northeast is just Georgetown, BC. |
| 12 | SINGER: | Georgetown, BC, Duke's more expensive. Duke has |
| 13 | | become the hottest school, um. |
| 14 | WILSON: | Duke? Wow. |
| 15 | SINGER: | Yeah, it's the hottest school there is. |
| 16 | WILSON: | So if they wanna try to help get anything, you |
| 17 | | know, back doors at like Harvard, being an |
| 18 | | Alumni doesn't really help much. Is it gonna be |
| 19 | | better from Lynnfield than from ah, Andover just |
| 20 | | 'cause of how many kids are already legacy, I'm |
| 21 | | not really legacy from the undergrad I'm legacy |
| 22 | | from the grad school. |
| 23 | SINGER: | And, and a lot of undergrad, but you know what |
| 24 | | at the end of the day, it's easier if--you know, |

17

USAO-VB-01720540

9163848802 2018-09-15 13-04-26 08137-001

| | | |
|---|---|---|
| 1 | | the easiest way as you know, is being a student |
| 2 | | athlete because you can, you can ov-, you |
| 3 | | overlap and overplay the um, the ah legacy. |
| 4 | WILSON: | Yeah so-- |
| 5 | SINGER: | 'Cause the-the athlete gets first priority. |
| 6 | WILSON: | The athlete gets first priority and then the |
| 7 | | legacy will help, and then ah-- |
| 8 | SINGER: | Yep. |
| 9 | WILSON: | Some additional side door money, or do you have |
| 10 | | to do all three? |
| 11 | SINGER: | Um. |
| 12 | WILSON: | Or you can try with just the first two? |
| 13 | SINGER: | Well ya-, if you just try the athlete side, and |
| 14 | | you were using the side door with the athlete |
| 15 | | it's a done deal. Just like with John. |
| 16 | WILSON: | Right but your saying athletes side, even as an |
| 17 | | alumni is essentially 1.2? |
| 18 | SINGER: | Absolutely. We got-- |
| 19 | WILSON: | But if your-- |
| 20 | SINGER: | Guy's giving up his spot, he's, they're not a |
| 21 | | good enough athlete, to compete with. |
| 22 | WILSON: | What would have to be in terms of crew I guess, |
| 23 | | everything being a good enough athlete. |
| 24 | SINGER: | They have to be one of, they have to be one of |

USAO-VB-01720541

9163848802 2018-09-15 13-04-26 08137-001

| | | |
|---|---|---|
| 1 | | the best in the country. They have to be row-- |
| 2 | WILSON: | [OV] So you have to be top times. |
| 3 | SINGER: | They gotta have to have top times and be rowing |
| 4 | | at The Head of the Charles, which is coming up, |
| 5 | | and they gotta go to Nationals, and they gotta |
| 6 | | compete. |
| 7 | WILSON: | Yep, so you gotta be top, tops in the nation. |
| 8 | SINGER: | You gotta, yeah, they can get whoever they |
| 9 | | want. |
| 10 | WILSON: | And they only get so many slots you get to fill. |
| 11 | SINGER: | That's the problem, that's the problem. |
| 12 | WILSON: | Yeah. Yeah, that is a big issue. [Laughter] Oh |
| 13 | | my God, and is that ah, are those numbers, are |
| 14 | | there anyway to make those like tax deductible? Are they |
| 15 | | ~~as like~~ donations to the school and stuff? How |
| 16 | | does that work? |
| 17 | SINGER: | They're all tax, it's all tax deductible, it's |
| 18 | | going into a non-profit, 501.3.c., it's all, |
| 19 | | it's all tax deductible, everyone, every piece |
| 20 | | of it. |
| 21 | WILSON: | Okay. |
| 22 | SINGER: | All of it. |
| 23 | WILSON: | Still big numbers. Wow. |
| 24 | SINGER: | It's tax. |

19

USAO-VB-01720542

9163848802 2018-09-15 13-04-26 08137-001

```
1    WILSON:   But there's so many people that want to do

2              that, it's just all.

3    SINGER:   And they, and they can do it because they think-

4              you know so the guys from Goldman called me

5              yesterday, he got four families, they're seniors

6              right now, its Lakeville [PH] [UI from 13:22:13

7              to 13:22:18, lots of static] because that's like

8              compared to what they're being quoted by the

9              development office they're like--

                    [Call ends abruptly]

                    End of Audio File
```

20