# EXHIBIT 23

```
     9163848802 2019-01-03 20-28-18 13940-001

1    Call Date:   2019-01-03

2    Call Duration: 07:42

3    Call Begin: 20:28:18

4    Participants

5       RICK SINGER

6       JOHN WILSON

7    File Name:   9163848802 2019-01-03 20-28-18 13940-001.wav

8

9

10   WILSON:   Hey, Rick, how are you?

11   SINGER:   I'm good, John. How are you doin'?

12   WILSON:   I'm doin' well. Happy New Year.

13   SINGER:   Happy New Year. Where are you today?

14   WILSON:   Ah, I'm in, uh, Houston. Back in Houston.

15   SINGER:   OK. Did you guys go anywhere for the –

16   WILSON:   [OV/IA] the kids, and, uh, we took 'em to Cuba

17             for Christmas for a week. That was a pretty, uh-

18             pretty, uh eye opening uh –

19   SINGER:   Cu ...

20   WILSON:   –[IA], yeah.

21   SINGER:   That was cool. That was cool.

22   WILSON:   'Cause I'd been there, but, uh... Have you ever been

23             there?

24   SINGER:   I have never been there, a-and it's somethin' we
```

United States District Court
District of Massachusetts
**TRIAL EXHIBIT**
**623A**
Case No. 19-CR-10080-NMG

EK 9/8/21

9163848802 2019-01-03 20-28-18 13940-001

| | | |
|---|---|---|
| 1 | | alway-- I've always thought about doin', but i-is |
| 2 | | it - is it worth goin'? |
| 3 | WILSON: | Well, it's eye-opening in a lot of ways. We've been |
| 4 | | to a lot of, like, third-world countries, Africa. |
| 5 | | You see people, like, [IA] living in dung huts, you |
| 6 | | know, kinda hunter/gatherer kind of rural poverty, |
| 7 | | but here you have a country where even the most |
| 8 | | highly-educated people, people who had, like, 3 |
| 9 | | PhDs, medical doctors [inaudible], the maximum pay |
| 10 | | you can get in the country is $25 a month. Per |
| 11 | | month! |
| 12 | SINGER: | Really? |
| 13 | WILSON: | That's the maximum, right? The whole Communist |
| 14 | | thing. And the average worker gets, like, 12 to 15. |
| 15 | | But the cost of living is huge. The cost of |
| 16 | | living's $100 a month for an apartment, a 2-bedroom |
| 17 | | apartment with no windows, no heat, no hot water, no |
| 18 | | potable water. And you have to take bucket, you |
| 19 | | know, sponge showers. And they have to live with 8 |
| 20 | | income-earners in a -- in a hotel, or in a -- in an |
| 21 | | apartment, usually 3 generations of the family and |
| 22 | | brothers and sisters and stuff, and kids, to share, |
| 23 | | just to make the ends meet, 'cause they only get |
| 24 | | paid 25 at best, and you, you have to pay 100, |

9163848802 2019-01-03 20-28-18 13940-001

| | | |
|---|---|---|
| 1 | | you know? [laughter] And, uh, they get -- |
| 2 | SINGER: | [OV] That's unbelievable. |
| 3 | WILSON: | -- 5 pounds of rice. It's unbelievable. You get 5 |
| 4 | | pounds of rice... [IA] where, you know, we met |
| 5 | | people -- professors and doctors and stuff. A lot |
| 6 | | of them had worked in the Soviet Union [IA] the |
| 7 | | people, and had been over, you know, in Afghanistan. |
| 8 | | Some of them had been over fighting for them, had |
| 9 | | been over in the Soviet Union doing stuff, had been |
| 10 | | in Venezuela, had been in North Korea, you know, |
| 11 | | basically working for the Soviets during their - |
| 12 | | when they were growing up their kinda things. Just a |
| 13 | | wild experience. These guys had nothing. And my |
| 14 | | daughter said to me -- you know, college kids who |
| 15 | | had nothing -- and the reason people get all these |
| 16 | | degrees is because college is free, and when you're |
| 17 | | in -- |
| 18 | SINGER: | Right. |
| 19 | WILSON: | -- college, as long as you're qualified, you get |
| 20 | | free room and board, too. So people will stay there |
| 21 | | and get, like, 4 PhDs - |
| 22 | SINGER: | Wow. |
| 23 | WILSON: | -- just to be on their own. [laughter] If you're |
| 24 | | smart. Crazy. |

3

9163848802 2019-01-03 20-28-18 13940-001

| | | |
|---|---|---|
| 1 | SINGER: | That's -- that is -- |
| 2 | WILSON: | A good experience for the kids. |
| 3 | SINGER: | Oh, absolutely. And they -- obviously they must've |
| 4 | | treated you guys pretty well. |
| 5 | WILSON: | Oh yeah, 'cause we were giving -- yeah, like, we |
| 6 | | would take 'em out to a dinner with, like, some of |
| 7 | | the professors and stuff. You know, a $10 dinner, |
| 8 | | which was a luxury for them, at a kind of co-op |
| 9 | | restaurant, whatever, so it was OK, not great, and |
| 10 | | these guys would be fawning all over us. "Oh my God, |
| 11 | | thank you. We could never have a dinner like this |
| 12 | | on our own kind of thing." And it was like, wow. |
| 13 | | And they would take our table scraps and bring 'em |
| 14 | | to their kids. I said, "Oh, shit, you know, can't |
| 15 | | you bring your kids tomorrow to dinner? We'll bring |
| 16 | | your -- we'll, we'll treat your kids --" |
| 17 | SINGER: | Right. |
| 18 | WILSON: | "-- too." For 150 bucks you can treat a family of |
| 19 | | 10, and they're, like, praising you like you were |
| 20 | | the second coming. [laughter] |
| 21 | SINGER: | Wow. That's amazing. |
| 22 | WILSON: | It was really eye-opening. You know, it's like, |
| 23 | | wow... I've never seen poverty amongst, you know, |
| 24 | | highly- educated people like that, at that level. |

4

9163848802 2019-01-03 20-28-18 13940-001

| | | |
|---|---|---|
| 1 | SINGER: | It's incredible. Incredible. |
| 2 | WILSON: | Yeah. And the reason -- |
| 3 | SINGER: | So -- |
| 4 | WILSON: | -- they have all those old cars, cars were like 40 |
| 5 | | grand, and no one could -- that's 200 years' |
| 6 | | salary [IA] -- |
| 7 | SINGER: | Right. [laughter] |
| 8 | WILSON: | -- 200 years' salary. And so the reason they hold |
| 9 | | these old 1950s cars is 'cause they inherited that |
| 10 | | from their great-grandfather. They never sell a car, |
| 11 | | never break a car up or anything. They just keep |
| 12 | | repairing it and repairing it. There's a whole |
| 13 | | cottage industry of a lot of blacksmiths who make - |
| 14 | | custom make, you know, forgings and parts to repair |
| 15 | | all these '50s cars. |
| 16 | SINGER: | Wow. |
| 17 | WILSON: | And the only people who can buy new cars are the |
| 18 | | government agencies, with taxis, or the government |
| 19 | | bureaucrats, who get their own Mercedes and stuff, |
| 20 | | you know. But the population, uh, has very few cars |
| 21 | | to begin with. But if you have a car in your family, |
| 22 | | you're, like, rich, 'cause you can make -- |
| 23 | SINGER: | Wow. |
| 24 | WILSON: | - like, 50 bucks a day, you know, renting it as a |

USAO-VB-01720647

EX. 623A p. 5 of 10

```
     9163848802 2019-01-03 20-28-18 13940-001
```

| | | |
|---|---|---|
| 1 | | taxi. |
| 2 | SINGER: | That's amazing. |
| 3 | WILSON: | [laughter] It's crazy. |
| 4 | SINGER: | Amazing. Amazing. |
| 5 | WILSON: | That's why half the cars are 1950 -- |
| 6 | SINGER: | Right. |
| 7 | WILSON: | -- [OV/IA] cars, so... |
| 8 | SINGER: | Right. |
| 9 | WILSON: | They just keep using... |
| 10 | SINGER: | So, uh, so I wanted to touch base with you, 'cause I |
| 11 | | wanted to, um, just let you know, everything's - |
| 12 | | we're, we're in good shape. No issues -- |
| 13 | WILSON: | OK. |
| 14 | SINGER: | -- at all, um, both at Stanford and Harvard. Um, 1 |
| 15 | | of the things I just wanted to really make sure, |
| 16 | | 'cause, um, this has k-kinda come back to me, not |
| 17 | | because of you guys but for other families that |
| 18 | | we've gone through the side door -- |
| 19 | WILSON: | Yeah. |
| 20 | SINGER: | -- is that I just gotta make sure that you guys |
| 21 | | don't get engaged at Stanford or Harvard with |
| 22 | | anybody in Admissions or Development or anything, through all |
| 23 | | that you guys keep your name out of that world. Is, |
| 24 | | um, is that--is that OK? |

9163848802 2019-01-03 20-28-18 13940-001

| | | |
|---|---|---|
| 1 | WILSON: | Yeah, so what does that mean, don't get engaged? |
| 2 | | Like -- |
| 3 | SINGER: | So -- |
| 4 | WILSON: | -- if they want to go to -- |
| 5 | SINGER: | -- so, like -- |
| 6 | WILSON: | -- the school and visit and all that stuff? |
| 7 | SINGER: | No, no, no, that's fine. That's all good. The issue |
| 8 | | is, like, I've had f-- uh, families before that |
| 9 | | essentially have gone through the side door, and |
| 10 | | then because people found out who they were, the |
| 11 | | Development office calls them, Admissions will call |
| 12 | | them, all trying to get, you know, donations, and, |
| 13 | | um, so then as soon as your name is known amongst |
| 14 | | those other groups, then people start saying, on the |
| 15 | | Athletics side, since we're goin' through the side |
| 16 | | door, and you've already made, you know, 2 $500,000 |
| 17 | | contributions, they're gonna say, "So, you know, so |
| 18 | | why are you goin' through Athletics, um, you know, |
| 19 | | when Development has already been talking to you?" |
| 20 | | You know what I'm sayin'? So what I'm just tryin' - |
| 21 | | - so what I try to do is get all my families to just |
| 22 | | stay quiet, don't get involved with anybody at |
| 23 | | Stanford or Harvard, and know that everything is |
| 24 | | taken care of through the side door, through, uh, |

7

9163848802 2019-01-03 20-28-18 13940-001

| | | |
|---|---|---|
| 1 | | Athletics. |
| 2 | WILSON: | OK, so are they both gonna be...? I wasn't sure how |
| 3 | | they're gonna be handled, and how do you want to |
| 4 | | handle that with the girls. Um -- |
| 5 | SINGER: | So w-when we get around to that point -- let's just |
| 6 | | get our scores, let's get our grades, and then I |
| 7 | | will give you the exact direction, um, that we'll go |
| 8 | | through, kinda like what we did with Johnny. We went |
| 9 | | - Johnny went, you know, right to water polo. And |
| 10 | | for the girls, I'll probably just go to, um, b-2 |
| 11 | | sports, sailing and crew, and just walk 'em right |
| 12 | | through as a, uh, recruited walk-ons. |
| 13 | WILSON: | OK. |
| 14 | SINGER: | And then everything will go smoothly, and, uh, we |
| 15 | | should have no issues.  But my only thing to you |
| 16 | | was I just wanna make sure -- because, you know, |
| 17 | | you're a known entity, a known family, and people |
| 18 | | know that you're interested, and they're gonna say, |
| 19 | | "Hey, I can help you," or people may call you, and |
| 20 | | I just want to say - you just say, "Hey, listen, we |
| 21 | | got -- we -- we're taking care of things ourself. |
| 22 | | We have it all. Girls are great students. We're |
| 23 | | just gonna apply on our own." |
| 24 | WILSON: | OK, so just kind of -- just say we're applying on |

8

9163848802 2019-01-03 20-28-18 13940-001

| | | |
|---|---|---|
| 1 | | our own, nothing... |
| 2 | SINGER: | Correct, nothing, nothing -- no side doors. We're |
| 3 | | not doing anything -- |
| 4 | WILSON: | Yeah, don't mention about that, right. |
| 5 | SINGER: | -- where -- yeah -- where you're makin' a payment |
| 6 | | to help the kids get into school. |
| 7 | WILSON: | Right, OK. That sounds good. Things calmed down |
| 8 | | for you otherwise, or no more [OV/UI]? |
| 9 | SINGER: | Yeah, yeah, we're -- I, I just g-- I got -- yeah, |
| 10 | | we -- um, I gotta get through another couple days, |
| 11 | | and then I should be in pretty good shape. |
| 12 | WILSON: | Cool. Now, when do the girls actually have to start |
| 13 | | writing applications, all that stuff? |
| 14 | SINGER: | Oh, it's -- |
| 15 | WILSON: | [OV/IA] summer? |
| 16 | SINGER: | -- June 15th. Yeah, June 15th we'll start that |
| 17 | | whole, uh, writing the essays and, uh, |
| 18 | | applications. |
| 19 | WILSON: | OK, in June, OK. |
| 20 | SINGER: | Yeah. |
| 21 | WILSON: | All right. And then, um, in terms of you and I |
| 22 | | having a conversation on pricing, I'd happy -- be |
| 23 | | happy to go ahead and [OV/IA] -- |
| 24 | SINGER: | No, uh, I'll -- we'll get a-- I'll get around to |

```
9163848802 2019-01-03 20-28-18 13940-001
```

| | | |
|---|---|---|
| 1 | | that. Let me just kinda get -- I gotta get |
| 2 | | everybody situated and done, and then I'll get back |
| 3 | | to you on that. |
| 4 | WILSON: | OK, sounds good. |
| 5 | SINGER: | All right, John.  Thanks so much. |
| 6 | WILSON: | All right, thanks. All right. |
| 7 | SINGER: | OK. Take care. |

END OF AUDIO FILE