# EXHIBIT 24

**From:** Jack Bowen <jbowen@menloschool.org>
**To:** Leslie Wilson <leslie@leslieqwilson.com>;John Wilson <john@hyannisportcapital.com>
**Sent:** 10/14/2013 1:01:51 PM
**Subject:** Johnny On Camera

Hi Leslie and John,

In the spirit of trying to keep you 'in the loop' I took this photo of Johnny, mid-interview.  He was one of the 3 boys I chose for the interview and he was great: the only one to field more than one question.  The interviewer said that the interview was the easiest he'd had in his 2 years doing this.

Johnny really stepped up in the MA game as did all of the boys.  A serious thriller, and all for the league championship title.

And on one side-note, I know he's working on the USC coach regarding admission there: please let me know if there's anything I can do on that front to help with that process.

Hope you guys are well.  Johnny seems happy and healthy.

Best
Jack



United States District Court
District of Massachusetts
TRIAL EXHIBIT
**7976**
Case No.   19-CR-10080-NMG

USAO-VB-01599511

EX. 7976 p. 1 of 1