# EXHIBIT 25

| | |
|---|---|
| **From:** | John Wilson <john@hyannisportcapital.com> |
| **Sent:** | Wednesday, March 27, 2013 3:59 AM |
| **To:** | Rick Singer <rwsinger@gmail.com> |
| **Cc:** | Leslie Wilson <leslie@leslieqwilson.com> |
| **Subject:** | Re: John Wilson |

R

Thx just want to be sure he is not a lepper

Sent from my iPad

On Mar 27, 2013, at 8:53, "Rick Singer" <rwsinger@gmail.com> wrote:

> They have 42 guys- 20+ do not travel but practice. he will be fine. Bench warming on the 4 time in a row national champion is not bad as a freshman.
>
> On Wed, Mar 27, 2013 at 12:40 AM, John Wilson <john@hyannisportcapital.com> wrote:
>> R
>>
>> I would love him to actually be committed and give it his best.  I don't want to taint his meeting with USC coach. I know he was worried about his grades and practice time commitment and travel year round.
>>
>> So it sounds like even if he practices all the time etc it will be known that he is a bench warming candidate? Obviously his skill level may be below the other freshmen.  In your view will he be so weak as to be a clear misfit at practice etc?
>>
>> J
>>
>> Sent from my iPad
>>
>> On Mar 27, 2013, at 8:24, "Rick Singer" <rwsinger@gmail.com> wrote:
>>
>>> Travel is only if he is playing so No- the commitment is to be on the roster not attend all practices but he will have to attend drug tests and other mandatory functions for 1 year then walk away/ frankly after the 1st semester he can move on
>>>
>>> Sent from my iPhone
>>>
>>> On Mar 26, 2013, at 11:50 PM, "John Wilson" <john@hyannisportcapital.com> wrote:
>>>
>>>> R
>>>>
>>>> Johnny also was wondering if he did the side door at USC is it year round commitment ?for two years min? Or one?  Will he be traveling w team or stay home for road meets etc.
>>>>
>>>> What would a bench warmer position mean?  Would the other kids know he was a bench warmer side door person?
>>>>
>>>> J
>>>>
>>>> Sent from my iPhone
>>>>
>>>> On Mar 27, 2013, at 7:10 AM, "Rick Singer" <rwsinger@gmail.com> wrote:
>>>>
>>>>> Smu TCU LMU, SDSU, uCSC, cal poly SLO CU Boulder, indiana, oregon arizona  rollins
>>>>>
>>>>> Harder- u miami, Santa Clara,Usd, northeastern BU, GW u Wisconsin Tulane USC
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>> On Mar 26, 2013, at 10:19 PM, "John Wilson" <john@hyannisportcapital.com> wrote:
>>>>>
>>>>>> R
>>>>>>
>>>>>> If water polo and swimming are nit realistic for johnny, then What are the schools that he has a realistic shot at (without help) in SoCal area, southwest and east coast?
>>>>>>
>>>>>>
>>>>>> Sent from my iPhone
>>>>>>
>>>>>> On Mar 27, 2013, at 12:26 AM, "Leslie Wilson" <leslie@leslieqwilson.com> wrote:
>>>>>>
>>>>>>> HB
>>>>>>> I followed up w/Rick about our school visits - I'll connect w/Johnny tonight about finalizing the list.
>>>>>>> Xxoo
>>>>>>> BB
>>>>>>>
>>>>>>> Sent from my iPhone
>>>>>>>
>>>>>>> Begin forwarded message:
>>>>>>>
>>>>>>>> **From:** Rick Singer <rwsinger@gmail.com>
>>>>>>>> **Date:** March 26, 2013, 3:07:22 PM PDT
>>>>>>>> **To:** Leslie Wilson <leslie@leslieqwilson.com>
>>>>>>>> **Subject: Re: John Wilson**
>>>>>>>>
>>>>>>>> The division3 schools are pitzer and chapman which he can get I and are considered lower level.

**TRIAL EXHIBIT 49**
United States District Court
District of Massachusetts
Case No. 19-CR-10080-NMG

Santa Clara is slightly lower than LMU in polo, UCSD is very academic and they would take Johnny but cannot help get in.

Jovan just texted me he will meet you all at 3:30pm on Tuesday on the pool deck. You will have to leave LMU early.

Sent from my iPhone

On Mar 26, 2013, at 2:38 PM, "Leslie Wilson" <leslie@leslieqwilson.com> wrote:

> Hi Rick,
> Did you & Johnny discuss the 2nd & 3rd tier schools that Johnny & his wpolo discussed?
> What schools would you suggest that we see while in S. CA next week?
> Thx
>
> Sent from my iPhone
>
> On Mar 26, 2013, at 2:17 PM, "Rick Singer" <rwsinger@gmail.com> wrote:
>
>> They are in the top 8 in the country. They want totally dedicated polo players - Johnny has to put in more time and decide he really wants to play or when they meet him they will be disappointed and make my relationship sour.
>>
>> Please let me know if Johnny is going to be totally on board. LMU may be delayed if Jovan comes to campus to meet at noon on Tuesday as well.
>>
>> Sent from my iPhone
>>
>> On Mar 26, 2013, at 2:14 PM, "John Wilson" <john@hyannisportcapital.com> wrote:
>>
>>> R
>>>
>>> So, none of the teams really even LMU want to even meet with him on their campus?
>>>
>>> Sent from my iPad
>>>
>>> On Mar 26, 2013, at 22:09, "Rick Singer" <rwsinger@gmail.com> wrote:
>>>
>>>> There are no offices on campus at usc. I asked Jovan to come to campus to meet. At LMU they are not very interested in Johnny- more get in and then we can speak same for others. I can ask again but be prepared for their outlook.
>>>>
>>>> Sent from my iPhone
>>>>
>>>> On Mar 26, 2013, at 1:27 PM, "John Wilson" <john@hyannisportcapital.com> wrote:
>>>>
>>>>> Rick
>>>>>
>>>>> These are generic tours? I thought we might be meeting w assistant water polo coaches etc.
>>>>>
>>>>> John
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>> On Mar 26, 2013, at 8:03 PM, "Rick Singer" <rwsinger@gmail.com> wrote:
>>>>>
>>>>>> All in tact. I sent an email to Jovan to see if he is on campus to meet.
>>>>>>
>>>>>> ---------- Forwarded message ----------
>>>>>> From: <mikaela.sanford@thekeyworldwide.com>
>>>>>> Date: Tue, Mar 26, 2013 at 11:27 AM
>>>>>> Subject: John Wilson
>>>>>> To: Rick Singer <rwsinger@gmail.com>
>>>>>>
>>>>>> ***Itinerary for***
>>>>>> ***John Wilson***

USAO-VB-00224092

*Tuesday, April 2*

- USC

  - 9:00 am – Campus Tour
  - Confirmation Number: CT0402201309002101467310
  - Please arrive at least 15 minutes prior to the start of the program.
  - Driving directions and a campus map can be found on our website at http://web-app.usc.edu/maps/

- LMU

  - 1:00 pm – 2:30 pm – Campus Tour
  - For directions to the campus, please click on the following link: Directions and Map

*Wednesday, April 3*

- UCSB

  - 12:00 pm Campus Tour, 3:00 pm Information Session
  - Find detailed directions and campus maps at: www.admissions.ucsb.edu/VisitUCSB.asp
  - Upon arrival, be sure to purchase and display a parking permit in your vehicle. It is recommended that you select a daily permit rather than an hourly permit in order to maximize your time at UCSB and avoid a parking citation should you decide to stay on-campus for lunch or to visit the bookstore.

*Thursday, April 4*

- USD

  - 1:30 pm – Campus Tour
  - Tour Location: Admissions Office - Serra Hall 201
  - University of San Diego, 5998 Alcala Park, San Diego, CA 92110

--
Rick Singer
(916) 384-8802

--
Rick Singer
(916) 384-8802