# EXHIBIT 26



TEL: (213) 740-5326
FAX: (213) 821-5478
E-MAIL: garfio@usc.edu

**ALEX GARFIO, M.ED.**
ASSISTANT ATHLETIC DIRECTOR
ATHLETICS DEPARTMENT

UNIVERSITY OF SOUTHERN CALIFORNIA
HERITAGE HALL 203A, 3501 WATT WAY
LOS ANGELES, CALIFORNIA 90089-0602
www.usctrojans.com