# EXHIBIT 29

full-page image
