# EXHIBIT 30

| | |
|---|---|
| **Message** | |
| **From**: | John Wilson [johnbwil@usc.edu] |
| **Sent**: | 1/12/2015 10:25:56 PM |
| **To**: | Jovan Vavic [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=db49746271f843f4a74aba6ff5ed2529-scxk5qh3] |

Hello Jovan,

I hope that you had a great break and wonderful holiday season. I wanted to thank you and illustrate how profoundly appreciative I am for the incredible opportunity you have given me here at USC as an individual member on the team as well as a student at this school. Unfortunately this was a much bigger commitment than I had planned on making and despite my best efforts, my grades reflected my inability to balance my academic and athletic life. Along with my academic struggles, I am also still very conscientious about my situation regarding my head. While water polo has gotten me very far in my life and always played a major role, I must start considering being more careful with my head. I already have 3 diagnosed concussions and with a very likely fourth concussion looming in the near future I must start considering my future. Because my body is already starting to burn out from water polo, I need to make sure the same doesn't happen with my head. I will need to use my brain for the next 70 years and for this reason I need to be focusing more on my academic life and my future over water polo. For these reasons, I will not be playing water polo this semester and will be focusing on my academic life and my future career in the business world.

Thank you,
Johnny

United States District Court
District of Massachusetts
**TRIAL EXHIBIT**
**137**
Case No. 19-CR-10080-NMG

FOIA Confidential Treatment Requested

USC-00007045
VB-RECORDS-00123271

EX. 137 p. 1 of 1