# EXHIBIT 31



```
Peggy
████████████████████████ 200000.00
████████████████████████

Peggy Moore
BC-MN-H21P
```

United States District Court
District of Massachusetts

**TRIAL EXHIBIT**

**121**

Case No. 19-CR-10080-NMG

PURPOSE/REMITTER: DRISCOLL FAMILY

   **CASHIER'S CHECK**   No. 5280505169   90-3582/1222

DATE:   APRIL 16, 2014

PAY   ONE HUNDRED THOUSAND DOLLARS AND 00 CENTS

$ 100,000.00

TO THE ORDER OF:   USC BASEBALL

Location:   5280 Westlake Village

U.S. Bank National Association
Minneapolis, MN 55480

00023   05280 0002   04/16/2014 01:26 USB
CASHR CK   NON NEGOTIABLE

AUTHORIZED SIGNATURE

$100,000.00

♦1239902204941628 14
E 6858 ID 098 PKT 01
7376683912

Peggy
                              100000.00

Peggy Moore
BC-MN-H21P

PURPOSE/REMITTER: WILSON FAMILY

 **CASHIER'S CHECK**   No. 5280505170   90-3582 / 1222

DATE:   APRIL 16, 2014

PAY   ONE HUNDRED THOUSAND DOLLARS AND 00 CENTS

$ 100,000.00

TO THE
ORDER OF:   USC MENS WATER POLO

Location:   5280 Westlake Village

U.S. Bank National Association
Minneapolis, MN 55480

00023   05280 0002   04/16/2014 01:26 USB
CASHR CK   NON NEGOTIABLE

AUTHORIZED SIGNATURE

$100,000.00

#123000220404162014
E 6858 ID 098 PKT 01
7376683013

Peggy
                              100000.00

Peggy Moore
BC-MN-H21P

VB-FINANCIALS-01071120