# EXHIBIT 32

| | |
|---|---|
| **From:** | Debbie Rogers <debbie@hyannisportcapital.com> |
| **To:** | John Wilson <john@hyannisportcapital.com>;Leslie Wilson <leslie@leslieqwilson.com> |
| **Sent:** | 7/31/2014 3:02:32 PM |
| **Subject:** | USC Gift Ack |
| **Attachments:** | SC Trojan Athletic Fund 7-28-14.pdf |



Deborah Rogers
Phone:  650-347-5757
Fax:  650-343-6757

United States District Court
District of Massachusetts
**TRIAL EXHIBIT**
**126**
Case No.   19-CR-10080-NMG

USAO-VB-01601371

**TROJAN ATHLETIC FUND**

USC Department of Athletics
3501 Watt Way, HER 203A
Los Angeles, CA 90089-0602
213-740-4155
Fax 213-740-1306
trojanathleticfund.com

July 28, 2014

John & Leslie Wilson
2 Fleur Place
Atherton, CA 94027

Dear John & Leslie,

Thank you for your generous gift to USC Athletics Men's Water Polo in the amount of $100,000. Maintaining state-of-the-art facilities is an essential part of USC's commitment to excellence. Through your contribution, you are helping the University achieve this important goal.

On behalf of the young student-athletes that will benefit from your anonymous gift, thank you.

Fight On!

Ron Orr
Associate Athletic Director

cc: Jovan Vavic