# EXHIBIT 33

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS



UNITED STATES OF AMERICA,        )
                Plaintiff        )
                                 )
vs.                              ) No. 1-19-CR-10080
                                 )
GAMAL ABDELAZIZ and JOHN         )
WILSON,                          )
                Defendants.      )
                                 )
                                 )



         BEFORE THE HONORABLE NATHANIEL M. GORTON
              UNITED STATES DISTRICT JUDGE
                  JURY TRIAL - DAY 14



         John Joseph Moakley United States Courthouse
                      Courtroom No. 4
                      One Courthouse Way
                 Boston, Massachusetts 02210



                      September 29, 2021
                         9:10 a.m.




                 Kristin M. Kelley, RPR, CRR
                   Debra Joyce, RMR, CRR
                    Official Court Reporter
         John Joseph Moakley United States Courthouse
                One Courthouse Way, Room 3209
                 Boston, Massachusetts 02210
                   E-mail: kmob929@gmail.com

           Mechanical Steno - Computer-Aided Transcript
```

```
     1    only want to show the witness page 9 of Exhibit 125.  If we
     2    could just turn that around.
     3    Q.   Is that the bank check, a copy of the bank check that
     4    you're referring to for the USC number you have there of
     5    $150,000?
     6    A.   Yes.
     7              MR. KENDALL:  I'd like to offer this copy of the check
     8    into evidence, your Honor.
     9              MS. WRIGHT:  No objection.
10:58 10              THE COURT:  It will be admitted, 125.
    11              (Exhibit 125 admitted into evidence.)
    12              MR. KENDALL:  Thank you, your Honor.
    13              If we could show the jury, please.
    14              MS. WRIGHT:  Just this check, though, correct?
    15              MR. KENDALL:  Just this check.
    16    Q.   You see it says US Bank cashier's check pay $100,000 and
    17    it's payable to the order of Usc Men's Water Polo, correct?
    18    A.   Correct.
    19    Q.   No individual's name there associated with USC, correct?
10:59 20    Not Donna Heinel, not a coach?
    21    A.   Correct.
    22    Q.   Just to the water polo team.  And then it says
    23    "purpose/remitter".  That means -- the remitter is the person
    24    who bought the check, or is supplying the funds?
    25    A.   It doesn't always mean who bought it.  I mean --
```

```
 1  Q.  The purpose who was giving it?
 2  A.  It's the -- you can advise the bank to put a particular
 3  thing.
 4  Q.  Okay.  It says "Wilson Family", correct?
 5  A.  Yes, it does.
 6  Q.  Okay.  If you look and see those handwritten numbers at
 7  the top, 93-9101-6984, you know that to be the men's USC water
 8  polo gift account bank account number?
 9  A.  It's not the bank account number.
10  Q.  Is it the account number?
11  A.  It's -- my understanding is that is the general ledger
12  account number of the internal USC.
13  Q.  Thank you.  So it's how USC tracks the money that goes
14  into its gift account?
15  A.  That's right.
16  Q.  It may not actually be the bank's account number?
17  A.  Correct.
18  Q.  But it's the USC accounting entry to show it went into the
19  USC gift fund account, correct?
20  A.  That's correct.
21  Q.  Now, if we go back to 718, please.  We see the water polo,
22  which the 100,000 is connected to John Wilson.  Then you see
23  Clear the Clearinghouse with Donna Heinel of $160,000.  Do you
24  know those payments occur 4 years after Johnny Wilson is
25  admitted to USC, correct?
```

1     MR. KENDALL:  I want to show an exhibit just for the
2  witness, 9849, page 1 of 1.
3  Q.   Do you recognize that as the numbers we just went through
4  and the total taxes paid?
5  A.   The foreign tax is different.
6  Q.   The foreign tax credit was 468,278, I believe.
7  A.   I have 476 -- can I see the return again?
8  Q.   Sure.  466 -- you're right.  You're correct.  My math.
9  I'm not going to call it a typo.  I'm just going to call it my
10 error.  It's off by $2,000.  So it's -- the total would be
11 966,821.
12 A.   Yes.
13 Q.   Okay.  And you agree with me the taxable income is
14 $2,131,369?
15 A.   I'd have to see it.
16 Q.   Okay.  Why don't we go back to Exhibit 482.  Let's look at
17 line 43, please, of the 1040, which would be at bates 852,
18 line 43.
19     Well, actually, hold on a second.  I may be off by a
20 fraction.
21     MR. KENDALL:  One minute, your Honor?
22     THE COURT:  Yes.
23 Q.   So taxable income would be what?
24 A.   Is $2,127,769.
25 Q.   So $2,127,769.  If we divide $2,127,769 -- excuse me -- if

```
 1   we decide 966,821, the amount of tax paid, by the taxable
 2   income, it will get us about 45 percent.  Is that correct?
 3            MS. KEARNEY:  Objection.
 4            THE COURT:  Grounds?
 5            MS. KEARNEY:  The witness testified that not all the
 6   foreign tax credit was paid in 2014.
 7            THE COURT:  Sustained.
 8   Q.   The foreign tax credit was applied to the return, correct?
 9   A.   There was a carry forward from 2012 and 2014.  It wasn't
10   paid in 2014 though.
11   Q.   So using the carry forward, we would see that the carry
12   forward in taxes paid are about 45 percent of the taxable
13   income, correct?
14   A.   All of the foreign tax credit wasn't paid in 2014, so I
15   can't.
16   Q.   I'm not saying it's paid.  I'm agreeing with you it wasn't
17   all paid.
18   A.   Okay.
19   Q.   I'm saying the foreign tax credit applied and the other
20   taxes paid equal 45.5 percent of the taxable income?
21            MS. KEARNEY:  Objection, your Honor.
22            THE COURT:  Well, if she understands, she can answer.
23   A.   I understand.  I just don't agree with that percentage,
24   because it's not 45 percent of the taxable income, because the
25   taxable income for this year relates only to 2014, whereas the
```

```
         1  credit that he's getting for foreign tax credit was not all
         2  from 2014.  So to get a percentage, I don't feel comfortable
         3  doing that.
         4  Q.   I'm just asking you to do the math and the government can
         5  ask you questions to explain your view of it later.
         6           MS. KEARNEY:  Objection.
         7           THE COURT:  Overruled.
         8  Q.   My question is simple.  If we take the line, the numbered
         9  line 43 and divide it by 966,821, we get about 45 percent,
02:31   10  correct?
        11           MS. KEARNEY:  Objection.  Relevance.
        12           THE COURT:  She can answer the question.  Overruled.
        13  A.   I'm trying to do some long division here.  It might take
        14  me a minute.
        15  Q.   Would you like a calculator?
        16  A.   That would be awesome.  It would go a lot quicker.
        17  Q.   Promise me you won't read my e-mails.
        18  A.   I promise.
        19  Q.   Would you like a simple calculator?
02:32   20  A.   That would be perfect.  It should be a simple calculation.
        21  Thank you.  Yeah.  45.4 percent.
        22  Q.   Okay.  So that 966 of foreign tax credits and taxes paid
        23  is 45 point -- what did you say, 6 percent?
        24  A.   Four.
        25  Q.   45.4 percent of the taxable income.
```

```
 1    A.   Correct.
 2    Q.   Next, I'd like to show you your chart, Exhibit 697.  This
 3    is a calculation you made assuming that the $220,000 should be
 4    disallowed as deductions?
 5    A.   Correct.
 6    Q.   Disallow the $120,000 as a consulting fee and disallow
 7    $100,000 as a charitable contribution?
 8    A.   Correct.
 9    Q.   Did you do a calculation of what it would be if someone
10    expected that the entire $220,000 would be a charitable
11    contribution?
12    A.   I did not.
13    Q.   Okay.
14              MR. KENDALL:  I'd like to show you, only as a chalk,
15    trial Exhibit 9836, your Honor, if I may.  And I'd just like to
16    walk the witness through the calculation.  If we can show this
17    to the jury.  It's only a chalk for the moment, your Honor.
18              MS. KEARNEY:  Can I -- do you have a hard copy I can
19    take a look at, please?
20              MR. KENDALL:  Sure.
21              MR. FRANK:  Your Honor, this should not be in front of
22    the jury.  It is already.
23              THE COURT:  I can't hear you.
24              MR. FRANK:  I don't know if this is in front of the
25    jury, but it should not --
```

```
 1   C E R T I F I C A T E
 2
 3
 4   UNITED STATES DISTRICT COURT )
 5   DISTRICT OF MASSACHUSETTS    )
 6
 7
 8         We, Kristin M. Kelley and Debra Joyce, certify that
 9   the foregoing is a correct transcript from the record of
10   proceedings taken September 29, 2021 in the above-entitled
11   matter to the best of our skill and ability.
12
13
14       /s/ Kristin M. Kelley              September 29, 2021
15       /s/ Debra Joyce                    September 29, 2021
16       Kristin M. Kelley, RPR, CRR              Date
         Debra Joyce, RMR, CRR
17       Official Court Reporter
```