# EXHIBIT 34

FOIA Confidential Treatment Requested

```
Report Name : USCI192B        UNIVERSITY OF SOUTHERN CALIFORNIA              Page No : 1
                                                                             Run Date: 07/22/2014
                                                                             Run Time: 13:52:48


C0714041                      GIFT BARCODE:
```



```
                                                6077464

                              SESSION BARCODE:
```



```
                                                C0714041

                              CRS ID:           06112918
                              NAME:             A12 Donor
                              AMOUNT:           100000.00
```

United States District Court
District of Massachusetts

**TRIAL EXHIBIT**

**125**

Case No. ___19-CR-10080-NMG___

USC-00008557
VB-RECORDS-0016300

## Alicia Mendoza

**From:** Christopher Rael
**Sent:** Tuesday, July 22, 2014 1:22 PM
**To:** Alicia Mendoza
**Cc:** Gina Galluppi; Lorena Stelter; Kristin McCormick
**Subject:** Re: Johnny Wilson / waterpolo player
**Attachments:** Adjust Anonymous 04422411.pdf

**Categories:** Need reply

Hi Alicia,

Please adjust the attached gift to CRS ID 06112918 A12 Donor. Update the name by removing (available for use).

This is the mysterious $100,000 cashier check for water polo.

Thank you.

-christopher

---

**From:** Gina Galluppi <galluppi@usc.edu>
**Date:** Monday, July 21, 2014 6:23 PM
**To:** Christopher Rael <crael@usc.edu>
**Subject:** Re: Johnny Wilson / waterpolo player

Christopher - let's post to an A donor record for this. I can understand why they want to keep this quiet since son is coming in the fall.

Thanks

Sent from my iPad



Gina Galluppi
Executive Director of Stewardship
University Advancement

1

FOIA Confidential Treatment Requested
USC-00008558
VB-RECORDS-00163004

FOIA Confidential Treatment Requested

University of Southern California
1150 S. Olive Street, USC 25th Floor
Los Angeles, CA 90015
Office: (213) 821-3502
Cell: (213) 304-3631
Fax: (213) 740-8428
galluppi@usc.edu

THE
CAMPAIGN
*for the*
University
of Southern
California

FAS REGNA TROJAE

On Jul 21, 2014, at 11:50 AM, "Christopher Rael" <crael@usc.edu> wrote:

> Hi Gina,
>
> What do you think, post to actual record and code anonymous, post to An Donor, or leave in 04422411 Anonymous record.
>
> The actual donors are parents, 06128414 John Wilson and 06132348 Leslie Wilson.
>
> Thanks.
>
> -christopher
>
>
> Christopher Rael
> Senior Executive Director
> University Advancement
> University of Southern California
> 1150 South Olive Street, USC 25th Floor
> Los Angeles, CA 90015
> Office: (213) 821-6094
> Fax: (213) 740-3078
> crael@usc.edu

2

USC-00008559
VB-RECORDS-00163005

FOIA Confidential Treatment Requested

THE
CAMPAIGN
*for the*
University
of Southern
California

PAS REGNA TROJAE

---

**From:** Steve Lopes <slopes@usc.edu>
**Date:** Monday, July 21, 2014 11:17 AM
**To:** Becky Gramstrup <gramstru@usc.edu>
**Cc:** Christopher Rael <crael@usc.edu>
**Subject:** Re: Johnny Wilson / waterpolo player
**Resent-From:** Christopher Rael <crael@usc.edu>
**Resent-Date:** Monday, July 21, 2014 11:17 AM

Thanks

It will remain anonymous from our end.

Sent from my iPhone

On Jul 21, 2014, at 10:22 AM, "Becky Gramstrup" <gramstru@usc.edu> wrote:

> FYI
>
> PS – please note that (per Vavic) the family was very concerned it was going to be made public and they really wanted to keep it anonymous.
>
> Thanks so much.
>
> Fight On!
> Becky Gramstrup, Development Asst.
> gramstru@usc.edu
> 213-740-6563 P  213-740-1306 F
> UNIVERSITY OF SOUTHERN CALIFORNIA
> Athletic Development
> 3501 Watt Way 203B
> Los Angeles, CA 90089-0602
> <image001.jpg>

3

FOIA Confidential Treatment Requested

Stay Connected With USC Athletics
<image002.png><image003.png><image004.png><image005.png>

---

**From:** Alex Garfio
**Sent:** Monday, July 21, 2014 9:12 AM
**To:** Becky Gramstrup
**Cc:** Ron Orr
**Subject:** RE: Johnny Wilson / waterpolo player

Hi Becky,

Sorry for the delay as I just got back in the office.

His parents' names are John and Leslie Wilson.   Address is 2 Fleur Pl., Atherton, CA 94027 and John's number is 650-270-████.

Let me know if you need more info.

Alex

---

**From:** Becky Gramstrup
**Sent:** Thursday, July 17, 2014 2:28 PM
**To:** Alex Garfio
**Cc:** Ron Orr
**Subject:** Johnny Wilson / waterpolo player

Good afternoon Alex,

I hope you had a great vacation!

Ron is trying to locate the information on an incoming freshman from Menlo Park – Johnny Wilson is going to play on water polo team.  Jovan suggested I contact you to get his information (parents name and address).

John.Wilson@menloschool.org is his email.

When you could, we would greatly appreciate a reply asap.  Thanks so much.

Fight On!
Becky Gramstrup, Development Asst.

4

FOIA Confidential Treatment Requested

gramsfru@usc.edu
213-740-6563 P  213-740-1306 F
UNIVERSITY OF SOUTHERN CALIFORNIA
Athletic Development
3501 Watt Way 203B
Los Angeles, CA 90089-0602
<image001.jpg>

**Stay Connected With USC Athletics**
<image002.png><image003.png><image004.png><image005.png>

<1633_001[1].pdf>

5

USC-00008562
VB-RECORDS-00163008

Transaction Register                                                                                  7/22/14 1:19 PM

New Window | Help | Customize Page

## Gift Detail

| | | | | |
|---|---|---|---|---|
| Gift Number: | 6066873 | | Business Unit: | USC01 |
| ID: | 04422411 | Anonymous, Anonymous | Session Number: | 0714013 |
| Gift Type: | Gift | | Self Service Session ☐ | |
| Pledge: | | | Tender Type: | Check |
| Gift Amount: | 100,000.00 | USD | Check Number: | 5280505170 |
| | | | Card Type: | |
| | | | Card Number: | |
| Gift Date: | 04/24/2014 | | Holder: | |
| Data Entry Date: | 07/11/2014 | | Expiration Date: | / |

Description: Wilson Family

[Designation]  [Recognition]  [Matching Gifts]  [Tribute]

[Return]

https://advancement.usc.edu:444/psc/crs/EMPLOYEE/HRMS/c/AV_ANALYZE_GIVING_HISTORY.AV_TRANS.GBL                         Page 1 of 1

FOIA Confidential Treatment Requested

USC-00008563
VB-RECORDS-00163009

EX. 125 p. 7 of 10

FOIA Confidential Treatment Requested



Reference Donor's name:
Wilson Family

044241

DO NOT KEY FROM THIS DOCUMENT

USC-00008564
VB-RECORDS-00163010

# U.S. bank

**CASHIER'S CHECK**

No. 5280505170

93-9101-6084

DATE: APRIL 16, 2014

PAY ONE HUNDRED THOUSAND DOLLARS AND 00 CENTS

$ 100,000.00

TO THE ORDER OF: USC MENS WATER POLO

PURPOSE/REMITTER: WILSON FAMILY

Location: 5280 Westlake Village
U.S. Bank National Association

AUTHORIZED SIGNATURE

APR 22 2014

FOIA Confidential Treatment Requested

USC-00008565
VB-RECORDS-00163011

FOIA Confidential Treatment Requested

PURPOSE/REMITTER: WILSON FAMILY

# usbank

**CASHIER'S CHECK** No. 5280505170

DATE: APRIL 16, 2014

PAY ONE HUNDRED THOUSAND DOLLARS AND 00 CENTS

TO THE ORDER OF: USC MENS WATER POLO

$100,000.00

-6284

Location: 5280 Westlake Village
U.S. Bank National Association
Minneapolis, MN 55402

HARLAND CLARKE 80246-03/131 1328337c4

**CUSTOMER COPY**

DO NOT KEY FROM THIS DOCUMENT

NON NEGOTIABLE

AUTHORIZED SIGNATURE

90-3582
1223

USC-00008566
VB-RECORDS-00163012