# EXHIBIT 36

# The Key Worldwide Foundation – FEIN 46-1603030

Date April 07, 2014

Hyannis Port Capital
2 Fleur Place
Atherton, CA 94027

Thank you for your contribution of $100,000.00 to The Key Worldwide Foundation. Your generosity will allow us to move forward with our plans to provide educational and self-enrichment programs to disadvantaged youth. We are very excited about the impact that these programs will have in the communities in which we will engage.
This letter shall serve as formal acknowledgement of your contribution or, for which no goods or services were exchanged.
The Key Worldwide Foundation, Inc., was incorporated in the State of California on December 14, 2012 as a non-profit, public benefit charitable organization and tax-exemption applications for recognition as 501(c)3 charitable status have been filed with the Internal Revenue Service and the California Franchise Tax Board. While we have been fully authorized by the state of California, we are currently awaiting final authorization from the Federal Government.

Donations received while the applications are pending may be treated as tax-deductible contributions to the extent allowed by law retroactive to the date of the organization's formation assuming the applications are approved. We do not foresee any reason why our applications will not be approved, but should there be any issue with the progress of our pending applications, we will immediately inform you.

We will forward you a copy of the formal letter from the IRS confirming the organization's status as a tax-exempt, 501(c)3 charitable organization as soon as we receive it.
Thank you again for your generous support of our new foundation.
Sincerely,

Steve Masera
The Key Worldwide Foundation
265 Hartnell Place
Sacramento, CA 95825
916-489-8802
916-972-7149 Fax
Steve.Masera@thekeyworldwide.com

*[handwritten: funds wired 4/7/2014. Donation HPC]*