# EXHIBIT 37



*Page Last Reviewed or Updated: 6-Sept-2019*    Share    Print





| Our Agency | Know Your Rights | Resolve an Issue | Other Languages | Related Sites |
|---|---|---|---|---|
| About IRS | Taxpayer Bill of Rights | Respond to a Notice | Español | U.S. Treasury |
| Work at IRS |  |  | 中文 |  |
| Help | Taxpayer Advocate Service | Office of Appeals | 한국어 | Treasury Inspector General for Tax Administration |
| Contact Your Local Office | Accessibility | Identity Theft Protection | Русский | USA.gov |
| Tax Stats, Facts & Figures | Civil Rights | Report Phishing | Tiếng Việt |  |
|  | Freedom of Information Act | Tax Fraud & Abuse |  |  |
|  | No Fear Act |  |  |  |
|  | Privacy Policy |  |  |  |

🔍   **HELP** ⓘ   **MENU** ≡

Home > Charities and Non-Profits > Search for Charities
> Tax Exempt Organization Search

# Results for Tax Exempt Organization Search

**Select Database** ⓘ

| Search All ▾ |

**Search By** ⓘ

| Employer Identification Number (EIN) ▾ |

**Search Term** ⓘ

| 46-1603030 |

**City**

| Enter City |

**State**

| All States ▾ |

**Country**

| United States ▾ |

| Search |   | Reset |

Search Tips

Showing **1-1** results of **1**

Sort by:                                                    Name A-Z ⌄

### Key Worldwide Foundation

EIN: 46-1603030 | Newport Beach, CA, United States

**Pub 78 Data**     **Copies of Returns**

Items per page:   25 ⌄

Return to Top

### Additional information

- Frequently asked questions - *Exempt Organizations Select Check*
- Revocations of 501(c)(3) Determinations
- Suspensions Pursuant to Code Section 501(p)
- Exempt Organizations Business Master File Extract (EO BMF): a list of organizations recognized as exempt by the IRS
- Tax Exempt Organization Search: Bulk Data Downloads

Page Last Reviewed or Updated: 6-Sept-2019      ➚ Share      🖨 Print





| Our Agency | Know Your Rights | Resolve an Issue | Other Languages | Related Sites |
|---|---|---|---|---|
| About IRS | Taxpayer Bill of Rights | Respond to a Notice | Español | U.S. Treasury |
| Work at IRS | | | 中文 | Treasury Inspector General for Tax Administration |
| Help | Taxpayer Advocate Service | Office of Appeals | 한국어 | |
| | Accessibility | Identity Theft Protection | Русский | |

| | | | | |
|---|---|---|---|---|
| Contact Your Local Office | Civil Rights | Report Phishing | Tiếng Việt | USA.gov |
| Tax Stats, Facts & Figures | Freedom of Information Act | Tax Fraud & Abuse | | |
| | No Fear Act | | | |
| | Privacy Policy | | | |

🔍    HELP ⓘ    MENU ☰

Home  >  Tax Exempt Organization Search  >  Key Worldwide Foundation

‹ Back to Search Results

# Key Worldwide Foundation

EIN: 46-1603030 | Newport Beach, CA, United States

> Other Names

## Publication 78 Data ⓘ

Organizations eligible to receive tax-deductible charitable contributions. Users may rely on this list in determining deductibility of their contributions.
**On Publication 78 Data List:** Yes
**Deductibility Code:** PC

## Copies of Returns (990, 990-EZ, 990-PF, 990-T) ⓘ

Electronic copies (images) of Forms 990, 990-EZ, 990-PF or 990-T returns filed with the IRS by charities and non-profits.

> Tax Year 2016 Form 990

Page Last Reviewed or Updated: 6-Sept-2019     ↗ Share     🖨 Print

  

| Our Agency | Know Your Rights | Resolve an Issue | Other Languages | Related Sites |
|---|---|---|---|---|
| About IRS | Taxpayer Bill of Rights | Respond to a Notice | Español | U.S. Treasury |
| Work at IRS | Taxpayer Advocate Service | Office of Appeals | 中文 | Treasury Inspector General for Tax Administration |
| Help | Accessibility | Identity Theft Protection | 한국어 | |
| Contact Your Local Office | Civil Rights | Report Phishing | Русский | USA.gov |
| Tax Stats, Facts & Figures | Freedom of Information Act | Tax Fraud & Abuse | Tiếng Việt | |
| | No Fear Act | | | |
| | Privacy Policy | | | |