# EXHIBIT 39

**From:** John Wilson <john@hyannisportcapital.com>
**To:** Debbie Rogers <debbie@hyannisportcapital.com>
**Sent:** 3/31/2014 5:06:18 PM
**Subject:** Re: The Key

Yes

Sent from my iPad

On Mar 31, 2014, at 19:20, "Debbie Rogers" <debbie@hyannisportcapital.com> wrote:

And you want this invoiced to HPC as well?

Deborah Rogers
Phone: 650-347-5757
Fax: 650-343-6757

**From:** John Wilson
**Sent:** Monday, March 31, 2014 10:17 AM
**To:** Debbie Rogers
**Subject:** Re: The Key

Yes I added $20 k for his expenses

Sent from my iPhone

On Mar 31, 2014, at 7:03 PM, "Debbie Rogers" <debbie@hyannisportcapital.com> wrote:

I contacted Rick and he directed me to Steve. Per Steve 100k will be to his foundation, 100k an invoice from the Key and 20k to Rick Singer. Since you said 200K, we're at 220k, is this a moving target?

Deborah Rogers
Phone: 650-347-5757
Fax: 650-343-6757

**From:** John Wilson
**Sent:** Monday, March 31, 2014 8:31 AM
**To:** Debbie Rogers
**Subject:** Re: The Key

Start w rick singer.

Thx

Sent from my iPhone

On Mar 31, 2014, at 5:24 PM, "Debbie Rogers" <debbie@hyannisportcapital.com> wrote:

Who do I work with Steve?

Deborah Rogers
Phone: 650-347-5757
Fax: 650-343-6757

**From:** John Wilson

United States District Court
District of Massachusetts
TRIAL EXHIBIT
112
Case No.   19-CR-10080-NMG

USAO-VB-01602606

EX. 112 p. 1 of 2

**Sent:** Monday, March 31, 2014 8:19 AM
**To:** Debbie Rogers
**Subject:** Re: The Key

Yes they are a legit business

Pls work with them on the right paperwork

Thx

J

Sent from my iPhone

On Mar 31, 2014, at 5:03 PM, "Debbie Rogers" <debbie@hyannisportcapital.com> wrote:

You realize if they are not incorporated, they will receive a 1099 if this is ran through the business….They will also need to provide HPC a completed W-9 for tax reporting purposes.

Deborah Rogers
Phone:  650-347-5757
Fax:  650-343-6757