# EXHIBIT 40

| | |
|---|---|
| **From:** | Rick Singer <rwsinger@gmail.com> |
| **Sent:** | Thursday, April 10, 2014 11:00 PM |
| **To:** | Steve Masera <Steve.Masera@thekeyworldwide.com> |
| **Cc:** | steve.masera@thekeyworldwide.com |
| **Subject:** | Re: $220K |

No you stated in your last email or I thought that the Driscoll's paid

Sent from my iPhone

On Apr 10, 2014, at 7:27 PM, "Steve Masera" <Steve.Masera@thekeyworldwide.com> wrote:

> My understanding was that you only made an agreement with John Wilson.  And, yes the money that came in was from the Wilson's.  Do you want me to talk to Rudy and tell him that I had made an error by not including the $20K?
>
> **From:** Rick Singer [mailto:rwsinger@gmail.com]
> **Sent:** Thursday, April 10, 2014 2:14 PM
> **To:** Steve Masera
> **Cc:** <steve.masera@thekeyworldwide.com>
> **Subject:** Re: $220K
>
> I think the money that came was from Wilson's? Did we charge both extra 20 for expenses? Of so great if not fine too
>
> Sent from my iPhone
>
> On Apr 10, 2014, at 1:58 PM, "Steve Masera" <Steve.Masera@thekeyworldwide.com> wrote:
>
>> On Monday I received this from Rudy Driscoll.
>> Steve,
>> Much appreciated. I will get this processed.
>>
>> Thank You,
>> Rudy
>> We received from the Wilson's:
>> $20K – RS personal Ckg
>> $100K – Key Ckg
>> $100K – Key Foundation
>> On Monday I sent everything that Rudy needed, he did not give a specific date that he would wire.
>> I will be in tomorrow morning, and will check with Rudy on his $200K.
>> Just got home.  All is good, call me in the morning at the office when you have a minute.
>> Thanks.
>> Steve

United States District Court
District of Massachusetts

**TRIAL EXHIBIT**

**118**

Case No. __19-CR-10080-NMG__

USAO-VB-00156498