# EXHIBIT 41

```
     9163848802 2018-10-15 17-45-46 10126-001

1    Call Date: 2018-10-15

2    Call Duration: 11:18

3    Call Begin: 17:45:46

4    Participants

5         JOHN WILSON

6         RICK SINGER

7    File Name:     9163848802 2018-10-15 17-45-46 10126-001

8

9

10   SINGER:   John. How are ya?

11   WILSON:   Hey, Rick.    Doin' well.    And yourself?

12   SINGER:   It's ki-- you're goin' in and out. Sorry.

13   WILSON:   [OV/IA] I got a bad, uh, [IA]. It's just a--

14   SINGER:   Where are you at?

15   WILSON:   In Houston (inaudible), they got a big thunderstorm goin'

16             through. Can you hear me better here?

17   SINGER:   Yeah, I can hear you better.

18   WILSON:   Uh...

19   SINGER:   That's much better

20   WILSON:   Uh, you're pretty busy these days, huh?

21   SINGER:   Yep. We got early decision comin' up.

22   WILSON:   [laughter]

23   SINGER:   Uh, you're gonna be goin' through the same thing,

24             so...
```

United States District Court
District of Massachusetts
**TRIAL EXHIBIT**
**578A**
Case No. 19-CR-10080-NMG

EK 9/7/21

9163848802 2018-10-15 17-45-46 10126-001

| | | |
|---|---|---|
| 1 | WILSON: | Oh, I know, next year, exactly. So, hey, uh, there |
| 2 | | were a couple topics. One was, ya know, my |
| 3 | | daughters, and, uh, making some donations now, |
| 4 | | whatever -- how that can work. And then, second, I |
| 5 | | do wanna give some time [UI] talk a bit about your |
| 6 | | overall, you know, pricing strategy and your |
| 7 | | economic model if you want that. I don't want to |
| 8 | | force it on you But I just think – |
| 9 | SINGER: | [OV] No, no. So, yeah. So le— |
| 10 | WILSON: | -- could be helpful. |
| 11 | SINGER: | -- well, let's -- let's start with number one. So, |
| 12 | | what would be great is... You know, w-- I have a |
| 13 | | bunch of schools that we work with directly. And, you |
| 14 | | know, it's kind of a first serve-- firs-first come, |
| 15 | | first served.  Right? So like I have |
| 16 | | opportunity with Stanford in sailing.  And I can do |
| 17 | | other Stanford sports potentially too.  And we have |
| 18 | | Yale and we have Harvard. And then I can go after |
| 19 | | all these other schools too.  But, of course, I don't |
| 20 | | know what the girls want. |
| 21 | WILSON: | Right. Well, help me understand where you |
| 22 | | have first come, first serve and, that -So, you |
| 23 | | have, as you said, Stanford, sailing. |
| 24 | SINGER: | Stanford, sailing. Got Yale, soccer, um, Harvard – |

9163848802 2018-10-15 17-45-46 10126-001

| | | |
|---|---|---|
| 1 | WILSON: | [OV] They probably wouldn't want Yale. Harvard? |
| 2 | | What, uh -- what do you have at Harvard? |
| 3 | SINGER: | Harvard, we could do multiple sports. I just need to |
| 4 | | go to them. I could actually even go to Y-- uh, you |
| 5 | | don't want Yale, because you thought that they were |
| 6 | | too what? Too conservative or they were too liberal? |
| 7 | WILSON: | Too liberal. [laughter] |
| 8 | SINGER: | OK.  I don't know which -- I don't know which side of |
| 9 | | the room, uh, you know, you -- you come from. So, |
| 10 | | uh, you know, we could do Stanford. We can do, |
| 11 | | obviously USC with anything. Right? So that's an |
| 12 | | easy one. |
| 13 | WILSON: | How 'bout UCLA? |
| 14 | SINGER: | UCLA, I could do the same thing. |
| 15 | WILSON: | And what about, um - Got, uh, multiple |
| 16 | | there. And what about the, um -- uh, Georgetown? |
| 17 | SINGER: | Uh, for where? |
| 18 | WILSON: | Georgetown? |
| 19 | SINGER: | Georgetown, we could do the same thing. Yep. |
| 20 | WILSON: | Lots of multiple opportunities. |
| 21 | SINGER: | Yeah. |
| 22 | WILSON: | So Stanford only has 1 or 2. Just sailing? Is that |
| 23 | | about it? |
| 24 | SINGER: | Um, so, uh, usually I can go t- sailing, I can go to |

USAO-VB-01720582

EX. 578A p. 3 of 17

9163848802 2018-10-15 17-45-46 10126-001

|    |         |                                                          |
|----|---------|----------------------------------------------------------|
| 1  |         | the crew coach, 'cause I'm friendly with her, um and     |
| 2  |         | we can, you know, d-- always do women's lacrosse. And    |
| 3  |         | again, ya know, they don't have to play. They just –     |
| 4  |         | I just-- that's the path I'm gonna get 'em in on.        |
| 5  | WILSON: | Gotcha. And what about Harvard? Crew, sailing.           |
| 6  |         | Anything else?                                           |
| 7  | SINGER: | Um, sailing, crew, sometimes tennis. The key to here     |
| 8  |         | is that, if I were to get a deposit, l-- you know,       |
| 9  |         | like, uh, uh, half a million dollars in the bank,        |
| 10 |         | then it's -- ya know, we can figure out where they       |
| 11 |         | wanna go. So what I'd like to do is- I'm gonna be in     |
| 12 |         | town on November 1st and 2nd. If you can start           |
| 13 |         | probin' with the girls as to potentially their –         |
| 14 |         | what they're thinking, then we -- you and I could –      |
| 15 |         | if you're -- if you can be in town one of those days     |
| 16 |         | -- I think it's a Thursday, Friday -- and we could       |
| 17 |         | talk face-to-face, then we could figure out, OK, what    |
| 18 |         | are we gonna go after. So if anybody asks me for like    |
| 19 |         | a Stanford spot and we're not sure yet, then I can       |
| 20 |         | call you and say, "Hey, somebody wants that spot and     |
| 21 |         | I only have 1," or "I'm gonna get a second one," or      |
| 22 |         | whatever. But having the money already, in advance,      |
| 23 |         | makes it much easier. Because I gotta go with            |
| 24 |         | whoever's gonna ante up.                                 |

USAO-VB-01720583

9163848802 2018-10-15 17-45-46 10126-001

| | | |
|---|---|---|
| 1 | WILSON: | Yeah. And who do we make these, uh, checks out to? |
| 2 | | And, uh, what's, uh -- uh, what's your foundation? |
| 3 | | Do you have a whole wiring -- send me an email with |
| 4 | | all your wiring and all, uh...? |
| 5 | SINGER: | Yeah. I can send ya a email with all the wiring |
| 6 | | instructions. And then g- um, your check will be |
| 7 | | - going to our foundation's account. |
| 8 | WILSON: | Right, it goes to your foundation, right. |
| 9 | SINGER: | Yes. |
| 10 | WILSON: | Uh, uh, do you have mul-? So you have mutiples, |
| 11 | | at Harvard and Stanford and, uh - |
| 12 | SINGER: | Correct. |
| 13 | WILSON: | You have multiples everywhere, it sounds like. |
| 14 | SINGER: | Correct. |
| 15 | WILSON: | And they don't actually have to do that sport, |
| 16 | | you're saying. They could just go in and - |
| 17 | SINGER: | Correct. |
| 18 | WILSON: | -be like the, uh - the scorekeeper or - |
| 19 | SINGER: | Corre— |
| 20 | WILSON: | -- water boy, water girl. |
| 21 | SINGER: | Manager or whatever you want to call 'em. Yeah. |
| 22 | WILSON: | Uh, manager, those things. OK. And you can do 2 at 1 |
| 23 | | school, as well. You could do 2 at, uh...? |
| 24 | SINGER: | It's more difficult to do. That's why it depends on |

9163848802 2018-10-15 17-45-46 10126-001

| | | |
|---|---|---|
| 1 | | where it is. And the earlier I know, then that gives |
| 2 | | me a chance to go after it. 'Cause I'll have to |
| 3 | | solicit, uh-- |
| 4 | WILSON: | [OV] let's say it's 2 at either Stanford or Harvard. |
| 5 | SINGER: | So then, uh – |
| 6 | WILSON: | [OV] Are those impossible or- |
| 7 | SINGER: | No, it's not impossible, absolutely not. It's just a |
| 8 | | matter of I just need to know that I go-- I gotta |
| 9 | | start doin' my work now on that. So by you makin' the |
| 10 | | deposit, it makes it easier for me, because I know I |
| 11 | | g-- uh, because what they're gonna first say to me – |
| 12 | | If I go to them - And let's say we're doin' 2 girls |
| 13 | | in 1 place. Then they're gonna say to me, uh, "We're |
| 14 | | gonna give up a spot for you. Are you are you |
| 15 | | guaranteeing me that's she's comin'? And is the |
| 16 | | family guaranteeing me that they're gonna ante up and |
| 17 | | they're gonna make a payment?" Because they don't |
| 18 | | want to give up a spot. And the earlier I do it, the |
| 19 | | better. |
| 20 | WILSON: | Gotcha. So, yeah, uh, what about Princeton? They have |
| 21 | | multiples too? |
| 22 | SINGER: | 1. Usually, I could try to get a second, but it's |
| 23 | | more difficul— |
| 24 | WILSON: | Only 1 at Princeton. OK. |

6

9163848802 2018-10-15 17-45-46 10126-001

| | | |
|---|---|---|
| 1 | SINGER: | Yeah. |
| 2 | WILSON: | And same kinda deal, any sport? You don't have to |
| 3 | | really play the sport? |
| 4 | SINGER: | That's correct. |
| 5 | WILSON: | And you can do that -- you can also get some kinda |
| 6 | | chair things too, if you don't do the sport? |
| 7 | SINGER: | Uh - |
| 8 | WILSON: | Or, uh, sport is much easier? |
| 9 | SINGER: | Um, yeah, the - It jus-- well, like it depends on |
| 10 | | the school. To go after a dean is a little more |
| 11 | | difficult. With your girls, because they're athletic |
| 12 | | and they're big and all of that, I can sell to |
| 13 | | anybody that they're athletic enough to be able to |
| 14 | | take 'em and there'll be no question. |
| 15 | WILSON: | Yeah. Their size and everything else, uh - So |
| 16 | | they- Yeah. |
| 17 | SINGER: | Correct. |
| 18 | WILSON: | Even though they wouldn't play. OK. |
| 19 | SINGER: | [OV] Correct. |
| 20 | WILSON: | And Brown? Is, uh, Brown also 2? Or wh-? |
| 21 | SINGER: | Brown's an option too. Yeah, sure. |
| 22 | WILSON: | A couple of 'em. OK> |
| 23 | SINGER: | Yeah. |
| 24 | WILSON: | Uh, and those are all - except for like UCLA and |

9163848802 2018-10-15 17-45-46 10126-001

| | | |
|---|---|---|
| 1 | | USC -? Those are like the 350 and the other ones |
| 2 | | gonna be like 1,000,000 or whatever? |
| 3 | SINGER: | Yeah. The - the bog [big] boys are gonna cost you over |
| 4 | | 1,000,000. And, uh, probably - if I know early |
| 5 | | Enough, I could probably get it done at 1.5 for both |
| 6 | | girls.  Uh, I just need to -- I need to push now. |
| 7 | WILSON: | OK.  So, yeah, I can get ya more now, if that helps |
| 8 | | you and makes everything certain.  Um, so I'll give |
| 9 | | you at least half. Maybe I can get ya 3/4 of a |
| 10 | | million now, if that makes it like, you know, more |
| 11 | | certain and you're gonna say - |
| 12 | SINGER: | OK. |
| 13 | WILSON: | -[IA] done, that's a better way to do it, for you. |
| 14 | SINGER: | Uh - |
| 15 | WILSON: | It makes it better -- you're saying better with the |
| 16 | | schools, everything, it's much better to get it - |
| 17 | SINGER: | [OV] We-- uh, th-the - |
| 18 | WILSON: | -- [OV] as a guarantee. |
| 19 | SINGER: | -- the amount, uh, that doesn't ma-matter right now. |
| 20 | | It matters you're committed.  And you putting down |
| 21 | | some money, th-that I know -  John, I kn-- known you |
| 22 | | for years. So I know when we get the girls in, it's a |
| 23 | | done deal and you're gonna take care of your part of |
| 24 | | it, you're gonna make the payments to the schools and |

9163848802 2018-10-15 17-45-46 10126-001

| | | |
|---|---|---|
| 1 | | the -- to the coaches. And that's what I need-|
| 2 | | that's--tha-- so I'm not worried about that. |
| 3 | WILSON: | Uh, uh, help me understand the logistics?   I |
| 4 | | thought I make the payment to you and you make the |
| 5 | | payment to the schools. |
| 6 | SINGER: | Correct. That's correct. |
| 7 | WILSON: | Oh, you said *I* make the payment to the schools. |
| 8 | | You're— |
| 9 | SINGER: | [OV] Well, no, no. |
| 10 | WILSON: | You're [IA]... |
| 11 | SINGER: | Uh, essentially, uh, it's gonna come to my |
| 12 | | foundation – That's correct. |
| 13 | WILSON: | And you pay. Right, right. OK. |
| 14 | SINGER: | That's correct. |
| 15 | WILSON: | Now, um, uh, how does that actually wor--? What if |
| 16 | | they don't actually get in?   [UI] |
| 17 | SINGER: | Oh, no, no, no. Y-you don't have to worry about it. |
| 18 | | They're -- it's g-- it's a done deal. And I'll know |
| 19 | | beforehand if it's gonna be done or not. |
| 20 | WILSON: | M-hum. |
| 21 | SINGER: | [OV] But, uh – |
| 22 | WILSON: | [OV] When will you know – |
| 23 | SINGER: | -- [OV] see, uh – |
| 24 | WILSON: | -- [OV] in the summer of next year? |

9163848802 2018-10-15 17-45-46 10126-001

```
1    SINGER:   -- I need a score.  See? That's why I need their
2              grades and scores.  And that's wh--
3    WILSON:   Yeah. They get PSATs. And they just took the PSATs.
4    SINGER:   Correct.  And then I need the real scores. That
5              would be -- that's gonna -- that's gonna be able to
6              tell me how easy it is to -- to flow it through or
7              not. And I'm—hopefully both girls get the
8              same or something similar to each other.
9    WILSON:   They've gotten pretty similar scores all along, plus
10             and minus math and English, that kinda stuff.
11   SINGER:   Right.
12   WILSON:   Yeah.
13   SINGER:   Right.
14   WILSON:   As long as, you know, like you can – 1300 or so, is
15             that OK?
16   SINGER:   Correct.
17   WILSON:   Is it –
18   SINGER:   Yes. Yeah.
19   WILSON:   –1300 plus? OK.
20   SINGER:   Yeah.
21   WILSON:   Now, do you ha- when you say you need to know, do you
22             have to actually have picked the school by when too
23             that it's – OK, it's 2 to Stanford, 2 at Harvard or
24             1 in each –
```

9163848802 2018-10-15 17-45-46 10126-001

```
1    SINGER:   Well, uh, late –
2    WILSON:   – 1 in USC, or -?
3    SINGER:   – so I need that late spring.
4    WILSON:   So late spring only. OK.
5    SINGER:   Right. And you guys are gonna visit the schools by
6              then. You'll have so much fun, uh.
7    WILSON:   [OV] Yeah, yeah. They're g-- they haven't gone to
8              these place-- they've been to some of them.
9    SINGER:   Correct.
10   WILSON:   But they need to go to them, look at 'em. And, does
11             it matter if they go to them and look at the – an-
12             and have this whole tour, with the school knowing, or
13             just go and look at themselves?
14   SINGER:   No, uh.   It's a –
15   WILSON:   [OV/UI] suck up to the dean?
16   SINGER:   --[UI] regular tour -- regular -- regular tour.
17   WILSON:   OK.  Do those have to be done durin' the week too?
18             They can't do 'em –
19   SINGER:   Yeah.
20   WILSON:   -- on a weekend really?
21   SINGER:   Yeah. The weekends -- you know, because they don't
22             have the same energy.
23   WILSON:   No, no. I understand that. But I meant for the
24             school, to meet with the whatever, faculty -- or not
```

11

9163848802 2018-10-15 17-45-46 10126-001

| | | |
|---|---|---|
| 1 | | the facu-- but the... |
| 2 | SINGER: | Well, they d-- they're just gonna go on a regular |
| 3 | | tour. They're not gonna meet the faculty anyways. |
| 4 | WILSON: | I mean, see the class, I meant not meet the faculty |
| 5 | | but see the classrooms. |
| 6 | SINGER: | [OV] Well, if we have kids that go there. We can set |
| 7 | | it up with 'em. If I don't kids that go to 'em, they |
| 8 | | don't go see classes. People don't-- |
| 9 | WILSON: | [OV] Oh, they do not.   They just go on a tour -- |
| 10 | SINGER: | No.  People are worried -- |
| 11 | WILSON: | -- of campus by -- |
| 12 | SINGER: | -- about all that.  Yes. |
| 13 | WILSON: | -- admissions? OK. So it's admissions tour, not like |
| 14 | | a classroom tour? |
| 15 | SINGER: | Correct. |
| 16 | WILSON: | OK. |
| 17 | SINGER: | Correct. Unless I have kids there. |
| 18 | WILSON: | Gotcha. OK. So if I do it early on, you might even |
| 19 | | get, you said, 2 -- uh, 2 of the top ones for 1 |
| 20 | | and a half million combined? |
| 21 | SINGER: | Correct. |
| 22 | WILSON: | And does it really matter, though, if it's 2 at 1 or, |
| 23 | | uh, not? |
| 24 | SINGER: | It doe-- |

12

9163848802 2018-10-15 17-45-46 10126-001

| | | |
|---|---|---|
| 1 | WILSON: | [OV] Ho-how much did you...? |
| 2 | SINGER: | [OV] It makes it ea-- it makes it easier if it |
| 3 | | isn't. But it can be done. |
| 4 | WILSON: | It could be done. OK. And you're pretty confident |
| 5 | | right now, at--and all those top schools, you could |
| 6 | | get something done, as long as they get -- |
| 7 | SINGER: | [OV] Yeah. |
| 8 | WILSON: | -- [OV] a test score of [09:00] 1300. |
| 9 | SINGER: | Because I'm -- I'm usin' up my spot now. And then |
| 10 | | you have the next year early. |
| 11 | WILSON: | OK. Great. And then, uh- You only have like 1 or |
| 12 | | 2 spots in each of these places, though, you're |
| 13 | | saying. |
| 14 | SINGER: | Correct. |
| 15 | WILSON: | Or, y- uh, you have several, depending on the sport, |
| 16 | | you were s- uh, 'cause like – |
| 17 | SINGER: | Well, it depends. |
| 18 | WILSON: | – Harvard, you can a couple – |
| 19 | SINGER: | Uh, uh – |
| 20 | WILSON: | – both crew and saili- |
| 21 | SINGER: | Well, John, it uh – it depends on boy or girl, all |
| 22 | | of that, right? Because – |
| 23 | WILSON: | But I'm saying 2 girls. |
| 24 | SINGER: | -- [UI] Yeah, usually 2 girls. |

13

9163848802 2018-10-15 17-45-46 10126-001

| | | |
|---|---|---|
| 1 | WILSON: | So my two--you can get a couple girls in each year, |
| 2 | | to these places. And they may - |
| 3 | SINGER: | Correct. |
| 4 | WILSON: | -- take both of those spots. |
| 5 | SINGER: | Correct. |
| 6 | WILSON: | OK. Sound like you got 20 spots. You may only have |
| 7 | | 2. |
| 8 | SINGER: | No. No, uh, right. [laughter] You're crazy. |
| 9 | WILSON: | No. It's why you need to charge a bigger premium, my |
| 10 | | friend. |
| 11 | SINGER: | I got it. Well, we'll have that discussion in, in, |
| 12 | | uh, November. How's that? |
| 13 | WILSON: | OK. And that sounds great. So I w- I will get you - |
| 14 | | Send me an email with where you need to send these |
| 15 | | funds. And so you don't care. Half a million, |
| 16 | | whatever, is good, ¾ of a million, doesn't really |
| 17 | | matter, you're saying, just send something to you. |
| 18 | SINGER: | Correct. |
| 19 | WILSON: | And then, uh --uh, then you know we're locked in for |
| 20 | | 2. We don't know where yet. |
| 21 | SINGER: | Correct.[OV] |
| 22 | WILSON: | We'll determine that a little bit later in the year, |
| 23 | | maybe November. So you have your dates? Is it 1 and |
| 24 | | 2, for sure? What is your schedule? |

14

```
9163848802 2018-10-15 17-45-46 10126-001
```

| | | |
|---|---|---|
| 1 | SINGER: | Excuse me? |
| 2 | WILSON: | The dates [IA] -- |
| 3 | SINGER: | [OV] Yeah. November -- |
| 4 | WILSON: | -- [OV] come back to Boston, uh. |
| 5 | SINGER: | -- [OV] 1st and 2nd. Yeah. November 1st and 2nd - |
| 6 | | it's a Thursday, Friday -- I'll be - |
| 7 | WILSON: | OK. Yeah. Right now we were plannin' on being out of |
| 8 | | town, damn it. We're gonna be in Europe. Uh, when's |
| 9 | | the next time you're in, uh, Boston? |
| 10 | SINGER: | Uh, I'll have to figure that out. I'll let you know, |
| 11 | | though. |
| 12 | WILSON: | OK. My girls'll be in town.  But w-- Leslie and I |
| 13 | | will be out, yeah. |
| 14 | SINGER: | OK. Gotcha. |
| 15 | WILSON: | All right. Oh, by the way, you should mark your |
| 16 | | calendar for next Ju-July, if you want, in, uh, |
| 17 | | Paris. Got a big birthday, July, 18 and 19. |
| 18 | SINGER: | OK. |
| 19 | WILSON: | I rented out Versailles. |
| 20 | SINGER: | Oh, my God.  You're crazy. |
| 21 | WILSON: | [laughter] I know. A black-tie party there. So |
| 22 | | you'll have to come. |
| 23 | SINGER: | Uh - |
| 24 | WILSON: | Anyway. Uh, I will -- I'll get you -- uh, I'll |

15

9163848802 2018-10-15 17-45-46 10126-001

| | | |
|---|---|---|
| 1 | | parti- |
| 2 | SINGER: | [OV] I'll send you the -- I'll send you the w-- uh, |
| 3 | | information about the bank and the wiring stuff, uh, |
| 4 | | probably in the next day or so. |
| 5 | WILSON: | OK. That's great. It's good to hear that earlier is |
| 6 | | better. |
| 7 | SINGER: | Yep. |
| 8 | WILSON: | I'm glad we had this conversation. And then I'll |
| 9 | | have the girls run a filter, over the next few |
| 10 | | weeks. Uh, they could meet with you in November |
| 11 | | without us. Is that OK? Or would you – |
| 12 | SINGER: | Sure. |
| 13 | WILSON: | -want [UI] with us? |
| 14 | SINGER: | Absolutely. |
| 15 | WILSON: | OK. |
| 16 | SINGER: | Absol- |
| 17 | WILSON: | So I'll have the girls plan on meeting you sometime |
| 18 | | November 1 and 2. Let me know the next time you're |
| 19 | | [IA]. |
| 20 | SINGER: | Will do. |
| 21 | WILSON: | Yeah. I'd be happy to help you with your business |
| 22 | | mode. So I think you're leaving a lotta money on |
| 23 | | table. |
| 24 | SINGER: | I know y- I know that. We'll have that discussion. |

9163848802 2018-10-15 17-45-46 10126-001

1   WILSON:   OK. So the g-
2   SINGER:   All right, John.
3   WILSON:   Uh –
4   SINGER:   Thanks.
5   WILSON:   Take, care –
6   SINGER:   OK. Bye-bye.
7                       END OF AUDIO FILE

17