# EXHIBIT 42

| From: | John Wilson <john@hyannisportcapital.com> |
| Sent: | Saturday, March 1, 2014 9:54 AM |
| To: | Rick Singer <rwsinger@gmail.com> |
| Cc: | Debbie Rogers <debbie@hyannisportcapital.com> |
| Subject: | Re: USC fees |

R

Awesome!

Hyannis Port
Capital, Inc

2 fleur place
Atherton CA. 94027

C/O Debbie Rogers

John

Sent from my iPhone

> On Mar 1, 2014, at 3:11 PM, "Rick Singer" <rwsinger@gmail.com> wrote:
>
> Yes we can send you an invoice for business consulting fees and you may write off as an expense. What is the name address etc you want the invoice to be made out to?
>
> Sent from my iPhone
>
>> On Mar 1, 2014, at 4:51 AM, John Wilson <john@hyannisportcapital.com> wrote:
>>
>> Rick
>>
>> Thanks again for making this happen!  Pls give me the invoice.  What are the options for the payment?  Can we make it for consulting or whatever from the key so that I can pay it from the corporate account  ?
>>
>> J
>>
>> Sent from my iPhone

United States District Court
District of Massachusetts

**TRIAL EXHIBIT**

**710**

Case No.   19-CR-10080-NMG

USAO-VB-00192674