# EXHIBIT 43

| | |
|---|---|
| **From:** | John Wilson [john@hyannisportcapital.com] |
| **Sent:** | Friday, October 10, 2014 07:10:01 PM |
| **To:** | Debbie Rogers |
| **Subject:** | Re: 2013 |

Why can't mass be done w power of attorney and file docusign ?

Sent from my iPad

On Oct 10, 2014, at 21:04, "Debbie Rogers" <debbie@hyannisportcapital.com> wrote:

> Ok, then I will forgo emailing the returns and you and Leslie can file the E-file authorizsations.
>
> <image001.jpg>
> Deborah Rogers
> Phone: 650-347-5757
> Fax: 650-343-6757
>
> ---
>
> **From:** John Wilson
> **Sent:** Friday, October 10, 2014 12:04 PM
> **To:** Debbie Rogers
> **Subject:** Re: 2013
>
> Oh. I have never looked at a return in 20 years
>
> Sent from my iPad
> On Oct 10, 2014, at 21:00, "Debbie Rogers" <debbie@hyannisportcapital.com> wrote:
>
> I figured you would want to look over prior to signing the efile authorizations
>
> <image001.jpg>
> Deborah Rogers
> Phone: 650-347-5757
> Fax: 650-343-6757
>
> ---
>
> **From:** John Wilson
> **Sent:** Friday, October 10, 2014 11:59 AM
> **To:** Debbie Rogers
> **Subject:** Re: 2013
>
> What am I supposed to do with these?
>
> Sent from my iPad
> On Oct 10, 2014, at 20:48, "Debbie Rogers" <debbie@hyannisportcapital.com> wrote:
>
> Here are the statements for the Federal Return.  Next I will be emailing CA return followed by e-file authorizations via docusign.

AB-001390

Deborah Rogers
Phone:  650-347-5757
Fax:  650-343-6757

<2013 J&L Fed Tax Ret Statements.pdf>


AB-001391