# EXHIBIT 46

```
 1

 2                     UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
 3

 4
     UNITED STATES OF AMERICA,        )
 5                     Plaintiff      )
                                      )
 6   vs.                              )  No. 1-19-CR-10080
                                      )
 7   GAMAL ABDELAZIZ and JOHN         )
     WILSON,                          )
 8                     Defendants.    )
                                      )
 9                                    )

10


11
                 BEFORE THE HONORABLE NATHANIEL M. GORTON
12                   UNITED STATES DISTRICT JUDGE
                        JURY TRIAL - DAY 19
13


14
                 John Joseph Moakley United States Courthouse
15                          Courtroom No. 4
                          One Courthouse Way
16                    Boston, Massachusetts 02210

17


18                        October 6, 2021
                            9:21 a.m.
19


20


21
                    Kristin M. Kelley, RPR, CRR
22                     Debra Joyce, RMR, CRR
                       Official Court Reporters
23         John Joseph Moakley United States Courthouse
                 One Courthouse Way, Room 3209
24                 Boston, Massachusetts 02210
                    E-mail: kmob929@gmail.com
25
                 Mechanical Steno - Computer-Aided Transcript
```

his taxes.  And you know that those lies mattered because they
inhibited the IRS from figuring out what he actually owed and
because it helped save him close to $90,000.

          During the course of this trial, ladies and gentlemen,
you've heard a lot about the college recruitment process and
the admissions process.  You've seen hundreds of documents and
e-mails.  You've listened to numerous recorded phone calls.
You've heard from over a dozen witnesses, but at the end of the
day, the only thing you really need to decide this case is what
you walked into this courtroom with three and a half weeks ago,
and that's your common sense.

          Common sense tells you that it is wrong to fake your
children's athletic qualifications to get them admitted to
highly competitive colleges as recruited athletes when they
aren't good enough to play and they don't intend to.  That is
fraud.

          Common sense tells you that it is wrong to get
insiders at those schools to mislead their colleagues to
recruit those children using those falsified credentials in
exchange for money.  That is honest services fraud, bribery.

          And common sense tells you it is wrong to lie on your
taxes by deducting the cost of those bribes as fake business
expenses and phony charitable contributions.  That is tax
fraud.

          You don't need to be a senior corporate executive or a

```
 1                  C E R T I F I C A T E

 2

 3

 4    UNITED STATES DISTRICT COURT )

 5    DISTRICT OF MASSACHUSETTS    )

 6

 7

 8          We, Kristin M. Kelley and Debra Joyce, certify that

 9    the foregoing is a correct transcript from the record of

10    proceedings taken October 6, 2021 in the above-entitled matter

11    to the best of my skill and ability.

12

13

14       /s/ Kristin M. Kelley             October 6, 2021

15       /s/ Debra Joyce                   October 6, 2021

16       Kristin M. Kelley, RPR, CRR            Date
         Debra Joyce, RMR, CRR
17       Official Court Reporters

18

19

20

21

22

23

24

25
```