# EXHIBIT 47

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,        )
              Plaintiff          )
                                 )
vs.                              )  No. 1-19-CR-10080
                                 )
GAMAL ABDELAZIZ and JOHN         )
WILSON,                          )
              Defendants.        )
                                 )
                                 )



         BEFORE THE HONORABLE NATHANIEL M. GORTON
              UNITED STATES DISTRICT JUDGE
                   JURY TRIAL - DAY 8



       John Joseph Moakley United States Courthouse
                     Courtroom No. 4
                    One Courthouse Way
                 Boston, Massachusetts 02210



                    September 20, 2021
                        9:15 a.m.




                Kristin M. Kelley, RPR, CRR
                   Debra Joyce, RMR, CRR
                  Official Court Reporter
       John Joseph Moakley United States Courthouse
                 One Courthouse Way, Room 3209
                  Boston, Massachusetts 02210
                  E-mail: kmob929@gmail.com

         Mechanical Steno - Computer-Aided Transcript
```

1  A.   Gamal did.

2       MS. KEARNEY:  And if we can go to Exhibit 459 in

3  evidence.

4       Blow up the top message there, please.

5  Q.   Ms. Sanford, who reminded you as to Rick's direction about

6  the essays, that it needed to include basketball?

7  A.   Gamal did.

8       MS. KEARNEY:  Can we pull up Exhibit 681 in evidence,

9  please.

12:38 10      Can we go to page 2.

11      And that section on substantial assistance motion.

12 Q.   You were asked some questions on cross-examination about

13 the favorable recommendation from the government?

14 A.   Yes.

15 Q.   And I think Mr. Kelly pointed out to you that the first

16 sentence of that second paragraph, "the determination whether

17 defendant has provided substantial assistance rests solely in

18 the discretion of the U.S. Attorney."

19 A.   Yes.

12:39 20 Q.   Can you read the second sentence, please?

21 A.   "The U.S. Attorney will make this determination based on

22 the truthfulness and value of the defendant's assistance,

23 regardless of the outcome or result of any proceeding or

24 trial."

25 Q.   You were asked some questions about whether Mr. Singer

```
 1   Q.   Why not?
 2   A.   We believe we had the information that we need from the
 3   coach.  If we thought we didn't have enough information, we
 4   would ask our Athletic liaison to get us more specific
 5   information, but in these cases, it looks like we had all the
 6   information that we needed to make an admissions decision.
 7   Q.   Based on your experience in USC admissions, what's the
 8   likelihood that these applicants would have been committed if
 9   they weren't walk-on athletes?
10           MR. SHEKETOFF:  Objection.
11           THE COURT:  Overruled.
12   A.   It's highly unlikely.  I don't think any of them would be
13   admitted without their athletic talent.
14   Q.   Did Donna Heinel tell you that the parents of these
15   students were making payments in connection with their
16   admission?
17   A.   No.
18   Q.   Did you know that payments were contingent on their
19   admission?
20   A.   Absolutely not.
21   Q.   Would that information have mattered to you in evaluating
22   these students?
23   A.   Absolutely.  That would have been a huge problem.
24   Q.   Why?
25   A.   Because we don't offer admission in exchange for money.
```

```
 1   C E R T I F I C A T E

 2

 3

 4   UNITED STATES DISTRICT COURT )

 5   DISTRICT OF MASSACHUSETTS    )

 6

 7

 8         We, Kristin M. Kelley and Debra Joyce, certify that

 9   the foregoing is a correct transcript from the record of

10   proceedings taken September 15, 2021 in the above-entitled

11   matter to the best of our skill and ability.

12

13

14       /s/ Kristin M. Kelley             September 20, 2021

15       /s/ Debra Joyce                   September 20, 2021

16       Kristin M. Kelley, RPR, CRR              Date
         Debra Joyce, RMR, CRR
17       Official Court Reporter
```