# EXHIBIT 57

Case 1:19-cr-10080-LTS Document 2719-55 Filed 08/15/23 Page 2 of 5

Sacred Heart Prep School                                       Hy-Tek's MEET MANAGER  8:05 PM  5/1/2013  Page 1
WBAL Championships - 5/1/2013 to 5/2/2013
Results - Prelims

TRIAL

### Event 3  Girls 200 Yard Freestyle Varsity
WBAL: 1:52.30 ! 2011    Helen Tang
        2:03.49    CCS

| Name | Yr | School | Prelim Time | |
|---|---|---|---|---|
| **Preliminaries** | | | | |
| 1 Audebert, Manon | JR | HARK-PC | 1:59.67 | CCS |
| 27.87   30.40 | | 30.79   30.61 | | |
| 2 Chan, Jocelyn | 09 | MENLO-CC | 2:00.26 | CCS |
| 27.79   30.13 | | 31.10   31.24 | | |
| 3 Myers, Erica | 12 | SHP | 2:01.50 | CCS |
| 27.64   30.31 | | 31.90   31.65 | | |
| 4 McAdams, Maddie | 9 | SHP | 2:07.90 | |
| 29.36   32.82 | | 33.10   32.62 | | |
| 5 O'Neill, Megan P | 10 | WP-PC | 2:07.93 | |
| 28.76   32.23 | | 33.97   32.97 | | |
| 6 Kerrigan, Lulu | 11 | SHP | 2:08.15 | |
| 29.58   31.90 | | 33.25   33.42 | | |
| 7 Chavez, Serafina | FR | NDSJ-PC | 2:09.52 | |
| 29.75   32.58 | | 34.30   32.89 | | |
| 8 Willard, Kelly | 11 | SHP | 2:13.90 | |
| 29.82   33.77 | | 35.39   34.92 | | |
| 9 Arnheim, Isabelle | 9 | CASTI-CC | 2:16.71 | |
| 31.25   34.33 | | 35.82   35.31 | | |
| 10 Cabral, Quinn | JR | NDSJ-PC | 2:18.29 | |
| 32.45   35.02 | | 35.89   34.93 | | |
| 11 Heneghan, Lucy | 09 | MENLO-CC | 2:18.65 | |
| 29.70   34.23 | | 37.42   37.30 | | |
| 12 Turner, Carly | SO | NDSJ-PC | 2:22.05 | |
| 33.39   36.32 | | 36.97   35.37 | | |
| 13 Cordova, Carmen | 12 | WP-PC | 2:22.91 | |
| 33.71   36.58 | | 36.71   35.91 | | |
| 14 Strober, Sarah | FR | CSUS | 2:23.11 | |
| 31.66   35.82 | | 38.21   37.42 | | |
| 15 Melo, Brittany | SR | NDSJ-PC | 2:25.78 | |
| 33.13   37.17 | | 37.96   37.52 | | |
| 16 Orr, Juliana | JR | NDSJ-PC | 2:26.29 | |
| 32.70   36.73 | | 38.85   38.01 | | |
| 17 Flower, Audrey | 10 | MENLO-CC | 2:28.48 | |
| 32.46   36.23 | | 39.87   39.92 | | |
| 18 Munnich, Megan | JR | TKA | 2:39.12 | |
| 34.84   40.79 | | 41.79   41.70 | | |
| 19 Merlic, Maddy | SR | NDSJ-PC | 2:40.51 | |
| 34.94   40.27 | | 43.44   41.86 | | |
| 20 Wong, Elaine | 10 | MENLO-CC | 2:43.93 | |
| 33.86   41.24 | | 44.83   44.00 | | |
| 21 Omid, Laila | FR | NDSJ-PC | 2:44.13 | |
| 36.81   42.21 | | 43.91   41.20 | | |
| 22 DeMartini, Ellen | JR | MB V-CA | 2:44.69 | |
| 37.11   41.53 | | 44.73   41.32 | | |
| 23 Walker, Regina | SO | NDSJ-PC | 2:47.62 | |
| 37.03   43.44 | | 45.49   41.66 | | |
| 24 Tran, Danielle | JR | MSF | 2:50.77 | |
| 35.98   40.96 | | 45.44   48.39 | | |
| 25 Greene, Jordan | FR | MB V-CA | 2:51.36 | |
| 37.18   45.38 | | 1:28.80 | | |
| 26 Allen, Nicole R | SO | TKA | 2:56.36 | |
| 38.35   44.42 | | 47.54   46.05 | | |
| 27 Tse, Claudia | JR | MSF | 2:59.87 | |
| 39.19   46.73 | | 48.79   45.16 | | |
| 28 Allmen, Anelly | FR | TKA | 3:03.48 | |
| 40.18   47.16 | | 49.39   46.75 | | |
| 29 Thomas, Kayla r | SO | TKA | 3:18.03 | |
| 44.61   2:33.42 | | | | |
| --- Riley, Emily | 10 | SHP | X2:19.94 | |
| 30.70   35.24 | | 37.63   36.37 | | |
| --- Moran, Kelly | 11 | SHP | X2:22.48 | |
| 32.53   35.70 | | 37.52   36.73 | | |
| --- Chung, Heejung | 9 | CASTI-CC | DQ | |

### Event 4  Boys 200 Yard Freestyle Varsity
WBAL: 1:42.26 ! 2010    Owens, Kevin
        1:51.99    CCS

| Name | Yr | School | Prelim Time | |
|---|---|---|---|---|
| **Preliminaries** | | | | |
| 1 Hinrichs, Chris | 11 | SHP | 1:51.04 | CCS |
| 25.39   27.80 | | 28.46   29.39 | | |
| 2 Lazar, Zoltan | 12 | SHP | 1:51.47 | CCS |
| 24.57   27.81 | | 29.12   29.97 | | |
| 3 Perla-Ward, Nelson | 10 | SHP | 1:52.65 | |
| 25.98   28.62 | | 29.14   28.91 | | |
| 4 Sauer, Christopher | 12 | MENLO-CC | 1:52.91 | |
| 26.13   28.71 | | 29.47   28.60 | | |
| 5 Hammarskjold, Ryan | 11 | MENLO-CC | 1:54.58 | |
| 26.43   29.24 | | 29.49   29.42 | | |
| 6 Banks, Finn | 9 | SHP | 1:58.75 | |
| 26.73   30.49 | | 31.14   30.39 | | |
| 7 Martin, Colin | 11 | MENLO-CC | 1:59.75 | |
| 28.30   30.26 | | 30.67   30.52 | | |
| 8 O'Neill, Daniel | SO | TKA | 2:02.27 | |
| 27.83   30.86 | | 31.67   31.91 | | |
| 9 Lai, Austin | SO | HARK-PC | 2:09.27 | |
| 30.08   32.78 | | 33.65   32.76 | | |
| 10 Luxenberg, Eric | 10 | MENLO-CC | 2:09.96 | |
| 28.63   33.05 | | 35.01   33.27 | | |
| 11 Bhatnagar, Aadyot | SO | HARK-PC | 2:14.54 | |
| 30.64   34.41 | | 35.36   34.13 | | |
| 12 Lee, Daniel | SR | TKA | 2:15.64 | |
| 30.01   35.68 | | 37.45   32.50 | | |
| 13 Palmer, Ryan | SO | HARK-PC | 2:18.58 | |
| 27.90   30.39 | | 43.79   36.50 | | |
| 14 Xu, Harry | SO | HARK-PC | 2:19.62 | |
| 30.69   35.06 | | 37.46   36.41 | | |
| 15 Tung, Jonathan | SR | TKA | 2:34.14 | |
| 34.99   39.49 | | 41.46   38.20 | | |
| --- York, Nick | 10 | SHP | X2:03.51 | |
| 28.33   31.20 | | 32.36   31.62 | | |
| --- Harvey, Grant | 10 | SHP | X2:05.11 | |
| 27.50   31.94 | | 33.27   32.40 | | |
| --- Mancebo, Oliver | | MENLO-CC | X2:27.39 | |
| 31.33   36.37 | | 41.25   38.44 | | |

### Event 5  Girls 200 Yard IM Varsity
WBAL: 2:02.29 ! 2011    Ally Howe
        2:21.49    CCS

| Name | Yr | School | Prelim Time | |
|---|---|---|---|---|
| **Preliminaries** | | | | |
| 1 Katter, Heidi | 10 | CASTI-CC | 2:08.01 | CCS |
| 27.02   32.81 | | 36.51   31.67 | | |

United States District Court
District of Massachusetts
**TRIAL EXHIBIT**
**8192**
Case No. 19-CR-10080-NMG

Sacred Heart Prep School                                     Hy-Tek's MEET MANAGER  8:05 PM  5/1/2013  Page 1
# WBAL Championships - 5/1/2013 to 5/2/2013
## Results - Prelims

| | Name | | Yr | School | Prelim Time | |
|---|---|---|---|---|---|---|
| 2 | Sturzenegger, Selby | | 11 | SHP | 2:11.49 | CCS |
| | 28.02 | 34.46 | | 39.55 | 29.46 | |
| 3 | Miller, Lindsey | | SO | TKA | 2:13.96 | CCS |
| | 29.19 | 32.82 | | 40.20 | 31.75 | |
| 4 | Guan, Grace | | FR | HARK-PC | 2:15.19 | CCS |
| | 28.78 | 33.68 | | 40.09 | 32.64 | |
| 5 | Yramategui, Samantha K | | SO | TKA | 2:15.70 | CCS |
| | 30.05 | 34.92 | | 39.39 | 31.34 | |
| 6 | Holman, Kayla | | 9 | SHP | 2:17.03 | CCS |
| | 29.22 | 35.45 | | 40.60 | 31.76 | |
| 7 | Schneider, Leila | | FR | CSUS | 2:18.02 | CCS |
| | 29.51 | 36.23 | | 40.87 | 31.41 | |
| 8 | Safran, Janna | | 10 | MENLO-CC | 2:20.27 | CCS |
| | 30.65 | 34.79 | | 43.21 | 31.62 | |
| 9 | Bressie, Mackenzie | | 10 | MENLO-CC | 2:20.85 | CCS |
| | 30.28 | 34.64 | | 41.83 | 34.10 | |
| 10 | Wong, Katrina S | | JR | TKA | 2:22.05 | |
| | 31.16 | 34.38 | | 44.06 | 32.45 | |
| 11 | Zhang, Janice | | 10 | SHP | 2:25.30 | |
| | 30.98 | 36.91 | | 43.63 | 33.78 | |
| 12 | Akers, Carolyn S | | 9 | WP-PC | 2:25.79 | |
| | 30.58 | 36.89 | | 44.45 | 33.87 | |
| 13 | Tiso, Teresa | | 10 | SHP | 2:25.99 | |
| | 31.41 | 35.89 | | 45.32 | 33.37 | |
| 14 | Boyle, Lizzie | | 10 | WP-PC | 2:27.54 | |
| | 30.88 | 37.54 | | 45.01 | 34.11 | |
| 15 | Moutoux, Nina | | SO | MB V-CA | 2:38.91 | |
| | 32.00 | 39.42 | | 50.39 | 37.10 | |
| 16 | Yu, Anna | | 11 | CASTI-CC | 2:39.70 | |
| | 36.32 | 40.04 | | 46.75 | 36.59 | |
| 17 | Cabebe, Gabby | | SO | NDSJ-PC | 2:46.07 | |
| | 37.80 | 41.79 | | 47.64 | 38.84 | |
| 18 | Son, Erika | | SO | TKA | 2:47.23 | |
| | 33.35 | 43.47 | | 51.65 | 38.76 | |
| 19 | Lief, Janelle | | JR | NDSJ-PC | 2:48.78 | |
| | 33.81 | 42.83 | | 53.09 | 39.05 | |
| 20 | Sun, Justine | | JR | CSUS | 2:52.69 | |
| | 36.06 | 43.27 | | 52.68 | 40.68 | |
| 21 | Kessler, Scoutt | | SO | MB V-CA | 2:53.66 | |
| | 37.09 | 46.26 | | 51.61 | 38.70 | |
| 22 | Kehl, Emma | | FR | NDSJ-PC | 2:57.42 | |
| | 39.14 | 49.59 | | 50.08 | 38.61 | |
| 23 | Silverstein, Elena | | FR | CSUS | 2:58.17 | |
| | 40.50 | 47.30 | | 51.05 | 39.32 | |
| 24 | DeSouza, Marisa | | SO | CSUS | 3:02.72 | |
| | 38.89 | 43.97 | | 56.75 | 43.11 | |
| 25 | Patel, Anisha | | FR | NDSJ-PC | 3:16.35 | |
| | 43.46 | 49.79 | | 55.60 | 47.50 | |
| 26 | Sun, Julia | | FR | CSUS | 3:30.60 | |
| | 45.41 | 55.01 | | 1:02.59 | 47.59 | |

### Event 6  Boys 200 Yard IM Varsity
WBAL:  1:51.74 !  2012     Tom Kremer
       2:07.79   CCS

| | Name | | Yr | School | Prelim Time | |
|---|---|---|---|---|---|---|
| **Preliminaries** | | | | | | |
| 1 | Luh, Alex V | | SR | TKA | 1:55.06 | CCS |
| | 25.30 | 29.96 | | 32.86 | 26.94 | |
| 2 | Huang, Aaron | | SO | HARK-PC | 2:01.59 | CCS |
| | 25.91 | 30.85 | | 34.54 | 30.29 | |
| 3 | Swart, Michael | | 10 | SHP | 2:06.04 | CCS |
| | 27.58 | 32.29 | | 36.90 | 29.27 | |
| 4 | Swart, Alex | | 12 | SHP | 2:06.19 | CCS |
| | 26.94 | 32.47 | | 37.10 | 29.68 | |
| 5 | Enright, Harrison | | 11 | SHP | 2:06.70 | CCS |
| | 26.67 | 32.39 | | 38.02 | 29.62 | |
| 6 | Xi, Chris | | 09 | MENLO-CC | 2:17.46 | |
| | 28.09 | 36.05 | | 40.55 | 32.77 | |
| 7 | Huynh, Colton | | 12 | SHP | 2:21.08 | |
| | 28.74 | 34.97 | | 43.44 | 33.93 | |
| 8 | Rubin, Sam | | 10 | MENLO-CC | 2:22.94 | |
| | 28.65 | 36.82 | | 43.70 | 33.77 | |
| 9 | Barratt, Jeff | | 10 | MENLO-CC | 2:27.29 | |
| | 32.17 | 35.93 | | 45.33 | 33.86 | |
| 10 | Bhatia, Nikhil | | 10 | MENLO-CC | 2:33.47 | |
| | 32.78 | 40.86 | | 44.99 | 34.84 | |
| 11 | Orr, Jonathan | | SO | TKA | 2:47.75 | |
| | 34.37 | 46.48 | | 46.63 | 40.27 | |
| --- | Mooi, Nate | | SR | CSUS | DQ | |
| | 33.92 | 39.93 | | 49.21 | 40.19 | |

### Event 7  Girls 50 Yard Freestyle Varsity
WBAL:   24.21 !  2009     Khojasteh, Jessica
        25.99   CCS

| | Name | Yr | School | Prelim Time | |
|---|---|---|---|---|---|
| **Preliminaries** | | | | | |
| 1 | Howe, Ally | 11 | SHP | 23.55 | ! CCS |
| 2 | Huang, Angela | FR | HARK-PC | 25.17 | CCS |
| 3 | Furbershaw, Josie | 12 | CASTI-CC | 25.98 | CCS |
| 4 | Spierling, Ally | FR | TKA | 26.17 | |
| 5 | Ross, Catie | 12 | WP-PC | 26.26 | |
| 6 | Mohindra, Anika | FR | HARK-PC | 26.31 | |
| 7 | Chien, Amie | SR | HARK-PC | 26.37 | |
| 8 | Wong, Kimberly | 11 | SHP | 26.54 | |
| 9 | Anderson, Kristin | SO | NDSJ-PC | 26.59 | |
| 10 | Jiang, Vivian | SR | TKA | 26.62 | |
| 11 | McCracken, Morgan | 11 | SHP | 26.83 | |
| 12 | Stuewe, Caitlin | 11 | SHP | 26.85 | |
| 13 | Vagadori, Maddie | SO | CSUS | 27.43 | |
| 14 | Meyer, Michelle | 09 | MENLO-CC | 27.60 | |
| 15 | Witzke, Claire | 12 | PINE | 27.76 | |
| *16 | Breining, Danie | SO | MB V-CA | 28.14 | |
| *16 | Cabral, Quinn | JR | NDSJ-PC | 28.14 | |
| **Swim-Off Required** | | | | | |
| 18 | Heneghan, Lucy | 09 | MENLO-CC | 28.15 | |
| 19 | Yu, Anna | 11 | CASTI-CC | 28.44 | |
| 20 | Bigley, PJ | 12 | SHP | 28.54 | |
| 21 | Mohrman, Lauren | 11 | SHP | 28.58 | |
| 22 | Bautista, Willa | 10 | SHP | 28.81 | |
| 23 | Pursley, Sarah | 11 | SHP | 28.82 | |
| 24 | Mostafavi, Yassmin | SO | NDSJ-PC | 28.88 | |
| 25 | Avery, Meg | 10 | SHP | 28.91 | |
| 26 | McGee, Kelsey | FR | NDSJ-PC | 28.95 | |
| 27 | Flamen, Stephanie | 11 | CASTI-CC | 29.13 | |
| *28 | Orr, Juliana | JR | NDSJ-PC | 29.16 | |
| *28 | Cherekdjian, Christina | SO | NDSJ-PC | 29.16 | |
| 30 | Gavello, Aubrey | 10 | SHP | 29.19 | |

AB-001801

Sacred Heart Prep School                                         Hy-Tek's MEET MANAGER  8:05 PM  5/1/2013  Page 1

## WBAL Championships - 5/1/2013 to 5/2/2013
### Results - Prelims

| Place | Name | Yr | School | Time |
|---|---|---|---|---|
| 31 | Baab, Lindsey | 11 | CASTI-CC | 29.36 |
| 32 | Casolo, Grace | SO | MB V-CA | 29.38 |
| 33 | Rosenthal, Shani | 11 | PINE | 29.43 |
| 34 | Zafran, Alexandra | 10 | CASTI-CC | 29.46 |
| 35 | Matthews, Charlotte | 9 | SHP | 29.68 |
| 36 | Akin, Leslie | 09 | MENLO-CC | 30.05 |
| 37 | Peek, Olivia | 10 | WP-PC | 30.12 |
| 38 | Chen, Stephanie | JR | HARK-PC | 30.18 |
| 39 | Flessel, Katherine | 11 | SHP | 30.23 |
| 40 | Stratford, Sydney | 9 | PINE | 30.27 |
| 41 | Anderson, Megan | 10 | SHP | 30.31 |
| 42 | Jacobsen, Danielle | 10 | CASTI-CC | 30.36 |
| 43 | Tu, Karen | FR | HARK-PC | 30.64 |
| 44 | Moran, Kelly | 11 | SHP | 30.79 |
| 45 | Corrigan, Claudia | 10 | MENLO-CC | 30.90 |
| 46 | Manville, Avery | SR | TKA | 31.06 |
| 47 | Richardson, Frannie | SR | TKA | 31.26 |
| 48 | Ma, Paulette | 9 | WP-PC | 31.78 |
| 49 | Kaundinya, Sanjana | SO | HARK-PC | 31.82 |
| 50 | Larsen, Michaela | SO | NDSJ-PC | 32.05 |
| 51 | Yanovsky, Rachel | SR | HARK-PC | 32.67 |
| 52 | Oswald, Lexie | 11 | SHP | 33.01 |
| 53 | Siegel, Elisabeth | FR | HARK-PC | 33.13 |
| 54 | Ho, Caroline | 10 | SHP | 33.14 |
| 55 | Kelly, Sarah | FR | MB V-CA | 33.48 |
| 56 | Tamer, Katia | SR | CSUS | 33.49 |
| 57 | Levison, Alexa | 10 | SHP | 33.81 |
| 58 | Merlic, Maddy | SR | NDSJ-PC | 34.04 |
| 59 | Morris, Esmee | 09 | MENLO-CC | 34.11 |
| 60 | Ross, Jane | 10 | WP-PC | 34.37 |
| 61 | Gibson, Mackenzie | 9 | SHP | 34.45 |
| 62 | Burich, Maya | SO | NDSJ-PC | 34.49 |
| 63 | DeLosRios-McCutcheon, | SO | NDSJ-PC | 34.52 |
| 64 | Afshari, Anahita | 10 | CASTI-CC | 34.94 |
| 65 | Narin, Yasemin | FR | HARK-PC | 34.95 |
| 66 | Lingaiah, Rhea | FR | NDSJ-PC | 35.92 |
| 67 | Hu, Connie | 09 | MENLO-CC | 36.64 |
| 68 | Corfield, Laine | 9 | PINE | 36.73 |
| 69 | Bevens, Milla | 10 | WP-PC | 37.07 |
| 70 | Zagala, Ysabel | FR | NDSJ-PC | 37.12 |
| 71 | Sokolova, Sonia | 12 | PINE | 37.17 |
| 72 | Copriviza, Courtney | 11 | PINE | 37.38 |
| 73 | Hancock, Sinclaire | 12 | PINE | 38.35 |
| 74 | Takle, Priyanka | 10 | MENLO-CC | 38.57 |
| 75 | Hart, Teanna | JR | MSF | 38.77 |
| 76 | Teymourian, Julia | 10 | WP-PC | 39.32 |
| 77 | Renavikar, Meghana | 09 | MENLO-CC | 39.84 |
| 78 | Hart, Mariah | JR | MSF | 40.37 |
| 79 | Thomas, Kayla r | SO | TKA | 40.42 |
| 80 | Harrison, Sasha | 10 | PINE | 40.86 |
| 81 | Bichutskaya, Victoria | JR | MSF | 41.59 |
| 82 | Lin, Franny | 10 | WP-PC | 41.75 |
| 83 | Beygui, Nooshin | SR | CSUS | 42.68 |
| 84 | Franchi, Asha | FR | CSUS | 42.69 |
| 85 | Polster, Camille | 11 | PINE | 42.84 |
| 86 | Buiocchi, Megan | 9 | WP-PC | 44.36 |
| 87 | Ivanova, Kristina | SO | MSF | 47.54 |
| 88 | Rojas, Daniela | FR | CSUS | 55.21 |
| --- | Zelinger, Camille | 11 | SHP | X27.74 |

### Event 8  Boys 50 Yard Freestyle Varsity
WBAL:    21.36 ! 2009     Davis, Cole
         22.99  CCS

| | Name | Yr | School | Prelim Time | |
|---|---|---|---|---|---|
| **Preliminaries** | | | | | |
| 1 | Jollymour, Scott | 12 | SHP | 21.83 | CCS |
| 2 | Avery, Weston | 10 | MENLO-CC | 22.44 | CCS |
| 3 | Conner, Will | 10 | SHP | 22.68 | CCS |
| 4 | Wilson, Johnny | 11 | MENLO-CC | 22.78 | CCS |
| 5 | Churukian, Zach | 12 | SHP | 22.86 | CCS |
| 6 | Chan, Vernon | SR | TKA | 23.27 | |
| 7 | Chan, Jeremy | SO | TKA | 23.37 | |
| 8 | Morrison, Tom | JR | TKA | 23.88 | |
| 9 | Hocker, Jack | 9 | SHP | 23.96 | |
| 10 | Scheinman, Griffin | 10 | MENLO-CC | 24.58 | |
| 11 | Kwong, Alex | JR | CSUS | 25.05 | |
| 12 | Royals, Brooks | 9 | WP-PC | 25.58 | |
| *13 | Chan, Daniel | 10 | MENLO-CC | 25.96 | |
| *13 | Van Nice, Hollister | 10 | PINE | 25.96 | |
| 15 | Lowe, Alex R | JR | TKA | 26.13 | |
| 16 | Zhang, Kenneth | JR | HARK-PC | 27.02 | |
| 17 | Volkov, Andrei | 9 | PINE | 27.82 | |
| 18 | Cheng, Allen | JR | HARK-PC | 28.04 | |
| 19 | Xu, William | 11 | WP-PC | 28.05 | |
| 20 | Chin, Leon | SO | HARK-PC | 28.33 | |
| 21 | Su, Justan | FR | HARK-PC | 28.37 | |
| 22 | Eckert, Sam | 11 | MENLO-CC | 29.10 | |
| 23 | Stern, Matthew | 10 | MENLO-CC | 29.64 | |
| 24 | Wills, Reese | 9 | PINE | 29.72 | |
| 25 | Baumgarten, Sam | 9 | WP-PC | 30.42 | |
| 26 | Thygesen, James | 09 | MENLO-CC | 32.14 | |
| 27 | Ankola, Annirudh | SO | HARK-PC | 33.00 | |
| 28 | Hurst, Sean | 10 | MENLO-CC | 34.94 | |
| 29 | Robinette, Carson | 10 | PINE | 36.91 | |
| 30 | Lin, Vincent | JR | HARK-PC | 37.78 | |
| 31 | Bharadwaj, Vivek | FR | HARK-PC | 42.38 | |
| 32 | Tallapaneni, Jetha | FR | HARK-PC | 42.50 | |
| --- | Marco, Philippe | 10 | SHP | X24.35 | |
| --- | Barrera, Ben | 9 | SHP | X24.42 | |
| --- | Parker, Andrew | 09 | MENLO-CC | X26.03 | |
| --- | Katsis, Andreas | 10 | MENLO-CC | X26.05 | |
| --- | Papadoyannis, Marco | 09 | MENLO-CC | X26.05 | |
| --- | Govil, Eshan | 10 | SHP | X27.13 | |
| --- | D'Alencon, Nick | 12 | MENLO-CC | DQ | |

### Event 9  Girls 100 Yard Butterfly Varsity
WBAL:    54.81 ! 2011     Ally Howe
         1:03.19  CCS

| | Name | | Yr | School | Prelim Time | |
|---|---|---|---|---|---|---|
| **Preliminaries** | | | | | | |
| 1 | Sturzenegger, Selby | | 11 | SHP | 59.78 | CCS |
| | 27.74 | 32.04 | | | | |
| 2 | Chan, Jocelyn | | 09 | MENLO-CC | 1:01.63 | CCS |
| | 29.36 | 32.27 | | | | |
| 3 | Holman, Kayla | | 9 | SHP | 1:01.68 | CCS |
| | 28.83 | 32.85 | | | | |
| 4 | Ma, Kimberly | | JR | HARK-PC | 1:02.75 | CCS |
| | 29.84 | 32.91 | | | | |
| 5 | Ross, Catie | | 12 | WP-PC | 1:04.21 | |
| | 29.72 | 34.49 | | | | |
| 6 | Kannan, Sandhana | | FR | HARK-PC | 1:04.97 | |

AB-001802

Sacred Heart Prep School                                                                 Hy-Tek's MEET MANAGER  8:05 PM  5/1/2013  Page 1
## WBAL Championships - 5/1/2013 to 5/2/2013
### Results - Prelims

|  | Name | | Yr | School | Prelim Time | |
|---|---|---|---|---|---|---|
|  | 30.50 | 34.47 | | | | |
| 7 | Chavez, Serafina | | FR | NDSJ-PC | 1:05.44 | |
|  | 30.07 | 35.37 | | | | |
| 8 | Koshy, Malaika | | 9 | SHP | 1:06.01 | |
|  | 30.11 | 35.90 | | | | |
| 9 | Akers, Carolyn S | | 9 | WP-PC | 1:06.04 | |
|  | 30.62 | 35.42 | | | | |
| 10 | Zhang, Janice | | 10 | SHP | 1:07.90 | |
|  | 31.95 | 35.95 | | | | |
| 11 | Son, Erika | | SO | TKA | 1:11.55 | |
|  | 33.11 | 38.44 | | | | |
| 12 | Pebworth, Sophie Pebwort | | JR | TKA | 1:12.23 | |
|  | 33.47 | 38.76 | | | | |
| 13 | Yee, Jacquelyn | | FR | MSF | 1:12.59 | |
|  | 33.67 | 38.92 | | | | |
| 14 | Arnheim, Isabelle | | 9 | CASTI-CC | 1:12.76 | |
|  | 34.21 | 38.55 | | | | |
| 15 | Gomes, Madison | | FR | MB V-CA | 1:12.89 | |
|  | 34.27 | 38.62 | | | | |
| 16 | Murdter, Angela | | SR | NDSJ-PC | 1:13.28 | |
|  | 33.99 | 39.29 | | | | |
| 17 | Hnatek, Rachael | | JR | TKA | 1:14.24 | |
|  | 34.20 | 40.04 | | | | |
| 18 | Jensen, Cassidy | | 11 | CASTI-CC | 1:17.50 | |
|  | 35.73 | 41.77 | | | | |
| 19 | Jacobsen, Danielle | | 10 | CASTI-CC | 1:17.67 | |
|  | 35.56 | 42.11 | | | | |
| 20 | Lief, Janelle | | JR | NDSJ-PC | 1:20.08 | |
|  | 35.29 | 44.79 | | | | |
| 21 | Mostafavi, Yassmin | | SO | NDSJ-PC | 1:22.42 | |
|  | 37.17 | 45.25 | | | | |
| 22 | Omid, Laila | | FR | NDSJ-PC | 1:33.38 | |
|  | 40.98 | 52.40 | | | | |
| --- | Allen, Nicole R | | SO | TKA | DQ | |
|  | 45.61 | 53.82 | | | | |

### Event 10  Boys 100 Yard Butterfly Varsity
     WBAL:   50.26 !  2011      Tom Kremer
             56.69    CCS

| | Name | | Yr | School | Prelim Time | |
|---|---|---|---|---|---|---|
| **Preliminaries** | | | | | | |
| 1 | Wilson, Johnny | | 11 | MENLO-CC | 55.99 | CCS |
|  | 27.31 | 28.68 | | | | |
| 2 | Enright, Harrison | | 11 | SHP | 56.18 | CCS |
|  | 26.76 | 29.42 | | | | |
| 3 | Neubieser, Craig | | SO | HARK-PC | 56.63 | CCS |
|  | 26.80 | 29.83 | | | | |
| 4 | Howard, John | | 12 | SHP | 57.41 | |
|  | 26.52 | 30.89 | | | | |
| 5 | Oliver, Nick | | 9 | SHP | 57.69 | |
|  | 26.89 | 30.80 | | | | |
| 6 | Myers, Johnny | | 10 | SHP | 58.54 | |
|  | 26.85 | 31.69 | | | | |
| 7 | Rubin, Sam | | 10 | MENLO-CC | 1:01.08 | |
|  | 28.36 | 32.72 | | | | |
| 8 | Luxenberg, Eric | | 10 | MENLO-CC | 1:01.95 | |
|  | 28.87 | 33.08 | | | | |
| 9 | Cassidy, Chris | | 10 | MENLO-CC | 1:02.29 | |

|  | | | | | | |
|---|---|---|---|---|---|---|
|  | 29.49 | 32.80 | | | | |
| 10 | Tung, Jonathan | | SR | TKA | 1:09.96 | |
|  | 34.91 | 35.05 | | | | |
| 11 | Lee, Nate | | FR | TKA | 1:10.95 | |
|  | 32.98 | 37.97 | | | | |
| 12 | Mooi, Nate | | SR | CSUS | 1:14.44 | |
|  | 35.62 | 38.82 | | | | |
| 13 | Lee, Daniel | | SR | TKA | 1:19.01 | |
|  | 36.55 | 42.46 | | | | |
| --- | Stevens, Scott | | 09 | MENLO-CC | X1:19.49 | |
|  | 35.53 | 43.96 | | | | |
| --- | Stearns, Max | | 9 | WP-PC | DQ | |
|  | 38.76 | 53.04 | | | | |

### Event 11  Girls 100 Yard Freestyle Varsity
     WBAL:   52.32 !  2010      Khojasteh, Jessica
             56.79    CCS

| | Name | | Yr | School | Prelim Time | |
|---|---|---|---|---|---|---|
| **Preliminaries** | | | | | | |
| 1 | Audebert, Manon | | JR | HARK-PC | 54.66 | CCS |
|  | 26.04 | 28.62 | | | | |
| 2 | Yramategui, Samantha K | | SO | TKA | 55.54 | CCS |
|  | 26.59 | 28.95 | | | | |
| 3 | Huang, Angela | | FR | HARK-PC | 55.97 | CCS |
|  | 26.50 | 29.47 | | | | |
| 4 | Mohindra, Anika | | FR | HARK-PC | 57.74 | |
|  | 27.64 | 30.10 | | | | |
| 5 | Spierling, Ally | | FR | TKA | 58.23 | |
|  | 27.66 | 30.57 | | | | |
| 6 | McCracken, Morgan | | 11 | SHP | 58.41 | |
|  | 28.21 | 30.20 | | | | |
| 7 | Wong, Kimberly | | 11 | SHP | 58.45 | |
|  | 27.78 | 30.67 | | | | |
| 8 | Chien, Amie | | SR | HARK-PC | 59.63 | |
|  | 28.40 | 31.23 | | | | |
| 9 | Anderson, Kristin | | SO | NDSJ-PC | 1:00.00 | |
|  | 29.08 | 30.92 | | | | |
| 10 | Boyle, Lizzie | | 10 | WP-PC | 1:00.39 | |
|  | 29.23 | 31.16 | | | | |
| 11 | Zelinger, Camille | | 11 | SHP | 1:00.96 | |
|  | 29.78 | 31.18 | | | | |
| 12 | Cherekdjian, Christina | | SO | NDSJ-PC | 1:01.24 | |
|  | 29.47 | 31.77 | | | | |
| 13 | Koshy, Malaika | | 9 | SHP | 1:01.33 | |
|  | 29.48 | 31.85 | | | | |
| 14 | Barton, Kelsey | | SR | NDSJ-PC | 1:01.39 | |
|  | 28.80 | 32.59 | | | | |
| 15 | Ocampo, Monica | | SR | NDSJ-PC | 1:01.46 | |
|  | 29.30 | 32.16 | | | | |
| 16 | Witzke, Claire | | 12 | PINE | 1:02.21 | |
|  | 29.79 | 32.42 | | | | |
| 17 | Strober, Sarah | | FR | CSUS | 1:02.89 | |
|  | 29.33 | 33.56 | | | | |
| 18 | Vagadori, Maddie | | SO | CSUS | 1:04.55 | |
|  | 31.79 | 32.76 | | | | |
| 19 | Baab, Lindsey | | 11 | CASTI-CC | 1:04.74 | |
|  | 30.87 | 33.87 | | | | |
| 20 | Aldrete, Celia | | 9 | CASTI-CC | 1:05.02 | |
|  | 31.09 | 33.93 | | | | |

AB-001803