# EXHIBIT 58

**Message**

**From:** Jovan Vavic [vavic@usc.edu]
**Sent:** 2/26/2014 06:36:46 PM
**To:** Casey Moon [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d93f4fcd3a6548d3a4921826a22f1429-scdv8sx4]
**Subject:** FW: Johnny Wilson's last semester Grades
**Attachments:** Johnny Wilson Current Grades.pdf

---

**From:** Jovan Vavic <vavic@usc.edu>
**Date:** Wed, 26 Feb 2014 09:56:50 -0800
**To:** Alex Garfio <garfio@usc.edu>
**Subject:** Johnny Wilson's last semester Grades

Alex,

This kid would be the fastest player on our team, he swims 50 y in 20", my fastest players are around 22", this kid can fly, he was the captain of his hs team as sophomore, great work ethic, was ALL CCS, he is a legid walk on who could end up playing for us very soon.

United States District Court
District of Massachusetts
**TRIAL EXHIBIT**
**105**
Case No.   19-CR-10080-NMG

FOIA Confidential Treatment Requested

USC-00007212
VB-RECORDS-00123440

EX. 105 p. 1 of 3

# Menlo School
## 50 Valparaiso Avenue
## Atherton, CA  94027

### 2013-2014 Grades and Comments

---

**John Benedict Wilson, Jr.**

| | | | | |
|---|---|---|---|---|
| ADDRESS: | 2 Fleur Place | | GRADE LEVEL: | 12 |
| | Atherton, CA 94027 | | ADVISOR: | Mrs. Benningson |
| STUDENT #: | 14868 | | | |

### Qrt. 1 Grade Report

| Course | Teacher | Grade |
|---|---|---|
| Representations of Race/ 1S | Ms. Downey | B+ |

During the first quarter our focus in English was on gaining fluency in the language of race theory. Students then applied this theory in several writing assignments designed to invite students to explore the relevancy of the course content to their everyday lives. The curriculum is a challenging one; as part of an ongoing preparation for college, students are asked to take an active role in synthesizing a broad range of material. John is making clear strides in this direction. His ideas are sophisticated; over the coming quarter, I invite John to continue to refine the structure of his persuasive writing so that he might more effectively convey his points. Employing a more formal style will help him to clearly articulate his arguments, while also offering him the opportunity to enhance the depth of him analysis. This balance — adopting structure to enable innovative analysis — will be John's task this semester.

In class, John is an enthusiastic presence in group discussions. He is a talented speaker and is able to articulate his points clearly and persuasively. He does not back down when conversations become challenging; rather, he engages them with courage and conviction. As a result, his contributions frequently help to shape the interpretations of the class as a whole. I am thrilled to have John in class and look forward to getting to him over the coming semester.

| Course | Teacher | Grade |
|---|---|---|
| AP Government and Politics United States | Mr. Devitt | B |

Johnny is a polite and friendly student who has worked hard all quarter to improve both his grade and understanding of the concepts brought up during class. Although he struggled with some of the more abstract or difficult concepts during our first unit, he improved dramatically in the last few weeks. I was particularly impressed by how serious he approached the last exam on federalism: his improvement on the writing section of the exam was obvious, and he was clearly more in command of the vocabulary and terms than in our first unit. He also did a wonderful job on his small group project that involved a comparison between the Tea Party and Occupy Wall Street movements. One thing I would like to see next quarter is Johnny participate a bit more during class discussion and debate. He is far too quiet considering his intellectual ability; he needs to get more involved next quarter- especially in debates.

| Course | Teacher | Grade |
|---|---|---|
| Statistics | Mr. Thibodeaux | A |

Johnny is a splendid member of our statistics class, enthusiastically contributing to class discussions, energetically working on problem sets, and writing strong examination papers. I look forward to working with Johnny as we explore sampling, estimation, and hypothesis testing.

| Course | Teacher | Grade |
|---|---|---|
| Intro to Calculus w/ Applications | Ms. Rouser | B |

What fun to get to work with Johnny again in math this year, and especially in Calculus! I love teaching it and am excited to get the students enthusiastic about it as well. Johnny has been a great student during class time, focusing during lessons, working well individually or with his table buddies, and getting lots of work done. His most recent exam testing the derivative and various applications was strong. His only bumps in the road have been the result of his not completing missed work when he was absent. It may be that he completed the assignments, but he needs to be pro active about making sure he hands them in. I would also encourage him to be assertive in asking for help on those rare occasions when a concept may be unclear to him. Getting used to feeling comfortable asking for help will be more

---

**Class Periods Absent 1st Semester (see handbook)**  
28

**Hours applied toward community service graduation req.**  
PACT Complete

| Upper School Registrar: Julie Hammack | Date: 10/24/2013 |
|---|---|

FOIA Confidential Treatment Requested

USC-00007213

VB-RECORDS-00123441



# Menlo School
50 Valparaiso Avenue
Atherton, CA  94027

### 2013-2014 Grades and Comments

---

**John Benedict Wilson, Jr.**

| | | | |
|---|---|---|---|
| ADDRESS: | 2 Fleur Place | GRADE LEVEL: | 12 |
| | Atherton, CA 94027 | ADVISOR: | Mrs. Benningson |
| STUDENT #: | 14868 | | |

### Qrt. 1 Grade Report

important as concepts grow more challenging and intertwined.  I look forward to working with Johnny over the remainder of this semester in Calculus.

| | | |
|---|---|---|
| Spanish 5 | Mr. Victoria | A- |

John is a great student in Spanish class. He is consistent with his class work and homework assignments. He participates actively during class discussions. His writing and Spanish speaking skills are advanced, and reflect a strong understanding of academic Spanish. His in-class essays are original and creative. His independent project making a presentation of the history and culture of Spanish food is his best work so far this semester. I really enjoy having him again in my class, and I congratulate him on his efforts.

| | | |
|---|---|---|
| Photography | Mr. Zivkov | B+ |

Johnny started the year by completing 7 independent photographic projects and posting weekly updates, work samples, and project results on his personal blog. These projects included printing simple shadow images, making a functional pinhole camera from scrap, making black and white prints in the darkroom, using a simple film camera, processing film, controlling exposure and contrast, learning the basics of composition, and preparing a single print for exhibition. I commend Johnny for his positive attitude and consistent participation, but his organization and the amount and quality of his work needs substantial improvement. Johnny needs to be better organized, to focus carefully at each process step so he will produce more consistent results with higher quality. The frequency of his weekly blog posts was improved, but at the last possible minute. I know he can, and will try to do better. I look forward to working with him over the course of the year.

---

**Class Periods Absent 1st Semester (see handbook)**
28

**Hours applied toward community service graduation req.**
PACT Complete

| | |
|---|---|
| Upper School Registrar: Julie Hammack | Date: 10/24/2013 |

FOIA Confidential Treatment Requested

USC-00007214

VB-RECORDS-00123442