# EXHIBIT 59

Notes (185)

| # | Time | Note | Deleted |
|---|------|------|---------|
| 1 | **Created:** 10/4/2018 23:56(UTC-4) **Modified:** 10/4/2018 23:56(UTC-4) | **Title:** New Note **Source:** Notes **Body:** | Yes |
| 2 | **Created:** 10/1/2018 12:27(UTC-4) **Modified:** 10/4/2018 22:29(UTC-4) | **Title:** Sept 29 **Summary:** Call with John Wilson about the side door plus intro to his friend about helping at Brown for 2019 **Source:** Notes **Body:** Sept 29 |  |

Call with John Wilson about the side door plus intro to his friend about helping at Brown for 2019

Oct 1

Called Laura - update on weekend text and call with John Wilson on side door

Called Michelle Janavs confirmed Isabel going through subco and 50k payment made once she gets her initial letter of acceptance and the rest of the process

Requested expenses from Oct 1 till Oct 4 for Eric Rosen and went to get a copy of cashier check to Niki Williams

Called Howard Altman- explained USC acceptance and 50k payment once conditional Letter sent

Oct 2

Loud and abrasive call with agents. They continue to ask me to tell a fib and not restate what I told my clients as to where  here money was going -to the program not the coach and that it was a donation and they want it to be a payment.

I asked for a script if they want me to ask questions and retrieve responses that are not accurate to the way I should be asking the questions. Essentially they are asking me to bend the truth which is what they asked me not to do when working with the agents and Eric Rosen.

Liz raised her voice to me like she did in the hotel room about agreeing with her that everyone Bribed the schools. This time about asking each person to agree to a lie I was telling  hem.

Spoke to Scott Lawler which is a referral from Gordon Caplon. They want to nail Gordon at all costs. Scott told me his daughter is a good runner 19 minute 3 mile good enough for recruited walk on or walk on to Wash U and Cornell. Explained the side door but very late and I probably could not do it at this stage.

The agents told me to get him to take another school I had a relationship just to entrap him despite him never asking for any other school.

When I told them Gordon texted me that Rachel did not get extended time and the reasons why they still wanted me to ask him for a payment to take the SAT  hrough WHCP even when he was not approved just to nail him. I said that is ludicrous as he will not entertain because she was not approved.

Spoke with John Vandemoor Stanford Sailing- explained Fertitta's out but I would provide 100-200k to him as requested by the agents instead of the program as I would say normally and reiterated that I have him 500k for Molly.

Spoke to Igor and confirmed receipt of Subject Tests and followed agents request to confirm Mark's time to show up- where he finishes the test- where Igor would be and the 10k payment to Igor and addressed to WHCP

Spoke to Agustin- he wanted to know I was backing Agustina as hard as anyone else. I confirmed I spoke to Donna Heinel and Agustina will be admitted by the 2nd week of Nov- spoke about the fake photo I put on her profile.

Spoke to Donna Heinel about Claire and Isabel going through Subco on Thursday which is now tomorrow- asked about Agustina and she said by 2nd week of Nov. also as requested by agents asked her to put detail on her 20k invoices being sent to the foundation

Oct 3

Call with Katie and Liz - told not to call Donna Heinel till Friday. Asked to wire 300k to Bank America in Boston so I can pay John Vandemoor 100k on Friday and Igor and WHCP 10k based on my calls from Oct 2.

They want me to call Gordon again but I rebuffed that since he and his daughter Rachel is out of the testing scam.

Told Katie and Liz - Scott Lawlor would call me at 3:10. FBI wants me to offer other schools if he asks despite there not being a chance at this time

Spoke to Scott Lawlor - ei her Cornell or Wash U are top choices- I explained what I can do at this point including side door and maybe other schools

Oct 4

Call with the agents. Discussed my in person wire with Etchandy's.

Went to the bank to wire 300k - routing number wrong but called agents to get the right one.

Recorded Etchandy's or I hope it recorded - dad Mike and I spoke after volatile session with Michael. Went back over process with SC and paying 50k to Donna and Women's Athletic sand other200 for the Program after final letter.

He balked and is going to go forward with schools Michael can start at or play for right now- TCU, SMU, Santa Clara LMU USD etc... dad Mike  hinks Michael may get in on his own to USC since parents legacy and new test score if he gets 33+

Asked for start time of 9:30-10 since I am flying overnight to work out since I am taking the last flight to SFO. But. O they balked

United States District Court
District of Massachusetts
**TRIAL EXHIBIT**
**13A**
Case No.   19-CR-10080-NMG

5361

SINGER-PHONE-000495

| | | | |
|---|---|---|---|
| 3 | **Created:** 9/30/2018 22:52(UTC-4) **Modified:** 9/30/2018 22:52(UTC-4) | **Title:** 3 kids in Bay Area **Summary:** Noah Lasky Nielson- LA **Source:** Notes **Body:** 3 kids in Bay Area<br><br>Noah Lasky Nielson- LA | |
| 4 | **Created:** 9/25/2018 16:07(UTC-4) **Modified:** 9/25/2018 16:09(UTC-4) | **Title:** Lit le mayo one tomato on wheat beak turkey sandwic **Body:** Little mayo one tomato on wheat beak turkey sandwich and a | |
| 5 | **Created:** 9/24/2018 10:25(UTC-4) **Modified:** 9/24/2018 10:31(UTC-4) | **Title:** Bank of America **Summary:** Online username thekeywwf **Source:** Notes **Body:** Bank of America<br><br>Online username thekeywwf<br>Password online account Thekeywwf1<br><br>Security Question Al Pacino<br>Favorite Person in history george washington<br><br>Street grocery store on seventeenth<br><br>PIN number debit card Bank of America 091860 | |
| 6 | **Created:** 9/23/2018 04:20(UTC-4) **Modified:** 9/23/2018 04:26(UTC-4) | | |
| 7 | **Created:** 9/22/2018 10:57(UTC-4) **Modified:** 9/22/2018 10:59(UTC-4) | **Title:** Jorge Salcedo - Eric Zhang **Summary:** Owen van Natta about Yale **Source:** Notes **Body:** Jorge Salcedo - Eric Zhang<br><br>Owen van Natta about Yale | |
| 8 | **Created:** 9/21/2018 05:43(UTC-4) **Modified:** 9/21/2018 05:43(UTC-4) | **Title:** New Note **Source:** Notes **Body:** | Yes |
| 9 | **Created:** 9/20/2018 10:24(UTC-4) **Modified:** 9/21/2018 12:58(UTC-4) | **Title:** Cliff Merritt 617-353-2748 **Summary:** 915 Commonwealth Ave **Source:** Notes **Body:** Cliff Merritt 617-353-2748<br><br>915 Commonwealth Ave | |
| 10 | **Created:** 9/19/2018 15:01(UTC-4) **Modified:** 9/19/2018 15:01(UTC-4) | **Title:** Boston Athletic Club **Source:** Notes **Body:** Boston Athletic Club | |
| 11 | **Created:** 9/16/2018 21:27(UTC-4) **Modified:** 9/16/2018 21:30(UTC-4) | **Title:** Tuesday nov 20 after 3 **Summary:** Nov 25th **Source:** Notes **Body:** Tuesday nov 20 after 3<br><br>Nov 25th<br><br>Dec 13th afternoon<br><br>Sat Jan 26 | |
| 12 | **Created:** 9/16/2018 07:25(UTC-4) **Modified:** 9/16/2018 07:25(UTC-4) | **Title:** USF Gonzaga ASU Temple rowing **Source:** Notes **Body:** USF Gonzaga ASU Temple rowing | |
| 13 | **Created:** 9/15/2018 16:48(UTC-4) **Modified:** 9/15/2018 16:48(UTC-4) | **Title:** Whaqai southwest 120 **Source:** Notes **Body:** Whaqai southwest 120 | |
| 14 | **Created:** 9/12/2018 08:41(UTC-4) **Modified:** 9/12/2018 08:42(UTC-4) | **Title:** David Novak podcast **Source:** Notes **Body:** David Novak podcast | |

SINGER-PHONE-000496



| 11 | **Created:**<br>1/30/2019<br>22:26(UTC-5)<br>**Modified:**<br>1/30/2019<br>22:39(UTC-5) | |
| 12 | **Created:**<br>1/30/2019<br>18:30(UTC-5)<br>**Modified:**<br>1/30/2019<br>18:30(UTC-5) | |
| 13 | **Created:**<br>1/30/2019<br>10:58(UTC-5)<br>**Modified:**<br>1/30/2019<br>18:31(UTC-5) | |
| 14 | **Created:**<br>1/30/2019<br>10:19(UTC-5)<br>**Modified:**<br>1/30/2019<br>10:20(UTC-5) | |
| 15 | **Created:**<br>1/29/2019<br>14:47(UTC-5)<br>**Modified:**<br>1/29/2019<br>14:49(UTC-5) | |
| 16 | **Created:**<br>1/29/2019<br>14:45(UTC-5)<br>**Modified:**<br>1/29/2019<br>15:01(UTC-5) | |
| 17 | **Created:**<br>1/27/2019<br>23:44(UTC-5)<br>**Modified:**<br>1/27/2019<br>23:59(UTC-5) | |
| 18 | **Created:**<br>1/23/2019<br>01:06(UTC-5)<br>**Modified:**<br>1/23/2019<br>01:07(UTC-5) | |
| 19 | **Created:**<br>1/22/2019<br>00:17(UTC-5)<br>**Modified:**<br>1/22/2019<br>00:17(UTC-5) | |
| 20 | **Created:**<br>1/17/2019<br>12:39(UTC-5)<br>**Modified:**<br>1/17/2019<br>12:41(UTC-5) | |
| 21 | **Created:**<br>1/16/2019<br>23:45(UTC-5)<br>**Modified:**<br>1/16/2019<br>23:52(UTC-5) | |

John Wilson 20k nothing to do with USC plus dona ion to USC program for real polo player