# EXHIBIT 61

```
 1
 2                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
 3

 4
     UNITED STATES OF AMERICA,        )
 5                  Plaintiff         )
                                      )
 6   vs.                              )  No. 1-19-CR-10080
                                      )
 7   GAMAL ABDELAZIZ and JOHN         )
     WILSON,                          )
 8                  Defendants.       )
                                      )
 9                                    )

10

11
               BEFORE THE HONORABLE NATHANIEL M. GORTON
12                  UNITED STATES DISTRICT JUDGE
                       JURY TRIAL - DAY 10
13

14
           John Joseph Moakley United States Courthouse
15                        Courtroom No. 4
                         One Courthouse Way
16                  Boston, Massachusetts 02210

17

18                      September 23, 2021
                            9:08 a.m.
19

20

21
                    Kristin M. Kelley, RPR, CRR
22                  Kelly Mortellite, RMR, CRR
                      Official Court Reporter
23         John Joseph Moakley United States Courthouse
                   One Courthouse Way, Room 3209
24                 Boston, Massachusetts 02210
                    E-mail: kmob929@gmail.com
25
            Mechanical Steno - Computer-Aided Transcript
```

1  Q.   In the law enforcement/informant relationship, you could
2  have told him on a call to John Wilson, I want you to say we're
3  going to pay a bribe to the coach.  You had the authority to do
4  that, correct?
5  A.   We could have told Mr. Singer to say that.
6  Q.   And you never did?
7  A.   We told Mr. Singer to say "bribe" --
8  Q.   If you could answer my question.
9  A.   No.  That's not correct.
10 Q.   You never did.
11       You told Mr. Singer to say "bribe" to Mr. Wilson?
12 A.   We told Mr. Singer to use the word "bribe" in some
13 conversations and he was reluctant to do so, so it was "payment
14 to the coach".
15 Q.   Well, who's running this investigation, Mr. Singer or the
16 FBI and IRS?
17 A.   We're running the -- the FBI and the IRS are running the
18 investigation.  Mr. Singer was very reluctant to say the things
19 that we wanted him to say.
20 Q.   So you let him veto who would hear the word "bribe" and
21 who wouldn't?
22 A.   We directed Mr. Singer to make calls and say "payment to
23 the coach", and he did.
24 Q.   But that's not my question.  That's not the question I was
25 asking.  ==You have the authority to direct him to say what you==

1  want to each parent, correct?
2  A.   Yes.
3  Q.   You knew from the wiretap that you had a September 15th
4  call that showed how Mr. Wilson discussed things with
5  Mr. Singer, correct?
6  A.   Yes.
7  Q.   And in that September 15th call, there's no use of the
8  word "bribe", correct?
9  A.   Correct.
10 Q.   There's no use of the word "false profile", correct?
11 A.   Correct.
12 Q.   There's no use of the phrase "fake athlete", correct?
13 A.   Not that specific term, but there was a reference to one
14 of his daughters was a sailor, even though she didn't sail.
15 Q.   Mr. Singer made some reference along those lines.
16 Mr. Wilson never used those words, correct?
17 A.   Mr. Singer said that.
18 Q.   Okay.  So when you told Mr. Singer, we want you to use the
19 word "bribe", he wouldn't do it with Mr. Wilson, correct?
20 A.   He was reluctant to do it with any of the parents.
21 Q.   Well, he certainly wouldn't do it with Mr. Wilson,
22 correct?
23 A.   He did not do it with Mr. Wilson.
24 Q.   Okay.  Did you tell him we make the decisions in this
25 investigation, we're instructing you, go in and use the word

```
 1   C E R T I F I C A T E
 2
 3
 4   UNITED STATES DISTRICT COURT )
 5   DISTRICT OF MASSACHUSETTS    )
 6
 7
 8           We, Kristin M. Kelley and Kelly Mortellite, certify
 9   that the foregoing is a correct transcript from the record of
10   proceedings taken September 23, 2021 in the above-entitled
11   matter to the best of our skill and ability.
12
13
14        /s/ Kristin M. Kelley              September 23, 2021
15        /s/ Kelly Mortellite               September 23, 2021
16        Kristin M. Kelley, RPR, CRR              Date
          Kelly Mortellite, RMR, CRR
17        Official Court Reporter
```

```
 1   C E R T I F I C A T E
 2
 3
 4   UNITED STATES DISTRICT COURT )
 5   DISTRICT OF MASSACHUSETTS    )
 6
 7
 8           We, Kristin M. Kelley and Kelly Mortellite, certify
 9   that the foregoing is a correct transcript from the record of
10   proceedings taken September 23, 2021 in the above-entitled
11   matter to the best of our skill and ability.
12
13
14        /s/ Kristin M. Kelley              September 23, 2021
15        /s/ Kelly Mortellite               September 23, 2021
16        Kristin M. Kelley, RPR, CRR              Date
          Kelly Mortellite, RMR, CRR
17        Official Court Reporter
```