# EXHIBIT 63

9163848802 2018-10-25 18-03-21 10712-001

1   **Call Date:** 10/25/2018

2   **Call Duration:** 06:06

3   **Call Begin:** 18:03:21

4   **Participants:**

5       RICK SINGER

6       GAMAL ABDELAZIZ

7   **File Name:** 9163848802 2018-10-25 18-03-21 10712-001

8

9

10  ABDELAZIZ:     Rick.

11  SINGER:        Gamal, tell me something good.

12  ABDELAZIZ:     Uh, [laughter] Sabrina's loving USC. Thank you

13                 so much. How are you doing?

14  SINGER:        I'm -- I'm living life like you, big guy.

15  ABDELAZIZ:     [laughter] It's good to hear from you.

16  SINGER:        [OV] Doing well.

17  ABDELAZIZ:     [OV] How can I be of help, my friend?

18  SINGER:        Well, I - what I want to do is I want to just -

19                 one, I wanted to find out -- I'm sure she's

20                 doing great 'cause everybody loves it. Have you

21                 - did you guys go to parents weekend last

22                 weekend or 2 weekends ago?

23  ABDELAZIZ:     Yes, we did. We loved it. We absolutely loved

24                 it. Got to meet a lot of people.

United States District Court
District of Massachusetts
**TRIAL EXHIBIT**
**587A**
Case No.  19-CR-10080-NMG

1

EK 9/7/21

USAO-VB-01720597

EX. 587A p. 1 of 7

9163848802 2018-10-25 18-03-21 10712-001

| | | |
|---|---|---|
| 1 | SINGER: | And has Adam been on campus yet to see Sabrina? |
| 2 | ABDELAZIZ: | He has not. He's got his own universe, uh, |
| 3 | | Rick, as you know. |
| 4 | SINGER: | [laughter] OK. Are you still funding the |
| 5 | | universe? |
| 6 | ABDELAZIZ: | Uh, you know, I have not because Adam has been |
| 7 | | in and out of the school, um, because -You |
| 8 | | know, you're talking about Columbia? |
| 9 | SINGER: | Yeah. |
| 10 | ABDELAZIZ: | Yeah. He's been out more than he's been in. |
| 11 | | I've had, uh, uh, somewhat of a challenge with |
| 12 | | Adam. He came up with an idea and |
| 13 | | unfortunately I was too busy in China and he |
| 14 | | didn't follow through on it and we ended up- |
| 15 | | he ended up, according to him, losing a |
| 16 | | $1,000,000,000 company. So - |
| 17 | SINGER: | OK. Wow. We'll see—[OV] |
| 18 | ABDELAZIZ: | Uh, I know it's -- I know it's hard to digest |
| 19 | | but he came up with an idea that Facebook has |
| 20 | | acquired for -- about 3 or 4 years ago he came |
| 21 | | up with an idea. I had just landed in China. We |
| 22 | | didn't have time to discuss it. And he claims, |
| 23 | | and I know he's not making up stuff, that it's |
| 24 | | now worth a lot of money. So we are -[OV] |

2

9163848802 2018-10-25 18-03-21 10712-001

| | | |
|---|---|---|
| 1 | SINGER: | OK. |
| 2 | ABDELAZIZ: | -- we've got, we've got a challenge with him. I |
| 3 | | need to get him to realize that life has many, |
| 4 | | you know, uh, setbacks and he needs to learn to |
| 5 | | just dust himself off and start all over. But, |
| 6 | | uh, he's stuck a little bit. |
| 7 | SINGER: | OK. Well, I'm sorry to hear that. |
| 8 | ABDELAZIZ: | Yeah, yeah. He's -- he's in college. |
| 9 | SINGER: | [OV] So -- |
| 10 | ABDELAZIZ: | And he's -- he's taking his exams and he's |
| 11 | | doing his thing. |
| 12 | SINGER: | OK, OK. Well, cool. Well, I'm in Boston. It's |
| 13 | | freezing here. |
| 14 | ABDELAZIZ: | Oh, I'm sure. Yeah. |
| 15 | SINGER: | I just -- I had to go out and buy a jacket |
| 16 | | today. |
| 17 | ABDELAZIZ: | Oh, my God. Yeah. My team was there and they |
| 18 | | were watching the game last night and they |
| 19 | | were telling me they were freezing their butt |
| 20 | | off. |
| 21 | SINGER: | Oh, absolutely. Absolutely. So the reason for |
| 22 | | my call is I just wanted to make sure that |
| 23 | | you knew. So my foundation, which happens to |
| 24 | | all these foundations, especially as we got - |

```
    9163848802 2018-10-25 18-03-21 10712-001

1                          we've gotten bigger. So we're getting audited
2                          right now.
3   ABDELAZIZ:             Yes.
4   SINGER:                So -- which is typical, right. And so they're
5                          looking at all my payments --
6   ABDELAZIZ:             Yes.
7   SINGER:                - that have come into our foundation and so
8                          they asked me, you know, about the $300,000
9                          payment, um-
10  ABDELAZIZ:             Yes.
11  SINGER:                -- that was made.
12  ABDELAZIZ:             Yes.
13  SINGER:                And so I just want you to know from the IRS,
14                         you know, I'm not going to tell the IRS
15                         anything about the fact that your $300,000,
16                         um, was paid to Donna -- Donna Heinel at USC
17                         to get Sabrina into school even though she
18                         wasn't a legitimate basketball player at that
19                         level. So I'm not gonna -- I'm not going to
20                         say that to the IRS obviously. You're --
21  ABDELAZIZ:             [OV] OK.
22  SINGER:                You're OK with that, right?
23  ABDELAZIZ:             Of course.
24  SINGER:                OK. I just - I just wanna make sure. I never
```

9163848802 2018-10-25 18-03-21 10712-001

| | | |
|---|---|---|
| 1 | | know with families, right. But here's the |
| 2 | | funny thing-- |
| 3 | ABDELAZIZ: | [OV] No, I -- I mean, I -- you know, I mean, |
| 4 | | I -I -- my intention was to, uh, donate the |
| 5 | | money to the foundation and, uh, what - you |
| 6 | | know, and then from there obviously, uh- I |
| 7 | | don't think- Uh, do they have the intention |
| 8 | | of reaching out to the people that sent those |
| 9 | | payments? Is that what you're saying? |
| 10 | SINGER: | Uh, I don't know. You know, we have hundreds |
| 11 | | and hundreds of 'em. |
| 12 | ABDELAZIZ: | Yeah. |
| 13 | SINGER: | And I'm just in the point where I just - you |
| 14 | | know, the way I am, I just want to make sure |
| 15 | | everybody's aware. I wanted to make sure our |
| 16 | | stories are correct. |
| 17 | ABDELAZIZ: | But -- but Rick, you're -- you're a friend. |
| 18 | | You've been a friend of my family for many |
| 19 | | years. Is there anything I can do to help? |
| 20 | | Uh, I'm just- |
| 21 | SINGER: | [OV] Well, no. No. You -- I'm in great shape. |
| 22 | | So what - |
| 23 | ABDELAZIZ: | Good. |
| 24 | SINGER: | What I want -- but I just want to make sure - |

5

USAO-VB-01720601

EX. 587A p. 5 of 7

9163848802 2018-10-25 18-03-21 10712-001

| | | |
|---|---|---|
| 1 | | our books are great. Everything's great. But, |
| 2 | | you know, when you deal with the IRS, you |
| 3 | | never know where they're going to go. But I'll |
| 4 | | tell you – |
| 5 | ABDELAZIZ: | Absolutely. |
| 6 | SINGER: | I'll tell ya a funny story. Is that Donna |
| 7 | | Heinel, who is the senior women's |
| 8 | | administrator, she actually called me and |
| 9 | | said -- sorry, I'm in a – a hotel right |
| 10 | | now and they're doing a fire alarm. |
| 11 | ABDELAZIZ: | Yeah. |
| 12 | SINGER: | Uh, they -- she called me and says, "Hey, |
| 13 | | Rick, that profile that you did for Sabrina, |
| 14 | | I loved it. It was really well done and going |
| 15 | | forward, anybody who isn't a real basketball |
| 16 | | player that's a female, I want you to use |
| 17 | | that profile going forward." |
| 18 | ABDELAZIZ: | I love it. |
| 19 | SINGER: | But -- yeah, it was great. Absolutely great. |
| 20 | | So I just want to make sure our stories are |
| 21 | | together. I'm going to essentially say that |
| 22 | | your $300,000 payment, um, was made to our |
| 23 | | foundation to help underserved kids. |
| 24 | ABDELAZIZ: | OK. |

USAO-VB-01720602

EX. 587A p. 6 of 7

9163848802 2018-10-25 18-03-21 10712-001

| | | |
|---|---|---|
| 1 | SINGER: | And we should be in good shape. I just wanted |
| 2 | | to make sure you're OK with that, too. |
| 3 | ABDELAZIZ: | I am. |
| 4 | SINGER: | OK. Terrific. And if there's anything else I |
| 5 | | can do for you, just let me know. |
| 6 | ABDELAZIZ: | Rick, I appreciate it, as always, and, uh, |
| 7 | | you know, if you ever have the time for a |
| 8 | | quick call to Adam, I would really appreciate |
| 9 | | it. He loves you and looks up to you and, |
| 10 | | uh, I think this is a moment were you to |
| 11 | | reach out for 5 minutes to the kid, uh, I |
| 12 | | think he would appreciate it. |
| 13 | SINGER: | I - I'll do that. I'll do that this weekend. |
| 14 | ABDELAZIZ: | I - I - I'll text you his number in case |
| 15 | | you have time this weekend. |
| 16 | SINGER: | OK, I appreciate that. I'll do that. |
| 17 | ABDELAZIZ: | Thank you, Rick. Take care. |
| 18 | SINGER: | OK. Take care of yourself. All right, buh- |
| 19 | | bye. |
| 20 | ABDELAZIZ: | Bye. Bye. |
| 21 | | END OF AUDIO FILE |