# EXHIBIT 65

