# EXHIBIT 66

| | |
|---|---|
| From: | John Wilson <john@hyannisportcapital.com> |
| To: | Rick Singer <rwsinger@gmail.com> |
| CC: | Leslie Wilson <leslie@leslieqwilson.com> |
| Sent: | 10/13/2013 2:18:47 PM |
| Subject: | Re: Johnny apps and USC etc |

Rick,

Thx so much.

Looks great.  Several quick suggestions to wrap this up.  That I edited below.

1)  Add a title like life lessons from the water? 2) maybe split the second to last paragraph so it ends with the lesson ( like the previous paragraphs) .  3) add a closing sentence about the future with hints at playing in college?

Sent from my iPad

On Oct 13, 2013, at 19:07, "Rick Singer" <rwsinger@gmail.com> wrote:

I took the liberty of completing the essay

LIfe Lessons from the water!!

United States District Court
District of Massachusetts
TRIAL EXHIBIT
83
Case No.   19-CR-10080-NMG

When I was just six months old, I was outdoors and barely able to move when I accidentally crawled into an in-ground pool. To my parents' amazement, instead of crying or sinking in the few intervening seconds before they retrieved me, I had already begun to bob, gurgle, and giggle.

In recognition of this natural predilection for water, my parents enrolled me in a swim team, and my competitive years began. Even at six-years-old, I loved the ability to track and improve my personal best times; this constant and objective feedback kept me motivated to train and work harder. As the years passed, I soon found that whether I had won or lost an event, I wasn't fully satisfied unless I had done my best. This was my first major life-lesson.

I pushed these boundaries even further when, at nine-years old, I trained to swim the San Francisco Bay from Alcatraz Island. I used to swim with my dad and his trainer, who quickly became surprised at my endurance potential. He shared a story of a young boy he had trained to become the youngest person ever to swim from Alcatraz. I finally got my parents to agree that, if I trained properly for a year, they would let me try it.  I swam with my club as usual, but added one day each weekend in the San Francisco Bay for nearly a year with my new trainer to get used to the conditions and the frigid waters. The big day came, and I made it from Alcatraz to the shore after only an hour, setting the new world record.

Achieving a new world record was one of the greatest moments of my young life, and I constantly reflect upon this time of struggle and arduous pain in order to gain strength in my moments of

USAO-VB-01602192

EX. 83 p. 1 of 4

weakness. Here was my second life lesson learned in the water: you can accomplish almost anything – even at a young age - if you have the right motivation, discipline, and perseverance.

Now, I continue to learn and grow from my experiences in the water by playing high school water polo. I was first exposed to water polo in middle school and loved the combination of active team play and water. I particularly enjoy the teamwork, dynamism, and unpredictability of the game. Here was a whole new way for me to grow my skills and talents as an athlete in a sport where team interactions, as opposed to individual performance, really made the difference. I began to thrive as a water polo player due to the team mentality. Approaching the sport with that mindset has made me into a dependable player who can score the ball, yet will consistently help on defense and assist others on plays during the offense. This was an important skill for me to develop, because I am naturally a humble person who cares much more about the team than about my own individual statistics.   This was my third life lesson learned in the water: a true team can accomplish far more than a group of individual stars.

Competing and being in the water has helped me to set bold goals and become very disciplined and passionate. The challenges of rigid training and competition schedules combined with a demanding academic environment have forced me to develop great mental focus and personal discipline. I am responsible to myself, my team, and my teachers to by my best.

My identity as a swimmer has been a central source of self-confidence and pride throughout my life.  My experiences with water have spanned the age spectrum, from when I was literally too young to remember, to this very day.  I believe and hope they will in college and for the rest of my life as well!

On Sun, Oct 13, 2013 at 5:56 AM, John Wilson <john@hyannisportcapital.com> wrote:
Ok that's still the latest

Sent from my iPhone

On Oct 13, 2013, at 2:26 PM, "Rick Singer" <rwsinger@gmail.com> wrote:

I sent it to you and Leslie last week

Sent from my iPhone

On Oct 13, 2013, at 5:20 AM, "John Wilson" <john@hyannisportcapital.com> wrote:

USAO-VB-01602193

R

Do u have his latest personal statement draft? Can u forward it and I will talk with him about it.

Does he have all your feedback and clear on what additional improvements u suggest?

Thx

J

Sent from my iPhone

On Oct 13, 2013, at 2:11 PM, "Rick Singer" <rwsinger@gmail.com> wrote:

First is to finalize the Personal Statement- this is all about Johnny putting in time not me- my work is done quickly or is done. The profile I am assuming you are speaking about Naviance? I have attached the common to Naviance filled in schools etc- all done. The teacher Rec part he will do this week.

Jovan will provide Johnny's info to admission when he does his other guys over the next month. No payment of money till he gets a verbal and written from admissions and then 50 percent to a savings account I set up.
Then the remainder upon an acceptance letter in March with everyone else.
Sent from my iPhone

On Oct 13, 2013, at 1:59 AM, "John Wilson" <john@hyannisportcapital.com> wrote:

R
Thx. When is Johnny going to have his profile and teacher recs done? What about other essays?

Also When is Jovan going to be able to give us decision on USC? And when do I pay u ? Was it 50% in nov? 50% in feb when we get final official notice?

Thx

J


Sent from my iPhone

On Oct 13, 2013, at 8:46 AM, "Rick Singer" <rwsinger@gmail.com> wrote:

Common application will be submitted between Dec 1-15th after next test dates and apps done. Jovan has Johnny's stuff and asked me to embellish his profile more, which I am doing. ACT signed up for October 26th, SAT Nov 2nd.


On Sat, Oct 12, 2013 at 12:50 PM, John Wilson <john@hyannisportcapital.com> wrote:
R

Hope all is well. I wanted to catch up on where the college app process stands (personal statement , USC, other

USAO-VB-01602194

essays, the total application status, when J is taking the new SAT and ACTs etc. Is there a time we can chat today or tmrw?

John

Sent from my iPhone

--
Rick Singer
(916) 384-8802

--
Rick Singer
(916) 384-8802