# EXHIBIT 69

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


    * * * * * * * * * * * * *
UNITED STATES OF AMERICA     *
                             *    CRIMINAL ACTION
              v.             *    No. 19-10117-IT-1, 2
                             *
GREGORY ABBOTT and           *
MARCIA ABBOTT                *
    * * * * * * * * * * * * *



           BEFORE THE HONORABLE INDIRA TALWANI
                UNITED STATES DISTRICT JUDGE
                        DISPOSITION
                      October 8, 2019


APPEARANCES:

        UNITED STATES ATTORNEY'S OFFICE, (By AUSA Eric S.
    Rosen and AUSA Justin D. O'Connell) 1 Courthouse Way,
    Suite 9200, Boston, Massachusetts 02210, on behalf of
    the United States of America

        MAYER BROWN, LLP, (By Daniel L. Stein, Esq.) 1221
    Avenue of the Americas, New York, New York 10020, on
    behalf of Gregory Abbott

        COVINGTON & BURLING, (By Arlo Devlin-Brown, Esq.)
    The New York Times Building, 620 Eighth Avenue, New
    York, New York 10018-1405, on behalf of Marcia Abbott


                                 Courtroom No. 9
                                 1 Courthouse Way
                                 Boston, Massachusetts 02210


                  James P. Gibbons, RPR, RMR
                     Official Court Reporter
                  1 Courthouse Way, Suite 7205
                   Boston, Massachusetts  02210
                     jamesgibbonsrpr@gmail.com
```

```
 1              DEFENDANT MARCIA ABBOTT:  Yes, I have.
 2              THE COURT:  And have you had a chance to discuss it
 3   with your counsel?
 4              DEFENDANT MARCIA ABBOTT:  Yes, your Honor.
 5              THE COURT:  And, defense counsel, were you
 6   expecting any evidentiary hearing or have any witnesses to
 7   present?
 8              MR. STEIN:  No, your Honor.
 9              MR. DEVLIN-BROWN:  No, your Honor.
10              THE COURT:  So with that I will turn to the
11   presentence reports, and I'm going to try and do both of
12   these together.
13         In the section on the defendants' conduct, that's
14   Paragraphs 34 to 64 in each of the presentence reports,
15   there were objections one through four by the defendants,
16   and they appeared to have been addressed by Probation; is
17   that correct?
18              MR. DEVLIN-BROWN:  On behalf of Marcia Abbott, yes,
19   your Honor.
20              MR. STEIN:  Yes, on behalf of Gregory Abbott as
21   well.
22              THE COURT:  Okay.
23         And then the next set of objections are all by the
24   government.
25         With regard to the victim impact statement, that's
```

```
 1    Objection One.
 2         And the offense level computation, Objections Two
 3    through four.
 4         And then further objections relating to custody, impact
 5    of a plea agreement, probation, and fines.  So this is
 6    Government Objections One through Eight, and I believe I
 7    have addressed all of those in the order.
 8              MR. ROSEN:  That's correct.
 9         We just -- you know.
10              THE COURT:  Reserve your objections there.
11         Just to be clear, what we're talking about here, the
12    government, under the Guidelines -- the government's
13    objection here is that the guideline calculation should be
14    based on the amount of money of this transaction, and that's
15    my disagreement with that, and we can discuss it when we get
16    to the appropriate guideline fine.
17         But, at any rate, none of those objections need to be
18    addressed at this time any further, noting the government
19    continues to object on those grounds.
20         And then the last, sort of, objections regarding the
21    offender characteristics, I had Mr. Abbott's Objections 5
22    through 13, and Ms. Abbott's Objections 5 through 8.
23         I believe they were all addressed by the probation
24    officer.  Anything further?
25              MR. STEIN:  No, your Honor.  They were all
```

# **C E R T I F I C A T E**

I, James P. Gibbons, Official Court Reporter for the United States District Court for the District of Massachusetts, do hereby certify that the foregoing pages are a true and accurate transcription of my shorthand notes taken in the aforementioned matter to the best of my skill and ability.

/s/James P. Gibbons          October 11, 2019
    James P. Gibbons

JAMES P. GIBBONS, CSR, RPR, RMR
Official Court Reporter
1 Courthouse Way, Suite 7205
Boston, Massachusetts 02210
jamesgibbonrpr@gmail.com