# EXHIBIT 71
# FILE
# UNDER
# SEAL