# EXHIBIT 72 REDACTED VERSION FOR PUBLIC FILING



# HOWARD TATE
## SOWELL WILSON LEATHERS & JOHNSON, PLLC
### ATTORNEYS AT LAW

BARRY L. HOWARD*
WILLIAM H. TATE*
CLIFFORD WILSON*
MICHAEL H. JOHNSON
WILLIAM R. MEYER
NATHANIEL K. CHERRY

SUITE 1900
201 FOURTH AVENUE NORTH
NASHVILLE TENNESSEE 37219-2009
...........
TELEPHONE: (615) 256-1125
FACSIMILE: (615) 244-5467
...........
HOWARDTATELAW.COM

RACHAEL M. HUMBRACHT

RAYMOND S. LEATHERS (RETIRED)
ALAN M. SOWELL (RETIRED)
*rule 31 listed mediator

December 30, 2021

Honorable Judge Nathaniel M. Gorton
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

      **RE:**    ***The United States v. John Wilson***
              **No. 19-10080-NMG-17**

Dear Judge Gorton:

      I am John's brother.  I have been a lawyer in Tennessee for over 30 years.  I clerked for the Chief Justice of the Tennessee Supreme Court upon graduation from law school.  I was appointed by the Tennessee Supreme Court to 2 three years terms as a hearing officer for the Tennessee Board of Professional Responsibility.

      John and I grew up under extremely difficult circumstances. We grew up in our earliest years in the public housing projects of Hartford, Connecticut.  In many ways, those memories are too painful to even share.  Some of these things have already been revealed to you by our sister, Carol.

      Having known my younger brother for his entire life, I am uniquely qualified to share my view on several aspects of his character.  I can unequivocally say, without reservation that John is and has always been a person of high personal integrity.  I recall early on in his career, John calling me numerous times to discuss some of the difficult ethical situations that he was being placed into by various bosses at various companies.  Each time John would ask me for my advice and most importantly he always wanted to do the right and ethical thing.

Another important aspect of John's personality is his belief in people and his trusting nature. It takes some time, but once you gain John's trust, he believes in you, always gives you the benefit of the doubt and trusts you completely. There is no half way with John. John has a good soul and heart and I might even say that he is sometimes naively trusting in people that he has known and worked with for years. I believe Rick Singer saw in my brother "a wealthy mark" and that he worked with John for years to gain his trust and set him up. Singer had his team provide legitimate tutoring for John's children and he got both John and his son Johnny involved in doing legitimate charity work – helping tutoring inner city kids in Sacramento. It was Singer's ability to gain John's trust, which ultimately led to this sad situation. I truly believe that John believed what Singer told him – whether it was that side door donations were a legal means of fundraising for colleges or that he was working with the President of Harvard on his side door donations. After all, Singer was introduced to my brother by his Goldman Sachs advisors. Singer was the "go to" guy in college admissions. He had written books on college admissions. He took advantage of John's trusting nature and groomed John to ultimately deceive and steal John's money.

I am absolutely 100% convinced that John believed Singer's "side door pitch". I feel that John believed he was only making donations to the schools and their athletic programs to give his children a bump in the admissions process. My nephew and nieces were very qualified potential students. I have personally seen how hard they have all worked over the years at both their academic and athletic pursuits. I have also personally witnessed many of their specific great achievements and moments – like my nephew's world record swim from Alcatraz. John wanted his children to get a good education and made sure they were good fits for their chosen schools. He was not trying to enhance himself through this process, to the contrary, he was doing all he could do to help his children in their career paths.

John has always valued education. When it comes to education for his children, my children or others, he has also always been very generous with his time and money. Back around 1998, John started college funds for my three children as well as my two nephews. He seeded those accounts with $20,000 each. In total, he contributed $100,000 to these trusts. That was a LOT of money back then and John was earning nowhere what he earned later in his career. I was the trustee of those funds. I would discuss use of those funds with John over the years and he was always thoughtful and kind to the family members he started these funds for.

Besides starting these college funds, John came to EVERY high school graduation of each of my children—no matter where in the world he was. John would have to travel for more than a day sometimes to get there, but he was always there to celebrate and recognize his nieces and nephews for their big graduation moments. John would also buy each of the children a new computer to begin there college careers. John would encourage every one of his nieces and nephews to go to college and counsel them on his thoughts about career paths and goals.

2

I sincerely, and with my whole heart, ask that you reflect upon his history, character and these giving elements as you sentence my brother so he can begin to rebuild his life and his children's lives as soon as possible.

Very truly yours,

**HOWARD, TATE, SOWELL, WILSON, LEATHERS & JOHNSON, PLLC**

Clifford Wilson

Dear Honorable Judge Gorton :

I am writing you as a character reference for my brother John Wilson. This is a difficult letter to write, as my brother John and our siblings did not have a very good childhood. On the contrary... it was one filled with both verbal and physical abuse.

We grew up VERY poor! My fondest memories would be making mud pies in the backyard and playing marbles. Our childhood was far from normal! In between the years of screaming and physical abuse, along with a lifetime of severe bouts of depression from our mother. Beatings that my brother took from my mother, had me counting the days till I turned of legal age to move out.

Most times while my mother would beat my brother John, I would hide under a table. Back then, there was no such thing as education for abuse in schools or an abuse hotline's to call for help.

What my brother John and I had to endure... along with my siblings growing up... is unfathomable to what the media have portrayed my brother John to be.

I moved out as a young teenager, what was a so-called home, when my mother came after me with a knife "when I told myself" for the last time, as I ran into my bedroom and the knife went through the door.

My brother John "SHOULD" be a success story with the media... who raised himself up through hard work, despite having dyslexia. He was made fun of in school... because he spelled his name backwards. All the neighborhood kids would make fun of my brother.  JOHN spelled backwards, NHOJ was his nickname. If you try to pronounce it that way, it doesn't sound very nice. As we all know, KIDS CAN BE CRUEL!

My brother John overcame all his obstacles, along with a blessing of getting a scholarship to Harvard. This is what they call, the American dream, come true!

Instead of the, AMERICAN DREAM, I find myself having to write this letter... bringing up memories, I so hard tried to forget. This is NOT fiction, this is a non-fiction story of the American dream, of someone I personally know and grew

12/4/2021

4

up with. One that should be recognized as a beautiful, carring father, husband, friend and brother, who overcame, horrific obstacles in his life.

I personally, feel... I turn the negative into a positive... Being raised poor with abusive conditions, only made me MORE compassionate and MORE giving to others... People can choose to be one way or the other, from a terrible past.

I KNOW my brother John has most definitely done the same. Growing up, John worked very hard in the summers, several different jobs, including picking in tobacco fields for many years. He would come home filthy after working in the fields all day, only for me to yell at him for drinking out of the milk bottle.

It breaks my heart to read and hear all the accusations that are being said about my brother John. There has never been privilege or entitlement of any kind that came from my brothers bones. I know how hard my brother John has worked with integrity and all that he has done... giving to others. It's the exact opposite of what people are saying.

When I had a family of my own, my brother John was always there, whether it was a christening, a birthday or Christmas, John was there! Something you can't put a monetary value to... But also a giver financially. My brother who also opened a trust-fund for his nephews, that help them tremendously later in life.

My brother John's financial means, also afforded us to partake in many families memories, that were created as ADULTS, that we "NEVER" had as children. His financial means did not change the brother I grew up with, one with an unbelievable sense of humor. Teaching my boys how to drink soda through a straw with their nose. Funny, hard-working, with integrity and honesty... But has since stopped drinking out of a milk jug without a glass... Maybe not... But... Yep, that's my brother, who I love so very much to this day.

With the vile Social media... wanting, seeking, to see something that is not there. Judging before knowing...Something that has-not and is-not... my brother John.

With what my brother John and his family have been through already, definitely changed their entire lives upside-down. I humbly beg the courts... in my opinion any possible sentencing of time, would be... An injustice!

Sincerely,

Carol Rickless
John's sister
404-642-4396

12/4/2021

5

December 31, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300

RE: Character Reference for Court for John Wilson

Dear Honorable Judge Gorton,

I am Leslie Wilson, John's wife. We have been married for over 31 years. When John and I were dating, I learned about his horrific and very painful childhood. He grew up in poverty and endured atrocious physical and emotional abuse for many years.
I was and am still in awe of how John stays optimistic and determined to not allow his terrible past dictate his future.

John learned at a very young age how important a good education was. He focused on working hard in school to help his future. He and his brother were the first generation in their family to go to college.

My heart is broken to know how hard John worked to overcome his horrific challenges and see the damage and pain the media and trial inflicted. It has been an incredibly painful 2 1⁄2 years for me, John and our three children. The combination of untruths and misleading statements told by the media and in the courtroom has brought immense emotional and physical pain to my family.

John is an ethical man who believes it is his responsibility and desire to help support his family and friends, especially in their time of need. He offers help to family, friends and colleagues through financial support, business advice and personal advice. I have a tremendous number of examples of how supportive and generous John is.

When we moved from Massachusetts to California, John had great empathy to how challenging it would be for me and my recently widowed Mom to live so far apart. This was especially difficult since my Mom was also going through Chemo treatments. John gave me and my Mom the most thoughtful gift I've received in my entire life. He renovated our California home and added an apartment for my Mom so she could live with us. John's generosity and thoughtfulness warmed my Mom's and my heart. John hosted my Mom, his Mother-in-law, for nearly a decade until she passed away. Not many men I know would insist on their Mother-in-law living with them.

John was always sensitive to my Mom's needs. He made every effort to include her in everything, from family trips, neighborhood gatherings and to a variety of social events. John knew how important it was to me and my Mom for her to feel our California home was her second home.  He created a warm loving environment for my Mom to be with us and her grandchildren.  My Mom and I appreciated his thoughtfulness and

generosity.  John understood my Mom's time was precious since her cancer was spreading. He continued to surprise her with thoughtful gifts. John would arrange overnight get-aways for me and my Mom to spend special time together. His meaningful gestures created loving memories of the invaluable time I had with my Mom that I will cherish forever.

I feel, since John's childhood was so incredibly difficult and painful, he made every effort to go above and beyond to give our children the love and support he never had. He showed them by example how important it was to work hard and follow through on their commitments. He encouraged them to be the best they could be in academics, work, sports, and everything they were passionate about.  He helped them with their homework and arranged tutors to help them when needed.

John is a dedicated loving father. He encourages and supports our children's passions. When Johnny was in Elementary school, John coached his baseball team. He also volunteered to be Johnny's Cub Scout Den leader. For Courtney and Mamie's soccer team, John was the coach. Over the years, he attended hundreds of Johnny's, Mamie's and Courtney's school events and sports events. He encouraged them and cheered them on at their swim meets, water polo games, soccer games, baseball games, volleyball games and basketball games.

When Johnny was 9 years old, he asked for John's support to help him prepare for a swim challenge. It was an open ocean swim from Alcatraz to the Aquatic Park in San Francisco. Johnny set a goal for himself to do this swim as a fund raiser for Hurricane Katrina victims. John supported and motivated Johnny to meet his goal. He drove him to San Francisco for months so Johnny could practice swimming laps in the open ocean in a wet suit. John had continuous discussions with him about balancing his schoolwork and his commitment with his Burlingame Aquatics swim team. John talked with Johnny about keeping his commitments along with making time for himself to relax and see his friends. I remember how sensitive John was to Johnny's desire to meet his goal but also was realistic about the possibility of this challenge being too much for Johnny to balance his academics and his year-round swim team schedule. John continued to talk with Johnny inspiring him and created a comfortable way for Johnny to change his mind and not continue with the ocean swim if it became too difficult for him. I was and still am very proud of how John supported and encouraged Johnny.

John's work frequently required International business trips, but he always made time to be fully present when he was home to read to our children, help them with their homework and have family dinners together.  He especially made it a point to attend their weekend sporting events.

When John's job required him to move to Europe, our daughters and I joined him in The Netherlands. Johnny remained in California to finish his senior year of High School. Leaving Johnny in California was an extremely difficult decision for me and John even though he stayed with family friends of ours. Since there was a 9 hour time difference between California and Amsterdam, it was challenging to arrange a good time to

connect with Johnny. However, John made every effort possible to talk with Johnny often. He made the time best for Johnny, after his school classes and after his water polo practice, which was often 2:00 or 3:00 AM in Europe for John.

At this point, we had known Rick Singer for 3 years. Singer offered to help Johnny with his college applications while we were living so far away.  Singer was a college prep consultant whom we trusted. Singer took advantage of our trust to manipulate us. He lied, cheated, and stole from us. We never would have allowed him to be in our lives if we knew he was a con man. We never would have allowed our children to meet him or spend any time with him.

John has overcome many obstacles in his life and worked very hard to be successful. It is heartbreaking to see how much pain he is in due to the untruths and misleading statements that were released by the media and said during the trial.

The only saving grace we have is our faith in God and the love and support we have from our family and friends.

Sincerely,

Leslie Wilson

December 31st 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE: Character Reference for Court for John Wilson

Dear Honorable Judge Gorton,

My name is John Wilson Jr. and I am writing to you on behalf of my father John Wilson. My dad is one of the most honest, hard-working, and selfless people I have ever known. Despite having an insanely demanding work schedule, my dad always found a way to make time for me, and whether it was academics or athletics, he was always encouraging me to become a better version of myself. My dad recognized my athletic talent and helped me start swimming competitively at a very young age. As a spectator, swimming is one of the toughest sports out there, because you have to drive to the swim meets which are generally in very remote locations and require driving anywhere from 20-200 miles. Depending on the events your kid is competing in, you can end up being there for the entire day just to see them in a race that is over in less than a minute. But my dad did not care. He would be there at every swim meet with my mom, all weekend long, rain or shine, cheering me on because he loves me and just wants me to be my best.

My dad has always been incredibly motivating and encouraging when I decided that I wanted to do an Alcatraz swim for charity. He was immediately on board and every day he would take several hours out of his busy schedule to pick me up from school and drive me into the city to watch me train and build up my tolerance to cold and overall endurance by swimming laps in the San Francisco Bay. At this point in my life, I was dedicating all my time to either school or to the Alcatraz swim and it was during this time that my dad instilled the most important life lesson that I have ever learned. And that is that there is no replacement for honest, hard work. You can't just take the easy route, you must work hard with a purpose. This mentality was permanently engrained into my brain nearly a year later when I broke the world record for being the youngest person to ever swim from Alcatraz at the age of 9. I am forever grateful to my dad for supporting me and teaching me the value of honest hard work at such a young age, because it showed me that anything is achievable through dedication and determination. Which is why the allegations against my father are so preposterous. Neither my dad nor I would ever knowingly resort to any form of foul play in order to defraud the system or any part of the college admissions process. I dedicated my entire life to school and sports and had worked very hard to get where I was, so not only are the allegations massively uncharacteristic of my dad and I, but they also go against everything that we stand for.

In middle school and high school, I shifted my focus to water polo. Over the years, I spent thousands of hours training in and out of the pool. I played for three teams year-round and competed in national tournaments. These teams were coached by Olympic caliber coaches

December 31st 2021

and often ranked in the top 10-20 across the United States. My dad went to my home games and away games to support me and cheer me on.

Whenever I was in need help of any kind, I have always looked to my dad who has served as a role model for my entire life. He has shown me the importance of studying hard and instilled in me his diligent work ethic. I worked and studied hard in school and my dad helped support me by providing me with guidance and would even help arrange a tutor when needed. My dad cares about me so much that he was always putting in the extra effort to make sure he was available to me if I ever needed him. When my dad got a new job and my family had to move to Amsterdam, it was incredibly difficult to communicate with him or my family by phone because I was still living in California, which had a 9 hour time difference. Despite the time difference and my dad's demanding work schedule, he would put in the extra effort to stay up very late so that he could connect with me when it was convenient for me (California time) after school.

With regard to my father's character, he has always been one of the most kind, compassionate, and caring individuals I know. My dad showed me the importance of being inclusive when he invited neighbors to come to our house for barbecues/ pool parties, and other events. He did not hold back when it came to invitations, and he would often include the entire neighborhood. My dad was constantly thinking about others and putting their desires and dreams above his own. My dad never enjoyed skiing, but he knew how much my friends and I loved it, so he would volunteer to drive us up to Tahoe to ski on the weekends. He got no enjoyment out of that 4+ long hour drive from San Francisco to Tahoe but he would do it multiple times every winter just to make me and my friends happy. I remember one year, during the drive up, we got caught in a snow storm and it took almost 10 hours to get there. I can't imagine how brutal some of those drives must have been for my dad, especially because he didn't actually like to ski so he had nothing to even do once we finally got there. He drove all that way just to stay inside all day. He did it because he loves me and cared about making me and my friends happy. Our happiness was his reward, that's why he would do it. That is the type of man that my dad was and still is. He was constantly volunteering his free time to help out with my school, sports, and whatever other extra-curricular activities I had interested in. Whether it was coming in as Santa Claus at school in Kindergarten, coaching little league baseball, driving me to swim meets or Tahoe, or helping me break a world record, he always made the time to be there as a loving, caring Dad.

January 9, 2022

The Honorable Judge Nathaniel M. Gorton
United States District Court, District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Your Honor:

I am writing to provide some background and insight on my father John Wilson in relation to his upcoming sentencing.  My name is Courtney Quartermain Wilson and I am the eldest of his twin daughters.

I have struggled for weeks trying to organize my thoughts and feelings, writing and rewriting drafts of this letter over and over again. I am so upset that I find myself unable to capture the essence of what I want to convey in my heart.  I will do my best.

My twin sister and I are just shy of 20 years old and have been extremely fortunate to be raised by my incredibly caring, supportive and devoted parents.  It's been nearly three years now since my father was first charged with crimes related to trying to help me get into college.  The media frenzy has been relentlessly fed with highly inaccurate, out of context sound bites and email excerpts which have been deliberately used to inflict as much character damage as possible for my father, myself and my siblings.

My father, or Papa as I call him, has been extremely engaged in virtually every aspect of my development throughout my entire life.  Many of my earliest memories are those of my father singing lullabies or sharing bedtime stories with me and my twin sister Mamie. Together, the three of us would lie on the floor or on one of our beds to share fantastic and enchanting tales.  As our vocabularies expanded over the years, we would often spend an hour in the evenings reading and discussing a chapter from books ranging from Harry Potter to the knights of the round table to the master and commander series.  I especially loved the tales of knights and their honorable character, heroic deeds and esteemed protector roles.  They stimulated my imagination and always made me think of my dad.

He's the kind of dad who always did everything he could to challenge us, support us and encourage us to help make our lives better.  Beyond being the family breadwinner, he would do lots of things himself to make our lives richer and better.  Things that ranged from making us all bacon and eggs every weekend, to helping us with our homework, to coaching our teams, to attending all our weekend sporting events. He also took us along on amazing international trips during school holidays to visit dozens of countries across five continents.  He would turn every travel and team experience and conversation into a learning opportunity.  He made nearly everything in our daily routines and interactions into teachable moments. I can hardly forget the many geography, history, math, science or etymology quizzes and lessons that he would share with us in the evenings and on weekends.  As we grew older, he would increase the degree of difficulty of our fun challenges.  For example, as teenagers he would still set up some of our favorite activities like treasure hunts; he would just make the clues using the periodic table or required us to solve calculus or physics problems to get to the next clue.   He always, always challenged us to be and do our best and he always led by example.

Education was probably the area where my Papa always pushed to give us the best possible opportunities and demand that we in turn work hard to achieve our full potential as he usually called it.  He always encouraged us to study hard and we were lucky enough to be able to afford tutors to help us when he couldn't be there.  I know he didn't grow up with much as a kid, so paying for my college is a big deal that I very much appreciate.

Sincerely,

Courtney Q. wilson

December 29, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Honorable Judge Gorton,

My name is Mary (Mamie) Wilson, and John Wilson is my dad who I have known for all of my 19 (nearly 20) years.

My dad is one of the most caring and thoughtful people I know. He does so many small and big things for the people in his life, and being fortunate enough to be his kid has meant that I have seen this firsthand for as long as I can remember.

When I was young, he did work and traveled a lot. However, he didn't let this take away from his enthusiasm and dedication for spending time with his family when he could. When he was home, we would spend time together with family dinners, movie nights, and he always made the time to come to our weekend sporting events. Even for weekend-long swim meets, where we would need to be at the venue all day long to swim maybe 2 or 3 events, he made a point of coming to support us.

He also loved to make every holiday special for his kids. When I was in preschool, he would dress up as Santa and come to my classroom. Another thing he did while we were growing up was creating leprechauns that would "visit us" every year on St. Patrick's Day, leaving letters for us to find. He also makes Easter special to this day by waking up early and hiding eggs throughout our house for us all to have an Easter egg hunt. And every Fourth of July he makes a point of watching the fireworks together, and prior to the pandemic, we would have parties for our friends and family.

Another tradition we have over the summer is that my town has an annual "Halloween" celebration. He always does everything he can to make it special for all of the kids in the neighborhood, decorating our house and making sure to buy king-sized candy for the kids to take, earning us the reputation of being the best house to visit. He always makes sure to try to be involved with the communities in which he resides, and does everything he can to make sure that everyone around him is happy and enjoying their time around him.

And every Valentine's Day he makes sure to buy my mom, my sister and I flowers to make us feel special. I can always count on him to make me feel recognized and seen, and show that he's thinking about us always.

My dad is always thinking of other people, doing small things to show it. When I come home to visit, he always makes sure that the house has things that I like, and

goes and gets coffee and breakfast for the family. He'll go out and get all of my favorite foods from Stop-N-Shop or the local bagel place, surprising me with having one of those in the car when he comes to pick me up from the airport.

████████████████████████████████████████ That's the type of person he is, willing to drop everything to help the people he cares about. Even when he'd be on business in another country or continent, he would come home to support his family.

He also is one of the smartest people I've ever met, maybe even *the* smartest. And he never hesitated to share this gift with the other people in his life, giving his advice and support in any and every situation they needed help. Growing up, he was always willing to help me with homework, offering to do so before I even had the chance to ask. He was always patient, too. Never trying to rush me through a problem, and would always make sure I understood the material and the process. Not only was he dedicated to helping me and my siblings through our lives, but he is always thinking of ways to help his friends. He is always willing to offer his friends business advice and help with anything they need, even financial support.

However, this generosity didn't stop with just the people he knows personally. My dad is very generous with donating not only his money but his time to several different charities. He spends a lot of his time thinking about those less fortunate than he is, wanting to give back to people so that they can have the chance to improve their life circumstances in the same way he was able to do.

My dad is one of the most dedicated and hard-working people I've met in my life. His backstory is such an inspiration to me, how he was able to take himself from growing up in a bad neighborhood in an abusive household to becoming a successful businessman and kind hearted person. He impresses me every day with his determination to succeed and help others to do so. Growing up, he was a large inspiration for me and continues to be my role model even now.

One thing that he made sure to impress upon his kids was the importance of hard work. In school as well as during breaks, advising us to have summer jobs so that we could know how important hard work is. He helped us to learn responsibility and hard work from a young age, setting us up for the future.

Growing up, my dad did many things to make our childhood special. When the family moved to California, he did things like planting fruit trees for us to go out and pick from. We would go out together and collect fresh fruits to enjoy as a family, and even today we have a vegetable garden over the summer that we make many recipes with.

My father is the type of man who always thinks of others, how to help them and make their lives better. I am constantly impressed with how he considers others before acting, always thinking about how his actions impact others. I don't think you'll ever find

a person more thoughtful and driven than my father. Every person that he comes into contact with is better off because of doing so.

Sincerely,
Mary Wilson

*Mary Wilson*

6 Guest Green Ln.
Peabody, Ma. 01960

The Hon. Nathaniel M. Gorton
Judge U.S. Dist. Ct. of Ma.
John J. Moakley U.S. Ct. House
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

Dear Judge Gorton:
      I am writing to you in behalf of my dear friend
John Wilson. — I first met John around 30 yrs. ago when he was
dating my cousin Leslie, the rest is history, he quickly became
part of the family.
      I am a retired Asst. Clerk Magistrate from the Trial Ct. of Mass
having served in Middlesex Superior Ct. & Lynn District Ct. I believe
I've seen it all from top to bottom & feel at 91 yrs. of age I am
a fairly good judge of character, just knowing how John started
out in life and to see what he has accomplished, astonishes me.
      I've been widowed for 20 yrs. now & cannot begin to list all of the
support John has given me from luncheons, dinners, outings with the family,
rides to medical appts. & just making sure I was alright during the pan-
demic as I live alone and really depended on him.
      Judge just knowing John & his character, if he thought for one
minute there was anything illegal in his dealing with Singer he
never would have gotten involved !!
      Thank you for your consideration
                              Sincerely
                              Anna R. Loughlin

16

November 29, 2021

Honorable Judge Nathaniel M. Gorton
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Gorton:

My name is Jacqueline Bastien. I live in Exeter, New Hampshire. I am writing this letter in support of my cousin's wonderful husband, John Wilson. I have known John for over 30 years. During the time that I have known John, he has been very close with my widowed mother, Polly Bryson, who recently died this past August of dementia. John would frequently visit with my mother each year at her summer house on the Cape. He would also keep a close eye on her house when she wasn't there. John knew that my mother was on her own, and he would watch out for her, making sure that she was safe. Whenever John noticed things that needed to be repaired around my mother's house, he would often take it upon himself to help her out, making sure that things were quickly taken care of.

There are specific situations that I remember very clearly. I have a vivid memory of one hot summer down the Cape. John knew my mother did not have air conditioning in her house, and he arrived at her door with two air conditioners that he had purchased for her. John installed them in the windows of her choice. My mother was so grateful for that kind gesture and told everyone what a thoughtful man John is.

When a motorist hit and broke my mother's fence in several places, John quickly had it repaired for her. Each summer John would also have my mother's flower boxes filled with the most beautiful array of flowers, always in her favorite color of purple. John also made sure to take care of my mother's landscaping for her, so that she would be able to enjoy the view from her windows.

Each year, John and his family have made sure to have beautiful arrangements planted near my father's grave, as well as my grandmother and grandfather's graves.

My mother loved John as a son. She would often comment about John, saying how lucky we all are to have a such a beautiful soul in this world.

This past year, my mother's mental and physical health declined rapidly. I was in a position of waiting for the Court ordered Guardianship to come thru and not having enough funds of my own, in order to take care of all of my mother's bills at the Memory Care Unit that she was staying at. When John found out the stressful position I was in, he immediately offered to loan me $30,000 to cover the cost of her expenses. I couldn't believe how generous John was to offer me that support. It made all the difference for me, to not have to worry how I was going to find the money to pay my mother's bills. It helped me to be able to spend quality time with my mother at the end of her life.

I am forever grateful to John Wilson for his kindness. He has a heart of gold.

Thank you.

*Jacqueline A Bastien*

Jacqueline A. Bastien

17

December 10, 2021

Nathaniel M. Gordon
Judge, U.S District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: Character Reference for John Wilson

Dear Honorable Judge Gorton,

I have known John Wilson for over thirty years. My Mother, Abina Sheehan and I met him for
the first time at his and Leslie's wedding. My name is Catherine Patricia Sheehan. Leslie's
Mother, Mary Quartermain was my cousin. From our first meeting, both my Mother and I were
impressed by how personable John was.

As the years progressed, I came to know how kind and honorable a person John is.  One
particular instance has always stuck with me. Sometime in the 1980's, when Mom and I were
visiting Boston, we were invited to a family party at John and Leslie's home. I was a little
apprehensive about going to their house since my Mother had broken her second hip the prior
year. When she would go out she would use a wheelchair. Leslie's Mom, Mary encouraged us
to come to the party – and assured me that everything would be fine. Well of course she was
correct. When we got to the house, John immediately came out to get the wheelchair out of
the car and to wheel Mom through the house (up and down some stairs) and over the lawn
that wasn't exactly flat to join all the other guests in the back yard. Of course when Mom
wanted to go to the restroom and when we were ready to leave, John was there to escort. This
all happened as he was entertaining their guests and barbecuing in the backyard. My Mother
was more than appreciative and couldn't stop praising him that day and in the future. That day
was so great for me to spend with my many cousins who lived in the Boston area. It was made
possible without having to worry about navigating around the property with Mom in her
wheelchair.

In more recent times, one of my cousins, John O'Sullivan was terminally ill – and had his
daughter contact me to say he wanted to see me. Having always been close to John over the
years – especially since 1963 when I started attending Boston College, there was no question as
to whether or not I would go up to Boston to see him. Not wanting to bother his family and the
fact that I live in New York, I needed to find somewhere to stay. I called Leslie and John to let
them know how sick our cousin John was and to find out where they suggested I stay so I could
visit our cousin over multiple days. Well both Leslie and John immediately said I should stay
with them. One more example of how selfless John and his wife Leslie have always been.

John had business colleagues coming to stay about five days into my stay – so they made
arrangements for me to move to another location. All with no effort on my part.

18

I relate these incidents not as random acts of kindness but as indicators of John's character.

In summary, I want to assure you of how caring and selfless John Wilson has always been. His love for his wife Leslie and their three wonderful children has always been evident. I could see that over our many encounters over the years.

Thank you for taking time to read this letter, Your Honor.

Sincerely,

Catherine Patricia Sheehan
110 East End Avenue #4F
New York, NY 10028
201-924-6292
sheehan110@yahoo.com

November 20, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Gorton:

My name is Ken Quartermain. I am related to John Wilson through his marriage to my cousin Leslie Quartermain Wilson. I would like to share with you a few of the countless stories that I believe will help encapsulate some of the traits, that up to this point in the trial, have not been part of the "narrative" on John Wilson. This by no means should come across as a personal plea. Instead, my hope is that I can show you a picture of John, who has been a truly loving, inspirational, charismatic, warm, inclusive, giving, and important part of our family.

We became very close to the Wilsons because our family statuses are so similar. Our oldest children are the same ages, and we both have twins. Getting together was always a wonderful opportunity to blend and enjoy our families. John was the ringleader, and it was inevitable that we would be adding to the litany of fun things that we experienced together. "Uncle John" was always planning kid events that we cherish to this day. The "world's best" Easter egg hunts, Fourth of July celebrations, Christmas tree cuttings, outdoor movie nights, pulling in the lobster pots-the memories always accumulating, and always emphasizing family. My family universally agrees that over the last 20 years, our fondest memories have been those orchestrated by Uncle John.

A considerable part of my career has revolved around real estate. As a result of the Great Recession, in 2008 I lost my job, and several real estate-related investments became valueless. Our struggles mounted as we fought for financial survival. Before these travails it was typical for the Wilsons and Quartermains to be together. It didn't end during this time, only because John paid for our flights to be with them in California and Massachusetts. We were family and John wanted us to be together. As our financial situation continued to deteriorate, John stepped in, and at a crucial moment, paid bills for us, that in the end, kept us solvent. For John, the most important thing was "family". For him, it has always been much like a marriage – "for better, for worse, for richer, for poorer..." I was not allowed to feel inadequate, to feel humiliated, to feel failure. John was able to fill immediate needs, and in such a way that my fragile ego was protected. Today, we are healthy financially. Much of the credit for this lies with John. His timely, loving intervention at the most crucial juncture, became the foundation for our financial resurrection.

John has instilled a love of humanity that can be seen through his children. One example that serves to highlight this, was the empathy shown by John's son Johnny in the aftermath of Hurricane Katrina. Having seen the devastation and suffering, Johnny was compelled to do "something" to help. But collecting a few dollars for disaster relief efforts wasn't enough, even for a nine-year-old. Johnny came up with the idea of bringing as much attention to the suffering and incalculable needs. He wanted to raise a lot of money by becoming the youngest person to ever swim from Alcatraz to San Francisco; and through this feat, he would ask for donations to help with relief efforts. This was dangerous for an adult, and unprecedented for a young boy. John recognized immediately the compassion that motivated Johnny; and although dangerous, embraced his son's desire to help. In the end, Johnny's passion, bravery, and willpower, instilled in him by his dad, led to the successful completion of the swim that also raised over $50,000 donated to the Red Cross Katrina fund.

Although he has been a business success, business has never trumped his love of family, which has always been his motivator. At one juncture in his career, his responsibilities required John to travel worldwide. Speaking with his son from the other side of the world, he was asked by his then five-year-old, "If we sold our house, could you come home to be with me?" In a life-changing decision, John immediately resigned his c-level position with a publicly traded company, to be with his young family. This shows dramatically that family and not career has always been at the core of who John Wilson is.

John is the most patriotic American I've ever known. Much of that love for America emanates from his extraordinarily poor upbringing. John is undisputedly an "American Success Story." He has told me countless times that few countries like America embrace the notion, that anyone who wants to succeed, can. The Fourth of July, Veterans Day, Memorial Day – these are all robustly celebrated by John and those around him. He recognized that his early poverty was not a hindrance in a country that was created and sustained by the unprivileged. This is foundational and cannot be discounted when measuring his conscious.

I am grateful for the opportunity the court has given to share our relationship with John. We have been deeply impacted and grateful for the love that he has shown us. In all the countless times we've been with John, there has never been a moment that was "about" him. His generosity has shown no limit. Respectfully, I ask the court to take this into consideration.

Sincerely,

Ken Quartermain
2256 E Christy Dr
Phoenix AZ 85028


Cc: Michael Kendall
Michael.kendall@whitecase.com

January 3, 2022

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE: Character Reference for John Wilson

Dear Judge Gorton:

I have known John Wilson for 22 years. My name is Laurie Quartermain. I am married to his wife Leslie's cousin, Ken Quartermain. John is a kind, loving, and giving family man. Here is what I have experienced with John-

Family is so important to John. We have been getting our families together regularly, with John being the planner. John would always have lots of activities planned for our children so that they could have a chance to spend time with each other while having fun. Our children always looked forward to the time spent together with their cousins. He knew that being together was the key, whether the time was spent in museums, walking, swimming, or having ice cream. It gave John so much pleasure to create those memories for our children.

There were many times that we would have not been able to get together for financial reasons. But John would quietly arrange and pay for plane tickets so that our families could be together. The happiest times for my children to be with their cousins were because of "Uncle John."

We had Thanksgiving for our families at our house in Phoenix one year. We had 20 people there, lots of dirty pots, serving utensils and dishes were piled in the kitchen. After the meal was finished, John was the first one in the kitchen, insisting on washing all the dishes, staying there until the kitchen was spotless. I tried to do it myself since he was our guest, but he wouldn't let me. This was after he had given us decorations for the house and many other kind things, but the biggest gift was a clean kitchen with every dish washed and put away with a cheerful, loving attitude.

Actually, that was the second biggest gift that John gave me that Thanksgiving. The first was the respect and honor that he showed my parents at the dinner table. My elderly parents were both in wheelchairs and my dad, struggling with Parkinson's, had trouble communicating. John sat near my dad and had long conversations with him about things that they had in common. He knew that my dad had all the necessary information in his brain but that it just took a long time for my dad to put that information into words. John would wait patiently and treated this situation as if it was completely normal. I rate people by how they treat older people, and John earned my complete love & respect that day.

Helping others is a dominating part of John's life, whether donating countless hours and money to help those with autism, and always having his house open for friends and family. The love that John showed to his mother-in-law by insisting that she live with them during her 6-year battle with colon cancer, was endearing to me. He made sure that she was always taken care of, loved and part of family events even though she was sick.

When we had twins, John sent tons of diapers for our boys when they were first born. He knew what we needed and provided it. The diapers arrived a second time, just as the first batch was running out. John met our need without being asked. This is an example of what constitutes who John truly is: A person that meets the needs of others without being asked.

I am proud to call John my friend and love that we are part of the same family.

Sincerely,

Laurie Quartermain

November 23, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE: Character Reference for John Wilson

Dear Honorable Judge Gorton,

I have known John Wilson for 32 years; let me please share with you my experiences
with John. My name is Alison Quartermain Gersten, sister-in-law of John Wilson; Leslie
Wilson is my sister. Unfortunately my parents have passed away, but I have to share
that the minute Leslie brought John into their home, they immediately fell in love with
John. They told me that they knew immediately that he was the perfect lifelong husband
for their daughter and future grandchildren. Years later, when John and Leslie began
their own family, my late mom reminded me that she was right about John being a
caring, loving person from day one.

In fact, John is one of the most caring, kind, hearted souls I have ever met. Last year, I
was diagnosed with breast cancer; following my radiation treatments, Leslie and John
would be in the parking lot with Dunkin Donut food and juice, offering me rides too. No
one asked them to do that; they care for family and people, and they knew I needed
health support.
A few years ago, I slipped on wooden stairs and fractured my ankle, overseas, miles
away from my home .Being a R.N. at Partners Healthcare, I would only seek treatment
at my workplace. Without knowing, without asking, John upgraded my seating on flight
and arranged wheelchair transport. If I did not have John's unsolicited support, I would
have done more damage to my ankle. My ankle is now healthy, and I credit it to John's
interaction to help me.
When my 82 year Mom, Mary Quartermain, was diagnosed with colon cancer, she was
a widow living alone some 3,000 miles away from John and Leslie. John insisted on
having my Mom move in with them for 6 years; he paid for all of her living expenses. He
cared unselfishly for my Mom at all times of the day and night. I'm a registered nurse
and he was so receptive to learning how to care for my Mom when Leslie/I were not
available. Not many men I know would insist that their ill mother-in-law move in with
them for 6 years. That's just another example of how caring and supportive John is with
family and friends in need.
For my Mom's house that she was not living in, and for my Aunt's house, John did the
needed repairs himself or hired handymen and landscapers to maintain the house, so
they did not have to worry. One day after Church, we drove by my Aunt's house and
noticed cable wires falling down; John immediately took care of the fix. All for family.

John adores his wife and 3 children. He sits at the kitchen table with them, or on zoom,
to teach chess, school work, math, sciences, travels, languages, trivia, etc etc.

24

Especially he teaches them how to be kind, giving back human beings. He leads by example. Regardless of his work travels, he attended most athletic games the children were in; he was their Little League coach and soccer coach for years. We all learn from John.

John was always there for me when I was President of Junior League of Boston, President of The College Club, alum of LeadBoston, on Vincent Memorial Hospital Board, YMCA council, etc of volunteering. He taught me how to run Board of Director meetings, to review budgets and contracts. He is my mentor and always a fantastic role model for volunteering to help others and give back to family and the community.

John's office door and home door are always open. Friends all want to be with him, and they just show up to say hi. He is very generous in inviting so many friends and family over for meals and to even stay with him. As family says: "it's not what's on the table, it's who is at the table". Everyone wants to be at John's table.

Your Honor, I can share with you thousands more examples of John Wilson's character of being a kind, caring, loving, generous, supportive Dad, husband, brother-in-law, sister-in-law and to all family, friends, the community. He is truly a good man.

Thank you for your time reading this letter, Your Honor.

Sincerely,

*Alison Quartermain Gersten*

Alison Quartermain Gersten
18 Indian Ridge Rd
South Natick, MA 01760
617-212-0378
AQMAIN@aol.com

November 22, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

RE: Character Reference for Court for John Wilson

Dear Honorable Judge Gorton,

I have known John Wilson for 28 years. I have been a salesman for more than 35 years distributing beer, wine, spirits to restaurants and stores in Greater Boston. I was awarded Salesman of the Year by the Massachusetts Restaurant Association, chosen over 5000 salesmen.  My job has given me a unique perspective on businesses and people, where I have met and known literally thousands of people over my career that cover the entire spectrum of humanity. Of all the people that I have met and worked with over these many years, John is one of the most impressive I have ever known. For nearly three decades, he has become far more than a brother-in-law; he is my best friend, my mentor and my inspirational role model for virtually every aspect of my life: from work to family to friends to a those in need.

 I am proud to write that I love him like the brother I never had. I would like to share just a few examples of how John has positively impacted my life, as well as so many others.

- My father, Harold Gersten, who was a prominent Attorney in Hartford, CT and who has since passed away, used to tell me that a person is defined by how much family, colleagues and friends trust you and gravitate towards you. From my perspective, John is like a super magnet for all those people in the circle around him. One of the biggest reasons that this is the case for John is that he is always your "go to person" in any time of need or crisis, 24 hours a day, 365 days a year! When it comes to a friend in need, John's vocabulary doesn't include the word no; nor does he say, "I'm busy, can I get back to you tomorrow or next week?".
  For example, years ago when I was driving home in the early hours of the morning, a deer bolted across the road in front of my car. I hit the deer and felt even more traumatized than the poor animal. It was 2AM and John was the one person that I absolutely knew I could call. From many prior experiences, I knew that he wouldn't hesitate to get out of bed to help and that he would do it with genuine concern, and without a single complaint. That's just the way John is wired. John has helped me and many others in their times of need countless times. His willingness to repeatedly help others has made him a fantastic role model and magnet to so many great friends.

- From a work ethic and integrity perspective, John has also been a great role model for me and his family. John is the hardest working, most successful, self-made person that I have ever known. He literally grew up in poverty during his early years, with a single mom who never finished high school, and with three siblings in the public housing projects in North Hartford. He always worked harder and longer than everyone else around him to get ahead. From his first summer jobs picking tobacco for 9 hours a day in the hot sun as a 13 year old in central Connecticut to his 80 hour work weeks in senior corporate roles where he was literally traveling around the world. John has always demonstrated to me and his family that there is no substitute for hard work in life. John is truly a self-made man who did not grow up with any privilege. The tremendous success that John has enjoyed during his professional career was earned honestly through his combination of talent and hard work. As my father always said, "hard work pays off"; and this sentiment applies to John.

- Unlike many people, John hasn't been selfish with the financial fruits of his professional success. He has always been extremely generous to charities, as well as everyone around him, almost to a fault. He has been on the Boards of several charities (i.e. Autism) and has been a huge donor to many charitable causes with both his time and money. While giving so much for so many years to several large charities is impressive, I have also seen him give time to do something spectacular to help those less fortunate around him. For example, 21 years ago when I got married to John's sister-in-law, I was unable to financially afford a nice wedding or honeymoon. My job didn't pay much, my father had passed away years before and my bride's father too had passed away, so there were very limited family resources to help with the wedding. Knowing my financial predicament, and despite only knowing me for a few years, John offered to pay for the majority of our wedding and honeymoon so that it could be an incredibly special experience. We did not ask for this. He just offered it on his own and I will never, ever forget him for that incredibly generous and thoughtful gesture.

- A final area that has impressed and inspired me is the way that John has supported his family and encouraged his children to achieve their full potential. While his children were young, John left his large corporate roles so he could focus more time on his family. Over their early years, he coached his kids' many little league and soccer teams, was a Cub Scout den leader and was always there for important events, tournaments, birthdays, etc. As his kids grew older, John resumed his many senior international roles. This sometimes meant literally traveling around the world for 10 to 15 hours on a plane each way to attend those

special moments. I was always so impressed with his ability to cope with these "commute" times as well as the time zone differences that were often 9 or more hours. There are several times that I recall where he made a trip to the US from Europe to spend a few hours with his family at a key game or event during the day, and then he would get back on a red eye flight that same night to return to a business meeting the next day, a continent away. He would also often take his children and wife to new countries on some of his travels to give them a unique and firsthand global perspective. He also invested in his kids' experiences and education to help them grow and challenge them to achieve their full potential.

To conclude, John is one of the most ethical, hard working, caring, family oriented people that I have ever met. My life, his family's life as well as the many friends, businesses and charities that John has touched are all immeasurably better off because of his presence.

Please feel free to contact me with any questions or discussions. I would welcome that opportunity with you, Your Honor.

Sincerely,
Samuel Gersten
*Samuel Gersten*

Samuel Gersten
18 Indian Ridge Rd
South Natick, MA 01760
617.212.9965
samgbev@aol.com

28

December 30, 2021
Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Gorton:

My name is Andrew Wilson and I am from Nashville Tennessee. I am writing this letter in support of my uncle John. My Uncle has supported me throught my whole life. Financially he has given me a college fund and a laptop for college. He has been there for all of my multiple graduations including my middle school graduation, High school, and my army graduation. My uncle also graciously flew me to California where he paid for me to recieve prk laser corrective eye surgery immediately following my basic training. He did solely so i would not need to wear glasses while I served in the infantry in the army. Unfortunately my time in the military did not go as smoothly as we all hoped. On October 19, 2011 I stepped on an IED. I lost both of my legs. I lost my left leg above the knee and the right leg just below the knee. My Aunt and Uncle both flew down to the hospital at Walter Reed to spend multiple days at my side while I was both an in patient at the hospital and a out patient. Those were some of the most trying days of my life and I am so thankful I had someone like my Uncle who dropped everything just to stand at my side and offer me support while my world had crumbled around me. Luckily I was able to recover where my uncle flew me again to Cape Cod where we went lobstering and fishing. While these two activities may seem to be simple things anyone could do they were not for me because I was now doing them with two prosthetics. However, My Uncle John was very patient and taught me that I could still do them. It was extremely theauraphetic for me to know I can still do a lot of activities that I didknt think I would ever be able to do again. My uncle John has always been there for me and I will always be there for him.  And I am so lucky to have someone like him in my life.

Thank you,

*Andrew Wilson*

Andrew Wilson

7008 nolen park circle

Nolensville,Tn 37135

1

29

Chris Sagherian

350 Scrub Oak Way Monument CO 80132

cksagherian@gmail.com

To: The Honorable Judge Nathaniel M. Gorton
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
Character Reference for court regarding John Wilson

Your Honor,

My name is Chris Sagherian. John Wilson is my uncle and I'm writing you to provide a brief character reference regarding my uncle and the many years that I've known him. Ever since I can remember as a kid my uncle has had the highest regard for school and education. It was very important to him given our past. We didn't come from a silver spoon type of family, but more of a hardworking lower middle-class good old American family. I can remember my mom telling me stories about her childhood and how it was tough growing up for her and her brothers, tough for my grandmother to make ends meet, ect. I know this is where John found the importance of a proper education and the same could be said for his brother. Through working hard, he found a way to raise himself out of that struggle and it's been something he's always tried to encourage us kids to pursue ever since. I can remember visiting his house as a kid nearly every other Christmas, Thanksgiving, and other random holiday simply to be together as a family and the first question John would ask when we arrived was, "how are you doing in school"? To which I replied, either good or bad, depending on the year or subject. But in either case he would take time to have a conversation with me about how school was going. Then without fail when we would finish our conversation, we would always take a trip around the world through the use of a globe and books and he would tell me of all the history he knew of from different faraway places. One year in particular, in an effort to teach my brother, cousin, and I about the rituals of medieval times. John and my uncle woke us up in the middle of the night and had created an entirely true-to-life medieval knighting ceremony. He even wore a bed sheet as a cloak of old. It was truly inspirational to see the passion for learning in his eyes and the joy he got from trying to teach us kids about history in such an elaborate way. It's something that will stay with me forever. After I grew a little older, I learned that not only had he always tried to help, through school, and through simple encouraging conversation, but he had also created a trust fund for my brother, cousin, and I, specifically to help pay for our higher education. This wasn't something I used at the time but it was instrumental in helping me succeed later in life and I'll always be extremely grateful. John has been a complete inspiration in my life and I would urge you to consider this reference in all further rulings regarding my uncle. Thank you for your time.

Chris Sagherian

January 7, 2022

The Honorable Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Gorton:

I wanted to share with you some thoughts about growing up with my Uncle John Wilson. It was impossible to be bored around Uncle John. Every day we had events planned for us. It was exciting to wake up knowing that there was something big that we were going to do.

Uncle John taught me to love history and love the United States. Independence Day with the Wilsons was a chance for Uncle John to share something special about our country. He also showed me how important it was to celebrate our independence every year. On the Fourth, we would wake up to find boxes filled with red, white, and blue decorations. We would decorate cars, bikes and ourselves for the Hyannis Port Fourth of July Parade. As I've grown through my teen years, the love my Uncle John has for his country is now very much a part of who I am. Even though we are currently experiencing a great deal of contention about our government and its role in our lives, I love my country and am very proud to be an American. I have my Uncle John to thank for being able to maintain that pride no matter what we are experiencing.

I can also thank my Uncle John for me being one of the few Arizonans who has pulled lobster from lobster pots, been surrounded by whales, been deep sea fishing, who has flown in the air while being towed by a boat, been sailing, collected sea shells every day for a week, watched a movie while swimming in a pool, eaten s'mores on a beach, and who has watched the reflection of fireworks on the ocean. I am on the rowing crew for my high school team. (Yes, shockingly Phoenix has a lake for this sport.) My love of the water and the place where I derive so much joy was introduced to me by Uncle John.

Growing up, I was very aware that Uncle John was very busy with work. But I was more aware that he was doing everything he could as fast as he could to finish work, so he could be with us. I think I see "work" differently from most people. From watching my Uncle John, his version of work was always something done to allow for opportunities to do things with family and friends. I will be entering college later this year. I hope that my efforts in college will lead to career opportunities where I can enjoy family and friends the same way as my Uncle John.

I've come to believe that everything Uncle John worked for, the things most important to him, were family and friends. It seems his greatest joy came from seeing everyone around him happy and healthy. He is the most unselfish person I've ever met. Your Honor, I would appreciate you considering these things I've shared with you. Thank you for allowing me to tell you about Uncle John.

Sincerely,

Christian Quartermain
Phoenix, Arizona

January 3, 2022

The Honorable Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Gorton:

My name is Katherine Quartermain. I've never written anything like this before, but I'll do my best to portray my thoughts and feelings.

My Uncle John is a good man, a kind man, and someone who cares deeply about his family and friends. I grew up spending time in the summer on Cape Cod with our family. I have only happy memories from that time in my life.

I remember one year my cousin Johnny and I were obsessed with pirates. I think one of the Pirates of the Caribbean movies had just come out. We would pretend to hunt for buried treasure as we played on the beach. One day, Uncle John gave us a treasure map that he had made himself. The map led us all around the house and into the backyard, with stops along the way. I remember laughing and giggling as we followed the map. At the end, we had to dig in the sand to find the treasure. Uncle John had taken the time to give us an "adventure" and embraced something that we really loved at the time. But as I look back, it probably was true that Uncle John had as much fun on our adventure as we. He has never been too old to be a kid with kids.

Another memory that I cherish is when he read to us. My cousin Johnny and I would curl up and listen to him read to us every single night. I vividly remember him reading Harry Potter books to us a chapter or two at a time. When you're a kid, you don't realize what a gift time is. The fact that he would take time to read to us, no matter how long or difficult his day was, is a gift in and of itself. We never had to beg him to read to us either. He was always, always glad to do so.

The time spent with Uncle John remains precious to me. I have always kept those memories close to my heart. I hope I've been able to show you a very real portrait of my Uncle John. I appreciate the opportunity to share this with the court.

Sincerely,

Katherine Quartermain
Phoenix AZ 85028

Cc: Michael Kendall
Michael.kendall@whitecase.com

January 2, 2022

The Honorable Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Gorton:

My name is Michael Quartermain. I am 18-years-old and in my senior year of high school.

Some of the best memories I have ever had involved my Uncle John. When I was younger, going to Cape Cod during the summer and seeing my family was always the best part of my year. The memories I have with Uncle John and the rest of the family are ones I know I will never forget.

Uncle John made my childhood magical, bringing in blow-up slides, slip and slides, and many other things so the kids could have fun. I remember he and my Aunt Leslie driving my twin brother and me back to their house after dinner and we spent the car ride laughing and enjoying each other's company. I know this sounds like a little thing. But the time he spent with me, even though he was incredibly busy, showed me that I was truly loved.

A special moment that I got to share with Uncle John is when he let me steer his boat when we were going to Nantucket. He taught me how the boat worked, and this moment made me feel so special and loved. Sometimes people are more protective of their things than they are of others. My Uncle John has never treated me that way. Instead, I knew I was more important than his boat. It's a lesson he taught me, even though he wasn't trying, that I will always remember as an adult and when I have my own family.

I have always looked up to my Uncle John because of his hard work and the love he showed to me and my family. He is a man of incredible integrity who had to work incredibly hard for all his success. He is a model to me. I recognize that to be successful requires tremendously hard work like how my Uncle John does it.

Sincerely,

Michael K. Quartermain
Phoenix, AZ

33

December 2, 2021

Honorable Judge Nathaniel M. Gorton
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Gorton:

My name is Whitney (Wilson) Fotineas and I am from Nashville, Tennessee. I am writing this
letter in support of my uncle, John Wilson.  I am the oldest of 5 and John has always supported
all of us in educational pursuits. He set up accounts for all of us when we were very young
because he knew it would be important for us later in life. When I graduated from high school,
he purchased my first computer for me to take to college. I believe he did the same with my
younger siblings.

When my younger brother was hurt in Afganistan, he had to recover and rehab for 2 years at
Walter Reed in Bethesda. Even though John was leading a very busy life, he took the time to stay
at the hospital apartment with him a few times to accompany him to physical therapy and many
doctor's appointments that he had. It really showed all of us how much his family meant to him.
I am older now with a family of my own, but I know that if I ever needed anything that Uncle
John and Aunt Leslie would only be a phone call away to help me.

Thank you,

Whitney Fotineas

1

34

12/22/21

Dear Judge Gorton

John Wilson is my uncle. For my entire life, he has been a mentor and someone who would go out of his way to help in any way that he could. Any questions I've ever had about school or about life in general, my uncle would answer in a heartbeat and try to help steer me towards something amazing. When I was graduating high school, he made sure to make the extra effort and he brought all his family to celebrate my success, and it is truly one of my fondest memories. While he was visiting my family after my graduation, he also gave me high school graduation money to be able to buy a computer so I could be fully ready for the next step, college. My uncle has always truly valued education, and that's why I fully believe he was just hoodwinked by Mr. Singer. My uncle just wanted the best possible opportunities for his own children, my cousins, and the man I know would never do anything wrong in the pursuit of the best for his kids.

Jackson Wilson

2494 Titans Lane
Brentwood TN 37027

Case 1:19-cr-10080-LTS  Document 2719-70  Filed 08/15/23  Page 37 of 44

Dear Judge Sorokin,

August 13, 2023

      I have been married to John Wilson for 33 years. I am writing to urge you, and on behalf of my children, to not put John in prison. I have great respect for our judicial system, and I understand that it is the government's role to seek the harshest penalty possible, even though there has been a dismissal of all of the core charges against John. I am hoping that when it comes to the remaining tax charge, Your Honor will feel the same way that I do, that our family has already suffered enough.

      As a mom, it breaks my heart to see our children suffering. Our twin daughters, Mamie and Courtney were only 16 and our son Johnny was only 22 when their lives were permanently shattered. I can't imagine the extreme additional pain that they will have to endure if their Dad goes to prison. I, to this day, live in constant fear of the government being angry that we fought this case and won. It feels like they are looking to punish us for fighting this case. It scares me that the government is still asking for a severe prison punishment for a remaining tax conviction. It terrifies me that this is never going to end. The government still has not dismissed the overturned charges with prejudice. I feel they are leaving this potential threat hanging over our heads to intimidate us and punish us further.

      My husband is a man who literally came from nothing. He worked incredibly hard his entire life to build a better life and future for his family and our children. He was born into poverty to a single mother who was verbally and physically abusive. John and three of his siblings spent their early years living in a public housing project. Education and hard work helped him to escape poverty and made him determined to build a better life for his children than the one he had. I have never met a more caring father and generous man. John never hesitated to share his financial success with our extended family, friends, and multiple charities.

      When John was first charged, we were both shocked because we knew that we were innocent. Yet we were and remain constantly tarred with the dirty brush of other parents' bad acts. We knew up front that these federal charges would be very painful and costly to fight, would destroy my husband's professional career and would probably take years to ultimately win. We also knew that the odds of winning even a case like ours where our facts were very different from the other defendants' and very strongly in our favor, were unpredictable.

      We had a huge uphill battle because we were already convicted in the court of public opinion and the prosecutors were pursuing false conspiracy charges that allowed them to smear us with the bad acts of other parents and that would make a trial even more difficult to win. The government and media damage to our family's individual reputations will never be fully restored. These are the harsh realities we face.

      It would have been easy to take a plea and confess to an honest services fraud charge, save millions in legal costs, serve a modest prison sentence, and move on with our lives. The dilemma we were faced with was a simple but profound question. Even if it would take years of suffering in the media and every dollar that we had saved over our lifetimes, was my husband's

integrity and our entire family's reputation worth fighting for? We thought about it long and hard. My husband decided that he couldn't confess to a crime that he did not commit, especially if it indirectly fed the false narrative that our children weren't qualified and that he had bribed universities. That's the character of the man I married, admire and love to this day.

A plea deal was constantly being discussed as many parents chose that path. We were even approached on the day we entered my husband's not guilty plea in the Boston federal courthouse in 2019 by a prosecutor, who has since left the government. Because we lived locally, we waited in the courthouse long after everyone else had left in order to give more time for the media circus outside to die down. We told our lawyer that it was ok if he went home as we would leave by ourselves. At one point while we were waiting alone, I left my husband for a few minutes to go to the restroom. Shortly thereafter, the prosecutor approached my husband and asked him about taking a plea deal and getting a sentencing guideline that excluded the amounts he committed but hadn't yet paid to Harvard and Stanford through Singer's foundation. My husband was shocked and told the prosecutor that he wasn't going to plead guilty to a crime he didn't commit. My husband then asked, "isn't it against the rules for you to be talking to me without my lawyer?" As I started to return, I saw the prosecutor talking to my husband just before he walked away. When I rejoined John, I could clearly see he was very rattled. I asked what the prosecutor was doing talking to him without our lawyers being there. My husband told me how he was approached and what the prosecutor said to him. I visibly trembled when he told me that the prosecutor's last words were something like "Who do you think makes the rules?" I have been terrified ever since that moment not only because the government had this much power but more because of how they can abuse it so brazenly.

There have been many other examples of extremely aggressive tactics that the prosecutors and the media have used to hurt me, John, Johnny, Courtney and Mamie. I will share just one more. During the discovery phase of this case, we learned that the prosecutors had seized all of John's emails. Our lawyers told them some were with me and covered by the marital privilege. There were many personal family emails discussing health issues, finances and other intimate family concerns. The government ignored our lawyers and shared all of my husband's private emails with me with roughly 100 people (all the other defendants' legal teams as well as the government staff on this case). Our lawyers told them of the personal topics and asked them to retract the emails. The government refused this simple request for decency. Over 100 people have emails discussing of our children's and our own private medical records and photos of our teenage son and pre-teen daughters at the pool and on vacations wearing swimsuits. As a mom, I can't tell you how much anguish I feel knowing to this day how many people have seen, and perhaps even shared these emails and images. Sharing photos of our teenage son and pre-teen daughters in swimsuits is not just despicable, it's very, very creepy.

After much reflection, John and I jointly decided that it was better to fight this type of prosecutor overreach and the false accusations and to leave our children with a legacy of fighting for what's right and sharing the truth to restore their reputations and futures. Singer convinced us to move up a part of our commitment to education we had already made in John's will to help our children's chances for admissions and to help the schools before he died instead of waiting until after he died. Donating to colleges and getting help with admissions for our highly qualified

children was something we heard many people had done for generations and never thought it was illegal or not tax deductible.

I still can't understand why my husband was targeted so aggressively, despite our facts being so different from all the other families. My family is made up of five individuals, each with unique talents, hopes and dreams. I felt like the government treated us all like objects to be used in the pursuit of its own agenda without any regard or thought or concern that they were destroying an innocent family, just collateral damage. John and our entire family have already suffered far more than anyone could imagine from this ordeal. He has lost his jobs, his board roles, his reputation and his hard-earned wealth, including all our family's life savings, and all our retirement funds.

Perhaps the most unbearable part of this experience for my husband and me has been seeing our three innocent children suffer when the media was fed and even amplified the false narratives that denigrated our children's academic and athletic qualifications. For our innocent high school and college age children to be falsely smeared, while the pending court case left both of us helpless to defend them, is still unbearable.

I can't describe what it's like as a parent to have the media fed a false narrative that your children weren't good enough to get into the colleges they applied to, when they were. I feel strongly that someone crossed the line somewhere to spread these false descriptions of our children and the emotional and psychological stress that they have suffered as a result have been devastating.

Our family desperately needs to begin the healing process. Depriving us of John's presence will only deepen the emotional and financial scars already inflicted on our family. I ask you, Your Honor, to please consider the enormous pain that we have already endured and our family's need to heal and move forward as a unit when sentencing him.

Leslie Wilson

# TATE WILSON

### TATE, WILSON, JOHNSON, MEYER & CHERRY, PLLC

#### ATTORNEYS AT LAW

WILLIAM H. TATE*
CLIFFORD WILSON*
MICHAEL H. JOHNSON
WILLIAM R. MEYER
NATHANIEL K. CHERRY*

SUITE 120
100 WESTWOOD PLACE
BRENTWOOD TENNESSEE 37027-5044

. . . . . . . . . . .

TELEPHONE: (615) 256-1125
FACSIMILE: (615) 244-5467

. . . . . . . . . . .

TATEWILSONLAW.COM

ALAN M. SOWELL (RETIRED)
*rule 31 listed mediator

August 14, 2023

Dear Judge Sorokin,

     I am John's brother. I am also a lawyer writing this supplemental letter to share my perspectives on my brother's character, the extreme circumstances of this case and the devastating impacts that it has already had on him and his family.  I have tried over 100 jury trials and was appointed by the Tennessee Supreme Court to two consecutive 3 years terms as a hearing panel member for the Board of Professional Responsibility. I followed John's case and trial with intense focus. I attended in person or by video nearly every day of the trial.

     I know the large donations that my brother made in this case may have raised eyebrows. However, to better understand these donations, at least as they relate to my brother John, some context about my brother's background and his giving history is helpful.  In our early years, we were raised by a single mom with four children in the public housing projects of North Hartford.  He and I were the first generation in our family to go to college and that education profoundly changed both of our lives.  My brother was very fortunate and successful in his career, and he has always been very generous, especially when it came to giving back to educational causes. For example, in 1998, I set up five trusts funded by John with a total of $100,000 to help pay for the college of each of his four nephews and his niece. In addition, I know that he has given millions to educational and other charities over the past thirty years. My brother had also committed $5 million in his will, a decade before he even met Rick Singer, to fund scholarships for first generation students at Harvard and Rensselaer.  Singer knew about my brother's giving plans included in his will and convinced my brother to move a portion of his commitments forward to help his children's admissions prospects and his two alma maters before he died.

     My brother's case was fundamentally different than the other Varsity Blues parents. All three of his children were well qualified for each school they applied to on their own merits.  None of his children cheated on their college tests and they all scored results that placed them in the mid-range or above for accepted students at every school they applied to.  I remember how excited he was to share the news that his twin daughters got perfect and near perfect ACT scores.  All his donations went to Universities or IRS approved charities, not to any individuals.  He got a tie-breaker boost in admissions related to his donation just as tens of thousands of people have been doing every year for generations.

I told John that the legal system generally works and to have faith that he would get a fair trial. I am so sad that in his case, he did NOT get a fair trial.

The record-breaking media coverage in this case constantly tarred my brother with the bad acts of other parents. This plus a false Netflix movie about my brother and nephew that was aired before his trial—was as prejudicial to the jury pool and trial as it was devastating to my brother's entire family. The media constantly mentioned false statements that his son was a "fake athlete", "unqualified athlete", "alleged athlete" and so forth, all "according to prosecutors." I can't even describe the emotional and psychological stress for my nephew. He trained and competed on top national teams for thousands of hours over years, and he joined and participated on the USC team for the entire season and post season and his verified swim times proved he was one of the fastest members of USC's 2014 team. To have his years of hard work and his entire athletic career falsely denigrated is as despicable as it is hurtful.

I realize that any time someone is indicted or convicted of a crime, there will be a negative impact on the entire family. However, the trial in this case was so distorted and totally unfair that the appellate court overturned every bribery, fraud, and conspiracy conviction. Despite having 8 of the 9 convictions overturned, John's life will never be the same since being brought unfairly into this nightmare.

This case has already cost my brother most of what he worked for all his life. He has spent millions on legal fees and related costs—depleting his life savings, real estate equity and retirement assets. Additionally, he has lost all his Board and professional roles over the past four plus years.

The residual tax conviction is shocking given all the unfair evidentiary spillover in his trial. USC received and kept the $100k donated from my brother. John got a receipt from USC for this donation. I understand that this receipt wasn't given to his tax preparer and his 2014 tax return used the original business invoice from Singer instead. During the trial it was stated that the net impact of not using his USC receipt was unforeseeable at the time but ended up saving him $1,425 in underpaid taxes. Why would my brother go to the effort to obtain a receipt from USC for his donation if he planned to hide it or not use it?

I reviewed my brother's tax filings as part of helping him during his trial. In 2014, the tax year in question, he paid over 45% in state and federal income taxes. His tax returns were complex and over 200 pages long as he was paying taxes in Europe (where he was relocated for his job), the U.S., California, and Massachusetts. My brother is dyslexic and gets headaches if he tries to read more than a few pages of a long and detailed documents. Given his reading challenges, he paid substantial amounts to two world renowned financial and accounting firms to do his taxes. In fact, he wrote in a 2014 email to his assistant stating he "hadn't looked at a tax return for twenty years." His pattern of signing his tax returns without reviewing the details resulted in him overpaying his taxes by more $180,000 for three years in a row—2014, 2015 and 2016. Each year's overpayment was because he didn't update his address to reflect the fact that he had relocated out of California two years prior!

Why would my brother purposely obtain and then not use his USC donation receipt to save $1,425 during the same year that he overpaid his taxes by more than $180,000 because he failed to notice that his home address was wrong? This large overpayment clearly shows no intent to evade taxes. While his actions may have been careless and sloppy, they were hardly the hallmarks of a willful tax cheat.

The false tax return conviction is also something that tax experts have told me would never be brought as a standalone charge. It's something that would typically be handled as a civil matter with a small fine.

My brother has no prior criminal record.  Given the devastating financial, emotional, and reputational damage that he and his family have already unfairly suffered, I believe a sentence including any prison time is disproportionate and unwarranted.  He has been punished enough.  Way too much.

Sincerely,

Clifford Wilson

Dear Judge Sorokin,

August 13, 2023

My name is Johnny Wilson, and I am writing this letter on behalf of myself and my two younger sisters in support of our father, John Wilson and to describe the horrible impact that this case has had on our entire family.

My Dad is one of the hardest working, honest and loving men I have ever known. He had a bad childhood and I think he has done everything that he can to make sure that ours was just the opposite. He has been incredibly supportive to all of us throughout our entire lives. He coached me and my sisters' little league and soccer teams for years, he was my Cub Scout den leader, and he went to hundreds of practices, swim meets, and water polo matches over ten years while I competed on multiple school and club teams year-round and in regional and national Junior Olympics tournaments and Far Western States competitions.

My Dad was the kind of dad that made sure we always worked hard and studied hard too. But he also made sure that we appreciated our situation and gave back to others as well. I remember how proud he was of me when I was training to break the world record for the youngest person to swim from Alcatraz to Aquatic Park on the shore of San Francisco. What he told me made him even prouder was the fact that I got my fourth-grade classmates to make my record swim into a Red Cross fundraiser for the hurricane Katrina Fund. My swim made national and international headlines. This publicity helped my friends and I to raise more than $53,000 together.

I also remember him driving me on more than one Saturday to Sacramento, several hours each way from the Bay Area where we lived to tutor inner city kids as part of Rick Singer's community service programs. My Dad literally spent ten hours driving out, waiting for me outside the schools where I was tutoring and then driving us back so I could get the firsthand hand experience of helping kids like he was when he grew up. That's the kind of Dad he is.

He was also extremely supportive of all three of our sports training and programs. I trained for more than 500 hours each year after school and on weekends and during the days in the summers on three different teams. My Dad was often there at practices and never missed a single weekend tournament or national competition. I played for top nationally ranked Stanford Club and Menlo school teams for six years. My Dad attended nearly every waterpolo game when he was in the country.

He and my Mom even took me to meet the USC coach and watch the team practice my junior year. When we were at USC, coach Jovan asked me about my Stanford and Menlo teams and coaches. He told me that anyone who was a starter and sprint off player for years on those teams would be a great walk on candidate for his team. I also recognized some of the USC players in the pool as guys that I had competed against in the national tournaments. We all came away from that visit absolutely confident that I could fit in on the team.

A year and half later, my parents dropped me off at USC and helped move me into the freshmen water polo 8-man suite a couple weeks before school started to team training. Most of the freshmen redshirts were grouped in the same suite which was located right next to the pool to make it easier for us to train in the mornings and afternoons each day. My Dad watched several practices and flew back to

California during the season to watch other practices, team games and take me and several other redshirt players to dinner.

Ever since March of 2019, when my Dad was arrested, my twin sisters' and my life has been a kind of living hell. The media and social media have been ruthless and smeared me as a fake athlete and all three of us as unqualified.  My Dad was innocent, and we were all innocent times ten.  We did nothing wrong, yet the media was being fed lies about us that we couldn't stop.  The social media trolls have been especially vicious.  To make it even worse a Netflix movie was even made that told people I was fake and that we had photoshopped pictures of me standing in the shallow end of the pool with a water polo ball in my hand.

Neither my Dad nor I ever gave any false information to Mr. Singer or USC.

To be called a fake athlete, unqualified and an alleged athlete by the prosecutors has been devastating on every level.  Emotionally, psychologically and physically as the stress has been enormous. It's also affected my social network and my ability to get a job.  Every time you google me there is the story of college admissions fraud and fake athletes.  This will tarnish my and my sisters' lives forever. Once something's on the internet it never goes away.

We did nothing wrong. We were totally different from all the other kids who did test cheating and or were fake athletes.  But the prosecutors lumped us in and smeared us with their bad acts so they could pressure my Dad into pleading guilty and make their lies in the media fit the story they were trying to tell of parents bribing coaches, cheating on tests and putting in fraud materials to get their unqualified kids into college.  Well, the truth is that wasn't our situation at all.  They knew it yet they smeared us anyway.

Why the prosecutors would attack innocent high school and college age students by feeding the media false stories about our abilities and achievements is still hard for me to accept to this dayMy teenage sisters got smeared in the media too as being unable to get a job at McDonalds because they can't even count and much much worse. For teenage girls who got perfect scores and won top three spots in European math and debate competitions this was super hurtful.

I always thought people in power who worked for the government were supposed to protect innocent children.

Please, Judge Sorokin, help protect our family from further harm by minimizing his sentence.

Sincerely,

Johnny Wilson