# EXHIBIT 73

Jon Shestack Productions
409 N Larchmont Blvd. Los Angeles, California

January 8, 2022

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 0221

Dear Judge Gorton,

John Wilson was known in the philanthropic community for his involvement in many charities, most notably Cure Autism Now and subsequently Autism Speaks. But, since I was the founder of Cure Autism Now, I feel my thoughts are particularly pertinent and I would like to share them.

I was introduced to John about 25 years ago through Nancy Fredkin and  Marcia Goldman,both very active in pediatric philanthropy. I had a young son, maybe 8 at the time. He was, and remains, very challenged with autism. He was sweet, and looked like an angel, but he had never said a word in his life and needed help every minute of the day. At the time there was very little recognition of autism and almost no medical research being done. My wife and I decided to try and remedy that.

John heard our story and became a donor. Soon he and his wife Leslie began hosting events for us.  Eventually, John came on our board. But our board was not strictly a fundraising board. Our board was our cabinet, our friends, our most essential supporters. We were not experts in finance or really, much of anything. John taught me how to read a balance sheet. He helped me pick staff and calibrate the mix of scientific initiatives vs awareness and political action. John took on his volunteer position as if it were his job. He met families and scientists and completely mastered the field. He helped us grow from five million dollars a year in revenue to over 25 million a year. He was voracious in his determination to understand everything that was available scientifically and he was generous with his money and his time. John at all times protected the foundation by making sure that we knew about human resource standards and the best practices of corporate governance. He knew what the highest standards were and made sure that we applied them. When I was in a rush and wanted to cut corners, John made sure I didn't.

John gave of his time and expertise even though he was not personally affected by autism. The legacy of Cure Autism Now is that autism is now a household word. There

1

are 1000 excellent scientists working in the field when there once were less than a dozen; and the federal government now spends over $200 million a year on autism research when they once spent under $5 million. None of this would have been possible without John Wilson's help and guidance.

I think that because John himself was born under an unlucky star, he felt this deep responsibility to share his good fortune and expertise with those who needed it. It's really hard to communicate what  a superhuman force for good John was in our lives. He had the energy and talent of five men and gave it freely. John Wilson is a solid standup guy.He is generous and strong. There is no one who is a better ally or whom I could be more proud to be associated with.

Sincerely,

Jon Shestack

http://www.jonshestack.com

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Gorton,

We have known John since 1996, when he and his family first came to Northern California for his work at The GAP. We met through their neighbors and quickly developed a warm friendship.

John learned of our interest and involvement with Cure Autism Now (CAN) and offered to lend his capital (financially, emotionally and intellectually) to the effort. Those were not empty words, as he became one of the largest donors in our first Northern California event. The following year, John and Leslie hosted the second event in their home while encouraging many others in the community to contribute as well. The event provided substantial economic resources to the non-profit organization. Since they do not have an autistic child in their family, these efforts were totally offered from a position of altruism and community mindedness.

Nanci, a board member of CAN, saw firsthand how John continued his involvement by joining the board of directors and added tremendous leadership and integrity to this newly formed 501c3. John, along with Nanci, were the only two board members who were not parents of affected children. John was instrumental in transforming this kitchen table enterprise into a professional board with transparency and accountability.

Through the years, John's commitment to CAN remained steadfast, and he worked tirelessly to effect a merger with Autism Speaks many years later. He even took a board seat with the new organization in New York in order to complete the deal.

Over the last 20 years, we have witnessed John's actions continue to demonstrate his impeccable character, extreme generosity and unwavering dedication to his endeavors. John is a totally self-made man and he never forgot where he came from. His intellect and work ethic provided much success and he loved sharing his success with others.

We have also experienced John's character through a few business investments. He has always proved to be both ethical and honorable even during difficult circumstances.

Sincerely,

Nanci and Gary Fredkin

3



**Descanso Medical Center
for Development and Learning**

Leonard R. Baker, M.D., apc
Ricki G. Robinson, M.D., M.P.H., apc
C. Thomas Hartman, Jr., M.D., apc
Leslie A. Richard, M.D., F.A.A.P.

November 29, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Honorable Judge Groton:

I am very pleased to be able to write you as a character witness for John B. Wilson.

I have known John since the late 1990's when he was introduced to many of us involved with Cure Autism Now (CAN) where I was serving as a founding board member. John wanted to learn more about our mission and vision which eventually led not only to his joining the CAN Board himself but eventually leading us to merge with Autism Speaks, allowing our joint charitable foundation to become the most successful nonprofit organization in the world. Autism Speaks supports families, scientists, clinicians and educators interested in helping each child with autism realize their full potential. I had the honor of working directly with John in this endeavor until 2012 when I retired from the Autism Speaks Scientific Advisory Council. During that time I not only had the pleasure of working together with him but also developed a lasting relationship with his lovely wife Leslie and his children, keeping in touch since then, even after he moved from California to the East Coast.

John had just retired from his position at The Gap when I first met him. He was a relatively young very successful business leader who wanted to give back to the community and was searching for a philanthropic endeavor where he could make a difference. At the time those of us in CAN were either parents or professionals serving autistic children and their families. I was so impressed with John. He wanted to learn as much as he could about the state of the science and the care of these children and he became as devoted to our cause as we were.

Although John did not have a child with autism in his family, he understood through friends and business associates the difficulties and barriers that existed for autistic individuals and their cause became his. He devoured information and learned about the huge need for more scientific study and improved care and education for these children. His passion and commitment energized all of us. His leadership revitalized our organization and nonprofit business model. His compassion and caring for this population spoke volumes to our grass roots following.

John is incredibly generous - giving his time, financial resources and voice to our cause as well as others. He donated and raised very significant funding for CAN and Autism Speaks at a time when it was critical to support the much needed research into the causes and treatments for autistic individuals. Through his wide net of personal and business contacts he wooed others into supporting our community also at a time when growth made a huge difference in our being able to move forward with our philanthropic mission. He opened his home to sponsor our most successful events including our annual CAN/Autism Speaks Northern California fundraiser which eventually raised $1M annually.

1346 Foothill Boulevard, Suite 301, La Canada, CA 91011  Telephone 818.790.1587    Fax 818.952.3473
e-mail admin@dmcdl.com    web www.dmcdl.com

4



**Descanso Medical Center for Development and Learning**

Leonard R. Baker, M.D., apc
Ricki G. Robinson, M.D., M.P.H., apc
C. Thomas Hartman, Jr., M.D., apc
Leslie A. Richard, M.D., F.A.A.P.

John also led the way as the key negotiator for the CAN/Autism Speaks merger. His leadership in this effort was the key that actually brought this collaboration to the finish line. It was a difficult negotiation that required both sides to respect and value the skills of our negotiator, and hands down, our CAN Board felt that John could best represent our voice, mission and community. It was not an easy process but we all felt that with John's skills and devotion, we would end up with an organization that would not only be best situated to be the leader in autism advocacy, scientific research, program development and insurance funding for children and families in the world. This new joint organization could create a legacy for tomorrow. Indeed, that is what occurred and I am forever grateful to John for masterfully leading us to this place.

John's enthusiasm is infectious. He is a creative motivator always encouraging us to find solutions to make the world better for those who need support the most. Over the years we were fortunate to meet many of his friends, all of whom had stories to tell of how John had significantly impacted their lives. The autistic community owes a big debt of gratitude to John for his devotion, personal philanthropy and leadership. I am convinced his efforts made a huge difference not just in the life of our organizations but for the lives of so many living with developmental disabilities for whom CAN and Autism Speaks forever made better through their initiatives.

John is still a relatively young man who can contribute to his community. I am hopeful that he will be able to continue to offer his talents, his vision and his leadership to the autism community, and other needy communities, in the years ahead. We need people like John who are ready, willing, and able to provide this sort of support. The John Wilson I am honored to know will step up to the plate.

Yours truly,

*Ricki Robinson, MD. MPH*

Ricki Robinson, MD MPH
Clinical Professor,
Keck School of Medicine at USC
Co-Director,
Descanso Medical Center for Development and Learning
1346 Foothill Blvd #301
La Canada,CA 91011
8187905583 (office)
8184151587 (cell)

1346 Foothill Boulevard, Suite 301, La Canada, CA 91011  Telephone 818.790.1587   Fax 818.952.3473
e-mail admin@dmcdl.com   web www.dmcdl.com

5


Alzheimer's
**Drug Discovery**
Foundation

November 2, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Honorable Judge Groton:

I am writing you as a character reference to John B. Wilson. I first met John in 2005 and worked directly with him through 2012. Since then I have kept in touch with John following his business, philanthropic and personal (family) endeavors.

I was first introduced to John in my capacity as President of the charity Austim Speaks. At the time of our first meeting John was a Board Member in good standing with Cure Autism Now (CAN). It was in his capacity as a CAN Board Member that John initiated talks to merge the two largest autism charities in the United States. He was designated by the CAN Board to approach me and the Autism Speaks Board. For a process that took the better part of a year John led the negotiations.

While he did not have a family member with autism, John nevertheless took it upon himself to donate and raise funds, spearhead advocacy and awareness and expand services for families. His unique passion was based on having many friends and associates who had family members on the spectrum and seeing the struggles of individuals with autism as well as their parents, siblings, extended family members and caretakers.

John's unique business acumen led him to believe a merger between the two largest organizations would deliver more funds, more awareness and more services with more efficiency to those in need. As a CAN Board Member he first had to persuade that organization's founders (parents of a son with severe autism) and Members loyal to the founders that the vision of a merger was clearly in their best interests. That more research, stronger state and federal laws supporting services, greater awareness and more local community grants could be forwarded through a merger. Given that the majority of the Board were all parents of children with autism, I always found it a tremendous testimony to John's character that they would not only trust his vision on the merger but then appoint him their lead negotiator to get the merger done.

Sitting opposite John at the merger table I quickly understood why he was chosen. Throughout twelve months of up and down negotiations he never lost sight of subsuming ego while always staying focused on what was best for families with autism.

6

John negotiated a tripling of private funds dedicated to research into the genetic causes and environmental triggers of autism from the Autism Speaks Board. Additionally, the advocacy framework he negotiated ended up ensuring both national and local support resulting in over $1B of NIH research dedicated to autism as well as the ultimate passage of 50 separate state mandates providing insurance covering services for children with autism nationwide. The successful finalizing of the merger created the largest Autism nonprofit not only in the United States but the world and led to the United Nations declaring World Autism Awareness Day celebrated in perpetuity every April 2nd around the globe.

Once the merger was complete John was invited to sit on the Board of Directors of Autism Speaks continuing his involvement with the cause. He helped to create an annual $1M event in Northern California while also personally contributing to numerous Autism Speaks events in New York City throughout the years. Additionally John was one of the Board's most generous philanthropists through his annual major gift giving.

Generous, philanthropic, doing for others less fortunate than himself, leading, a visionary selfless to his own plight. This is the John Wilson I had the honor and pleasure of getting to know while serving the Autism community and continuing to know to this day.

Thank you.

Sincerely,

Mark Roithmayr
Chief Executive Officer

**Conquering Alzheimer's**       57 West 57th Street, Suite 904       T. 212 901 8000
**Through Drug Discovery**        New York, New York 10019            www.alzdiscovery.org