# EXHIBIT 74

*David N. Siegel*
*2945 Scott Street ● San Francisco ● California ● 94123*
*(dave.siegel@me.com)*

November 30, 2021

The Honorable Judge Nathaniel M. Gorton
U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: Character reference for John Wilson

Dear Judge Gorton:

I am writing this character reference on behalf of John Wilson of Lynnfield Massachusetts. I have known John for 38 years as a work colleague and friend and we have stayed in close contact throughout. We met in 1983 at Bain & Company in Boston and worked together there, subsequently at Northwest Airlines, and later from 2010-12, at Hyannisport Capital. During these nearly 40 years, I have known John to be of the highest integrity and moral character and feel compelled to provide this character reference to the court.

For most of the past 25 years, I have worked as a turnaround CEO for various companies including: Avis Budget Group; US Airways; Gategroup AG; and Frontier Airlines. I have worked hard to save multiple companies from liquidation, turning them into thriving businesses savings thousands of jobs and creating long-term security for employees, most of whom belong to labor unions. I am self-made, getting my first job at age 7 and putting myself through college and graduate school. My formula for career success has been simple: hard work, humility, honesty and sincerity. John shares these same core values which is why we have enjoyed a strong professional and personal bond.

I worked for John at Northwest Airlines right after the first Gulf War in the early 1990s. It was a time of great distress for all airlines and Northwest was on the brink of bankruptcy. To save the airline, we needed the support of our unions, management, lenders and strategic partner and largest shareholder KLM Dutch Airlines. I worked closely with John and the rest of our team to develop and implement the transformation plan to save Northwest. During this time of deep crisis, I saw the trust that John was able to build with all stakeholders with his genuine, thoughtful and transparent approach.

While John has had a successful business career, first and foremost, John is fundamentally a good person -- a loving husband, devoted father and exemplary family member. During their 30-year marriage, John and Leslie have raised three grounded children despite their financial success. Like myself, John came from a modest background and achieved success through hard work and high integrity. In his daily life – whether at work or at home -- John has always sought to instill this work-ethic and honest approach in others. John has always led by example.

1

Over the years, I have watched John invest heavily in his family, especially his children. While his career was spinning at a million miles per hour, he slowed everything down at home, creating a safe, stable and nurturing environment. John would regularly attend swim meets and water polo games, and still found time to coach soccer and baseball. He was always present, not passive, and inspired his children to work hard and do their best. Perhaps the most vivid memory that stands out for me is watching his then 9-year-old son John Jr. train hard and then swim from Alcatraz to San Francisco to raising $30,000 for Hurricane Katrina victims.

I have always admired how John has maintained a positive, almost unflappable attitude in the face of adversity. This includes the current trial which has obviously been extremely difficult on both John and his family. However, there is one time when I saw that strong façade crack and I observed John dig deep into his soul to find the strength to really help others. That was 10 years ago, in October 2011, when his nephew Andrew was critically injured while an Army Specialist on patrol in Afghanistan. It weighed on John heavily, like nothing else in his life; John paused his career to help his brother and nephew adjust to a new life as a wounded veteran. John's emotional support was instrumental in navigating their difficult transition to a new and very different life. John also provided support financially, making meaningful donations to both the Wounded Warriors Project and Active Disabled Americans.

Finally, I should note how John has consistently been actively and deeply committed to the communities in which he has lived. For example, he has been involved in various local charities and at a national level, and for 20 years as a board member and audit chair of Autism Speaks (and its predecessor Cure Autism Now). He has regularly donated and help fundraise for to his children's schools, local public schools, the church as well as other deserving charities.

I could continue to cite examples of John's strong character but let me simply conclude by saying that I have always found John to be one of the very few people in my life that I could completely trust and rely upon for help and advice, and that I will always respect and admire John.


Yours Sincerely,

David N. Siegel

2

From: Matthew C. Le Merle

January 10, 2022

Dear Judge Gorton,

I would like to provide a note to describe my 20 years experience with your client John Wilson and provide evidence of his good character and generous and community oriented history of giving.

I have known John for 20 years since he was COO and CFO of Gap Inc. and I served with him as Head of Strategy and Corporate Development and later SVP Gap Brand Global Marketing.

In my years working with John directly, I was always impressed by his vision, discipline and hard work. He was instrumental in the creation of the strategy for Gap and Old Navy, which not only greatly improved the lives of many millions of Americans who relied upon the company for their everyday clothing needs, as well as for the provision of the same for their children, but also for the 450,000 American's who were employed by the company.  John made a real difference for a huge number of citizens in his role at the company.

Just as importantly as the result, I also saw John live by values that will be familiar to every American. John believes in liberty, equality, democracy, individualism, unity, and diversity. In a short letter like this I can't provide examples, but I have them. He is the very epitome of a self made American who has lived by the country's values from the first days of his humble birth.

Later, we were both members of YPO and I saw John continue his leadership role both in executive positions, and also in his enormously charitable activities. John has been philanthropic to a fault, always ready to give very large sums of money to organizations and to purposes that he and others believed in.

While I know nothing of the Singer web into which John was entrapped, I know that John would have wanted to support his own Alma Mata and would have thought nothing of giving large amounts to support the institutions that might become the same for his children.
It is my understanding that John did not seek Mr. Singer out. Rather John was introduced to him by one of America's oldest and most trusted institutions. An institution that serves many wealthy people like John and which has seen its Alumnae serve at the very highest levels of American government and law making.

It seems unfair that John should be receiving the blame when he was told to trust someone that was highly recommended to him. I know that John's generous nature would have made it very easy for him to be taken advantage of.

From: Matthew C. Le Merle

Ultimately, all an American citizen can hope for in situations like this is a fair trial before an impartial judge and jury, and fair and equitable treatment if they are found to be wanting.

I hope that John is treated fairly and equitably as he has always treated others. As noted above, millions of Americans have benefited from his hard work. And he has given millions of dollars to charitable causes throughout his life with no expectation of a return.

I ask that you treat such an outstanding American in the American way.

Yours sincerely,
Matthew

4

Guvarinder (Gogi) Grewal

3320 Sawmill Valley Drive

Mississauga, Ontario, Canada, L5L 2S2

416-949-5192

gogi.grewal@rogers.com

November 5, 2021


To: The Honorable judge Nathaniel M. Gorton

U.S. District Court, District of Massachusetts

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, Massachusetts, 02210


Re: Character Reference for Court Regarding John Wilson


Your honor:


I, Guvarinder Grewal am very pleased to be writing this character reference letter for John Wilson who I have known since September of 2012. I reported to John from February 2013 to February 2015. John was the President, Staples International and Head of Global Transformation, based in Amsterdam, the Netherlands, while I was Senior Vice-President, Head of European Retail. Since then, for the past 5 ½ years, we have stayed in close contact as I consider him a dear friend.


John is a positive change agent:

When I first met John, I quickly understood he was a man determined and skilled to build a plan to change the negative financial results trend within the European business. Unlike other strategies I have seen that solely focus on cost cutting, John humanized his plan, building high level engagement through open communication with the senior level European management teams. The fact is significant change needed to happen. Transforming a business is very difficult without unconditional buy in from the leaders of the organization. John brought full transparency to decision making and action planning thus gained the outmost respect for his openness and leadership style. What was even more impressive, was the respect he gained from the European Works Councils (similar to Unions however Associate run). The Works Council felt uninformed and disengaged. John once again used his transparency to have

them fully participate in plans to turn the business around and take steps towards growth in the future. This relationship/partnership did not exist in the past.

John rewarding the over and above effort

As you can appreciate, handing out awards or prizes for achievements below targeted results was difficult to do from a Company perspective. Most compensation bonuses are rewarded with profits over and above budgeted targets. While early momentum was being built through new action plans and strategies, we needed a jolt to accelerate the progress. John surprised everyone during a Pan-European leadership team meeting, announcing multiple initiatives with incentives to make this happen. John would Self-Fund these initiatives ensuring Staples Europe incurred no over and above costs that may have affected the overall profits. This was an unbelievable gesture on John's part. Rewarding trips, Gold coins and Silver dollars, was one of his ways to show his appreciation for all the above and beyond effort by the European Team. Needless to say, while results did get a boost, more talk was about John's generosity and willingness to show his appreciation which was lacking in the prior leadership team.

John's humbleness

I have told this story at least 1,000 times. A story about John's character specifically his humbleness. The Leadership team was at an offsite meeting for a couple of days. On day two, I started to feel a slight headache come about early that morning. I decided to take an Advil hoping the headache would pass but also threw an extra one in my shirt pocket just in case I needed it. The headache gradually got worse throughout the early meetings. Luckily a scheduled break was called and while others made their way to grab some snacks in the hallway, I stayed back and poured myself some water to take the extra Advil I had brought with me. As I reached into my pocket and started to pull out the Advil, the pill slipped out of my hands and landed somewhere on the carpet. Unfortunately for me the shade of the carpet was very similar to the one of the liquid gel Advil that fell on it. I got on my hands and knees and started to search for it but no luck. After a couple of minutes of searching, someone else on his hands and knees bumped into me asking "what are we looking for". To my surprise it was John. The President, Staples International and Head of Global Transformation and my Boss, was on the floor helping me look for a pill! I have thought about this often and asked others if they could name a Boss or anyone else, they worked with who without asked would go on their hands and knees to see how they could help, and no one including myself could name anyone. It was a lasting memory and not a one-off gesture. John consistently showed his willingness to help others and try to support them. It's just the way he's built.

Role Model

I was fortunate to spend a lot of quality time with John over the two years I reported to him in Europe. While I thought I worked hard and smart while having high expectations, I observed John and clearly understood there was plenty more for me to learn and address. There was no ego. He was one who led others by example and not one who would just tell people what to do. He was a tireless leader, who was fully committed to his job and his Team. While riding home from the airport one evening, I asked

John a very candid question.  Why are you working for Staples?  Not only why are you working for Staples, but if you are putting in all this time, energy and personal sacrifice, why not just work for yourself?  Not surprisingly John had a powerful answer.  The reason for all of this was his children.  John wanted to ensure his kids understood what it took to be a successful business executive.  Nothing comes easy.  Nothing comes without sacrifice.  John wanted them to understand what they were headed towards as they matured and grew older.  A true role model.

I can sincerely go on a write many more positive examples about John Wilson's character.  John has had a tremendous influence in my work life.  He has not only made me a better Executive, but John has also made me a better person.

Sincerely,

Guvarinder Grewal

**GORDON GLOVER**

LYNEBURG STEADING
CHARTOWN ON SPET PH26 3RW
UNITED KINGDOM
Telephone: +44 7955 801091          Email: gorglov@aol.com

1 November 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210
USA

Dear Judge Gorton,

I have known John since 2012 when he became CEO for Staples Europe and asked me to take on the role of Head of Transformation. At that time I was CFO of Staples International businesses (including Europe) and was delighted to take on the new role for the following reasons.

- John's reputation as a world class business leader was already established with several successes in large companies
- John's vision for Staples Europe (which was struggling as a business) was clear and compelling and he did not sugar coat the challenges that would need to be overcome to deliver the vision
- John's willingness to listen, absorb and discuss the scale of the task and in particular the complexity of making significant change in a business that operated in 20 plus different countries with their own jurisdictions.
- John was also recruiting a first class leadership team to deliver his vision.

As Head of Transformation I worked extremely closely with John on a daily basis and during the three plus years we worked together I found him to be an exemplary leader and boss. His greatest strengths were providing a clear vison and articulating reasons for change throughout the organisation, holding people accountable to their commitments and listening very carefully to his colleagues in a very fluid and complex business environment. The transformation of Staples Europe required a completely new operating model which led to a significant reduction in workforce in most European countries, each with its' own labour laws.

John always took time to understand labour legislation in each country and in those three plus years that we worked on the transformation he ensured that we did not contravene any laws of a country. This was a complex situation with often labour, works council and trade union laws to be respected and again John was clear to the organisation that we should not ignore or contravene any of the rules.

This approach was reflected in the trust John built with the European Works councils which allowed us to implement the necessary changes to the business model more quickly than would typically be the case with an American business operating in Europe.

During the transformation John took several personal actions that demonstrated his empathy and understanding of how the changes were impacting individuals in the workforce. Staples Europe was struggling financially when John arrived and examples of his thoughtfulness and generosity were

## GORDON GLOVER
LYNEBEG STEADING
GRANTOWN ON SPEY  PH26 3NW
UNITED KINGDOM
Telephone: +44 7955 803091          Email: gorglov@aol.com

- In his first year he voluntarily took a 10% reduction in his personal salary to share in the pain of the changes needed for the European transformation
- In subsequent years, out of his own personal funds, he rewarded individuals at all levels of the organisation. He spent time looking at each individual situation and personally shaped the reward for the individuals concerned in a way that reflected their effort or sacrifice as well as maximized the personal impact on the recipient.

    ○ To recognise "over and above" actions to help deliver the transformation and those who made personal sacrifices to help reach our goals.
        ▪ He would fly employee families to the US for a vacation if work had prevented them going on a previously planned trip
        ▪ He also paid for employee and child tickets to attend championship soccer matches when work commitments forced them to miss prior soccer matches with their families
        ▪ He awarded 1 ounce gold and silver coin awards for an individual employee's exceptional performance whether it be at European and local level.
        ▪ He personally paid for an employee's honeymoon trip (including air and hotels) when work had forced them to reschedule their original honeymoon.

    ○ To provide personal leadership and help to promote giving back to the communities where Staples Europe had a presence
        ▪ He financially supported local charities promoted by employees across Europe
        ▪ He often also by example and gave his time to many causes, including:
            • Mowing lawns at Ronald McDonald Houses
            • Serving meals at homes for the elderly and infirm
            • Personally (and publicly) recognizing employees who had made significant contributions to their local charities

My best guess is that these actions would have personally cost John over $50,000 per annum.

In conclusion during the time I worked with John I found him to be an inspiring leader with generosity and thoughtfulness that I had not seen before in a senior executive. The transformation of Staples Europe involved immense change in a complex legal environment and the only conclusion I could draw about John having worked closely with him is that he is a man of integrity and compassion.

Yours sincerely,

Gordon Glover

9

November 8, 2021

HENRIK ZADIG
Liljeholmsgränd 4
S-117 61 Stockholm
SWEDEN
e-mail: hzadig@me.com

Re: Character Reference regarding Mr. John B. Wilson

To Whom It May Concern:

I have known John Wilson since 2012 when he was CEO of Staples Europe and
recruited me from American Express in London to lead Staples Europe Online
division as Senior Vice President, based in Amsterdam, the Netherlands. I
decided to join Staples because John presented a very compelling strategy to
turn around the Staples European division.

I reported directly to John and was a member of his European Leadership
Team. The work at Staples was very intense and we worked very hard and
closely together to execute the turnaround plan. We were colleagues until
August 2016 when I departed Staples to take on a new role as CEO of an e-
commerce company in Sweden. We have since then stayed in close contact.

John is a terrific business leader with a strong vision. He's also an extremely
generous person, both in the sense of financially generous and generous with
his own time and focus. I will share a few examples to illustrate this.

- Upon his appointment as European CEO in the fall of 2012, John quickly
  formed his new European Leadership Team, a high caliber executive
  team. John and the team devised a Turnaround plan for Staples Europe
  which it was to share with the rest of the company in a 2-day
  conference to gain buy-in for the plan. The team put in a big effort to
  prepare for this event, including during the weekends. During one of
  the breaks, John handed out a personal gift; a Macintosh laptop, to
  each of us 10 executives as a 'thank you' for our commitment. John had
  self-funded this.

- To stimulate company sales, John organized sales competitions for the
  sales teams and top management. The winners would get a paid trip to
  the US together with their family, including staying in John's house on
  Cape Cod alongside entertainment activities like baseball games, boat
  trips, whale watching etc. I would estimate around 25 European
  executives, including their families, were awarded in this way. And given
  that the Staples business was struggling financially, it was all funded by
  John himself.

- To stimulate personal leadership initiatives among all Staples employees, he set up a company-wide Recognition program, funded by John himself, where the award was a Silver coin, and, for substantial achievements, Gold coins, together with public recognition. This became very popular within the company and helped to galvanize the organization and stimulate everyone to do their very best.

- John organized countless dinners for many central and local Staples teams to build morale and bring the teams closer together. These often took place during evenings or weekends when John otherwise would have been off duty, but he thought they were important for the teams and the company, and it gave him a chance to be close to the teams to hear what was on peoples' minds. John typically paid for these events from his own pocket.

- On two occasions my family and I was invited to spend time with the Wilson family in his house on Cape Cod. The hospitality offered by John is always of an extraordinary level. That's just how John is. But what impressed me the most was that John on several occasions took my children out together with his own children to do lobster hunting or sailing, so that my wife and I could get some time to enjoy Cape Cod on our own. That's real generosity.

In conclusion, I have worked with John for 4 years and have known him for 9 years. He's an incredibly inspiring and effective business leader. I can without hesitation say that his generosity is on a completely different level from what I have observed in all other business leaders I have worked with around the world during my 25-year long career. It was a pleasure working with John – he has taught me a lot about business and leadership.

Yours sincerely,

Mr. Henrik Zadig

Michael Patriarca
1020 High Street
Dedham, MA 02026

November 17, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Honorable Judge Gorton,

I have known John Wilson for 28 years, 6 years working closely with John at Staples. Over this time, I observed John to be a brilliant, motivational leader with a high moral compass and outstanding integrity. Also, having watched John personally interact with his family, it was evident he is a loving husband and parent devoted to instilling the same moral character and integrity in his children. John has the strongest work ethic I have ever witnessed. Between his many hours working and devoting time to his family, it is hard to understand when John has time to sleep.

John is an honest business leader and will not put up with any questionable actions by his team. This was best demonstrated when I worked with John to sell the European division of Staples. As John coached us in preparation for management meetings with potential buyers, he constantly stressed to our leadership team that we be completely honest in our presentation of the business and present both the strengths and weaknesses while fully disclosing any potential financial or operational challenges. As his CFO, John specifically challenged me to be completely transparent on all actual and potential liabilities in the business.

While working in Europe, I had the opportunity to visit with John and his family. There were many occasions when I had both business meetings and social engagements with John at his home. I also came to know John's children and was impressed by their maturity and character. Although John had the financial means to provide whatever his children needed, he also demanded they work at an early age to understand the importance of a strong work ethic. While visiting John in Massachusetts I learned his daughters had a job as sailing instructors for younger children at a local organization.

John was also very charitable at work and in the community. John served on multiple boards for Autism and other charitable organizations. He led many programs to give back to the community while President of Staples Europe such as mowing lawns at the Ronald McDonald house and servings meals for the elderly.

In addition, John was very generous with his employees. As CFO I know that John spent a significant amount of his personal money to reward employees for outstanding work, teamwork and community involvement. John purchased, from his personal funds, gold and silver coins to award to individuals demonstrating outstanding work. In addition, John also rewarded employees from Europe to visit his home in Massachusetts for a paid vacation. John is the most charitable leader I have come across in my 36-year career.

There are many other examples of John's strong moral character, honesty and charity. John has positively impacted many people and I can absolutely state I am a better person having known John Wilson.


Yours sincerely,

Michael Patriarca

Thomas Nowak
Birkenwaldstr. 195
70191 Stuttgart
Germany

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210
USA

1st of December, 2021

Dear Honorable Judge Groton:

I am writing you as a character reference to John B. Wilson. I was introduced to John in 2014
when I became member of his Executive Management Team at Staples Europe. He impressed
me not only with his vision for Staples Europe and the European market in general, but also as
a human being, willing to always actively listen and doing everything in his power to support
his teams and develop individuals on all levels of the organization.

As far as I am aware, he was recognized by everyone not only as incredibly intelligent, but also
as very empathetic, caring and thoughtful. He did not only work the hardest of all employees,
but he also went the extra mile to create a pleasant and fair business environment, despite the
transformation Staples had to go through, as it was a loss-making business in Europe when he
took over as a CEO.

Memorable for all employees are his generosity and personal contributions to many individuals
and teams. He did not only voluntarily accepted reduction of his salary to support the financial
situation of Staples, but he also used his personal money to reward individuals, that otherwise
would not have received anything, because of the loss-making business. He personally paid
for business trips, dinners, bonussed, awards, sales competition awards, and many more. All
of that was in addition to numerous donations for good causes outside the business.

John was and still is the most inspirational business leader I have ever had the honor working
with. I have learned a lot from him and will always recommend him as a most honest and
trustworthy person.

With kind regards,

Thomas Nowak

14

Patrick Niclas Legro

54 Parkfield Road

Ickenham

UB108LW

United Kingdom

legrop@yahoo.com

T: +447436283826

Ickenham, December 5th 2021

To: The Honourable Judge Nathaniel M. Gorton

U.S. District Court, District of Massachusetts

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, Massachusetts, 02210

Re: Character Reference regarding John Wilson

Dear Judge Gorton,

I am writing to you as a character reference for John Wilson who I have known since October 2014.
John recruited me for the role of Managing Director for the Stapels UK business followed by the role
of Head of Retail Europe the following year.

I will never forget our first meeting which was at his family home in Amsterdam on a Sunday
afternoon. He and his wife gave me a warm welcome to their lovely home and John was totally
different from any other CEO I ever met or worked for. He was chatting about life in general, my
interests, family and life experiences. He wanted a sense of me and not the skill set for the job that
speak for themselves in an CV. We hardly actually spoke about the role itself. From that moment I
knew I wanted to work for and with John.

In the following years I was responsible for driving a massive transformation in the company which
was painful. It dealt with having to let people off which was hard as we were dealing with livelihoods
and impacted families and many years of loyalty. And in the exercises John was an Amazing support.

He would advise me how to support the teams affected. How to make sure all leaving did that with
mutual respect and appreciation. I took his advise and thus the process ran smooth with mutual
respect, care and dignity. John trademarks

In those years of working together John was like a coach to me. I had managed large teams in the past but he brought strategic insights to managing organisations through change. He brought empathy and compassion. He inspired people and mostly myself. A role model.

My wife, Katerina, who is an experienced and certified psycho-therapist was impressed by John's aura and his empathy and understanding of people. She talked about him in the theory of the circle-of-life and how you can influence yours and others circle-of-life in a very positive way. John could and did this.

John would also reward individuals from his own personal funds. He recognised personal achievement and contribution at all levels in the organisation and would reward the with tailored gifts as he knew their interest and what would please them. He would go the extra mile to understand this in his team.

As well John would award over-and-above achievements with 1 ounce silver or gold coins that he would pay for himself. You can imagine what that does to people to be treated this way

Another vivid example was in relation to Pia, our Manager Sales Operation in Norway. Due to work related matters she had to postpone her wedding and Honeymoon. John picked up on this sad situation and arranged and paid from his own funds a honeymoon to Venice for her and her then partner. He covered airfare, hotel and even a bottle of champagne and flowers in the room upon arrival.

John would, when visiting the US, bring back t-shirts from sports teams in kids sizes and would give them to the parents of employees for their children. Often kids he had never met. Pure generosity and showing he cared about the family wellbeing.

John invited many employees and their families to his home in Massachusetts for a well-deserved break and would support by paying for airfare and meals where needed. Something unheard of in my professional life to come across somebody so generous with no personal gain from it.

I remember having a discussion with John about my kids growing up. The context was my desire that even if our kids grew up in a somewhat privileged environment I wanted them to respect the value of money and the importance to work or be productive in life. You need to work and go the extra mile if you want to achieve something in life like I had to growing up myself. John gave me precious examples of how he raised his children with that value which helped me formulate it for my children.

John was always working! He seldom slept, and we joked about that a lot. That's how dedicated he is and was to everything he did. And never complained

And what I appreciated most in John was the most basic of traits that I as well live by: 'What you see is what you get'. No nonsense, no hidden agenda, No covering up, NOTHING of that sort.He is what you call a straight shooter at all times under any circumstances.

To this date John and I stay in regular contact. Whenever I need advice on a work related matter or opportunity or just to have a chat I would give him a call or vice versa. He would give sound advise and make me consider the opportunity or issue from several perspectives. Or we would just have fun 'shooting the breeze'.

He *always* asks to come and visit to spend family time together, something I cherish from a former Boss and good friend because that's what friendship is all about.

As you can understand John has had a tremendous influence in my work life and has shown me what being a caring and great person is all about in the circle-of-life.

Sincerely,

Patrick N. Legro

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Gorton,

**Re: Character reference letter John Wilson**

My first contact with John Wilson was a phone call early 2012, it was before his arrival to Europe entering the position as President of Staples Europe. Without any pre information about the incoming call John just phoned me, wanting to create a contact with some key stakeholders of his new European team. He asked open questions about me, my Swedish Staples Team, why we had some sort of success in our country and what my thinking was about the Staples Europe's somewhat troubling situation. It was a very warm call, I felt seen, recognized, he knew things about me, and my 5-year career within Staples and he was genuinely interested in learning more and listening to my view. It felt great and created a base for a very fruitful cooperation for the next 5-6 years ahead.

That kind of unexpected move to create a trustful relationship is typical for Mr. John Wilson. I have met a very large number of smart, powerful, and successful leaders but no one has even been close to the combination on incredible intellect, his ability to rapidly digest large amounts of information and being so genuinely interested in people, family, hobbies with a warm and social touch and a willingness to always help people. It was both very demanding to be close to John but also fun, creative, and easy.

There are a lot of positive examples of the way John took the European Team on a journey to turnaround the business in Europe over his time where we felt involved, a part of creating the strategy and executing upon it. Yes, we all new that John had a background of successfully building a financially strong base through his earlier jobs. But to put his own personal and private money into the European Business to build it stronger wasn't anything we had seen before, and probably never will see again.

He did those "investments" in employees rewards from his own pocket due to the fact that the European business was loss making since several years. He didn't want Staples as a company to pay for his way of creating ownership, involvement, and engagement. He paid for many reward programs personally without asking for reimbursement from Staples and with those actions we established a good, warm, and inspiring way of working together.

We had several European Leadership meetings with a very distinct agenda. We worked hard during those meetings, but we always ended, started, or in between added something with a "special John Wilson personal touch". It could be a speed rescue boat arrangement out on the icy cold North Sea, hot air balloon rides over Amsterdam, wine vineyard visit, special arrangements over dinner, music or other entertainment events and theses parts of the meeting were always paid for privately by John. To those meetings he had often gifts to all the management staff. It could be electronic equipment, clothes, bags, chocolate, or something to remember the meeting and our challenges ahead by.

The most compelling and very inspiring way to build an incredibly strong commitment level around the full European organization was his way to launch the Silver & Gold coin celebrations to publicly recognize an individual's impressive performance. The Silver and Gold coins (with a value of 250 and

18

1000 euros each) was handed out by him personally after discussions with us in the European Management Group to recognize and applaud very good performances. Only in the region under my responsibility he handed out over 45 "coins" over a 2–3-year period. This was made during bigger conferences but also in smaller groups in weekly/monthly meetings, he travelled around Europe week after week to join meetings and build the company stronger and to personally thank and recognize our top performers on a very personal level.

He was also very interested in many of our key people and their families and/or private engagements. It was not only once he took full responsibility if a holiday trip with a family needed to be changed due to an important meeting that was rebooked or booked late. To enable that key person join the group meeting John simply booked a replacement trip (often a better trip) at a later occasion taking full personal coverage for the cost.

Of course, celebrations of different goals achieved, birthdays or just to create a good atmosphere was on the agenda around the business.

He also acknowledges key people over yearly results with fully paid trips to his own summer house in Cape Cod, with everything included also during the full stay. I was personally invited with my wife and two kids for a 10-day visit. Everything was included with flights, transfer from airport, food, golf, lobster boating trips and restaurant visits. Over the years I think he had 7-8 families only from the Nordic Region to visit Cape Cod. For many of the chosen ones this was a once in a lifetime event and created a long-life commitment to John, his family, and Staples.

On a personal level I was involved as a board member in the Swedish Staples Headquarter city, Borås and their local football team, IF Elfsborg. To show his support on me also expanding my hard way of working with something totally different and outside the professional commitment he personally sponsored the football club and their very fine work for the society "Vi Tillsammans". The club helped people with functionality and mental health problems, they supported people being far away from naturally getting a job with "practice places", they had lectures with school kids on IF Elfsborg values and working together to become stronger as a group and society. Staples had worldwide programs and donations for this kind of commitment, but John supported me extra with his own personal money to show me how important I was for him and how this also was a role model for building me stronger as a leader.

I have only good things to say about Mr. Wilson and his way of building relationships with others, involving himself on a very personal level. It is very genuine. He did this over and over, not for public fame or recognition for himself or any personal benefits but to do good things for the teams and whatever causes were important to them. do this just because he can and not. John has been a very inspiring mentor and role model for me and how I want to become in the future.

Sincerely,

Mats Karlsson

Former VP and Managing Director, Staples Nordic Region
Managing Director Baker & Bloom Investments AB

19

To: Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Amsterdam, the Netherlands, 9th November 2021

Dear Mr Gorton,

I was asked to send you a character profile of John Wilson. Please find a short description below.

It was autumn 2012 when I first met John when he joined Staples Europe as CEO. After a few weeks of getting to know each other, it became clear that John is a unique person. A hardworking, clever, integer and empathic person. A strong and experienced business leader but also a warm and generous man.

His passion for growing a business translates into an enormous amount of energy. John has a strong drive, he is well informed in many area's and is very intelligent. He is a strong business leader since he is able to combine previous qualifications with a very human and sympathetic approach towards people. He treats people respectfully irrespective their position or opinion. He listens to people, debates with them and tries to reach a consensus. He isn't the kind of person who instructs people top-down, neither a person who misuses his position as CEO.

In John's team I was CFO and worked with him for approximately 5 years. Although the monthly figures weren't always pretty, I never was pushed to "polish" them. Neither did I have issues regarding claims for personal expenses, demonstrating his integrity. John was pushing for the max but always respecting local laws and acting within the boundaries. For example during a reorganization we had to accept the constrains coming from the labor law in the Netherlands and the works council procedures in France.

John also had an eye for local communities. He initiated annual 'giving back' activities in which Staples Europe associates were performing social work. I remember one of our off-sites, where John voluntarily made a donation to the local coast guard organization supporting their good work.

He is strong in motivating people by using "the carrot and not the stick". He is able to release someone's intrinsic motivation. John is trustworthy and shows a true interest in others. He invited team members and their spouses at his own house and for boat-trips. He also came over to my house meeting my family. He is very generous, enthusiastic and likes to make people comfortable. He continued to do so after returning to the US showing his sincere motives in maintaining relations. He asked about personal life and offered help without hidden agenda but truly wanting the best for someone.

Hopefully this description helps you in getting a better profile of John Wilson.

Your sincerely,

Coen Boevé

20

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Bingelrade, 13 December 2021

Honorable judge Gorton,

I understand that my former boss and friend John Wilson has been accused of several actions related to a court case against Mr. Singer and approximately 50 parents, trying to get their children into university. I must say I was surprised that John was part of that group of parents, simply because that is not the way I know John and does not fit the type of person I belief John is. Let me please explain you a little on why I say that, as I have experienced John as a very supportive and nice person, who lives according to a high standard of values and beliefs. For that reason I decided to write you this letter.

I have met John in a situation where the president of Staples Europe was replaced by John as my new boss. I was responsible for Supply Chain in Europe and as such part of his management team in Europe in the years 2014 – 2018. When he joined us in 2014 he at first had the image of a rich American with a great professional career, that was put in this position by the mother company and as such would quickly and single handedly transform the business in Europe. However it became clear very quickly that he did not fit the profile of a hierarchical leader, with a very directive style and/or personality. It was (to my surprise) more the opposite. He is a wise and open minded personality that is truly engaged with the society and due to his experiences in the past has developed a true interest in society and the people that work for him. For that I wanted to give you some examples that describe his personality and therefor also describe why I was surprised he was accused of the things he was accused of.

The first best example is the way he tried to make a real team from his management team and that he was doing that on his own personal way. He told very personal / private stories of his experience in the past indicating how he has changed from a career oriented and materialistic oriented way of life into a true family man and care about the people in his direct environment. That is of course a modern way for leaders to create a sense of belonging of their teams, but the way John did this was special. As a symptom of this, he started several ways of incentivizing people and also paying attention to people all through the organization that was genuine and not planned for as a way you would normally see in business. Some examples:

- John is a man of little sleep and of much travel. He was going back and forth between the continents and within Europe and while traveling he dedicated a lot of his time to make drawings of all the things he visited. For the people that mattered the most and had great achievements a donated these drawings, always with a special note.

- In order to show appreciation of great achievements, John introduced a coin program, the silver and the golden coins. For all good work, he personally donated (not paid by Staples, but himself) silver coins to me to reward my team all over Europe for great achievements. On top of that he issued golden coins to his leadership teams in country, to celebrate these events and did all of that on his personal account, not on a business expense

- At the start of the transformation he gave the entire team mac-books just as a gadget in order to show his appreciation that we were on his team. Every quarter we had a great event like a balloon trip, rescue exercise in the ocean, beach sailing, etc and all on his personal expense.

- As a more extreme example he  also offered a large group of employees to make a trip to the Boston area and stay (also with his family) in the beach house in Boston and I believe in total about 40 to 50 people visited him over the years. I can still ask my kids how they appreciated the visit, how John went the extra mile to make sure we had a good time, including  private trip on his boat to the Islands and to join a baseball match in the world series. All of that on his personal account just to show me how he appreciated the work and the support.

- And as this is not enough, he also found out that me and my son are fanatic soccer fans of both Ajax Amsterdam and FC Barcelona. Barca played the finals of the Champions League, comparable with the super bowl in the US, and he invited the 2 of us for that match together with him and his son. Again all on his personal account and he wanted to show his appreciation.

He also thought about how he could help my daughter and introduced me to Mr. Singer as a person that could help me in getting my daughter to a US university, as she was a good field hockey player and sailor of a catamaran and she wanted to go to the Boston area. I have actually talked to Mr. Singer  who I now believe is  central in this court case. Given all the best intentions John had for me and my family I am sure he would not have done that had he known Mr. Singer was acting improperly. Also in my conversations about this with Mr. Singer it was all about the tactics how to prepare for the applications and selection of universities and nothing related to what I believe the content of the current court case actually is about.  In the end my

daughter ended up at a European university, but the moral of the story is that (I did not know) John paid this consultant to help my kid.

I thought it would help my dear friend to at least share what he has done for me and my family over the years and hopefully also helps you understand why I am surprised by the current situation.

Best Regards,

Bas Beurskens,
Bingelrade, Netherlands

**From**: Monica Roose

Houten, 3991 CB

The Netherlands

**To**: Nathaniel M. Gorton

Judge, U.S. District Court, District of Massachusetts

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, Massachusetts 02210

**Date: 10/31/2021**

**RE: Character reference letter John Wilson**

Your Honour,

I have known John Wilson since 2013, when I joined Staples in Amsterdam, during a very ambition transformation time for Staples Europe. John Wilson was the President of Staples International and Head of Global Transformation. He was my line manager.

It has been a great pleasure working with John, who was an inspirational leader, with high energy and drive, acting like a true chief support officer for the teams that were engaged in a very ambitious and complex transformation program. He is exceptional at judging people's talent and skills and assigning the best person for a specific task, but also supporting the person to be successful. He was doing that by providing guidance, coaching and personal example. For example, in turbulent times after a very difficult system implementation, he was personally in the field, to listen to the pain of the people impacted by the change and made sure that management will provide support. He engaged in the difficult conversations with the customers along with the sales teams, which was an example of active help to the field teams in that time.

He brought from the US silver and gold coins, purchased from its personal resources and would use them to personally thank and reward high performance associates or exceptional results. He always did that by adding a personalized "thank you" note.

For Christmas, he gave to the entire management team and MD in Europe, as well to the team in Amsterdam Nut Craker dolls. Those gifts were accompanied by personalized Cristmas cards, that included personalized drawings of European buildings and individual messages.

Next to that I would mention the hundreds of t-shirts and hats he brought back from the US on multiple trips to give to high performing teams as a reward for their results.

Always caring for the working environment at the HQ, he was personally involved in the re-design of the building and he paid himself for the video wall (9 screens, mounted in the lobby) used to welcome associates and create a good informative environment.

I know him leading community services, each year, personally and with corporate teams. For example, when he was at the Ronald Mc Donald's home, not only that he actively participated in the assigned activities (cooking for the occupants and cleaning the rooms), but also, being impressed by the courage and the energy of a young girl who was fighting cancer, he personally donated toys and various other objectives to cheer her and others up. Similarly, I was impressed by his enthusiasm to coach young students from ROC (Dutch college), guide them and reward the most creative ideas, also during annual community services activities.

He also made a number of donations to different organisations: from the North Sea Rescue to the Clini Clowns.

John was my mentor. He spend effort in helping me to improve my boardroom communication skills, supporting my education, and coaching my carrier steps.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. It is my believe that John is a hardworking, generous and a good person.


Thank you

Monica Roose

4500 Muchmore Road
Cincinnati, OH 45243

November 11, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Gorton,

My name is Ronald Sargent and I am writing to you today in support of John B. Wilson.

I first met John 30 years ago when he joined Staples as a senior executive in our financial function. John served in this role for five years before leaving to join The Gap as their Chief Operating Officer. I thought very highly of John's strong and positive impact on Staples, and rehired him to run our European Division for several years ending in 2017.

To be clear, I have little knowledge of the current issues relating to his recent trial. My goal today is to share that John has a long history of being charitable to both organizations and individuals.

At Staples, John led Community Service Days for his entire team. As President of the European Division, he personally funded incentives for top performers, family trips to the United States, and hundreds of silver and gold coins for individual performers. He also showed personal leadership when he voluntarily reduced his own salary during the restructuring of the European business.

Outside of Staples, John has supported many educational institutions, charitable organizations, and individuals. Most of these donations were not public, but reflected his strong commitment to helping others. John has given both money and time, and I feel that these many good deeds should be reflected in John's file as you consider next steps.

Many thanks for allowing me to weigh with my support of John and the many positive examples of his character.

Sincerely,

Ronald L. Sargent

Ronald L. Sargent

Deborah J. Rogers
2588 Pine Prairie Avenue
Henderson, NV  89052

January 9, 2022

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 COURTHOUSE Way, Suite 2300
Boston, MA  02210

Dear Judge Gorton:

I have known John Wilson since 2004, when I became his executive assistant.  John came from very
humble beginnings.  He worked hard as a teenager and was never given a free pass, and always worked
hard for what he got.  He wasn't handed a golden parachute, he earned it.  He worked hard, got a great
education, and made something of himself, the old-fashioned way, and it paid off.  There should be no
shame in the accomplishments John has achieved and related wealth that he has earned.

With his success, John afforded many opportunities to those less fortunate, sharing his wealth with
many charities, employees, coworkers' family, and friends, and not only sharing his money, but also very
giving of his time as well.  He's always giving back and very generous.  He also doesn't just throw money
at you; he makes the gifts personal to the individual.  For example, for me, he knows I love music, so for
an employment anniversary gift for 15 years employment, he gave me tickets to a concert that he knew
I would enjoy, he made it personal, and it was so appreciated.  When he was working for Staples in
Europe, he gave gifts of silver coins to employees, and trips to his executive team, as tokens of his
appreciation for all their hard work.  He has hosted many fun events at his home for various clubs, kids'
classmates, employees, friends and the list goes on and on.  When an employee was recovering from an
illness, he saw to it that food was sent to the home for the week.

One of the things that impresses me most about John is how he is so involved with his children.  He
provides them all the opportunities to learn through extensive travel which afforded them the
opportunity to experience different cultures and through these travels and experiences gave his children
a greater respect for the world we live in.  He was involved with coaching their teams and being present
to support them when not in a coaching role.  He is and continues to be a hands-on dad.  He also
provided adventurous learning opportunities not only for his kids, but for his kid's friends as well.  Mr.
Wilson is Mr. Fun!

His business sense is brilliant and having had the opportunity to learn from John has been a wonderful
gift.  He has been a great boss, mentor, and pain in my side (in a good way of course) all these years.  I
appreciate his kindness, and not just in a monetary sense, but his compassion for me and for others.  He
would be the first person to help if you needed it.

Is John the perfect, person, of course not.  He's human just like you and me.  He is by far the best
delegator out there, and at times, that may not have served him well.  He's not one to trust in the

27

beginning, you earn that trust over time.   To a fault, John trusts too much and has been taken advantage of.   He doesn't pay close attention to the details as he takes a more high-level approach on business matters.  He makes his decisions based on all the information available and recommendations from his trusted professional advisors.

Thank you for your time.

*Deborah Rogers*

Deborah Rogers

January 8, 2022

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re:  Character Reference Letter – John Wilson

Dear Judge Gorton,

My name is Alison Sencabaugh, I work for John Wilson as his Executive Assistant.  I started this position on January 4, 2021.  Even though I have only known John for a year he has been extremely kind and considerate to me.

2021 was a very difficult year for me personally.  My brother was found deceased in April; this was so heartbreaking to my family.  John was so supportive of me taking all the time I needed to grieve and arrange for services.  He drove over an hour to my home to deliver a large amount of food to us, along with a beautiful Lily.  His thoughtfulness was very much appreciated by my family and me.

In early June I was diagnosed with Breast Cancer and underwent 2 surgeries to remove my tumor and cancerous tissue.  John was so kind, caring, and compassionate.  Again, he had a large amount of food delivered to my home.  He did not want myself and my family to worry about anything but my wellbeing.  He called me often to check on my health and how I was feeling.  He always tells me both he and his wife keep me and my family in their daily prayers.  That has been such a great comfort to us.

John allowed me all the time I needed to complete my radiation treatments, checking in often to make sure I was feeling well and how I was handling the treatments.  He always asks if I needed anything and what he can do to help.

In September I fell and injured my right ankle, it required reconstruction surgery which I underwent in early November.  He didn't hesitate to make sure I was well cared for and if I needed any additional at home services to help in my recovery.  Allowing all the time I need to complete my recovery and my ongoing Physical Therapy.

I feel so blessed to have been placed in the path of meeting and having the opportunity to work for John.  He has made a very difficult year so much easier to bear.  As an employee I felt completely supported.  He always put my health and wellbeing first which I appreciated more than I can convey.

Thank you for your consideration in reading my Character Reference for John Wilson, he is an amazing, kind, and compassionate person.

Kindest Regards,

Alison Sencabaugh
31 Clifford Street
Taunton, MA  02780

Telephone Numbers

(818) 784-7848
(818) 784-2685

# Anthony A. LeWinter

**16255 Ventura Boulevard, Suite 600**
**Encino, CA  91436-2311**

E-mail Address
aal@lewinterlawgroup.com

December 10, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

**Re: John B. Wilson**

Dear Judge Gordon:

I am writing this letter to you to let you know my experience with John B. Wilson.

I a California attorney who has been practicing business law for 45 years.  I have represented 2G Digital Post, Inc. ("2G") for more than 20 years.

I first met John when he acquired approximately one-half (½) of the shares of 2G in 2003.  My first impression was that John was a bright man and hard negotiator, but one who was always aware that it was important to be legal and ethical and to consider the future consequences of his actions.  In this case he was becoming a partner in a business with the man from whom he purchased the shares and wanted to be sure that he dealt fairly with him.

Through 18 years of my continued representation of 2G, my opinion of John has not changed.  Through dozens of negotiations, John has in every instance instructed me to try to get the best deal possible for 2G, but <u>never</u> to push anything to a point where it would be even arguably illegal or unethical or could result in the future in damage to the business or reputation of 2G.

Most recently, John tasked me to devise a plan to assist another shareholder in mitigating the unwinding of a tax deferral.  I presented a number of potential plans, all of which passed the IRS standard of more likely than not being upheld on audit.  John insisted on a higher standard – that it <u>would</u> be upheld on audit – even though those plans would actually cost John more money to assist the other shareholder.

I hope that this information will assist you in understanding who John Wilson is.

Very truly yours,

Anthony A. LeWinter, Esq.

December 04, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Your honor,

I have known John Wilson since 2015, when I was hired as a salesperson in his company, 2G Digital Post. After 2 years I took over running operational aspects of the company in addition to retaining my sales role. Around 6 months later I took over the company as President & CEO. Prior to working at 2G Digital I had worked in the Postproduction industry for 33 years in various operations and sales roles at 5 other companies.

John took a chance hiring me in 2015 and then 2 years later by giving me the operations role and then a much bigger chance giving me the President/CEO role. I will be forever indebted to him for giving me those opportunities and for spending many, many long hours mentoring and counseling me on running the business. For that, I have I have learned skills I would never of had the opportunity to learn that will remain with me.

What I quickly learned about John was that he was a very fair, giving, and knowledgeable businessman. John has been an extraordinary influence on me since first meeting him and I continue to learn from him on a regular basis. John has an incredible wealth of business knowledge, and from the beginning, John was always ready to share that knowledge with me, and anyone else who was interested as well. I have learned as much or more about running a business from John in m my 7 years working with him as I had in my prior 33 years.

After first starting at 2G Digital, issues came up between me and the then CEO. John handled the conflict using techniques I had not seen used in business before, such as offering to have both of us read a book on self-deception. John handled the situation with amazing gracefulness.

John has also been extremely generous with respect to the employees at 2G Digital. When the company has done well, John insists that success is shared with everyone in the company by giving bonuses, rewards, and special gifts. John is always looking after the employees at large to ensure that they are fairly compensated and treated with dignity.

In this letter where I refer to working with John, I have chosen to use the words worked with rather than for, because working with John is truly a collaborative effort. I speak with John on an almost daily basis, and he never dictates to me, he always respects my views and ideas; and although he owns the company, never uses his position to make demands.

Over the 7 years I have worked with John, John has consistently demonstrated to me and all the people I have witnessed him interact with, a strong sense of respect, honesty, and integrity in every aspect of what he does. I have only known him to be a fair and honorable man of upstanding character and I feel very fortunate that I have had the opportunity to work with him.

Yours, sincerely,

Jordan Jacobs

October 28, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Honorable Judge Gorton,

My name is Karl Blanchard, and I was the Chief Operating Officer for Weatherford International, a publicly traded international energy service company, from August 2017 until I retired in February 2021. I am writing you today to provide a character witness statement for John Wilson, of Lynnfield, MA. I am aware that Mr. Wilson has been found guilty on charges related to the college admissions scandal. While I am not familiar with the details of this situation, I can attest to John's personal character as I witnessed it, from our time working together.

I came to Weatherford International as part of a management team task with transforming a troubled company facing severe financial problems. As part of that effort, John Wilson was hired to act as our Chief Transformation Officer in January of 2018. It is through this association that I came to know John. Over the course of the next 15 months, John and I worked closely together.

From the time we first met, I found John to be one of the most energetic and enthusiastic leaders I had ever worked with. John's first request was to spend a few days immersing himself in the company and our business. I traveled with John visiting manufacturing centers, field service offices, and actual work sites where our company delivered our goods and services. Whether it was on a manufacturing floor or in a field shop, John greeted each employee with a smile and genuine interest in the person and what they did for our company. Through this initial interaction, I witnessed first-hand John's humility and genuine respect for people, regardless of their position or rank.

John's primary responsibility in the transformation effort was to work with and lead internal teams, made up of individuals from multiple levels, focused on improving specific areas of the company such as Manufacturing, Product Development, Sales, Finance, etc. working on hundreds of improvement initiatives. Working with John, I witnessed first-hand, his focus on helping others better themselves and feel confident in their abilities. He established the "Silver Coin" award, designed to recognize individual initiative leaders, for outstanding effort and/or results. By awarding them a Silver Coin (US Mint silver dollar), John made sure that those deserving, received recognition.

John traveled extensively working with our global sales organization, lending his expertise on sales and pricing strategy. He not only held training seminars for our teams; but was eager to sit down one on one with any sales associate, to help them develop proposals to be more successful. He routinely followed up with individuals to hear their progress. John's personal engagement with individual employees showed his commitment to people, regardless of their title. His zest and enthusiasm in this area energized our employees.

Page 1 of 2

Throughout his time with our company, John was known to challenge the organization and individuals to push themselves to be better. He wanted our employees to reach their own individual full potential, not just for the company's sake, but to see individuals learn and grow for their own benefit. Employees still speak about the positive impact John had on their own thinking and belief in themselves.

Probably the most important example I have regarding John's character and humility is a weekend he spent hosting several company employees and their families at his home in Hyannis Port, MA. It is important to note that these were not company executives, but rather mid-level managers and supervisors that John worked with daily. Aside from paying for everyone's travel, John opened his home to these families, and graciously welcomed them to a fun weekend, including outdoor barbeques (John personally cooked), holding elaborate treasure hunts for the kids (John designed the hunts and participated in the hunts with the kids), and taking the kids out to check lobster pots (something kids from Texas will likely never forget!).

In summary, my personal experience with John Wilson was a man of character, integrity, honesty, and humility. His energy and enthusiasm were infectious in our company. His respect of individuals and passion to help them reach their full potential, regardless of their rank or position, was heartfelt and genuine. Hundreds of individuals at our company are better today because of John's impact on them.

If you have questions, or further information is required, I am available, and can be reached through email at karljulie2@yahoo.com, or by phone at (405)-534-0967.


Yours Sincerely,

Karl Blanchard

Karl Blanchard

Page **2** of **2**

34

Kyle R. Pounds
12211 Broken Arrow
Houston, TX 77024
(713) 380 7937
kyle pounds@yahoo.com

January 9, 2021

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Honorable Judge Gorton,

I am pleased to write to you on behalf of John Wilson. I was privileged to get
to know John through a work project, where I worked side-by-side with John
on a daily basis for about a year and a half. As a result of this project, I spent a
substantial amount of time working and traveling around the world with John.
I saw him in a variety of situations, both inside and outside of the work setting,
and got to know him well personally.

During the time I spent with John I found him to be a man of integrity, who was
consistently generous with his time, knowledge, and resources. John desired
excellence not only in the work we were doing, but also took it upon himself to
elevate those around him. John took a genuine interest in those involved in
the project and always made himself available to the team, serving as the
consummate encourager and motivator to those around him.

One of the mechanisms that John used to motivate people during our project
was his giving of the "Silver Coins." John purchased these coins with his own
resources, and he used them as a means to recognize people in our project
for doing exceptional work. This was just one of the tangible ways that John
encouraged and motivated those around him to excel. John loved giving the
coins, as it was a way he could motivate and celebrate the success of others.
Although this seems like a small thing, it was really impactful to those who
received the coins, as it was often an emotional event for them. John has a
genuine interest in making the people around him better.

John is also a dedicated family man. During our time together, John spoke
extensively about his family, especially about his children of which he is
immensely proud. On one occasion, John invited several of the project team

members to his summer house for a weekend.  John, as always, was a very generous and thoughtful host as he went to great lengths (at his own expense) to make sure that we felt welcomed and comfortable in his home.  Through this experience, I also saw John interact with his family, and it was clear to me that John is a devoted and involved parent, who makes it a priority to provide a loving home for his family.  Although John had a very busy work life, it was evident that he made time to be involved in the lives of his family..

John is one of the most brilliant business people I have ever encountered, and has unmatched drive, enthusiasm, and energy to improve things.  He also cares deeply about his family and those around him.  I am grateful and feel blessed to have known John, as he has helped shape and mold my life and I am a better person for having known John.  I am confident that he will continue to positively impact those around him in a significant way, just as he impacted me.

Should you have any questions, or want additional information, I can be reached at the contact information included in this letter.  I appreciate your time.

Sincerely,

Kyle R. Pounds

36

Nathaniel M. Gorton
Judge, U.S. District Court, District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Gorton,

My name is Joe Isaac, a resident of Houston, TX. I am a Mechanical Engineer and graduated from the University of Texas, Austin. I have worked in management roles in the energy industry since the year 2000.

I am writing to you, to personally provide a character reference for Mr. John Wilson. I have known John since 2018, when John began working as a consultant in the organization I am a part of. During this period, I had the privilege of spending a great deal of time with John, both professionally and away from work. I would describe John as an extremely thoughtful, generous, inspirational and hardworking individual.

Even as a consultant, John held a significant higher rank than myself and my peers, yet he was always extremely down to earth and spent a great deal of time coaching and mentoring me and others around me. He worked extremely long hours, but I was always impressed with the fact that John would carve out hours out of his busy schedule weekly, for those who needed help improving their performance.

John was very keen to recognize and reward people who were working hard and performing well. He reached deep within the organization to identify these people and recognized their achievements publicly with motivational words and awards in the form of silver coins. John bore the cost of these silver coins personally. His words and actions were uplifting, motivational and built self-confidence.

I would like to provide another example of John and Leslie Wilson's generosity. John invited myself, several of my peers and our families, over to his home in Cape Cod, for the 2018 Labor Day weekend. John recognized there were several people on the invitation list who could not afford to pay for their own airfare. He decided to pay for everyone's trip in its entirety. John covered all the airfare, food and entertainment for nearly 40 people. Not only were John and Leslie very generous with their financial resources, they spent a great deal of their own time ensuring all the kids and adults were extremely comfortable and entertained. This was very admirable for a family that had plenty of their own priorities. One of the most memorable parts of the weekend was a treasure hunt, which John personally arranged for all the kids. He created over a dozen very creative clues, which he hid all over his property. At the end of the treasure hunt, the kids found a treasure chest buried in his yard full of silver coins. John easily invested a day of his time, putting together this treasure hunt. Two years later, my young daughters still look back fondly at that treasure hunt. I was not necessary for John to do this, but he did it because he truly cared about us. During this trip to Cape Cod, John arranged for unlimited biplane rides for all his guests, nice dinners, a trip to Martha's Vineyard. He personally gave sailing lessons, caught us a few lobsters and personally cooked them for us. John and Leslie spent the entire long weekend with us. For people in their socio-economic status, I was touched by how generous they were with their time.

I honestly believe John Wilson is a wonderful person and an asset to our society. He has a great deal of knowledge and experience to offer people who have aspirations to do better in life, but have lacked effective mentoring. I know this first hand because John has spent dozens of hours with me, imparting his knowledge and experience.

I therefore implore you Judge Gorton, to consider my first-hand experiences with John Wilson, before you arrive at your decision.

Respectfully,

Joe Isaac

15311 Waldwick Dr.
Tomball, TX – 77377

Joeisaac77@gmail.com