# EXHIBIT 76



August 11, 2023

**BOARD OF TRUSTEES 2022-2023**

Jennifer B. Fulton, President
Peter K. Levitt, Vice President
Erica Pappendick, Secretary
Kennett Burnes, Treasurer

Martina Albright
Tess V. Atkinson
Todd B. Bland
Carol Brayboy, LICSW
Jackie Brice Deravil '05
Lia Der Marderosian
George C. Estes
Euridio Evora '01
Åsa Fanelli
The Rev. John H. Finley IV, Ex-Officio
C. Fritz Foley
The Rt. Rev. Alan Gates, Honorary Chair
Jamie Gerrity
Dennis Goldstein
Zachary Gund
Jude Jason
Peter M. Keating
John F. Kennedy
Jenna Miller
José A. Rosa '02
Annagret Sacerdote
Alicia A. Southwell
Anne Thorndike
Linda C. Wisnewski
Mindy Wright

**Head of School**
The Rev. John H. Finley IV

**Principal**
Dr. Michelle G. Sanchez

To Whom It May Concern,

  I am writing to recommend John B. Wilson unreservedly for his work here at Epiphany School. Epiphany is a tuition-free, independent school for economically disadvantaged children and children who have been abused and neglected. After our students graduate in 8th grade, we stay with them for the rest of their lives providing support like tuition-assistance, tutoring, college guidance, and career counseling. We have only three full-time staff members in graduate support and rely heavily on volunteers, and this is one area where John has been a godsend.

  Like many of our students, John grew up in challenging circumstances, and John is clearly committed to giving a helping hand to our kids like ours, using his considerable skills to help advance their careers. For example, one of our graduates founded the streetwear company called PYNRS (www.pynrs.com). John has been terrific in helping him grow the business. Not only has John been amazing in identifying the challenges, but John has also been a huge help in overcoming them. We at school may not have the expertise to help many of our graduates in their careers, but thanks to John and others like him our graduates have access to the same mentoring as their more affluent peers.

  Beyond mentoring individual graduates, John is also helping us with a major new initiative we are calling "Epiphany Impact." We founded our school back in 1997, and today there are now 31 new "Epiphany-inspired" schools around the world, but all together we are serving only about 3,000 children. In business, John has been incredibly successful in help businesses grow, and now John is helping us broaden our impact and help more children, and their families.

  In short, John is a good man who is eager to help. I recommend him enthusiastically.

Sincerely yours,

*[signature]*

The Rev. John H. Finley IV
Head of School

Honorable Judge Sorokin
U.S. District Court
One Courthouse Way
Boston, Massachusetts, 02210


My name is Kendall Shull, and I am writing this letter in support of John Wilson in advance of his sentencing. As the former Chief and Program Manager of the FBI's entire polygraph program, I fully understand the importance of establishing if someone is telling the truth and have seen firsthand how an individual wrongfully accused of a crime faces irrevocable damage in all aspects of their life — perhaps most deeply within their family.

With no personal knowledge of or connection to this case, I was requested to conduct multiple tests on John Wilson as it related to the accusations against him in the Varsity Blues college admissions scandal. I approached this assignment as I do all cases, with the sole purpose of determining the truth.

The process of testing John Wilson was extensive. I am not sure I've spent as much time or performed as many tests on a single individual in one day in my entire career. He was adamant about his truthfulness; he suggested multiple areas for additional examination that he wanted tested to prove his innocence beyond the primary accusations of fraud, bribery, and conspiracy. I was astonished by his confidence that he would pass every single test. As a test regarding a particularly relevant issue ended and another began, I never shared the results with him. Due to the nature of the tests, the potential for national coverage, and the personal impact on his life and family, I made every effort to conduct each test to the absolute highest standards in order to withstand any future scrutiny.

I have played a significant role in many high profile national and international FBI cases during my career. John Wilson's case reminded me of another case with someone who was wrongfully accused that I handled years ago: Brian Kelley — a CIA agent who was suspected of passing critical secrets to the Russians in the 1990s. No matter how unwavering I was about the results of the polygraph tests I conducted, that Brian Kelley was innocent, everyone working on this counterespionage case thought that Mr. Kelley somehow "beat" my tests. He was sent home on administrative leave and a cloud of doubt and shame surrounded him. He was cleared a few months later when FBI agent Robert Hanson was exposed as the actual Russian spy. By then, Mr. Kelley's professional life had been destroyed and his personal life severely impacted.

Just like in Mr. Kelley's case, I know John Wilson is telling the truth.

I administered, thoroughly reviewed and scored John Wilson's tests myself. In an effort to continue remaining impartial and certify the results beyond a shadow of doubt, I also commissioned two other experts to review my work, Don Krapohl, the former head of the CIA's global polygraph department and one of the world's most recognized leaders in credibility assessment as well as a separate former polygraph supervisor from the FBI's Washington headquarters. They both confirmed what I already knew to be true: John Wilson was telling the truth about each relevant question on every test.

John Wilson was wrongfully charged and convicted. His appeal overturned every one of the fraud, bribery, and conspiracy charges. It's unfortunate that all of the facts related to the remaining tax conviction did not come into evidence during his trial. Although his tax conviction remains, I am confident that John Wilson never knowingly or intentionally broke any laws nor violated any college admission policies.

I sincerely hope that the truth does ultimately prevail and that I may have played some part in clearing John Wilson's name.

*Kendall Shull*

Kendall Shull,

Former Chief, FBI National Polygraph Program Plus Attachment

## ADDENDUM – POLYGRAPH QUESTIONS AND ANSWERS

| Question | Answer |
| --- | --- |
| Did you agree with Singer to put any fraudulent materials into any of your children's college application documents? | No. |
| Prior to 2019, did you ever read the athletic profile that Singer prepared for your son in 2014? | No. |
| Before college did your son play water polo for top 10-20 nationally ranked teams? | Yes. |
| At the time you paid money to Singer, did you know Singer's college application process was illegal? | No. |
| Did Singer tell you that contributions to his charitable organization were totally pass through to the university programs? | Yes. |
| Did you verify with the USC coach, a separate USC administrator and your tax advisors that making donations through Singer's organization was legitimate? | Yes. |
| Did a senior USC athletic administrator tell you that your donations through Singer's organizations were appropriate? | Yes. |
| Did you bribe or direct anyone else to bribe any college official to violate their college admissions policies? | No. |
| Did you agree for anyone to change the results of any of your children's college entrance exams? | No. |
| Did one of your daughters get a perfect score on her college entrance exam? | Yes. |
| Did all of your children score in the top 92-99% on their college entrance exams? | Yes. |
| Did you verify that each of your children's test scores put them in the middle 50% range or above for their targeted colleges? | Yes. |
| Is HPC Inc. your wholly owned Sub S corporation where all donations and income are 100% consolidated with your personal tax returns? | Yes. |
| Does HPC have a multi-year history of making donations to various charities? | Yes. |
| Did your tax experts tell you the Key Worldwide Foundation was an IRS approved charitable organization? | Yes. |