# EXHIBIT 77

9163848802 2018-06-15 11:42:22 00782            Page   1

```
 1    Call Date: 2018-06-15

 2    Call Duration: 16:18

 3    Call Begin: 11:42:22
```

```
 4    Participants
```

┌─────────────────────────────────────┐
│   United States District Court      │
│      District of Massachusetts      │
│                                     │
│         TRIAL EXHIBIT               │
│            525                      │
│   Case No.   19-CR-10080-NMG        │
└─────────────────────────────────────┘

```
 5        RICK SINGER

 6        SCOTT TREIBLY

 7        GORDON CAPLAN

 8    File Name:     9163848802 2018-06-15 11:42:22 00782-001.wav

 9

10

11    SINGER:    Put your dad on the line.

12    TREIBLY:   Give em your shit, dude. Give em the razzle

13               dazzle, Rick.

14    SINGER:    No problem.

15    TREIBLY:   Alright, here we go. Gordon…Gordon, he's

16               coming, 2 seconds… Gordon?

17    CAPLAN:    Yeah.

18    TREIBLY:   Meet, Rick Singer, the Godfather.

19    SINGER:    Is this Gordon Gecko of Wall Street?

20    CAPLAN:    No, it's it's Gordon CAPLAN, how are you?

21    SINGER:    I'm only kidding with you Gordon, how are you

22               doing?

23    CAPLAN:    Yeah -I'm good. Uh - so, you just uh - my wife

24               has told me a little bit about what you guys do.
```

1

KGB 9/7/21

USAO-VB-01720464

```
 1                  Could you just, give me a little bit of
 2                  background?
 3   SINGER:        Uh, background of who we are or background on
 4                  what we can do?
 5   CAPLAN:        Uh both, please.
 6   SINGER:        Ok, so, who we are. We are a 290 million dollar
 7                  company that I own of 1,000 employees across the
 8                  US and 280 internationally. And what we do is we
 9                  help the wealthiest families in the U.S. get
10                  their kids into school. So we have the Gates',
11                  the Jobs', we have every NBA owner, every NFL
12                  owner, we got everybody. So what we do is we
13                  create a concierge service for all of our
14                  families to help them get into school. Every
15                  year there are- is a group of families,
16                  especially where I am right now in the Bay
17                  Area, Palo Alto, I just flew in. That they want
18                  guarantees, they want this thing done. They
19                  don't want to be messing around with this thing.
20                  And so they want in at certain schools. So I did
21                  761 what I would call, side doors. There is a
22                  front door which means you get in on your own.
23                  The back door is through institutional
24                  advancement, which is ten times as much money.
```

2

USAO-VB-01720465

```
 1              And I've created this side door in. Because the

 2              back door, when you go through institutional

 3              advancement, as you know, everybody's got a

 4              friend of a friend, who knows somebody who knows

 5              somebody but there's no guarantee, they're just

 6              gonna give you a second look. My families want a

 7              guarantee. So, if you said to me 'here's our

 8              grades, here's our scores, here's our ability,

 9              and we want to go to X school' and you give me

10              one or two schools, and then I'll go after those

11              schools and try to get a guarantee done. So

12              that, by the time, the summer of her senior

13              year, before her senior year, hopefully we can

14              have this thing done, so that in the fall,

15              before December 15th, you already knows she's

16              in. Done. And you make a financial commitment.

17              It depends on what school you want, may

18              determine how much that actually is. Um - but

19              that's kind of how the the side and back door

20              work. So like give me, give me an example of a

21              school that you think that you want your

22              daughter at?

23  CAPLAN:     Ok so I - uh - I went to Cornell. Uh, I've

24              already given about three quarters of a million
```

3

USAO-VB-01720466

| | | |
|---|---|---|
| 1 | | dollars there. |
| 2 | SINGER: | OK. |
| 3 | CAPLAN: | Um - she's about 150th or 170th top college |
| 4 | | recruit for - for tennis. And she- she - uh - is |
| 5 | | not a terrific student. Her grades, uh, |
| 6 | | particularly in - |
| 7 | SINGER: | I know she's got a D and C. I already know that. |
| 8 | | And she's gotta fix them. |
| 9 | CAPLAN: | Uh, and she's been testing very badly. Um. She |
| 10 | | does well in English and she does ah reasonably |
| 11 | | well in math. |
| 12 | SINGER: | Ok, so- so Gordon, let's let's be frank. Right? |
| 13 | | First of all, your 750 is diddly dink in the |
| 14 | | world. Like I have the Pritzker |
| 15 | | family, they've given 50 million to Cornell. |
| 16 | | tight? And I have all the Pritzkers). They they |
| 17 | | they only get one guarantee a year, and they ask |
| 18 | | for 5 or 6 a year. Okay? So here's the first |
| 19 | | thing we need to do. And I think I mentioned |
| 20 | | this to your wife. We need to get your daughter |
| 21 | | tested for a learning difference. Here's why. If |
| 22 | | she gets tested for a learning difference, and |
| 23 | | let's say it's my person that does it or whoever |
| 24 | | you want to do it, I need that person to get her |

4

USAO-VB-01720467

```
 1              100% extended time over multiple days. So what

 2              that means is we'll have to show that there's

 3              some discrepancies in her learning, which

 4              there's gotta be anyways. And if she gets 100%,

 5              Gordon, then, I own two two schools. I can have

 6              her test at one of my schools, and I can

 7              guarantee her a score. If it's ACT I can

 8              guarantee her a score in the in the 30s. And if

 9              it's the SAT I can guarantee her a score in the

10              1400s. Now, all of a sudden, her test score

11              does not become an issue with all the colleges.

12              Because she's strong enough. Then if we clean

13              up her transcript, then her ability with her

14              athletic ability, and her testing and her

15              getting better at school, it's much easier to

16              get her into school because you're not fighting

17              huge obstacles at the types of schools you're

18              talking about. Now, if we do that, there's a

19              financial consideration that you have to pay to

20              the school to get it done, because this is

21              absolutely unheard of, to make this happen. I

22              can make scores happen, and nobody on the

23              planet can get scores to happen. She won't even

24              know that it happened. It will happen as though
```

5

USAO-VB-01720468

```
 1              she will think that she's really super smart,
 2              and she got lucky on a test, and you got a
 3              score now. There's lots of ways to do this. I
 4              can do, I can do anything and everything, if you
 5              guys are amenable to doing it.
 6  CAPLAN:     Ok, so let me let me understand the two
 7              components of that. What is the, what is the –
 8              um – the number?
 9  SINGER:     So the number – the number –
10  CAPLAN:     (OV) At Cornell for instance.
11  SINGER:     Well, hold on a second. The number on the
12              testing is 75,000. Okay? It's 75,000 to get any
13              test scores you would like to get on the SAT or
14              ACT. Ok, that's-
15  CAPLAN:     Explain to me how that works.
16  SINGER:     I just explained it to you. You get extended
17              time, you gotta get the extended time first,
18              then you're going to fly to LA. And you're going
19              to be going on a fake recruiting visit. You'll
20              visit some schools, while you're out here in LA.
21              And then on a Saturday, which is the national
22              test day if its ACT or SAT, she's going to sit
23              down and take the test. I will have a proctor in
24              the room, that's why when you have 100% extended
```

6

USAO-VB-01720469

```
 1              time, you have- you get to take it at a- you
 2              don't take it with everybody else, you get to
 3              take it over multiple days. And you get to take
 4              it at a- you can take it at your school or
 5              another school. Okay? And then this kid, cause
 6              she's taking online classes, you have to go
 7              somewhere anyway. So you come to my school, take
 8              the test on a Saturday. She'll be in the room
 9              for 6, 6 and a half hours taking this test. My
10              proctor would then um answer her questions, and
11              by the end of the day, she would leave, and my
12              proctor would make sure she would get a score
13              that would be equivalent to the number that we
14              need to get.
15  CAPLAN:     Ok.
16  SINGER:     That's how simple it is. She doesn't know.
17              Nobody knows what happens. It happened, she
18              feels great about herself. She got a test a
19              score and now you're actually capable for help
20              getting into a school. Because the test score's
21              no longer an issue. Does that make sense?
22  CAPLAN:     That does. Now, what is the - um - what is the
23              number I have to give?
24  SINGER:     Now at Cornell? It'll depend. It'll be between
```

7

USAO-VB-01720470

```
 1              250, 250 and 5. Probably 250-350 to four,
 2              um, we did 4 of em last year at Cornell and they
 3              were over 5. But because she's a pretty good
 4              athlete, I think I can do it for less. But I
 5              would need to talk to them, and I need her
 6              transcripts to be cleaned up, and then it would
 7              be done. If you wanted to go somewhere else - I,
 8              I have to be frank with you - I don't know if
 9              Cornell Cornell is the right place for her?
10  CAPLAN:     It might not be.
11  SINGER:     I'll tell you why. Because, it is a grade
12              deflation school. And, I don't know if it would
13              be the best place for her. It's not a grade
14              inflation school, it's a grade deflation school.
15              Do you know what I mean by that?
16  CAPLAN:     I, I do I went there, so yes. No, I know.
17  SINGER:     Ok, so you worked your ass off and you're super
18              smart and you went Harvard or Stanford, and they
19              have 70 - so look at the difference, Harvard and
20              Stanford have 71% of their kids have an A, A-
21              average. And at Cornell, its 26%. Same kids.
22  TREIBLY:    Rick, where is a good school for her?
23  SINGER:     I don't know the girl yet. So I need to know if
24              I can talk to her and see how she's,what she's
```

8

| | | |
|---|---|---|
| 1 | | looking for socially. Because the social part of |
| 2 | | school and the team part of school is really |
| 3 | | important. So, I want her to feel comfortable |
| 4 | | and feel good. Right? At, at least for my |
| 5 | | perspective, she's  my daughter, that's what I |
| 6 | | want. |
| 7 | TREIBLY: | Gordon, Amy, where do you see her besides |
| 8 | | Cornell? |
| 9 | CAPLAN: | Well I don't necessarily see her at Cornell, |
| 10 | | it's just the school I know. Um...I'd like, |
| 11 | | look, she is, a a as Scott knows, a reasonably |
| 12 | | good tennis player ah she's not top 100. She |
| 13 | | may get close to that. Uh, she's a very social |
| 14 | | kid. Uh - and she is not that motivated |
| 15 | | academically, which we're trying to change, but |
| 16 | | we've been trying to change that for years. |
| 17 | | Uh - so I'd like her in a good academic |
| 18 | | environment surrounded by ah smart people that |
| 19 | | she could ah benefit from. Ah I don't want her |
| 20 | | at a party school, I think she would like to be |
| 21 | | at a party school. But I don't want her at a |
| 22 | | party school, because I think that will induce |
| 23 | | in her - um - adverse consequences for her. |
| 24 | SINGER: | So - let me - can I just throw out a bunch of |

9

USAO-VB-01720472

| | | |
|---|---|---|

1              names of schools that are - um - really good

2              schools but also they have, they're well

3              rounded sports programs, she'll

4              be busy, good kids, smart kids, hard to get into

5              kind of deal? I'm just gonna, I'm just gonna throw

6              out names of schools.

7   CAPLAN:    OK.

8   SINGER:    So we'll start at, we'll start with Duke, UVA,

9              Penn, Notre Dame, Northwestern, USC, Santa

10             Barbara, UCLA, Rice, UT, places like that. Again,

11             hoping that she's getting better as a player and

12             a year from now she'll be a better player than

13             she is today? Right?

14  CAPLAN:    Yup.

15  SINGER:    Um but those are all really good academic places

16             and she's not getting into any of them - on her

17             own.

18  CAPLAN:    Nope.

19  SINGER:    I mean, tell me if I'm in the right realm. I

20             don't even know if I'm talking your language, I

21             don't know.

22  CAPLAN:    No, you are. You're in the...those are the types

23             of types of schools. Now, the issues with Duke,

24             UVA, Notre Dame, UCLA, ah University of Texas

USAO-VB-01720473

```
1              are that they are very tough D1 tennis schools.

2              Uh - and - she's not likely going to be good

3              enough to play at a high level at those schools.

4              She'll be good enough to play, so those that

5              are in the top 30, of Division 1 schools,

6              she'll probably be able to play in the next 30

7              of Division 1 schools.

8   SINGER:    But - but -

9   TREIBLY:   Rick...

10  SINGER:    Yes sir, but that's a freshman, what about when

11             she gets a little bit older?

12  TREIBLY:   Rick, you know, um, those like Penn maybe. Uhh

13             UC Santa Barbara, Rice, uh would be the maybes

14             from a tennis standpoint. The rest of em are

15             gonna be - uhh - tough sledding.

16  SINGER:    Even, Notre Dame?

17  TREIBLY:   Notre Dame is gonna hire a really good coach

18             and they're gonna do way better coming up here

19             soon.

20  SINGER:    Ok.

21  TREIBLY:   Ummm. Rick, real quick, and then, you know,

22             like, I don't want Gordon to throw tomatoes at

23             me. But, what what about like the Richmonds,

24             Georgetowns, Tulanes, SMU's of world. I know
```

11

USAO-VB-01720474

```
 1               SMU and Tulane are a little social and party.
 2               But what about some of those tiers.
 3   SINGER:     Done deal. We can get that done easy.
 4   TREIBLY:    But what do you think? Does that fit Gordon's
 5               criteria being around intelligent, smart, you
 6               know, motivated people?
 7   SINGER:     (OV) It does. It's the next level down.
 8   TREIBLY:    And — and — and — like — here's the deal,
 9               Rick like I don't know, Gordon said to me,
10               like, last week, he goes, look...get into
11               Cornell it's easy to to do well. But you gotta
12               get in. And so.  But I'm also like get in and
13               want you to do well. You know what I'm saying,
14               like, and obviously we do want her to have
15               somewhat of a — we know that tennis is is not
16               gonna be the next you know Serena Williams, but
17               it's a nice, it's a nice medium for her you
18               know. And she's worked hard.
19   SINGER:     I get ya. I get ya. I get ya. I get ya. It's
20               just, those schools are, from an academic
21               perspective they're all, and she wouldn't get
22               in on her own, but they would still be good
23               enough academically. She would be able to get
24               many more A's than B's at those schools.
```

12

USAO-VB-01720475

```
 1                Whereas the group I just gave you, she would be
 2                getting many more B's than A's. It's just a
 3                matter of, here's here's the way I look at
 4                things, I look at young people today and I agree
 5                with with Gordon. If they're around really smart
 6                people, they're going to excel, and they're going
 7                to step up to the plate with the rest of the
 8                group. And they end up, it's okay to be a B A
 9                student instead of an A B student at the end of
10                the day. But you want to be around smart people.
11                I just need to know where you want to be in the
12                country and then we can make it happen. This is
13                this is not hard stuff to do, if I can get a
14                score and clean up her transcript, this could be
15                a done deal.
16  CAPLAN:       Ok. So, let's let's go back to the score -
17  SINGER:       But - but -
18  CAPLAN:       Go ahead - sorry -
19  SINGER:       Here's the problem. I'm here I just flew in
20                town, and I need to make a sale on a facility.
21                I'm buying a a ten-million-dollar facility right
22                now. And these guys are waiting on me. So
23                um - can I call can we figure out a way to talk
24                later, when I maybe when I'm on my way back to
```

13

USAO-VB-01720476

```
 1              the airport again?

 2   CAPLAN:    Sure. You want to just give me a call directly?

 3              I can ah-

 4   SINGER:    Sure, could you guys just send me all your info.

 5              That would great.

 6   CAPLAN:    Sure. Scott will send you my direct ah

 7              information.

 8   SINGER:    Great. And I apologize, I didn't expect to have

 9              the call.

10   CAPLAN:    No no no. Rick look I really do appreciate

11              this. I come off as a little - ah um - direct.

12   SINGER:    No, you can be direct because this is about [UI]

13   CAPLAN:    I'm just trying to get to the bottom of it

14              quickly. Look, if there's a way to get her, what

15              we need to get her on testing. She is not a good

16              test taker, and its 75,000 dollars, and you're

17              telling me you can that done. Consider that a

18              done deal with us.

19   SINGER:    I agree, totally agree. Alright, I gotta run.

20   TREIBLY:   Rick, I'll send you Gordon's cell.

21   SINGER:    Ok thanks.

22   TREIBLY:   Bye.

23   SINGER:    All right, Bye-bye.

24   CAPLAN:    Thanks.
```

14

USAO-VB-01720477

END OF AUDIO FILE

USAO-VB-01720478