# EXHIBIT 78

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

September 7, 2021

CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true copy of the Form 1040X, Amended U.S. Individual Income Tax Return, received on March 30, 2018, for John B. Wilson, SSN:  and spouse, Leslie Q. Wilson, SSN: _____ for the tax period ending December 31, 2014, consisting of sixteen (16) pages

under the custody of this office.

> United States District Court
> District of Massachusetts
> **TRIAL EXHIBIT**
> **501A**
> Case No.   19-CR-10080-NMG



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:

*Jay Elton*

Jay Elton, Supervisory Investigative Analyst
Internal Revenue Service – Criminal Investigation
Delegation Order 11-5

Catalog Number 19002E          *U.S. Government Printing Office: 2000 – 533-039/07196          Form **2866**  (Rev. 09-97)

USAO-VB-01720828

| Form **1040X** (Rev. December 2014) | Department of the Treasury - Internal Revenue Service **Amended U.S. Individual Income Tax Return** ▶ Information about Form 1040X and its separate instructions is at www.irs.gov/form1040X. | OMB No. 1545-0074 |
|---|---|---|

This return is for calendar year  [X] 2014   [ ] 2013   [ ] 2012   [ ] 2011
Other year. Enter one: calendar year _____ or fiscal year (month and year ended): _____

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| JOHN B | WILSON | ▇▇▇▇ |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| LESLIE O | WILSON | ▇▇▇▇ |

Current home address (number and street). If you have a P.O. box, see instructions.   Apt. no.   Your phone number
155 IRVING AVENUE

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
HYANNISPORT   MA   02647

Foreign country name _____   Foreign province/state/county _____   Foreign postal code _____

**Amended return filing status.** You must check one box even if you are not changing your filing status. *Caution.* In general, you cannot change your filing status from joint to separate returns after the due date.

- [ ] Single
- [ ] Married filing separately
- [ ] Qualifying widow(er)
- [ ] Head of household (If the qualifying person is a child but not your dependent, see instructions.)
- [X] Married filing jointly

**Full-year coverage.** If all members of your household have full-year minimal essential health care coverage, check "Yes." Otherwise, check "No." (See instructions.)
[X] Yes   [ ] No

Use Part III on the back to explain any changes

|  | | A. Original amount or as previously adjusted (see instructions) | B. Net change - amount of increase or (decrease) - explain in Part III | C. Correct amount |
|---|---|---|---|---|
| **Income and Deductions** | | | | |
| 1 | Adjusted gross income. If net operating loss (NOL) carryback is included, check here ▶ [ ] | 2,548,301. | 66,412. | 2,614,713. |
| 2 | Itemized deductions or standard deduction | 489,952. | -3,008. | 486,944. |
| 3 | Subtract line 2 from line 1 | 2,058,349. | 69,420. | 2,127,769. |
| 4 | Exemptions. If changing, complete Part I on page 2 and enter the amount from line 29 | | NONE | NONE |
| 5 | Taxable income. Subtract line 4 from line 3 | 2,058,349. | 69,420. | 2,127,769. |
| **Tax Liability** | | | | |
| 6 | Tax. Enter method(s) used to figure tax (see instructions): SCH. D | 649,577. | 27,490. | 677,067. |
| 7 | Credits. If general business credit carryback is included, check here ▶ [ ] | 477,765. | 483. | 478,248. |
| 8 | Subtract line 7 from line 6. If the result is zero or less, enter -0- | 171,812. | 27,007. | 198,819. |
| 9 | Health care: individual responsibility (see instructions) | | | |
| 10 | Other taxes | 30,810. | 602. | 31,412. |
| 11 | Total tax. Add lines 8, 9, and 10 | 202,622. | 27,609. | 230,231. |
| **Payments** | | | | |
| 12 | Federal income tax withheld and excess social security and tier 1 RRTA tax withheld (if changing, see instructions) | 326,206. | 598. | 326,804. |
| 13 | Estimated tax payments, including amount applied from prior year's return | 123,050. | | 123,050. |
| 14 | Earned income credit (EIC) | | | |
| 15 | Refundable credits from: [ ] Schedule 8812  [ ] Form(s) [ ] 2439 [ ] 4136 [ ] 5405 [ ] 8801 [ ] 8812 (2011) [ ] 8839 [ ] 8863 [ ] 8885 [ ] 8962 or [ ] other (specify): _____ | | | |
| 16 | Total amount paid with request for extension of time to file, tax paid with original return, and additional tax paid after return was filed | | | NONE |
| 17 | Total payments. Add lines 12 through 16 | | | 449,854 |
| **Refund or Amount You Owe** *(Note. Allow up to 16 weeks for Form 1040X to be processed.)* | | | | |
| 18 | Overpayment, if any, as shown on original return or as previously adjusted by the IRS | | | 246,634. |
| 19 | Subtract line 18 from line 17 (If less than zero, see instructions) | | | 203,220. |
| 20 | Amount you owe. If line 11, column C, is more than line 19, enter the difference | | | 27,011. |
| 21 | If line 11, column C, is less than line 19, enter the difference. This is the amount overpaid on this return | | | |
| 22 | Amount of line 21 you want refunded to you | | | |
| 23 | Amount of line 21 you want applied to your (enter year): _____ estimated tax | | | |

Complete and sign this form on Page 2.
For Paperwork Reduction Act Notice, see Instructions.   Form **1040X** (Rev. 12-2014)

JSA
4A0180 2.000
09697M 7136 03/01/2018 21:00:41 V14-7.6F 19990123C1   *INTEREST: $3,093

*Stamps visible: KANSAS CITY STATUTE APR 04 2018; RECEIVED 04/...; 03 30 2018; SEND TO KC STATUE; INTERNAL REVENUE SERVICE AP 03 2018; NOT TCB*

USAO-VB-01720829

AS AMENDED

| SCHEDULE A (Form 1040) | Itemized Deductions | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Information about Schedule A and its separate instructions is at www.irs.gov/schedulea. ▶ Attach to Form 1040. | 2014 Attachment Sequence No. 07 |

Name(s) shown on Form 1040: JOHN B WILSON & LESLIE O WILSON

Your social security number: [REDACTED]

**Medical and Dental Expenses**
Caution. Do not include expenses reimbursed or paid by others.
1. Medical and dental expenses (see instructions)
2. Enter amount from Form 1040, line 38
3. Multiply line 2 by 10% (.10). But if either you or your spouse was born before January 2, 1950, multiply line 2 by 7.5% (.075) instead
4. Subtract line 3 from line 1. If line 3 is more than line 1, enter -0-

**Taxes You Paid**
5. State and local (check only one box):
  a. [X] Income taxes, or .... STMT 4 ........... 222,369.
  b. [ ] General sales taxes
6. Real estate taxes (see instructions) .......... 60,985.
7. Personal property taxes .......... 1,591.
8. Other taxes. List type and amount ▶
9. Add lines 5 through 8 ............ 284,945.

**Interest You Paid**
Note. Your mortgage interest deduction may be limited (see instructions).
10. Home mortgage interest and points reported to you on Form 1098 ...... 30,800.
11. Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶
12. Points not reported to you on Form 1098. See instructions for special rules
13. Mortgage insurance premiums (see instructions)
14. Investment interest. Attach Form 4952 if required. (See instructions.) ...... 20,274. STMT 4
15. Add lines 10 through 14 ............ 51,074.

**Gifts to Charity**
If you made a gift and got a benefit for it, see instructions.
16. Gifts by cash or check. If you made any gift of $250 or more, see instructions .. SEE STATEMENT 4 ...... 220,215.
17. Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500.
18. Carryover from prior year
19. Add lines 16 through 18 ............ 220,215.

**Casualty and Theft Losses**
20. Casualty or theft loss(es). Attach Form 4684. (See instructions.)

**Job Expenses and Certain Miscellaneous Deductions**
21. Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ ...... 2,500.
22. Tax preparation fees
23. Other expenses - investment, safe deposit box, etc. List type and amount ▶ SEE STATEMENT 5 ...... 19,265.
24. Add lines 21 through 23 ...... 21,765.
25. Enter amount from Form 1040, line 38 ...... 2,614,713.
26. Multiply line 25 by 2% (.02) ...... 52,294.
27. Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- ............ NONE

**Other Miscellaneous Deductions**
28. Other - from list in instructions. List type and amount ▶

**Total Itemized Deductions**
29. Is Form 1040, line 38, over $152,525?     SEE STMT 6
  [ ] No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40.
  [X] Yes. Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter.     ...... 486,944.
30. If you elect to itemize deductions even though they are less than your standard deduction, check here ............ ▶ [ ]

For Paperwork Reduction Act Notice, see Form 1040 Instructions.                           Schedule A (Form 1040) 2014
JSA
4A1400 2.000

09697M 7136 03/01/2018 21:00:41 V14-7.6F 19990123C1

USAO-VB-01720834