UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.: 19-10080-LTS |
| ) | |
| JOHN WILSON, ) | |
| ) | |
| ) | |
| Defendant ) | |

**ASSENTED-TO MOTION TO CONTINUE DEADLINE
FOR PARTIES' REPLIES TO SENTENCING MEMORANDA BY ONE WEEK**

With the assent of defendant John Wilson, the government respectfully moves to continue, by one week, the current August 21, 2023 deadline for both parties to file their respective replies to the opening sentencing memoranda. *See* Dkt. 2705. Given the number of issues and arguments raised in the parties' respective sentencing memoranda filed on August 14, 2023, the government respectfully submits that a one-week extension will allow both parties to more sufficiently address those issues and arguments in reply memoranda in advance of the defendant's sentencing, which is scheduled for September 14, 2023.

Accordingly, the government respectfully requests that the Court continue the deadline for both parties to file their reply sentencing memoranda to August 28, 2023.

    Respectfully submitted,

    JOSHUA S. LEVY
    Acting United States Attorney

By: */s/ Ian J. Stearns*
    STEPHEN E. FRANK
    KRISTEN A. KEARNEY
    IAN J. STEARNS
    LESLIE A. WRIGHT
    Assistant United States Attorneys

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                */s/ Ian J. Stearns*
                IAN J. STEARNS
                Assistant United States Attorney

## LOCAL RULE 7.1 CERTIFICATION

  I hereby certify that undersigned counsel has conferred with counsel for the defendant, and counsel for both parties agree to the relief requested in this motion.

                */s/ Ian J. Stearns*
                IAN J. STEARNS
                Assistant United States Attorney