UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN B. WILSON,<br><br>Defendant. | Case No. 1:19-cr-10080-LTS |

**MOTION FOR LEAVE OF ALEXANDER JOSHUA WILSON
TO APPEAR PRO HAC VICE**

Pursuant to District of Massachusetts Local Rule 83.5.3, Defendant John B. Wilson and the undersigned members of the Bar of this Court respectfully requests that the Court permit Alexander Joshua Wilson to appear before the Court *pro hac vice* to represent John B. Wilson in this matter. Alexander Joshua Wilson is an attorney with the law firm Jones Day, and Defedant John B. Wilson has retained him to assist with this case. Attorney Wilson is a member in good standing in all jurisdictions where he is admitted, and there are not disciplinary proceedings pending against him in any jurisdiction. Attorney Wilson has not previously had a *pro hac vice* admission (or other admission for a limited purpose) to this Court revoked for misconduct. Attorney Wilson has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusets. The undersigned counsel, who are members of the Bar of this Court in good standing, agree to remain associated with Alexander Joshua Wilson throughout this litigation, and agree to attend all proceedings unless excused by the Court.

Attached as Exhibit A is a Certification by Alexander Joshua Wilson in accordance with District of Massachusetts Local Rule 83.5.3(e)(3).

2

WHEREFORE, Defendant John B. Wilson and the undersigned counsel respectfully request that this Court admit Alexander Joshua Wilson *pro hac vice* as counsel for Defendant Wilson.

Dated: August 17, 2023

Respectfully submitted,

*/s/* Lauren M. Papenhausen
Michael Kendall (BBO # 544866)
Lauren M. Papenhausen (BBO # 655527)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
lauren.papenhausen@whitecase.com

*Attorneys for Defendant
John B. Wilson*

Case 1:19-cr-10080-LTS   Document 2722   Filed 08/17/23   Page 3 of 3

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

In accordance with Local Rule 7.1, I hereby certify that counsel for Defendant John B. Wilson attempted to confer with counsel for the government on this Motion, and counsel for the government did not respond.

/s/ Lauren M. Papenhausen
Lauren M. Papenhausen

**CERTIFICATE OF SERVICE**

I, Lauren M. Papenhausen, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Note of Electronic Filing on August 17, 2023.

Dated: August 17, 2023            /s/ Lauren M. Papenhausen
                                  Lauren M. Papenhausen