UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN B. WILSON,<br><br>        Defendant. | Case No. 1:19-cr-10080-LTS |

**CERTIFICATION IN SUPPORT OF MOTION FOR LEAVE
TO APPEAR PRO HAC VICE**

Pursuant to District of Massachusetts Local Rule 83.5.3(e)(3), I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Alexander Joshua Wilson

2. I practice under the following firm name or letterhead:

    Name:     Jones Day
    Address:  250 Vesey Street
              New York, NY 10281

    Telephone: 212.326.3939

    Fax: 212.755.7306

    Email address: alexanderwilson@jonesday.com

3. I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| New York | October 16, 2007 | 4541363 |
| United States Court of Appeals, Second Circuit | May 27, 2011 | N/A |

| | | |
|---|---|---|
| United States District Court, Southern District of New York | April 13, 2009 | N/A |
| United States District Court, Eastern District of New York | May 12, 2009 | N/A |

4. I am in good standing in all bars of which I am a member.

5. I have reviewed and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

7. I have not previously had a *pro hac vice* admission to this Court (or any other admission for a limited purpose pursuant to Local Rule 83.5.3) revoked for misconduct.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on: August 17, 2023

/s/ Alexander Joshua Wilson
Alexander Joshua Wilson