UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN B. WILSON,<br><br>Defendant. | Case No. 1:19-cr-10080-LTS |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendant John B. Wilson.

Dated: August 24, 2023

Respectfully submitted,

/s/ Alexander Wilson

Alexander Joshua Wilson (NY # 4541363, admitted *pro hac vice*)
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone:  +1 212.326.3939
alexanderwilson@jonesday.com

*Attorney for Defendant*
*John B. Wilson*

2

**CERTIFICATE OF SERVICE**

      I, Alexander Joshua Wilson, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Note of Electronic Filing on August 24, 2023.

| | |
|---|---|
| Dated: August 24, 2023 | /s/ *Alexander Wilson* |
| | Alexander Joshua Wilson |