# EXHIBIT 81

United States District Court
District of Massachusetts

**TRIAL EXHIBIT**

**7255**

Case No. __19-CR-10080-NMG__

**From:** "Jack Bowen." <jbowen311@yahoo.com>
**Date:** December 11, 2012 at 11:15:08 AM EST
**To:** Leslie Wilson <leslie@leslieqwilson.com>
**Subject: Re: Two Notes.**
**Reply-To:** "Jack Bowen." <jbowen311@yahoo.com>

I get the names of All League and All CCS to college coaches. I know the Air Force coach too so he reached out. All part of the process.

I'll get some dates/times to you re. January. Given that you can make it during the day, it will be very easy to pick

AB-000817

a day to meet as I always have 1-2 hours free when I can meet.

We can touch base on much of this when I see you at tomorrow night's meeting too.

Best
Jack

**From:** Leslie Wilson <leslie@leslieqwilson.com>
**To:** Jack Bowen. <jbowen311@yahoo.com>
**Sent:** Monday, December 10, 2012 4:32 PM
**Subject:** RE: Two Notes.

Hi Jack,

Thank you for the follow up – I am curious how the Air Force Academy got Johnny's name. Did they see him at a water polo game? Meeting in January sounds great – what days are good for you? It would be a tremendous help to have a meeting when Johnny can be there to discuss college options. He has been on a few college tours and we will go to more over the Easter break so meeting in January would be perfect.

Thank you,
Leslie

**From:** Jack Bowen. [mailto:jbowen311@yahoo.com]
**Sent:** Monday, December 10, 2012 1:42 PM
**To:** Leslie Wilson
**Subject:** Re: Two Notes.

Hi Leslie,

Thanks for your note--and, wow, Christmas in Amsterdam sounds amazing! How nice for you guys to get some time over there.

Interestingly, I spoke to Johnny briefly at lunch. The Air Force Academy coach has expressed a real interest in Johnny. I didn't think Johnny would reciprocate that interest but when I asked him, he actually said that he'd

AB-000818

like to follow up with them.

On the heels of that, I'd like to set up a meeting with you and Johnny (and John, if he's in town) at some point in January so that we can start working a bit more on his college options (with or without water polo as part of it-- this is part of the discussion process). No hurry, but I'd like to get it done in January so that Johnny can really get focused in his thinking about college and also, if necessary, we can reach out to college coaches before February so that we're ahead of the game in those regards.

Jessica and I are around and very low key these days-- hopefully we get to see you before you blast off on the 21st...though I'll see you at the Bisconti's Wednesday in our usual "business" setting. :)

Best
Jack

---

**From:** Leslie Wilson <leslie@leslieqwilson.com>
**To:** Jack Bowen. <jbowen311@yahoo.com>
**Sent:** Monday, December 10, 2012 1:32 PM
**Subject:** Re: Two Notes.

Hi Jack,

I have enjoyed watching the alumni games but this year we are heading to Amsterdam on Friday December 21 to be with John over the Christmas break.

Hope to see you before the holidays to wish you a Merry Christmas in person.
Warmly,
Leslie



Sent from my iPhone

On Dec 10, 2012, at 1:14 PM, "Jack Bowen." <jbowen311@yahoo.com> wrote:

AB-000819

Hello All,

I have two quick notes of interest.

First off, yet another reminder about this year's Alumni Game. For your future planing, the game is always hosted in the morning of the Saturday immediately prior to Christmas. This year, it will be on Saturday, December 22. Boys should arrive no later than 10:00. Game at 10:30 and should be over by 11:30. This game is always hosted by SoPen and is technically billed as a SoPen Alumni Game given that it's outside of the Menlo season, so SoPen will provide coffee, bagels, etc. After the game, in a final bittersweet moment, we will present the Alumni Team with yet another 7 players.

Secondly, as many of you may have heard given the press release, the Menlo Boys Water Polo team won this year's CCS Team GPA award having earned the top GPA amongst all CCS teams (in all divisions). Our boys earned a cumulative GPA of 3.58. We have finished in the top 5 nearly every year since the last time we won this award back in 2003--pretty impressive for a group who accomplishes so much in the pool as well. It's sincerely gratifying to see us Be Our Best is so many ways.

I look forward to seeing you on the pool deck on December 22.

~Coach Jack

AB-000820