# EXHIBIT 83

```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,       )
               Plaintiff        )
                                )
vs.                             )  No. 1-19-CR-10080
                                )
GAMAL ABDELAZIZ and JOHN        )
WILSON,                         )
               Defendants.      )
                                )
                                )



        BEFORE THE HONORABLE NATHANIEL M. GORTON
             UNITED STATES DISTRICT JUDGE
                 JURY TRIAL - DAY 13


     John Joseph Moakley United States Courthouse
                   Courtroom No. 4
                   One Courthouse Way
              Boston, Massachusetts 02210



                   September 28, 2021
                       9:09 a.m.




             Kristin M. Kelley, RPR, CRR
               Kathy Silva, RPR, CRR
                Official Court Reporter
     John Joseph Moakley United States Courthouse
              One Courthouse Way, Room 3209
               Boston, Massachusetts 02210
                E-mail: kmob929@gmail.com

       Mechanical Steno - Computer-Aided Transcript
```

```
 1   have an opportunity to review game film.
 2   Q.   What about for students, student athletes who live far
 3   away, do you go to their games?
 4   A.   Depending on demographics.  We're in Southern California.
 5   So depending on demographics, we have coaches that we chat with
 6   via phone.  We talk, again, with their opponents' coaches,
 7   their federations, their club coaches to get their perspective
 8   thoughts on the player.
 9   Q.   What about for students who live overseas?
10   A.   So overseas we have the ability to speak with our
11   federation coaches and we review game film.
12   Q.   You mentioned that your number one criteria is talent.
13   Tell us a little bit more about what you're looking for in
14   deciding who to recruit.
15   A.   Every year the players that we recruit, one, we look at
16   our roster, depending on specific personnel, position players.
17   You need to be talented to be able to compete and play for our
18   program at USC.
19   Q.   Are there intangible factors that you look for besides
20   what you can see in the pool?
21   A.   Absolutely.  The reason why we go in person to recruit
22   players is, one, to see what their interaction is amongst their
23   teammates; two, what their interaction is amongst their coach.
24   Can they take direction?  Do they take criticism?  And lastly
25   we try to see what their interaction is outside of the pool.
```

(Timestamps: 11:34 at line 10; 11:35 at line 20)

```
 1   Q.   What are you looking for?
 2   A.   So we want selfless, hardworking kids, both men's and
 3   women's, that strive for one goal, you know, an opportunity to
 4   play when they potentially get to USC but ultimately to win a
 5   championship.
 6   Q.   Do you have redshirts?
 7   A.   Yes, we do.
 8   Q.   What are redshirts?
 9   A.   So redshirts are incoming freshmen that don't have the
10   opportunity to play or contribute because of -- they just don't
11   cut it to be our top 16, our top 20.
12   Q.   So what is their role and function on the team?
13   A.   So their function is to be at practice daily, to be able
14   to push the players that contribute every day at practice.
15   Q.   And then what?
16   A.   And outside of -- outside of practice, when we travel,
17   redshirts help to do other team functions, as in help set up
18   the pool, as in help film games.  You know, they're pretty much
19   a part of our team as much as our number one player is to
20   number 30 on the team.  Everybody has a role.
21   Q.   After a redshirt year, what are your expectations for
22   redshirts?
23   A.   After that year, our expectation is, one, they get fit to
24   learn the system and ultimately contribute in the pool.
25   Q.   When you say "contribute in the pool," are you talking
```

```
 1   Q.   The Southern Peninsula Club?  You've never heard of Jack
 2   Bowen's club?
 3   A.   Never heard of Sopen Club.
 4   Q.   You agree with me Jack Bowen is a respected water polo
 5   coach?
 6   A.   Yes.  In the high school community, absolutely.
 7   Q.   Do you know his accomplishments as a college player?
 8   A.   Yes.  He's an Olympian.  He was a goalie at Stanford.
 9   He's a great water polo player.
10   Q.   MVP 2 years in a row at the NCAA tournament?
11   A.   That I'm not certain.
12   Q.   His Stanford team won 2 years in a row at the NCAA
13   championship, correct?
14   A.   I believe so.  That was before my time at USC.
15   Q.   But he's somebody you would view as a highly regarded,
16   highly successful high school water polo coach, correct?
17   A.   Correct.
18   Q.   And would a recommendation from a coach like Jack Bowen
19   that a candidate was good enough to play at USC, would that
20   carry weight?
21   A.   Yes.  Behind his name, yes.
22   Q.   The Stanford Water Polo Club, do you know that?
23   A.   Yes.
24   Q.   Jack Barnaigh or John Barnaigh is the guy who runs it?
25   A.   Correct.
```

```
 1   wise in that redshirt year and they start their first of
 2   4 years when they're a sophomore at USC, not a freshman,
 3   correct?
 4   A.   Correct.
 5   Q.   They're bigger?
 6   A.   Yes.
 7   Q.   They've had a lot of the advantages of the level of
 8   college coaching that can develop them better?
 9   A.   That's not an advantage.  They're there every day
10   competing with their teammates so.
11   Q.   You agree with me that the USC program's good at
12   developing the athletes?
13   A.   We're the best.
14   Q.   Being the best, you can take a high school kid and develop
15   them quite well over their redshirt year, correct?
16   A.   That depends on the player, does that player buy into our
17   system, does that player understand what we're about, how's his
18   IQ, how's his physical talent.  There's a lot of things that go
19   into it, but ultimately our goal is every redshirt that's there
20   freshman year that doesn't play, it's our job as coaches to
21   develop them to play to ultimately give them the opportunity to
22   play.
23   Q.   In that time frame, Jovan was known for running some of
24   the most physically demanding water polo practices in the NCAA,
25   correct?
```

```
 1   C E R T I F I C A T E
 2
 3
 4   UNITED STATES DISTRICT COURT )
 5   DISTRICT OF MASSACHUSETTS    )
 6
 7
 8        We, Kristin M. Kelley and Kelly Mortellite, certify
 9   that the foregoing is a correct transcript from the record of
10   proceedings taken September 28, 2021 in the above-entitled
11   matter to the best of our skill and ability.
12
13
14        /s/ Kristin M. Kelley              September 28, 2021
15        /s/ Kelly Mortellite               September 28, 2021
16        Kristin M. Kelley, RPR, CRR              Date
          Debra Joyce, RMR, CRR
17        Official Court Reporter
18
19
20
21
22
23
24
25
```