# EXHIBIT 84

| | |
|---|---|
| **From:** | Jimenez, Maria Estela <Maria.Jimenez@med.usc.edu> |
| **To:** | johnbwil@usc.edu <johnbwil@usc.edu> |
| **CC:** | solsen@usc.edu <solsen@usc.edu> |
| **Sent:** | 11/21/2014 6:37:36 PM |
| **Subject:** | FW: |
| **Attachments:** | scan.pdf |

Good afternoon
Dr. Mc Cleary asked me to email this Neuropsych. Report to you.
Let me know when received it.


Thank you,
Estela
Neurology Medical Records

**From:** svc_scan2mail
**Sent:** Friday, November 21, 2014 3:20 PM
**To:** Jimenez, Maria Estela
**Subject:**

United States District Court
District of Massachusetts
**TRIAL EXHIBIT**
**133**
Case No.   19-CR-10080-NMG

USAO-VB-01597867

# Keck Medical Center of USC

DEPARTMENT OF NEUROLOGY
Leslie P. Weiner Neurologic Care
and Research Center

Keck Hospital of USC
USC Norris Cancer Hospital

Dr. McCleary has my permission to discuss my neuropsychological test results with Sandy Olsen and to send a copy of my report to her

10/31/14

11/20/14

Estella - Please scan this report and email one copy to the pt John Wilson: johnbwil@usc.edu and one to Sandy Olsen his athletic trainer: solsen@usc.edu. Thank you! They need it asap so that he can be cleared to return to play.

Carol McCleary



University of Southern California
1520 San Pablo Street, Suite 3000, Los Angeles, CA 90033-4606 • Tel: 323 442 5710 • Fax: 323 442 5736

USAO-VB-01597868

EX. 133 p. 2 of 10