# EXHIBIT 86

| | |
|---|---|
| **From:** | Debbie Rogers <debbie@hyannisportcapital.com> |
| **To:** | Kessler, Justin <JKessler@ayco.com>;Demaio, Jeff (Ayco)" <jdemaio@ayco.com>;Kapp, Christine <CKapp@ayco.com> |
| **CC:** | Debbie Rogers <debbie@hyannisportcapital.com>;John Wilson <john@hyannisportcapital.com> |
| **Sent:** | 12/11/2018 10:03:24 AM |
| **Subject:** | RE: Donation Deductibility |

Hi Justin... The Key Worldwide Foundation, Inc FEIN is 46-1603030 for a total of 1m in cash donations in 2018. See Jeff's reply from October regarding this donation as well....

Let me know if you need anything else.

Debbie

From: Demaio, Jeff (Ayco) [mailto:jdemaio@ayco.com]
Sent: Wednesday, November 07, 2018 1:13 PM
To: Debbie Rogers; Austin, Shannon C
Cc: Kapp, Christine; Kessler, Justin
Subject: RE: John asking about tax deduction-Second Request

HI Debbie,

Yes, John and I discussed the deductibility of charitable contributions and I confirmed he would get a deduction for contributions of cash up to 50% of his projected adjusted gross income so a 500k contribution should be an amount he can take on his tax return no problem. You provide a name for a charity he was planning to donate to (The Key Foundation) who our charitable group looked up and it appeared they were a qualified charity in good standing best that we can tell (we don't necessarily do due diligence on charities) so it should be a deductible gift. If John and Leslie are concerned with that particular organization qualifying as a charity and/or the funds getting donated exactly to and how they wish to the designated charity or school, then another advisable option would be to directly donate.

Hope that helps.

Thanks

Jeffrey V. DeMaio

**From:** Kessler, Justin
**Sent:** Monday, December 10, 2018 11:13 PM
**To:** Debbie Rogers ; Demaio, Jeff (Ayco) ; Kapp, Christine
**Subject:** RE: Donation Deductibility

Hi Debbie,

Because Mr. Wilson's projected AGI is approximately $5,000,000, he will most likely be able to deduct all $1,000,000+ in 2018. If this is the case, there wouldn't be any carryover to subsequent years.

However, this is a significant number and we want to make sure that it is reported correctly. Can you please provide a little more insight on what was donated (cash, securities, other) and what the name of the charity is? Jeff had mentioned that it is to an education foundation, but can you please provide a little more information?

The reason we are asking is because the amount you can deduct for charitable contributions can be different from one situation to another. The deduction is limited to 60%, 50%, 30% or 20% of your adjusted gross income depending on what type of charitable organizations the assets are donated to and what type of assets were

United States District Court
District of Massachusetts
**TRIAL EXHIBIT**
**614**
Case No.   19-CR-10080-NMG

donated.

Please let me know if you have any questions.

Thank you,
Justin

**Justin Kessler**
**Senior Financial Planner**
**Financial Counseling**
**West Coast Region**

**Ayco | A Goldman Sachs Company**
Address/ 17885 Von Karman Avenue, Suite 300, Irvine, CA 92614-5225
T/ (949) 794-4836 | F/ (917) 977-3395 | jkessler@ayco.com | www.ayco.com

This message may contain information that is confidential or privileged. If you are not the intended recipient, please advise the sender immediately and delete this message and any attachments. Follow this link for further information on confidentiality and the risks inherent in electronic communication: http://www.gs.com/disclaimer/email.
Ayco may provide tax advice to clients in accordance with its client agreement.  Any advice contained in the communication including attachments and enclosures is intended for the sole use of the addressee and is limited to the facts and circumstances actually known to the author at the time of this writing.  Certain tax matters may require you to consult with your tax counsel.  You should consult with your tax preparer regarding implementation of tax advice.

---

**From:** Debbie Rogers [mailto:debbie@hyannisportcapital.com]
**Sent:** Monday, December 10, 2018 9:36 AM
**To:** Demaio, Jeff [Ayco]; Kapp, Christine [Ayco]; Kessler, Justin [Ayco]
**Cc:** Debbie Rogers
**Subject:** FW: Donation Deductibility

Good morning…John will make over 1m in charitable contributions in 2018, can you please advise on what is deductible in 2018 and carry over amount?

**From:** Jim Nahmens <cpa@nahmens.us>
**Sent:** Monday, December 10, 2018 9:32 AM
**To:** Debbie Rogers <debbie@hyannisportcapital.com>
**Subject:** Re: Donation Deductibility

Debbie,

For an S-corp that makes a charitable contribution, the contribution is not deductible on the S-corp tax return. It does not reduce the corporations taxable income passed to the shareholder. Instead the charitable deduction is taken as a deduction by the corporation's shareholder on their individual return, where carryover limits are applied. Since I do not have this information for John's individual return this question should be directed to AYCO.

Jim Nahmens, CPA
558 Nimitz Ave
Redwood City, CA 94061
Phone & fax: (650) 365-3651
Email: cpa@nahmens.us

This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address. Thank you.

On Dec 10, 2018, at 6:58 AM, Debbie Rogers <debbie@hyannisportcapital.com> wrote:

Hi Jim…John is asking about the deductibility limit of the donations he has made this year, and what amount will be carried forward?

Thanks for your help!

Debbie

---

Your Personal Data: We may collect and process information about you that may be subject to data protection laws. To the extent you are located in the European Union (EU) or you are interacting with, and your data may therefore be controlled by, a Goldman Sachs entity in the EU, you can access more information about how we use and disclose your personal data, how we protect your information, our legal basis to use your information, your rights and who you can contact here